UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――x
MELINDA SERIN, JUDSON RUSS, LONG )
SOUI LIM, PERI KETTLER, GORDON )
REDNER, AND THOMAS J. SMITH, )
)
                       Plaintiffs, )
)
vs. )
)
NORTHERN LEASING SYSTEMS, INC., JAY )
COHEN, RICH HAHN, AND SARA KRIEGER, )
)
                       Defendants. )
)
―――――――――――――――――――x

**NOTICE OF APPEARANCE**

Case No. 06-CV-1625

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn and Sara Krieger.

    I certify that I am admitted to practice in this court.

DATED: March 21, 2006

                                                  _____
                                                  Benjamin Y. Kaufman  (BK-1863)
                                                  MILBERG WEISS BERSHAD
                                                     SCHULMAN LLP
                                                  One Pennsylvania Plaza
                                                 New York, NY  10119-0165
                                                 Telephone:  (212) 594-5300
                                                 Facsimile:   (212) 868-1229

                                                 Attorneys for Defendants
                                                 Northern Leasing Systems, Inc., Jay Cohen,
                                                 Rich Hahn and Sara Krieger