UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
MELINDA SERIN, JUDSON RUSS, LONG ) **NOTICE OF APPEARANCE**
SOUI LIM, PERI KETTLER, GORDON )
REDNER, AND THOMAS J. SMITH, ) Case No. 06-CV-1625
)
          Plaintiffs, )
)
vs. )
)
NORTHERN LEASING SYSTEMS, INC., JAY )
COHEN, RICH HAHN, AND SARA KRIEGER, )
)
          Defendants. )
)
------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn and Sara Krieger.

    I certify that I am admitted to practice in this court.

DATED:    March 22, 2006

                                              Peter Sloane (PS-4672)
                                            **MILBERG WEISS BERSHAD &**
                                                 **SCHULMAN LLP**
                                             One Pennsylvania Plaza
                                             New York, NY 10119-0165
                                             Telephone: (212) 594-5300
                                             Facsimile: (212) 868-1229

                                             Attorneys for Defendants
                                             Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn and Sara Krieger