

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x
                        )

MELINDA SERIN, JUDSON RUSS, LONG   )   Case No. 06-CV-1625 ( SCR )
SOUI LIM, PERI KETTLER, GORDON    )
REDNER, AND THOMAS J. SMITH,      )
                         )
          Plaintiffs,     )
                         )
     vs.                 )
                         )
NORTHERN LEASING SYSTEMS, INC., JAY )
COHEN, RICH HAHN, AND SARA KRIEGER, )
                         )
         Defendants.    )
                         )
————————————————————x

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING AND SETTING A BRIEFING SCHEDULE

Plaintiffs Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and

Thomas J. Smith (collectively, "Plaintiffs") filed the Verified Complaint ("Complaint") on

March 1, 2006.  Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara

Krieger (collectively, "Defendants") notified the Court by letter dated March 17, 2006 of their

intention to move to dismiss the Complaint in its entirety and, in accordance with the Court's

individual practices, requested that the Court schedule a pre-motion conference for that purpose.

To date, the Court has not scheduled a pre-motion conference.

In order to preserve Defendants' rights to file a responsive pleading to the Complaint, the

parties hereby stipulate to the following:

1.     Defendants' time to answer or move to dismiss the Complaint is extended to April

28, 2006.

DOCS\351637v2



2.    In the event the Court permits Defendants to file their prospective motion to dismiss:

a.    Plaintiffs' response to the motion to dismiss shall be filed and served no later than June 1, 2006.

b.    Defendants shall file and serve any reply no later than June 16, 2006.

STIPULATED AND AGREED:

DATED:  March 28, 2006                    DATED:  March 28, 2006

MILBERG WEISS BERSHAD &                CHITTUR & ASSOCIATES, P.C.
   SCHULMAN LLP

By: _____            By: _____
   Benjamin Y. Kaufman                      Krishnan Chittur (KC9258)
   Peter Sloane                             The Lincoln Building, 15th Floor
   Adam Weiss (AW1397)                      60 East 42nd St., Suite 1501
One Pennsylvania Plaza                      New York, NY 10165
New York, NY  10119-0165                   Tel:  (212) 370-0447
Tel: (212) 594-5300
Fax: (212) 868-1229                        *Attorneys for Plaintiffs Melinda Serin, Judson*
                                           *Russ, Long Soui Lim, Peri Kettler, Gordon*
*Attorneys for Defendants Northern Leasing*   *Redner, and Thomas J. Smith*
*Systems, Inc., Jay Cohen, Rich Hahn, and*
*Sara Krieger*


SO ORDERED.

   Dated: March 30, 2006
   New York, NY

   _____
   HON. STEVEN C. ROBINSON
   UNITED STATES DISTRICT JUDGE
   SOUTHERN DISTRICT OF NEW YORK


DOCS\351637v2