# Chittur & Associates, P.C.

Attorneys & Counselors at law
The Lincoln Building 15th Floor
60 East 42nd Street Suite 1501
New York, NY 10165
Tel: (212) 370-0447
Fax: (212) 370-0465
Email: kchittur@chittur.com

April 6, 2006

Hon. Stephen C. Robinson
United States District Judge
United States District Court (S.D.N.Y.)
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

*Re:* Serin v. Northern Leasing, 06 Civ 1625 (SCR)

Dear Judge Robinson:

    Counsels for both parties were not able to reach an agreement on the discovery schedule.  Thus, in accordance with Your Honor's order of March 7, 2006, attached is Plaintiffs' proposed Scheduling Order.  Thank you.

                                              Yours very truly,

                                              /s/

                                            Krishnan S. Chittur, Esq.
                                            Attorneys for plaintiffs