

Peter Sloane
Direct Dial: 646-733-5757
psloane@milbergweiss.com

June 6, 2006

**<u>VIA FEDERAL EXPRESS AND ECF FILING</u>**

The Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

   Re: <u>*Serin et al. v. Northern Leasing Systems, Inc., et al.*, No. 06 Civ. 1625 (SCR)</u>

Dear Judge Robinson:

   On behalf of Defendants, I am writing to inform the Court of Defendants' intention to seek new counsel and to request that Defendants' time to move to dismiss or answer the complaint be extended for sixty (60) days to allow Defendants time to seek new counsel and respond to the complaint. Defendants are longstanding corporate clients of Arnold N. Bressler, a member of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"). Mr. Bressler has expressed his intention to withdraw from Milberg Weiss and Defendants informed us today that it is their intention to continue to be represented by Mr. Bressler's new firm when he leaves Milberg Weiss. At this point it is not yet known which firm that will be.

   As the Court is aware, Defendants intend to move to dismiss the complaint in its entirety, which motion is currently due June 12, 2006. Given Defendants' intention to seek new counsel, Defendants respectfully request that the Court grant Defendants a 60-day extension of time to move to dismiss or answer the complaint, to August 11, 2006. Defendants respectfully submit that this time is necessary in order to allow them sufficient time to engage new counsel and for new counsel to familiarize themselves with the case and prepare the papers on the prospective motion to dismiss. Further, in the absence of an extension of time, Defendants will be prejudiced given that briefing on their motion to dismiss would be divided between two different law firms — Milberg Weiss (which would brief the opening papers) and Defendants' as-yet-undetermined new counsel (which would brief the reply papers and present any oral argument on the motion).

**Milberg Weiss Bershad & Schulman LLP**

One Pennsylvania Plaza · New York, NY 10119-0165 · (212) 594-5300 · Fax: (212) 868-1229 · www.milbergweiss.com
NEW YORK  BOCA RATON  WILMINGTON  WASHINGTON, D.C.  LOS ANGELES

The Honorable Stephen C. Robinson
June 6, 2006
Page 2


      I today informed Plaintiffs' counsel, Andrey Strutinskiy, Esq., of this matter and requested that Plaintiffs consent to our request for an extension.  Plaintiffs' counsel has not yet responded to our request.

                              Respectfully Submitted,


                              /s/ Peter Sloane
                              Peter Sloane

cc:  Krishnan Chittur, Esq. (Counsel for all Plaintiffs) (Via Email and FedEx)
     Andrey Strutinskiy, Esq. (Counsel for all Plaintiffs) (Via Email)

**Milberg Weiss Bershad & Schulman LLP**