# Chittur & Associates, P.C.

Attorneys & Counselors at law
The Lincoln Building 15th Floor
60 East 42nd Street Suite 1501
New York, NY 10165
Tel: (212) 370-0447
Fax: (212) 370-0465
Email: kchittur@chittur.com

June 7, 2006

**VIA ECF FILING**

Hon. Stephen C. Robinson
United States District Judge
United States District Court (S.D.N.Y.)
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

      Re: *Serin et al. v. Northern Leasing et al.*, 06 Civ 1625 (SCR)

Dear Judge Robinson:

      In their letter of June 6, 2006, defendants request – for the third time – a 60-day extension to respond to the compalint.

      Defendants were served on March 8, 2006. On March 28, 2006, plaintiffs agreed to extend defendants' time to respond until April 28, 2006. Subsequently, defendants applied to the Court for another extension, and Your Honor granted them until June 12, 2006, and entered a briefing schedule thereon. Now defendants seek yet another additional 60 days, ostensibly on the grounds of substituting counsel.

      Defendants have known about this substitution for a while; indeed, Mr. Bressler's departure – the ostensible reason for their current application – was publicly announced in the Law Journal over a week ago, on May 30, 2006, and defendants' counsel informed us then of their impending substitution. The corporate defendant is a multimillion dollar corporation, and it certainly cannot take 6 months to respond to the Complaint. Meanwhile, the case is unnecessarily delayed, and individual plaintiffs continue to suffer damages because of unwarranted negative entries on their credit records made by defendants.

Hon. Stephen C. Robinson
June 7, 2006
Page 2

We respectfully request that defendants' time to file their responsive pleading or motion through new counsel be extended upto and including no later than July 7, 2006, i.e., 30 days from today. Thank you for Yours Honor's attention to this matter.

Yours very truly,

/s/

Krishnan S. Chittur, Esq.
Attorneys for plaintiffs

Cc: Peter Sloane, Esq. (Via ECF)

Defendants have until July 17, 2006 to file a response.

**APPLICATION GRANTED**

*Stephen C Robinson*
HON. STEPHEN C. ROBINSION
6/27/06