UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MELINDA SERIN, JUDSON RUSS, LONG SOUI   :   ECF CASE
LIM, PERI KETTLER, GORDON REDNER, AND   :
THOMAS J. SMITH,                        :   06 CV 1625 (SCR)
                                        :
                    Plaintiffs,         :
                                        :   NOTICE OF
                                        :   SUBSTITUTION
         - against -                    :   OF COUNSEL
                                        :
NORTHERN LEASING SYSTEMS, INC., JAY     :
COHEN, RICH HAHN, and SARA KRIEGER,     :
                                        :
                    Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       PLEASE TAKE NOTICE that the undersigned have been substituted as counsel for all defendants in place and stead of the law firm of Milberg Weiss Bershad & Schulman LLP, and requests that all pleadings, notices and correspondence be served on them at the address listed below.

New York, New York
July 6, 2006

                         EPSTEIN BECKER & GREEN, P.C.

                         By:   s/ Kenneth J. Kelly
                               Kenneth J. Kelly  (KK-4195)
                         250 Park Avenue
                         New York, New York  10177-1211
                         (212) 351-4500
                         (212) 661-0989 – Fax
                         kkelly@ebglaw.com
                         Attorneys for Defendants

To:   Chittur & Associates, P.C.
       60 East 42nd Street, 15th Floor
       New York, NY 10165
       Attorneys for Plaintiffs

NY:1202448v1