UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
MELINDA SERIN, JUDSON RUSS, LONG SOUI :
LIM, PERI KETTLER, GORDON REDNER, AND :
THOMAS J. SMITH,                      :   06 CV 1625 (SCR)
                                      :
            Plaintiffs,               :
                                      :   STIPULATION OF
     - against -                      :   SUBSTITUTION
                                      :   OF COUNSEL
NORTHERN LEASING SYSTEMS, INC., JAY   :
COHEN, RICH HAHN, and SARA KRIEGER,   :
                                      :
            Defendants.               :
------------------------------------- x

IT IS HEREBY STIPULATED that the law firm of Epstein Becker & Green, P.C. is hereby substituted as counsel of record for all defendants in place and stead of the law firm of Milberg Weiss Bershad & Schulman LLP.

New York, New York
June 30, 2006

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Kenneth J. Kelly (KK-4195)
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
(212) 661-0989 – Fax
kkelly@ebglaw.com
Attorneys for Defendants

MILBERG WEISS BERSHAD & SCHULMAN

By: _____
    Ben Kaufman (BK-1863)
One Pennsylvania Plaza
New York, NY 10119

NY:1202450v1

CONSENTED TO:

Northern Leasing Systems, Inc.

Its:

Jay Cohen

Richard Hahn

Sara Krieger

So ORDERED:

Stephen C. Robinson
U.S.D.J.

dated: Aug. 3, 2006