# Chittur & Associates, P.C.
### Attorneys & Counselors at Law

August 8, 2006

Hon. Stephen C. Robinson
United States District Judge
United States District Court (S.D.N.Y.)
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

*Re:* Serin v. Northern Leasing, 06 Civ 1625 (SCR)

Dear Judge Robinson:

This letter is in connection with the briefing schedule on defendants' motion to dismiss.

Under the original stipulation, at defendants' request, we agreed that defendants' motion would be made by April 28, and our opposition papers served on June 1, 2006. These dates were moved, at defendants' request, to June 12, with corresponding extensions for answering and reply papers. Thereafter, defendants changed counsel, and obtained an extension to July 17. That extension did not expressly provide for a briefing schedule on the motion.

Defendants have now made their motion. After consultation with defendants' attorneys, we are in agreement that (a) plaintiffs will serve their opposition papers on or before Friday, August 25, 2006, and (b) defendants' reply papers to be served on of before Friday, September 8, 2006. We trust this does not inconvenience the Court.

Thank you for Your Honor's attention to this matter.

Yours very truly,

Krishnan S. Chittur, Esq.
Attorneys for plaintiffs

Cc: Epstein Becker & Green, P.C.

**APPLICATION GRANTED**

HON. STEPHEN C. ROBINSION
8/16/06