**United States District Court**
**Southern District Of New York**

|   |   |
|---|---|
| Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith, <br>                                         Plaintiffs <br> <br>                         v. <br> <br> Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger <br> <br>                                         Defendants | No. 06 CV 1625 (SCR) <br> <br> <br> **NOTICE OF CHANGE OF ADDRESS** |

      PLEASE TAKE NOTICE, that Chittur & Associates, P.C., attorneys for plaintiffs herein will be moving to the following address:

        286 Madison Avenue, Suite 1100
        New York, NY 10017

      The address change will be effective from April 30, 2007.  The telephone and facsimile numbers remain the same.

Dated: New York, New York
      April 25, 2007                      **Chittur & Associates, P.C.**

                                                          /s/
                                        Andrey Strutinskiy, Esq.
                                        286 Madison Avenue, Suite 1100
                                        New York, NY 10017
                                        Tel: (212) 370-0447
                                        Attorneys for defendants