# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

**MEMO ENDORSED**

AISHA L. JOSEPH
TEL: 212.351.4547
FAX: 212.878.8785
AJOSEPH@EBGLAW.COM

April 17, 2007



APR 18 2007
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

**VIA FEDERAL EXPRESS**

Honorable Stephen C. Robinson
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

   Re: Serin v. Northern Leasing, 06 Civ 1625 (SCR)

Dear Judge Robinson:

   We represent the Defendants in the above-referenced action. The existing discovery scheduling order calls for depositions of all fact witnesses to be completed by April 27, 2007, factual discovery to be completed by July 31, 2007 and an initial status conference on May 12, 2007.

   To date the Defendants have produced documents pursuant to Rule 34. I respectfully request that all discovery be stayed pending the Court's decision on Defendants' motion to dismiss which was argued in December. I also make this request due to Plaintiffs' recent indication to the Court that they intend to seek to amend the complaint, which (if permitted) will necessarily allege different facts from those currently pleaded.

   Counsel for Plaintiffs joins in this request.

**SO ORDERED**
/s/ Stephen C. Robinson
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
6/14/07

Respectfully submitted,

/s/ Aisha L. Joseph
Aisha L. Joseph
(AJ 2927)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

cc:  Kenneth J. Kelly, Esq.
     Krishnan Chittur, Esq. (via facsimile)

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

NY:1660220v1