UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM, : X
PERI KETTLER, GORDON REDNER, AND THOMAS J.:
SMITH, :

           Plaintiffs,

- against -                                  06-CV-1625 (SCR)

NORTHERN LEASING SYSTEMS, INC., JAY COHEN,
RICH HAHN, AND SARA KRIEGER,

           Defendants.

X

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, upon the annexed Consent to Substitution of Counsel, the law firm of Moses & Singer LLP, 405 Lexington Avenue, New York, New York 10174, is substituted as counsel of record in this action for Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn and Sara Krieger, in place of Epstein Becker & Green, P.C., 250 Park Avenue, New York, New York 10177, and that all papers should be served upon it.

Dated: New York, New York
       September 29, 2008

                                                    MOSES & SINGER LLP

                                                    By: _____
                                                        Abraham Skoff (AS-5330)
                                                        Jennifer Nigro (JN-3584)
                                                  The Chrysler Building
                                                  405 Lexington Avenue
                                                  New York, New York 10174
                                                  Tel. 212-554-7800
                                                  Fax 212-554-7700

718165v2 011082.0100

2

TO:   Krishnan Chittur, Esq.
      CHITTUR & ASSOCIATES, P.C.
      286 Madison Avenue, Suite 1100
      New York, New York 10017
*Attorneys for Plaintiffs Melinda Serin,
Judson Russ, Long Soui Lim, Peri Kettler,
Gordon Redner and Thomas J. Smith*

2