UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM,
PERI KETTLER, GORDON REDNER, AND THOMAS J.
SMITH,

               Plaintiffs,

- against -                                              06-CV-1625 (SCR)

NORTHERN LEASING SYSTEMS, INC., JAY COHEN,
RICH HAHN, AND SARA KRIEGER,

               Defendants.

---------------------------------------------------------------X

## CONSENT TO SUBSTITUTION OF COUNSEL

**IT IS HEREBY CONSENTED** that Kenneth J. Kelly, a member of the law firm of Epstein Becker & Green, P.C., with offices located at 250 Park Avenue, New York, New York 10177, counsel of record in this action for Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn and Sara Krieger, be changed and that Moses & Singer LLP, with offices located at 405 Lexington Avenue, New York, New York 10174, be substituted as counsel for such defendants, in the place and stead of Epstein Becker & Green, P.C.

Dated: New York, New York
       September 24, 2008

MOSES & SINGER LLP

By: _____
    Abraham Skoff (AS-5330)
    Jennifer Nigro (JN-3584)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel. 212-554-7800
Fax 212-554-7700

*Attorneys for Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn and Sara Krieger*

3

718165v2 011082.0100

EPSTEIN, BECKER & GREEN, P.C.

By: _____
    Kenneth J. Kelly, Esq.
250 Park Avenue
New York, New York 10177

*Retiring Attorneys*

4

CONSENTED TO:

Northern Leasing Systems, Inc.

By:
Title:

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

On this the 26th day of September, 2008, before me personally came Jay Cohen as a duly-authorized representative of Northern Leasing Systems, Inc., to me known, and known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that s/he executed the same.

_____
Notary Public

TOVA ZERN
Notary Public - State of New York
No. 02ZE6090357
Qualified in Rockland County
Commission Expires: April 7, 20 11

5

718165v2 011082.0100

CONSENTED TO:

_____
JAY COHEN

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

On this the 26th day of September, 2008, before me personally came JAY COHEN, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

_____
Notary Public

TOVA ZERN
Notary Public - State of New York
No. 02ZE6090357
Qualified in Rockland County
Commission Expires: April 7, 20___

6

718165v2 011082.0100

CONSENTED TO:

*/s/ Rich Hahn*

RICH ~~KAHN~~ HAHN

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK  )

On this the 29th day of September, 2008, before me personally came RICH ~~KAHN~~ HAHN, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that he executed the same.

*/s/*

Notary Public

TOVA ZERN
Notary Public - State of New York
No. 02ZE6090357
Qualified in Rockland County
Commission Expires: April 7, 20 11

7

718165v2  011082.0100

CONSENTED TO:

_____
SARA KRIEGER

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK  )

On this the 29th day of September, 2008, before me personally came SARA KRIEGER, known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that she executed the same.

_____
Notary Public

TOVA ZERN
Notary Public - State of New York
No. 02ZE6090357
Qualified in Rockland County
Commission Expires: April 7, 20__11

8

718165v2 011082.0100