UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM, PERI KETTLER, GORDON REDNER, AND THOMAS J. SMITH, <br><br> Plaintiffs, <br><br> - against - <br><br> NORTHERN LEASING SYSTEMS, INC., JAY COHEN, RICH HAHN, AND SARA KRIEGER, <br><br> Defendants. | X <br> : <br> : <br> :    06-CV-1625 (SCR) <br> : <br> : <br> :    <u>AFFIDAVIT OF SERVICE</u> <br> : <br> : <br> : <br> : <br> : <br> X |

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

Jennifer Nigro, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in New York, New York.

On September 29, 2008 deponent served the within Notice of Substitution of Counsel and Consent to Substitution of Counsel on behalf of defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger on

> Krishnan Chittur, Esq.
> CHITTUR & ASSOCIATES, P.C.
> 286 Madison Avenue, Suite 1100
> New York, New York 10017
> kchittur@chittur.com
>
> *Attorneys for Plaintiffs Melinda Serin,*
> *Judson Russ, Long Soui Lim, Peri Kettler,*
> *Gordon Redner and Thomas J. Smith*

719345v1  011082.0100

by mailing true copies thereof enclosed in a prepaid envelope, via first class mail, in an official depository, under the exclusive care and custody of the United States Postal Service, and also by sending electronic copies (PDFs) thereof via e-mail to the current e-mail address of the individual listed above.

Jennifer Nigro

Sworn to before me this
2nd day of October, 2008.

Notary Public

MARIE S. LEYBAG
NOTARY PUBLIC, State of New York
No. 01LE5060744
Qualified in Queens County
Commission Expires May 20, 2010

2

719345v1  011082.0100