UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM,
PERI KETTLER, GORDON REDNER, AND THOMAS J.
SMITH,

      Plaintiffs,

- against -            06-CV-1625 (SCR)

NORTHERN LEASING SYSTEMS, INC., JAY COHEN,
RICH HAHN, AND SARA KRIEGER,

      Defendants.

---------------------------------------------------------------X

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, upon the annexed Consent to Substitution of Counsel, the law firm of Moses & Singer LLP, 405 Lexington Avenue, New York, New York 10174, is substituted as counsel of record in this action for Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn and Sara Krieger, in place of Epstein Becker & Green, P.C., 250 Park Avenue, New York, New York 10177, and that all papers should be served upon it.

Dated: New York, New York
   September 29, 2008

                 MOSES & SINGER LLP

                 By: _____
                   Abraham Skoff (AS-5330)
                   Jennifer Nigro (JN-3584)
                 The Chrysler Building
                 405 Lexington Avenue
                 New York, New York 10174
                 Tel. 212-554-7800
                 Fax 212-554-7700

TO:  Krishnan Chittur, Esq.
     CHITTUR & ASSOCIATES, P.C.
     286 Madison Avenue, Suite 1100
     New York, New York 10017
*Attorneys for Plaintiffs Melinda Serin,
Judson Russ, Long Soui Lim, Peri Kettler,
Gordon Redner and Thomas J. Smith*

718165v2  011082.0100