# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Jennifer Nigro
Direct: 212.554.7808   Fax: 212-554-7700
jnigro@mosessinger.com

**MEMO ENDORSED**

October 15, 2008

**VIA FACSIMILE ONLY**

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

    Re:  Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon
           Redner, and Thomas J. Smith, v. Northern Leasing Systems, Inc.,
           Jay Cohen, Rich Hahn, and Sara Krieger (Index No. 06 cv 1625 )

Dear Judge Robinson:

       This firm has recently been substituted as counsel for defendant Northern Leasing Systems, Inc. (NLS) and the individual defendants Jay Cohen, Rich Hahn and Sara Krieger in the referenced matter. On or about October 2, 2008, a copy of plaintiffs' amended complaint in this action was received via e-mail from plaintiffs' counsel. Currently, defendants have until **Tuesday, October 21st** to answer, move or otherwise respond to the amended complaint.

       On consent of plaintiffs' counsel, Chittur & Associates P.C., we hereby request that the deadline for defendants to answer, move or otherwise respond to the amended complaint be adjourned to **Friday, November 21st**. This extension should allow defendants adequate time to respond to the allegations of the amended complaint, and allow this firm to better familiarize itself with the facts and procedural history of the case. No prior requests for an adjournment or extension have been requested.

       Because it is likely that defendants' response will be in the form of a pre-answer motion, pursuant to Your Honor's individual rules concerning motion practice, we have conferred with plaintiffs' counsel on the following briefing schedule:

Defendants' pre-answer motion: Friday, November 21, 2008

Plaintiffs' opposition: Wednesday, January 14, 2009

Defendants' reply: Thursday, January 29, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

APPLICATION GRANTED
*[signature]*
HON. STEPHEN C. ROBINSON
10/16/08

722484v2 011082.0121

Honorable Stephen C. Robinson
October 15, 2008
Page 2

Respectfully submitted,

Jennifer Nigro

cc:   Chittur & Associates, PC
      Attn. Krishnan Chittur, Esq.

722484v2 011082.0121