# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Jennifer Nigro
Direct: 212.554.7808   Fax: 212-554-7700
jnigro@mosessinger.com

October 20, 2008

**VIA FACSIMILE ONLY**

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

**MEMO ENDORSED**

Re:   Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon
Redner, and Thomas J. Smith, v. Northern Leasing Systems, Inc.,
Jay Cohen, Rich Hahn, and Sara Krieger (Index No. 06 cv 1625)

Dear Judge Robinson:

By letter dated October 15, 2008, and on consent of plaintiffs' counsel, defendants requested an adjournment of time to answer, move or otherwise respond to the amended complaint from **Tuesday, October 21st** to **Friday, November 21st**. No prior requests for an adjournment or extension have been requested.

Also, as noted in our prior application, because defendants' response will be in the form of a pre-answer motion, pursuant to Your Honor's individual rules concerning motion practice, we have conferred with plaintiffs' counsel and agreed, subject to the Court's approval, on the following briefing schedule:

- Defendants' pre-answer motion: Friday, November 21, 2008
- Plaintiffs' opposition: Wednesday, January 14, 2009
- Defendants' reply: Thursday, January 29, 2009

Due to the impending deadline (which is tomorrow), and Your Honor's individual rules prohibiting calls to chambers, except in the case of an emergency, we greatly appreciate the Court's consideration of this matter. We thank the Court for its consideration.

Respectfully submitted,

Jennifer Nigro

cc:   Chittur & Associates P.C.
Attn. Krishnan Chittur, Esq.

724396v2 011082.0121

APPLICATION GRANTED
*Stephen C. Robinson*
HON. STEPHEN C. ROBINSON
10/21/08

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

# Facsimile Transmission Cover Sheet

Date:   October 20, 2008

| To | Firm name | Fax number |
|---|---|---|
| Hon. Stephen C. Robinson | United States District Court Southern District of New York | 914-390-4179 |
| cc: Krishnan Chittur, Esq. | Chittur & Associates, P.C. | 212-370-0465 |

From:   Jennifer Nigro                                    Phone:   212-554-7897

Client/Matter:   11082-102

Number of Pages:   2
(Including cover page)

Comments: PLEASE REVIEW THE ENCLOSED

RE: *Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith, v. Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger,* Index No. 06 cv 1625

If you do not receive all pages, or have any other problems receiving this transmission, please call 212-554-7800 and ask for the telecopy operator.

**CONFIDENTIALITY NOTE**

This facsimile transmission contains information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, confidential, and/or exempt from disclosure under applicable law.

If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange for the return or destruction of the information and all copies.