UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM, PERI KETTLER, GORDON REDNER, AND THOMAS J. SMITH,

                             Plaintiffs,

      -against-

NORTHERN LEASING SYSTEMS, INC., JAY COHEN, RICH HAHN, and SARA KRIEGER,

                             Defendant.
------------------------------------------------------------------- X

06 CV 1625 (SCR)

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, on the annexed Declaration of Abraham Y. Skoff, dated November 21, 2008, and all prior proceedings had, and all papers hereto filed herein, defendants will move this Court on January 29, 2009, before District Judge Stephen C. Robinson, at the United. States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the amended complaint with prejudice, on the ground that it fails to state a claim upon which relief can be granted.

New York, New York
November 21, 2008

                                                 MOSES & SINGER LLP

                                                 By: _____
                                                    Abraham Y. Skoff (AS 5330)
                                                    Robert D. Lillienstein (RL 4585)
                                           405 Lexington Avenue
                                           New York, New York 10174
                                           (212) 554-7800
                                           askoff@mosessinger.com
                                           rlillienstein@mosessinger.com
                                           Attorneys for Defendants

To:    CHITTUR & ASSOCIATES
         286 Madison Avenue, Suite 1100
         New York, New York 10017
         Attorneys for Plaintiffs

732172v1  011082.0101