UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MELINDA SERIN, JUDSON RUSS, LONG SOUI
LIM, PERI KETTLER, GORDON REDNER, AND
THOMAS J. SMITH,

                Plaintiffs,

    -against-

NORTHERN LEASING SYSTEMS, INC., JAY
COHEN, RICH HAHN, and SARA KRIEGER,

                Defendant.
------------------------------------------------------------------ X

06 CV 1625 (SCR)

**DECLARATION OF ABRAHAM Y. SKOFF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

      ABRAHAM Y. SKOFF, under penalty of perjury, hereby declares:

      1.    I am a member of Moses & Singer, LLP, attorneys of record for defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger. I make this affirmation in support of Defendants' Motion to Dismiss the Amended Complaint. A copy of the Amended Complaint is annexed as Exhibit A.

      2.    Annexed hereto as Exhibit B is a true copy of the Decision and Order of this Court, dated September 2, 2008, which dismissed the original Complaint in this action.

      3.    Annexed hereto as Exhibit C is a true copy of the First Amended Complaint, dated April 28, 2004, in the action entitled, *Pludeman v. Northern Leasing Systems, Inc.*, Index No. 101059, Supreme Court, New York County.

      I declare under penalty of perjury, that the foregoing is true to the best of my own knowledge, information and belief. Dated this 21st day of November, 2008.

                                                           /s/ Abraham Y. Skoff
                                                          ABRAHAM Y. SKOFF