**United States District Court**
**Southern District Of New York**
_____
                                                    }
Melinda Serin, Judson Russ, Long Soui Lim,          }
Peri Kettler, Gordon Redner, and Thomas J. Smith,   }
                                                    }
                         Plaintiffs   }   No. 06 CV 1625 (SCR)
                                                    }
                 v.                }
                                                    }
Northern Leasing Systems, Inc., Jay Cohen,          }
Rich Hahn, and Sara Krieger                         }
                                                    }
                         Defendants   }
_____}


**Attorneys' Affirmation In Opposition to**

**Defendants' Motion To Dismiss Amended Complaint**

       Krishnan Chittur, an attorney duly admitted to the bar in New York, hereby solemnly affirms and states under penalty of perjury:

       1.      I am a principal of Chittur & Associates, P.C., attorneys of record for the Plaintiffs herein.

       2.      Attached herein are true and correct copies of the following documents:

a.     Exhibit 1 - Mailings referred to in the Amended Complaint;

b.     Exhibit 2 - Reports in News Media:

       i.      S. Kelleher, *Merchants Complain Credit-Card machine peddlers trap them into costly leases,* The Seattle Times, Oct 19, 2008;
      ii.      Transcript of *Is a Corporation Scamming Small Businesses?*" broadcast on New York channel 7 (ABC News) on May 17, 2007;
     iii.      Transcript of "*Alleged Fraud Targeting Small Businesses?*" (broadcast on New York channel 7 (ABC News) on June 12, 2007);
     iv.      C. Young, "*Nationwide scheme' in Orange County: 2 businesses say leasing company altered contracts*," Times Herald-Record, Feb. 24, 2008.

1

      c.      Exhibit 3 - News Releases from Attorney General of Missouri:

            i.      "*Firm that leases credit Card machines defrauded small businesses in Missouri of thousands of dollars, Nixon says*";

            ii.     "*Firm that leases credit Card machines to pay $25,000 in restitution, $5,000 to the state in agreement with Nixon.*"

      d.      Exhibit 4 -  Decision of New York State Supreme Court, New York County, Justice Jane S. Solomon in *Northern Leasing Systems, Inc. V. Tirner*, I. No. 602006/04 (Oct. 15, 2008).

Dated: New York, New York
       January 14, 2009

                                                              _____/S/_____
                                                              Krishnan Chittur, Esq.