# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Robert D. Lillienstein
Direct: 212.554.7807   Fax: 917-206-4307
rlillienstein@mosessinger.com

January 27, 2009

**VIA FACSIMILE ONLY**

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

## MEMO ENDORSED

Re: Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith, v. Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger
Docket No. 06 cv 1625

Dear Judge Robinson:

This firm represents defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn and Sara Krieger in the referenced matter. On consent of plaintiffs' counsel, Chittur & Associates P.C., we hereby request a one week extension of the deadline for defendants to serve their reply papers on Defendants' motion to dismiss the amended complaint in this case. The current deadline to serve those reply papers is **Thursday, January 29, 2009**. The proposed adjourned date is **Thursday, February 5, 2009**. No prior requests for an adjournment or extension have been requested.

I thank you for your consideration of this request.

Respectfully submitted,

Robert D. Lillienstein

cc: Krishnan Chittur, Esq. (via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

APPLICATION GRANTED
HON. STEPHEN C. ROBINSON
1/29/09

742139v1 011082.0121