**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Serin et al


                              NOTICE OF REASSIGNMENT

       -V-
                              1:06 CV 1625 (HB)(HBP)



Northern Leasing Systems
------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

        JUDGE: Harold Baer

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                         J. Michael McMahon, CLERK

Dated: 6/17/09

                            Fiona Ciappetta
                    by:_____
                             Deputy Clerk


CC:   Attorneys of Record

Case Redesignated to USMJ: Henry B. Pitman


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Rev. 9/09/04