J. MICHAEL McMAHON

CLERK OF COURT

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET, WHITE PLAINS, NY 10007

WWW.NYSD.USCOURTS.GOV

(914) 390-4000

```
-----------------------------------X
  Serin
```

                                        **NOTICE OF REASSIGNMENT**

                  -V-                    7: 06 CV 1625   (JG)(PED)
Northern Leasing

```
-------------------------------X
```

        Pursuant to the memorandum of the Case Processing Assistant,
the above entitled action is reassigned to the calendar of

        JAMES GWIN, U.S.D.J., sitting by designation.

        All future documents submitted in this action shall bear the
assigned judge's initials after the case number.

        The attorney(s) for the plaintiff(s) are requested to serve a copy of the
Notice of Reassignment on all defendants.

Dated: September 30, 2009

                                        J. Michael McMahon
                                        Clerk of Court

CC: Attorneys of Record                 By: _____

i:forms\assign\reass-visiting-JG.wpd