UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
MELINDA SERIN, JUDSON RUSS, LONG SOUI
LIM, PERI KETTLER, GORDON REDNER, AND
THOMAS J. SMITH,

                          Plaintiffs,                    06 CV 1625 (SCR)

            -against-                        **DECLARATION OF**
                                                      **ABRAHAM Y. SKOFF IN**
                                                        **SUPPORT OF**
NORTHERN LEASING SYSTEMS, INC., JAY       **DEFENDANTS' MOTION**
COHEN, RICH HAHN, and SARA KRIEGER,       **TO DISMISS THE**
                                                         **AMENDED COMPLAINT**
                          Defendant.
-------------------------------------------------------------------- X

       ABRAHAM Y. SKOFF, under penalty of perjury, hereby declares:

       1.     I am a member of Moses & Singer, LLP, attorneys of record for defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger. I make this affirmation in support of Defendants' Motion to Dismiss the Amended Complaint. A copy of the Amended Complaint is annexed as Exhibit A.

       2.     Annexed hereto as Exhibit B is a true copy of the Decision and Order of this Court, dated September 2, 2008, which dismissed the original Complaint in this action.

       3.     Annexed hereto as Exhibit C is a true copy of the First Amended Complaint, dated April 28, 2004, in the action entitled, *Pludeman v. Northern Leasing Systems, Inc.*, Index No. 101059, Supreme Court, New York County.

       I declare under penalty of perjury, that the foregoing is true to the best of my own knowledge, information and belief. Dated this 21st day of November, 2008.

                                                                            /s/ Abraham Y. Skoff
                                                                            ABRAHAM Y. SKOFF