**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SERIN, ET AL.,** | ) | **CASE NO. 7:06CV01625** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | NOTICE |
| | ) | |
| **NORTHERN LEASING SYSTEMS, INC., ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**TAKE NOTICE** that the above-captioned case has been scheduled for a conference call with the Honorable James S. Gwin, United States District Judge, on January 8, 2010, at 1:30 p.m. Counsel for plaintiff shall initiate the call, have all counsel on the line and then contact the Court at 216-357-7114**.**

                                  **GERI M. SMITH**
                                  **Clerk of Court**

By:   *s/ Gwen Mackey*
        Gwen Mackey
        Courtroom Deputy
        330-252-6050