# TELECOPY COVER SHEET

# Chittur & Associates, P.C.

Attorneys & Counselors at law
286 Madison Avenue Suite 1100
New York, NY 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
E-mail: kchittur@chittur.com

If there is a problem with transmission or if all pages are not received, please call (212) 370-0447 for retransmission.

TO:   Robert D. Lillianstein, Esq.              FAX:   (917) 206-4307

COMPANY: Moses & Singer, LLP

FROM: Krishnan Chittur, Esq.                    DATE:  March 24, 2010

RE: *Serin v Northern Leasing*

Number of pages including this cover page:  3

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

MOSES & SINGER LLP
Attorneys for Defendants
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Abraham Y. Skoff (AS-5330)
Robert D. Lillienstein (RL-4585)
Jennifer Nigro (JN-3584)
Tel: (212) 554-7800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MELINDA SERIN, JUDSON RUSS, LONG SOUI       :
LIM, PERI KETTLER, GORDON REDNER, AND       :
THOMAS J. SMITH,                             :
                                             :
                          Plaintiffs,        :   06 CV 1625 (JSG)
                                             :
         -against-                           :   STIPULATION
                                             :
                                             :
NORTHERN LEASING SYSTEMS, INC., JAY          :
COHEN, RICH HAHN, and SARA KRIEGER,          :
                                             :
                          Defendants.        :
----------------------------------------------------------X

         IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys of record for all parties herein, that Defendants NORTHERN LEASING SYSTEMS, INC. ("NLS"), JAY COHEN, RICH HAHN, and SARA KRIEGER (the "Individual Defendants"; together with NLS, "Defendants") shall file their opposition to Plaintiffs' letter motion, filed on March 18, 2010

807377v1  011082.0121

(Docket #51) on or before April 2, 2010, and that Plaintiffs shall file their reply, if any, on or before April 9, 2010.

Dated: New York, New York
       March 23, 2010

CHITTUR & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*

By: /s/ Andrey Strutinskiy
ANDREY STRUTINSKIY
286 Madison Avenue Suite 1100
New York, New York 10017
212-370-0447

MOSES & SINGER LLP
*Attorneys for Defendant MBF Leasing, LLC*

By: /s/
Abraham Y. Skoff, Esq. (AS-5330)
Robert D. Lillienstein, Esq. (RL-4585)
Jennifer Nigro, Esq. (JN-3584)
405 Lexington Avenue
New York, New York 10174
(212) 554-7800 (telephone)
(212) 554-7700 (facsimile)

SO ORDERED:

_____

Dated:_____