MOSES & SINGER LLP
Attorneys for Defendants
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Abraham Y. Skoff (AS-5330)
Robert D. Lillienstein (RL-4585)
Jennifer Nigro (JN-3584)
Tel: (212) 554-7800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELINDA SERIN, JUDSON RUSS, LONG SOUI  :
LIM, PERI KETTLER, GORDON REDNER, AND  :
THOMAS J. SMITH,                       :
                                       :
                        Plaintiffs,    :     06 CV 1625 (JSG)
                                       :
        -against-                      :     **STIPULATION**
                                       :
NORTHERN LEASING SYSTEMS, INC., JAY    :
COHEN, RICH HAHN, and SARA KRIEGER,    :
                                       :
                        Defendants.    :
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys of record for all parties herein, that Defendants NORTHERN LEASING SYSTEMS, INC. ("NLS"), JAY COHEN, RICH HAHN, and SARA KRIEGER (the "Individual Defendants"; together with NLS, "Defendants") shall file their opposition to Plaintiffs' letter motion, filed on March 18, 2010

807377v1 011082.0121

(Docket #51) on or before April 2, 2010, and that Plaintiffs shall file their reply, if any, on or before April 9, 2010.

Dated: New York, New York
       March 23, 2010

CHITTUR & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*

By: /s/ Andrey Strutinskiy
ANDREY STRUTINSKIY
286 Madison Avenue Suite 1100
New York, New York 10017
212-370-0447

MOSES & SINGER LLP
*Attorneys for Defendant MBF Leasing, LLC*

By: /s/
Abraham Y. Skoff, Esq. (AS-5330)
Robert D. Lillienstein, Esq. (RL-4585)
Jennifer Nigro, Esq. (JN-3584)
405 Lexington Avenue
New York, New York 10174
(212) 554-7800 (telephone)
(212) 554-7700 (facsimile)

SO ORDERED: /s/

Dated: March ___, 2010
       White Plains, NY