IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MELINDA SERIN, ET AL., | ) | CASE NO. 7:06CV01625 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | NOTICE OF CHANGE IN TIME |
| | ) | OF TELEPHONIC STATUS |
| NORTHERN LEASING SYSTEMS, INC., ET AL., | ) | CONFERENCE |
| | ) | |
| Defendants. | ) | |

TAKE NOTICE that the above-captioned case has been rescheduled for telephonic status conference before the Honorable James S. Gwin, United States District Judge, on April 20, 2010, to 11:00 a.m. Contact with the Court shall be made by calling 216-357-4500, enter Conference Room No. 8049 and enter Pin No. 7112.

GERI M. SMITH
Clerk of Court

By:  s/ Gwen Mackey
Gwen Mackey
Courtroom Deputy
330-252-6050