**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MELINDA SERIN, ET AL.,** | ) | **CASE NO. 7:06CV01625** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **NOTICE** |
| | ) | |
| **NORTHERN LEASING SYSTEMS, INC., ET AL.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

**TAKE NOTICE** that the above-captioned case has been scheduled for telephone conference call with counsel concerning plaintiffs' notice of discovery dispute with the Honorable James S. Gwin, United States District Judge, on June 2, 2010, at 11:00 a.m.  Counsel shall contact the Court by calling 216-357-4500, enter Conference Room No. 8049, enter Pin No. 7112 and wait for the Court to join the conference.

By: *s/ Gwen Mackey*
Gwen Mackey
Courtroom Deputy
330-252-6050