# Chittur & Associates, P.C.

Attorneys & Counselors at law
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Web: www.chittur.com
Email: kchittur@chittur.com

June 3, 2010

**VIA ECF**

Hon. James Gwin
United States District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

      Re: *Serin et al, v. Northern Leasing et al*, S.D.N.Y. - Docket No. 7:06-CV-01625

Dear Judge Gwin:

      This is to draw Your Honor's attention to an inadvertent confusion in the language of the order (dkt. 64) entered by Your Honor pursuant to yesterday's conference. At page 2, the order reads "that the Defendants produce emails either (1) to or from one of the three individual Defendants or (2) involving the six identified independent sales organizations ("ISOs") who dealt with the Plaintiffs."

      The use of "either/or" would appear to permit Defendants the alternative of producing category (1) or (2). But from the discussions in yesterday's conference, it was clear that what Your Honor intended was that Defendants are required to produce both (1) and (2). Plaintiffs request a clarification that the order is, in fact, to require Defendants to "produce <u>all</u> emails (1) to and from each of the three individual Defendants; <u>and</u> (2) involving the six identified independent sales organizations ("ISOs") who dealt with the Plaintiffs."

      Thank you for your attention.

                                                              Yours very truly,

                                                                 Sd/

                                                    Krishnan S. Chittur, Esq.
                                                    Attorneys for Plaintiffs