# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Jennifer Nigro
Direct: 212.554.7808
Fax: 917-206-4308
jnigro@mosessinger.com

June 3, 2010

**VIA ECF**

Honorable James S. Gwin
United States District Court
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

> Re: Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith, v. Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger;
> Docket No. 06 CV 1625 (JG)

Your Honor:

This firm represents defendants Northern Leasing Systems, Inc. ("NLS"), Jay Cohen, Rich Hahn and Sara Krieger (the "Individual Defendants"; together with NLS, "Defendants") in the referenced matter. We write in response to Plaintiffs' counsel's letter dated June 3, 2010, seeking a clarification of the Order entered by Your Honor following yesterday's telephonic conference.

Plaintiff's counsel's suggested clarification of the Order omits a crucial point. Your Honor's Order was intended to require Defendants to produce emails, "(1) to and from each of the three individual Defendants" and "involving the six identified independent sales organizations ("ISOs") who dealt with the Plaintiffs," *that are responsive to Plaintiffs' discovery requests.*

We respectfully request that any further clarification of the Order include the above-italicized language. Thank you for your attention to this matter.

Respectfully,

Jennifer Nigro

Cc. Chittur & Assocs. (via ECF)