

**Wheaton Franciscan Medical Group
Sussex**

N64 W24086 Main Street
Sussex, WI 53089

*In Partnership with the Felician Sisters*

262.785.7720
Fax 262.246.4431

April 27, 2010

RE:  Thomas John Smith
MRN:  2052206
DOB:  February 11, 1945

Dear Sirs:

Mr. Thomas Smith has been a patient at our office well known to us over the past 1 year. This unfortunate gentleman has suffered from a severe cerebrovascular accident in 2004, leaving him with a left-sided hemiparesis, which makes his mobilizing dramatically impaired. He requires a motorized wheelchair and suffers from left-sided neglect. He has had a history of coronary artery disease, diabetes, chronic edema, and chronic pain. All of these medical maladies should serve as the reason why he cannot and should not from a medical standpoint travel to New York City for any sort of deposition or for any other reasons.

If you have any questions regarding my medical opinion regarding Mr. Smith, please feel free to call.

Sincerely,

TERRENCE HUGHES, DO
Family Medicine
N64 W2408 Main St
Sussex, WI 53089
262 785 7720

CC: