```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------------------
                                                :
MELINDA SERIN, ET AL.,                          :
                                                :     CASE NO. 7:06-CV-1625
            Plaintiffs,                         :
                                                :
vs.                                             :     OPINION & ORDER
                                                :     [Resolving Doc. No. 68.]
NORTHERN LEASING SYSTEMS, INC.,                 :
ET AL.,                                         :
                                                :
            Defendants.                         :
                                                :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger move the Court to order the Plaintiffs to pay the costs of conducting Plaintiff Thomas J. Smith's deposition via video-conference. [Doc. 68.] Plaintiffs' counsel has represented that Plaintiff Smith suffered a stroke and is physically unable to travel to New York for his deposition. The Plaintiffs oppose the Defendants' motion and instead move the Court to order that the Defendants must take Smith's deposition by telephone. [Doc. 69.] The Defendants have replied. [Doc. 70.]

The Court **GRANTS** the Defendants' motion and **ORDERS** that Smith's deposition be taken via video conference, with the Plaintiffs to bear the reasonable additional costs of video conferencing above and beyond the usual cost of an in-person deposition.

IT IS SO ORDERED.

Dated: June 15, 2010                           s/ *[signature]*
                                               JAMES S. GWIN
                                               UNITED STATES DISTRICT JUDGE