

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800     Fax: 212.554.7700
www.mosessinger.com

Robert D. Lillienstein
Direct: 212.554.7807  Fax: 917-206-4307
rlillienstein@mosessinger.com

June 21, 2010

**VIA ECF**

Honorable James S. Gwin
United States District Court
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

      Re:   *Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith, v. Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger*
           Docket No. 06 CV 1625 (JSG)

Your Honor:

      This firm represents defendants Northern Leasing Systems, Inc. ("NLS"), Jay Cohen, Rich Hahn and Sara Krieger (the "Individual Defendants"; together with NLS, "Defendants") in the referenced matter.

      I write to request additional time to provide expert witness disclosure with respect to Defendants' handwriting expert, Dennis Ryan of Applied Forensics, LLC.  Under Rule 26(a)(2)(C)(i) of the Federal Rules of Civil Procedure, I believe that Defendants' disclosure is due today (90 days before the date set for trial).  We have identified our expert, and have provided him with materials on which we expect him to base his opinion, but due to his own schedule, he does not believe that he will be able to produce a report for at least seven to ten days.  Accordingly, I respectfully request that the Court extend the deadline for Defendants to provide the required disclosure by two weeks.  There has been no prior request for an extension of this deadline.

                                                             Respectfully submitted,

                                                             /s/
                                                            Robert D. Lillienstein

cc:    Chittur & Associates
       *Attorneys for Plaintiffs*

822921v1  011082.0121