

Krishnan Chittur <kchittur@chittur.com>

## Serin - Plaintiff's answers to interrogatories

Robert Lillienstein <RLillienstein@mosessinger.com>     Tue, Jun 15, 2010 at 11:40 PM
To: Krishnan Chittur <kchittur@chittur.com>
Cc: Danielle Farber <dfarber@mosessinger.com>, Jennifer Nigro <jnigro@mosessinger.com>, "astrutinskiy@chittur.com" <astrutinskiy@chittur.com>

I find that really hard to take seriously.





ROBERT D. LILLIENSTEIN | 212.554.7807

The Chrysler Building | 405 Lexington Avenue | New York, NY 10174-1299
Tel 212.554.7800 | Cell 516.510.5482 | Fax 917.206.4007

MSI Global Alliance is an international alliance of independent legal and accounting firms, with over 250 member firms in 100 countries.



**From:** Krishnan Chittur [mailto:kchittur@chittur.com]
**Sent:** Tuesday, June 15, 2010 11:19 PM
**To:** Robert Lillienstein
**Cc:** Danielle Farber; Jennifer Nigro; astrutinskiy@chittur.com

[Quoted text hidden]

[Quoted text hidden]