

Krishnan Chittur <kchittur@chittur.com>

# Serin - Plaintiff's answers to interrogatories

**Krishnan Chittur <kchittur@chittur.com>**     Tue, Jun 15, 2010 at 11:19 PM
To: Robert Lillienstein <RLillienstein@mosessinger.com>
Cc: Danielle Farber <dfarber@mosessinger.com>, Jennifer Nigro <jnigro@mosessinger.com>, "astrutinskiy@chittur.com" <astrutinskiy@chittur.com>

What is REALLY childish is your continued name-calling, and refusal to observe elementary courtesy. A "good faith" meet and confer requires that you do it in "good faith", i.e., identify just what it is that you find deficient. That would enable us to focus on the issues (if any), and if necessary, consult with the client(s) and respond appropriately. But you specialize in name-calling, and seem incapable of communicating without threats; we're still trying to figure out whether that accomplishes anything other than wasting our time. If you desire to comply with the Federal Rules, I suggest you begin with a simple, polite letter detailing just what you consider deficient. That's what we intend doing with Defendants' responses. You can, of course, assume whatever you want and do whatever you wish.

Yours truly,
K. Chittur, Esq.
Chittur & Associates, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447

P.S. This email may contain confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message

[Quoted text hidden]

--