# Chittur & Associates, P.C.

Attorneys & Counselors at law
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Web: www.chittur.com
Email: kchittur@chittur.com

June 23, 2010

**VIA ECF**

Hon. James Gwin
United States District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

Re: *Serin et al, v. Northern Leasing et al*, S.D.N.Y. - Docket No. 7:06-CV-01625

Dear Judge Gwin:

Plaintiffs have no objection to Defendants' request for an extension of time to provide their expert report (Dkt. 74).

While on this, Plaintiffs seek an extension of time with respect to submitting Plaintiffs' expert report. In accordance with your Honor's order of June 3, 2010, Plaintiffs timely identified Dr. Stan Smith as their expert, and provided his identity and bio-data. We are in the process of putting together the requisite information for his review, and Dr. Smith has indicated that he would need to review Plaintiffs' deposition transcripts.

Accordingly, Plaintiffs request that their time to submit the expert report under Rule 26(a)(2)(C)(I) be extended to two weeks after completion of Plaintiffs' depositions. Defense counsel has not responded to my repeated requests for this extension.

Yours truly

Sd/

Krishnan S Chittur, Esq.