UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith,

                            Plaintiffs,

vs.

Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger

                            Defendants

Docket No.
06-CV-1625 (JSG)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Robert D. Lillienstein, Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174 -1299
Tel. (212) 554-7800
E-mail: Rlillienstein@mosessinger.com

PLEASE TAKE NOTICE that upon the annexed Declaration of Krishnan Chittur, Esq., and Declaration of Keith Altman, Esq., in support of this motion and the Certificate(s) of Good Standing annexed thereto Plaintiffs will move this Court before the Honorable James S. Gwin, at the United States Courthouse for the Southern District of New York, on such date and time as may be convenient to the Court, for an order pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Keith Altman, Esq., an associate of the firm of Finkelstein & Partners, LLP, and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiffs Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith. There are no pending

disciplinary proceedings against Keith Altman, Esq., in any State or Federal court.

Dated:   New York, New York
         June 23, 2010

**Chittur & Associates, P.C.**

_____
By:  Krishnan Chittur, Esq.
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Attorneys for Plaintiffs and the class