UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith,

                      Plaintiffs,

vs.

Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger

                      Defendants

Docket No.
06-CV-1625 (JSG)

ORDER
ADMITTING COUNSEL
PRO HAC VICE

      The motion for admission to *practice pro hac* vice in the above captioned matter is granted. The admitted attorney Keith Altman, Esq., is permitted to argue or try this particular case in whole or in part as counsel or advocate for Plaintiffs Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith.

      An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

      This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

      The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: 6/30/10 , 2010

                                          United States District Judge