# JOSEPH I. SUSSMAN, P.C.
## ATTORNEYS AT LAW

PENNSYLVANIA PLAZA
132 WEST 31ST STREET, SUITE 1502
NEW YORK, NEW YORK 10001
TEL: 212.457.8590
FAX: 212.947.4967

JOSEPH I. SUSSMAN
DIRECT: 212.457.8586
EMAIL: JOSEPH@SUSSMANLAW.NET

June 29, 2010

**Via Email to astrutinskiy@chittur.com and kchittur@chittur.com**

Andrey Strutinskiy, Esq.
Chittur & Associates, P.C.
286 Madison Avenue, Suite 1100
New York, NY 10017

Re:   Subpoenas to Joseph I. Sussman and Joseph I. Sussman, P.C.
        Serin v. Northern Leasing Systems Inc.

Dear Mr. Strutinskiy:

Thank you for providing us with a brief extension to respond to the above-referenced subpoenas.

On behalf of my law firm and individually, I vigorously object to the series of document requests set forth in the subpoenas as they seek information protected by the attorney-client privilege. Nevertheless, without waiver of such privilege, I enclose Bates Nos. 1-191 containing non-privileged documents. I will endeavor to produce the remaining documents, not subject to the attorney–client privilege, no earlier than July 9, 2010, as we discussed.

Very truly yours,

JOSEPH I. SUSSMAN, P.C.

By: Joseph I. Sussman