| Date | From | To | Description | PDF Page | Notes |
|---|---|---|---|---|---|
| 8/4/2006 | Joseph Sussman | Calendar | Calendar Entry | 1-2 | |
| 6/21/2006 | Benjamin Kaufman | Joseph Sussman | Email re transition of representation from Milberg Weiss to EBG | 3-4 | |
| 7/12/2006 | Joseph Sussman | Calendar | Calendar Entry | 5 | |
| 6/1/2006 | Zalmy Sussman | Joseph Sussman | Calendar Entry | 6 | |
| 5/25/2006 | Alla Glozshteyn | Joseph Sussman | Email regarding status of service of litigation papers | 7 | |
| 5/15/2006 | Colleen Fluker | Joseph Sussman | Email regarding preparation of discovery demands to be issued to Chittur | 8 | |
| 5/11/2006 | Colleen Fluker | Joseph Sussman | Email attaching litigation papers served by Chittur | 9 | |
| 4/27/2006 | Joseph Sussman | Calendar | Calendar Entry | 10-17 | |
| 5/4/2006 | Joseph Sussman | Aisha Joseph | Email regarding witness availability for Smith an Russ Civil Court litigation | 18-19 | |
| 10/3/2006 | Barry Cozier | Joseph Sussman | Email regarding Consent to Change Attorneys | 21-22 | |
| 9/25/2006 | Alla Glozshteyn | Joseph Sussman | Calendar Entry | 23 | |
| 9/25/2006 | Aisha Joseph | Joseph Sussman | Email regarding strategy for upcoming court appearance | 24-32 | |
| 9/25/2006 | Joseph Sussman | EBG Attorneys | Email regarding litigation strategy and attaching Civil Court litigation papers | 33-34 | |
| 9/22/2006 | Barry Cozier | Joseph Sussman | Email attaching litigation papers | 35 | |
| 9/14/2006 | Joseph Sussman | Sara Krieger | Email thread regarding availability/scheduling for upcoming court appearance | 36-38 | |
| 9/12/2006 | Joseph Sussman | EBG attorneys and Ben Kaufman | Email thread regarding litigation strategy | 39-45 | |
| 4/2/2006 | Benjamin Kaufman | Joseph Sussman | Email thread regarding draft of litigation document | 46 | |
| 4/2/2006 | Joseph Sussman | Law Office | Email attaching drafts of litigation documents and calendar entries | 47-48 | |
| 3/29/2006 | Benjamin Kaufman | Joseph Sussman | Email regarding litigation strategy | 49 | |
| 3/17/2006 | Benjamin Kaufman | MW attorneys and Joseph Sussman | Email thread regarding draft of letter to Judge Robinson | 50-65 | |
| 3/7/2006 | Benjamin Kaufman | MW attorneys and Joseph Sussman | Email thread regarding litigation strategy and attaching draft mediation document | 66-72 | |
| 3/21/2005 | Benjamin Kaufman | MW attorneys and Joseph Sussman | Email thread discussing and forwarding thread between BK and KC | 73-80 | |
| 10/5/2004 | Amy Tanguay | Benjamin Kaufman and Joseph Sussman | Email with detailed information on lease files in response to Chittur clients' affidavits | 81-85; 163-173 | Look for attachments |
| 8/28/2004 | Benjamin Kaufman | Joseph Sussman | Email regarding settlement strategy | 86-87 | |
| 8/26/2004 | Benjamin Kaufman | Joseph Sussman | Email strategizing on content of forwarded email thread between BK and KC | 89-90 | |
| 7/6/2004 | Benjamin Kaufman | MW Attorneys and Joseph Sussman | Email strategizing on settlement | 91-95 | |
| 6/23/2004 | Benjamin Kaufman | Joseph Sussman | BCC of email thread with KC re Civil Court actions | 96 | |
| 6/22/2007 | Aisha Joseph | Joseph Sussman | Email thread regarding logistics of EBG lit files | 97-99 | |
| 11/3/2006 | Aisha Joseph | Joseph Sussman | Email thread regarding witness availability | 100-101 | |
| 11/2/2006 | Aisha Joseph | Joseph Sussman | Email thread regarding witness availability | 102-103 | |
| 10/31/2006 | Aisha Joseph | Sara Krieger and Joseph Sussman | Email strategizing on upcoming court appearance | 104-105 | |
| 10/31/2006 | Barry Cozier | Sara Krieger & Joseph Sussman | Email strategizing on upcoming court appearance | 106-112 | |
| 10/30/2006 | Aisha Joseph | Sara Krieger & Joseph Sussman | Email strategizing on upcoming court appearance | 113-114 | |
| 10/3/2006 | Barry Cozier | Joseph Sussman | Email regarding draft of affirmation to be submitted in Civil Court action | 115-118 | |
| 9/28/2006 | Joseph Sussman | Calendar | Calendar Entry | 119 | |
