UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
                                                :
MELINDA SERIN, *et al.*,                        :
                                                :    CASE NO. 7:06-CV-1625
                  Plaintiffs,                   :
                                                :
vs.                                             :    OPINION & ORDER
                                                :    [Resolving Doc. Nos. 82, 84, 85.]
NORTHERN LEASING SYSTEMS, INC.,                 :
*et al.*,                                       :
                                                :
                  Defendants.                   :
                                                :
-------------------------------------------------

JAMES S. GWIN,[1] UNITED STATES DISTRICT JUDGE:

Plaintiffs Melinda Serin, Judson Russ, Long Sui Lim, Gordon Redner, Peri Kettler, and Thomas J. Smith have filed a motion to compel non-party Joseph I. Sussman to comply with a subpoena and to produce requested documents. [Doc. Nos. 82, 85.] Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger oppose the Plaintiffs' motion, arguing that the requested documents are protected by the attorney-client privilege. [Doc. 84.] The Plaintiffs argue that the Defendants do not have standing to object to the production, that the Defendants' objections are untimely, and that the documents are discoverable under the crime-fraud exception to the attorney-client privilege. [Doc. 85.]

It is unclear from the evidence before the Court whether the subject documents are privileged and whether they might fall under the crime-fraud exception. Accordingly, the Court **ORDERS** that

---

[1] The Honorable James S. Gwin of the United States District Court for the Northern District of Ohio, sitting by designation.

Case No. 7:06-cv-1625
Gwin, J.

the Defendants produce all of the claimed privileged documents to the Court for in camera inspection by **Monday, August 9, 2010.** After the Court has conducted an in camera review, it will rule on whether the documents should be produced to the Plaintiffs.

    IT IS SO ORDERED

Dated: August 3, 2010          s/ *James S. Gwin*

                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE