Motion granted 8/11/10; plaintiffs' expert reports will be considered timely served.

s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# Chittur & Associates, P.C.

Attorneys & Counselors at law
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Web: www.chittur.com
Email: kchittur@chittur.com

July 15, 2010

Hon. James Gwin
United States District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

Re: *Serin et al, v. Northern Leasing et al*, S.D.N.Y. - Docket No. 7:06-CV-01625

Dear Judge Gwin:

Plaintiffs seek a three week extension of time to submit their expert reports, so that they are due by August 6, 2010. Dr. Smith, the expert designated by Plaintiffs, has requested this extension since he has been unusually busy with other commitments. Moreover, one Plaintiff is out of the country, and expected to return only on July 19. Furthermore, we have not yet received the deposition transcripts of the Plaintiffs' depositions which Dr. Smith has requested. We do anticipate to serve the report with respect to one Plaintiff (Russ) tomorrow, and this extension is sought primarily with respect to the remaining Plaintiffs.

Meanwhile, all five of the Plaintiffs have appeared for their depositions, which have been completed. The last deposition (Smith) took place on July 7 by videoconference. Defendants have made two sets of email productions, and the deposition of their custodian of records is scheduled for July 28. The remaining Defendants' depositions are expected to take place in early August, along with the deposition of nonparty Joseph Sussman. Thus, the short extension requested here for the expert report will not effect the progress of discovery.

Accordingly, Plaintiffs may be permitted to submit the expert report by August 7, 2010. Thank you for your attention.

Yours truly
Sd/

Krishnan S Chittur, Esq.

Cc: Jennifer Nigro (via ecf).