

| | |
|---|---|
| Amy Tanguay/Northernleasing/US<br>04/27/2005 12:18 PM | To "Kaufman, Benjamin" <BKaufman@milbergweiss.com>, JosephSussman@yahoo.com@Northernleasing<br>cc Sara Krieger/Northernleasing/US@Northernleasing<br>bcc<br>Subject Fw: Lease# 0086224 |

redacted

Thanks Amy

---

Amy K Tanguay
Risk Manager
Office of Originations
Northern Leasing Systems Inc
132 West 31st Street - 14th Floor
New York NY 10001
(212) 457-8564 Ph.
(212) 457-8565 Fx.
Email: atanguay@northernleasing.com


----- Forwarded by Amy Tanguay/Northernleasing/US on 04/27/05 11:56 AM -----



| | |
|---|---|
| Amy Tanguay/Northernleasing/US<br>09/22/04 10:09 AM | To Sara Krieger/Northernleasing/US<br>cc |

NLS 801002

NLS 801005

| | | |
|---|---|---|
| Sara Krieger/Northernleasing/US<br>04/27/2005 12:43 PM | To | Amy Tanguay/Northernleasing/US@Northernleasing |
| | cc | |
| | bcc | |
| | Subject | Re: Lease# 0086224 |

Please talk to me about this tomorrow. Thanks

---

Sent from my BlackBerry Wireless Handheld
   Amy Tanguay

    **From:** Amy Tanguay
    **Sent:** 04/27/2005 12:18 PM
    **To:** Kaufman, Benjamin" <BKaufman@milbergweiss.com>; JosephSussman@yahoo.com@Northernleasing
    **Cc:** Sara Krieger
    **Subject:** Fw: Lease# 0086224

redacted

Thanks Amy

---
Amy K Tanguay
Risk Manager
Office of Originations
Northern Leasing Systems Inc

NLS 801005



| | | |
|---|---|---|
| Amy Tanguay/Northernleasing/US<br>04/27/2005 12:48 PM | To | Sara Krieger/Northernleasing/US@Northernleasing |
| | cc | |
| | bcc | |
| | Subject | Re: Lease# 0086224 |

will do.

Sara Krieger/Northernleasing/US

| | | |
|---|---|---|
| Sara Krieger/Northernleasing/US<br>04/27/05 12:43 PM | To | Amy Tanguay/Northernleasing/US@Northernleasing |
| | cc | |
| | Subject | Re: Lease# 0086224 |

Please talk to me about this tomorrow. Thanks

---
Sent from my BlackBerry Wireless Handheld
  Amy Tanguay

```
From: Amy Tanguay
Sent: 04/27/2005 12:18 PM
To: Kaufman, Benjamin" <BKaufman@milbergweiss.com>;
JosephSussman@yahoo.com@Northernleasing
Cc: Sara Krieger
Subject: Fw: Lease# 0086224
```

redacted

NLS 801008

redacted

Thanks Amy

---

Amy K Tanguay
Risk Manager
Office of Originations
Northern Leasing Systems Inc
132 West 31st Street - 14th Floor
New York NY 10001
(212) 457-8564 Ph.
(212) 457-8565 Fx.
Email: atanguay@northernleasing.com

----- Forwarded by Amy Tanguay/Northernleasing/US on 04/27/05 11:56 AM -----



Amy Tanguay/Northernleasing/US

09/22/04 10:09 AM

To  Sara Krieger/Northernleasing/US
cc
Subject  Lease# 0086224

Hi Sara,

Here are the details regarding the call you received from Detective Gunnells:

Lessee:

Nail Queen
Lung Lim
9433 J Highway 5
Douglassville GA 30135
770-577-2388 (phone)

Lease Started: 4/29/98
Equipment: 1 Veriphone T330
Basic Monthly Payment: $46.85 (plus applicable taxes)
Lease Term: 48 Months
Number of Payments Made: 2

**Summary:**

NLS 801009