| | DOC DATE | DOC TYPE | SUBJECT/DESCRIPTION | AUTHOR(S) | RECIPIENT(S) | CC | PRIVILEGE DESIGNATION: Attorney-Client ("AC"); Attorney-Work Product ("WP") |
|---|---|---|---|---|---|---|---|
| 1 | 10/14/2004 | E-mail w/ attachments | Correspondence re: legal counsel/advice re: class action suit and attached lease summaries | Amy Tanguay | Sara Krieger | | AC, WP |
| 2 | 11/8/2004 | E-mail | Correspondence w/ legal counsel offering legal advice re: K&K Ventures-ZTSDA (Tarly Dall) | Joseph Sussman, Esq. | Sara Krieger | | AC |
| 3 | 11/8/2004 | E-mail | Correspondence w/ legal counsel seeking legal advice re: K&K Ventures-ZTSDA (Tarly Dall) | Sara Krieger | Joseph Sussman, Esq. | | AC |
| 4 | 11/10/2004 | E-mail | Correspondence w/ legal counsel offering legal advice RE: K&K Ventures-ZTSDA (Tarly Dall) | Joseph Sussman, Esq. | Sara Krieger | | AC |
| 5 | 6/29/2004 | E-mail | Correspondence w/ legal counsel offering legal advice re: Class Action | Joseph Sussman, Esq. | Sara Krieger | | AC |
| 6 | 6/29/2004 | E-mail | Correspondence w/ legal counsel seeking legal advice re: Class Action | Sara Krieger | Joseph Sussman, Esq. | | AC |
| 7 | 6/29/2004 | E-mail | Correspondence w/ legal counsel seeking legal advice re: Class Action | Sara Krieger | Joseph Sussman, Esq. | | AC |
| 8 | 6/29/2004 | E-mail | Correspondence w/ legal counsel seeking legal advice re: Class Action | Sara Krieger | Joseph Sussman, Esq. | | AC |
| 9 | 6/29/2004 | E-mail | Correspondence w/ legal counsel offering legal advice re: Class Action | Joseph Sussman, Esq. | Sara Krieger | | AC |
| 10 | 6/29/2004 | E-mail | Correspondence w/ legal counsel seeking legal advice re: Class Action | Sara Krieger | Joseph Sussman, Esq. | | AC |
| 11 | 6/29/2004 | E-mail | Correspondence w/ legal counsel offering legal advice re: Class Action | Joseph Sussman, Esq. | Sara Krieger | | AC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | 6/29/2004 | E-mail | Correspondence w/ legal counsel seeking legal advice re: Class Action | Sara Krieger | Joseph Sussman, Esq. | | AC |
| 13 | 9/12/2005 | E-mail w/ attachments | Correspondence w/ legal counsel seeking legal advice re: Fw: Information | Sara Krieger | Joseph Sussman, Esq. | | AC |
| 14 | 9/13/2005 | E-mail w/ attachments | Correspondence re: legal counsel/advice Fw: C/B Figures (Class Action Information) | Amy Tanguay | Sara Krieger | | AC, WP |
| 15 | 9/13/2005 | E-mail w/ attachments | Correspondence w/ legal counsel seeking legal advice re: Fw: C/B Figures (Class Action Information) | Sara Krieger | Joseph Sussman, Esq. | | AC |
| 16 | 11/6/2006 | E-mail | Correspondence w/ legal counsel seeking legal advice re: 0479904 XU LIU (ZCSI1) ATTORNEY PRIVILEGED AND CONFIDENTIAL | Amy Tanguay | Joseph Sussman, Esq. | Lina Kravic; Ricardo A Brown | AC |
| 17 | 11/7/2006 | E-mail | Correspondence w/ legal counsel seeking legal advice re: 0479904 XU LIU (ZCSI1) ATTORNEY PRIVILEGED AND CONFIDENTIAL | Ricardo A Brown | Joseph Sussman, Esq. | Amy Tanguay;Lina Kravic | AC |
| 18 | 12/31/2006 | E-mail w/ attachment | Correspondence w/ legal counsel offering legal advice re: Leases in Atty Review, | Joseph Sussman, Esq. | Alla Glozshteyn | Aracelis Diaz;Ricardo A Brown | AC |
| 19 | 4/13/2007 | E-mail w/ attachments | Correspondence w/ legal counsel seeking legal advice re: attorney general reports for 2006 and 2007 | Kyung-Wook Choi | Joseph Sussman, Esq. | | AC |
