## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **MELINDA SERIN, ET AL.,** | ) | **CASE NO. 7:06CV01625** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER RESCHEDULING** |
| | ) | **JURY TRIAL** |
| **NORTHERN LEASING SYSTEMS,** | ) | |
| **INC., ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The above-captioned case is reassigned for jury trial on November 1, 2010, at 8:30 a.m., with a back-up date of November 8, 2010, at 8:30 a.m.  Trial will be held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 6A, New York, New York.  A final pretrial conference via telephone will be held on October 20, 2010, at 9:00 a.m.  Counsel, parties and individuals with full settlement authority are required to participate and shall contact the Court at (216) 357-4500, enter Conference Room #8049, Pin # 7112 and remain on the line for the Court to join the call.

**IT IS SO ORDERED.**

Dated: August 23, 2010

JAMES S. GWIN
UNITED STATES DISTRICT JUDGE