# Chittur & Associates, P.C.

Attorneys & Counselors at law
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Web: www.chittur.com
Email: kchittur@chittur.com

August 24, 2010

**VIA ECF**

Hon. James Gwin
United States District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

      Re: *Serin et al, v. Northern Leasing et al*, S.D.N.Y. - Docket No. 7:06-CV-01625

Dear Judge Gwin:

      With utmost reluctance, I am compelled to request a re-scheduling of the trial which has been scheduled by Your Honor for November 1, 2010, due to a conflict with religious and family commitments.

      My family requires me to be in India in the last week of October to attend and participate in religious ceremonies in connection with the first death anniversary of my late father.  These ceremonies extend over several days, and are to be followed by a short pilgrimage to our family deity.

      Accordingly, I would very much appreciate if Your Honor would permit me meet these commitments, and for that purpose, re-schedule the final pretrial conference for November 8, with the trial to commence the following week.  Thank you very much.

      Yours truly,

      Sd/

      Krishnan Chittur, Esq.

Cc: Moses & Singer, LLP (via ECF)