# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **MELINDA SERIN, ET AL.,** | ) | **CASE NO. 7:06CV01625** |
| | ) | |
| Plaintiffs, | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **NORTHERN LEASING SYSTEMS, INC., ET AL.,** | ) ) | |
| | ) | |
| Defendants. | ) | |

**TAKE NOTICE** that the above-captioned case has been RESCHEDULED FOR JURY TRIAL before the Honorable James S. Gwin, United States District Judge, to November 15, 2010, at 8:30 a.m., **Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 6A,  New York, New York.  The final pretrial conference will be via telephone on November 10, 2010, at 4:00 p.m.  Counsel, parties and individuals with full settlement authority shall participate by calling 216-357-4500, enter Conference Room #8049, Pin #7112 and remain on the line for the Court to join the call.**

_____

Dated: August 27, 2010                JAMES S. GWIN
                                       UNITED STATES DISTRICT JUDGE