# Chittur & Associates, P.C.

Attorneys & Counselors at law
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Web: www.chittur.com
Email: kchittur@chittur.com

September 24, 2010

**VIA ECF**

Hon. James Gwin
United States District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

   Re: *Serin et al, v. Northern Leasing et al*, S.D.N.Y. - Docket No. 7:06-CV-01625

Dear Judge Gwin:

  In Your Honor's order of September 22, 2010, Your Honor reiterated the earlier order of April 16, 2010, and directed Defendants, once again, to produce documents related to communications with state Attorney Generals, the Better Business Bureau, and other governmental authorities.  However, the order did not specify the deadline for such production.  Plaintiffs request that Your Honor require production of these documents, which are now overdue by about 5 months, within one week, i.e., on or before October 1, 2010.

  Thank you for Your Honor's attention.

              Yours truly,

              Sd/

              Krishnan Chittur, Esq.

Cc: Moses & Singer, LLP (via ECF)