

Krishnan Chittur <kchittur@chittur.com>

# Long Lim

**Brian Ebling <brian@smitheconomics.com>**  Thu, Aug 12, 2010 at 4:08 PM
To: Krishnan Chittur <kchittur@chittur.com>
Cc: Andrey Strutinskiy <astrutinskiy@chittur.com>

Attached is the Long Lim report and worknotes. The hard copies will arrive tomorrow.

Brian

Brian A. Ebling
Smith Economics Group, Ltd. *
1165 N. Clark, Suite 600
Chicago, IL  60610
W 312-943-1551; D 312-943-5101; F 312-943-1016
www.SmithEconomics.com
* A Division of Corporate Financial Group, Ltd.

**4 attachments**

- lim rpt disc.pdf
  748K
- lim rpt undisc.pdf
  751K
- lim wknotes disc.pdf
  344K
- lim wknotes undisc.pdf
  346K



Krishnan Chittur <kchittur@chittur.com>

# Gordon Redner

**Brian Ebling <brian@smitheconomics.com>**  Thu, Aug 5, 2010 at 6:29 PM
To: Krishnan Chittur <kchittur@chittur.com>
Cc: Andrey Strutinskiy <astrutinskiy@chittur.com>

Attached are the discounted and undiscounted reports and worknotes for Gordon Redner.

Brian

Brian A. Ebling
Smith Economics Group, Ltd. *
1165 N. Clark, Suite 600
Chicago, IL  60610
W 312-943-1551; D 312-943-5101; F 312-943-1016
www.SmithEconomics.com
* A Division of Corporate Financial Group. Ltd.

---

**4 attachments**

 **redner rpt disc.pdf**
694K

 **redner rpt undisc.pdf**
695K

**redner wknotes disc.pdf**
227K

**redner wknotes undisc.pdf**
228K

000186



Krishnan Chittur <kchittur@chittur.com>

# Melinda Serin

**Brian Ebling <brian@smitheconomics.com>**  Wed, Aug 4, 2010 at 6:20 PM
To: Krishnan Chittur <kchittur@chittur.com>
Cc: Andrey Strutinskiy <astrutinskiy@chittur.com>

Attached are the discounted and undiscounted reports and worknotes for Melinda Serin.

Brian

Brian A. Ebling
Smith Economics Group, Ltd. *
1165 N. Clark, Suite 600
Chicago, IL  60610
W 312-943-1551; D 312-943-5101; F 312-943-1016
www.SmithEconomics.com
* A Division of Corporate Financial Group, Ltd.

**4 attachments**

- **serin rpt disc.pdf**
  759K
- **serin rpt undisc.pdf**
  758K
- **serin wknotes disc.pdf**
  276K
- **serin wknotes undisc.pdf**
  275K

000187



Krishnan Chittur <kchittur@chittur.com>

# Thomas Smith

3 messages

---

**Brian Ebling <brian@smitheconomics.com>**  Wed, Jul 28, 2010 at 6:05 PM
To: Krishnan Chittur <kchittur@chittur.com>
Cc: Andrey Strutinskiy <astrutinskiy@chittur.com>

Attached is the report for Thomas Smith.

Brian

Brian A. Ebling
Smith Economics Group, Ltd. *
1165 N. Clark, Suite 600
Chicago, IL  60610
W 312-943-1551; D 312-943-5101; F 312-943-1016
www.SmithEconomics.com
* A Division of Corporate Financial Group, Ltd.

**4 attachments**

- russ-rpt disc.pdf
  835K
- russ-rpt undisc.pdf
  828K
- russ-wknotes disc.pdf
  436K
- russ-wknotes undisc.pdf
  431K

---

**Krishnan Chittur <kchittur@chittur.com>**  Wed, Jul 28, 2010 at 9:47 PM
To: Brian Ebling <brian@smitheconomics.com>
Cc: Andrey Strutinskiy <astrutinskiy@chittur.com>

Brian, this is the report for Russ, not Tom.
[Quoted text hidden]

--
Yours truly,
K. Chittur, Esq.
Chittur & Associates, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447

000193

P.S. This email may contain confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message

---

**Brian Ebling <brian@smitheconomics.com>**       Wed, Jul 28, 2010 at 10:30 PM
To: Krishnan Chittur <kchittur@chittur.com>
Cc: Andrey Strutinskiy <astrutinskiy@chittur.com>

Sorry for the mixup.


Brian

Brian A. Ebling
Smith Economics Group, Ltd. *
1165 N. Clark, Suite 600
Chicago, IL  60610
W 312-943-1551; D 312-943-5101; F 312-943-1016
www.SmithEconomics.com
* A Division of Corporate Financial Group, Ltd.

---

**From:** Krishnan Chittur [mailto:kchittur@chittur.com]
**Sent:** Wednesday, July 28, 2010 8:48 PM
**To:** Brian Ebling
**Cc:** Andrey Strutinskiy
**Subject:** Re: Thomas Smith

[Quoted text hidden]

---

**4 attachments**

- **smith-rpt.disc.pdf**
  1246K

- **smith-rpt.undisc.pdf**
  1236K

- **smith-wknotes.disc.pdf**
  218K

- **smith-wknotes.undisc.pdf**
  220K



Krishnan Chittur <kchittur@chittur.com>

# Russ
1 message

**Brian Ebling <brian@smitheconomics.com>**　　　　　　　　　　Fri, Jul 16, 2010 at 10:41 AM
To: Krishnan Chittur <kchittur@chittur.com>
Cc: Andrey Strutinskiy <astrutinskiy@chittur.com>

Brian

Brian A. Ebling
Smith Economics Group, Ltd. *
1165 N. Clark, Suite 600
Chicago, IL 60610
W 312-943-1551; D 312-943-5101; F 312-943-1016
www.SmithEconomics.com
* A Division of Corporate Financial Group. Ltd.

**4 attachments**

- **russ-rpt disc.pdf**
  835K
- **russ-wknotes disc.pdf**
  436K
- **russ-rpt undisc.pdf**
  828K
- **russ-wknotes undisc.pdf**
  431K



Krishnan Chittur <kchittur@chittur.com>

# Russ - discounted

**Brian Ebling <brian@smitheconomics.com>**     Thu, Jul 15, 2010 at 6:23 PM
To: Krishnan Chittur <kchittur@chittur.com>

Brian

Brian A. Ebling
Smith Economics Group, Ltd. *
1165 N. Clark, Suite 600
Chicago, IL 60610
W 312-943-1551; D 312-943-5101; F 312-943-1016
www.SmithEconomics.com
* A Division of Corporate Financial Group, Ltd.

**2 attachments**

**Russ-rpt disc.pdf**
873K

**Russ-wknotes disc.pdf**
450K

000198



Krishnan Chittur <kchittur@chittur.com>

## Russ - undiscounted

**Brian Ebling <brian@smitheconomics.com>**     Thu, Jul 15, 2010 at 6:23 PM
To: Krishnan Chittur <kchittur@chittur.com>

Brian

Brian A. Ebling
Smith Economics Group, Ltd. *
1165 N. Clark, Suite 600
Chicago, IL 60610
W 312-943-1551; D 312-943-5101; F 312-943-1016
www.SmithEconomics.com
* A Division of Corporate Financial Group, Ltd.

**2 attachments**

**Russ-rpt undisc.pdf**
869K

**Russ-wknotes undisc..pdf**
447K

000199