

Krishnan Chittur <kchittur@chittur.com>

# Serin

3 messages

---

**Brian Ebling <brian@smitheconomics.com>**	Wed, Jul 14, 2010 at 11:02 AM
To: Krishnan Chittur <kchittur@chittur.com>

I'll begin the interviews today – have all of the plaintiffs whose contact info we were provided been notified to expect to hear from us?

Also, if you have copies of their depositions or any further info related to their actual credit scores, it would be helpful – else I'll just try to get all the info we need over the phone from them.

Thanks,

Brian

Brian A. Ebling
Smith Economics Group, Ltd. *
1165 N. Clark, Suite 600
Chicago, IL  60610
W 312-943-1551; D 312-943-5101; F 312-943-1016
www.SmithEconomics.com
* A Division of Corporate Financial Group, Ltd.

---

**Krishnan Chittur <kchittur@chittur.com>**	Wed, Jul 14, 2010 at 11:11 AM
To: Brian Ebling <brian@smitheconomics.com>

Yes, ALL the plaintiffs have been informed that you will be calling.  We have not yet received copies of their deposition transcripts.  Brian, see if you can get Russ done immediately - in case the judge refuses the extension, at least we have the most important one in.  I'll keep you posted on that one.

Yours truly,
K. Chittur, Esq.
Chittur & Associates, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017
Tel. (212) 370-0447

P.S.  This email may contain confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message

000203



Krishnan Chittur <kchittur@chittur.com>

# Serin et al. v Northern Leasing Systemes, Inc., et al

2 messages

**Andrey Strutinskiy <astrutinskiy@chittur.com>**  Thu, Jul 8, 2010 at 5:09 PM
To: stan@smitheconomics.com
Cc: Krishnan Chittur <kchittur@chittur.com>

Dear Mr. Smith:

Here are telephone numbers for plaintiffs in the above referenced matter.

Melinda Serin - (818) 378-9846
Long Soui Lim - (770) 423-0409
Gordon Redner - (214) 298-6862
Judson Russ - (407) 797-2104
Thomas Smith - (262) 521-2273

--
Yours truly,
Andrey Strutinskiy, Esq.
Chittur & Associates, P.C.
Attorneys & Counselors at Law
286 Madison Avenue Suite 1100
New York, NY 10017
Tel: (212) 370-0447
E-mail: astrutinskiy@chittur.com

P.S. This email may contain confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message

**Stan Smith <Stan@smitheconomics.com>**  Thu, Jul 8, 2010 at 5:57 PM
To: astrutinskiy@chittur.com
Cc: kchittur@chittur.com, Eleanor Matelan <Eleanor@smitheconomics.com>

Thanks! We'll get going. Stan

Stan V. Smith, Ph.D.
President
Smith Economics Group, Ltd.
1165 N. Clark St. Suite 600
Chicago, IL 60610
W 312-943-1551 F 312-943-1016
C 312-607-1551 H 312-944-1491
**Sent from Blackberry

**From**: Andrey Strutinskiy <astrutinskiy@chittur.com>
**To**: Stan Smith
**Cc**: Krishnan Chittur <kchittur@chittur.com>

000208

**From:** Krishnan Chittur [mailto:kchittur@chittur.com]
**Sent:** Wednesday, July 14, 2010 3:10 PM
**To:** Stan Smith; Brian Ebling
**Subject:** Serin - damages

[Quoted text hidden]

---

**Brian Ebling <brian@smitheconomics.com>**     Thu, Jul 15, 2010 at 12:15 PM
To: Krishnan Chittur <kchittur@chittur.com>

Krishnan,

I'll e-mail you Jedson Russ' report likely tonight after business hours. It'll definitely be in your inbox by first thing tomorrow morning.

Obviously it won't be in time for our report, but can you request from Mr. Judson his tax returns going back to about 2000? It'll help for completeness of our file, especially if we need to refine calculations to be more exact down the line. Actually it would help to have tax returns for all of the clients over the relevant time periods. And, of, course their depositions when you get them and any information on their actual pre- and post-injury credit scores. We'll make do with what we've got in the mean time, but these are things we ought to have.

Thanks,

Brian

Brian A. Ebling
Smith Economics Group, Ltd. *
1165 N. Clark, Suite 600
Chicago, IL  60610
W 312-943-1551; D 312-943-5101; F 312-943-1016
www.SmithEconomics.com
* A Division of Corporate Financial Group. Ltd.

---

**From:** Krishnan Chittur [mailto:kchittur@chittur.com]
**Sent:** Wednesday, July 14, 2010 3:10 PM
**To:** Stan Smith; Brian Ebling
**Subject:** Serin - damages

Stan, Brian:

[Quoted text hidden]

000201