MINUTES OF PROCEEDINGS (TELEPHONE CONFERENCE WITH COUNSEL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Date: | 9/28/10 |
| Judge: | James S. Gwin |
| Case No.: | 7:06cv01625 |
| Court Reporter: | None |

| | |
|---|---|
| MELINDA SERIN, ET AL., | ) |
|  | ) |
|     Plaintiffs, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| NORTHERN LEASING | ) |
| SYSTEMS, INC., ET AL., | ) |
|  | ) |
|     Defendants. | ) |

MATTERS CONSIDERED: Telephone conference call with counsel.

TOTAL TIME: 45 min.                              *s/ Gwen Mackey*
                                                                         Courtroom Deputy Clerk