UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM, PERI KETTLER, GORDON REDNER, AND THOMAS J. SMITH,

                Plaintiffs,

-against-

NORTHERN LEASING SYSTEMS, INC., JAY COHEN, RICH HAHN, and SARA KRIEGER,

                Defendants.
---------------------------------------------------------------- X

06 CV 1625 (JSG)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendants Northern Leasing System, Inc., Jay Cohen, Rich Hahn and Sara Krieger.

    I certify that I am admitted to practice in this court.

Dated: October 1, 2010
       New York, New York

                                **MOSES & SINGER LLP**

                                s/ Scott E. Silberfein
                                Scott E. Silberfein
                                405 Lexington Avenue
                                New York, New York 10174-1299
                                Tel.: 212-554-7845
                                Fax: 212-554-7700
                                ssilberfein@mosessinger.com

                                *Attorneys for Defendants*

836917v1  011082.0121