September 14, 2010

## LIST OF CASES IN THE LAST FOUR YEARS WHEREIN STAN V. SMITH HAS TESTIFIED

Martin v. BNSF Railway Company
Circuit Court of Jackson County, Missouri, at Independence
Case No. 0916-CV23632, Division 17
Law Firm= Hubbell Peak O'Neal Napier & Leach, Kansas City, MO
DDP# 08-31-2010

Dorgan v. Abbate, Jr.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 001069
Law Firm= Nilson Stookal Gleason & Caputo, Chicago, IL
DDP# 08-27-2010

Ragona v. Devereaux, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 001173
Law Firm= Robert B. Phillips & Associates, Chicago, IL
DDP# 08-24-2010

Williams and Allen v. Endoscopy Center of Southern Nevada, et al.
District Court, Clark County, Nevada
Case No. A570736 Dept. No. 1 & Case No. A575838 Dept. No. 1
Law Firms= Mainor Eglet Cottle AND Kemp Jones & Coulthard, Las Vegas, NV
DDP# Part 2 08-14-2010

Lopez v. BPC Henderson, et al.
District County, Clark County, Nevada
Case No. A565986
Law Firm= Aaron & Paternoster, Las Vegas, NV
DDP# 08-24-2010

Tucker v. Maness, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 08 L 007260
Law Firm= Sinson & Sinson, Chicago, IL
TT# 08-19-2010

Weber v. Tri-K Development, Inc, et al.
Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois
No. 06 L 537
Law Firm= Kedzie Law Office, Chicago, IL
DDP# 08-16-2010

Williams and Allen v. Endoscopy Center of Southern Nevada, et al.
District Court, Clark County, Nevada
Case No. A570736 Dept. No. 1 & Case No. A575838 Dept. No. 1
Law Firms= Mainor Eglet Cottle AND Kemp Jones & Coulthard, Las Vegas, NV
DDP# Part 1 08-14-2010

Asmar v. Borgata Hotel Casino and Spa, et al.
Superior Court of New Jersey, Law Division, Monmouth County
Docket No.: MON-L-4490-08
Law Firm= Wolf Law Office, Red Bank, NJ
DDP# 08-12-2010

Robinson v. Hillcrest Baptist Medical Center, et al.
United States District Court for the Western District of Texas, Waco Division
Case No. WA:09-CV-00279-WSS
Law Firm= U.S. Department of Justice, Austin, TX
DDP# 08-11-2010

Hair v. William Bruce Palmateer, et al.
State of Michigan, Circuit Court for the County of St. Clair
Case No. 08-001509-NI
Law Firm= Giarmarco, Mullins & Horton, Troy, MI
DDP# Part 2 08-11-2010

Booker v. Advocate Health Centers, Inc.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 8954
Law Firm= Dudley & Lake, Libertyville, IL
TT# 08-09-2010

Andrews v. Classic Car Collectors, et al.
State of Michigan, Circuit Court for the County of Kent
Case No.: 07-12636-NZ
Law Firm= Sommers Schwartz, Southfield, MI
DDP# 07-28-2010

Lorenz, as Administrator of Estate of Rooney, Jr.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 08 L 4438
Law Firm= Dudley & Lake, Libertyville, IL

000620

07-27-2010

Martinelli  v. Soto, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 6573
Law Firm = Cogan & McNabola, Chicago, IL
07-26-2010

Kellogg v. Akron Children's Hospital, et al.
Court of Common Pleas for Cuyahoga County, Ohio
Case No.: CV 09 707318
Law Firm = Murray & Murray, Sandusky, OH
07-21-2010

Favazza v. Mantra Films, Inc., et al.
Circuit Court for City of St. Louis, Twenty Second Judicial Circuit, State of Missouri
Case No. 0822-CC01561, Div. 1
Law Firm = Evans Partnership, St. Louis, MO
07-20-2010

Shemon v. David Cooper M.D. et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Cause No. 03 L 006317
Law Firm = Nemeroff Law Office, Chicago, IL
07-19-2010

Salustro  v. Meade Electric Company, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 13823
Law Firm = Sutter & Ori, Chicago, IL
07-12-2010

In Re: The Arbitration of Edward L. Scott, Jr.
U.S. District Court for the District of Columbia
Claim No. 13980
Law Firm = Stinson Morrison Hecker, Washington, DC
07-09-2010

Keown v. Vindhurst
Vanderburgh Superior Court, County of Vanderburgh, State of Indiana
Cause No. 82D03-0905-CT-2597
Law Firm = Simpkins Law Office, Evansville, IN
07-08-2010

Castrejon  v. Orren Pickell Designers and Builders, LLC.
Circuit Court of Cook County, Illinois, County Department, Law Division
Court No. 08 L 8718
Law Firm = Lipkin & Higgins, Chicago, IL
07-08-2010

Chapas v. Burlington Northern Santa Fe Railway Company
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 013230
Law Firm = Hoey & Farina, Chicago, IL
07-07-2010

Gyger v. Sunrise Hospital & Medical Center, et al.
District Court, Clark County, Nevada
Case No. A571470, Dept. No. V
Law Firm = Gillock & Associates, Las Vegas, NV
06-29-2010

Bouchillon, Jr. v. Deere & Co., Inc., et al.
Circuit Court of Panola County, Mississippi, First Judicial District
Cause No.: CV2009-048MPI
Law Firm = Gilder Howell & Associates, Southaven, MS
06-29-2010

Thompson  v. Chicago Block Co., Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 003306
Law Firm = O'Reilly Law Office, Chicago, IL
06-29-2010

Harbaugh v. Purighalla Nueroscience & Spine Institute, et al.
State of Illinois, Circuit Court of the Fourteenth Judicial Circuit, County of Rock Island
No. 08-L-71
Law Firm = Warner & Associates, Rock Island, IL
06-28-2010

Martin v. Papillon Airways, Inc., et al.
United States District Court, District of Nevada
Case No. 2:09-CV-02127-GMN-LRL
Law Firm = Balaban Law Office
06-25-2010

S.O., et al. v Carlisle School District, et al.

000621

Iowa District Court for Warren County
Law No. LACV 029677
Law Firm= Myers, Myers & Danks, Pleasantville, IA
06-23-2010

Finet through Korthese v. Advocate Christ Medical Center, et al.
Circuit Court of Cook County, County Department, Law Division
No. 04 L 2734
Law Firm= Cogan & McNabola, Chicago IL
06-22-2010

Willims v. BNSF Railway Company, et al.
Circuit Court of Cook County, Illinois, County Department
Law Division, No. 06 L 008509
Law Firm= Cochran Cherry Givens Smith & Montgomery, Chicago, IL
06-21-2010

Floyd et al. v. Norton Hospitals, et al.
Jefferson Circuit Court, Division Three
No. 06-CI-05056
Law Firm= Franklin Law Group, Louisville, KY
06-17-2010

Manchise v. Ionna, M.D., et al.
Court of Common Pleas, Hamilton County, Ohio
Case No. A0907021
Law Firm= Motley Rice, Providence, RI
06-15-2010

McCauley v. Bondex International, Inc., et al.,
Jefferson Circuit Court, Division Eight, Louisville, KY,
No. 09 CI 01313
Law Firm= George & Sipes, Indianapolis, IN,
06-10-2010

Walker v. Benigno, M.D. et al.
State Court of Fulton County, State of Georgia,
Civil Action File No. 2009EV006816A,
Law Firm = Bills Law Office, Atlanta, GA.
06-09-2010Walker

Williams v. Warren, M.D. et al.
Jefferson Circuit, Division 11, Louisville, KY
No. 09-CI-00272
Law Firm= Goldberg Simpson, Louisville, KY
06-08-2010

Gallardo  v. Illinois Marine Towling, Inc.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 08 L 010432
Law Firm= Woodruff & Johnson, Aurora, IL
06-03-2010

Raggs v. City of Chicago
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 06 L 6732
Law Firm= Cochran Cherry Givens Smith & Montgomery, Chicago, IL
06-02-2010

Esparza v. BCI Coca-Cola Bottling Co. of Los Angeles, et al.
Superior Court of State of Arizona, in and for County of Maricopa
No. CV2007-091884
Law Firm= Lloyd & Robinson, Payson, AZ
05-27-2010

Hersh v. Kenneth Madison, et al.
District Court, Clark County, Nevada
Case No. A552938, Dept No. XX
Law Firm= Shook & Stone, Las Vegas, NV
05-25-2010

McCabe v. Ramparts Inc., et al.
United States District Court, District of Nevada
Case No. 2:08-cv-01232-PMP
Law Firm= Mainor Eglet Cottle, Las Vegas, NV
05-25-2010

McConnell v. Dallas Regional Medical Celtner, et al.
In the District Court of Dallas County, Texas, 193rd Judicial District
No. 2009-07067
Law Firm= McGehee Chang, Houston, TX
05-21-2010

Walker v. Methodist Healthcare, et al.
Chancery Circuit of Tennessee for the Thirtieth Judicial District at Memphis
CT-001572-08
Law Firm= Merkel & Cocke, Clarksdale, MS

3

05-19-2010

Joss, et al. v. Ford Motor Co., et al
U.S. District Court for District of Montana, Billings, Division
NO. CV-08-68-BLG-RFC-CSO
Law Firm = Beck & Amsden, Bozeman, MT
05-17-2010

Witt v. Pfizer, Inc., et al.
United States District Court, Northern District of Indiana, Hammond Division
Case No. 2:09-CV-00133-RL-APR
Law Firm = Whalley & Associates, Merrillville, IN
05-17-2010

Mason v. Lester, et al.
Superior Court of Ben Hill County, State of Georgia
Civil Action No. 08-CV-374
Law Firm = Power, Cooper & Jaugstetter, McDonough, GA
05-14-2010

Aragon v. Fehler, et al.
District Court, Clark County, Nevada
Case No. A550006, Dept. No. XXIV
Law Firm = Mainor Eglet Cottle, Las Vegas, NV
05-11-2010

Moore v. Excelon Corporation, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 04 L 13071
Law Firm = Bellows & Bellows, Chicago, IL
05-07-2010

Karlic v. Medtronic, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 188
Law Firm = Motherway & Napleton, Chicago, IL
05-05-2010

McCauley v. Bondex International, Inc., et al.,
Jefferson Circuit Court, Division Eight, Louisville, KY,
No. 09 CI 01313
Law Firm = George & Sipes, Indianapolis, IN,
05-03-2010

gutierrez

Agate v. City of New York, et al.
U.S. District Court, Eastern District of New York
Docket No. 04 CV 5457 (CBA) (RML)
Law Firm = Pecoraro & Scheisel, New York, NY
04-28-2010

Chanin v. Desert Shadow Endoscopy Center et al.
District Court, Clark County, Nevada
Case No. A571172
Law Firm = Mainor Eglet Cottle, Las Vegas, NV
04-27-2010

Snowden v. Holy Cross Hospital, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 3273
Law Firm = Kurasch & Klein, Chicago, IL
04-26-2010

Amir v. Zeller, et al.
Court of Common Pleas, Cuyahoga County, Ohio
Case No.: 594212
Law Firm = Pittman Alexander Attorneys, Cleveland, OH
04-26-2010

Brown v. Humphrey, et al.
District Court, Clark County, Nevada
Case No. A 573721, Dept. No. XXI
Law Firm = Richard Harris Law Firm, Las Vegas, NV
04-23-2010

Shearer v. T & W Tool and Die Corporation, et al.
United States District Court, Eastern District of Kentucky, Central Division at Lexington
Civil Action No. 08-CV-175-KSF
Law Firm = Poppe Law Firm, Louisville, KY
04-19-2010

Latos v. Manchester Tank & Equipment Co., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 008971
Law Firm = Collison & O'Connor, Chicago, IL
Part 3 04-15-2010

000623

Zavala v. Sandoval, et al.
Circuit Court of Cook County, Illinois, Law Division, County Department
No. 07 L 12335
Law Firm= Hughes Socol Piers Resnick & Dym, Chicago, IL
04-14-2010

Zawatzke v. Wisconsin Injured Patients and Families Compensation Fund, et al.
Circuit Court, Sheboygan County, State of Wisconsin
Case No. 08 CV 643
Law Firm= Cirignani Heller & Harman, Chicago, IL
04-13-2010

Vulpitta v. Gate Gourmet, et al.
Circuit Court of Cook County, Illinois, Law Division, County Department
No. 08 L 3220
Law Firm= Hughes Socol Piers Resnick & Dym, Chicago, IL
04-12-2010

Blodgett v. Grand Traverse County, et al.
United States District Court, Western District of Michigan
Case Number 1:09-cv-147
Law Firm= Zimholt & Bowron, Traverse City, MI
04-12-2010

Zey v. Dyck-O'Neal, Inc.
United States District Court, Eastern District of Missouri
Case No. 4:09-cv-01049-AGF
Law Firm= Butsch Simeri Fields, Clayton, MO
04-08-2010

Hart v. St. James Hospital, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 11530
Law Firm= Jasmer Law Office, Chicago, IL
04-07-2010

Lagestee v. Ingalls Hospital, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 99 L 14025
Law Firm= Chessick Law Office, Schaumburg, IL
Part 3 04-05-2010

McConnell v. Dallas Regional Medical Cetner, et al.
In the District Court of Dallas County, Texas, 193rd Judicial District
No. 2009-07067
Law Firm= McGehee Chang, Houston, TX
Part 1 04-05-2010

Chittur v. Franklin Credit Management Corp., et al.
United States District Court, Southern District of New York
No. 08 CV 6293
Law Firm= Chittur & Associates, New York, NY
03-30-2010

Villerreal v. The Point at Kilpatrick
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 06 L 001376
Law Firm= Sinson & Sinson, Chicago, IL
03-29-2010

Hector v. Meckova, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Law Division, No. 04 L 9031
Law Firm= Triber, Orpett & Meyer, Chicago, IL
03-29-2010

Sircher v. SSM Health Care, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 002846
Law Firm= Pavalon Gifford & Laatsch, Chicago, IL
03-26-2010

Grittini v. Swaine, M.D., et al.
District Court, Clark County, Nevada
Case No. A529345, Dept. No. X
Law Firm= Gillock & Associates, Las Vegas, NV
03-24-2010

Goldman v. Simon, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 09 L 002166
Law Firm= Donahue Law Office, LaGrange, IN
03-23-2010

Lauer v. CSC Credit Services, Inc., et al.
U.S. District Court, Southern District of Indiana, Indianapolis Division
Civil Action No. 1:08-CV-1627

000624

Law Firm = Indiana Consumer Law Group, Lebanon, IN
03-22-2010

Vanderford  v. Baptist Memorial Hospital, et al.
Circuit Court of Lafayette County, Mississippi
Civil Action No. L08-319
Law Firm = Merkel & Cocke, Clarksdale, MS
03-22-2010

