

Andrey Strutinskiy <astrutinskiy@chittur.com>

# Serin - Expert report (1)

**Krishnan Chittur <kchittur@chittur.com>**  Fri, Jul 16, 2010 at 10:55 AM
To: Jennifer Nigro <jnigro@mosessinger.com>
Cc: Keith Altman <kaltman@lawampmmt.com>, Andrey Strutinskiy <astrutinskiy@chittur.com>

Pl see attached.

--
Yours truly,
K. Chittur, Esq.
Chittur & Associates, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447

P.S.  This email may contain confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message

**4 attachments**

- **russ-rpt disc.pdf**
  835K

- **russ-wknotes disc.pdf**
  436K

- **russ-rpt undisc.pdf**
  828K

- **russ-wknotes undisc.pdf**
  431K



Andrey Strutinskiy <astrutinskiy@chittur.com>

# Serin - Expert report re Redner damages

**Krishnan Chittur <kchittur@chittur.com>**  Thu, Aug 5, 2010 at 7:31 PM
To: Jennifer Nigro <jnigro@mosessinger.com>
Cc: Keith Altman <kaltman@lawampmmt.com>, Andrey Strutinskiy <astrutinskiy@chittur.com>

Pl see attached.

--
Yours truly,
K. Chittur, Esq.
Chittur & Associates, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447

P.S. This email may contain confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message

**4 attachments**

- **redner rpt disc.pdf**
  694K

- **redner rpt undisc.pdf**
  695K

- **redner wknotes disc.pdf**
  227K

- **redner wknotes undisc.pdf**
  228K



Andrey Strutinskiy <astrutinskiy@chittur.com>

# Serin - Expert report re Serin damages

**Krishnan Chittur <kchittur@chittur.com>**        **Thu, Aug 5, 2010 at 7:36 PM**
To: Jennifer Nigro <jnigro@mosessinger.com>
Cc: Andrey Strutinskiy <astrutinskiy@chittur.com>, Keith Altman <kaltman@lawampmmt.com>

Pl see attached.

--
Yours truly,
K. Chittur, Esq.
Chittur & Associates, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447

P.S. This email may contain confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message

**4 attachments**

📎 **serin rpt disc.pdf**
759K

📎 **serin rpt undisc.pdf**
758K

📎 **serin wknotes disc.pdf**
276K

📎 **serin wknotes undisc.pdf**
275K



Andrey Strutinskiy <astrutinskiy@chittur.com>

# Serin p expert report re Thomas Smith

**Krishnan Chittur <kchittur@chittur.com>**  Fri, Aug 6, 2010 at 10:00 AM
To: Jennifer Nigro <jnigro@mosessinger.com>
Cc: Keith Altman <kaltman@lawampmmt.com>, Andrey Strutinskiy <astrutinskiy@chittur.com>

Pl see attached.

--
Yours truly,
K. Chittur, Esq.
Chittur & Associates, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447

P.S. This email may contain confidential and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message

**4 attachments**

- smith-rpt.disc.pdf
  1246K
- smith-rpt.undisc.pdf
  1236K
- smith-wknotes.disc.pdf
  218K
- smith-wknotes.undisc.pdf
  220K