# Chittur & Associates, P.C.
### Attorneys & Counselors at Law

July 7, 2010

Stan V. Smith, Ph.D.
Smith Economics Group, Ltd.
1165 N. Clark Street, Suite 600
Chicago, IL 60610

Re: Serin v Northern Leasing Systems, Inc.

Dear Dr. Smith:

Enclosed please find the following:

1. Signed engagement letter;
2. DVD with documents produced by both parties in this matter; and
3. Check in the amount of $2,500.

Yours truly,

Andrey Strutinskiy, Esq.