# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Jennifer Nigro
Direct: 212.554.7808   Fax: 917-206-4308
jnigro@mosessinger.com

May 13, 2010

**BY-HAND DELIVERY**

Krishnan Chittur, Esq.
Chittur & Associates PC
286 Madison Avenue
Suite 1100
New York, NY 10017

   Re: *Melinda Serin, et al. v. Northern Leasing Systems, Inc., et al.,*
      **Index No. 06 Civ. 1625 (JSG)**

Dear Mr. Chittur:

  Enclosed is defendants' supplemental document production Bates numbered NLS 02572-08297. These documents are being provided to you on one (1) disc, and are produced without prejudice and subject to any and all applicable objections. The production of any documents and/or information protected by the attorney-client privilege, attorney work-product doctrine, and/or any other applicable legal privilege is inadvertent and shall not constitute a waiver of such privilege(s).

                Very truly yours,

                Jennifer Nigro

Enc.

Cc: Robert D. Lillienstein

817626v1  011082.0121