# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Raymond Torres
Direct: 212.554.7561
Fax: 212-554-7700
rtorres@mosessinger.com

August 23, 2010

**VIA FIRST CLASS MAIL**

Andrey Strutinskiy, Esq.
Chittur & Associates, P.C.
Attorneys & Counselors at Law
286 Madison Avenue Suite 1100
New York, NY 10017

Re:   Melinda Serin, et al, v. Northern Leasing Systems, Inc., et al
      Docket No. 06 CV 1625 (JG)

Ms. Strutinsky:

Enclosed please find a cd with Defendants' Document Production NLS 01989 - NLS 02571.

Very truly yours,

Raymond Torres
Paralegal

Enc.

832362v1  011082.0121