

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Robert D. Lillienstein
Direct: 212.554.7807  Fax: 917-206-4307
rlillienstein@mosessinger.com

October 27, 2010

**VIA ECF**

Honorable James S. Gwin
United States District Court
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

    Re: *Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith, v. Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger*
      Docket No. 06 CV 1625 (JSG)

Your Honor:

  I am writing with the consent of plaintiffs' counsel, Keith Altman, Esq., to request a brief extension of 2 days, from November 1st to November 3rd, for defendants to submit their motion to strike or preclude plaintiffs' expert report and testimony.  The deposition of plaintiffs' expert, Stan Smith, was initially noticed for October 15th.  However, as of that date plaintiffs had yet to produce supporting documents for Mr. Smith's report, including, among other things, reports and testimony from 7 selected cases cited in Mr. Smith's CV; Your Honor ordered plaintiffs to produce this information by October 18th.  In light of the foregoing, we re-noticed Mr. Smith's deposition for October 25th, but he was not available on that date.  Mr. Smith's next available date is Friday, October 29th, which we have now confirmed with plaintiffs' counsel.

  Defendants respectfully request a 2-day extension of time to file their motion to strike or preclude plaintiffs' expert report and testimony, and, correspondingly, consent to a 2-day extension of time, from November 8th to November 10th, for plaintiffs to respond to defendants' motion.

            Respectfully submitted,

            /s/

            Robert D. Lillienstein

cc.  Chittur & Associates (via ECF)
   Keith Altman, Esq. (via ECF)

845024v1  011082.0121