**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **MELINDA SERIN, ET AL.,** | ) | **CASE NO. 7:06CV01625** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **NOTICE OF TELEPHONE** |
| | ) | **CONFERENCES** |
| **NORTHERN LEASING SYSTEMS,** | ) | |
| **INC., ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**TAKE NOTICE** that the above-captioned case has been scheduled for telephone conference call between counsel and the Honorable James S. Gwin, United States District Judge, on TUESDAY, NOVEMBER 2, 2010, AT 12:00 NOON.  Counsel shall make contact with the Court by calling 216-357-4500, enter Conference Room # 6049 and Pin # 7112.

**WITH REGARD TO THE FINAL PRETRIAL CONFERENCE ON NOVEMBER 10, 2010, THE TIME IS CHANGED FROM 4:00 P.M., TO 1:00 P.M.  AGAIN, COUNSEL SHALL CONTACT THE COURT BY CALLING / ENTERING THE NUMBERS LISTED ABOVE.  COUNSEL, PARTIES AND INDIVIDUALS WITH FULL SETTLEMENT AUTHORITY ARE REQUIRED TO PARTICIPATE IN THE FINAL PRETRIAL**

CONFERENCE.

FINALLY, COUNSEL ARE REMINDED TO REVIEW AND COMPLY WITH THE COURT'S ORDER REGARDING TRIAL AS SET FORTH IN DOC. 49 FILED JANUARY 12, 2010.

                                    **JAMES S. GWIN**
                                    **UNITED STATES DISTRICT JUDGE**

By:    *s/ Gwen Mackey*
        Gwen Mackey
        Courtroom Deputy
        330-252-6050