# Chittur & Associates, P.C.

Attorneys & Counselors at law
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Web: www.chittur.com
Email: kchittur@chittur.com

October 29, 2010

Robert Lillienstein, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174-1299

*Re: Serin v. Northern Leasing,* 06 CV 1625

Dear Mr. Lillienstein:

The following are damages claimed by Plaintiffs.

Melinda Serin - discounted.
1. Loss of time spent and out of pocket expenses - $2,850. Smith Report at 3.[1]
2. Loss of credit expectancy - $79,740. Smith Report at 3.
3. Reduction in value of life - $384,274 to $726,585. Smith Report at 5.

Melinda Serin - undiscounted.
1. Loss of time spent and out of pocket expenses - $2,850. Smith Report at 3.
2. Loss of credit expectancy - $79,740. Smith Report at 3.
3. Reduction in value of life - $903,473 to $1,764,881. Smith Report at 5.

Thomas Smith - discounted.
1. Loss of time spent - $2,163. Smith Report at 2.
2. Additional cost of mortgage - $21,020. Smith Report at 3.
3. Reduction in value of life - $530,006 to $888,522. Smith Report at 5.

Thomas Smith - undiscounted.
1. Loss of time spent - $2,165. Smith Report at 2.
2. Additional cost of mortgage - $27,992. Smith Report at 3.

---

[1] References herein are made to corresponding reports prepared by Dr. Stan V. Smith, Ph.D., for each plaintiff.

```
Robert Lillienstein Esq.                    Serin v.  Northern Leasing, 06 CV 1625
October 29, 2010                                                              Page 2
```

3.      Reduction in value of life - $622,091 to $1,072,618. Smith Report at 5.

Gordon Redner - discounted.
1. Loss of payments and time spent - $867. Smith Report at 3.
2. Loss of credit expectancy - $9,732. Smith Report at 3.
3. Reduction in value of life - $212,878 to $407,346. Smith Report at 5.

Gordon Redner - undiscounted.
1. Loss of payments and time spent - $867. Smith Report at 3.
2. Loss of credit expectancy - $9,817. Smith Report at 3.
3. Reduction in value of life - $334,129 to $649,839. Smith Report at 5.

Long Lim - discounted.
1. Loss of payments - $189. Smith Report at 2.
2. Loss of time spent - $2,825. Smith Report at 3.
3. Loss of credit expectancy - $140,450. Smith Report at 4.
4. Reduction in value of life - $426,806 to $744,796. Smith Report at 6.

Long Lim - undiscounted.
1. Loss of payments - $189. Smith Report at 2.
2. Loss of time spent - $2,825. Smith Report at 3.
3. Loss of credit expectancy - $140,450. Smith Report at 4.
4. Reduction in value of life - $672,402 to $1,235,947. Smith Report at 6.

Jusdon Russ - discounted.
1. Loss of payments - $9,247. Smith Report at 2.
2. Loss of time spent and out of pocket expenses - $4,543. Smith Report at 3.
3. Loss of business profits:
    a. Loss for 5 years - $816,734. Smith Report at 4.
    b. Loss through age 67 - $3,031,280. Smith Report at 4.
4. Loss of credit expectancy - $187,540. Smith Report at 4.
5. Reduction in value of life - $417,451 to $834,902. Smith Report at 6.

Jusdon Russ - undiscounted.
1. Loss of payments - $9,247. Smith Report at 2.
2. Loss of time spent and out of pocket expenses - $4,543. Smith Report at 3.
3. Loss of business profits:
    a. Loss for 5 years - $826,470. Smith Report at 4.
    b. Loss through age 67 - $4,161,112. Smith Report at 4.
4. Loss of credit expectancy - $187,540. Smith Report at 4.
5. Reduction in value of life - $553,466 to $1,106,916. Smith Report at 6.

        The above mentioned damages were calculated by Smith Economics Croup based on the

```
Robert Lillienstein Esq.                    Serin v.  Northern Leasing, 06 CV 1625
October 29, 2010                                                              Page 3
```

documents provided by Plaintiffs and interviews performed by Smith Economics Group with each plaintiff.  CDs containing documents provided by Plaintiffs to Smith Economics Group were hand delivered to your offices on September 28, 2010.

      This letter is not required by Federal Rules and provided to Defendants' counsel only as a courtesy.  In case of any discrepancy, between information contained herein and in Dr. Smith's reports, Dr. Smith reports represent Plaintiffs position on damages.

                                          Yours very truly,

                                          Sd/

                                          Andrey Strutinskiy, Esq.
                                          Attorneys for Plaintiffs