UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------
                                                  :
MELINDA SERIN, *et al.*,                 :
                                                  :     CASE NO. 7:06-CV-1625
             Plaintiffs,                :
                                                  :
vs.                                                :     OPINION & ORDER
                                                  :     [Resolving Doc. Nos. 127, 128]
NORTHERN LEASING              :
SYSTEMS, INC., *et al.*,            :
                                                  :
             Defendants.               :
                                                  :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On November 2, 2010, the parties to this suit held a telephone status conference with the Court. The Court **GRANTS** the parties' request for a two-day extension to file the joint pre-trial order; such order must now be filed by **November 10**. The Court also **ORDERS** that motions *in limine* be filed by **November 8** and that responses to such motions be filed by **November 11**. The Court also notes that if either party desires a hearing on pending Daubert motions that such hearing must be requested in writing by **November 4**.

During the conference, the Court also addressed the Defendants' second motion to preclude. [Doc. 127.] The Court construes that motion as a motion to compel and consistent with its earlier oral ruling, **ORDERS** the Plaintiffs to produce: (1) financial statements, tax returns, and other documentation regarding the check cashing businesses of Plaintiff Russ; and (2) as to Plaintiff Smith, mortgage documents, mortgage refinancing applications and denials, the identity of the

-1-

-2-

Case No. 7:06-CV-1625
Gwin, J.

company holding the current mortgage notes, and any other information relevant to Smith's mortgage applications.

    IT IS SO ORDERED.


Dated: November 2, 2010                         _____
                                                                         JAMES S. GWIN
                                                                         UNITED STATES DISTRICT JUDGE