MOSES & SINGER LLP
Robert D. Lillienstein (RL-4585)
Declan M. Butvick, Esq. (DB-8289)
405 Lexington Avenue
New York, New York 10174
(212) 554-7800 (telephone)
(212) 554-7700 (facsimile)

*Attorneys for Defendants Northern Leasing Systems, Inc.,*
*Jay Cohen, Rich Hahn, and Sara Krieger*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM, PERI KETTLER, GORDON REDNER, AND THOMAS J. SMITH,

                               Plaintiffs,

     -against-

NORTHERN LEASING SYSTEMS, INC., JAY COHEN, RICH HAHN, and SARA KRIEGER,

                               Defendant.
------------------------------------------------------------------ X

06 CV 1625 (JSG)

### NOTICE OF MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' DAMAGE EXPERT, DR. STAN V. SMITH

PLEASE TAKE NOTICE THAT upon the accompanying declaration of Robert D. Lillienstein, Esq., dated November 3, 2010, together with the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon the pleadings and prior proceedings had herein, Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger (the "Defendants"), hereby move this Court, before the Honorable James S. Gwin, United States District Court, Carl B. Stokes United States

Court House, 801 West Superior Avenue, Cleveland, Ohio 44113-1838, for an order pursuant to Rule 702 of the Federal Rules of Evidence, excluding the expert testimony and reports of Stan V. Smith as to each of the Plaintiffs, and for such further relief as this Court deems just and proper.

Dated:  November 3, 2010
            New York, New York

                                          MOSES & SINGER LLP
                                        *Attorneys for Defendants*

                                        By:_____/s/_____
                                        Robert D. Lillienstein, Esq. (RL-4585)
                                        Declan M. Butvick, Esq. (DB-8289)
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        (212) 554-7807 (telephone)
                                        (917) 206-4307 (facsimile)
                                        *rlillienstein@mosessinger.com*
                                        *dbutvick@mosessinger.com*

**TO**:

**VIA ECF**
Krishnan Chittur, Esq.
CHITTUR & ASSOCIATES, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017

*Attorneys for Plaintiffs*