# Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
President

August 4, 2010

Mr. Krishnan Chittur
Chittur & Associates
286 Madison Ave., Suite 1100
New York, NY  10017

        Re: Serin - DISCOUNTED

Dear Mr. Chittur:

You have asked me to calculate the value of certain losses
subsequent to the injury of Melinda Serin.  These losses are: (1)
the loss of time spent and out of pocket expenses; (2) the loss
of credit expectancy; and (3) the reduction in value of life
("RVL"), also known as loss of enjoyment of life.

Melinda Serin is a Caucasian, single female, who was born on
████████████, and injured on March 1, 2002 at the age of 22.9
years.  Ms. Serin will be 31.5 years old at the estimated trial
or settlement date of October 1, 2010, with a remaining life
expectancy estimated at 50.1 years.  This data is from the
National Center for Health Statistics, <u>United States Life Tables,
2006</u>, Vol. 58, No. 21, National Vital Statistics Reports, 2010.

In order to perform this evaluation, I have reviewed the
following materials: (1) the Amended Complaint; (2) Ms. Serin's
credit report dated August 17, 2001; (3) numerous court documents
and communications between Ms. Serin and Northern Leasing; (4)
the interview with Melinda Serin on July 23, 2010; and (5) the
case information form.

My methodology for estimating the losses, which is explained
below, is generally based on past wage growth, interest rates,
and consumer prices, as well as studies regarding the value of
life.  The effective net discount rate using statistically
average wage growth rates and statistically average discount
rates is 0.40 percent.

My estimate of the nominal wage growth rate is 4.05 percent per
year.  This growth rate is based on Business Sector, Hourly
Compensation growth data from the Major Sector Productivity and
Costs Index found at the U.S. Bureau of Labor Statistics website
at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the
real increase in wages primarily for the last 20 years.

My estimate of the nominal discount rate is 4.45 percent per
year.  This discount rate is based on the rate of return on 91-

SEG

day U.S. Treasury Bills published in the <u>Economic Report of the President</u> for the real return on T-Bills primarily for the last 20 years.  This rate is also consistent with historical rates published by Ibbotson Associates, Chicago, in its continuously updated series <u>Stocks, Bonds, Bills and Inflation</u> published by Morningstar, Inc.  This series, which acknowledges me as the Originator while a Principal and Managing Director at Ibbotson Associates, is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities.  It is relied upon almost exclusively by academic and business economists, insurance companies, banks, institutional investors, CPA's, actuaries, benefit analysts, and economists in courts of law.

My estimate of the inflation rate is 3.00 percent per year based on the Consumer Price Index (CPI-U) published in monthly issues of the U.S. Bureau of Labor Statistics, <u>CPI Detailed Report</u> (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0, for the increase in prices primarily for the last 20 years.


## I. LOSS OF TIME SPENT AND OUT OF POCKET EXPENSES

Table 1D shows the loss of time and out of pocket expenses. Melinda Serin found out about Northern Leasing in 2002 when she began receiving letters saying that she owed them money.  She states she was a college student at UCLA at the time, and had never heard of Northern Leasing.

Ms. Serin states had no experience dealing with these kinds of situations and she spent a great deal of time communicating with Northern Leasing and researching ways to clear her name.  She received harassing phone calls and letters posted on her apartment door.  Ms. Serin moved to Washington D.C. in 2003, working part-time doing technical support and getting her Master's degree in political management.  Even after moving to D.C., the harassing letters from Northern Leasing followed her. Eventually Northern leasing filed suit against Ms. Serin, and in late January 2006, she took time off of work to fly to New York to appear in court.  Once Northern Leasing saw that she showed up in court, they immediately dropped their suit.

Over the course of the almost three and a half years that her problems with Northern leasing dragged on, Ms. Serin estimates she spent somewhere between 100 and 200 hours of her time trying to resolve these issues.  In addition, she spent $118 for a hotel room and $188 in flight costs for her trip to court in New York. After obtaining her Master's degree, Ms. Serin went to work on various political campaigns which took her all over the country - Las Vegas, California, Iowa, Kentucky, etc.  She believes she

2

SEG
_____

earned the equivalent of approximately $45,000 per year plus free
housing and some other living expenses.  Since approximately
April 2008, Melinda has worked for a company doing web design and
earning approximately $50,000 per year, plus bonus and benefits.

The loss of time spent is illustrated at 30 hours of time spent
in each year from 2002 through 2006, and is valued at $19.80 per
hour in year 2009 dollars based on the median wages of the
average of Office Clerks and Payroll and Timekeeping Clerks in
Washington D.C.  This data is from the DC Department of
Employment Services, wage data as of 2009, found at
http://does.dc.gov/does.  Wages in 2002 through 2008 are reduced
by national average wage growth of 0.92 percent in 2009, 3.05
percent in 2008, 3.72 percent in 2007, 4.40 percent in 2006, 3.42
percent in 2005, 3.80 percent in 2004, and 5.61 percent in 2003.
In addition Ms. Serin's hotel and flight out of pocket expenses
are added to the loss in 2006.

Based on the above assumptions, my opinion of the loss of time
spent and out of pocket expenses is $2,850 ▶ Table 1D.


## II. LOSS OF CREDIT EXPECTANCY

Table 2D shows the loss of credit expectancy.  Ms. Serin had the
ability to borrow considerable sums beyond her current lines of
credit.  I estimate this additional capacity to be at least
$150,000, and likely more, based on Ms. Serin's approximate
income of $45,000 per year and intent to purchase a condo and
obtain credit cards.  This standby expectancy has a value similar
to the value of a safety net for a trapeze artist, or the value
of a term life policy for a person who continues to live a
healthy life - the value does not depend upon the actual use.
The loss of expectancy is estimated by the costs of using this
credit under normal circumstances, approximately 12 percent per
year, and the costs of using this credit, if available, at the
highest rates charged to those who are viewed as high credit
risks, approximately 25 percent.  This difference is 13 percent
per year and is an estimate of the value of the expectancy loss.
I illustrate the loss from March 2002 through January 2006.

Based on these assumptions, the loss of credit expectancy is
$79,740 ▶ Table 2D.


## III. REDUCTION IN VALUE OF LIFE

Economists have long agreed that life is valued at more than the
lost earnings capacity.  My estimate of the value of life is
based on many economic studies on what we, as a contemporary
society, actually pay to preserve the ability to lead a normal
life.  The studies examine incremental pay for risky occupations

3

SEG

---

as well as a multitude of data regarding expenditure for life savings by individuals, industry, and state and federal agencies.

My estimate of the value of life is consistent with estimates published in other studies that examine and review the broad spectrum of economic literature on the value of life.  Among these is "The Plausible Range for the Value of Life," Journal of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, by T. R. Miller.  This study reviews 67 different estimates of the value of life published by economists in peer-reviewed academic journals.  The Miller results, in most instances, show the value of life to range from approximately $1.6 million to $2.9 million dollars in year 1988 after-tax dollars, with a mean of approximately $2.2 million dollars.  In "The Value of Life: Estimates with Risks by Occupation and Industry," Economic Inquiry, Vol. 42, No. 1, May 2003, pp. 29-48,  Professor W. K. Viscusi estimates the value of life to be approximately $4.7 million dollars in year 2000 dollars.  An early seminal paper on the value of life was written by Richard Thaler and Sherwin Rosen, "The Value of Saving a Life: Evidence from the Labor Market." in N.E. Terlickyj (ed.), Household Production and Consumption. New York: Columbia University Press, 1975, pp. 265-300.  The Meta-Analyses Appendix to this report reviews additional literature suggesting a value of life of approximately $5.4 million in year 2008 dollars.

Because it is generally accepted by economists, the methodology used to estimate the value of life has been found to meet Daubert standards, as well as Frye standards and the Rules of Evidence in various states, by Federal Circuit and Appellate courts, as well as state trial, supreme and appellate courts nationwide. Testimony based on this peer-reviewed methodology has been admitted in over half the states in over 175 trials nationwide. Proof of general acceptance and other standards is found in a discussion of the extensive references to the scientific economic peer-reviewed literature on the value of life listed in the **Value of Life Appendix** to this report.

