# Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
*President*

August 12, 2010

Mr. Krishnan Chittur
Chittur & Associates
286 Madison Ave., Suite 1100
New York, NY  10017

    Re: Lim - DISCOUNTED

Dear Mr. Chittur:

You have asked me to calculate the value of certain losses
subsequent to the injury of Long Lim.  These losses are: (1) the
loss of payment made to Northern Leasing; (2) the loss of time
spent; (3) the loss of credit expectancy; and (4) the reduction
in value of life ("RVL"), also known as loss of enjoyment of
life.

Long Lim is a Asian, married male, who was born on ███████
███, and injured on May 1, 2001 at the age of 32.1 years.  Mr.
Lim will be 41.5 years old at the estimated trial or settlement
date of October 1, 2010, with a remaining life expectancy
estimated at 36.5 years.  This data is from the National Center
for Health Statistics, United States Life Tables, 2006, Vol. 58,
No. 21, National Vital Statistics Reports, 2010.

In order to perform this evaluation, I have reviewed the
following materials: (1) the Amended Complaint; (2) Mr. Lim's
August 17, 2004 Equifax Credit File; (3) numerous court documents
and communications between Mr. Lim and Northern Leasing; (4) the
interview with Long Lim on August 11, 2010; and (5) the case
information form.

My methodology for estimating the losses, which is explained
below, is generally based on past wage growth, interest rates,
and consumer prices, as well as studies regarding the value of
life.  The effective net discount rate using statistically
average wage growth rates and statistically average discount
rates is 0.40 percent.

My estimate of the nominal wage growth rate is 4.05 percent per
year.  This growth rate is based on Business Sector, Hourly
Compensation growth data from the Major Sector Productivity and
Costs Index found at the U.S. Bureau of Labor Statistics website
at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the
real increase in wages primarily for the last 20 years.

SEG

My estimate of the nominal discount rate is 4.45 percent per year.  This discount rate is based on the rate of return on 91-day U.S. Treasury Bills published in the <u>Economic Report of the President</u> for the real return on T-Bills primarily for the last 20 years.  This rate is also consistent with historical rates published by Ibbotson Associates, Chicago, in its continuously updated series <u>Stocks, Bonds, Bills and Inflation</u> published by Morningstar, Inc.  This series, which acknowledges me as the Originator while a Principal and Managing Director at Ibbotson Associates, is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities.  It is relied upon almost exclusively by academic and business economists, insurance companies, banks, institutional investors, CPA's, actuaries, benefit analysts, and economists in courts of law.

My estimate of the inflation rate is 3.00 percent per year based on the Consumer Price Index (CPI-U) published in monthly issues of the U.S. Bureau of Labor Statistics, <u>CPI Detailed Report</u> (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0, for the increase in prices primarily for the last 20 years.


I. LOSS OF PAYMENTS MADE TO NORTHERN LEASING

Long Lim is a refugee from Laos, and in 1998 he opened a nail salon, Nail Queen, in Georgia.  Shortly after opening his business a salesman came by and sold him some credit processing equipment.  Mr. Lim was never told he was entering into a lease, and that some company would be taking money out of his bank account.  Within a couple of months of receiving his equipment, Mr. Lim attempted to return it, and assumed his relationship with the salesperson was over.

Mr. Lim noticed Northern Leasing had been taking money out of his bank account and was forced to close the account to prevent further debits.  By September of 1998 they had taken $188.53, which is money Mr. Lim never intended to pay.

Based on the above information, my opinion of the loss of payments is $189.


II. LOSS OF TIME SPENT

Table 1D shows the loss of time spent. In May of 2001, Mr. Lim learned that Northern Leasing was pursuing a claim against him for over two thousand dollars.  He did research, collected paperwork, and attempted to sort things out with Northern Leasing, and when he received no further complaints from Northern

2

SEG
————————————————————————————————————

Leasing, Mr. Lim once again assumed everything had been
corrected.  In actuality, Northern Leasing had been sending
correspondence to Mr. Lim's former address, and they in fact had
never stopped pursuing their claim against him.

It was not until August of 2004 that Mr. Lim saw that there was a
court judgment against him on his credit report.  Once Mr. Lim
saw his credit report, he resumed his efforts to clear his name
with Northern Leasing.  He was relatively new to the United
States, and had never any similar issues in the past, so he
states he spent a great deal of time researching the law and
exploring his options.  Also, as a refugee from Laos, Mr. Lim
speaks English, but it is not perfect.  When drafting letters and
court documents, he states he had to spend a long time working on
the letters.  Mr. Lim also believed in the American dream and was
determined to clear his name no matter what.  There was a lot of
back and forth in communications between him and Northern
Leasing, and finally in April 2006 a judge dismissed their suit
against Mr. Lim.  All told, Mr. Lim believes he spent at least
200 to 250 hours of his time attempting to correct this
situation.

The loss of time spent is illustrated at 40 hours of time spent
in each year from 2001 through 2006, and is valued at $14.00 in
year 2009 dollars based on the median wages of the average of
Office Clerks and Payroll and Timekeeping Clerks in Georgia.
This data is from the Georgia Department of Labor, wage data as
of 2009, found at www.dol.state.ga.us.  Wages in 2001 through
2008 are reduced by national average wage growth of 0.92 percent
in 2009, 3.05 percent in 2008, 3.72 percent in 2007, 4.40 percent
in 2006, 3.42 percent in 2005, 3.80 percent in 2004, 5.61 percent
in 2003, and 2.99 percent in 2002.

Based on the above assumptions, my opinion of the loss of time
spent is $2,825 ▶ Table 1D.


III. LOSS OF CREDIT EXPECTANCY

Table 2D shows the loss of credit expectancy. The court judgment
against him came to Mr. Lim's attention because he had been
attempting to refinance his house in 2004 or 2005, but was of
course turned down as a result.  He does not recall how much he
would have saved on his mortgage as a result, but his original
mortgage for approximately $165,000.  In this period of time, Mr.
Lim also applied for two credit cards and was denied for both of
them.  Mr. Lim states he never had any credit issues in the past,
but with negative reporting on the part of Northern Leasing and
with a court judgment against him, his credit was ruined.

After the lawsuit against him got dismissed in April 2006, Mr.
Lim contacted the credit bureaus and made sure that both the

3

SEG
_____

court judgment and delinquencies were removed from his report,
and he has experienced no other credit-related problems since.

Mr. Lim had opened Nail Queen in 1998 and also became a flight
attendant in 1999. He had to quit that position in 2000 when his
son was born so that he could look after the nail salon while his
wife took care of their newborn. In 2002, Mr. Lim opened another
business importing model ships, aircraft, motorcycles, etc.
handcrafted out of exotic wood from Vietnam.  The business did
not prove profitable because Mr. Lim could not raise enough
capital, and he closed it in 2006.  Mr. Lim estimates that he was
earning between $45,000 and $65,000 per year from Nail Queen
during his problems with Northern Leasing.  He sold the salon a
couple of years ago, and went back to being a flight attendant
full-time in April of 2008.

Mr. Lim had the ability to borrow considerable sums beyond her
current lines of credit.  I estimate this additional capacity to
be at least $200,000, and likely more, based on Mr. Lim's
approximate income of $55,000 per year, previous ability to
secure a mortgage of approximately $165,000, and intent to obtain
additional credit cards.  This standby expectancy has a value
similar to the value of a safety net for a trapeze artist, or the
value of a term life policy for a person who continues to live a
healthy life - the value does not depend upon the actual use.
The loss of expectancy is estimated by the costs of using this
credit under normal circumstances, approximately 12 percent per
year, and the costs of using this credit, if available, at the
highest rates charged to those who are viewed as high credit
risks, approximately 25 percent.  This difference is 13 percent
per year and is an estimate of the value of the expectancy loss.
Although delinquencies from Northern Leasing may have appeared on
Mr. Lim's credit report as far back as 1998, I conservatively
illustrate the loss from May 2001 through May 2006, the
respective approximate times when Mr. Lim discovered Northern
Leasing was pursuing a claim against him and when he was able to
have his credit report cleared.

Based on the above assumptions, the loss of credit expectancy is
illustrated at $140,450 ▸ Table 2D.


IV. REDUCTION IN VALUE OF LIFE

Economists have long agreed that life is valued at more than the
lost earnings capacity.  My estimate of the value of life is
based on many economic studies on what we, as a contemporary
society, actually pay to preserve the ability to lead a normal
life.  The studies examine incremental pay for risky occupations
as well as a multitude of data regarding expenditure for life
savings by individuals, industry, and state and federal agencies.