| 9/22/2006 | Aisha Joseph | Joseph Sussman | Email thread re scheduling and strategizing on upcoming court appearance | 120-129 | |
| 9/14/2006 | Joseph Sussman | Sara Krieger | Email thread regarding availability/scheduling for upcoming court appearance | 130-132 | |
| 10/5/2006 | Joseph Sussman | Calendar | Calendar Entry | 133 | |
| | Arnold Bressler | | Draft of Pludeman mediation statement | 134-136 | |
| 6/21/2006 | Benjamin Kaufman | Ken Kelly, A Bressler & Joseph Sussman | Email thread re transition of representation from Milberg Weiss to EBG | 137-138 | |
| 5/11/2006 | Peter Sloane | Benjamin Kaufman and Joseph Sussman | Email thread re strategizing/scheduling for upcoming court appearance | 139-141 | |

| Date | From | To | Description | PDF Page | Notes |
|---|---|---|---|---|---|
| 3/17/2006 | Benjamin Kaufman | Peter Sloane & Joseph Sussman | Email thread regarding draft of letter to Judge Robinson | 142-157 | |
| 3/3/2006 | Benjamin Kaufman | Arnold Bressler & Joseph Sussman | Email thread strategizing on Serin litigation | 158-160 | |
| 12/2/2004 | Joseph Sussman | Sara Krieger | Email thread re KC's email Bk forwarded to me re Redner | 161-162 | |
| | Alla Glozshteyn | File | Summary of NLS records/communications in Lung Lim lease file | 174-175 | |
| 4/27/2005 | Amy Tanguay | Sara Krieger | Email regarding Lung Lim lease file | 176-177 | |
| | | | | | PDF No. 2 |
| 8/10/2006 | Peter Sloane | Joseph Sussman | Email regarding Serin Motion to Dismiss brief | 3-4 | |
| 8/9/2006 | Ken Kelly | Joseph Sussman | Email regarding communication with K Chittur re briefing schedule | 5 | |
| 10/3/2006 | Joseph Sussman | Calendar | Calendar Entry | 6 | |
| 8/2/2006 | Ken Kelly | Joseph Sussman | Email regarding Oral Aruguments | 7 | |
| 8/16/2004 | Ken Kelly | Benjamin Kaufman and Joseph Sussman | Email discussing draft of litigation documents | 8-9 | |
| 8/16/2006 | Ken Kelly | Benjamin Kaufman and Joseph Sussman | Email discussing draft of litigation documents | 10-13 | |
| 8/14/2006 | Ken Kelly | Benjamin Kaufman and Joseph Sussman | Email attaching drafts of litigation documents | 14 | |
| 7/13/2006 | Ken Kelly | Benjamin Kaufman and Joseph Sussman | Email thread attaching and discussing drafts of litigation documents | 15-25 | |
| 6/21/2006 | Ken Kelly | Benjamin Kaufman and Joseph Sussman | Email thread re transition of representation from Milberg Weiss to EBG | 26-27 | |
| 6/14/2006 | David Manno | Jay Cohen, Ron Kincheloe, Joseph Sussman | Email regarding litigations pending against Northern Leasing | 28-29 | |
| 6/8/2006 | Colleen Fluker | Joseph Sussman | Email regarding lease payments made by Serin Plaintiffs | 30 | |
| 6/7/2006 | Benjamin Kaufman | Peter Sloane, A. Bressler, Joseph Sussman | Email thread discussing K Chittur's 6/7/06 letter to court | 31-32 | |
| 5/19/2006 | Ricardo Brown | Joseph Sussman | Email thread discussing status of Serin Civil Court matter and | 33-35 | |
| 5/11/2006 | Peter Sloane | Benjamin Kaufman and Joseph Sussman | Email thread strategizing on Serin litigation and scheduling | 36-44 | |
| 4/21/2006 | Joseph Sussman | File | Note to file | 45 | |
| 4/17/2006 | Benjamin Kaufman | Joseph Sussman | Email discussing Serin Complaint | 46 | |
| 4/10/2006 | Adam Weiss | benjamin Kaufman and Joseph Sussman | Email thread strategizing on Serin MTD | 47-50 | |
| 4/6/2006 | Peter Sloane | Benjamin Kaufman and Joseph Sussman | Email thread regarding draft of letter to Judge Robinson | 51-56 | |
| 3/29/2006 | Peter Sloane | Benjamin Kaufman and Joseph Sussman | Email thread regarding draft of letter to Judge Robinson | 57 | |
| 3/13/2006 | Joseph Sussman | Arnold Bressler, Peter Sloane & Benjamin | Email thread re scheduling and strategizing on Serin Complaint | 58-61 | |
| 3/9/2006 | Joseph Sussman | Alla Glozshteyn | Email in part referencing Serin credit card payment authorization documents | 62 | |
| 3/7/2006 | Joseph Sussman | Ricardo Brown | Email thread discussing Serin allegations | 63-65 | |
| | Benjamin Kaufman | Joseph Sussman | Analysis of Serin/Pludeman allegations | 66-69 | |