| 20 | 1/20/2010 | E-mail | Correspondence w/ legal counsel seeking legal advice re: Serin case | Sara Krieger | Robert Lillienstein, Esq. | | AC |
| 21 | 1/20/2010 | E-mail | Correspondence w/ legal counsel seeking legal advice re: Serin case | Sara Krieger | Robert Lillienstein, Esq. | | AC |
| 22 | 1/20/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: Serin case | Robert Lillienstein, Esq. | Sara Krieger | Joseph Sussman, Esq. | AC |

| # | Date | Type | Description | From | To | CC | Privilege |
|---|------|------|-------------|------|-----|-----|-----------|
| 23 | 1/20/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: Serin case | Robert Lillienstein, Esq. | Sara Krieger | Joseph Sussman, Esq. | AC |
| 24 | 1/20/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: Serin case | Joseph Sussman, Esq. | Sara Krieger | | AC |
| 25 | 1/20/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: Serin case | Joseph Sussman, Esq. | Sara Krieger | | AC |
| 26 | 3/9/2010 | E-mail | Correspondence w/ legal counsel seeking legal advice re: ISOs | Steve Bernardone | Jennifer Nigro, Esq. | Robert Lillienstein, Esq. | AC |
| 27 | 3/9/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: ISOs | Jennifer Nigro, Esq. | Steve Bernardone | Robert Lillienstein, Esq. | AC |
| 28 | 3/9/2010 | E-mail | Correspondence w/ legal counsel seeking legal advice re: ISOs | Sara Krieger | Jennifer Nigro, Esq. | Robert Lillienstein, Esq.; Steve Bernardone | AC |
| 29 | 3/9/2010 | E-mail | Correspondence w/ legal counsel seeking legal advice re: ISOs | Sara Krieger | Jennifer Nigro, Esq. | Robert Lillienstein, Esq. ;Steve Bernardone | AC |
| 30 | 3/10/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: ISOs | Jennifer Nigro, Esq. | Sara Krieger | Robert Lillienstein, Esq. ; Steve Bernardone | AC |
| 31 | 3/10/2010 | E-mail | Correspondence w/ legal counsel seeking legal advice re: ISOs | Sara Krieger | Jennifer Nigro, Esq. | Robert Lillienstein, Esq. ; Steve Bernardone | AC |
| 32 | 3/10/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: ISOs | Jennifer Nigro | Sara Krieger | Robert Lillienstein, Esq. ; Steve Bernardone | AC |
| 33 | 3/10/2010 | E-mail w/ attachment | Correspondence w/ legal counsel seeking legal advice re: ISOs | Steve Bernardone | Jennifer Nigro, Esq. | Robert Lillienstein, Esq. ; Sam Buono; Steve Bernardone | AC |
| 34 | 3/10/2010 | E-mail w/ attachment | Correspondence w/ legal counsel seeking legal advice re: ISOs | Steve Bernardone | Jennifer Nigro, Esq. | Robert Lillienstein, Esq. ; Sam Buono; Steve Bernardone | AC |
| 35 | 3/10/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: ISOs | Jennifer Nigro, Esq. | Steve Bernardone | Robert Lillienstein, Esq. ; Sam Buono; Steve Bernardone | AC |

| # | Date | Type | Description | From | To | CC | Privilege |
|---|---|---|---|---|---|---|---|
| 36 | 3/11/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: ISOs | Robert Lillienstein, Esq. | Sara Krieger | | AC |
| 37 | 3/11/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: ISOs | Robert Lillienstein, Esq. | Robert Lillienstein, Esq.;Sara Krieger | | AC |
| 38 | 4/20/2010 | E-mail w/ attachment | Correspondence w/ legal counsel seeking legal advice re: Fw: Pludeman,. v. NLS, et al. | Sara Krieger | Ariel Schachter | | AC, WP |
| 39 | 4/27/2010 | E-mail w/ attachment | Correspondence w/ legal counsel seeking legal advice re: Fw: Selected ISO's 1998 to 2010 Part 2 | Ariel Schachter | Jennifer Nigro, Esq. | Sara Krieger | AC |