Terry, Conservator of Wilson, Ward v. Clayton Farms et al.
United States District Court, Northern District of Mississippi, Western Division
Cause Number: 3:09CV037-M-A
Law Firm = Merkel & Cocke, Clarksdale, MS
03-17-2010

Ashby v. Galesburg Hospital Corporation et al.
Circuit Court of the Ninth Judicial Circuit, Knox County, Illinois
Case No. 07 L 8
Law Firm = Warner & Associates, Rock Island, IL
03-15-2010

Latos v. Manchester Tank & Equipment Co., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 00897l
Law Firm = Collison & O'Connor, Chicago, IL
Part 2 03-15-2010

Tesarik v. Clifford
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 2007 L 001371
Law Firm = Cogan & McNabola, Chicago, IL
03-11-2010

Stolarski  v. Elias, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 06 L 7790
Law Firm = Cogan & McNabola, Chicago, IL
03-11-2010

Bevins-Taylor v. Summers
Fayette Circuit Court, Division Three, Kentucky
Case No. 09CI03324
Law Firm = Cooper & Friedman, Louisville, KY
03-10-2010

Lee v. USA
United States District Court, for the Western District of Texas, San Antonio Division
Civil Action No. SA-08-CA-5310G
Law Firm = U.S. Department of Justice, San Antonio, TX
03-05-2009

Brockermeyer v. Bowen, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 014874
Law Firm = Etherton & Associates, Chicago, IL
03-02-2010

Smith, Jr. v. Dyer, et al.
District Court, Clark County, Nevada
Case No. A544414
Law Firm = Aaron & Paternoster, Las Vegas, NV
03-02-2010

Jakes as Spec'l Admin for Estate of Rasmussen v. Macarthur Co., et al.
U.S. District Court for the Western District of Wisconsin,
No. 09-C-133-SLC,
Law Firm = Woodruff & Johnson, Aurora, IL
02-26-2010

Robinson  v. Doehler et al.
Circuit Court of the Thirteenth Judicial Circuit of Illinois, LaSalle County
Case No. 06 L 91 (Consolidated  with 08 L 58)
Law Firm = Mueller Anderson, Ottawa, IL
02-25-2010

S.O., et al. v. Carlisle School District, et al.
Iowa District Court for Warren County
Law No. LACV 029677
Law Firm = Myers, Myers & Danks, Pleasantville, IA
02-24-2010

McDaniel v. BSN Medical Inc., et al.
U.S. District Court, Western District of Kentucky, Owensboro Division
Case No. 4:07-CV-36
Law Firm = Moore Malone & Safreed, Owensboro, KY
Part 2 02-23-2010

000625

Dizdarevic v. Hobson Villas, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 003790
Law Firm= Corti Aleksy & Castenada, Chicago, IL
02-22-2010

Baker, III v. Baker
District Court, Fremont County, State of Colorado
Case Number 06 DR 263
Law Firm= Anderson & Hughes, Salida, CO
02-18-2010

Nakalmaic v. Penske Truck Leasing Company, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Court No. 05 L 8217
Law Firm= Employee Legal Service, Chicago, IL
02-08-2010

Appel v. Ellis Construction, Inc., et al.
District Court, Clark County, Nevada
Case No. A534930, Dept. No. IX
Law Firm= Gregory & Associates, Las Vegas, NV
02-05-2010

Gravely v. Northwestern Memorial Hospital, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 5415
Law Firm= Deratany & Associates, Chicago, IL
02-04-2010

Jensen-Clapp and Cook v. Knight
Second Judicial District Court of Davis County, State of Utah
Civil No. 040604214
Law Firm= Petty Law Office, Salt Lake City, UT
02-01-2010

Lowe v. University of Chicago, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 007347
Law Firm= Maher & Associates, Chicago, IL
01-29-2010

Wallace v. Catalin Marblette Corporation, et al.
State of Wisconsin, Milwaukee County, Circuit Court, Branch 14
Case No. 06CV012139
Law Firm= Cascino Vaughan, Chicago, IL
01-27-2010

McDaniel v. BSN Medical Inc., et al.
U.S. District Court, Western District of Kentucky, Owensboro Division
Case No. 4:07-CV-36
Law Firm= Moore Malone & Safreed, Owensboro, KY
Part 1 01-27-2010

Paretsky v. Vy et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 08 L 001142
Law Firm= Barnes & Associates, Chicago, IL
Part 2 01-25-2010

Drish v. Commonwealth Edison Company
Circuit Court of Cook County, Illinois, County Department
Law Division, No. 04 L 10980
Law Firm= Brown Law Office, Chicago, IL
01-22-2010

Hair v. William Bruce Palmateer, et al.
State of Michigan, Circuit Court for the County of St. Clair
Case No. 08-001509-NI
Law Firm= Giarmarco, Mullins & Horton, Troy, MI
01-21-2010

Saragosa v. The County of Cook
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 005814
Law Firm= Loggans & Assoc., Chicago, IL
01-21-2010

Canine v. University Medical Center, Inc., et al.
Jefferson Circuit Court, Division Twelve
No. 07-CI-006067
Law Firm= Hance & Srinivasan, Louisville, KY
01-19-2010

Torres v. Children's Memorial Hospital
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 12952

7

000626

Law Firm = Morawicz Law Firm, Chicago, IL
01-19-2010

Wong v. Ronetco Supermarkets, Inc. et al.
Superior Court of New Jersey, Law Division, Morris County
Docket No. MRS-L-3038-05
Law Firm = Nowell Amoroso Klein Bierman, Hackensack, NJ
01-18-2010

Swinney v. Schneider National Carriers, Inc. et al.
United States District Court, Northern District of Georgia, Atlanta Division
File No. 1:09-CV-0585 BBM
Law Firm = Yokely & Asssociates, Atlanta, GA
01-15-2010

Thomas v. Richardson, et al.
District Court, Clark County, Nevada
Case No. A548183, Dept. X
Law Firm = Aaron & Paternoster, Las Vegas, NV
01-14-2010

Glass v. Superior Rigging and Erecting Co.
State Court of Dekalb County, State of Georgia
Civil Action File No. 08A95186
Law Firm = Yokely & Associates, Atlanta, GA
01-13-2010

Jaycox v. Mercy Clinics, et al.
Iowa District Court in and for Polk County
Law No. CL 108120
Law Firm = Harding Law Office, Des Moines, IA
01-13-2010

Shipley v. City of Waukegan
Circuit Court for the Nineteenth Judicial Circuit, Lake County, Illinois
UIM Arbitration
Law Firm = Dudley & Lake, Libertyville, IL
01-11-2010

Morton v. Overby, et al.
United States District Court, Eastern District of Texas, Sherman Division
Civil Action No. 4.08-cv-399
Law Firm = Bonds and Matthews, Muskogee, OK
Part 2 01-08-2010

Scott et al. v. Wells Fargo Home Mortgage, Inc., et al.
United States Bankruptcy Court, Northern District of Ohio, Eastern Division
Case No. 03-41595
Law Firm = Zuzolo Zuzolo & Zuzolo, Niles, OH
01-04-2010

Pullum v. Madsen, et al.
Jefferson Circuit Court, Kentucky, Division Eight
No. 04-CI-09626
Law Firm = Moore Malone & Safreed, Owensboro, KY
01-04-2010

Meeker v. J.C. Penney Co.
Shelby County Circuit Court, Tennessee
No. CT-002174-06, Div. V
Law Firm = Merkel & Cocke, Clarskdale, MS
12-28-2009

Chavez v. MI-Jack Products, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 4095
Law Firm = Miroballi Durkin & Rudin, Chicago, IL
12-28-2009

Washington et al. v. City of Chicago
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 7111, Consolidated with No. 04 L 7212
Law Firm = Cochran Cherry Givens Smith & Montgomery, Chicago, IL
Part 2 12-18-2009

Weider v. Shah, M.D., et al.
Circuit Court of the 19th Judicial Circuit, McHenry County, Illinois
No. 04 LA 418
Law Firm = Cogan & McNabola, Chicago, IL
12-18-2009

Dussault v. Klich, M.D.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 6248
Law Firm = Holman & Stefanowicz, Chicago, IL
12-10-2009

8

000627

Latos v. Manchester Tank & Equipment Co., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 008971
Law Firm= Collison & O'Connor, Chicago, IL
Part 1 12-10-2009

Shoemaker v. Asbach & Vanselow, Inc., et al.
Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois
Case No. 05 L 425
Law Firm= Clausen Miller, Wheaton, IL
12-09-2009

Chanin v. Desert Shadow Endoscopy Center et al.
District Court, Clark County, Nevada
Case No. A571172
Law Firm= Mainor Eglet Cottle, Las Vegas, NV
12-08-2009

One v. Union Pacific Railroad Co., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 15954 B
Law Firm= Budorick Law Firm, Chicago, IL
12-07-2009

Intersections Inc., et al v. Loomis
United States District Court, Eastern District of Virginia
1:09-cv-00597-LMB-TCB
Law Firm= Dunlap Grubb & Weaver, Leesburg, VA
12-07-2009

Sanders v. Central Pony Express, Inc., et al.
District Court, Clark County, Nevada
Case No. A555712, Dept. No. XXV
Law Firm= Titolo Law Office, Las Vegas, NV
12-04-2009

Paretsky v. Vy et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 08 L 001142
Law Firm= Barnes & Associates, Chicago, IL
Part 1 12-03-2009

Washington et al. v. City of Chicago
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 7111, Consolidated with No. 04 L 7212
Law Firm= Cochran Cherry Givens Smith & Montgomery, Chicago, IL
Part 1 12-03-2009

Watson v. Lee
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 08 L 9901
Law Firm= Sinson & Sinson, Chicago, IL
12-02-2009

Busick v. Physicians' Clinic of Iowa, et al.
Iowa District Court for Linn County
Law No. LACV58010
Law Firm= Myers Myers Danks & Smith, Pleasantville, IA
12-01-2009

Bark v. Brown, Brown & Gomberg, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 05 L 5353
Law Firm= Mayer & Marsh, Chicago, IL
11-30-2009

Romic v. Tobias, R.N., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 8321
Law Firm= Wolfman Law Office, Chicago, IL
11-24-2009

Shaltapour v. CLK, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No.: 06 L 12522
Law Firm= Mayer & Marsh, Chicago, IL
11-23-2009

Corrigan v. Hudec, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 2008 L 012946
Law Firm= Loggans & Associates, Chicago, IL
11-20-2009

Karaskiewicz v. Garapati, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 7248

000628

Law Firm= Corbett & Ashe, Chicago, IL
11-18-2009

Cannon v. Univerisity of Chicago Hospitals
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 07968
Law Firm= Costello McMahon & Burke
11-18-2009

Ernest v. Lockheed Martin Corporation
United States District Court, District of Colorado
Civil Action No. 1:07-cv-02038-WYD-KLM
Law Firm= Aucoin Law Office, Metairie, LA
11-17-2009

Plummer v. Unites States of America
United States District court, Northern District of Illinois, Eastern Divison
No. 07 CV 6187
Law Firm= Cochran Cherry Givens Smith & Montgomery
11-16-2009

Kasper v. Daly, et al.
Circuit Court of Will County, Illinois, County Department, Law Division
No. 07 L 517
Law Firm= Burke & Burke, Chicago, IL
11-13-2009

Nix v. OGE Energy Corp., et al.
District Court of Oklahoma County, State of Oklahoma
Case No. CJ-2008-10749
Law Firm= Fenton Fenton Smith Reneau & Moon, Oklahoma City, OK
11-13-2009

Walker v. University Medical Center and Clark County
United States District Court, District of Nevada
Case No. CV-S-07-01528-RCJ (GWF)
Law Firm= Balaban Law Office, Las Vegas, NV
11-11-2009

Harris v. F.I.M.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 7778
Law Firm= William J. Harte, Ltd., Chicago, IL
11-09-2009

Adams, Jr. et al. v. Farnsworth, et al.
Circuit Court for Frederick County
Case No.: 10-C-08-001669
Law Firm= Baum & Hedlund, Washington, D.C.
11-05-2009

Fries v. State Farm Mutual Automobile Insurance Company, et al.
United States District Court, District of Nevada
Case No. 3:08-CV-00559-LRH-VPC
Law Firm= Gregory & Associates, Las Vegas, NV
11-02-2009

Thomas v. Mt. Sinai, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No: 07 L 6327
Law Firm= Loggans & Associates, Chicago, IL
10-30-2009

Freeman, et al. v. Fisher, M.D., et al.
In the Court of Common Pleas, Lucas County, Ohio
Case No.: CI0 2008 02452
Law Firm= Barkan & Robon, Maumee, OH
10-29-2009

Gibson v. Shah, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No: 05 L 2109
Law Firm= Lipkin & Higgins, Chicago, IL
10-28-2009

Raggs v. City of Chicago
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 06 L 6732
Law Firm= Cochran Cherry Givens Smith & Montgomery, Chicago, IL
10-28-2009

Haines v. Swedish Covenant Hospital, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 6834
Law Firm= Cogan & McNabola, Chicago, IL
10-26-2009

10

000629

Gill v. Coldwater, et al.
Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois
Case No. 05 L 836
Law Firm= Naughton Law Offfice, Joliet, IL
10-23-2009

Duffy v. Togher, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 005279
Law Firm= Healy Law Office, Chicago, IL
10-22-2009

Young, M.D. v. Rosenfeld, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 3956
Law Firm= Corbett & Ashe, Chicago, IL
10-21-2009

Flores v. VHS of Illinois, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 14343
Law Firm= Dwyer McCarthy & Associates, Chicago, IL
10-19-2009

Edwards v. Canadian National/Illinois Central Railroad, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No.: 06 L 7502
Law Firm= Downes Law Office, Chicago, IL
10-19-2009

Ellis v. USA
United States District Court, Western District of Texas, San Antonio Division
Civil No. SA-03-CA-0836 FB (Consolidated with SA-07-CA-0787-FB)
Law Firm= U.S. Department of Justice, San Antonio, TX
10-15-2009

Cox v. Phillips, et al.
Circuit Court of the 19th Judicial Circuit, Lake County, Illinois
Case No. 08 L 488
Law Firm= Dudley & Lake, Chicago, IL
10-13-2009

Childress v. Hussey
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 12466
Law Firm= Cogan & McNabola, Chicago, IL
10-09-2009

Davis et al. v. Firelands Regional Medical Center, et al.
Court of Common Pleas, Erie County, Ohio
Case No. 2007 CV 0862
Law Firm= Roshong Law Office, Huron, OH
09-28-2009

Dziudzek v. Morrison Community Hospital District, et al.
State of Illinois, Circuit Court of the 14th Judicial Circuit, Whiteside County
No. 06 L 70
Law Firm= Szymanski Koroll Litigation Group, Rockford, IL
09-25-2009

Sand et al. v. Yamaha Motor Co., et al.
Warren County Court of Common Pleas, Warren County, Ohio
Case No. 08 CV 71830
Law Firm= Graydon Head, Cincinnati, OH
09-25-2009