The underlying, academic, peer-reviewed studies fall into two general groups: (1) consumer behavior and purchases of safety devices; (2) wage risk premiums to workers; in addition, there is a third group of studies consisting of cost-benefit analyses of regulations.  For example, one consumer safety study analyzes the costs of smoke detectors and the lifesaving reduction associated with them.  One wage premium study examines the differential rates of pay for dangerous occupations with a risk of death on the job.  Just as workers receive shift premiums for undesirable work hours, workers also receive a higher rate of pay to accept a increased risk of death on the job.  A study of government regulation examines the lifesaving resulting from the installation of smoke stack scrubbers at high-sulphur, coal-burning power plants.  As a hypothetical example of the

4

SEG
_____

methodology, assume that a safety device such as a carbon
monoxide detector costs $46 and results in lowering a person's
risk of premature death by one chance in 100,000.  The cost per
life saved is obtained by dividing $46 by the one in 100,000
probability, yielding $4,600,000.

Tables 3D through 8D are based on several factors:
  (1)  An assumed impairment rating by the trier-of-fact of 30
       percent to 50 percent from March 2002 through 2005, and
       between 5 percent and 10 percent thereafter through
       Melinda's life expectancy of a reduction in the ability
       to lead a normal life.  The diminished capacity to lead
       a normal life reflects the impact on career, social and
       leisure activities, the activities of daily living, and
       the internal emotional state, as discussed in Berla,
       Edward P., Michael L. Brookshire and Stan V. Smith,
       "Hedonic Damages and Personal Injury:  A Conceptual
       Approach," Journal of Forensic Economics, Vol 3, No. 1,
       Winter 1990, pp. 1-8;
  (2)  The central tendency of the range of the economic
       studies cited above which I estimate to be
       approximately $4.2 million in year 2010 dollars; and
  (3)  A life expectancy of 81.6 years.

Tables 3D through 5D are based on the lower estimated impairment
rating; Tables 6D through 8D are based on the upper estimated
impairment rating.  Based on these values and life expectancy, my
opinion of the reduction in the value of life is estimated at
$384,274 ▸ Table 5D to $726,585 ▸ Table 8D, averaging $555,430.

------------------------------------------

A trier-of-fact may weigh other factors to determine if these
estimated losses for Melinda Serin should be adjusted because of
special qualities or circumstances that economists do not as yet
have a methodology for analysis.

In each set of tables, the estimated losses are calculated from
March 1, 2002 through an assumed trial or settlement date of
October 1, 2010, and from that date thereafter.  The last table
in each set accumulates the past and future estimated losses.
These estimates are provided as an aid, tool and guide for the
trier-of-fact.

All opinions expressed in this report are clearly labeled as
such.  They are rendered in accordance with generally accepted
standards within the field of economics and are expressed to a
reasonable degree of economic certainty.  Estimates, assumptions,
illustrations and the use of benchmarks, which are not opinions,
but which can be viewed as hypothetical in nature, are also
clearly disclosed and identified herein.

5

SEG

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case for the formulation of my substantive opinions herein.

If additional information is provided to me, which could alter my opinions, I may incorporate any such information into an update, revision, addendum, or supplement of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

SEG
_____

## APPENDIX: VALUE OF LIFE

The economic methodology for the valuation of life has been found to meet the Daubert and Frye standards by many courts, along with the Rules of Evidence in many states nationwide.  My testimony has been accepted in approximately 200 state and federal cases nationwide in approximately two-thirds of the states and two-thirds of the federal jurisdictions.  Testimony has been accepted by Federal circuit and Appellate courts as well as in state trial, supreme, and appellate Courts.  The Daubert standard sets forth four criteria:

1.   Testing of the theory and science

2.   Peer Review

3.   Known or potential rate of error

4.   Generally accepted.


**Testing of the theory and science** has been accomplished over the past four decades, since the 1960s.  Dozens of economists of high renown have published over a hundred articles in high quality, peer-reviewed economic journals measuring the value of life.  The value of life theories are perhaps among the most well-tested in the field of economics, as evidenced by the enormous body of economic scientific literature that has been published in the field and is discussed below.


**Peer Review** of the concepts and methodology have been extraordinarily extensive.  One excellent review of this extensive, peer-reviewed literature can be found in "The Value of Risks to Life and Health," W. K. Viscusi, Journal of Economic Literature, Vol. 31, December 1993, pp. 1912-1946.  A second is "The Value of a Statistical Life: A Critical Review of Market Estimates throughout the World." W. K. Viscusi and J. E. Aldy, Journal of Risk and Uncertainty, Vol. 27, No. 1, November 2002, pp. 5-76.  Additional theoretical and empirical work by Viscusi, a leading researcher in the field, can be found in: "The Value of Life", W. K. Viscusi, John M. Olin Center for Law, Economics, and Business, Harvard Law School, Discussion Paper No. 517, June 2005.  An additional peer-reviewed article discusses the application to forensic economics: "The Plausible Range for the Value of Life," T. R. Miller, Journal of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, which discusses the many dozens of articles published in other peer-reviewed economic journals on this topic.  This concept is discussed in detail in "Willingness to Pay Comes of Age: Will the System Survive?" T. R. Miller, Northwestern University Law Review, Summer 1989, pp. 876-907, and "Hedonic Damages in Personal Injury and Wrongful Death

7

SEG

Litigation," by S. V. Smith in <u>Litigation Economics</u>, pp. 39-59.
Kenneth Arrow, a Nobel Laureate in economics, discusses this
method for valuing life in "Invaluable Goods," <u>Journal of
Economic Literature</u>, Vol. 35, No. 2, 1997, pp. 759.  See the
Meta-Analyses Appendix for an additional review of the
literature.

**The known or potential rate of error** is well researched.  All of
these articles discuss the known or potential rate of error, well
within the acceptable standard in the field of economics,
generally using a 95% confidence rate for the statistical testing
and acceptance of results.  There are few areas in the field of
economics where the known or potential rate of error has been as
well-accepted and subject to more extensive investigation.

**General Acceptance** of the concepts and methodology on the value
of life in the field of economics is extensive.  This methodology
is and has been generally accepted in the field of economics for
many years.  Indeed, according to the prestigious and highly-
regarded research institute, <u>The Rand Corporation</u>, by 1988, the
peer-reviewed scientific methods for estimating the value of life
were well-accepted: "Most economists would agree that the
willingness-to-pay methodology is the most conceptually
appropriate criterion for establishing the value of life,"
<u>Computing Economic loss in Cases of Wrongful Death</u>, King and
Smith, Rand Institute for Civil Justice, R-3549-ICJ, 1988.

While first discussed in cutting edge, peer-reviewed economic
journals, additional proof of general acceptance is now indicated
by the fact that this methodology is now taught in standard
economics courses at the undergraduate and graduate level
throughout hundreds of colleges and universities nationwide as
well as the fact that it is taught and discussed in widely-
accepted textbooks in the field of law and economics: <u>Economics</u>,
Sixth Edition, David C. Colander, McGraw-Hill Irwin, Boston,
2006, pp. 463-465; this introductory economics textbook is the
third most widely used textbook in college courses nationwide.
Hamermesh and Rees's <u>The Economics of Work and Pay</u>, Harper-
Collins, 1993, Chapter 13, a standard advanced textbook in labor
economics, also discusses the methodology for valuing life.
Other textbooks discuss this topic as well.  Richard Posner,  a
Justice and former Chief Justice of the U.S. Court of Appeals for
the highly regarded 7th Circuit and Senior Lecturer at the
University of Chicago Law School, one of most prolific legal
writers in America, details the Value of Life approach in his
widely used textbooks: <u>Economic Analysis of Law</u>, 1986, Little
Brown & Co., pp. 182-185 and <u>Tort Law</u>, 1982, Little Brown & Co.,
pp. 120-126.

As further evidence of general acceptance in the field, some
surveys published in the field of forensic economics show that
hundreds of economics nationwide are now familiar with this

8

SEG

methodology and are available to prepare (and critique) forensic economic value of life estimates.  Indeed, some economists who indicate they will prepare such analysis for plaintiffs also are willing to critique such analysis for defendants, as I have often done.  That an economist is willing to critique a report does not indicate that he or she is opposed to the concept or the methodology, but merely available to assure that the plaintiff economist has employed proper techniques.  The fact that there are economists who indicate they do not prepare estimates of value of life is again no indication that they oppose the methodology: many claim they are not familiar with the literature and untrained in this area.  While some CPAs and others without a degree in economics have opposed these methods, such professionals do not have the requisite academic training and are unqualified to make such judgements.  However, as in any field of economics, this area is not without any dissent.  General acceptance does not mean universal acceptance.