4

SEG

My estimate of the value of life is consistent with estimates
published in other studies that examine and review the broad
spectrum of economic literature on the value of life.  Among
these is "The Plausible Range for the Value of Life," Journal of
Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, by T. R.
Miller.  This study reviews 67 different estimates of the value
of life published by economists in peer-reviewed academic
journals.  The Miller results, in most instances, show the value
of life to range from approximately $1.6 million to $2.9 million
dollars in year 1988 after-tax dollars, with a mean of
approximately $2.2 million dollars.  In "The Value of Life:
Estimates with Risks by Occupation and Industry," Economic
Inquiry, Vol. 42, No. 1, May 2003, pp. 29-48,  Professor W. K.
Viscusi estimates the value of life to be approximately $4.7
million dollars in year 2000 dollars.  An early seminal paper on
the value of life was written by Richard Thaler and Sherwin
Rosen, "The Value of Saving a Life: Evidence from the Labor
Market." in N.E. Terlickyj (ed.), Household Production and
Consumption. New York: Columbia University Press, 1975, pp. 265-
300.  The Meta-Analyses Appendix to this report reviews
additional literature suggesting a value of life of approximately
$5.4 million in year 2008 dollars.

Because it is generally accepted by economists, the methodology
used to estimate the value of life has been found to meet Daubert
standards, as well as Frye standards and the Rules of Evidence in
various states, by Federal Circuit and Appellate courts, as well
as state trial, supreme and appellate courts nationwide.
Testimony based on this peer-reviewed methodology has been
admitted in over half the states in over 175 trials nationwide.
Proof of general acceptance and other standards is found in a
discussion of the extensive references to the scientific economic
peer-reviewed literature on the value of life listed in the **Value
of Life Appendix** to this report.

The underlying, academic, peer-reviewed studies fall into two
general groups: (1) consumer behavior and purchases of safety
devices; (2) wage risk premiums to workers; in addition, there is
a third group of studies consisting of cost-benefit analyses of
regulations.  For example, one consumer safety study analyzes the
costs of smoke detectors and the lifesaving reduction associated
with them.  One wage premium study examines the differential
rates of pay for dangerous occupations with a risk of death on
the job.  Just as workers receive shift premiums for undesirable
work hours, workers also receive a higher rate of pay to accept a
increased risk of death on the job.  A study of government
regulation examines the lifesaving resulting from the
installation of smoke stack scrubbers at high-sulphur, coal-
burning power plants.  As a hypothetical example of the
methodology, assume that a safety device such as a carbon
monoxide detector costs $46 and results in lowering a person's
risk of premature death by one chance in 100,000.  The cost per

5

SEG
----

life saved is obtained by dividing $46 by the one in 100,000 probability, yielding $4,600,000.

Tables 3D through 8D are based on several factors:
   (1)   An assumed impairment rating by the trier-of-fact of between 40 percent and 60 percent from May 2001 through April 2006, and between 5 percent and 10 percent thereafter reduction in the ability to lead a normal life.  The diminished capacity to lead a normal life reflects the impact on career, social and leisure activities, the activities of daily living, and the internal emotional state, as discussed in Berla, Edward P., Michael L. Brookshire and Stan V. Smith, "Hedonic Damages and Personal Injury:  A Conceptual Approach," Journal of Forensic Economics, Vol 3, No. 1, Winter 1990, pp. 1-8;
   (2)   The central tendency of the range of the economic studies cited above which I estimate to be approximately $4.2 million in year 2010 dollars; and
   (3)   A life expectancy of 78.0 years.

Tables 3D through 5D are based on the lower estimated impairment rating; Tables 6D through 8D are based on the upper estimated impairment rating.  Based on these values and life expectancy, my opinion of the reduction in the value of life is estimated at $426,806 ▶ Table 5D to $744,796 ▶ Table 8D, averaging $585,801.

------------------------------------------

A trier-of-fact may weigh other factors to determine if these estimated losses for Long Lim should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

The estimated losses are calculated from May 1, 2001 through an assumed trial or settlement date of October 1, 2010, and from that date thereafter.  The last table in each set accumulates the past and future estimated losses.  These estimates are provided as an aid, tool and guide for the trier-of-fact.

All opinions expressed in this report are clearly labeled as such.  They are rendered in accordance with generally accepted standards within the field of economics and are expressed to a reasonable degree of economic certainty.  Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions, but which can be viewed as hypothetical in nature, are also clearly disclosed and identified herein.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case for the formulation of my substantive opinions herein.

SEG
_____

If additional information is provided to me, which could alter my
opinions, I may incorporate any such information into an update,
revision, addendum, or supplement of the opinions expressed in
this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

SEG
--------------------------------------------------

## APPENDIX: VALUE OF LIFE

The economic methodology for the valuation of life has been found
to meet the <u>Daubert</u> and <u>Frye</u> standards by many courts, along with
the Rules of Evidence in many states nationwide.  My testimony
has been accepted in approximately 200 state and federal cases
nationwide in approximately two-thirds of the states and two-
thirds of the federal jurisdictions.  Testimony has been accepted
by Federal circuit and Appellate courts as well as in state
trial, supreme, and appellate Courts.  The <u>Daubert</u> standard sets
forth four criteria:

1.    Testing of the theory and science

2.    Peer Review

3.    Known or potential rate of error

4.    Generally accepted.

**Testing of the theory and science** has been accomplished over the
past four decades, since the 1960s.  Dozens of economists of high
renown have published over a hundred articles in high quality,
peer-reviewed economic journals measuring the value of life.  The
value of life theories are perhaps among the most well-tested in
the field of economics, as evidenced by the enormous body of
economic scientific literature that has been published in the
field and is discussed below.

**Peer Review** of the concepts and methodology have been
extraordinarily extensive.  One excellent review of this
extensive, peer-reviewed literature can be found in "The Value of
Risks to Life and Health," W. K. Viscusi, <u>Journal of Economic
Literature</u>, Vol. 31, December 1993, pp. 1912-1946.  A second is
"The Value of a Statistical Life: A Critical Review of Market
Estimates throughout the World." W. K. Viscusi and J. E. Aldy,
<u>Journal of Risk and Uncertainty</u>, Vol. 27, No. 1, November 2002,
pp. 5-76.  Additional theoretical and empirical work by Viscusi,
a leading researcher in the field, can be found in: "The Value of
Life", W. K. Viscusi, John M. Olin Center for Law, Economics, and
Business, Harvard Law School, Discussion Paper No. 517, June
2005.  An additional peer-reviewed article discusses the
application to forensic economics: "The Plausible Range for the
Value of Life," T. R. Miller, <u>Journal of Forensic Economics</u>, Vol.
3, No. 3, Fall 1990, pp. 17-39, which discusses the many dozens
of articles published in other peer-reviewed economic journals on
this topic.  This concept is discussed in detail in "Willingness
to Pay Comes of Age: Will the System Survive?" T. R. Miller,
<u>Northwestern University Law Review</u>, Summer 1989, pp. 876-907, and
"Hedonic Damages in Personal Injury and Wrongful Death

8

SEG
_____

Litigation," by S. V. Smith in Litigation Economics, pp. 39-59.
Kenneth Arrow, a Nobel Laureate in economics, discusses this
method for valuing life in "Invaluable Goods," Journal of
Economic Literature, Vol. 35, No. 2, 1997, pp. 759.  See the
Meta-Analyses Appendix for an additional review of the
literature.

**The known or potential rate of error** is well researched.  All of
these articles discuss the known or potential rate of error, well
within the acceptable standard in the field of economics,
generally using a 95% confidence rate for the statistical testing
and acceptance of results.  There are few areas in the field of
economics where the known or potential rate of error has been as
well-accepted and subject to more extensive investigation.

**General Acceptance** of the concepts and methodology on the value
of life in the field of economics is extensive.  This methodology
is and has been generally accepted in the field of economics for
many years.  Indeed, according to the prestigious and highly-
regarded research institute, The Rand Corporation, by 1988, the
peer-reviewed scientific methods for estimating the value of life
were well-accepted: "Most economists would agree that the
willingness-to-pay methodology is the most conceptually
appropriate criterion for establishing the value of life,"
Computing Economic loss in Cases of Wrongful Death, King and
Smith, Rand Institute for Civil Justice, R-3549-ICJ, 1988.