| 6/20/2007 | Joseph Sussman | Aisha Joseph | Email thread regarding litigation status and letter to Judge Robinson | 70 | |
| 1/16/2007 | Ken Kelly | Joseph Sussman | Email thread regarding KC's 1/16 letter | 71-72 | |
| 12/18/2006 | Ken Kelly | Joseph Sussman | Email thread regarding 12/18 arguments | 73-74 | |
| 11/6/2006 | Joseph Sussman | Ken Kelly | Email strategizing on Serin Civil Court action | 75 | |
| 9/7/2006 | Aisha Joseph & Joseph Sussman | Sara Krieger | Email thread regarding discovery responses for Serin SDNY case | 76-94 | |
| 8/29/2006 | Joseph Sussman & Ken Kelly | Aisha Joseph & Benjamin Kaufman | Email thread regarding document production in Serin SDNY case | 95-104 | |
| 8/25/2006 | Ken Kelly | Joseph Sussman | Email attaching plaintiffs' opposition and discovery responses | 105-106 | |
| 8/17/2006 | Joseph Sussman | Ken Kelly & Ben Kaufman | Email threads strategizing on Smith and Russ litigations | 107-130 | |
| 7/16/2006 | Benjamin Kaufman | Ken Kelly & Ben Kaufman | Email thread regarding NLS' MTD | 131-132 | |
| | | Arnold Bressler, Joseph Sussman, Ken Kelly & | | | |
| 6/7/2006 | Peter Sloane | Benjamin Kaufman | Email thread regarding exchange of letters to court. | 132-134 | |

| Date | From | To | Description | PDF Page | Notes |
|---|---|---|---|---|---|
| 4/13/2006 | Peter Sloane | Arnold Bressler, Joseph Sussman, Ken Kelly & Benjamin Kaufman | Email threads strategizing on exchange of letters to court and communciantion with KC | 135-142 | |
| 3/30/2006 | Benjamin Kaufman | Joseph Sussman | Email thread strategizing on Serin Plaintiffs' Civil Court matters | 143-148 | |
| 3/29/2006 | Peter Sloane | Benjamin Kaufman | Email regarding stipulation filed in SDNY case | 149 | |
| 3/20/2006 | Benjamin Kaufman | Benjamin Kaufman and Joseph Sussman | Email regarding communication with K Chittur | 150-151 | |
| 3/13/2006 | Joseph Sussman | Benjamin Kaufman and A Bressler | Email thread strategizing on Civil Court litigations | 152-154 | |
| 3/8/2006 | Benjamin Kaufman | Arnold Bressler & Joseph Sussman | Email thread strategizing on Serin litigation | 155-156 | |
| 3/7/2006 | Joseph Sussman | Benjamin Kaufman and A Bressler | Email regarding service of SDNY action | 157 | |
| 1/25/2006 | Joseph Sussman | Jean Paul Mauge | Email thread regarding Serin's credit file | 158-159 | |
| 1/13/2006 | Joseph Sussman | Calendar | Calendar Entry | 160 | |
| | | | | **PDF No. 3** | |
| 1/11/2007 | Alla Glozshteyn | Calendar | Calendar Entry | 1 | |
| 12/28/2006 | Zalmy Sussman | Calendar | Calendar Entry | 2-3 | |
| 11/7/2006 | Zalmy Sussman | Joseph Sussman | Email providing link to file location | 4 | |
| 2/1/2007 | Joseph Sussman | Calendar | Calendar Entry | 5-6 | |
| 12/28/2006 | Joseph Sussman | Zalmy Sussman | Email regarding Judge Jaffe Decision in NLS v. Smith | 7 | |
| 10/4/2004 | Ricardo Brown | Sara Krieger & Joseph Sussman | Email regarding Russ credit files | 8-9 | |
| 9/10/2004 | Joseph Sussman | Sara Krieger | Email regarding Russ credit files | 10 | |
| 9/10/2004 | Sara Krieger & Ben Kaufman | Joseph Sussman | Email thread regarding Tom Smith lease file | 11-15 | |
| | | | | **PDF No. 4** | |
| 11/14/2008 | Robert Lillienstien | Sara Krieger & Joseph Sussman | Email thread regarding Serin Plaintiffs' Civil Court litigation files | 1-4 | |
| 9/21/2008 | Joseph Sussman & Ken Kelly | Ron Kincheloe & Joseph Sussman | Email thread regarding Court's decision | 5-8 | |
| 9/4/2008 | Joseph Sussman | Jay Cohen, Sara Krieger, Ron Kincheloe | Email thread regarding Court's decision | 9-17 | |
| 9/4/2008 | Ken Kelly | Joseph Sussman | Email thread regarding Court's decision | 18-21 | |
| 6/12/2008 | Joseph Sussman & Arnold Bressler | Cortes Derussy, Avi Skoff | Email threads strategizing on settlement | 22-38 | |
| 3/31/2010 | Jennifer Nigro | Joseph Sussman | Email thread regarding document production in Serin | 39-40 | |
| 1/20/2010 | Robert Lillienstien | Sara Krieger & Joseph Sussman | Email thread regarding a few Serin Plaintiffs | 41-44 | |
| 1/20/2010 | Robert Lillienstien | Joseph Sussman | Email thread regarding Melinda Serin | 45 | |