| 40 | 6/3/2010 | E-mail | Correspondence w/ legal counsel offering legal advice re: Serin v Northern Leasing | Jennifer Nigro, Esq. | Ken Krebs (IDM);Steve Bernardone | Danielle Farber, Esq.; Miguel Rodriguez; Robert Lillienstein, Esq. | AC |
| 41 | 1/4/2004 | E-mail | Correspondence w/ legal counsel offering legal advice re: 0272446 - ZCSI1 | Joseph Sussman, Esq. | Amy Tanguay | | AC |
| 42 | 1/7/2004 | E-mail | Correspondence w/ legal counsel seeking legal advice re: Fw: 0272446 - ZCSI1 | Amy Tanguay | Joseph Sussman, Esq. | | AC |
| 43 | 1/22/2004 | E-mail | Correspondence w/ legal counsel seeking legal advice re: 0272446 - ZCSI1 | Amy Tanguay | Joseph Sussman, Esq. | | AC |
| 44 | 8/27/2004 | E-mail | Correspondence w/ legal counsel seeking legal advice re: Tarly Dahl (ZTSDA) | Amy Tanguay | Joseph Sussman, Esq. | | AC |
| 45 | 10/4/2004 | E-mail w/ attachments | Correspondence w/ legal counsel seeking legal advice re: Lease Summaries | Amy Tanguay | Joseph Sussman, Esq. | | AC |
| 46 | 10/4/2004 | E-mail w/ attachments | Correspondence w/ legal counsel offering legal advice re:FW: NLSI Class Action Lease Summaries | Joseph Sussman, Esq. | Benjamin Kaufman, Esq. | Amy Tanguay | AC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 47 | 10/4/2004 | E-mail w/ attachments | Correspondence w/ legal counsel seeking legal advice re: FW: NLSI Class Action Lease Summaries | Amy Tanguay | Joseph Sussman, Esq. | | AC |
| 48 | 11/8/2004 | E-mail | Correspondence re: legal counsel/advice Fw: K&K Ventures-ZTSDA (Tarly Dall) | Sara Krieger | Amy Tanguay | | AC, WP |
| 49 | 11/15/2004 | E-mail | Correspondence re: legal counsel/advice Re: Fw: K&K Ventures-ZTSDA (Tarly Dall) | Amy Tanguay | Sara Krieger | | AC, WP |
| 50 | 11/15/2004 | E-mail | Correspondence re: legal counsel/advice Re: Fw: K&K Ventures-ZTSDA (Tarly Dall) | Sara Krieger | Amy Tanguay | | AC, WP |
| 51 | 1/4/2005 | E-mail | Correspondence w/ legal counsel offering legal advice re: Class Action | Joseph Sussman, Esq. | Benjamin Kaufman, Esq. | Amy Tanguay;Sara Krieger | AC |
| 52 | 1/4/2005 | E-mail | Correspondence re: legal counsel/advice Class Action | Sara Krieger | Amy Tanguay | | AC, WP |
| 53 | 4/27/2005 | E-mail | Correspondence re: legal counsel/advice Fw: Lease# 0086224 | Amy Tanguay | Joseph Sussman, Esq., Benjamin Kaufman, Esq. | Sara Krieger | AC |
| 54 | 9/13/2005 | E-mail w/ attachment | Correspondence re: legal counsel/advice Fw: C/B Figures (Class Action Information) | Amy Tanguay | Sara Krieger | | AC, WP |
| 55 | 9/1/2005 | E-mail | Correspondence w/ legal counsel offering legal advice re: ZTSDA | Joseph Sussman, Esq. | Lina Kravic | Jean-Paul Mauge | AC |
| 56 | 9/1/2005 | E-mail | Correspondence re: legal counsel/advice re: ZTSDA | Jean-Paul Mauge | Lina Kravic | | AC, WP |
| 57 | 9/1/2005 | E-mail | Correspondence w/ legal counsel offering legal advice re: ZTSDA | Joseph Sussman, Esq. | Lina Kravic | Jean-Paul Mauge | AC |
| 58 | 9/1/2005 | E-mail | Correspondence re: legal counsel/advice Fw: ZTSDA | Jean-Paul Mauge | Lydia Mauge | | AC, WP |

| BATES RANGE | PAGES REDACTED | LOCATION | REDACTION DESIGNATION: Attorney-Client Privilege ("AC"); Attorney-Work Product ("WP"); Non-Responsive ("NR") |
|---|---|---|---|
| NLS 800945-800946 | NLS 8000945 | Top | AC |
| NLS 800947-800949 | NLS 8000947 | Top | AC |