Cieslewicz v. Cook County Forest Preserve District, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 01941
Law Firm= Motherway & Napleton, Chicago, IL
09-24-2009

Bennett v. Gregory, MD, et al.
State of Illinois in Circuit Court of the Sixth Judicial Circuit, County of Champaign
No. 05-L-123
Law Firm= Cogan & McNabola, Chicago, IL
09-24-2009

Bush v. Reed, M.D., et al.
Superior Court of Thomas County, State of Georgia
Case Number: 05-CV-726
Law Firm= Gobel Flakes, Orlando, FL
09-23-2009

Mcleod v. U.S., et al.
United States District Court, Western District of Texas, San Antonio Division
Civil No. SA:06-CV- 0017-WRF

11

000630

Law Firm= U.S. Department of Justice, San Antonio, TX
09-22-2009

Grundhofer v. The McClier Corporation, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 4979
Law Firm= Hughes Socol Piers Resnick & Dym, Chicago, IL
09-21-2009

White v. Murphy, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 03 L 15658
Law Firm= Dudley & Lake, Libertyville, IL
09-18-2009

Bush v. Reed, M.D., et al.
Superior Court of Thomas County, State of Georgia
Case Number: 05-CV-726
Law Firm= Gobel Flakes, Orlando, FL
09-17-2009

Sands v. Scottsdale Healthcare Hospitals, et al.
Superior Court of Arizona, Maricopa County
No. CV2006-005897
Law Firm= Massey & Finley, Pheonix, AZ
09-16-2009

Williams, et al. v. Chambers, et al.
In the Unites States District Court for the Eastern District of Missouri, Eastern Division
Case No. 07-cv-1409-AGF
Law Firm= Cochran Cherry Givens Smith & Montgomery
09-14-2009

Lee v. Union Pacific Railroad Co., et al.
Iowa District Court in and for Polk County
Docket No. CL 109382
Law Firm= Perry, Guthery, Haase & Gessford, Lincoln, NE
09-10-2009

Campbell v. Experian, et al.
United States District Court, Western District of Missouri (Jefferson City)
Case No. 2:08-cv-04217-NKL
Law Firm= Goldsmith Law Office, West Lake, OH
09-08-2009

Harter et al. v. City of Chicago, et al.
In the Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 7297
Law Firm= William J. Harte Ltd.
09-03-2009

Evans v. Drs. Jajeh and Koch, et al.
Circuit Court of the 19th Judicial Circuit, Lake County, Illinois
No. 07 L 236
Law Firm= Gibson & Associates, Waukegan, IL
09-03-2009

McBride, et al. v. Carruth et al.
In the Circuit Court of Lee County, Mississippi
Cause No. CV04-095(G)L
Law Firm= Byers Law Office, Holly Springs, MS
08-28-2009

Cole v. Pace Suburban Bus Service, et al.
In the Circuit Court of Cook County, Illinois, County Department, Law Division
No. 2007 L 004956
Law Firm= Dale & Pakenas, Chicago, IL
08-26-2009

Lisdahl v. Mayo Foundation, et al.
United States District Court, District of Minnesota
Court File No. 07-CV-03708 (JNE/RLE)
Law Firm= Aucoin Law Office, Metairie, LA
08-25-2009

Torres v. Children's Memorial Hospital,
In the Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 06 L 12952,
Law Firm= Morawicz Law Office, Chicago, IL,
08-20-2009

Harden v. University of Chicago Medical Center, et al.
In the Circuit Court of Cook County, Illinois, County Department, Law Division.
No. 06 L 12755
Law Firm= Loggans & Associates, Chicago, IL
08-20-2009

000631

Duncan v. Cincinnati Insurance Company
State of Illinois, County of Cook
No. UIM Claim
Law Firm = Corbett Law Office, Chicago, IL
08-19-2009

Koenig v. Provena Hospitals, et al.
In the Circuit Court of the Twenty-first Judicial Circuit, Kankakee County, Illinoi
No. 07 L 18
Law Firm = Cogan & McNabola, Chicago, IL
08-19-2009

Campbell v. Experian, et al.
United States District Court, Western District of Missouri (Jefferson City)
Case No. 2:08-cv-04217-NKL
Law Firm = Goldsmith Law Office, West Lake, OH
08-13-2009

Williams and Nemes, et al. v. City of Lorain, et al.
Lorain County Court of Common Pleas, Elyria, OH
Case No.: 06 CV 148940
Law Firm = Murray & Murray, Sandusky, OH and Ciano & Goldwasser, Cleveland, OH
08-06-2009

Smith v. Woods Equipment Co.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 7544
Law Firm = Cogan & McNabola, Chicago, IL
08-06-2009

Pohancek v. C.R. England, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 2007 L 7003
Law Firm = Episcope Law Office, Chicago, IL
08-03-2009

Rivecco v. Edward Hospital, et al.
In the Circuit Court of Eighteenth Judicial Circuit, DuPage County, Illinois
Case No. 2006 L 1255
Law Firm = Joseph Lichtenstein & Levinson, Chicago, IL
07-30-2009

Passar as Spec'l Administrix of Dominguez Estate, et al.
District Court, Clark County, Nevada
Case No. A551701, Dept No. XXIII, Consolidated with Case No. A552177
Law Firm = Mainor Eglet Cottle, Las Vegas, NV
07-30-2009

Lee v. USA
United States District Court, for the Western District of Texas, San Antonio Division
Civil Action No. SA-08-CA-5310G
Law Firm = U.S. Department of Justice, San Antonio, TX
07-29-2009

Hernandez v. Marks, et al.
District Court, Clark County, Nevada
Case No. A554535
Law Firm = Shook & Stone, Las Vegas, NV
07-29-2009

Walter v. Independence Plus, Inc.
Circuit Court of Cook County, Illinois, Municipal Dept., First District
No. 07 L 012966
Law Firm = Bellows & Bellows, Chicago, IL
07-27-2009

Murray v. Baptist Healthcare System, Inc.
Jefferson Circuit Court, Division Three, Louisville, KY
No. 07-CI-08158
Law Firm = Goldberg Simpson, Louisville, KY
07-27-2009

Tucker and Williams, Indiv. & as Co-Administratrixes of Estate of Sims and Traylor
Circuit Court of Crittenden County, Arkansas, Civil Division
No. CV-04-376
Law Firm = Wilson & Associates, West Memphis, AR
07-25-2009

Smith v. Norton Hospitals, et al.
Jefferson Circuit Court, Division 12
No. 04-CI-05213
Law Firm = Hance & Srinivasan, Louisville, KY
07-24-2009

Fenwick v. Merrill Lynch & Co., et al.
United States District Court, District of Connecticut
Civil Action No. 3:06CV00880 (WWE)

000632

Law Firm = Gray & White, Louisville, KY
07-23-2009

Stein v. Solway, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 2622
Law Firm = O'Malley Law Office, Chicago, IL
07-21-2009

Tesarik v. Clifford
Circuit Court for the 18th Judicial Circuit, Du Page County, Illinois
Case No. 07 L 1371
Law Firm = Cogan & McNabola, Chicago, IL
07-20-2009

Hines v. Mankowski
Circuit Court of the 19th Judicial Circuit, Lake County, Illinois
Case No. 08 L 428
Law Firm = Burnes & Libman, Chicago, IL
07-17-2009

Reyes, Jr. v. Bay Ltd and Brown
County Court at Law, Court No. 3, Nueces County, Texas
Cause No. 07-62245-3
Law Firm = West Law Firm, Sugar Land, TX
07-16-2009

Pope, et al. v. Blabo GmbH, et al.
United States District Court, District of Minnesota
Civil Action No. 06-cv-516 (PAM-JJG)
Law Firm = Sieben, Grose, Von Holtum & Carey, Minneapolis, MN
06-29-2009

Sisson v. University of Utah Health Sciences Center, et al.
Third Judicial District Court, In and For Salt Lake County, State of Utah
Case No. 060914087 MP
Law Firm = Salt Lake City, Utah
06-29-2009

Bocardo v Meschi, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 2005 L 013545
Law Firm = Corti Aleksy & Castenada
06-26-2009

Dussault v. Klich, M.D.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 6248
Law Firm = Holman & Stefanowicz, Chicago, IL
06-23-2009

Ascencio v. Daley & Sullivan
Circuit Court of the Twelfth Judicial Court, Will County, Illinois
No. 05 1 358
Law Firm = Rathbun Cservenyak & Kozol, Joliet, IL
06-23-2009

Washington v. Endoscopy Center of Southern Nevada, et al.
District Court, Clark County, Nevada
Law Firm = McNulty Law Firm, Los Angeles, CA
06-12-2009

Kamholz v. Ponce, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No: 2005-L-011599
Law Firm = Lipkin & Higgins, Chicago, IL
06-19-2009

Rizleris v. Lowe's Home Centers, Inc.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 7662
Law Firm = Cogan & McNabola, Chicago, IL
06-18-2009

Peesel v. Alexian Brothers Medical Center, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 14001
Law Firm = Dolan & Nisivaco, Chicago, IL
06-15-2009

Gonzalez v. Chaudry, M.D., et al.
Superior Court of New Jersey, Law Division, Middlesex County
Docket No. MID-L-5218-07
Law Firm = Gill & Chamas, Perth Amboy, NJ
06-15-2009

McGilton v. BNSF Railway Co.

14

000633

United States District Court, for the District of Kansas
Case No. 08 CV 2335-JWL/JPO
Law Firm= Hubbell Peak O'Neil Lapier & Leach, Kansas City, MO
06-11-2009

Moore v. Skogerson, M.D., et al.
In the First Judicial District Court of the State of Nevada, In and For Carson City
Case No. 05-01285A, Dept. No. 1
Law firm= Durney & Brennan, Reno, NV
06-11-2009

Rucker v. Delatorre
Circuit Court of Cook County, Illinois, County Department, Law Division
Court No. 07 L 5607
Law Firm= Rathbun Cservenyak & Kozol
06-10-2009

Freeman, et al. v. Fisher, M.D., et al.
In the Court of Common Pleas, Lucas County, Ohio
Case No.: CI0 2008 02452
Law Firm= Barkan & Robon, Maumee, OH
06-10-2009

Karmo v. Banner Health, et al.
Superior court of Arizona, Maricopa County
No. CV2005-012864
Law Firm= Harris Powers & Cunningham; Phoenix, AZ
06-09-2009

Booker v. Advocate
Circuit Court of Cook County, Illinois, Law Division
Case No.: 03 L 008954
Law Firm= Dudley & Lake, Chicago, IL
06-05-2009

Stunkel v. Lichtenberg, D.O., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 66
Law Firm= Nevoral & Associates, Chicago, IL
06-02-2009

Al Shuaibi v. Gerrald's Vidalia Sweet Onions, Inc., et al.
In the State Court of Bulloch County, State of Georgia
Civil Action File No. 2B08CV474
Law Firm= Smith & Jenkins, Savannah, GA
05-27-2009

Begalka v. Sherman Hospital, et al.
Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois
No: 06 L 101
Law Firm= Hoffman & Associates, Chicago, IL
05-20-2009

Jandreau v. Norton Hospitals
Jefferson Circuit Court
Division Nine, No. 07CI06478
Law Firm= Goldberg Simpson, Louisville, KY
05-18-2009

Mahone v. Brinks Inc., et al.
United States District Court, For the Northern District of Illinois, Eastern Division
Case No. 08 CV 4711
Law Firm= Hill & Associates, Chicago, IL
05-13-2009

Reed and Carter v. Age Investments
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 2007 L 003366
Law Firm= Loggans & Associates
05-13-2009

Zoedyk v. Federal Express Corp. et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 03 L 14227
Law Firm= Xydakis Law Office, Chicago, IL
05-06-2009

Whitehorn, et al. v. Mercy Hospital, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 13963
Law Firm= Cochran Cherry Givens Smith & Montgomery, Chicago, IL
05-01-2009

Appel v. Ellis Construction, Inc., et al.
District Court, Clark County, Nevada
Case No. A534930, Dept. No. IX
Law Firm= Gregory & Associates, Las Vegas, NV

15

000634

05-01-2009

Duffy v. Togher, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 005279
Law Firm= Healy Law Office, Chicago, IL
04-30-2009

Forkos v. Curtis, M.D., et al.
District Court, Clark County, Nevada
Case No. A545945
Law Firm= Lee Law Office, Las Vegas, NV
04-23-2009

Morton v. Overby, et al.
United States District Court, Eastern District of Texas, Sherman Division
Civil Action No. 4:08-cv-399
Law Firm= Bonds and Matthews, Muskogee, OK
04-21-2009

Crnjak v. McElligott, D.O.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 3234
Law Firm= Chessick Law Office, Schaumburg, IL
04-20-2009

Jackson v. Daisy Manufacturing Co., et al
State of South Carolina, County of Richland, Court of Common Pleas, Fifth Judicial Circuit
Case No. 07-CP-40-6937
Law Firm= Motley Rice, Mt. Pleasant, SC
04-16-2009

Arbanas v. Auto-Owners Insurance Co.
State of Michigan, Circuit Court for the County of Kalamazoo
Case No. A07-000418-CK
Law Firm= Willoughby Law Firm, Portage, MI
04-13-2009

Spontak v. Mitchell Properties, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 064007
Law Firm= Meckler Bugler & Pearson, Chicago, IL
04-13-2009

Bank of New York Trust Company v. Beatty, et al.
Common Pleas Court of Richland County, Ohio
Case No. 2008CV510
Law Firm= Murray & Murray, Sandusky, OH
04-10-2009

Bachman v. Boomer, et al.
State of Illinois, Circuit Court of the 17th Judicial Circuit, Winnebago County
Consolidated No: 06 L 62, 07 L 16, 07 L 17
Law Firm= McGrail & Associates, Rockford, IL
04-06-2009

Hamilton, et al. v. Gannet Company, et al.
Superior Court of New Jersey, Law Division, Camden County
Docket No. CAM-L-8694-05
Law Firm= Ciecka Law Office, Pennsauken, NJ
03-26 & 03-27-2009

Beasley Food Ventures, et al. v AFC Enterprises, Inc.
Circuit Court for Anne Arundel County, Maryland
Case No. C-2007-120078
Law Firm= Kenny & Vettori, Towson, MD
03-25-2009

Maule v. Armbruster
In the District Court, Travis County, Texas, 261st Judicial District
No. D-1-GN-07-004460
Law Firm= Laden Law Office, Austin, TX
03-24-2009

Reininger v. St. Alexius Medical Center
Circuit Court of Cook County, County Department, Law Division
No. 06 L 4677
Law Firm= Cirignani Heller & Harman
03-19-2009

Stenzel v. Schlageter, et al.
Circuit Court of Cook County, County Department, Law Division
No. 01 L 14606
Law Firm= Hoffman & Associates, Chicago, IL
03-19-2009

Scianna v. Morning Pride Manufacturing, et al.