Additional evidence of general acceptance in the field is found in the teaching of the concepts regarding the value of life. Forensic Economics is now taught as a special field in a number of institutions nationwide.  I taught what is believed to be the first course ever presented in the field of Forensic Economics at DePaul University in Spring, 1990.  My own book, Economic/Hedonic Damages, Anderson, 1990, and supplemental updates thereto, co-authored with Dr. Michael Brookshire, a Professor of Economics in West Virginia, has been used as a textbook in at least 5 colleges and universities nationwide in such courses in economics, and has a thorough discussion of the methodology. Toppino et. al., in "Forensic Economics in the Classroom," published in The Earnings Analyst, Journal of the American Rehabilitation Economics Association, Vol. 4, 2001, pp. 53-86, indicate that hedonic damages is one of 15 major topic areas taught in such courses.

Lastly, general acceptance is found by examining publications in the primary journal in the field of Forensic Economics, which is the peer-reviewed Journal of Forensic Economics, where there have been published many articles on the value of life.  Some are cited above.  Others include: "The Econometric Basis for Estimates of the Value of Life," W. K. Viscusi, Vol 3, No. 3, Fall 1990, pp. 61-70; "Hedonic Damages in the Courtroom Setting." S. V. Smith, Vol. 3, No. 3, Fall 1990, pp. 41-49; "Issues Affecting the Calculated Value of Life," E. P. Berla, M. L. Brookshire and S. V. Smith, Vol 3, No. 1, 1990, pp. 1-8; "Hedonic Damages and Personal Injury:  A Conceptual Approach." G. R. Albrecht, Vol. 5., No. 2, Spring/Summer 1992, pp. 97-104; "The Application of the Hedonic Damages Concept to Wrongful and Personal Injury Litigation." G. R. Albrecht, Vol. 7, No. 2, Spring/Summer 1994, pp. 143-150; and also "A Review of the Monte Carlo Evidence Concerning Hedonic Value of Life Estimates," R. F. Gilbert, Vol. 8, No. 2, Spring/Summer 1995, pp. 125-130.

9

SEG

It is important to note that this methodology is endorsed and employed by the U. S. Government as the standard and recommended approach for use by all U. S. Agencies in valuing life for policy purposes, as mandated in current and past Presidential Executive Orders in effect since 1972, and as discussed in "Report to Congress on the Costs and Benefits of Federal Regulations," <u>Office of Management and Budget</u>, 1998, and "Economic Analysis of Federal Regulations Under Executive Order 12866," <u>Executive Office of the President, Office of Management and Budget</u>, pp. 1-37, and "Report to the President on Executive Order No. 12866," Regulatory Planning and Review, May 1, 1994, <u>Office of Information and Regulatory Affairs, Office of Management and Budget</u>.  Prior presidents signed similar orders as discussed in "Federal Agency Valuations of Human life," <u>Administrative Conference of the United States, Report for Recommendation 88-7, December 1988</u>, pp. 368-408.  926

Smith Economics Group, Ltd. ▪ *312-943-1551*

SEG
_____

## APPENDIX: META-ANALYSES AND VALUE OF LIFE RESULTS SINCE 2000

Below I list the principal systematic reviews (meta-analyses), since the year 2000, of the value of life literature, and the values of a statistical life that they recommend.  In statistics, a meta-analysis combines the results of several studies that address a set of related research hypotheses.  Meta-analysis increase the statistical power of studies by analyzing a group of studies and provide a more powerful and accurate data analysis than would result from analyzing each study alone.  Based on those reviews, the Summary Table suggests a best estimate. The following table summarizes the studies and their findings.

These statistically based studies place the value between $4.4 and $7.5 million, with $5.9 million representing a conservative yet credible estimate of the average (and range midpoint) of the values of a statistical life published in the studies in year 2005 dollars.  Net of human capital, a credible net value of life based on all these literature reviews to be $4.8 million in year 2005 dollars, or $5.4 million in year 2008 dollars.

The actual value that I use, $4.1 million is approximately 24 percent lower than a conservative average estimate based on the credible meta-analyses.  This value was originally based on a review conducted in the late 1980s, averaging the results published by that time.  I have increased that late 1980s value only by inflation over time, despite the fact a review of literature over the years since that time has put obvious upward pressure on the figure that I use.

11

SEG

_____

Summary Table: Mean and range of value of statistical life
estimates (in 2005 dollars) from the best meta-analyses and
systematic reviews and characteristics of those reviews.

| Study | Formal Meta-Analysis? | Number of Values | Best Estimate (2005 Dollars) | Range | Context |
|---|---|---|---|---|---|
| Miller 2000 | Yes | 68 estimates | $5.1M | $4.5-$6.2M | US estimate from all |
| Mrozek & Taylor 2002 | Yes | 203 estimates, from 33 studies | $4.4M | + or - 35% | Labor market |
| Viscusi & Aldy 2003 | Yes | 49 estimates (reviewed more than 60 studies, but some lacked desired variables) | $6.5M | $5.1-$9.6M | Labor market, US estimate from all |
| Kochi et al. 2006 | Yes | 234 estimates from 40 studies | $6.0M | + or - 44% | Labor market, survey |
| Bellavance 2006 | Yes | 37 estimates from 34 studies (rejected 15 others that lacked desired data or were flawed) | $7.0M | + or - 19% | Labor market |

12

SEG

---

Miller (2000) started from the Miller 1989 JFE estimates and used statistical methods to adjust for differences between studies. It also added newer studies, primarily ones outside the United States. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.

Mrozek and Taylor (2002) searched intensively for studies of the value of life implied by wages paid for risky jobs. They coded all values from each study rather than a most appropriate estimate. A statistical analysis identified what factors accounted for the differences in values between studies. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.

Viscusi and Aldy (2003) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.

Kochi et al. (2006) searched intensively for studies of the value of life implied by wages and coded all values from each study rather than a most appropriate estimate. They did not filter study quality carefully. The best estimate was derived by statistical methods based on the distribution of the values within and across studies.

Bellavance et al. (2006) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.   926

13

SEG
_____

**SUMMARY OF LOSSES FOR MELINDA SERIN**

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| * * * * * | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * * * * * * * * * * |
| | **EARNINGS** | |
| 1D | LOSS OF TIME AND EXPENSES | $    2,850 |
| 2D | LOSS OF CREDIT EXPECTANCY | $   79,740 |

-----------------------------------------

**LOSS OF ENJOYMENT OF LIFE**

| | REDUCTION IN VALUE OF LIFE | |
|------|-----------------------------|---|
| 5D | Lower impairment rating | $  384,274 |
| 8D | Upper impairment rating | $  726,585 |

The information on this Summary of Losses is intended to summarize losses under certain given assumptions.  Please refer to the report and the tables for all the opinions.