While first discussed in cutting edge, peer-reviewed economic
journals, additional proof of general acceptance is now indicated
by the fact that this methodology is now taught in standard
economics courses at the undergraduate and graduate level
throughout hundreds of colleges and universities nationwide as
well as the fact that it is taught and discussed in widely-
accepted textbooks in the field of law and economics: Economics,
Sixth Edition, David C. Colander, McGraw-Hill Irwin, Boston,
2006, pp. 463-465; this introductory economics textbook is the
third most widely used textbook in college courses nationwide.
Hamermesh and Rees's The Economics of Work and Pay, Harper-
Collins, 1993, Chapter 13, a standard advanced textbook in labor
economics, also discusses the methodology for valuing life.
Other textbooks discuss this topic as well.  Richard Posner,  a
Justice and former Chief Justice of the U.S. Court of Appeals for
the highly regarded 7th Circuit and Senior Lecturer at the
University of Chicago Law School, one of most prolific legal
writers in America, details the Value of Life approach in his
widely used textbooks: Economic Analysis of Law, 1986, Little
Brown & Co., pp. 182-185 and Tort Law, 1982, Little Brown & Co.,
pp. 120-126.

As further evidence of general acceptance in the field, some
surveys published in the field of forensic economics show that
hundreds of economics nationwide are now familiar with this

9

SEG

methodology and are available to prepare (and critique) forensic economic value of life estimates.  Indeed, some economists who indicate they will prepare such analysis for plaintiffs also are willing to critique such analysis for defendants, as I have often done.  That an economist is willing to critique a report does not indicate that he or she is opposed to the concept or the methodology, but merely available to assure that the plaintiff economist has employed proper techniques.  The fact that there are economists who indicate they do not prepare estimates of value of life is again no indication that they oppose the methodology: many claim they are not familiar with the literature and untrained in this area.  While some CPAs and others without a degree in economics have opposed these methods, such professionals do not have the requisite academic training and are unqualified to make such judgements.  However, as in any field of economics, this area is not without any dissent.  General acceptance does not mean universal acceptance.

Additional evidence of general acceptance in the field is found in the teaching of the concepts regarding the value of life. Forensic Economics is now taught as a special field in a number of institutions nationwide.  I taught what is believed to be the first course ever presented in the field of Forensic Economics at DePaul University in Spring, 1990.  My own book, Economic/Hedonic Damages, Anderson, 1990, and supplemental updates thereto, co-authored with Dr. Michael Brookshire, a Professor of Economics in West Virginia, has been used as a textbook in at least 5 colleges and universities nationwide in such courses in economics, and has a thorough discussion of the methodology. Toppino et. al., in "Forensic Economics in the Classroom," published in The Earnings Analyst, Journal of the American Rehabilitation Economics Association, Vol. 4, 2001, pp. 53-86, indicate that hedonic damages is one of 15 major topic areas taught in such courses.

Lastly, general acceptance is found by examining publications in the primary journal in the field of Forensic Economics, which is the peer-reviewed Journal of Forensic Economics, where there have been published many articles on the value of life.  Some are cited above.  Others include: "The Econometric Basis for Estimates of the Value of Life," W. K. Viscusi, Vol 3, No. 3, Fall 1990, pp. 61-70; "Hedonic Damages in the Courtroom Setting." S. V. Smith, Vol. 3, No. 3, Fall 1990, pp. 41-49; "Issues Affecting the Calculated Value of Life," E. P. Berla, M. L. Brookshire and S. V. Smith, Vol 3, No. 1, 1990, pp. 1-8; "Hedonic Damages and Personal Injury:  A Conceptual Approach." G. R. Albrecht, Vol. 5., No. 2, Spring/Summer 1992, pp. 97-104; "The Application of the Hedonic Damages Concept to Wrongful and Personal Injury Litigation." G. R. Albrecht, Vol. 7, No. 2, Spring/Summer 1994, pp. 143-150; and also "A Review of the Monte Carlo Evidence Concerning Hedonic Value of Life Estimates," R. F. Gilbert, Vol. 8, No. 2, Spring/Summer 1995, pp. 125-130.

10

SEG
_____

It is important to note that this methodology is endorsed and
employed by the U. S. Government as the standard and recommended
approach for use by all U. S. Agencies in valuing life for policy
purposes, as mandated in current and past Presidential Executive
Orders in effect since 1972, and as discussed in "Report to
Congress on the Costs and Benefits of Federal Regulations,"
Office of Management and Budget, 1998, and "Economic Analysis of
Federal Regulations Under Executive Order 12866," Executive
Office of the President, Office of Management and Budget, pp. 1-
37, and "Report to the President on Executive Order No. 12866,"
Regulatory Planning and Review, May 1, 1994, Office of
Information and Regulatory Affairs, Office of Management and
Budget.  Prior presidents signed similar orders as discussed in
"Federal Agency Valuations of Human life," Administrative
Conference of the United States, Report for Recommendation 88-7,
December 1988, pp. 368-408.  926

11

SEG

_____

## APPENDIX: META-ANALYSES AND VALUE OF LIFE RESULTS SINCE 2000

Below I list the principal systematic reviews (meta-analyses), since the year 2000, of the value of life literature, and the values of a statistical life that they recommend.  In statistics, a meta-analysis combines the results of several studies that address a set of related research hypotheses.  Meta-analysis increase the statistical power of studies by analyzing a group of studies and provide a more powerful and accurate data analysis than would result from analyzing each study alone.  Based on those reviews, the Summary Table suggests a best estimate. The following table summarizes the studies and their findings.

These statistically based studies place the value between $4.4 and $7.5 million, with $5.9 million representing a conservative yet credible estimate of the average (and range midpoint) of the values of a statistical life published in the studies in year 2005 dollars.  Net of human capital, a credible net value of life based on all these literature reviews to be $4.8 million in year 2005 dollars, or $5.4 million in year 2008 dollars.

The actual value that I use, $4.1 million is approximately 24 percent lower than a conservative average estimate based on the credible meta-analyses.  This value was originally based on a review conducted in the late 1980s, averaging the results published by that time.  I have increased that late 1980s value only by inflation over time, despite the fact a review of literature over the years since that time has put obvious upward pressure on the figure that I use.

12

SEG
———————————————————

Summary Table: Mean and range of value of statistical life
estimates (in 2005 dollars) from the best meta-analyses and
systematic reviews and characteristics of those reviews.

| Study | Formal Meta-Analysis? | Number of Values | Best Estimate (2005 Dollars) | Range | Context |
|---|---|---|---|---|---|
| Miller 2000 | Yes | 68 estimates | $5.1M | $4.5-$6.2M | US estimate from all |
| Mrozek & Taylor 2002 | Yes | 203 estimates, from 33 studies | $4.4M | + or - 35% | Labor market |
| Viscusi & Aldy 2003 | Yes | 49 estimates (reviewed more than 60 studies, but some lacked desired variables) | $6.5M | $5.1-$9.6M | Labor market, US estimate from all |
| Kochi et al. 2006 | Yes | 234 estimates from 40 studies | $6.0M | + or - 44% | Labor market, survey |
| Bellavance 2006 | Yes | 37 estimates from 34 studies (rejected 15 others that lacked desired data or were flawed) | $7.0M | + or - 19% | Labor market |

13

SEG

Miller (2000) started from the Miller 1989 JFE estimates and used statistical methods to adjust for differences between studies. It also added newer studies, primarily ones outside the United States. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.

Mrozek and Taylor (2002) searched intensively for studies of the value of life implied by wages paid for risky jobs. They coded all values from each study rather than a most appropriate estimate. A statistical analysis identified what factors accounted for the differences in values between studies. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.

Viscusi and Aldy (2003) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.

Kochi et al. (2006) searched intensively for studies of the value of life implied by wages and coded all values from each study rather than a most appropriate estimate. They did not filter study quality carefully. The best estimate was derived by statistical methods based on the distribution of the values within and across studies.

Bellavance et al. (2006) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.   926

14

SEG
_____

**SUMMARY OF LOSSES FOR LONG LIM**

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| ***** | ****************************** | *********** |
| | **EARNINGS** | |
| | LOSS OF PAYMENTS | $      189 |
| 1D | LOSS OF TIME SPENT | $    2,825 |
| 2D | LOSS OF CREDIT EXPECTANCY | $  140,450 |

-------------------------------------------
**LOSS OF ENJOYMENT OF LIFE**

| | REDUCTION IN VALUE OF LIFE | |
|---|---|---|
| 5D | Lower impairment rating | $  426,806 |
| 8D | Upper impairment rating | $  744,796 |

The information on this Summary of Losses is intended to summarize
losses under certain given assumptions.  Please refer to the report
and the tables for all the opinions.