| NLS 800950-800952 | NLS 800950 | Top/Middle | AC |
| NLS 800953-800955 | NLS 8000953-954 | Top/Middle/Bottom/Top | AC |
| NLS 800956-800958 | NLS 800956-800957 | Top/Middle/Bottom/Top/Middle | AC |
| NLS 800959-800960 | NLS 800959 | Top/Middle/Bottom | AC |
| NLS 800961-800962 | NLS 800961 | Top/Middle/Bottom | AC |
| NLS 800963 | NLS 800963 | Middle | AC |
| NLS 800964 | NLS 800964 | Bottom | AC |
| NLS 800965-800966 | NLS 800966 | Top | AC |
| NLS 800967 | NLS 800967 | Top/Middle | AC, WP |
| NLS 800968-800969 | NLS 800968 | Middle | AC |
| NLS 800970-800972 | NLS 800971 | Middle | AC, WP |
| NLS 800973-800975 | NLS 800971 | Bottom | AC, WP |
| NLS 800976-800981 | NLS 800976-977, 800981 | Top/Middle/Bottom/Middle/Top | AC, WP |
| NLS 800982-800988 | NLS 800982-985, 800986 | Top/Middle/Bottom/Top/Middle/Bottom/Top/Middle/Middle/Middle | AC, WP |
| NLS 800989-800995 | NLS 800989-992, 800994 | Top/Middle/Bottom/Top/Middle/Bottom/Top/Middle/Middle/Middle/Bottom | AC, WP |
| NLS 801002-801004 | NLS 801002 | Top/Middle | AC |
| NLS 801005-801007 | NLS 801005 | Middle | AC |
| NLS 801008-801010 | NLS 801008-009 | Middle/Bottom/Top | AC |
| NLS 801011-801015 | NLS 801011-012 | Top/Middle/Bottom/Top | AC |
| NLS 801016-801020 | NLS 801016-017 | Top/Middle/Bottom/Top | AC |
| NLS 801021-801025 | NLS 801021-022 | Top/Middle/Bottom/Top | AC |
| NLS 801026-801030 | NLS 801026-028 | Top/Middle/Bottom/Middle/Bottom/Top | AC |

| | | | |
|---|---|---|---|
| NLS 801031-801036 | NLS 801031-033 | Top/Middle/Bottom/Top/Middle/Bottom/Top | AC |
| NLS 801037-801041 | NLS 801037-039 | Top/Middle/Bottom/Middle/Bottom/Top | AC |
| NLS 801042-801045 | NLS 801042-043 | Bottom/Top | AC |
| NLS 801046 | NLS 801046 | Top | AC, WP, NR |
| NLS 801057 | NLS 801057 | Top | AC |
| NLS 801198-801199 | NLS 801198-199 | Top/Middle/Bottom/Top | AC |
| NLS 801248-801250 | NLS 801248-250 | Middle/Middle/Top/Middle | AC |
| NLS 801351-801353 | NLS 801351-353 | Top/Bottom/Middle/Bottom/Top/Middle | AC |
| NLS 801454 | NLS 801454 | Top/Middle | AC, WP |
| NLS 801502 | NLS 801502 | Top/Middle/Bottom | AC, WP |
| NLS 801550 | NLS 801550 | Top/Middle | AC, WP |
| NLS 801580-801581 | NLS 801580 | Top/Middle/Bottom | AC |
| NLS 801611-801612 | NLS 801611-801612 | Bottom/Top/Middle | AC, WP |
| NLS 801613-801615 | NLS 801612 | Bottom/Top/Middle | AC, WP |
| NLS 801616-801618 | NLS 801616-801617 | Top/Middle/Top/Middle | AC, WP |
| NLS 801619-801621 | NLS 801619-801620 | Top/Middle/Top/Middle | AC, WP |
| NLS 801622-801624 | NLS 801622-801623 | Top/Middle/Middle/Bottom | AC, WP |
| NLS 801625-801627 | NLS 801625-801626 | Top/Middle/Top/Middle | AC |
| NLS 801628-801631 | NLS 801628-801630 | Top/Middle/Bottom/Top/Middle | AC |
| NLS 801632-801635 | NLS 801632-801634 | Top/Middle/Top/Top/Middle | AC, WP |
| NLS 801636-801639 | NLS 801636, 801638 | Top/Middle/Top/Middle | AC, WP |
| NLS 801640-801643 | NLS 801640-801643 | Top/Top/Middle/Top | AC, WP |
| NLS 801644-801648 | NLS 801644-645, 801647 | Top/Middle/Middle/Top/Middle | AC, WP |
| NLS 801649-801651 | NLS 801649 | Middle/Bottom | AC |
| NLS 801652-801655 | NLS 801652-801653 | Bottom/Top | AC |
| NLS 801656-801660 | NLS 801656-801657 | Top/Middle/Bottom/Top | AC |
| NLS 801661-801665 | NLS 801661-801662 | Top/Middle/Bottom/Top | AC |
| NLS 801666-801669 | NLS 801666-801667 | Bottom/Top | AC |
| NLS 801670 | NLS 801670 | Top | AC |
| NLS 801673 | NLS 801673 | Middle | AC |