16

000635

Circuit Court of Cook County, County Department, Law Division
No. 06 L 10371
Law Firm= Herbert Law Offices, Chicago, IL
03-18-2009

Morse v. Holbrook, et al.
Circuit Court of Seventeeth Judicial Circuit, Winnebago County, Illinois
No. 03 L 386
Law Firm= Chessick Law Office, Schaumburg, IL
03-17-2009

Butts v. Universal Health Services, et al.
U.S. District Court, Southern District of Nevada
Case No. 2:05-cv-01434
Law Firm= Durney&Brennan; Reno, NV
03-13-2009

Sauer v. Konecki, et al.
Circuit Court of Cook County, County Department, Law Division
No. 04 L 000957
Law Firm= Costello McMahon & Burke
Part 2 03-09-2009

Johnson, et al. v. Village of Stone Park, et al.
Circuit Court of Cook County, Illinois, Law Department, County Division
No. 05 L 3462
Law Firm= Hughes Socol Piers Resnick & Dym
03-02-2009

Kroguil v. Kuhn, Inc., et al.
Circuit Court o Cook County, Illinois, County Department, Law Division
No. 05 L 4791
Law Firm= Costello McMahon Burke, Chicago, IL
02-25-2009

Perez, v. Bullock, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 13221
Law Firm= Bleakney & Troiani, Chicago, IL
02-24-2009

Rosenberg v. Neurological Surgery, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 5008
Law Firm= Cogan & McNabola, Chicago, IL
02-23-2009

Pournaras v. Deepankar, M.D., et al.
State of Illinois in Circuit Court of the 21st Judicial Circuit, County of Kankakee
No. 05 L 44
Law Firm= Ammendola Law Office, Chicago, IL
02-23-2009

Flores v. Tenneco, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 3897
Law Firm= Cogan & McNabola, Chicago, IL
02-19-2009

Hedderman v. Harston et al.
Circuit Court for the Fourth Judicial Circuit, Montgomery County, Illinois
No. 07-L-26
Law Firm= Boggs Avellino Lach & Boggs, St. Louis, MO
02-16-2009

Brauner v. Amerisure Mutual Insurance Company
Circuit Court of the City of St. Louis, State of Missouri
Cause No.: 0822-CC00913
Law Firm= Boggs Avellino Lach & Boggs, St. Louis, MO
02-14-2009

Farina v. Desert Palace, Inc., et al.
District Court, Clark County, Nevada
Case No. A542232, Dept. No. XII
Law Firm= Zimmerman & Associates, Las Vegas, NV
02-11-2009

Garner v. The United States of America
United States District Court, for the Eastern District of Arkansas, Eastern Division
Case Number: 2:07CV00149BSM
Law Firm= Wilcox Law Firm, Jonesboro, AR
02-10-2009

Fannin v. United Space Alliance, et al.
United States District Court, Middle District of Florida, Orlando Division
Case No. 6:07-CV-1315-ORL-DAB
Law Firm= Aucoin Law Office, Metairie, LA

17

000636

02-09-2009

Stephenson, et al. v. Miller, et al.
District Court, Clark County, Nevada
Case No. A539015
Law Firm= Aaron & Paternoster, Las Vegas, NV
02-06-2009

Dewilde v. Hoyee Chan, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 3974
Law Firm= Chessick Law Office, Schaumburg, IL
02-04-2009

Lee v. Urban Retail Properties
Circuit Court of Cook County, Illinos, County Dept, Law Division
No. 02 L 0006
Law Firm= Episcope Law Office, Chicago, IL
02-04-2009

Derrico, et al., v. MGM Grand Detroit
United States District Court, Eastern District of Michigan, Southern Division
Case No. 03-73133
Law Firm= Roy, Shecter & Vocht, Bloomfield Hills, MI
Part 2 01-28-2009

Glenn, et al. v. Bermani, M.D., et al.
Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinoi
No. 07-L-562
Law Firm= Loewenstein, Hagen & Smith, Springfield, IL
01-22-2009

Johnson v. Lucky Cab Co., et. al, District Court
Clark County Nevada
Case No. A534111, Dept No. VI
Law Firm= Mainor Eglet Cottle, Las Vegas, NV
01-20-2009

Duncan v. Cincinnati Insurance Company
State of Illinois, County of Cook
No. UIM Claim
Law Firm= Corbett Law Office, Chicago, IL
01-20-2009

John Doe JHL and Jane Doe DJ v Jane Doe JW
Circuit Court of Jackson County, MO
Case No. 716 cv 18988
Law Firm= Randles, Mata and Brown, Kansas City, MO
01-16-2009

Gabriele  v. Lyndhurst Residential Community LLC, et al.
Superior Court of New Jersey, Law Division, Bergen County
Docket No. BER-L-3080-06
Law Firm= Gill & Chamas, Perth Amboy, NJ
01-15-2009

Dasbach  v. American Commercial Lines, et al.
Circuit Court of Cook County, Illinois, Law Division
No. 05 L 010281
Law Firm= Costello McMahon & Burke, Chicago, IL
01-14-2009

Hamilton, et al. v. Gannet Company, et al.
Superior Court of New Jersey, Law Division, Camden County
Docket No. CAM-L-8694-05
Law Firm= Ciecka Law Office, Pennsauken, NJ
01-13-2009

Dasbach  v. American Commercial Lines, et al.
Circuit Court of Cook County, Illinois, Law Division
No. 05 L 010281
Law Firm= Costello McMahon & Burke, Chicago, IL
Part 2 01-07-2009

Karafotas  v. Karafotas
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 00 D3 30046
Law Firm= Bellows & Bellows, Chicago, IL
01-03-2009

Sperl v. Advocate Health and Hospitals Corp. et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Gen. No.: 04 L 012213
Law Firm= Foote, Meyers, Mielke & Flowers, Geneva, IL
12-18-2008

Ritchie  v. Internal Med. Assoc., et al.

000637

Circuit Court of Cook County, Illinois, Law Division
No. 04 L 10066
Law Firm= Hoffman & Assoc., Chicago, IL
12-16-2008

Davis v. Prado, et al.
Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois
Court No. 04 L 617
Law Firm= Naughton Law Office, Joliet, IL
12-08-2008

Dunn v. Hyster Co., et al.
Circuit Court of Jackson County, Mississippi
Cause No. CI-96-0124(3)
Law Firm= Spyridon Palermo & Dornan; Metairie, LA
12-05-2008

Ross v. Roberson, et al.
Superior Court of Liberty County, State of Georgia
Civil Action 04V1612
Law Firm=Nobles & Associates, Atlanta, GA
11-24-2008

Wilinski v.Rock River Environmental Services, Inc., et al.,
Circuit court of the Tenth Judicial Circuit, Marshall County, Illinois,
No. 08L 3,
Law Firm= William J. Harte Ltd., Chicago, IL
Part 1 11-24-2008

McGuire  v. Cirrus Design, et al.,
U.S. District Court, Eastern district of Texas, Beaumont Division,
Civil Action No. 1.07-cv-00683-RC,
Law Firm= McGehee Chang, Houston, TX
11-21-2008

Kamholz v. Ponce, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No: 2005-L-011599
Law Firm= Lipkin & Higgins, Chicago, IL
11-20-2008

Edwards v. Canadian National/Illinois Central Railroad, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No.: 06 L 7502
Law Firm= Downes Law Office, Chicago, IL
11-17-2008

Lapiana v. Buzard, M.D., et al.
District court, Clark County, Nevada
Case No. A531425
Law Firm= Gillock & Associates, Las Vegas, NV
11-17-2008

Galvan v. Village of Glendale Heights,
Illinois Department of Human Rights and Equal Employment Opportunity Commission
Charge No: 2004CF0979, EEOC No: 21BA40104, ALS No: 06-365
Law Firm= Foote Meyers Mielke & Flowers, Geneva, IL
11-14-2008

Wiktorowicz v. Menard, Inc.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 06 L 003221
Law Firm= Cooney & Conway, Chicago, IL
11-13-2008

Schmitt, Sr. v. United States of America
United States District Court, Eastern District of Wisconsin
Case No. 07-C-0709
Law Firm= Walker Law Office, Granite City, IL
11-12-2008

Brown, et al. v. Mason and Dixon Lines, Inc., et al.
United States District Court, Eastern District of Kentucky
Case Number 3:07-CV-712-R
Law Firm= Gray & White, Louisville, KY
11-11-2008

Barrett v. Ambient Pressure Diving, et al.
United States District Court, For the District of New Hampshire
Civil Action No. 1:06-CV-240-PB
Law Firm= Hankin Law Office, Glenmore, PA
11-10-2008

Kaminski v. American Standard, Inc., et al.
State of Wisconsin, Circuit Court, Branch 4, Brown County
Case No. 07-CV-002196, Case Code: 30108
Law Firm= Cascino Vaughan, Chicago, IL

000638

10-30-2008

Lisdahl v. Mayo Foundation for Medical Education and Research, et al.
United States District Court, District of Minnesota
Court File No. 07-CV-03708
Law Firm = Aucoin Law Office, Metairie, LA
10-30-2008

Colon v. Reffigee, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Court No. 04 L 012496
Law Firm = Lipkin & Higgins, Chicago, IL
10-29-2008

Moran, Jr. v. Dell Financial Services
JAMS Arbitration
Reference No. 1410004709
Law Firm = Consumer Litigation Associates, Newport News, VA  23606
10-28-2008

Lesto v. Continental Window and Glass Corporation
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 10124
Law Firm = Gordon Law Office, Chicago, IL
10-22-2008

Terry v. Gray, et al.
Circuit Court of the Sixteenth Judicial District, Kane County, Illinois, Law Division
Gen No. 04 LK 305
Law Firm = Foote Meyers Mielke & Flowers, Geneva, IL
10-21-2008

Gillen, et al, v. B&B Express, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 008556
Law Firm = Tribler, Orpett & Meyer
10-20-2008

Audi et al. v. Volkswagen of America Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Chancery Division
Case No. 99 CH 12640
Law firm = Walner & Associates, Chicago, IL
10-20-2008

Derrico, et al., v. MGM Grand Detroit
United States District Court, Eastern District of Michigan, Southern Division
Case No. 03-73133
Law Firm = Roy, Shecter & Vocht, Bloomfield Hills, MI
Part 1 10-17-2008

Sullivan v. Ohio Hospital Insurance Co., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No: 03 L 12994/02 L 05040
Law Firm = Chessick Law Office, Schaumburg, IL
10-16-2008

Fulcher Hardnett v. Hankook Tire Manufacturing Co., Ltd, et al.
Circuit Court of Phillips County, Arkansas
Civil Action No. CV-07-55
Law Firm = Etoch Law Firm, Helena, AR
10-16-2008

Whitehorn, et al. v. Mercy Hospital, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 13963
Law Firm = Cochran Cherry Givens Smith & Montgomery, Chicago, IL
10-14-2008

Gray-Moores v. Hwang
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 4123
Law Firm = Cogan & McNabola, Chicago, IL
10-07-2008

Terry v. Gray, et al.
Circuit Court of the Sixteenth Judicial District, Kane County, Illinois, Law Division
Gen No. 04 LK 305
Law Firm = Foote Meyers Mielke & Flowers, Geneva, IL
Part 2 10-06-2008

Weible-Boeckle v. Cooper, et al.
District Court, Clark County, Nevada
Case No. A505160
Law Firm = Mainor Egler Cottle, Las Vegas, NV
10-03-2008

Jasinski v. Ferris, et al.

000639

Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 008729
Law Firm= Roche & Associates, Chicago, IL
10-02-2008

Holmes v. Grand Plaza, et al
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 05 L 11767
Law Firm=Parente & Norem, Chicago, IL
09-30-2008

McGee v. University of Illinois at Chicago Medical Center, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 323
Law Firm= Bertucci Law Office, Chicago, IL
09-23-2008

Mullinax v. Wojcik, et al.
Circuit Court of Cook County, Illinois County Department, Law Divison
Case No. 03 L 10890 Consolidated w/No. L 11478
Law Firm= Costello, McMahon & Burke, Chicago, IL
09-22-2008

Terranova v. Rinella & Rinella, et al.
Circuit Court of Cook County, Illinois, Law Division
Docket No. 05 L 004352
Law Firm= O'Callaghan & Colleauges, Chicago, IL
09-18-2008

Schmidt v. Community Medical Assoc., et al.
Jefferson Circuit Court, Division 10
No. 06-CI-00147
Law Firm= Franklin Law Group, Louisville, KY
09-15-2008

Ingrassia v. Dr. Beth Royston, M.D., et al.
Circuit Court of Cook County, Illinois, County Department
Law Division
No. 02 L 014501E
Law Firm= Cogan & McNabola; Chicago, IL
09-15-2008

Van Daun-Rand v. Meijer, Inc.
State of Michigan, Circuit Court for the County of Jackson
File No. 07-2589-NO
Law Firm=Muth & Shapiro, Ypsilanti, MI
09-09-2008 & 09-10-2008

Butler, et al. v. Brown, et al.
Jefferson Circuit Court, Division 1, State of Kentucky
No. 07-CI-00919
Law Firm= Decamillis & Mattingly, Louisville, KY
09-08-2008

March v. Noorace
State of Illinois, Circuit Court of the 22nd Judicial Circuit, County of McHenry
Case 2008 LA 54
09-04-2008
09-04-2008

Curry v. Range, et al.
Circuit Court of Cook County, Illinos, Law Division
No. 03 L 16070
Law Firm= Hopson Law Group, Chicago, IL
09-03-2008

Davis v. Matthews, M.D., et al.
State of Wisconsin, Circuit Court, Fond Du Lac County
Case No. 07-CV-595
Law Firm= Walker Law Office, Granite City, IL
09-02-2008

Davis v. Pempek, et al. (consolidated w/Royal Indemnity Co v. Pempek et al)
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 1522 (w/No. 06L 1521)
Law Firm= Cochran, Cherry, Givens, Smith & Montgomery, Chicago, IL
08-28-2008

Fisher v. Pradeep Reddy, MD, et al.
Circuit Court of the First Judicial Circuit, Williamson County, Illinois
Cause No. 05-L-83
08-26-2008

Sanford v. Socity of Actuaries, et al.
American Arbitration Association
Case No. 51 166 00481 07
Law Firm= Bellows & Bellows, Chicago, IL

21

000640

08-25-2008

Long and Reeder v. Parkview Hospital
Allen Superior Court, State of Indiana, County of Allen
Cause No. 02D01-0509-PL-372
Law Firm= Theisen Bowers & Associates, Fort Wayne, IN
08-21-2008

Richman v. Michael Sheahan, et al.
U.S. District Court for Northern District of Illinois, Eastern Division
98 C 7350
Law Firm= Block & Associates; Chicago, IL
08-01-2008