14

Smith Economics Group, Ltd. ▪ *312-943-1551*

LOSS OF PAST TIME SPENT
2002 - 2006

| YEAR | AGE | WAGES | CUMULATE |
| ---- | --- | ------ | -------- |
| 2002 | 23 | $465 | $465 |
| 2003 | 24 | 491 | 956 |
| 2004 | 25 | 510 | 1,466 |
| 2005 | 26 | 527 | 1,993 |
| 2006 | 27 | 857 | $2,850 |

SERIN        $2,850

LOSS OF PAST CREDIT EXPECTANCY
2002 - 2006

| YEAR | AGE | CREDIT | CUMULATE |
|------|-----|--------|----------|
| **** | *** | ******* | ******** |
| 2002 | 23 | $16,295 | $16,295 |
| 2003 | 24 | 19,867 | 36,162 |
| 2004 | 25 | 20,514 | 56,676 |
| 2005 | 26 | 21,216 | 77,892 |
| 2006 | 27 | 1,848 | $79,740 |
| | | | |
| SERIN | | $79,740 | |

LOSS OF PAST RVL TO MELINDA - LOWER
2002 - 2010

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ******** | ******** |
| 2002 | 23 | $26,321 | $26,321 |
| 2003 | 24 | 32,091 | 58,412 |
| 2004 | 25 | 33,137 | 91,549 |
| 2005 | 26 | 34,270 | 125,819 |
| 2006 | 27 | 5,857 | 131,676 |
| 2007 | 28 | 6,096 | 137,772 |
| 2008 | 29 | 6,101 | 143,873 |
| 2009 | 30 | 6,267 | 150,140 |
| 2010 | 31 | 4,828 | $154,968 |

SERIN          $154,968

PRESENT VALUE OF FUTURE RVL TO MELINDA - LOWER
2010 - 2060

| YEAR | AGE | RVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| 2010 | 31 | $1,627 | 0.98891 | $1,609 | $1,609 |
| 2011 | 32 | 6,649 | 0.94678 | 6,295 | 7,904 |
| 2012 | 33 | 6,848 | 0.90644 | 6,207 | 14,111 |
| 2013 | 34 | 7,053 | 0.86782 | 6,121 | 20,232 |
| 2014 | 35 | 7,265 | 0.83085 | 6,036 | 26,268 |
| 2015 | 36 | 7,483 | 0.79545 | 5,952 | 32,220 |
| 2016 | 37 | 7,707 | 0.76156 | 5,869 | 38,089 |
| 2017 | 38 | 7,938 | 0.72912 | 5,788 | 43,877 |
| 2018 | 39 | 8,176 | 0.69805 | 5,707 | 49,584 |
| 2019 | 40 | 8,421 | 0.66831 | 5,628 | 55,212 |
| 2020 | 41 | 8,674 | 0.63984 | 5,550 | 60,762 |
| 2021 | 42 | 8,934 | 0.61258 | 5,473 | 66,235 |
| 2022 | 43 | 9,202 | 0.58648 | 5,397 | 71,632 |
| 2023 | 44 | 9,478 | 0.56150 | 5,322 | 76,954 |
| 2024 | 45 | 9,762 | 0.53757 | 5,248 | 82,202 |
| 2025 | 46 | 10,055 | 0.51467 | 5,175 | 87,377 |
| 2026 | 47 | 10,357 | 0.49274 | 5,103 | 92,480 |
| 2027 | 48 | 10,668 | 0.47175 | 5,033 | 97,513 |
| 2028 | 49 | 10,988 | 0.45165 | 4,963 | 102,476 |
| 2029 | 50 | 11,318 | 0.43241 | 4,894 | 107,370 |
| 2030 | 51 | 11,658 | 0.41399 | 4,826 | 112,196 |
| 2031 | 52 | 12,008 | 0.39635 | 4,759 | 116,955 |
| 2032 | 53 | 12,368 | 0.37946 | 4,693 | 121,648 |
| 2033 | 54 | 12,739 | 0.36330 | 4,628 | 126,276 |
| 2034 | 55 | 13,121 | 0.34782 | 4,564 | 130,840 |
| 2035 | 56 | 13,515 | 0.33300 | 4,500 | 135,340 |
| 2036 | 57 | 13,920 | 0.31881 | 4,438 | 139,778 |
| 2037 | 58 | 14,338 | 0.30523 | 4,376 | 144,154 |
| 2038 | 59 | 14,768 | 0.29223 | 4,316 | 148,470 |
| 2039 | 60 | 15,211 | 0.27978 | 4,256 | 152,726 |
| 2040 | 61 | 15,667 | 0.26786 | 4,197 | 156,923 |
| 2041 | 62 | 16,137 | 0.25644 | 4,138 | 161,061 |
| 2042 | 63 | 16,621 | 0.24552 | 4,081 | 165,142 |
| 2043 | 64 | 17,120 | 0.23506 | 4,024 | 169,166 |
| 2044 | 65 | 17,634 | 0.22504 | 3,968 | 173,134 |
| 2045 | 66 | 18,163 | 0.21546 | 3,913 | 177,047 |
| 2046 | 67 | 18,708 | 0.20628 | 3,859 | 180,906 |
| 2047 | 68 | 19,269 | 0.19749 | 3,805 | 184,711 |
| 2048 | 69 | 19,847 | 0.18908 | 3,753 | 188,464 |
| 2049 | 70 | 20,442 | 0.18102 | 3,700 | 192,164 |
| 2050 | 71 | 21,055 | 0.17331 | 3,649 | 195,813 |
| 2051 | 72 | 21,687 | 0.16592 | 3,598 | 199,411 |
| 2052 | 73 | 22,338 | 0.15886 | 3,549 | 202,960 |
| 2053 | 74 | 23,008 | 0.15209 | 3,499 | 206,459 |
| 2054 | 75 | 23,698 | 0.14561 | 3,451 | 209,910 |
| 2055 | 76 | 24,409 | 0.13940 | 3,403 | 213,313 |
| 2056 | 77 | 25,141 | 0.13347 | 3,356 | 216,669 |
| 2057 | 78 | 25,895 | 0.12778 | 3,309 | 219,978 |
| 2058 | 79 | 26,672 | 0.12233 | 3,263 | 223,241 |
| 2059 | 80 | 27,472 | 0.11712 | 3,218 | 226,459 |

PRESENT VALUE OF FUTURE RVL TO MELINDA - LOWER
2010 - 2060

| YEAR | AGE | RVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| **** | *** | ****** | ******** | ******** | ******** |
| 2060 | 81 | 25,273 | 0.11265 | 2,847 | $229,306 |

MELINDA SERIN                     $229,306

PRESENT VALUE OF NET RVL TO MELINDA - LOWER
2002 - 2060

| YEAR | AGE | RVL | CUMULATE |
|------|-----|---------|----------|
| **** | *** | ******** | ******** |
| 2002 | 23 | $26,321 | $26,321 |
| 2003 | 24 | 32,091 | 58,412 |
| 2004 | 25 | 33,137 | 91,549 |
| 2005 | 26 | 34,270 | 125,819 |
| 2006 | 27 | 5,857 | 131,676 |
| 2007 | 28 | 6,096 | 137,772 |
| 2008 | 29 | 6,101 | 143,873 |
| 2009 | 30 | 6,267 | 150,140 |
| 2010 | 31 | 6,437 | 156,577 |
| 2011 | 32 | 6,295 | 162,872 |
| 2012 | 33 | 6,207 | 169,079 |
| 2013 | 34 | 6,121 | 175,200 |
| 2014 | 35 | 6,036 | 181,236 |
| 2015 | 36 | 5,952 | 187,188 |
| 2016 | 37 | 5,869 | 193,057 |
| 2017 | 38 | 5,788 | 198,845 |
| 2018 | 39 | 5,707 | 204,552 |
| 2019 | 40 | 5,628 | 210,180 |
| 2020 | 41 | 5,550 | 215,730 |
| 2021 | 42 | 5,473 | 221,203 |
| 2022 | 43 | 5,397 | 226,600 |
| 2023 | 44 | 5,322 | 231,922 |
| 2024 | 45 | 5,248 | 237,170 |
| 2025 | 46 | 5,175 | 242,345 |
| 2026 | 47 | 5,103 | 247,448 |
| 2027 | 48 | 5,033 | 252,481 |
| 2028 | 49 | 4,963 | 257,444 |
| 2029 | 50 | 4,894 | 262,338 |
| 2030 | 51 | 4,826 | 267,164 |
| 2031 | 52 | 4,759 | 271,923 |
| 2032 | 53 | 4,693 | 276,616 |
| 2033 | 54 | 4,628 | 281,244 |
| 2034 | 55 | 4,564 | 285,808 |
| 2035 | 56 | 4,500 | 290,308 |
| 2036 | 57 | 4,438 | 294,746 |
| 2037 | 58 | 4,376 | 299,122 |
| 2038 | 59 | 4,316 | 303,438 |
| 2039 | 60 | 4,256 | 307,694 |
| 2040 | 61 | 4,197 | 311,891 |
| 2041 | 62 | 4,138 | 316,029 |
| 2042 | 63 | 4,081 | 320,110 |
| 2043 | 64 | 4,024 | 324,134 |
| 2044 | 65 | 3,968 | 328,102 |
| 2045 | 66 | 3,913 | 332,015 |
| 2046 | 67 | 3,859 | 335,874 |
| 2047 | 68 | 3,805 | 339,679 |
| 2048 | 69 | 3,753 | 343,432 |
| 2049 | 70 | 3,700 | 347,132 |
| 2050 | 71 | 3,649 | 350,781 |
| 2051 | 72 | 3,598 | 354,379 |