Smith Economics Group, Ltd. ▪ *312-943-1551*

```
              LOSS OF PAST TIME SPENT
                   2001 - 2006

        YEAR    AGE    WAGES    CUMULATE
        ****    ***    ******   ********
        2001    32     $426       $426
        2002    33      439        865
        2003    34      463      1,328
        2004    35      481      1,809
        2005    36      497      2,306
        2006    37      519     $2,825


        LONG LIM       $2,825
```

```
        LOSS OF PAST CREDIT EXPECTANCY
                 2001 - 2006

   YEAR    AGE    WAGES      CUMULATE
   ****    ***    ********   ********
   2001    32    $17,381     $17,381
   2002    33     26,619      44,000
   2003    34     27,119      71,119
   2004    35     28,003      99,122
   2005    36     28,961     128,083
   2006    37     12,367    $140,450


   LONG LIM        $140,450
```

SMITH ECONOMICS GROUP, LTD.   312/943-1551

LOSS OF PAST RVL TO LONG - LOWER
2001 - 2010

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ******** | ******** |
| 2001 | 32 | $27,423 | $27,423 |
| 2002 | 33 | 41,998 | 69,421 |
| 2003 | 34 | 42,788 | 112,209 |
| 2004 | 35 | 44,182 | 156,391 |
| 2005 | 36 | 45,694 | 202,085 |
| 2006 | 37 | 19,447 | 221,532 |
| 2007 | 38 | 6,096 | 227,628 |
| 2008 | 39 | 6,101 | 233,729 |
| 2009 | 40 | 6,267 | 239,996 |
| 2010 | 41 | 4,828 | $244,824 |

LONG LIM     $244,824

PRESENT VALUE OF FUTURE RVL TO LONG - LOWER
2010 - 2047

| YEAR | AGE | RVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| **** | *** | ****** | ******** | ******** | ******** |
| 2010 | 41 | $1,627 | 0.98891 | $1,609 | $1,609 |
| 2011 | 42 | 6,649 | 0.94678 | 6,295 | 7,904 |
| 2012 | 43 | 6,848 | 0.90644 | 6,207 | 14,111 |
| 2013 | 44 | 7,053 | 0.86782 | 6,121 | 20,232 |
| 2014 | 45 | 7,265 | 0.83085 | 6,036 | 26,268 |
| 2015 | 46 | 7,483 | 0.79545 | 5,952 | 32,220 |
| 2016 | 47 | 7,707 | 0.76156 | 5,869 | 38,089 |
| 2017 | 48 | 7,938 | 0.72912 | 5,788 | 43,877 |
| 2018 | 49 | 8,176 | 0.69805 | 5,707 | 49,584 |
| 2019 | 50 | 8,421 | 0.66831 | 5,628 | 55,212 |
| 2020 | 51 | 8,674 | 0.63984 | 5,550 | 60,762 |
| 2021 | 52 | 8,934 | 0.61258 | 5,473 | 66,235 |
| 2022 | 53 | 9,202 | 0.58648 | 5,397 | 71,632 |
| 2023 | 54 | 9,478 | 0.56150 | 5,322 | 76,954 |
| 2024 | 55 | 9,762 | 0.53757 | 5,248 | 82,202 |
| 2025 | 56 | 10,055 | 0.51467 | 5,175 | 87,377 |
| 2026 | 57 | 10,357 | 0.49274 | 5,103 | 92,480 |
| 2027 | 58 | 10,668 | 0.47175 | 5,033 | 97,513 |
| 2028 | 59 | 10,988 | 0.45165 | 4,963 | 102,476 |
| 2029 | 60 | 11,318 | 0.43241 | 4,894 | 107,370 |
| 2030 | 61 | 11,658 | 0.41399 | 4,826 | 112,196 |
| 2031 | 62 | 12,008 | 0.39635 | 4,759 | 116,955 |
| 2032 | 63 | 12,368 | 0.37946 | 4,693 | 121,648 |
| 2033 | 64 | 12,739 | 0.36330 | 4,628 | 126,276 |
| 2034 | 65 | 13,121 | 0.34782 | 4,564 | 130,840 |
| 2035 | 66 | 13,515 | 0.33300 | 4,500 | 135,340 |
| 2036 | 67 | 13,920 | 0.31881 | 4,438 | 139,778 |
| 2037 | 68 | 14,338 | 0.30523 | 4,376 | 144,154 |
| 2038 | 69 | 14,768 | 0.29223 | 4,316 | 148,470 |
| 2039 | 70 | 15,211 | 0.27978 | 4,256 | 152,726 |
| 2040 | 71 | 15,667 | 0.26786 | 4,197 | 156,923 |
| 2041 | 72 | 16,137 | 0.25644 | 4,138 | 161,061 |
| 2042 | 73 | 16,621 | 0.24552 | 4,081 | 165,142 |
| 2043 | 74 | 17,120 | 0.23506 | 4,024 | 169,166 |
| 2044 | 75 | 17,634 | 0.22504 | 3,968 | 173,134 |
| 2045 | 76 | 18,163 | 0.21546 | 3,913 | 177,047 |
| 2046 | 77 | 18,708 | 0.20628 | 3,859 | 180,906 |
| 2047 | 78 | 5,279 | 0.20379 | 1,076 | $181,982 |

LONG LIM                          $181,982

PRESENT VALUE OF NET RVL TO LONG - LOWER
2001 - 2047

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ******** | ******** |
| 2001 | 32 | $27,423 | $27,423 |
| 2002 | 33 | 41,998 | 69,421 |
| 2003 | 34 | 42,788 | 112,209 |
| 2004 | 35 | 44,182 | 156,391 |
| 2005 | 36 | 45,694 | 202,085 |
| 2006 | 37 | 19,447 | 221,532 |
| 2007 | 38 | 6,096 | 227,628 |
| 2008 | 39 | 6,101 | 233,729 |
| 2009 | 40 | 6,267 | 239,996 |
| 2010 | 41 | 6,437 | 246,433 |
| 2011 | 42 | 6,295 | 252,728 |
| 2012 | 43 | 6,207 | 258,935 |
| 2013 | 44 | 6,121 | 265,056 |
| 2014 | 45 | 6,036 | 271,092 |
| 2015 | 46 | 5,952 | 277,044 |
| 2016 | 47 | 5,869 | 282,913 |
| 2017 | 48 | 5,788 | 288,701 |
| 2018 | 49 | 5,707 | 294,408 |
| 2019 | 50 | 5,628 | 300,036 |
| 2020 | 51 | 5,550 | 305,586 |
| 2021 | 52 | 5,473 | 311,059 |
| 2022 | 53 | 5,397 | 316,456 |
| 2023 | 54 | 5,322 | 321,778 |
| 2024 | 55 | 5,248 | 327,026 |
| 2025 | 56 | 5,175 | 332,201 |
| 2026 | 57 | 5,103 | 337,304 |
| 2027 | 58 | 5,033 | 342,337 |
| 2028 | 59 | 4,963 | 347,300 |
| 2029 | 60 | 4,894 | 352,194 |
| 2030 | 61 | 4,826 | 357,020 |
| 2031 | 62 | 4,759 | 361,779 |
| 2032 | 63 | 4,693 | 366,472 |
| 2033 | 64 | 4,628 | 371,100 |
| 2034 | 65 | 4,564 | 375,664 |
| 2035 | 66 | 4,500 | 380,164 |
| 2036 | 67 | 4,438 | 384,602 |
| 2037 | 68 | 4,376 | 388,978 |
| 2038 | 69 | 4,316 | 393,294 |
| 2039 | 70 | 4,256 | 397,550 |
| 2040 | 71 | 4,197 | 401,747 |
| 2041 | 72 | 4,138 | 405,885 |
| 2042 | 73 | 4,081 | 409,966 |
| 2043 | 74 | 4,024 | 413,990 |
| 2044 | 75 | 3,968 | 417,958 |
| 2045 | 76 | 3,913 | 421,871 |
| 2046 | 77 | 3,859 | 425,730 |
| 2047 | 78 | 1,076 | $426,806 |

LONG LIM      $426,806

LOSS OF PAST RVL TO LONG - UPPER
2001 - 2010

| YEAR | AGE | RVL | CUMULATE |
|------|-----|----------|-----------|
| **** | *** | ******** | ******** |
| 2001 | 32 | $41,134 | $41,134 |
| 2002 | 33 | 62,997 | 104,131 |
| 2003 | 34 | 64,181 | 168,312 |
| 2004 | 35 | 66,274 | 234,586 |
| 2005 | 36 | 68,540 | 303,126 |
| 2006 | 37 | 31,130 | 334,256 |
| 2007 | 38 | 12,192 | 346,448 |
| 2008 | 39 | 12,202 | 358,650 |
| 2009 | 40 | 12,534 | 371,184 |
| 2010 | 41 | 9,656 | $380,840 |