Arbanas v. Auto-Owners Insurance Co.
State of Michigan, Circuit Court for the County of Kalamazoo
Case No. A07-000418-CK
Law Firm= Willoughby Law Firm, Portage, MI
07-31-2008

Lewis v. Wal-mart, et al.
District Court, Clark County, Nevada
Case No. A514759, Dept. No. III
Law Firm= Lee Law Office, Las Vegas, NV
07-29 & 07-30-2008

Loster v. Debolt
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 07 L 2570
Law Firm= Sinson & Sinson, Chicago, IL
07-28-2008

Johnson v. Continental Tire, Inc.
United States District Court, Southern District of Illinois
Case No.: 07-CV-0655-MJR
Law Firm= Roth Evans, Granite City, IL
07-25-2008

Zeedyk v. Federal Express Corp. et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 03 L 14227
Law Firm= Xydakis Law Office, Chicago, IL
07-24-2008

Smith, Jr. v. OTR Wheel Engineering, et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 07 L 001677
Law Firm= Steinberg, Burtker & Grossman, Chicago, IL
07-22-2008

Hechtkopf v. Medal, et al.
District Court, Clark County, Nevada
Case No. A534773, Dept No. XXI
Law Firm= Titolo Law Office, Las Vegas, NV
07-21-2008

Anderson v. Capital Otolaryngology et al.
District Court of Travis County, Texas, 53rd Judicial District Court
Cause No. D-1-GN-07-003799
Law Firm= Watts Law Firm, Austin, TX
07-21-2008

Lemberger v. American Standard, Inc. et al.
State of Wisconsin Circuit Court, Milwaukee County, Branch 29
Case No. 05-CV-10416, Case Classification Code 30108
Law Firm= Cascino Vaughan, Chicago, IL
07-18-2008

Hahn v. Crawford et al.
State of Michigan, Circuit Court for the County of Cheboygan
Case No. 07-7724-NO
Law Firm= Peck & Assoc., Sault Ste. Marie, MI
07-16-2008

Guerrero v. Alltown Bus Service, et al.
Circuit Court of Cook County, County Department, Law Division
No. 07 L 3902
Law Firm= Baizer Kolar & Lewis, Highland Park, IL
07-15-2008

Mayfield v. International Truck and Engine Co.
United States District Court for the Northern District of Alabama, Western Division
Case No. CV-05-CO-1655-W
Law Firm= Cross, Poole, Goldasich & Fischer
07-08-2008

Kasper v. Daly, et al.

000641

Circuit Court of Will County, Illinois, County Department, Law Division
No. 07L517
Law Firm= Burke & Burke, Chicago, IL
07-08-2008

Bell-Johnson v. Huck Store Fixture Co., et al.
District Court, Clark County, Nevada
Case No: A474293, Dept No. XIII
Law Firm= Shook & Stone, Las Vegas, NV
07-01-2008

Lucas v. Yochim, et al.
Commonwealth of Kentucky, Grayson Circuit Court, Division I
Civil Action No. 06-CI-42
Law Firm= Hance & Srinivasan, Louisville, KY
06-30-2008

Mountan v. Chautauqua Airlines, et al.
United States District Court, Eastern District of Wisconsin
Cause No. 06-C-1026
Law Firm= Schoen Law Office, Chicago, IL
06-27-2008

Amos v. Dereje Gossa Mengesha et al.
District Court, Clark County, Nevada
Case No. A538233, Dept No. XVIII
Law Firm= Titolo Law Office, Las Vegas, NV
06-26-2008

Karmo v. Banner Health, et al.
Superior court of Arizona, Maricopa County
No. CV2005-012864
Law Firm= Harris Powers & Cunningham; Phoenix, AZ
06-26-2008

Johnson v. Walton, M.D. & New Lexington Clinic
Commonwealth of Kentucky, Fayette Circuit Court, Division 8
Civil Action No. 04-CI-1441
Law Firm = Franklin Law Group, Louisville, KY
03-27-2008

Yaste v. Elizabeth Diane Loy, M.D., et al.
Jefferson Circuit Court, Division 13
No. 05-CI-09209, Law Firm = Hance & Srinivasan, Louisville, KY
06-20-2008

Westerfield v. Brackett, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 97 L 7085
Law Firm= Hoffman & Assoc., Chicago, IL
Part 2 06-20-2008

Dockter v. Perez-Tamayo, et al.
Circuit Court of the 17th Judicial Circuit, Winnebago County, Illinois
No. 02 L 240
Law Firm=Chessick Law Office, Schaumburg, IL
06-17-2008

Kono et al. v. Comair, Inc., et al.
United States District Court, Eastern District of Kentucky, Central Division at Lexington
No. 5:07-cv-00332(KSF) consolidated with 5:07-cv-00334(KSF)
Law Firm= Schoen Law Office, Chicago, IL
06-16-2008

Cutry/Snoddy et al. v. Comair, Inc., et al.
United States District Court, Eastern District of Kentucky, Central Division at Lexington
No. 5:07-cv-00313(KSF)
Law Firm= Franklin Law Group, Louisville, KY
06-16-2008

Byrd et al. v. Comair, Inc., et al.
United States District Court, Eastern District of Kentucky, Central Division at Lexington
No. 5:07-cv-00275(KSF)
Law Firm= Becton Harhai & Shannon, Richmond, KY
06-16-2008

Granados v. DeLuca, et al.
District Court, Clark County, Nevada
Case No. A512109
Law Firm= Mainor Eglet Cottle, Las Vegas, NV
06-13-2008

SundRy, Inc. v. Xwave New England Corp.
United States District Court, Eastern District of Virginia
Civil File No. 1:07cv988 (LMB/TCB)
Law Firm= Dunlap, Grubb & Weaver, Leesburg, VA
Part 2 06-10-2008

23

000642

Radillo v. Groover, et al.
District Court, Clark County, NV
Case No. A522336, Dept No. XXI
Law Firm= Mainor Eglet Cottle, Las Vegas, NV
06-06-2008

Willson v. Mid-Continental Building Corp., et al
Circuit Court of Cook County, Illinois
No. 04 L 014238
Law Firm= Parente & Norem, Chicago, IL
06-04-2008

Quinonez v. USA Waste of California, Inc., et al.
U.S. District Court, Northern District of California, San Jose
Division, Case No. CV 06-06569 JF
Law Firm=        Aucoin Law Office; Metairie, LA
06-03-2008

Beasley Food Ventures, et al. v AFC Enterprises, Inc.
Circuit Court for Anne Arundel County, Maryland
Case No. C-2007-120078
Law Firm= Kenny & Vettori, Towson, M.D.
05-30-2008

SundRy, Inc. v. Xwave New England Corp.
United States District Court, Eastern District of Virginia
Civil File No. 1:07cv988 (LMB/TCB)
Law Firm = Dunlap, Grubb & Weaver, Leesburg, VA
Part 1 05-29-2008

Laffoon v. Dr. David Studer, et al.
Iowa District Court in and for Jasper County
Law No. LACV113866
Law Firm= Harding Harding & Hobbs, Des Moines, IA
05-28-2008

Ferguson v. Miller, M.D., et al.
Superior Court of Chatham County, State of Georgia
Civil Acion No. CV04-1459-BR
Law Firm= Bassett Law Firm, Savannah, GA
05-23-2008

Brownridge v. Sisters of St. Francis, et al.
Circuit Court of Cook County, Illinois, County Departmen. Law Division,
No.: 05 L 006142,
Law Firm= Cirignani, Heller, Harman & Lynch, Chicago, IL,
05-20-2008

Tennyson v. Birk, Jr., et al
Circuit Court of the Sixth Judicial Circuit, Macon County, Illinois
No. 05-L-172
Law Firm = Byers Law Office, Decatur, IL
05-19-2008

Emmons v. J.P. Morgan Chase Bank, et al.
State of Indiana, County of Whitley, Whitley Circuit Court
92C01-0503-CC-111
Law Firm= Lulich & Associates, Danville, IN
05-16-2008

Jenkins v. Farmer, et al
Jefferson Circuit Court, Division 9
No: 03-CI-08889
Law Firm = Golberg Simpson, Louisville, KY
05-12-2008

Dancho v. Commonwealth Edison Co., et al.
Circuit court of Cook County, Illinois, County Department, Law Division
Case No. 05-L-5620
Law Firm= Cascino Vaughan; Chicago, IL
05-09-2008

White v. Resurrection Medical Center, et al.
Circuit Court of Cook County, County Department, Law Division
No. 02 L 3475
Law Firm = Monico Pavich & Spevack, Chicago, IL
05-08-2008 & 05-09-2008

Kalabat v. Harthen, et al.
State of Michigan, Circuit Court for the County of Macomb
Case No. 06-3193-NI
Law Firm= Sommers Schwartz, Southfield, MI
05-02-2008

Lynch v. Malek, MD, et al.
State of Illinois, County of Cook in the Circuit Court of Cook County, County Department  - Law Division
No. 02 L 16270

24

000643

Law Firm= Cogan & McNabola: Chicago, IL
04-29-2008

Williams v. Palms Casino Resort, et al.
United States District Court, District of Nevada
Case No.: A513018
Law Firm= Mainor Eglet Cottle, Las Vegas, NV
04-22-2008

LaCross v. Sarnafil, Inc.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 99 L 2854
Law Firm= Jawor Law Office, Bolingbrook, IL
04-21-2008

Coary v. Koletsos
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 2006 L 003747
Law Firm= Sullivan Law Offices
04-17-2008

Lewis v. Wal-mart, et al.
District Court, Clark County, Nevada
Case No. A514759, Dept. No. III
Law Firm= Lee Law Office, Las Vegas, NV
04-15-2008

Smith v. Trans Am Trucking, Inc., et al.
United States District Court for the Western District of North Carolina, Charlotte Division.
Civil Action No. 3:06-cv-483,
Law Firm= Motley Rice, Mt. Pleasant, S.C.
04-15-2008

Ortega v. Tamras, et al.
District Court, Clark County, Nevada
Case No. A516065, Dept No. V
Law Firm= Aaron & Paternoster, Las Vegas, NV
Part 1 04-04-2008

Antazo v. Green Valley Ranch Gaming, et al.
District Court, Clark County, NV
Case No. A518542, Dept. No XXI
Law Firm= Aaron & Paternoster, Las Vegas, NV
03-31-2008

Barrett v. Ambient Pressure Diving, et al.
United States District Court, For the District of New Hampshire
Civil Action No. 1:06-CV-240-PB
Law Firm= Hankin Law Office, Glenmore, PA
03-28-2008

Johnson v. Walton, M.D. & New Lexington Clinic
Commonwealth of Kentucky, Fayette Circuit Court, Division 8
Civil Action No. 04-CI-1441
Law Firm= Franklin Law Group, Louisville, KY
03-27-2008

Ayles v. Equifax Information Services, et al.
U.S. District Court, Eastern District of Virginia, Alexandria Division
.07-cv-00662-CMH-TCB
Law Firm= Robinson Law Office, Alexandria, VA
03-24-2008

Lopez v. Clean Harbors Environmental Services, Inc.
United States District Court, Northern District of Illinois, Eastern Division
No. 05 C 3645
Law Firm= Rouleau Law Office, Rockford, IL
03-19-2008

Drish v. Commonwealth Edison Company
Circuit Court of Cook County, Illinois, County Department
Law Division, No. 04 L 10980
Law Firm= Brown Law Office, Chicago, IL
03-19-2008

Scheneman v. Scolari's Warehouse Markets, Inc., et al.
Second Judicial District Court, State of Nevada, County of Washoe
Case No.: CV05-02532, Dept. No. 10
Law Firm= Rose Law Office, Reno, NV
03-17-2008

Sojka v. Nextel Communications Corporation, et al.
Circuit Court of Cook County, Illinois, County Department
Law Division, No. 06 L 6898
Law Firm= Cogan & McNabola, Chicago, IL
03-17-2008

25

000644

Hoffman v. Field, et al.
Circuit Court of Seventeenth Judicial Circuit, Winnebago County, Illinois
No. 99 L 97
Law Firm= Chessick Law Office; Schaumburg, IL
03-14-2008

Hawkins v. Bluegrass Bariatric Surgical Assoc., et al.
Commonwealth of Kentucky, Scott Circuit Court, Division II
Civil Action No: 05-CI-00267
Law Firm= Hance & Srinivasan, Louisville, KY
03-10-2008

Day v. Lockheed Martin Space Systems Company, et al.
United States District Court, Eastern District of Louisiana
Civil Action No. 07-3539
Law Firm= Aucoin Law Office, Metairie, LA
03-06-2008

Butts v. Universal Health Services, et al.
U.S. District Court, Southern District of Nevada
Case No. 2:05-cv-01434
Law Firm= Durney&Brennan; Reno, NV
03-07-2008

White v. Murphy, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 03 L 15658
Law Firm= Dudley & Lake, Libertyville, IL
03-05-2008

Tremaine v. Medtronic, Inc., et al.
United States District Court, District of Nevada
Case No. 2:06-CV-737-LDG-LRL
Law Firm=Gillock & Associates, Las Vegas, NV
03-04-2008

Gluszek v. O'Malley, et al.
Circuit Court of Cook County, Illinois, County Department, Chancery Division
Case No. 05 CH 15099
Law Firm= Cummins & Cronin, Chicago, IL
01-29-2008

Butcher v. Mark IV Industries, Inc., et al.
U.S. District Court, Central District of Illinois, Urbana Division
Case No. 03-2099
Law Firm= Cogan & McNabola
02-27-2008

Diaz v. Ford Motor Company, et al.
Superior Court of the State of Arizona in and for the County of Maricopa
Case No. CV2005-051210
Law Firm= Coben & Associates, Scottsdale, AZ
02-25-2008

Saragosa v. The County of Cook
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 005814
Law Firm= Loggans & Assoc., Chicago, IL
02-21-2008

McClave v. Botti, et al.
Superior Court of New Jersey, Law Division, Essex County
Docket No. ESX-L-4416-05
Law Firm= Gill & Chamas, Woodbridge, NJ
02-20-2008

Woodall v. Mann, M.D.
Circuit Court of Pope County, Arkansas, Civil Division
Case No. CIV-2005-17
Law Firm= Milligan Law Offices, Fort Smith, AR
01-31-2008

Moon v. Gwinnett Hospital System, Inc., et al.
State Court of Gwinnet County, State of Georgia
Civil Action File No. 05-C-13708-4
Law Firm= Loewenthal Law Office, Atlanta, Ga
01-30-2008

Sullivan v. Rolling Frito-Lay Sales, LP
Circuit Court of Cook County, Illinois, County Department, Law Divsion
No: 06 L 012612
Law Firm= Nigro & Westfall, Glendale Heights, IL
01-29-2008

Taylor v. Hercules Tire & Rubber Co., et al.
United States District Court, Southern District of Illinois
Cause No. 3:06-CV-01028 MJR DGW