PRESENT VALUE OF NET RVL TO MELINDA - LOWER
2002 - 2060

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| 2052 | 73 | 3,549 | 357,928 |
| 2053 | 74 | 3,499 | 361,427 |
| 2054 | 75 | 3,451 | 364,878 |
| 2055 | 76 | 3,403 | 368,281 |
| 2056 | 77 | 3,356 | 371,637 |
| 2057 | 78 | 3,309 | 374,946 |
| 2058 | 79 | 3,263 | 378,209 |
| 2059 | 80 | 3,218 | 381,427 |
| 2060 | 81 | 2,847 | $384,274 |
|      |    |        |          |
| SERIN |   | $384,274 |         |

LOSS OF PAST RVL TO MELINDA - UPPER
2002 - 2010

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| 2002 | 23 | $43,868 | $43,868 |
| 2003 | 24 | 53,485 | 97,353 |
| 2004 | 25 | 55,228 | 152,581 |
| 2005 | 26 | 57,117 | 209,698 |
| 2006 | 27 | 11,714 | 221,412 |
| 2007 | 28 | 12,192 | 233,604 |
| 2008 | 29 | 12,202 | 245,806 |
| 2009 | 30 | 12,534 | 258,340 |
| 2010 | 31 | 9,656 | $267,996 |

SERIN     $267,996

PRESENT VALUE OF FUTURE RVL TO MELINDA - UPPER
2010 - 2060

| YEAR | AGE | RVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| **** | *** | ****** | ******** | ******** | ******** |
| 2010 | 31 | $3,254 | 0.98891 | $3,218 | $3,218 |
| 2011 | 32 | 13,297 | 0.94678 | 12,589 | 15,807 |
| 2012 | 33 | 13,696 | 0.90644 | 12,415 | 28,222 |
| 2013 | 34 | 14,107 | 0.86782 | 12,242 | 40,464 |
| 2014 | 35 | 14,530 | 0.83085 | 12,072 | 52,536 |
| 2015 | 36 | 14,966 | 0.79545 | 11,905 | 64,441 |
| 2016 | 37 | 15,415 | 0.76156 | 11,739 | 76,180 |
| 2017 | 38 | 15,877 | 0.72912 | 11,576 | 87,756 |
| 2018 | 39 | 16,353 | 0.69805 | 11,415 | 99,171 |
| 2019 | 40 | 16,844 | 0.66831 | 11,257 | 110,428 |
| 2020 | 41 | 17,349 | 0.63984 | 11,101 | 121,529 |
| 2021 | 42 | 17,869 | 0.61258 | 10,946 | 132,475 |
| 2022 | 43 | 18,405 | 0.58648 | 10,794 | 143,269 |
| 2023 | 44 | 18,957 | 0.56150 | 10,644 | 153,913 |
| 2024 | 45 | 19,526 | 0.53757 | 10,497 | 164,410 |
| 2025 | 46 | 20,112 | 0.51467 | 10,351 | 174,761 |
| 2026 | 47 | 20,715 | 0.49274 | 10,207 | 184,968 |
| 2027 | 48 | 21,336 | 0.47175 | 10,065 | 195,033 |
| 2028 | 49 | 21,976 | 0.45165 | 9,925 | 204,958 |
| 2029 | 50 | 22,635 | 0.43241 | 9,788 | 214,746 |
| 2030 | 51 | 23,314 | 0.41399 | 9,652 | 224,398 |
| 2031 | 52 | 24,013 | 0.39635 | 9,518 | 233,916 |
| 2032 | 53 | 24,733 | 0.37946 | 9,385 | 243,301 |
| 2033 | 54 | 25,475 | 0.36330 | 9,255 | 252,556 |
| 2034 | 55 | 26,239 | 0.34782 | 9,126 | 261,682 |
| 2035 | 56 | 27,026 | 0.33300 | 9,000 | 270,682 |
| 2036 | 57 | 27,837 | 0.31881 | 8,875 | 279,557 |
| 2037 | 58 | 28,672 | 0.30523 | 8,752 | 288,309 |
| 2038 | 59 | 29,532 | 0.29223 | 8,630 | 296,939 |
| 2039 | 60 | 30,418 | 0.27978 | 8,510 | 305,449 |
| 2040 | 61 | 31,331 | 0.26786 | 8,392 | 313,841 |
| 2041 | 62 | 32,271 | 0.25644 | 8,276 | 322,117 |
| 2042 | 63 | 33,239 | 0.24552 | 8,161 | 330,278 |
| 2043 | 64 | 34,236 | 0.23506 | 8,048 | 338,326 |
| 2044 | 65 | 35,263 | 0.22504 | 7,936 | 346,262 |
| 2045 | 66 | 36,321 | 0.21546 | 7,826 | 354,088 |
| 2046 | 67 | 37,411 | 0.20628 | 7,717 | 361,805 |
| 2047 | 68 | 38,533 | 0.19749 | 7,610 | 369,415 |
| 2048 | 69 | 39,689 | 0.18908 | 7,504 | 376,919 |
| 2049 | 70 | 40,880 | 0.18102 | 7,400 | 384,319 |
| 2050 | 71 | 42,106 | 0.17331 | 7,297 | 391,616 |
| 2051 | 72 | 43,369 | 0.16592 | 7,196 | 398,812 |
| 2052 | 73 | 44,670 | 0.15886 | 7,096 | 405,908 |
| 2053 | 74 | 46,010 | 0.15209 | 6,998 | 412,906 |
| 2054 | 75 | 47,390 | 0.14561 | 6,900 | 419,806 |
| 2055 | 76 | 48,812 | 0.13940 | 6,804 | 426,610 |
| 2056 | 77 | 50,276 | 0.13347 | 6,710 | 433,320 |
| 2057 | 78 | 51,784 | 0.12778 | 6,617 | 439,937 |
| 2058 | 79 | 53,338 | 0.12233 | 6,525 | 446,462 |
| 2059 | 80 | 54,938 | 0.11712 | 6,434 | 452,896 |

SMITH ECONOMICS GROUP, LTD.   312/943-1551

PRESENT VALUE OF FUTURE RVL TO MELINDA - UPPER
2010 - 2060

| YEAR | AGE | RVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| 2060 | 81 | 50,540 | 0.11265 | 5,693 | $458,589 |