LONG LIM      $380,840

PRESENT VALUE OF FUTURE RVL TO LONG - UPPER
2010 - 2047

| YEAR | AGE | RVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| **** | *** | ****** | ******** | ******** | ******** |
| 2010 | 41 | $3,254 | 0.98891 | $3,218 | $3,218 |
| 2011 | 42 | 13,297 | 0.94678 | 12,589 | 15,807 |
| 2012 | 43 | 13,696 | 0.90644 | 12,415 | 28,222 |
| 2013 | 44 | 14,107 | 0.86782 | 12,242 | 40,464 |
| 2014 | 45 | 14,530 | 0.83085 | 12,072 | 52,536 |
| 2015 | 46 | 14,966 | 0.79545 | 11,905 | 64,441 |
| 2016 | 47 | 15,415 | 0.76156 | 11,739 | 76,180 |
| 2017 | 48 | 15,877 | 0.72912 | 11,576 | 87,756 |
| 2018 | 49 | 16,353 | 0.69805 | 11,415 | 99,171 |
| 2019 | 50 | 16,844 | 0.66831 | 11,257 | 110,428 |
| 2020 | 51 | 17,349 | 0.63984 | 11,101 | 121,529 |
| 2021 | 52 | 17,869 | 0.61258 | 10,946 | 132,475 |
| 2022 | 53 | 18,405 | 0.58648 | 10,794 | 143,269 |
| 2023 | 54 | 18,957 | 0.56150 | 10,644 | 153,913 |
| 2024 | 55 | 19,526 | 0.53757 | 10,497 | 164,410 |
| 2025 | 56 | 20,112 | 0.51467 | 10,351 | 174,761 |
| 2026 | 57 | 20,715 | 0.49274 | 10,207 | 184,968 |
| 2027 | 58 | 21,336 | 0.47175 | 10,065 | 195,033 |
| 2028 | 59 | 21,976 | 0.45165 | 9,925 | 204,958 |
| 2029 | 60 | 22,635 | 0.43241 | 9,788 | 214,746 |
| 2030 | 61 | 23,314 | 0.41399 | 9,652 | 224,398 |
| 2031 | 62 | 24,013 | 0.39635 | 9,518 | 233,916 |
| 2032 | 63 | 24,733 | 0.37946 | 9,385 | 243,301 |
| 2033 | 64 | 25,475 | 0.36330 | 9,255 | 252,556 |
| 2034 | 65 | 26,239 | 0.34782 | 9,126 | 261,682 |
| 2035 | 66 | 27,026 | 0.33300 | 9,000 | 270,682 |
| 2036 | 67 | 27,837 | 0.31881 | 8,875 | 279,557 |
| 2037 | 68 | 28,672 | 0.30523 | 8,752 | 288,309 |
| 2038 | 69 | 29,532 | 0.29223 | 8,630 | 296,939 |
| 2039 | 70 | 30,418 | 0.27978 | 8,510 | 305,449 |
| 2040 | 71 | 31,331 | 0.26786 | 8,392 | 313,841 |
| 2041 | 72 | 32,271 | 0.25644 | 8,276 | 322,117 |
| 2042 | 73 | 33,239 | 0.24552 | 8,161 | 330,278 |
| 2043 | 74 | 34,236 | 0.23506 | 8,048 | 338,326 |
| 2044 | 75 | 35,263 | 0.22504 | 7,936 | 346,262 |
| 2045 | 76 | 36,321 | 0.21546 | 7,826 | 354,088 |
| 2046 | 77 | 37,411 | 0.20628 | 7,717 | 361,805 |
| 2047 | 78 | 10,557 | 0.20379 | 2,151 | $363,956 |

LONG LIM                          $363,956

PRESENT VALUE OF NET RVL TO LONG - UPPER
2001 - 2047

| YEAR | AGE | RVL | CUMULATE |
|------|-----|---------|----------|
| **** | *** | ******** | ******** |
| 2001 | 32 | $41,134 | $41,134 |
| 2002 | 33 | 62,997 | 104,131 |
| 2003 | 34 | 64,181 | 168,312 |
| 2004 | 35 | 66,274 | 234,586 |
| 2005 | 36 | 68,540 | 303,126 |
| 2006 | 37 | 31,130 | 334,256 |
| 2007 | 38 | 12,192 | 346,448 |
| 2008 | 39 | 12,202 | 358,650 |
| 2009 | 40 | 12,534 | 371,184 |
| 2010 | 41 | 12,874 | 384,058 |
| 2011 | 42 | 12,589 | 396,647 |
| 2012 | 43 | 12,415 | 409,062 |
| 2013 | 44 | 12,242 | 421,304 |
| 2014 | 45 | 12,072 | 433,376 |
| 2015 | 46 | 11,905 | 445,281 |
| 2016 | 47 | 11,739 | 457,020 |
| 2017 | 48 | 11,576 | 468,596 |
| 2018 | 49 | 11,415 | 480,011 |
| 2019 | 50 | 11,257 | 491,268 |
| 2020 | 51 | 11,101 | 502,369 |
| 2021 | 52 | 10,946 | 513,315 |
| 2022 | 53 | 10,794 | 524,109 |
| 2023 | 54 | 10,644 | 534,753 |
| 2024 | 55 | 10,497 | 545,250 |
| 2025 | 56 | 10,351 | 555,601 |
| 2026 | 57 | 10,207 | 565,808 |
| 2027 | 58 | 10,065 | 575,873 |
| 2028 | 59 | 9,925 | 585,798 |
| 2029 | 60 | 9,788 | 595,586 |
| 2030 | 61 | 9,652 | 605,238 |
| 2031 | 62 | 9,518 | 614,756 |
| 2032 | 63 | 9,385 | 624,141 |
| 2033 | 64 | 9,255 | 633,396 |
| 2034 | 65 | 9,126 | 642,522 |
| 2035 | 66 | 9,000 | 651,522 |
| 2036 | 67 | 8,875 | 660,397 |
| 2037 | 68 | 8,752 | 669,149 |
| 2038 | 69 | 8,630 | 677,779 |
| 2039 | 70 | 8,510 | 686,289 |
| 2040 | 71 | 8,392 | 694,681 |
| 2041 | 72 | 8,276 | 702,957 |
| 2042 | 73 | 8,161 | 711,118 |
| 2043 | 74 | 8,048 | 719,166 |
| 2044 | 75 | 7,936 | 727,102 |
| 2045 | 76 | 7,826 | 734,928 |
| 2046 | 77 | 7,717 | 742,645 |
| 2047 | 78 | 2,151 | $744,796 |

LONG LIM        $744,796

August 12, 2010

<u>**WORK NOTES**</u> - **DISCOUNTED** (SRU/BAE)

<u>BASIC FACTS</u>: CREDIT DAMAGE CASE OF 32 YR-OLD MALE WHOSE SIGNATURE
WAS FORGED TO ENTER INTO FRAUDULENT CONTRACTS, RESULTING IN
CREDIT DAMAGE, LOSS OF TIME AND PAYMENTS, ETC.

<u>CONTROL INFO</u>
NAME: LONG LIM
GENDER: MALE
RACE: ASIAN
DOB: ███████████████

DOI: MAY 1, 2001
DOL: SAME
DOT: OCTOBER 1, 2010

AGE AT DOI: 32.1
AGE AS OF DOT: 41.5
RLE AS OF DOT: 36.5
LE AS OF DOT: 78.0

GROWTH RATE: 4.05% NOMINAL
DISCOUNT RATE: 4.45% NOMINAL

<u>FAMILY BACKGROUND</u>
MARITAL STATUS: MARRIED
FAMILY MEMBERS: ███████████-WIFE;
███████████ LIM-SON;
███████████ LIM-DAUGHTER;
███████████ LIM-DAUGHTER;

<u>LOSS OF PAYMENTS MADE TO NORTHERN LEASING</u>
LONG LIM IS A REFUGEE FROM LAOS, AND IN 1998 HE OPENED A NAIL
SALON, NAIL QUEEN, IN GEORGIA.  SHORTLY AFTER OPENING HIS
BUSINESS A SALESMAN CAME BY AND SOLD HIM SOME CREDIT PROCESSING
EQUIPMENT.  MR. LIM WAS NEVER TOLD HE WAS ENTERING INTO A LEASE,
AND THAT SOME COMPANY WOULD BE TAKING MONEY OUT OF HIS BANK
ACCOUNT.  WITHIN A COUPLE OF MONTHS OF RECEIVING HIS EQUIPMENT,
MR. LIM ATTEMPTED TO RETURN IT, AND ASSUMED HIS RELATIONSHIP WITH
THE SALESPERSON WAS OVER.

MR. LIM NOTICED NORTHERN LEASING HAD BEEN TAKING MONEY OUT OF HIS
BANK ACCOUNT AND WAS FORCED TO CLOSE THE ACCOUNT TO PREVENT
FURTHER DEBITS.  BY SEPTEMBER OF 1998 THEY HAD TAKEN $188.53,
WHICH IS MONEY MR. LIM NEVER INTENDED TO PAY.