26

000645

Law Firm= Parrot Law Office, St. Louis, MO
01-29-2008

Templeton v.Royal-Air, Inc., et al.
State of Michigan, In the Circuit Court for the County of Oakland
Case No.: 06-073327-NP
Law Firm= Nolan Law Group, Chicago, IL
01-29-2008

Goudie v. Krebs
State of Michicagan, Circuit Court for County of Oakland
Case No. 07-081400-NO
Law Firm= Sommers Schwartz, Southfield, MI
01-28-2008

McGovern v.Clara Maass Medical Center, et al.
Superior Court of New Jersey, Law Division, Monmouth County
Docket No.: MON-L-4451-04
Law Firm= Gill & Chamas, Woodbrige, NJ
01-28-2008

Sitko v. Rush-Presbyterian-St.  Luke's Medical Center
Circuit Court of Cook County, Illinois, County Department,  Law Division
No. 02 L 677
Law Firm= Cirignani Heller Harman & Lynch; Chicago, IL
Part 2 01-25-2008

Coary v. Koletsos
Circuit Court of Cook County, Illinois, County Department  - Law Division
No. 2006 L 003747
Law Firm= Sullivan Law Offices
01-24-2008

Hester v. University of Tennessee Family Medicine, et al.
Circuit Court of Shelby County, Tennessee, Thirtieth Judicial District at Memphis
Cause No. CT 001007-06 Div 7
Law Firm= Merkel & Cocke, Clarksdale, MS
01-23-2008

Catalano v. Barnes-Jewish St. Powers Hospital, et al.,
Circuit Court of St. Charles County, Missouri, Circuit Judge Division No 3,
Cause No. 04-CV 130427,
Law Firm= Guirl Law Office
01-23-2008

Goudie v. Krebs
State of Michicagan, Circuit Court for County of Oakland
Case No. 07-081400-NO
Law Firm= Sommers Schwartz, Southfield, MI
01-23-2008

Fiting v. Covenant Healthcare System, et al.
In the Circuit Court for the County of Saginaw, State of Michigan
File No. 05-58374-NH
Law Firm= Sommers Schwartz Silver & Swartz, Southfield, MI
01-22-2008

Jaghab v. Merz, et al.
State of Michigan, Circuit Court for County of Jackson
Case No. 05-6492-NI
Law Firm= Logeman Iafrate & Pollard
01-21-2008

Slater v. Jelink, et al.
United States District Court for the District of Nebraska
Case No. 8:06 CV 00638
Law Firm= Welch Law Firm, Omaha, Nebraska
01-21-2008

Kumar, et al., v. Toyota et al.
Second Judicial District Court, State of Nevada, County of Washoe
Case No. CV04 01517 Dept. No. 8
Law Firm= Echeverria Law Office, Reno, NV
01-18-2008

Avalon Carriage Service, Inc., v. City of St. Augustine, Florida, et al.
U.S. District Court, Middle District of Florida, Jacksonville Division
Case No. 3-04-CV-1126-J16-MCR
Law Firm= Meredith Law Firm; St. Augustine, FL
01-14-2008 & 01-15-5008

Whitman v. Rogers, MD, et al.
County Court at Law Number 1, Dallas County, Texas
Cause No. 03-10355-A
Law Firm= Tucker Law Office; Dallas, TX
01-10-2008

000646

Galindo v. Glayco Construction Co., et al.
Circuit Court of Cook County, County Department - Law Division
No. 03 L 001300
Law Firm = Swanson Martin & Bell, Chicago, IL
01-07-2008

United States of America v. Wallace and Downstate Transportation Services, Inc.
United States District Court, Southern District of Illinois
Criminal No.: 06-40041-GPM
Law Firm = Evans Partnership, St. Louis, MO
12-19-2007

Carroll V. Curran, M.D., et al.
Jefferson Circuit Court, Division 1, Louisville, KY
No. 06CI-02572
Law Firm = Goldberg Simpson, Louisville, KY
12-10-2007

Quick Tag, Inc. v. Stallman & Pollock, et al.
Judicial Arbitration and Mediation Services
1100048751
Law Firm = Motherway & Napleton, Chicago, IL
12-05-2007

Land v. Sells, et al.
Superior Court of Gwinnett County, State of Georgia
Civil Action File 07A-00035-6
Law Firm = Casey Gilson Leibel; Atlanta, GA
12-04-2007

Barbour v. Hayek, et al.
In the Circuit Court of Cook County, Illinois, County Department - Law Division
No. 05 L 4376
Law Firm = Cogan & McNabola, Chicago, IL
12-03-2007

Hayden v. UAL Corp, et al.
U.S. Federal Court, Southern District of New York
Case No. 03 CV 6811
Law Firm = Motley Rice, Mt. Pleasant, S.C.
11-30-2007

Magnuson v. Ramage, et al.
Circuit Court of the County of St. Louis, State of Missouri
Cause No. 04CC-005281
Law Firm = Boggs, Boggs & Bates, St. Louis, MO
11-30-2007

White v. Resurrection Medical Center, et al.
Circuit Court of Cook County, County Department, Law Division
No. 02 L 3475
Law Firm = Monico Pavich & Spevack, Chicago, IL
11-27-2007

Eichhorn v. Metal Management Midwest, et al.
Circuit Court of Cook County, County Department, Law Division
No. 03 L 9750
Law Firm = Seidman Law Office, Chicago, IL
11-27-2007

Sands v. Scottsdale Healthcare Hospitals, et al.
Superior Court of Arizona, Maricopa County
No. CV2006-005897
Law Firm = Massey & Finley, Pheonix, AZ
11-26-2007

Bilichak/Bilichakov v. Celtic Crane Service, Inc., et al.
In the Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 002070
Law Firm = Nemeroff Law Office, Chicago, IL
11-20-2007

Wieczorak v. Lindsley Heights Condominium Assoc., et al.
Superior Court of New Jersey, Law Division, Essex County
Docket No. ESX-L-5364-05
Law Firm = Gill & Chamas, Woodbridge, NJ
11-20-2007

Kil/Kim v. Decker, et al.
In the Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 011508
Law Firm = Hardiman Law Office, Chicago, IL
11-19-2007

Lee v. Lacher, M.D., et al.
Jefferson Circuit Court, Division Eight
No. 05-CI-09796

000647

Law Firm= Goldberg Simpson, Louisville, KY
11-19-2007

Bischke v. Rockford Health Systems, et al.
In the Circuit Court of the Seventeenth Judicial Court, Winnebago County, Illinois
Case No. 02 L 71
Law Firm= Chessick Law Office, Schaumburg, IL
11-13-2007

Ohse v. Kemp, M.D., et al.
Circuit Court of Sixteenth Judicial Circuit, Kane County, Illinois
Case No. 02 LK 223
Law Firm= Foote, Myers, Mielke & Flowers
11-02-2007

Magnuson v. Ramage, et al.
Circuit Court of the County of St. Louis, State of Missouri
Cause No. 04CC-005281
Law Firm= Boggs, Boggs & Bates, St. Louis, MO
11-01-2007

Sponarski v. La Duke, et al.
State of Michigan, Circuit Court for the County of Oakland
Case No. 06-076101-NI
Law Firm= Sommers Schwartz, Southfield, MI
10-31-2007

Moon v. Gwinnett Hospital System, Inc., et al.
State Court of Gwinnet County, State of Georgia
Civil Action File No. 05-C-13708-4
Law Firm= Loewenthal Law Office, Atlanta, Ga
10-29-2007

Westenberger v. Thomas, M.D., et al.
Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Wheaton, IL
No. 03 L 1122
Law Firm= Vess Law Office, Wheaton, IL
10-26-2007

Carter v. City of Bowling Green, et al.
Warren Circuit Court, Division II
Civil Action No. 06-CI-01814
Law Firm= Grossman & Moore, Louisville, KY
10-25-2007

Hayden v. UAL Corp, et al.
U.S. Federal Court, Southern District of New York
Case No. 03 CV 6811
Law Firm= Motley Rice, Mt. Pleasant, S.C.
10-25-2007

Heckman v. Dome Corporation of North America v. Algonquin Township Road District,
Circuit Court for the 19th Judicial Circuit, McHenry County - Law Division,
Court No: 05 LA 31,
Law Firm= Nykaza Law Office, Evanston, IL.
10-24-2007

Lemberger v. American Standard, Inc. et al.
State of Wisconsin Circuit Court, Milwaukee County, Branch 29
Case No. 05-CV-10416, Case Classification Code 30108
Law Firm= Cascino Vaughan, Chicago, IL
10-23-2007

Spencer v. Zikos, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 04 L 2300
Law Firm= Malkinson & Halpern, Chicago, IL
10-23-2007

Fritz v. Terrible Herbst, Inc., et al.
District Court, Clark County, NV
Case NO. A522245
Law Firm= Gillock & Associates, Las Vegas, NV
10-22-2007

Kunnummal, et al. v. Price, M.D., et al.
Jefferson Circuit Court, Division Sixteen, Kentucky
No. 03-CI-05549
Law Firm= Goldberg Simpson, Prospect, KY
10-22-2007

Quick Tag, Inc. v. Stallman & Pollock, et al.
Judicial Arbitration and Mediation Services
1100048751
Law Firm= Motherway & Napleton, Chicago, IL
10-17-2007

29

000648

Ambrose v. AMR Corp, et al.
United States District Court, Southern District of New York
Case: 02 CV 7150
Law Firm= Motley Rice, Mt. Pleasant, SC
10-16-2007

Chevrolet v. Tribune Compnay, et al.
United States District Court, Northern District of Illinois
Case No: 04 Civ. 3097
Law Firm= McCallion & Assoc, New York, NY
Part 3 10-16-2007

Ruiz v. Vitello, MD., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 005009
Law Firm= Motherway & Napleton; Chicago, IL
10-10-2007

WAKA v. DC Kickball et al.
United States Distict Court for the District of Columbia
Civil Action No. 1:06cv00984 EGS
Law Firm= Dunlap, Grubb & Weaver, Leesburg, VA
10-09-2007

Bukosky v. Trinity Health of Michigan, et al.
State of Michigan, Circuit Court for the County of Washtenaw
File No. 06-592-NH
Law Firm = Muth and Shapiro, Ypsilanti, MI
10-09-2007

Kalabat v. Harthen, et al.
State of Michigan, Circuit Court for the County of Macomb
Case No. 06-3193-NI
Law Firm= Sommers Schwartz, Southfield, MI
10-04-2007

Robertson  v. ABT Electronics, Inc.
Circuit Court of Cook County, Illinois, Law Division
Case 04 L 010515
Law Firm= Gustafson  Law Office
10-01-2007

Dayken, Inc. v. City of Daytona Beach Shores
United States District Court, Middle District of Florida, Orlando  Division
Case No: 6:04-CV-207-ORL-19DAB
Law Firm= Meredith  Law Firm, St. Augustine, FL
10-01-2007

Hart v. TOTH Enterprises, dba Speedway Lube Express.
In the Circuit Court of Cook County, Illinois, Law Division
Case No: 203427
Law Firm= Goldberg Law Offices, Chicago, IL
09-27-2007

Batts v. Jones, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05L10390
Law Firm= Loggans & Assoc., Chicago, IL
09-26-2007

Chevrolet v. Tribune Compnay, et al.
United States District Court, Northern District of Illinois
Case No: 04 Civ. 3097
Law Firm= McCallion & Assoc, New York, NY
Part 2 09-24-2007

Aragon, as Personal Representative  of Estate of Baca v. Hyundai Motor Company, et al
Fourth Judicial District Court, State of New Mexico, County of San Miguel
No. CV-2005-82
Law Firm= CGT Law Group International; Corpus Christie, TX
09-19-2007

Cross v. Belanger, MD., et al.
Commonwealth  of Kentucky, Kenton Circuit Court, First Division
Case No. 02-CI-02385
Law Firm= Taliaferro Shirooni Carran & Keys
09-18-2007

Driscoll v. Argenbright Security, Inc, et al.
Civil Action 02-CV-7912, Southern  District of New York, FDNY
Law Firm= Motley Rice, Mt. Pleasant, SC
09-14-2007

Doughty v. American General Finance Services, Inc.,
American Arbitration  Association
Claim No. 53 181 00793 06,
Law Firm= Pittman Alexander Attorneys, Cleveland, OH.

30

000649

09-12-2007

Kim v. Larkin, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02L 2213
Law Firm= Chessick Law Office, Schaumburg, IL
09-11-2007

Greene-West  v Yam-Shun Tong, D.O.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 008034
Law Firm= Loggans & Assoc., Chicago, IL
09-06-2007

Garrett  v. Detroit Medical Center, et al.
U.S. District Court, Eastern District of Michigan, Southern Division
Case No. 06-CV-10753
Law Firm= Smith & Gibson, Southfield, MI
09-06-2007

AAA American Credit Bureau, Inc. & LeFebvre v. Experian Information Solutions, Inc.
American Arbitration Association
Case No. 73 181 Y 00011 05JRJ
Law Firm= Gammage & Burnham; Phoenix, AZ
08-30-2007

Abeyta v. Ralphs Grocery Company, et al.
District Court, Clark County, Nevada
Case No. A506028
Law Firm= Mainor Eglet Cottle, Las Vegas, NV
08-29-2007

Phillips v. E.I. Du Pont De Nemours and Co.
United States District Court, District of New Jersey
Civil Action No.: 05-CV-05576
Law Firm= Wolf Law Office, Red Bank, N.J.
08-28-2007

Cryer v. Riverside Medical Center, et al.
Circuit Court of Cook County, Illinois, Law Division
Case No. 05 L 88
Law Firm= Dolan & Nisivaco, Chicago, IL
08-28-2007

Vanderford, individually, and as representative of Wall v. Washoe Medical Center, Inc., et al.
Second Judicial District Court for the State of Nevada, In and For the County of Washoe
Case No. CV05-01670, Dept No. 1
Law Firm= Echeverria Law Office, Reno, NV
08-25-2007

Gleeson  v. Stephani, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 014444 Calendar E
Law Firm= Ball & Jennings; Chicago, IL
08-23-2007 (2nd Trial)

Hozman  v. Wal-Mart
United States District Court, For the Northern District of Illinois -CM/ECF LIVE, Ver 3.0, Eastern Division
Case No. 1:06-cv-00583
Law Firm= Zinger Law Office, Chicago, IL
08-22-2007

Levesque v. Martin
State of Michigan, Circuit Court for the County of Saginaw
No. 05-58685-NI-2
Law Firm= Sommers Schwartz, Southfield, MI
08-21-2007

Chevrolet v. Tribune Compnay, et al.
United States District Court, Northern District of Illinois
Case No: 04 Civ. 3097
Law Firm= McCallion & Assoc. New York, NY
Part 1 08-20-2007

Turner and Edwards v. Jones and Devine
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 05 L 13884
Law Firm= Costello McMahon & Burke, Chicago, IL
08-16-2007

Kordek v. Vijay Marwaha, M.D., et al.
State of Illinos, In the Circuit Court of the 16th Judicial Circuit County of DeKalb
Case No. 04 L
Law Firm= Dolan & Shannon, Chicago, IL
08-15-2007

McCloud by her legal guardian Hall, et al. v. Goodyear Dunlop Tires North American, Ltd, et al.