MELINDA SERIN                              $458,589

SMITH ECONOMICS GROUP, LTD.  312/943-1551

PRESENT VALUE OF NET RVL TO MELINDA - UPPER
2002 - 2060

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ******** | ******** |
| 2002 | 23 | $43,868 | $43,868 |
| 2003 | 24 | 53,485 | 97,353 |
| 2004 | 25 | 55,228 | 152,581 |
| 2005 | 26 | 57,117 | 209,698 |
| 2006 | 27 | 11,714 | 221,412 |
| 2007 | 28 | 12,192 | 233,604 |
| 2008 | 29 | 12,202 | 245,806 |
| 2009 | 30 | 12,534 | 258,340 |
| 2010 | 31 | 12,874 | 271,214 |
| 2011 | 32 | 12,589 | 283,803 |
| 2012 | 33 | 12,415 | 296,218 |
| 2013 | 34 | 12,242 | 308,460 |
| 2014 | 35 | 12,072 | 320,532 |
| 2015 | 36 | 11,905 | 332,437 |
| 2016 | 37 | 11,739 | 344,176 |
| 2017 | 38 | 11,576 | 355,752 |
| 2018 | 39 | 11,415 | 367,167 |
| 2019 | 40 | 11,257 | 378,424 |
| 2020 | 41 | 11,101 | 389,525 |
| 2021 | 42 | 10,946 | 400,471 |
| 2022 | 43 | 10,794 | 411,265 |
| 2023 | 44 | 10,644 | 421,909 |
| 2024 | 45 | 10,497 | 432,406 |
| 2025 | 46 | 10,351 | 442,757 |
| 2026 | 47 | 10,207 | 452,964 |
| 2027 | 48 | 10,065 | 463,029 |
| 2028 | 49 | 9,925 | 472,954 |
| 2029 | 50 | 9,788 | 482,742 |
| 2030 | 51 | 9,652 | 492,394 |
| 2031 | 52 | 9,518 | 501,912 |
| 2032 | 53 | 9,385 | 511,297 |
| 2033 | 54 | 9,255 | 520,552 |
| 2034 | 55 | 9,126 | 529,678 |
| 2035 | 56 | 9,000 | 538,678 |
| 2036 | 57 | 8,875 | 547,553 |
| 2037 | 58 | 8,752 | 556,305 |
| 2038 | 59 | 8,630 | 564,935 |
| 2039 | 60 | 8,510 | 573,445 |
| 2040 | 61 | 8,392 | 581,837 |
| 2041 | 62 | 8,276 | 590,113 |
| 2042 | 63 | 8,161 | 598,274 |
| 2043 | 64 | 8,048 | 606,322 |
| 2044 | 65 | 7,936 | 614,258 |
| 2045 | 66 | 7,826 | 622,084 |
| 2046 | 67 | 7,717 | 629,801 |
| 2047 | 68 | 7,610 | 637,411 |
| 2048 | 69 | 7,504 | 644,915 |
| 2049 | 70 | 7,400 | 652,315 |
| 2050 | 71 | 7,297 | 659,612 |
| 2051 | 72 | 7,196 | 666,808 |

PRESENT VALUE OF NET RVL TO MELINDA - UPPER
2002 - 2060

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| 2052 | 73 | 7,096 | 673,904 |
| 2053 | 74 | 6,998 | 680,902 |
| 2054 | 75 | 6,900 | 687,802 |
| 2055 | 76 | 6,804 | 694,606 |
| 2056 | 77 | 6,710 | 701,316 |
| 2057 | 78 | 6,617 | 707,933 |
| 2058 | 79 | 6,525 | 714,458 |
| 2059 | 80 | 6,434 | 720,892 |
| 2060 | 81 | 5,693 | $726,585 |

SERIN          $726,585

August 4, 2010

**WORK NOTES - DISCOUNTED** (SRU/BAE)

BASIC FACTS: CREDIT DAMAGE CASE OF 22 YR-OLD FEMALE WHOSE
SIGNATURE WAS FORGED TO ENTER INTO FRAUDULENT CONTRACTS,
RESULTING IN CREDIT DAMAGE, LOSS OF TIME & EXPENSES, ETC.

CONTROL INFO
NAME: MELINDA SERIN
GENDER: FEMALE
RACE: CAUCASIAN
DOB: ███████████

DOI: MARCH 1, 2002 (APPROXIMATE DATE OF DISCOVERY OF FRAUDULENT
     CONTRACTS)
DOL: SAME
DOT: OCTOBER 1, 2010

AGE AT DOI: 22.9
AGE AS OF DOT: 31.5
RLE AS OF DOT: 50.1
LE AS OF DOT: 81.6

GROWTH RATE: 4.05% NOMINAL
DISCOUNT RATE: 4.45% NOMINAL

FAMILY BACKGROUND
MARITAL STATUS: SINGLE

LOSS OF TIME SPENT AND OUT OF POCKET EXPENSES
MELINDA SERIN FOUND OUT ABOUT NORTHERN LEASING IN 2002 WHEN SHE
BEGAN RECEIVING LETTERS SAYING THAT SHE OWED THEM MONEY.  SHE
STATES SHE WAS A COLLEGE STUDENT AT UCLA AT THE TIME, AND HAD
NEVER HEARD OF NORTHERN LEASING.

MS. SERIN STATES HAD NO EXPERIENCE DEALING WITH THESE KINDS OF
SITUATIONS AND SHE SPENT A GREAT DEAL OF TIME COMMUNICATING WITH
NORTHERN LEASING AND RESEARCHING WAYS TO CLEAR HER NAME.  SHE
RECEIVED HARASSING PHONE CALLS AND LETTERS POSTED ON HER
APARTMENT DOOR.  MS. SERIN MOVED TO WASHINGTON D.C. IN 2003,
WORKING PART-TIME DOING TECHNICAL SUPPORT AND GETTING HER
MASTER'S DEGREE IN POLITICAL MANAGEMENT.  EVEN AFTER MOVING TO
D.C., THE HARASSING LETTERS FROM NORTHERN LEASING FOLLOWED HER.
EVENTUALLY NORTHERN LEASING FILED SUIT AGAINST MS. SERIN, AND IN
LATE JANUARY 2006, SHE TOOK TIME OFF OF WORK TO FLY TO NEW YORK
TO APPEAR IN COURT.  ONCE NORTHERN LEASING SAW THAT SHE SHOWED UP
IN COURT, THEY IMMEDIATELY DROPPED THEIR SUIT.

OVER THE COURSE OF THE ALMOST THREE AND A HALF YEARS THAT HER
PROBLEMS WITH NORTHERN LEASING DRAGGED ON, MS. SERIN ESTIMATES
SHE SPENT SOMEWHERE BETWEEN 100 AND 200 HOURS OF HER TIME TRYING

TO RESOLVE THESE ISSUES.  IN ADDITION, SHE SPENT $118 FOR A HOTEL
ROOM AND $188 IN FLIGHT COSTS FOR HER TRIP TO COURT IN NEW YORK.
AFTER OBTAINING HER MASTER'S DEGREE, MS. SERIN WENT TO WORK ON
VARIOUS POLITICAL CAMPAIGNS WHICH TOOK HER ALL OVER THE COUNTRY -
LAS VEGAS, CALIFORNIA, IOWA, KENTUCKY, ETC.  SHE BELIEVES SHE
EARNED THE EQUIVALENT OF APPROXIMATELY $45,000 PER YEAR PLUS FREE
HOUSING AND SOME OTHER LIVING EXPENSES.  SINCE APPROXIMATELY
APRIL 2008, MELINDA HAS WORKED FOR A COMPANY DOING WEB DESIGN AND
EARNING APPROXIMATELY $50,000 PER YEAR, PLUS BONUS AND BENEFITS.

**THE LOSS OF TIME SPENT IS ILLUSTRATED AT 30 HOURS OF TIME SPENT
IN EACH YEAR FROM 2002 THROUGH 2006, AND IS VALUED AT $19.80 PER
HOUR IN YEAR 2009 DOLLARS BASED ON THE MEDIAN WAGES OF THE
AVERAGE OF OFFICE CLERKS AND PAYROLL AND TIMEKEEPING CLERKS IN
WASHINGTON D.C.  THIS DATA IS FROM THE DC DEPARTMENT OF
EMPLOYMENT SERVICES, WAGE DATA AS OF 2009, FOUND AT
HTTP://DOES.DC.GOV/DOES.  WAGES IN 2002 THROUGH 2008 ARE REDUCED
BY NATIONAL AVERAGE WAGE GROWTH OF 0.92 PERCENT IN 2009, 3.05
PERCENT IN 2008, 3.72 PERCENT IN 2007, 4.40 PERCENT IN 2006, 3.42
PERCENT IN 2005, 3.80 PERCENT IN 2004, AND 5.61 PERCENT IN 2003.
IN ADDITION MS. SERIN'S HOTEL AND FLIGHT OUT OF POCKET EXPENSES
ARE ADDED TO THE LOSS IN 2006.**

**LOSS ESTIMATE**
2002 = 491 / 5.51% (03 GRW) = **465**
2003 = 510 / 3.80% (04 GRW) = **491**
2004 = 527 / 3.42% (05 GRW) = **510**
2005 = 551 / 4.40% (06 GRW) = **527**
2006 = [16.60 (09 MEDIAN OFFICE CLERK) + 23.00 (09 MEDIAN PAYROLL
      CLERK)] / 2 = 19.80 / 0.92% (09 GRW) / 3.05% (08 GRW) /
      3.72% (07 GRW) = 18.36 * 30HRS = 551 + 118 (HOTEL COST) +
      188 (FLIGHT COST) = **857**