**LOSS OF PAYMENTS**
**= 189**

LOSS OF TIME SPENT

IN MAY OF 2001, MR. LIM LEARNED THAT NORTHERN LEASING WAS
PURSUING A CLAIM AGAINST HIM FOR OVER TWO THOUSAND DOLLARS.  HE
DID RESEARCH, COLLECTED PAPERWORK, AND ATTEMPTED TO SORT THINGS
OUT WITH NORTHERN LEASING, AND WHEN HE RECEIVED NO FURTHER
COMPLAINTS FROM NORTHERN LEASING, MR. LIM ONCE AGAIN ASSUMED
EVERYTHING HAD BEEN CORRECTED.  IN ACTUALITY, NORTHERN LEASING
HAD BEEN SENDING CORRESPONDENCE TO MR. LIM'S FORMER ADDRESS, AND
THEY IN FACT HAD NEVER STOPPED PURSUING THEIR CLAIM AGAINST HIM.

IT WAS NOT UNTIL AUGUST OF 2004 THAT MR. LIM SAW THAT THERE WAS A
COURT JUDGMENT AGAINST HIM ON HIS CREDIT REPORT.  ONCE MR. LIM
SAW HIS CREDIT REPORT, HE RESUMED HIS EFFORTS TO CLEAR HIS NAME
WITH NORTHERN LEASING.  HE WAS RELATIVELY NEW TO THE UNITED
STATES, AND HAD NEVER ANY SIMILAR ISSUES IN THE PAST, SO HE
STATES HE SPENT A GREAT DEAL OF TIME RESEARCHING THE LAW AND
EXPLORING HIS OPTIONS.  ALSO, AS A REFUGEE FROM LAOS, MR. LIM
SPEAKS ENGLISH, BUT IT IS NOT PERFECT.  WHEN DRAFTING LETTERS AND
COURT DOCUMENTS, HE STATES HE HAD TO SPEND A LONG TIME WORKING ON
THE LETTERS.  MR. LIM ALSO BELIEVED IN THE AMERICAN DREAM AND WAS
DETERMINED TO CLEAR HIS NAME NO MATTER WHAT.  THERE WAS A LOT OF
BACK AND FORTH IN COMMUNICATIONS BETWEEN HIM AND NORTHERN
LEASING, AND FINALLY IN APRIL 2006 A JUDGE DISMISSED THEIR SUIT
AGAINST MR. LIM.  ALL TOLD, MR. LIM BELIEVES HE SPENT AT LEAST
200 TO 250 HOURS OF HIS TIME ATTEMPTING TO CORRECT THIS
SITUATION.

**THE LOSS OF TIME SPENT IS ILLUSTRATED AT 40 HOURS OF TIME SPENT
IN EACH YEAR FROM 2001 THROUGH 2006, AND IS VALUED AT $14.00 IN
YEAR 2009 DOLLARS BASED ON THE MEDIAN WAGES OF THE AVERAGE OF
OFFICE CLERKS AND PAYROLL AND TIMEKEEPING CLERKS IN GEORGIA.
THIS DATA IS FROM THE GEORGIA DEPARTMENT OF LABOR, WAGE DATA AS
OF 2009, FOUND AT WWW.DOL.STATE.GA.US.  WAGES IN 2001 THROUGH
2008 ARE REDUCED BY NATIONAL AVERAGE WAGE GROWTH OF 0.92 PERCENT
IN 2009, 3.05 PERCENT IN 2008, 3.72 PERCENT IN 2007, 4.40 PERCENT
IN 2006, 3.42 PERCENT IN 2005, 3.80 PERCENT IN 2004, 5.61 PERCENT
IN 2003, AND 2.99 PERCENT IN 2002.**

LOSS OF TIME SPENT
2001 = 439 / 2.99% (02 GRW) = **426**
2002 = 463 / 5.51% (03 GRW) = **439**
2003 = 481 / 3.80% (04 GRW) = **463**
2004 = 497 / 3.42% (05 GRW) = **481**
2005 = 519 / 4.40% (06 GRW) = **497**
2006 = [11.52 (09 MEDIAN OFFICE CLERK) + 16.47 (09 MEDIAN PAYROLL
    CLERK)] / 2 = 14.00 / 0.92% (09 GRW) / 3.05% (08 GRW) /
    3.72% (07 GRW) = 12.98 * 40HRS = **519**

LOSS OF CREDIT EXPECTANCY
THE COURT JUDGMENT AGAINST HIM CAME TO MR. LIM'S ATTENTION
BECAUSE HE HAD BEEN ATTEMPTING TO REFINANCE HIS HOUSE IN 2004 OR
2005, BUT WAS OF COURSE TURNED DOWN AS A RESULT.  HE DOES NOT

RECALL HOW MUCH HE WOULD HAVE SAVED ON HIS MORTGAGE AS A RESULT, BUT HIS ORIGINAL MORTGAGE FOR APPROXIMATELY $165,000.  IN THIS PERIOD OF TIME, MR. LIM ALSO APPLIED FOR TWO CREDIT CARDS AND WAS DENIED FOR BOTH OF THEM.  MR. LIM STATES HE NEVER HAD ANY CREDIT ISSUES IN THE PAST, BUT WITH NEGATIVE REPORTING ON THE PART OF NORTHERN LEASING AND WITH A COURT JUDGMENT AGAINST HIM, HIS CREDIT WAS RUINED.

AFTER THE LAWSUIT AGAINST HIM GOT DISMISSED IN APRIL 2006, MR. LIM CONTACTED THE CREDIT BUREAUS AND MADE SURE THAT BOTH THE COURT JUDGMENT AND DELINQUENCIES WERE REMOVED FROM HIS REPORT, AND HE HAS EXPERIENCED NO OTHER CREDIT-RELATED PROBLEMS SINCE.

MR. LIM HAD OPENED NAIL QUEEN IN 1998 AND ALSO BECAME A FLIGHT ATTENDANT IN 1999. HE HAD TO QUIT THAT POSITION IN 2000 WHEN HIS SON WAS BORN SO THAT HE COULD LOOK AFTER THE NAIL SALON WHILE HIS WIFE TOOK CARE OF THEIR NEWBORN.  IN 2002, MR. LIM OPENED ANOTHER BUSINESS IMPORTING MODEL SHIPS, AIRCRAFT, MOTORCYCLES, ETC. HANDCRAFTED OUT OF EXOTIC WOOD FROM VIETNAM.  THE BUSINESS DID NOT PROVE PROFITABLE BECAUSE MR. LIM COULD NOT RAISE ENOUGH CAPITAL, AND HE CLOSED IT IN 2006.  MR. LIM ESTIMATES THAT HE WAS EARNING BETWEEN $45,000 AND $65,000 PER YEAR FROM NAIL QUEEN DURING HIS PROBLEMS WITH NORTHERN LEASING.  HE SOLD THE SALON A COUPLE OF YEARS AGO, AND WENT BACK TO BEING A FLIGHT ATTENDANT FULL-TIME IN APRIL OF 2008.

MR. LIM HAD THE ABILITY TO BORROW CONSIDERABLE SUMS BEYOND HER CURRENT LINES OF CREDIT.  I ESTIMATE THIS ADDITIONAL CAPACITY TO BE AT LEAST $200,000, AND LIKELY MORE, BASED ON MR. LIM'S APPROXIMATE INCOME OF $55,000 PER YEAR, PREVIOUS ABILITY TO SECURE A MORTGAGE OF APPROXIMATELY $165,000, AND INTENT TO OBTAIN ADDITIONAL CREDIT CARDS.  THIS STANDBY EXPECTANCY HAS A VALUE SIMILAR TO THE VALUE OF A SAFETY NET FOR A TRAPEZE ARTIST, OR THE VALUE OF A TERM LIFE POLICY FOR A PERSON WHO CONTINUES TO LIVE A HEALTHY LIFE - THE VALUE DOES NOT DEPEND UPON THE ACTUAL USE. THE LOSS OF EXPECTANCY IS ESTIMATED BY THE COSTS OF USING THIS CREDIT UNDER NORMAL CIRCUMSTANCES, APPROXIMATELY 12 PERCENT PER YEAR, AND THE COSTS OF USING THIS CREDIT, IF AVAILABLE, AT THE HIGHEST RATES CHARGED TO THOSE WHO ARE VIEWED AS HIGH CREDIT RISKS, APPROXIMATELY 25 PERCENT.  THIS DIFFERENCE IS 13 PERCENT PER YEAR AND IS AN ESTIMATE OF THE VALUE OF THE EXPECTANCY LOSS. ALTHOUGH DELINQUENCIES FROM NORTHERN LEASING MAY HAVE APPEARED ON MR. LIM'S CREDIT REPORT AS FAR BACK AS 1998, **I CONSERVATIVELY ILLUSTRATE THE LOSS FROM MAY 2001 THROUGH MAY 2006, THE RESPECTIVE APPROXIMATE TIMES WHEN MR. LIM DISCOVERED NORTHERN LEASING WAS PURSUING A CLAIM AGAINST HIM AND WHEN HE WAS ABLE TO HAVE HIS CREDIT REPORT CLEARED.**