31

000650

U.S. District Court, Central District of Illinois
Case No. 04-1118
Law Firm = James Totta & Parrish; Lee's Summit, MO
08-14-2007

Delgado & Cochran v. Borysewich, et al.
District Court, Clark County, Nevada
Case No. A482360, Dept. No. X
Law Firm = Mainor Eglet Cottle, Las Vegas, NV
08-13-2007

Nuanez v. Solinger, et al.
Jefferson Circuit Court, Division 7
No. 04-CI-06150
Law Firm = Goldberg & Simpson, Louisville, KY
08-10-2007

Smith v. American General Finance, et al.
United States Bankruptcy Court for the Northern District of Iowa
Case No. 00-02375-C
Law Firm = Hong Law, Cedar Rapids, IA
08-06-2007

Long v. Mensiohn Real Estate Limited Partnership, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Court No. 05 L 11852
Law Firm = Dowd & Dowd, Chicago, IL AND Episcope Law Office, Chicago, IL
08-06-2007

Karastoyanov v. Jain, et al.
Circuit Court of Cook County, Illinois, Law Division
No. 04 L 12689
Law Firm = Mayer and Associates, Chicago, IL
07-31-2007 Part 1

Mittenthal v. Swedish Covenant Hospital, et al.
Circuit Court of Cook County, County Department, Law Division
No; 05 L 14608
Law Firm = Cogan & McNabola, Chicago, IL
07-31-2007

Miller v. Thelen Sand & Gravel, Inc., et al.
Circuit Court of Nineteenth Judicial Circuit, Lake County, Illinois
No. 06 L 286
Law Firm = Budin Law Office, Chicago, IL
07-18-2007

Starks, et al. v. Interstate Highway Construction, et al.
Circuit Court of Miller County, Arkansas, Civil Division
Case No. CIV 2006-425-2
Law Firm = Wigigton & Rumley, Corpus Christi, TX
07-18-2007

Waheed v. Chicago Transit Authority
Circuit Court of Cook County, Illinois, County Department, Law Division
Court No. 04 L 006192
Law Firm = Peterson & Associates, Chicago, IL
07-16-2007

Mellenthin v. SBC-Ameritech
United States District Court, For the Northern District of Illinois, Eastern Division
Case No. 05 C 3688
Law Firm = Larry & Associates, Chicago, IL
07-13-2007

Hemminger v. Lemay, et al.
State of Illinois, Circuit Court of the 14th Judicial Circuit, County of Whiteside
No. 2005 139
Law Firm = Soderberg & Associates, Rockford, IL
07-12-2007

Scott v. Sunterra Corp. et al.
U.S. District Court, Northern District of Illinois
No. 05 C 6037
Law Firm = Bell Law Firm; Riverdale, IL,
07-10-2007 by Report

Smith et al. v. Payne, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Court No. 03 L 014237
Law Firm = Karp & Ellis, Chicago, IL
07-09-2007

McGee v. University of Illinois at Chicago Medical Center, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 323
Law Firm = Bertucci Law Office

000651

07-09-2007

Aragon, as Personal Representative of Estate of Baca v. Hyundai Motor Company, et al
Fourth Judicial District Court, State of New Mexico, County of San Miguel
No. CV-2005-82
Law Firm= CGT Law Group International; Corpus Christie, TX
07-06-2007 Part 2

Owen, et al. v. Ghia M.D; Elmhurst, et al.
Circuit Court of Cook County, Illinois, Law Division
No. L 007500
Law Firm= Ammendola Law Office, Chicago,IL
07-06-2007

Luark, et al. v. Viking Construction Company, Inc., et al.
San Joaquin County Superior Court
Case No. CV026796
Law Firm= Durney Law Office
06-28-2007

Schlom v. Marley Cooling Technologies
United States District Court for the Northern District of Illinois, Western Division
Case No. 06-CV-50051
Law Firm= Aucoin Law Office, Covington, LA
06-27-2007

Parsons, et. al. v. The City of Corinth, Mississippi, et al.
Circuit Court of Alcorn County, Mississippi
No. CV03-012- F-A
Law Firm= Berkley Law Office, Cardova, TN
06-26-2007

Kraima v. Ausman, MD.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 010769
Law Firm= Motherway & Napleton, Chicago, IL
06-25-2007

Guilbeaux v. Kansas City Southern Railway Company, et al.
U.S. District Court for the Eastern District of Oklahoma
Case NO. CIV 06-474-RAW
Law Firm= Hubbell Law Firm
06-22-2007

Hill v. Ob/Gyn Specialists, et al.
Circuit Court of Shelby County, Tennessee. For the Thirtieth Judicial District at Memphis
Law Firm= Merkel & Cocke, Clarksdale, MS
06-22-2007

Lavern v. Illinois Masonic Medical Center, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 004742
Law Firm= Cogan & McNabola, Chicago, IL
06-21-2007

Richards v. Marine
Circuit Court of Tenth Judicial Circuit, Peoria County, Illinois
No. 03-L-34
Law Firm= Presbrey & Assoc., Aurora, IL
06-20-2007

Yourchuck v. Burnett County, et al.
Circuit Court, State of Wisconsin, Burnett County
Case No. 02-CV-06
Law Firm= Novitzke Gust Sempf & Whitley
06-19-2007

Miles v. Jewish Hospital Healthcare Services, Inc, et al.
Jefferson Circuit Court, Division Sixteen
No. 04-CI-05338
Law Firm= Franklin & Hance, Louisville, KY
06-18-2007

Dasbach v. American Commercial Lines, et al.
Circuit Court of Cook County, Illinois, Law Division
No. 05 L 010281
Law Firm= Costello McMahon & Burke, Chicago, IL
06-13-2007

LaCross v. Sarnafil, Inc.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 99 L 2854
Law Firm= Jawor Law Office, Bolingbrook, IL
06-12-2007

Moore v. National Railroad Passenger Corporation (Amtrak)
Circuit Court of Cook County, Illinois, Law Division

33

000652

No. 05 L 001818
Law Firm= Lipkin & Higgins, Chicago, IL
06-08-2007

Gillespie v. University of Chicago Hospitals, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 8678
Law Firm= Chessick Law Office; Schaumburg, IL
06-07-2007

Burnwatt v. Baptist Memorial Hospital, et al.
Circuit Court of Lafayette County, Mississippi
Cause No. L02-186
Law Firm = Merkel & Cocke, Clarksdale, MS
06-06-2007

Gossett v. Jae Bun Han, MD, et al.
Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois
No. 01 LK 204
Law Firm = Cogan & McNabola; Chicago, IL
06-05-2007

Smith v. Norton Hospitals, et al.
Jefferson Circuit Court, Division 12
No. 04-CI-05213
Law Firm=Frankline & Hance, Louisville, KY
DDP 06-04-2007

Yourchuck v. Burnett County, et al.
Circuit Court, State of Wisconsin, Burnett County
Case No. 02-CV-06
Law Firm= Novitzke Gust Sempf & Whitley
06-05-2007

Bonar v. General Motors Corporation, et al.
Superior Court for the State of Arizona in and for the County of Maricopa
No. CV 2004-010005
Law Firm= Walthall Law Offices
05-24-2007

Burnwatt v. Baptist Memorial Hospital, et al.
Circuit Court of Lafayette County, Mississippi
Cause No. L02-186
Law Firm= Merkel & Cocke, Clarksdale, MS
05-22-2007

Jaghab v. Merz, et al
State of Michigan, Circuit Court for County of Jackson
Case No. 05-6492-NI
Law Firm= Logeman Iafrate & Pollard
05-21-2007

Scott v. Christian Health Services Development Corp, et al.
Circuit Court of County of St. Louis, State of Missouri
Cause No. 05CC-002733, Division No. 12
Law Firm= Walker Law Office, Granite City, IL
05-19-2007

Justice v. Rios
Circuit Court of Twelfth Judicial Circuit, Will County, IL
No. 02 L 239
Law Firm= Krockey Cernugel Cowgill Clark & Pyles
05-17-2007

Westbook v. Dollar Rent A Car, Inc, et al.
U. S. District Court, District of Nevada
Case No. CV-S-05-0789-KID-PAL
Lawfirm = Rodriguez Law Offices, Las Vegas, NV
05-15-2007

Lord v. Argentina Consolidated Mining Company, et al.
District Court, Clark County, Nevada
No.1 A 486480
Law Firm= Echeverria Law Offices; Reno, NV
05-15-2007

Montalbano v. 900-910 Lake Shore Drive Condominium Assoc., et al. v. Bogot Service, Inc.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 03 L 010331
Law Firm= Lipkin & Higgins, Chicago, IL
5-14-2007

Gorny v. Starwood Hotels, et al.
Circuit Court of Cook County, Illinois County Dept. Law Division,
No. 04 L 003769,
Law Firm= Cogan & McNabola, Chicago, IL,
05-10-2007 Part 2

34

000653

Stanley, Administrator of Estate of Love, Deceased, v. City of Chicago, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 014728
Law Firm= Loggans & Associates; Chicago, IL
05-10-2007

Lenoir and Stokes v. Shelby County Healthcare Corp, et al.
Circuit Court of Tennessee, For the Thirtieth Judicial District at Memphis
No. CT003970-00, Division II
Law Firm= Merkel & Cocke, Clarksdale, MS
05-09-2007

Aragon, as Personal Representative of Estate of Baca v. Hyundai Motor Company, et al
Fourth Judicial District Court, State of New Mexico, County of San Miguel
No. CV-2005-82
Law Firm= CGT Law Group International; Corpus Christie, TX
05-09-2007 Part 1

Butler v. Regional Medical Center , et al.
Circuit Court of Shelby County, Tennessee, Thirtieth Judicial District at Memphis
No. CT-006658-00, Div. IV
Law Firm = Merkel & Cocke, Clarksdale, MS
05-09-2007

Delgado & Cochran v. Borysewich, et al.
District Court, Clark County, Nevada
Case No. A482360, Dept. No. X
Law Firm = Mainor Eglet Cottle, Las Vegas, NV
05-07-2007

Kinstel v. Wilson, AutoZone, Inc, et al.
District Court, Clark County, Nevada
Case No. A501221, Dept No. II
Law Firm= Mainor Eglet Cottle, Las Vegas, NV
05-07-2007

Chambers v. Linn-Mathes, Inc, et al.
Circuit Court of Cook County, Illinois, County Dept, Law Division
No. 04 L 001416
Law Firm= Burnes & Libman, Chicago, IL
04-30-2007

Weiss v. City of Gainesville
United States District Court
Northern District of Florida, Gainesville Division
Case No. 1:05 cv 158 MP-AK
Law Firm= Meredith Law Firm, St. Augustine, FL
04-18-2007

Zerante v. Deluca and Proft
United States District Court, Nothern District of Illinois, Eastern Division
Case No. 05 C 2421
Law Firm= O'Connell & Ryan, Chicago, IL
04-16-2007

Moon v. Gwinnett Hospital System, Inc., et al.
State Court of Fulton County, State of Georgia
Civil Action File No. 02 VS 041800 Y
Law Firm= Ball & Jennings, Chicago, IL
04-13-2007

Justice v. Rios
Circuit Court of Twelfth Judicial Circuit, Will County, IL
No. 02 L 239
Law Firm= Krockey Cernugel Cowgill Clark & Pyles
04-12-2007

Flores & Hastings v. Meadows, et al.,
District Court, Clark County, Nevada,
Case No. A504804, Dept. No. XX,
Law Firm= Aaron & Paternoster, Las Vegas, NV,
04-11-2007

Sweet v. Bareman Dairy, et al.
State of Michigan, Circuit Court for the County of Ottowa
File No. 06-56522-NI
Law Firm= Howard & Howard, Kalamazoo, MI
04-11-2007

Terry v. Gray, et al.
Circuit Court of Sixteenth Judicial Circuit, Kane County, Illinois, Law Division
Gen No. 04 LK 305
Law Firm=Foote, Meyers, Mielke & Flowers, Geneva, IL,
Part 1 04-10-2007

Mullinax v. Wojcik, et al.
Circuit Court of Cook County, Illinois County Department, Law Divison

C000654

Case No. 03 L 10890 Consolidated w/No. L 11478
Law Firm = Costello, McMahon & Burke, Chicago, IL
04-04-2007

Esho v. Weed, et al.
District Court, Clark County, Nevada
Case No. X
Law Firm = Gillock, Markley & Killebrew, Las Vegas, NV
04-03-2007

Perrier v. Gonzales, et al.
United States District Court, For the Southern District of Georgia, Savannah Division
Case No. CV406-227
Law Firm = Bassett Law Offices, Savannah, GA
04-02-2007

White and McLaughlin v. Bromenn Healthcare Inc, et al.
Circuit Court of the Eleventh Judicial Circuit, McLean County, Illinois
No. 05-L-01
Law Firm = Baal & O'Connor, Chicago, IL
04-02-2007

Diffenderfer v. Corporate Airlines, Inc., et al.
United States District Court, Eastern District of Missouri, Eastern Division
Case No. 4:05-cv-00194I-JCH
Law Firm = Nolan Law Group, Chicago, IL
04-02-2007

Rivera v. Orduna
19th Judicial Circuit, In and for Martin County, Florida
Case No: 05-367-CA
Law Firm = Ricci Leopold, Palm Beach Gardens, FL
03-20-2007

Barrera v. Mota Construction Co., et al.
Circuit Court of Cook County, Illinois County Department, Law Division
No. 03 L 15146
Law Firm = Arnold & Kadjan, Chicago, IL
03-16-2007

Mathew and Kalathiveetil v. Yuhan
Circuit Court of Cook County, Illinois County Dept., Law Division
No. 04 L 2304
Law Firm = Stellato & Schwartz, Chicago, IL
03-16-2007

Gorny v. Starwood Hotels, et al.,
Circuit Court of Cook County, Illinois County Dept, Law Division,
No. 04 L 003769,
Law Firm = Cogan & McNabola, Chicago, IL,
03-14-2007 Part 1

Gutierrez, et al. v. Phelps Dodge Miami, Inc., et al.
Superior Court of the State of Arizona in and for the County of Maricopa
No. CV2005-003042
Law Firm = Lyons Law Office; Phoenix, AZ
03-13-2007

Lord v. Argentina Consolidated Mining Company, et al.
District Court, Clark County, Nevada
No.l A 486480
Law Firm = Echeverria Law Offices; Reno, NV
03-12-2007