LOSS OF CREDIT EXPECTANCY
MS. SERIN HAD THE ABILITY TO BORROW CONSIDERABLE SUMS BEYOND HER
CURRENT LINES OF CREDIT.  I ESTIMATE THIS ADDITIONAL CAPACITY TO
BE AT LEAST $150,000, AND LIKELY MORE, BASED ON MS. SERIN'S
APPROXIMATE INCOME OF $45,000 PER YEAR AND INTENT TO PURCHASE A
CONDO AND OBTAIN CREDIT CARDS.  THIS STANDBY EXPECTANCY HAS A
VALUE SIMILAR TO THE VALUE OF A SAFETY NET FOR A TRAPEZE ARTIST,
OR THE VALUE OF A TERM LIFE POLICY FOR A PERSON WHO CONTINUES TO
LIVE A HEALTHY LIFE - THE VALUE DOES NOT DEPEND UPON THE ACTUAL
USE.  THE LOSS OF EXPECTANCY IS ESTIMATED BY THE COSTS OF USING
THIS CREDIT UNDER NORMAL CIRCUMSTANCES, APPROXIMATELY 12 PERCENT
PER YEAR, AND THE COSTS OF USING THIS CREDIT, IF AVAILABLE, AT
THE HIGHEST RATES CHARGED TO THOSE WHO ARE VIEWED AS HIGH CREDIT
RISKS, APPROXIMATELY 25 PERCENT.  THIS DIFFERENCE IS 13 PERCENT
PER YEAR AND IS AN ESTIMATE OF THE VALUE OF THE EXPECTANCY LOSS.
**I ILLUSTRATE THE LOSS FROM MARCH 2002 THROUGH JANUARY 2006.**

LOSS OF CREDIT EXPECTANCY
2002 = 150000 * 13% = 19500 / 365DAYS * 305DAYS = **16295**
2003 = 19500 * 1.88% (03 INFL) = **19867**
2004 = 19867 * 3.26% (04 INFL) = **20514**
2005 = 20514 * 3.42% (05 INFL) = **21216**
2006 = 21216 * 2.54% (06 INFL) = 21755 / 365DAYS * 31DAYS = **1848**

REDUCTION IN VALUE OF LIFE ("RVL")
I ILLUSTRATE THE RANGE TO BE BETWEEN 30% AND 50% FROM MARCH 2002
THROUGH 2005, AND BETWEEN 5% AND 10% THEREAFTER THROUGH MELINDA'S
LIFE EXPECTANCY.   SEE INTERVIEW NOTES FOR DETAILS.   LOSS
CONFIRMED IN INTERVIEW.

LOWER
2002 = 106969 / 1.88% INFLATION = 104995 * 30% = 31499 / 365DAYS
     * 305DAYS = **26321**
2003 = 110456 / 3.26% INFLATION = 106969 * 30% = **32091**
2004 = 114234 / 3.42% INFLATION = 110456 * 30% = **33137**
2005 = 117135 / 2.54% INFLATION = 114234 * 30% = **34270**
2006 = 121915 / 4.08% INFLATION = 117135 * 5% = **5857**
2007 = 122024 / 0.09% INFLATION = 121915 * 5% = **6096**
2008 = 125343 / 2.72% INFLATION = 122024 * 5% = **6101**
2009 = 129104 (2010 EST BASE) / 3.00% EST. 09 INFL = 125343 *
     5% = **6267**
2010 = 129104 (BASE) * 5% = **6455 THRU LE AT 3.00%**

UPPER
2002 = 106969 / 1.88% INFLATION = 104995 * 50% = 52498 / 365DAYS
     * 305DAYS = **43868**
2003 = 110456 / 3.26% INFLATION = 106969 * 50% = **53485**
2004 = 114234 / 3.42% INFLATION = 110456 * 50% = **55228**
2005 = 117135 / 2.54% INFLATION = 114234 * 50% = **57117**
2006 = 121915 / 4.08% INFLATION = 117135 * 10% = **11714**
2007 = 122024 / 0.09% INFLATION = 121915 * 10% = **12192**
2008 = 125343 / 2.72% INFLATION = 122024 * 10% = **12202**
2009 = 129104 (2010 EST BASE) / 3.00% EST. 09 INFL = 125343 *
     10% = **12534**
2010 = 129104 (BASE) * 10% = **12910 THRU LE AT 3.00%**

3

**BAE TCW/MELINDA SERIN (PL) ON 07-23-2010 AT C** ███████████

LOSS OF TIME, EXPENSES / CREDIT
MELINDA SERIN FOUND OUT ABOUT NORTHERN LEASING IN 2002 WHEN SHE
BEGAN RECEIVING LETTERS SAYING THAT SHE OWED THEM MONEY.  SHE WAS
A COLLEGE STUDENT AT UCLA AT THE TIME, AND HAD NEVER HEARD OF
NORTHERN LEASING.  FURTHERMORE, THEY WERE CLAIMING SHE HAD BEEN
IN BUSINESS FOR 26 YEARS, WHEN SHE WAS ONLY 22 OR 23 YEARS OLD AT
THE TIME.

MELINDA HAD NO EXPERIENCE DEALING WITH THESE KINDS OF SITUATIONS
AND SHE SPENT A GREAT DEAL OF TIME COMMUNICATING WITH NORTHERN
LEASING AND RESEARCHING WAYS TO CLEAR HER NAME.  SHE RECEIVED
HARASSING PHONE CALLS AND LETTERS POSTED ON HER APARTMENT DOOR.
MELINDA MOVED TO WASHINGTON D.C. IN 2003, WORKING PART-TIME DOING
TECHNICAL SUPPORT AND GETTING HER MASTER'S DEGREE IN POLITICAL
MANAGEMENT.  EVEN AFTER MOVING TO D.C. THE HARASSING LETTERS FROM
NORTHERN LEASING FOLLOWED HER.  EVENTUALLY NORTHERN LEASING FILED
SUIT AGAINST MELINDA, AND IN LATE JANUARY 2006, SHE TOOK TIME OFF
OF WORK TO FLY TO NEW YORK TO APPEAR IN COURT.  ONCE NORTHERN
LEASING SAW THAT SHE SHOWED UP IN COURT, THEY IMMEDIATELY DROPPED
THEIR SUIT.

OVER THE COURSE OF THE ALMOST THREE AND A HALF YEARS THAT HER
PROBLEMS WITH NORTHERN LEASING DRAGGED ON, MELINDA ESTIMATES SHE
SPENT SOMEWHERE BETWEEN 100 AND 200 HOURS OF HER TIME TRYING TO
RESOLVE THESE ISSUES.  IN ADDITION, SHE SPENT ABOUT $300 ON
FLIGHTS AND HOTEL ROOM FOR HER TRIP TO COURT IN NEW YORK.  AFTER
OBTAINING HER MASTER'S DEGREE, MELINDA WENT TO WORK ON VARIOUS
POLITICAL CAMPAIGNS WHICH TOOK HER ALL OVER THE COUNTRY - LAS
VEGAS, CALIFORNIA, IOWA, KENTUCKY, ETC.  SHE BELIEVES SHE EARNED
THE EQUIVALENT OF APPROXIMATELY $45,000 PER YEAR PLUS FREE
HOUSING AND SOME OTHER LIVING EXPENSES.  SINCE APPROXIMATELY
APRIL 2008, MELINDA HAS WORKED FOR A COMPANY DOING WEB DESIGN AND
EARNING APPROXIMATELY $50,000 PER YEAR, PLUS BONUS AND BENEFITS.