3

LOSS OF CREDIT EXPECTANCY
2001 = 200000 * 13% = 26000 / 365DAYS * 244DAYS = **17381**
2002 = 26000 * 2.38% (02 INFL) = **26619**
2003 = 26619 * 1.88% (03 INFL) = **27119**
2004 = 27119 * 3.26% (04 INFL) = **28003**
2005 = 28003 * 3.42% (05 INFL) = **28961**
2006 = 28961 * 2.54% (06 INFL) = 29697 / 365DAYS * 152DAYS =
       **12367**

REDUCTION IN VALUE OF LIFE ("RVL")
I ILLUSTRATE THE RANGE TO BE BETWEEN 40 PERCENT AND 60 PERCENT
FROM MAY 2001 THROUGH APRIL 2006, AND BETWEEN 5 PERCENT AND 10
PERCENT THEREAFTER.  SEE INTERVIEW NOTES FOR DETAILS.  LOSS
CONFIRMED IN INTERVIEW.

LOWER
2001 = 104995 / 2.38% INFLATION = 102554 * 40% = 41022 / 365DAYS
       * 244DAYS = **27423**
2002 = 106969 / 1.88% INFLATION = 104995 * 40% = **41998**
2003 = 110456 / 3.26% INFLATION = 106969 * 40% = **42788**
2004 = 114234 / 3.42% INFLATION = 110456 * 40% = **44182**
2005 = 117135 / 2.54% INFLATION = 114234 * 40% = **45694**
2006 = 121915 / 4.08% INFLATION = [117135 * 40% = 46854 / 365DAYS
       * 121DAYS = 15532] + [117135 * 5% = 5857 / 365DAYS * 244DAYS
       = 3915] = **19447**
2007 = 122024 / 0.09% INFLATION = 121915 * 5% = **6096**
2008 = 125343 / 2.72% INFLATION = 122024 * 5% = **6101**
2009 = 129104 (2010 EST BASE) / 3.00% EST. 09 INFL = 125343 *
       5% = **6267**
2010 = 129104 (BASE) * 5% = **6455 THRU LE AT 3.00%**

UPPER
2001 = 104995 / 2.38% INFLATION = 102554 * 60% = 61532 / 365DAYS
       * 244DAYS = **41134**
2002 = 106969 / 1.88% INFLATION = 104995 * 60% = **62997**
2003 = 110456 / 3.26% INFLATION = 106969 * 60% = **64181**
2004 = 114234 / 3.42% INFLATION = 110456 * 60% = **66274**
2005 = 117135 / 2.54% INFLATION = 114234 * 60% = **68540**
2006 = 121915 / 4.08% INFLATION = [117135 * 60% = 70281 / 365DAYS
       * 121DAYS = 23299] + [117135 * 10% = 11714 / 365DAYS *
       244DAYS = 7831] = **31130**
2007 = 122024 / 0.09% INFLATION = 121915 * 10% = **12192**
2008 = 125343 / 2.72% INFLATION = 122024 * 10% = **12202**
2009 = 129104 (2010 EST BASE) / 3.00% EST. 09 INFL = 125343 *
       10% = **12534**
2010 = 129104 (BASE) * 10% = **12910 THRU LE AT 3.00%**

4

**BAE TCW/LONG LIM (PL) ON 08-11-2010 AT C** ▮▮▮▮▮▮▮▮▮

TIME, PAYMENT LOSS / CREDIT
LONG LIM IS A REFUGEE FROM LAOS, AND IN 1998 HE OPENED A NAIL
SALON, NAIL QUEEN, IN GEORGIA.  SHORTLY AFTER OPENING HIS
BUSINESS A SALESMAN CAME BY AND SOLD HIM SOME CREDIT PROCESSING
EQUIPMENT.  MR. LIM WAS NEVER TOLD HE WAS ENTERING INTO A LEASE,
AND THAT SOME COMPANY WOULD BE TAKING MONEY OUT OF HIS BANK
ACCOUNT.  WITHIN A COUPLE OF MONTHS OF RECEIVING HIS EQUIPMENT,
MR. LIM ATTEMPTED TO RETURN IT, AND ASSUMED HIS RELATIONSHIP WITH
THE SALESPERSON WAS OVER.

MR. LIM NOTICED NORTHERN LEASING HAD BEEN TAKING MONEY OUT OF HIS
BANK ACCOUNT AND WAS FORCED TO CLOSE THE ACCOUNT TO PREVENT
FURTHER DEBITS.  BY SEPTEMBER OF 1998 THEY HAD TAKEN $188.53,
WHICH IS MONEY MR. LIM NEVER INTENDED TO PAY.

IN MAY OF 2001, MR. LIM LEARNED THAT NORTHERN LEASING WAS
PURSUING A CLAIM AGAINST HIM FOR A COUPLE THOUSAND DOLLARS.  HE
DID SOME RESEARCH, COLLECTED SOME PAPERWORK, AND ATTEMPTED TO
SORT THINGS OUT WITH NORTHERN LEASING, AND WHEN HE RECEIVED NO
FURTHER COMPLAINTS FROM NORTHERN LEASING, MR. LIM ONCE AGAIN
ASSUMED EVERYTHING GOT CORRECTED.

IT WAS NOT UNTIL AUGUST OF 2004 THAT MR. LIM SAW THAT THERE WAS A
COURT JUDGMENT AGAINST HIM ON HIS CREDIT REPORT.  THIS CAME TO
MR. LIM'S ATTENTION BECAUSE HE HAD BEEN ATTEMPTING TO REFINANCE
HIS HOUSE, BUT WAS OF COURSE TURNED DOWN AS A RESULT.  HE DOES
NOT RECALL HOW MUCH HE WOULD HAVE SAVED ON HIS MORTGAGE AS A
RESULT, BUT HIS ORIGINAL MORTGAGE FOR APPROXIMATELY $165,000.  IN
THIS PERIOD OF TIME, HE ALSO APPLIED FOR TWO CREDIT CARDS AND WAS
DENIED FOR BOTH OF THEM.  MR. LIM NEVER HAD ANY CREDIT ISSUES IN
THE PAST OR SINCE, BUT WITH NEGATIVE REPORTING ON THE PART OF
NORTHERN LEASING AND WITH A COURT JUDGMENT AGAINST HIM, HIS
CREDIT WAS RUINED.

ONCE MR. LIM SAW HIS CREDIT REPORT, HE RESUMED HIS EFFORTS TO
CLEAR HIS NAME WITH NORTHERN LEASING.  HE WAS RELATIVELY NEW TO
THE UNITED STATES, AND HAD NEVER ANY SIMILAR ISSUES IN THE PAST,
SO HE SPENT A GREAT DEAL OF TIME RESEARCHING THE LAW AND
EXPLORING HIS OPTIONS.  ALSO, AS A REFUGEE FROM LAOS, MR. LIM
SPEAKS ENGLISH, BUT IT IS NOT PERFECT.  WHEN DRAFTING LETTERS AND
COURT DOCUMENTS, HE HAD TO SPEND A LONG TIME WORKING ON THE
LETTERS.  MR. LIM BELIEVED IN THE AMERICAN DREAM AND WAS
DETERMINED TO CLEAR HIS NAME NO MATTER WHAT.  THERE WAS A LOT OF
BACK AND FORTH BETWEEN HIM AND NORTHERN LEASING, AND FINALLY IN
APRIL 2006, A JUDGE DISMISSED THEIR SUIT AGAINST MR. LIM.  ALL
TOLD, MR. LIM BELIEVES HE SPENT AT LEAST 200-250 HOURS OF HIS
TIME ATTEMPTING TO CORRECT THIS SITUATION.

AFTER THE LAWSUIT AGAINST HIM GOT DISMISSED, MR. LIM CONTACTED
THE CREDIT BUREAUS AND MADE SURE THAT BOTH THE COURT JUDGMENT AND

DELINQUENCIES WERE REMOVED FROM HIS REPORT, AND HE HAS
EXPERIENCED NO OTHER CREDIT-RELATED PROBLEMS SINCE.