Delgado & Cochran v. Borysewich, et al.
District Court, Clark County, Nevada
Case No. A482360, Dept. No. X
Law Firm = Aaron & Paternoster, Las Vegas, NV
03-08-2007

Lee v. Urban Retail Properties
Circuit Court of Cook County, Illinois, County Dept, Law Division
No. 02 L 0006
Law Firm = Episcope Law Office, Chicago, IL
03-06-2007

Rasmussen and Ahlstrom v. Ford Motor Company, et al.
District Court, Clark County, Nevada
Case No. A502779, Dept. No. XIII, Law
Firm = Motley Rice, Mt. Pleasant, SC
03-05-2007

Gleeson v. Stephani, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 014444 Calendar E
Law Firm = Ball & Jennings; Chicago, IL
03-02-2007 (1st Trial)

36

000655

Tradex and Pahlen v. Conair Corp.
United States District Court, Southern District of New York
06 Civ. 1760 (KMW)
Law Firm= McCallion & Assoc., New York, NY
02-28-2007

Villanueva v. Township of Bloomfield, et al.
Superior Court of New Jersey, Law Division: Essex County
Docket No. ESX-L-3286-03
Law Firm= Blume, Goldfaden, Berkowitz, Donnelly, Fried & Forte, Chatham, N.J.
02-23-2007

Marek v. Gumarin, et al.
State of Michigan, Circuit Court for the County of Mason
Case No. 05-267-NH
Law Firm= Eardley Law Offices, Cannonsburg, MI
01-12-2007

Pederson v. Barnyard Liquors, Inc. D/B/A Paddy O'Quigley's
Circuit Court of Jackson County, Missouri, At Independence
Case No. 0516-CV-09010, Division 2
Law Firm= Higinbotham & Higinbotham, Belton, MO
02-14-2007

Klipfel & Casali v. Rubin, et al.
United States District Court for the Northern District of Illinois, Eastern Division
No. 94 C 6415
Law Firm= Loftus & Saltzberg, Chicago, IL
02-13-2007

Catrone v. Mercy Healthcare Arizona, et al.
Superior Court of Arizona
Maricopa County, No. CV 2003-012904
Law Firm= Harris Powers & Cunningham, Pheonix, AZ
02-12-2007

Kordek v. Vijay Marwaha, M.D., et al.
State of Illinois, In the Circuit Court of the 16th Judicial Circuit County of DeKalb
Case No. 04 L
Law Firm= Dolan & Shannon, Chicago, IL
02-12-2007

Cesario v. O'Dowd, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 014394
Law Firm= Malkinson & Halpern, Chicago, IL
02-12-2007

Upper Iowa University v. University of Dubuque, et al.
Iowa District Court in & for Fayette County
Law No. LACV 050323
Law Firm= Hammer Simon & Jensen; Dubuque, IA
02-08-2007

Wells Fargo v. Wahlig
Iowa District Court, Polk County
No. CL97485
Law Firm= Harding Law Office; Des Moines, IA
02-07-2007

Burdick v. Field, et al.
State of Illinois, Circuit Court of the Seventeenth Judicial Circuit County of Winnebago
No. 03 L 333
Law Firm= Kennealy Law Office, Chicago, IL
02-06-2007

Scott v. Burlington Northern Santa Fe Railway Company
Circuit Court of the City of St. Louis, State of Missouri
Case No. 052-00136, Division No. 7
Law Firm= Hubbell Peak O'Neal Napier & Leach; Kansas City, MO
02-05-2007

Kumar, et al., v. Toyota et al.
Second Judicial District Court, State of Nevada, County of Washoe
Case No. CV04 01517 Dept. No. 8
Law Firm= Echeverria Law Office, Reno, NV
02-05-2007

Vigil v. Advocate Health and Hospitals Corp., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 3812
Law Firm= Cogan & McNabola, Chicago, IL
01-25-2007

LaCross v. Sarnafil, Inc.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 99 L 2854

37

000656

Law Firm= Jawor Law Office, Bolingbrook, IL
01-24-2007

Borbely v. Temptec, Inc., et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 04 L 7016
Law Firm= Burke & Burke; Chicago, IL
01-23-2007

Pederson v. Barnyard Liquors, Inc. D/B/A Paddy O'Quigley's
Circuit Court of Jackson County, Missouri, At Independence
Case No. 0516-CV-09010, Division 2
Law Firm= Higinbotham & Higinbotham, Belton, MO
01-22-2007

Fritz, Special Administrator for Estate of Cade, et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
Jury Demand No. 02 L 40033
Law Firm= Hoffman & Assoc., Chicago, IL
01-22-2007

AAA American Credit Bureau, Inc. & LeFebvre v. Experian Information Solutions, Inc.,
American Arbitration Association
Case No. 73 181 Y 00011 05JRJ
Law Firm= Gammage & Burnham; Phoenix, AZ
01-20-2007

Callahan v. National Railroad Passenger Corporation (Amtrak)
Court of Common Pleas, Philadelphia County, June Term 2005
Case No. 1338
01-18-2007

Bazzell v. MN Hospitality, Inc., et al.
Circuit Court, Third Judicial Circuit, Madison County, Illinois
Cause No.: 02-L-1722
Law Firm= Walker Law Firm, Granite City, IL
01-12-2007

Hershey v. Black & Decker (U.S.), Inc., et al.
State of Michigan, Circuit cour tof the County of Wayne
Case No. 04-416541-NP
Law Firm= Sommers Schwartz, Southfield, MI
01-11-2007

Pessoa v. Pacific Avenue Realty, et al.
Superior Court of New Jersey, Monmouth County, Law Division
Docket No. MON-L-2221-05
Law Firm= Hanna & Anderson, Wall, NJ
01-09-2007

Ibrahim v. Siegal, et al.
Superior Court of the State of California, County of Santa Clara
Case No. 104CV030248
Law Firm= Noveck & Moore, Lunenburg, MA
12-22-2006

Eichhorn v. Metal Management Midwest, et al.
Circuit Court of Cook County, County Department, Law Division
No. 03 L 9750
Law Firm= Seidman Law Office, Chicago, IL
12-21-2006

Wright v. Village of Sauk Village & Laura Lucas-Placek
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 02 L 7587 (consolidated with 04 L 5000)
Law Firm= Vess Law Office, Wheaton, IL
12-20-2006

Weidner v. G.F. Structures Corp., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 04 L 1140
Law Firm= Dolan & Shannon, Chicago, IL
12-20-2006

Vanderwerff v. Spectrum Health, et al.
State of Michigan, Circuit court for the County of Kent
Case No. 05-11802-NH
Law Firm= Bieneman Law Office
12-19-2006

Johnson v. Wood County, et al.
State of Wisconsin, Circuit Court, Wood County
Case No. 04-CV-31
Law Firm= Anderson, O'Brien, Bertz, Skrenes & Golla, Stevens Pt., WI
12-18-2006

Tabe v. Ausman, MD, et al.

000657

Circuit Copurt of Cook County, Illinois, County Department, Law Division
No. 02 L 7456
Law Firm= Wolfman Law Office: Chicago, IL
12-11-2006

Galica v. The Ryland Group, et al.
Circuit Court of Cook, Illinois, County Department  - Law Division
No. 04 L 11739
Law Firm= Burke & Burke, Chicago, IL
12-08-2006

Schultz v. Lemke, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 10416
Law Firm=Hoffman & Associates, Chicago, IL
12-07-2006

Cowan v. Skyjack, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 02 L 16058
Law Firm= Loggans & Associates, Chicago, IL
12-04-2006

Lissuzzo v. Flores, et al.
United States District Court, Northern District of Illinois
Case No. 05 C 6253
Law Firm= Kreisman Law Offices, Chicago, IL
12-01-2006

Vazquez v. Panmex Baking Comapnay, et al.
Circuit Court of Cook County, County Dept - Law Division
No. 05 L 303
Law Firm= Cogan & McNabola, Chicago, IL
11-28-2006

Hollifield v. Ford Motor Company, et al.
United States District Court, Western District of Missouri, Southern Division
Case No. 05-CV-03449-RED
Law Firm= Motley Rice, Mt. Pleasant, SC
DDP 11-28-2006 Part 2

Matera, et al. v. M.G.C.C. Group, Inc., et al. (including Alexis Drive)
Superior Court of New Jersey, Law Division, Monmouth County,
Docket No.: MON-L-1812-04 Civil Action,
Law Firm= Shackleton & Hazeltine, Chicago, IL
11-27-2006

Drake v. CLC of Jesup, et al.
State Court of Wayne County, State of Georgia
Civil Action No. 151-05-CVS-0020
Law Firm= Bassett Law Firm, Savannah, GA
10-30-2006

Sauer v. Konecki, et al.
Circuit Court of Cook County, County Department, Law Division
No. 04 L 000957
Law Firm= Costello McMahon & Burke
Part 1 11-09-2006

LaMar v. J.I. Case Co., et al.
Nineteenth Judicial Circuit of the State of Illinois, Lake County
No. 04 L 738
Law Firm= Costello, McMahon & Burke, Chicago, IL
11-07-2006

Tucker v. SmithKline Beecham, et al.
U. S. District Court, Southern District of Indiana, Indianapolis Division
Case No. 1. 04-cv-1748
Law Firm= Baum Hedlund; Los Angeles, CA
11-06-2006

Brooks as Conservator of Fravel, a Minor v. Norton Hospitals, Inc., et al.
Jefferson Circuit Court, Division Nine (9)
No. 05-CI-03150
Law Firm= Franklin & Hance; Louisville, KY
DVDP 11-06-2006

Estate of Halek by Guardian Dawn Carlson v. Kingsport Development, et al.
Circuit Court of Cook County, Illinois County Department, Law Division
No. 02 L 8695
Law Firm= Parente & Norem, Chicago, IL
11-06-2006

Burdick v. Field, et al.
State of Illinois, Circuit Court of the Seventeenth Judicial Circuit County of Winnebago
No. 03 L 333
Law Firm= Kennealy Law Office, Chicago, IL

000658

11-02-2006

Brumfield v. Tyson Foods, Inc., et al.
United States District Court, Northern District of Ohio, Eastern Division
Case No. 1:05 CV 847
Law Firm= Baum & Hedlund, Los Angeles, CA
11-01-2006

Ortega v. Edison Orozco, et al.
State of Illinois, Circuit Court of Cook County, County Department - Law Division
No. 05 L 3535
Law Firm= O'Connor & Karnes, Chicago, IL
10-28-2006

Bellinaso v. Power Construction Company, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 13517
Law Firm= Tribler, Orpett & Meyer, Chicago, IL
10-27-2006

Evans v. Union Pacific Railroad Co.
Circuit Court of the City of St. Louis, State of Missouri
Case No. 052-00389
Law Firm= Hubbell Peak O'Neal Napier & Leach
10-25-2006

Land v. Sells, et al.
Superior Court of Forsyth County, State of Georgia
Civil Action File 04 CV 0810
Law Firm= Casey Gilson Leibel; Atlanta, GA
10-20-2006

Stanley, Administrator of Estate of Love, Deceased, v. City of Chicago, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 014728
Law Firm= Loggans & Associates; Chicago, IL
10-17-2006

Klipfel & Casali v. Rubin, et al.
United States District Court for the Northern District of Illinois, Eastern Division
No. 94 C 6415
Law Firm = Loftus & Saltzberg, Chicago, IL
10-16-2006

Corbett v. Azzarelli, et al.
21st Judicial Circuit Court of Iroquois and Kankakee Counties, Kankakee County Law Division
No. 03 L 112
Law Firm= Cunnington Law Offices, Kankakee, IL
10-16-2006

Crary v. Johanson, et al.
Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois
No. 04
Law Firm = Cogan & McNabola; Chicago, IL
10-12-2006

Land v. Sells, et al.
Superior Court of Forsyth County, State of Georgia
Civil Action File 04 CV 0810
Law Firm= Casey Gilson Leibel; Atlanta, GA
10-03-2006

Briesacher v. AMG Resources, et al.
Lake Superior Court, Sitting at Crown Point, Indiana
No. 45D11-0601-CT-00014
Law Firm= Law Offices of April L. Board; Chicago, IL
10-03-3006

Duarte v. Midwest Masonry, et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 03 L 12468
Law Firm = Phillips & Associates; Chicago, IL
09-29-2006

Ferrari v. Anglin & Ryder Student Transportation Services, Inc.
Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois
NO. 00 L 139
Law Firm= Krockey Cernugel Cowgill Clark & Pyles; Joliet, IL
10-15-2002  Part 2

Dunn v. Hysler Co., et al.
Circuit Court of Jackson County, Mississippi
Cause No. CI-96-0124(3)
Law Firm= Spyridon Koch Palermo & Dornan; Metairie, LA
09-28-2006  Part 2

Worthy v. McNair, M.D., et al.

000659

Circuit Court of Leflore County, Mississippi
Civil Action No. 2002-0070-CICI
Law Firm = Turnage Law Firm; Cleveland, MS
09-28-2006

Fernandez, et al., v. ATA, et al.
U.S. District Court, Northern District of Illinois, Eastern Division
No. 04 CV 2662 Cons. w/ 04 CV 2773
Law Firm = Nolan Law Group; Chicago, IL
09-25-2006 (includes Garibay)

Ingrassia v. Dr. Beth Royston, M.D., et al.
Circuit Court of Cook County, Illinois, County Department
Law Division
No. 02 L 014501E
Law Firm = Cogan & McNabola; Chicago, IL
09-25-2006

Dunn v. Hyster Co., et al.
Circuit Court of Jackson County, Mississippi
Cause No. CI-96-0124(3)
Law Firm = Spyridon Koch Palermo & Dornan; Metairie, LA
09-22-2006 Part 1

Wells Fargo v. Wahlig
Iowa District Court, Polk County
No. CL97485
Law Firm = Harding Law Office; Des Moines, IA
09-22-06

Senzel v. Barton, et al.
Circuit Court of Cook County, Illinois Sixth District, County Dept., Law Divison
No. 03 L 66001
Law Firm = Cogan & McNabola; Chicago, IL
09-20-2006

Zuback v. Broome, et al.
Superior Court of New Jersey, Law Division, Monmouth County
Docket No. MON-L-2828-04
Law Firm = Gill & Chamas; Woodbridge, NJ
09-21-2006

Federal Tort Claims Act (FTCA) - Claim of Michael Wells, Estate of Wells
No. 04-302-T014
Law Firm = Pirkle Law Offices; Hinesville, GA
TT: 09-13-2006 at Settlement Conference

Juan Mejia v. Andrew Chenelle, et al.
Circuit Court, DuPage County, Illinois
No. 04 L 1222
Law Firm =       Cogan & McNabola, Chicago, IL
DDP 08-31-2006

Vanderhyden vs. FISHER DEVELOPMENT CORP., et al.
Circuit Court, Cook County, Illinois
No. 01 L. 16068
Law Firm = Cogan & McNabola; Chicago, IL
08-30-2006

000660