IN AUGUST 2001 WHEN NORTHERN LEASING RAN MS. SERIN'S CREDIT, HER
SCORE WAS 553.  SHE WAS IN COLLEGE AT THE TIME, AND SO SHE DID
NOT HAVE MUCH OF A CREDIT HISTORY.  DELINQUENCIES BEGAN TO APPEAR
ON HER REPORT IN MARCH OF 2002 AND MELINDA RECALLS BEING TURNED
DOWN FOR AT LEAST ONE OR TWO CREDIT CARDS IN THIS PERIOD OF TIME.
SHE ALSO WAS UNABLE TO SECURE A CAR LOAN ON HER OWN AND NEEDED A
COSIGNER, BUT IS UNSURE ABOUT THE POTENTIAL DIFFERENCE IN
INTEREST RATES SHE HAD TO PAY.  IN 2005, MELINDA HAD BEEN HOPING
TO PURCHASE A CONDO IN D.C. IN THE LOW $100,000S, BUT HAD BEEN
TOLD BY SEVERAL LENDERS THAT SHE WOULD NOT GET APPROVED FOR THE
LOAN WITH HER CREDIT PROBLEM.  BY THE TIME MELINDA'S CREDIT WAS
RESTORED, SHE BELIEVED THE PRICES HAD GOTTEN TOO HIGH FOR HER
BUDGET, AND AS A RESULT SHE STILL RENTS, WHICH SHE BELIEVES IS AN
UNFORTUNATE WASTE OF MONEY.

4

RVL

EMOTIONAL
BEING YOUNG WHEN SHE HAD TO DEAL WITH NORTHERN LEASING, MELINDA
DID NOT KNOW HOW TO DEAL WITH COURT, CREDIT ISSUES, HARASSMENT,
ETC.   SHE FOUND THE ORDEAL TO BE VERY STRESSFUL AND CONSUMING,
AND SHE HAD MANY SLEEPLESS NIGHTS.   MELINDA ALSO EXPERIENCED A
GREAT DEAL OF EMBARRASSMENT WHEN NORTHERN LEASING POSTED LETTERS
ON HER APARTMENT DOORS, WHEN SHE HAD TO TELL HER BOSS ABOUT THE
SITUATION IN ORDER TO TAKE TIME OFF OF WORK TO GO TO COURT IN NEW
YORK, AND WHEN SHE CONSTANTLY GOT TURNED DOWN FOR LOANS AND
CREDIT CARDS.   EVEN THOUGH SHE WOULD EXPLAIN TO EVERYBODY THAT
HER SITUATION WAS A MISUNDERSTANDING AND NOT HER FAULT, EVERYONE
SAYS THAT AND SO MOST PEOPLE WOULD NOT BELIEVE HER.   MELINDA ALSO
FELT VERY BURDENED BY NORTHERN LEASING'S UNREASONABLE REQUESTS
FOR ALL KINDS OF FILES AND DOCUMENTS IN ATTEMPTING TO PROVE HER
INNOCENCE IN THIS MATTER.

MELINDA BELIEVES HER QUALITY OF LIFE WHILE THE ORDEAL WITH
NORTHERN LEASING WAS GOING ON WAS REDUCED BY UP TO HALF.   SINCE
THE COURT CASE GOT DISMISSED, THINGS HAVE MOSTLY GONE BACK TO
NORMAL, BUT THE FACT THAT SHE MISSED OUT ON A GREAT INVESTMENT
OPPORTUNITY TO BUY A CONDO STILL BUGS HER ALL OF THE TIME AND
WILL LIKELY STAY WITH HER FOR THE REST OF HER LIFE.   SHE FEELS
HER QUALITY OF LIFE IS APPROXIMATELY 90%-95%.

```
01 CN ** 00 MELINDA SERIN
01 /* ** 00 LOSS OF TIME & EXPENSES
01 CC ** 00 03-01-2002 10-01-2010 03-01-2002 04-19-1979 11-22-2060 12-31
01 CC ** 00 WF XXXX 7 PXX O N
01 PJ WA 00 03-01-2002 12-31-2002 1 465 0 0.00 0.00
01 PJ WA 01 01-01-2003 12-31-2003 1 491 0 0.00 0.00
01 PJ WA 02 01-01-2004 12-31-2004 1 510 0 0.00 0.00
01 PJ WA 03 01-01-2005 12-31-2005 1 527 0 0.00 0.00
01 PJ WA 04 01-01-2006 12-31-2006 1 857 0 0.00 0.00
01 IN ** 00 1 10-01-2010 11-22-2060 1 4.45
01 FM ** 00 0 59 N N N X X X X X X X X X
01 TB WA P 03-01-2002 12-31-2006 0 0 1 1
01 TB SM P 03-01-2002 12-31-2006 0 0 2 1

02 CN ** 00 MELINDA SERIN
02 /* ** 00 LOSS OF CREDIT EXPECTANCY
02 CC ** 00 03-01-2002 10-01-2010 03-01-2002 04-19-1979 11-22-2060 12-31
02 CC ** 00 WF XXXX 7 PXX O N
02 PJ WA 00 03-01-2002 12-31-2002 1 16295 0 0.00 0.00
02 PJ WA 01 01-01-2003 12-31-2003 1 19867 0 0.00 0.00
02 PJ WA 02 01-01-2004 12-31-2004 1 20514 0 0.00 0.00
02 PJ WA 03 01-01-2005 12-31-2005 1 21216 0 0.00 0.00
02 PJ WA 04 01-01-2006 12-31-2006 1 1848 0 0.00 0.00
02 IN ** 00 1 10-01-2010 11-22-2060 1 4.45
02 FM ** 00 0 59 N N N X X X X X X X X X
02 TB WA P 03-01-2002 12-31-2006 0 0 3 1
02 TB SM P 03-01-2002 12-31-2006 0 0 4 1

03 CN ** 00 MELINDA SERIN
03 /* ** 00 RVL - LOWER
03 CC ** 00 03-01-2002 10-01-2010 03-01-2002 04-19-1979 11-22-2060 12-31
03 CC ** 00 WF XXXX 7 XXB O N
03 PJ X1 00 03-01-2002 12-31-2002 1 26321 0 0.00 0.00
03 PJ X1 01 01-01-2003 12-31-2003 1 32091 0 0.00 0.00
03 PJ X1 02 01-01-2004 12-31-2004 1 33137 0 0.00 0.00
03 PJ X1 03 01-01-2005 12-31-2005 1 34270 0 0.00 0.00
03 PJ X1 04 01-01-2006 12-31-2006 1 5857 0 0.00 0.00
03 PJ X1 05 01-01-2007 12-31-2007 1 6096 0 0.00 0.00
03 PJ X1 06 01-01-2008 12-31-2008 1 6101 0 0.00 0.00
03 PJ X1 07 01-01-2009 12-31-2009 1 6267 0 0.00 0.00
03 PJ X1 08 01-01-2010 11-22-2060 1 6455 1 3.00 0.00
03 IN ** 00 1 10-01-2010 11-22-2060 1 4.45
03 FM ** 00 0 59 N N N X X X X X X X X X
03 TB X1 P 03-01-2002 09-30-2010 0 0 5 1
03 TB X1 F 10-01-2010 11-22-2060 0 1 6 1
03 TB SM B 03-01-2002 11-22-2060 0 1 7 1
```

```
04 CN 07 06-cv-01625-JSG
04 /* ** 00 RVL - UPPER
04 CC ** 00 03-01-2002 10-01-2010 03-01-2002 04-19-1979 11-22-2060 12-31
04 CC ** 00 WF XXXX 7 XXB O N
04 PJ X1 00 03-01-2002 12-31-2002 1 43868 0 0.00 0.00
04 PJ X1 01 01-01-2003 12-31-2003 1 53485 0 0.00 0.00
04 PJ X1 02 01-01-2004 12-31-2004 1 55228 0 0.00 0.00
04 PJ X1 03 01-01-2005 12-31-2005 1 57117 0 0.00 0.00
04 PJ X1 04 01-01-2006 12-31-2006 1 11714 0 0.00 0.00
04 PJ X1 05 01-01-2007 12-31-2007 1 12192 0 0.00 0.00
04 PJ X1 06 01-01-2008 12-31-2008 1 12202 0 0.00 0.00
04 PJ X1 07 01-01-2009 12-31-2009 1 12534 0 0.00 0.00
04 PJ X1 08 01-01-2010 11-22-2060 1 12910 1 3.00 0.00
04 IN ** 00 1 10-01-2010 11-22-2060 1 4.45
04 FM ** 00 0 59 N N N X X X X X X X X X
04 TB X1 P  03-01-2002 09-30-2010 0 0 8 1
04 TB X1 F  10-01-2010 11-22-2060 0 1 9 1
04 TB SM B  03-01-2002 11-22-2060 0 1 10 1
```