MR. LIM OPENED NAIL QUEEN IN 1998 AND ALSO BECAME A FLIGHT
ATTENDANT IN 1999. HE HAD TO QUIT THAT POSITION IN 2000 WHEN HIS
SON WAS BORN SO THAT HE COULD LOOK AFTER THE NAIL SALON WHILE HIS
WIFE TOOK CARE OF THEIR NEWBORN.  IN 2002, MR. LIM OPENED ANOTHER
BUSINESS IMPORTING MODEL SHIPS, AIRCRAFT, MOTORCYCLES, ETC.
HANDCRAFTED OUT OF EXOTIC WOOD FROM VIETNAM.  THE BUSINESS DID
NOT PROVE PROFITABLE BECAUSE MR. LIM COULD NOT RAISE ENOUGH
CAPITAL, AND HE CLOSED IT IN 2006.  MR. LIM ESTIMATES THAT HE WAS
EARNING BETWEEN $45,000 AND $65,000 PER YEAR FROM NAIL QUEEN
DURING THE PROBLEMS WITH NORTHERN LEASING.  HE SOLD THE SALON A
COUPLE OF YEARS AGO, AND WENT BACK TO BEING A FLIGHT ATTENDANT
FULL-TIME IN APRIL OF 2008.

RVL

EMOTIONAL
LONG'S ORDEAL WITH NORTHERN LEASING WAS INCREDIBLY STRESSFUL AND
PUT A GIANT STRAIN ON HIS MARRIAGE AND FAMILY.  LONG'S WIFE WAS
VERY SCARED AND WORRIED THAT THEY MIGHT LOSE THEIR HOUSE AND
EVERYTHING THAT THEY HAD WORKED FOR IN AMERICA.  SHE URGED HIM TO
JUST PAY NORTHERN LEASING OFF, BUT LONG INSISTED ON FIGHTING FOR
HIMSELF.  THIS CAUSED MANY, MANY DISAGREEMENTS BETWEEN THEM.

ALL OF THE TIME LONG SPENT TRYING TO FIND HELP OR SOMEONE WHO
COULD UNDERSTAND HIS SITUATION LED TO A LOT OF SLEEPLESS NIGHT.
HE THOUGHT THAT COMING FROM A COMMUNIST REGIME TO AMERICA MEANT
THAT IF YOU WORKED HARD AND PLAYED BY THE RULES, EVERYTHING WOULD
BE OKAY.  INSTEAD SOME COMPANY CAME ALONG AND SCAMMED HIM AND
THEN SUED HIM LATER.  AND EVERYONE THAT LONG REACHED OUT TO FOR
HELP COULD NOT DO ANYTHING FOR HIM.  HE BECAME VERY DISTRUSTFUL
OF THE SYSTEM AND DISILLUSIONED WITH AMERICA.  LONG WAS VERY
RELIEVED WHEN THE LAWSUIT GOT DISMISSED, BUT HIS FEELINGS HAVE
NOT CHANGED.  HE FEELS BAD FOR EVERYONE ELSE THAT GOT SCAMMED,
AND HOPES IT WILL NOT HAPPEN TO ANYONE ELSE.  ESTIMATES HIS
QUALITY OF LIFE WAS ABOUT 50% WHILE HE WAS DEALING WITH NORTHERN
LEASING, AND APPROXIMATELY 90% TO 95% SINCE.

```
01 CN ** 00 LONG LIM
01 /* ** 00 LOSS OF TIME SPENT
01 CC ** 00 05-01-2001 10-01-2010 05-01-2001 04-11-1969 04-10-2047 12-31
01 CC ** 00 WM XXXX 7 PXX O N
01 PJ WA 00 05-01-2001 12-31-2001 1 426 0 0.00 0.00
01 PJ WA 01 01-01-2002 12-31-2002 1 439 0 0.00 0.00
01 PJ WA 02 01-01-2003 12-31-2003 1 463 0 0.00 0.00
01 PJ WA 03 01-01-2004 12-31-2004 1 481 0 0.00 0.00
01 PJ WA 04 01-01-2005 12-31-2005 1 497 0 0.00 0.00
01 PJ WA 05 01-01-2006 12-31-2006 1 519 0 0.00 0.00
01 IN ** 00 1 10-01-2010 04-10-2047 1 4.45
01 FM ** 00 0 59 N N N X X X X X X X X X
01 TB WA P 05-01-2001 12-31-2006 0 0 1 1
01 TB SM P 05-01-2001 12-31-2006 0 0 2 1


02 CN ** 00 LONG LIM
02 /* ** 00 CREDIT EXPECTANCY
02 CC ** 00 05-01-2001 10-01-2010 05-01-2001 04-11-1969 04-10-2047 12-31
02 CC ** 00 WM XXXX 7 XXB O N
02 PJ WA 00 05-01-2001 12-31-2001 1 17381 0 0.00 0.00
02 PJ WA 01 01-01-2002 12-31-2002 1 26619 0 0.00 0.00
02 PJ WA 02 01-01-2003 12-31-2003 1 27119 0 0.00 0.00
02 PJ WA 03 01-01-2004 12-31-2004 1 28003 0 0.00 0.00
02 PJ WA 04 01-01-2005 12-31-2005 1 28961 0 0.00 0.00
02 PJ WA 05 01-01-2006 05-30-2006 1 12367 0 0.00 0.00
02 IN ** 00 1 10-01-2010 04-10-2047 1 4.45
02 FM ** 00 0 59 N N N X X X X X X X X X
02 TB WA P 05-01-2001 05-30-2006 0 0 3 1
02 TB SM B 05-01-2001 00-00-0000 0 0 4 1


03 CN ** 00 LONG LIM
03 /* ** 00 RVL - LOWER
03 CC ** 00 05-01-2001 10-01-2010 05-01-2001 04-11-1969 04-10-2047 12-31
03 CC ** 00 WM XXXX 7 XXB O N
03 PJ X1 00 05-01-2001 12-31-2001 1 27423 0 0.00 0.00
03 PJ X1 01 01-01-2002 12-31-2002 1 41998 0 0.00 0.00
03 PJ X1 02 01-01-2003 12-31-2003 1 42788 0 0.00 0.00
03 PJ X1 03 01-01-2004 12-31-2004 1 44182 0 0.00 0.00
03 PJ X1 04 01-01-2005 12-31-2005 1 45694 0 0.00 0.00
03 PJ X1 05 01-01-2006 12-31-2006 1 19447 0 0.00 0.00
03 PJ X1 06 01-01-2007 12-31-2007 1 6096 0 0.00 0.00
03 PJ X1 07 01-01-2008 12-31-2008 1 6101 0 0.00 0.00
03 PJ X1 08 01-01-2009 12-31-2009 1 6267 0 0.00 0.00
03 PJ X1 09 01-01-2010 04-10-2047 1 6455 1 3.00 0.00
03 IN ** 00 1 10-01-2010 04-10-2047 1 4.45
03 FM ** 00 0 59 N N N X X X X X X X X X
03 TB X1 P 05-01-2001 09-30-2010 0 0 5 1
03 TB X1 F 10-01-2010 04-10-2047 0 1 6 1
03 TB SM B 05-01-2001 04-10-2047 0 1 7 1
```

SMITH ECONOMICS GROUP, LTD.   312/943-1551

```
04 CN    07  07    01
04 /* ** 00 RVL - UPPER
04 CC ** 00 05-01-2001 10-01-2010 05-01-2001 04-11-1969 04-10-2047 12-31
04 CC ** 00 WM XXXX 7 XXB O N
04 PJ X1 00 05-01-2001 12-31-2001 1 41134 0 0.00 0.00
04 PJ X1 01 01-01-2002 12-31-2002 1 62997 0 0.00 0.00
04 PJ X1 02 01-01-2003 12-31-2003 1 64181 0 0.00 0.00
04 PJ X1 03 01-01-2004 12-31-2004 1 66274 0 0.00 0.00
04 PJ X1 04 01-01-2005 12-31-2005 1 68540 0 0.00 0.00
04 PJ X1 05 01-01-2006 12-31-2006 1 31130 0 0.00 0.00
04 PJ X1 06 01-01-2007 12-31-2007 1 12192 0 0.00 0.00
04 PJ X1 07 01-01-2008 12-31-2008 1 12202 0 0.00 0.00
04 PJ X1 08 01-01-2009 12-31-2009 1 12534 0 0.00 0.00
04 PJ X1 09 01-01-2010 04-10-2047 1 12910 1 3.00 0.00
04 IN ** 00 1 10-01-2010 04-10-2047 1 4.45
04 FM ** 00 0 59 N N N X X X X X X X X X
04 TB X1 P  05-01-2001 09-30-2010 0 0 8 1
04 TB X1 F  10-01-2010 04-10-2047 0 1 9 1
04 TB SM B  05-01-2001 04-10-2047 0 1 10 1
```