# Smith Economics Group, Ltd.
A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
*President*

July 16, 2010

Mr. Krishnan Chittur
Chittur & Associates
286 Madison Ave., Suite 1100
New York, NY  10017

Re: Russ - DISCOUNTED

Dear Mr. Chittur:

You have asked me to calculate the value of certain losses subsequent to the injury of Judson Russ. These losses are: (1) the loss of payments to Northern Leasing; (2) the loss of time spent and out of pocket expenses; (3) the loss of business profits; (4) the loss of credit expectancy; and (5) the reduction in value of life ("RVL"), also known as loss of enjoyment of life.

Judson Russ is a Caucasian, married male, who was born on ▮▮▮▮, and injured on March 26, 2001, at the age of 41.7 years. Mr. Russ will be 51.2 years old at the estimated trial or settlement date of October 1, 2010, with a remaining life expectancy estimated at 28.0 years. This data is from the National Center for Health Statistics, <u>United States Life Tables, 2006</u>, Vol. 58, No. 21, National Vital Statistics Reports, 2010.

In order to perform this evaluation, I have reviewed the following materials: (1) the Amended Complaint; (2) Mr. Russ's credit account information dated June 1, 2004; (3) Mr. Russ's credit score as of March 28, 2001; (4) numerous court documents and communications between Mr. Russ and Northern Leasing; (5) the interview with Judson Russ on July 14, 2010; and (6) the case information form.

My methodology for estimating the losses, which is explained below, is generally based on past wage growth, interest rates, and consumer prices, as well as studies regarding the value of life. The effective net discount rate using statistically average wage growth rates and statistically average discount rates is 0.40 percent.

My estimate of the nominal wage growth rate is 4.05 percent per year. This growth rate is based on Business Sector, Hourly Compensation growth data from the Major Sector Productivity and Costs Index found at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the real increase in wages primarily for the last 20 years.

SEG

My estimate of the nominal discount rate is 4.45 percent per year.  This discount rate is based on the rate of return on 91-day U.S. Treasury Bills published in the Economic Report of the President for the real return on T-Bills primarily for the last 20 years.  This rate is also consistent with historical rates published by Ibbotson Associates, Chicago, in its continuously updated series Stocks, Bonds, Bills and Inflation published by Morningstar, Inc.  This series, which acknowledges me as the Originator while a Principal and Managing Director at Ibbotson Associates, is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities.  It is relied upon almost exclusively by academic and business economists, insurance companies, banks, institutional investors, CPA's, actuaries, benefit analysts, and economists in courts of law.

My estimate of the inflation rate is 3.00 percent per year based on the Consumer Price Index (CPI-U) published in monthly issues of the U.S. Bureau of Labor Statistics, CPI Detailed Report (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0, for the increase in prices primarily for the last 20 years.


I. LOSS OF PAYMENTS MADE TO NORTHERN LEASING

Northern Leasing began to debit monthly payments for four separate contracts from Mr. Russ's bank accounts beginning in April 2001 until he discovered the payments and closed his bank accounts in late 2002.  Mr. Russ believes the payments were approximately $65 per contract per month, in addition to startup and activation fees.  He calculated the total amount taken from his accounts by Northern Leasing to be $9,247.


II. LOSS OF TIME SPENT AND OUT OF POCKET EXPENSES

Table 1D shows the loss of time spent and out of pocket expenses.  Mr. Russ estimates that between 2002 and 2006 he spent at least 5 weeks' worth of time devoted to dealing with Northern Leasing and their lawsuits against him, including compiling voluminous documentation and communications, closing and re-opening bank accounts, attorney communications, trips from Florida to New York for court appearances, etc.  Mr. Russ conservatively estimates his out of pocket travel expenses to be $2,000.

The loss of time spent is illustrated at 40 hours of time spent in each year from 2002 through 2006, and is valued at $11.63 per hour in year 2002 dollars based on the median wages of the average of Office Clerks and Payroll and Timekeeping Clerks in Florida.  Wages in 2003 through 2006 are grown at national

2

SEG

average wage growth of 5.61 percent in 2003, 3.80 percent in 2004, 3.42 percent in 2005, and 4.40 percent in 2006.  This wage data is from the Occupational Employment Statistics and Wages for the State of Florida, wage data as of 2002, found at www.labormarketinfo.com.  In addition Mr. Russ's estimate of $2,000 in out of pocket expenses are added to the loss in 2006.

Based on the above assumptions, my opinion of the loss of time spent and out of pocket expenses is $4,543 ► Table 1.


III. LOSS OF BUSINESS PROFITS

Tables 2D through 4D show the loss of business profits.  Mr. Russ owns a company called Rapid Cash Advances.  The company is licensed to cash checks and act as a bill payment center for local utilities, and also offers payday advances.  He opened his first location in 1995 and currently has approximately 22 employees over 10 locations.  Mr. Russ mostly oversees the operations of his stores, and his wife Natasha serves as General Manager.  He does not draw a salary, but his net business income in 2009 was approximately $399,000.

Mr. Russ states that he had an opportunity, while he was being sued by Northern Leasing, to purchase three check-cashing locations from a competitor who was looking to sell his business. The landlord would not approve the transactions because of his credit issues, and so the deals fell through.  Mr. Russ estimates that his good stores generate approximately $12,000 per month, while costing approximately $6,000 per month to operate, making a profit of approximately $72,000 per year.  He believes that two of the three stores he would have taken over would have made at least $72,000 per year in profit, and as much as $100,000 per year or more.  The third location, Mr. Russ estimates, would only have earned about $25,000 per year in profit.  Mr. Russ believes missing these opportunities was a major setback for his business.

The loss of business opportunity is illustrated to begin on January 1, 2007, allowing for a reasonable time for Mr. Russ to purchase the three additional locations and have them produce at the rate of his other stores.  The loss is illustrated at $169,000 per year in 2010 dollars, based on Mr. Russ's estimate of their combined profitability.  The loss is illustrated through Mr. Russ's life expectancy, but it may be necessary to consider a shorter period of loss if it is determined that Mr. Russ is able to recover from the loss of opportunity at an earlier date. Future losses are grown at 3.00 percent.


Based on the above assumptions, my opinion of the loss of business profits is $4,470,906 ► Table 4D; this figure assumes losses to age 79.2, but any assumed date for cessation of damages

3

SEG

may be read from Table 4D; for example, the loss over a five-year period is $816,734, and to age 67 is $3,031,280.

## IV. LOSS OF CREDIT EXPECTANCY

Table 5D shows the loss of credit expectancy.  Before he had been involved with Northern Leasing, Mr. Russ had been told he had good credit and had never had problems securing lines of credit at favorable rates.  An Experian printout dated March 28, 2001 lists his credit score at 689.  Mr. Russ states that while he was being harassed and sued by Northern Leasing, he had his American Express business line of credit cut from $60,000 to $10,000. Additionally, when he attempted to purchase a home in January 2003, he was informed of his credit delinquencies and forced to accept a much worse interest rate.  As a result, Mr. Russ used all of the disposable income he could to pay off the mortgage before his adjustable rate was set to change in 2010.

I estimate Mr, Russ's additional credit capacity to be $325,000 based on his credit report dated June 1, 2004.  This standby expectancy has a value similar to the value of a safety net for a trapeze artist, or the value of a term life policy for a person who continues to live a healthy life – the value does not depend upon the actual use.  The loss of expectancy is estimated by the costs of using this credit under normal circumstances, approximately 12 percent per year, and the costs of using this credit, if available, at the highest rates charged to those who are viewed as high credit risks, approximately 25 percent.  This difference is 13 percent per year and is an estimate of the value of the expectancy loss.  Mr. Russ believes that the Northern Leasing delinquencies were expunged from his record following the dismissal of their lawsuits, approximately the beginning of 2007.

The loss is illustrated at 13 percent of $325,000 in year 2002 dollars from the estimated period of time that Mr. Russ's credit was negatively affected, November 1, 2002 through December 31, 2006.

Based on the above assumptions, my opinion of the loss of credit expectancy is $187,540 ▶ Table 5D.

## V. REDUCTION IN VALUE OF LIFE

Economists have long agreed that life is valued at more than the lost earnings capacity.  My estimate of the value of life is based on many economic studies on what we, as a contemporary society, actually pay to preserve the ability to lead a normal life.  The studies examine incremental pay for risky occupations as well as a multitude of data regarding expenditure for life savings by individuals, industry, and state and federal agencies.

4

SEG

My estimate of the value of life is consistent with estimates
published in other studies that examine and review the broad
spectrum of economic literature on the value of life.  Among
these is "The Plausible Range for the Value of Life," Journal of
Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, by T. R.
Miller.  This study reviews 67 different estimates of the value
of life published by economists in peer-reviewed academic
journals.  The Miller results, in most instances, show the value
of life to range from approximately $1.6 million to $2.9 million
dollars in year 1988 after-tax dollars, with a mean of
approximately $2.2 million dollars.  In "The Value of Life:
Estimates with Risks by Occupation and Industry," Economic
Inquiry, Vol. 42, No. 1, May 2003, pp. 29-48,  Professor W. K.
Viscusi estimates the value of life to be approximately $4.7
million dollars in year 2000 dollars.  An early seminal paper on
the value of life was written by Richard Thaler and Sherwin
Rosen, "The Value of Saving a Life: Evidence from the Labor
Market." in N.E. Terlickyj (ed.), Household Production and
Consumption. New York: Columbia University Press, 1975, pp. 265-
300.  The Meta-Analyses Appendix to this report reviews
additional literature suggesting a value of life of approximately
$5.4 million in year 2008 dollars.

Because it is generally accepted by economists, the methodology
used to estimate the value of life has been found to meet Daubert
standards, as well as Frye standards and the Rules of Evidence in
various states, by Federal Circuit and Appellate courts, as well
as state trial, supreme and appellate courts nationwide.
Testimony based on this peer-reviewed methodology has been
admitted in over half the states in over 175 trials nationwide.
Proof of general acceptance and other standards is found in a
discussion of the extensive references to the scientific economic
peer-reviewed literature on the value of life listed in the **Value
of Life Appendix** to this report.

The underlying, academic, peer-reviewed studies fall into two
general groups: (1) consumer behavior and purchases of safety
devices; (2) wage risk premiums to workers; in addition, there is
a third group of studies consisting of cost-benefit analyses of
regulations.  For example, one consumer safety study analyzes the
costs of smoke detectors and the lifesaving reduction associated
with them.  One wage premium study examines the differential
rates of pay for dangerous occupations with a risk of death on
the job.  Just as workers receive shift premiums for undesirable
work hours, workers also receive a higher rate of pay to accept a
increased risk of death on the job.  A study of government
regulation examines the lifesaving resulting from the
installation of smoke stack scrubbers at high-sulphur, coal-
burning power plants.  As a hypothetical example of the
methodology, assume that a safety device such as a carbon
monoxide detector costs $46 and results in lowering a person's
risk of premature death by one chance in 100,000.  The cost per

5

SEG

life saved is obtained by dividing $46 by the one in 100,000 probability, yielding $4,600,000.

Tables 6D through 11D are based on several factors:
- (1) An assumed impairment rating by the trier-of-fact of 40 percent to 80 percent from June 1, 2002 through January 31, 2007 and thereafter 5 percent to 10 percent reduction in the ability to lead a normal life.  The diminished capacity to lead a normal life reflects the impact on career, social and leisure activities, the activities of daily living, and the internal emotional state, as discussed in Berla, Edward P., Michael L. Brookshire and Stan V. Smith, "Hedonic Damages and Personal Injury:  A Conceptual Approach," Journal of Forensic Economics, Vol 3, No. 1, Winter 1990, pp. 1-8;
- (2) The central tendency of the range of the economic studies cited above which I estimate to be approximately $4.2 million in year 2010 dollars; and
- (3) A life expectancy of 79.2 years.

Tables 6D through 8D are based on the lower estimated impairment rating; Tables 9D through 11D are based on the upper estimated impairment rating.  Based on these values and life expectancy, my opinion of the reduction in the value of life is estimated at $417,451 ► Table 8D to $834,902 ► Table 11D, averaging $626,177.

------------------------------------------

A trier-of-fact may weigh other factors to determine if these estimated losses for Judson Russ should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

In each set of tables, the last table accumulates the past and future estimated losses.  These estimates are provided as an aid, tool and guide for the trier-of-fact.

All opinions expressed in this report are clearly labeled as such.  They are rendered in accordance with generally accepted standards within the field of economics and are expressed to a reasonable degree of economic certainty.  Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions, but which can be viewed as hypothetical in nature, are also clearly disclosed and identified herein.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case for the formulation of my substantive opinions herein.

If additional information is provided to me, which could alter my opinions, I may incorporate any such information into an update,

6

SEG

revision, addendum, or supplement of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

7

SEG

## APPENDIX: VALUE OF LIFE

The economic methodology for the valuation of life has been found to meet the <u>Daubert</u> and <u>Frye</u> standards by many courts, along with the Rules of Evidence in many states nationwide.  My testimony has been accepted in approximately 200 state and federal cases nationwide in approximately two-thirds of the states and two-thirds of the federal jurisdictions.  Testimony has been accepted by Federal circuit and Appellate courts as well as in state trial, supreme, and appellate Courts.  The <u>Daubert</u> standard sets forth four criteria:

1.   Testing of the theory and science

2.   Peer Review

3.   Known or potential rate of error

4.   Generally accepted.


**Testing of the theory and science** has been accomplished over the past four decades, since the 1960s.  Dozens of economists of high renown have published over a hundred articles in high quality, peer-reviewed economic journals measuring the value of life.  The value of life theories are perhaps among the most well-tested in the field of economics, as evidenced by the enormous body of economic scientific literature that has been published in the field and is discussed below.


**Peer Review** of the concepts and methodology have been extraordinarily extensive.  One excellent review of this extensive, peer-reviewed literature can be found in "The Value of Risks to Life and Health," W. K. Viscusi, <u>Journal of Economic Literature</u>, Vol. 31, December 1993, pp. 1912-1946.  A second is "The Value of a Statistical Life: A Critical Review of Market Estimates throughout the World." W. K. Viscusi and J. E. Aldy, <u>Journal of Risk and Uncertainty</u>, Vol. 27, No. 1, November 2002, pp. 5-76.  Additional theoretical and empirical work by Viscusi, a leading researcher in the field, can be found in: "The Value of Life", W. K. Viscusi, John M. Olin Center for Law, Economics, and Business, Harvard Law School, Discussion Paper No. 517, June 2005.  An additional peer-reviewed article discusses the application to forensic economics: "The Plausible Range for the Value of Life," T. R. Miller, <u>Journal of Forensic Economics</u>, Vol. 3, No. 3, Fall 1990, pp. 17-39, which discusses the many dozens of articles published in other peer-reviewed economic journals on this topic.  This concept is discussed in detail in "Willingness to Pay Comes of Age: Will the System Survive?" T. R. Miller, <u>Northwestern University Law Review</u>, Summer 1989, pp. 876-907, and "Hedonic Damages in Personal Injury and Wrongful Death

8

SEG
_____

Litigation," by S. V. Smith in <u>Litigation Economics</u>, pp. 39-59.
Kenneth Arrow, a Nobel Laureate in economics, discusses this
method for valuing life in "Invaluable Goods," <u>Journal of
Economic Literature</u>, Vol. 35, No. 2, 1997, pp. 759.  See the
Meta-Analyses Appendix for an additional review of the
literature.

**The known or potential rate of error** is well researched.  All of
these articles discuss the known or potential rate of error, well
within the acceptable standard in the field of economics,
generally using a 95% confidence rate for the statistical testing
and acceptance of results.  There are few areas in the field of
economics where the known or potential rate of error has been as
well-accepted and subject to more extensive investigation.

**General Acceptance** of the concepts and methodology on the value
of life in the field of economics is extensive.  This methodology
is and has been generally accepted in the field of economics for
many years.  Indeed, according to the prestigious and highly-
regarded research institute, <u>The Rand Corporation</u>, by 1988, the
peer-reviewed scientific methods for estimating the value of life
were well-accepted: "Most economists would agree that the
willingness-to-pay methodology is the most conceptually
appropriate criterion for establishing the value of life,"
<u>Computing Economic loss in Cases of Wrongful Death</u>, King and
Smith, Rand Institute for Civil Justice, R-3549-ICJ, 1988.

While first discussed in cutting edge, peer-reviewed economic
journals, additional proof of general acceptance is now indicated
by the fact that this methodology is now taught in standard
economics courses at the undergraduate and graduate level
throughout hundreds of colleges and universities nationwide as
well as the fact that it is taught and discussed in widely-
accepted textbooks in the field of law and economics: <u>Economics</u>,
Sixth Edition, David C. Colander, McGraw-Hill Irwin, Boston,
2006, pp. 463-465; this introductory economics textbook is the
third most widely used textbook in college courses nationwide.
Hamermesh and Rees's <u>The Economics of Work and Pay</u>, Harper-
Collins, 1993, Chapter 13, a standard advanced textbook in labor
economics, also discusses the methodology for valuing life.
Other textbooks discuss this topic as well.  Richard Posner,  a
Justice and former Chief Justice of the U.S. Court of Appeals for
the highly regarded 7th Circuit and Senior Lecturer at the
University of Chicago Law School, one of most prolific legal
writers in America, details the Value of Life approach in his
widely used textbooks: <u>Economic Analysis of Law</u>, 1986, Little
Brown & Co., pp. 182-185 and <u>Tort Law</u>, 1982, Little Brown & Co.,
pp. 120-126.

As further evidence of general acceptance in the field, some
surveys published in the field of forensic economics show that
hundreds of economics nationwide are now familiar with this

SEG

methodology and are available to prepare (and critique) forensic economic value of life estimates.  Indeed, some economists who indicate they will prepare such analysis for plaintiffs also are willing to critique such analysis for defendants, as I have often done.  That an economist is willing to critique a report does not indicate that he or she is opposed to the concept or the methodology, but merely available to assure that the plaintiff economist has employed proper techniques.  The fact that there are economists who indicate they do not prepare estimates of value of life is again no indication that they oppose the methodology: many claim they are not familiar with the literature and untrained in this area.  While some CPAs and others without a degree in economics have opposed these methods, such professionals do not have the requisite academic training and are unqualified to make such judgements.  However, as in any field of economics, this area is not without any dissent.  General acceptance does not mean universal acceptance.

Additional evidence of general acceptance in the field is found in the teaching of the concepts regarding the value of life. Forensic Economics is now taught as a special field in a number of institutions nationwide.  I taught what is believed to be the first course ever presented in the field of Forensic Economics at DePaul University in Spring, 1990.  My own book, Economic/Hedonic Damages, Anderson, 1990, and supplemental updates thereto, co-authored with Dr. Michael Brookshire, a Professor of Economics in West Virginia, has been used as a textbook in at least 5 colleges and universities nationwide in such courses in economics, and has a thorough discussion of the methodology. Toppino et. al., in "Forensic Economics in the Classroom," published in The Earnings Analyst, Journal of the American Rehabilitation Economics Association, Vol. 4, 2001, pp. 53-86, indicate that hedonic damages is one of 15 major topic areas taught in such courses.

Lastly, general acceptance is found by examining publications in the primary journal in the field of Forensic Economics, which is the peer-reviewed Journal of Forensic Economics, where there have been published many articles on the value of life.  Some are cited above.  Others include: "The Econometric Basis for Estimates of the Value of Life," W. K. Viscusi, Vol 3, No. 3, Fall 1990, pp. 61-70; "Hedonic Damages in the Courtroom Setting." S. V. Smith, Vol. 3, No. 3, Fall 1990, pp. 41-49; "Issues Affecting the Calculated Value of Life," E. P. Berla, M. L. Brookshire and S. V. Smith, Vol 3, No. 1, 1990, pp. 1-8; "Hedonic Damages and Personal Injury:  A Conceptual Approach." G. R. Albrecht, Vol. 5., No. 2, Spring/Summer 1992, pp. 97-104; "The Application of the Hedonic Damages Concept to Wrongful and Personal Injury Litigation." G. R. Albrecht, Vol. 7, No. 2, Spring/Summer 1994, pp. 143-150; and also "A Review of the Monte Carlo Evidence Concerning Hedonic Value of Life Estimates," R. F. Gilbert, Vol. 8, No. 2, Spring/Summer 1995, pp. 125-130.

10

SEG

It is important to note that this methodology is endorsed and employed by the U. S. Government as the standard and recommended approach for use by all U. S. Agencies in valuing life for policy purposes, as mandated in current and past Presidential Executive Orders in effect since 1972, and as discussed in "Report to Congress on the Costs and Benefits of Federal Regulations," Office of Management and Budget, 1998, and "Economic Analysis of Federal Regulations Under Executive Order 12866," Executive Office of the President, Office of Management and Budget, pp. 1-37, and "Report to the President on Executive Order No. 12866," Regulatory Planning and Review, May 1, 1994, Office of Information and Regulatory Affairs, Office of Management and Budget.  Prior presidents in signed similar orders as discussed in "Federal Agency Valuations of Human life," Administrative Conference of the United States, Report for Recommendation 88-7, December 1988, pp. 368-408.  926

11

SEG

## APPENDIX: META-ANALYSES AND VALUE OF LIFE RESULTS SINCE 2000

Below I list the principal systematic reviews (meta-analyses), since the year 2000, of the value of life literature, and the values of a statistical life that they recommend.  In statistics, a meta-analysis combines the results of several studies that address a set of related research hypotheses.  Meta-analysis increase the statistical power of studies by analyzing a group of studies and provide a more powerful and accurate data analysis than would result from analyzing each study alone.  Based on those reviews, the Summary Table suggests a best estimate. The following table summarizes the studies and their findings.

These statistically based studies place the value between $4.4 and $7.5 million, with $5.9 million representing a conservative yet credible estimate of the average (and range midpoint) of the values of a statistical life published in the studies in year 2005 dollars.  Net of human capital, a credible net value of life based on all these literature reviews to be $4.8 million in year 2005 dollars, or $5.4 million in year 2008 dollars.

The actual value that I use, $4.1 million is approximately 24 percent lower than a conservative average estimate based on the credible meta-analyses.  This value was originally based on a review conducted in the late 1980s, averaging the results published by that time.  I have increased that late 1980s value only by inflation over time, despite the fact a review of literature over the years since that time has put obvious upward pressure on the figure that I use.

SEG

Summary Table: Mean and range of value of statistical life
estimates (in 2005 dollars) from the best meta-analyses and
systematic reviews and characteristics of those reviews.

| Study | Formal Meta-Analysis? | Number of Values | Best Estimate (2005 Dollars) | Range | Context |
|-------|----------------------|------------------|------------------------------|-------|---------|
| Miller 2000 | Yes | 68 estimates | $5.1M | $4.5-$6.2M | US estimate from all |
| Mrozek & Taylor 2002 | Yes | 203 estimates, from 33 studies | $4.4M | + or - 35% | Labor market |
| Viscusi & Aldy 2003 | Yes | 49 estimates (reviewed more than 60 studies, but some lacked desired variables) | $6.5M | $5.1-$9.6M | Labor market, US estimate from all |
| Kochi et al. 2006 | Yes | 234 estimates from 40 studies | $6.0M | + or - 44% | Labor market, survey |
| Bellavance 2006 | Yes | 37 estimates from 34 studies (rejected 15 others that lacked desired data or were flawed) | $7.0M | + or - 19% | Labor market |

13

SEG

Miller (2000) started from the Miller 1989 JFE estimates and used statistical methods to adjust for differences between studies. It also added newer studies, primarily ones outside the United States. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.

Mrozek and Taylor (2002) searched intensively for studies of the value of life implied by wages paid for risky jobs. They coded all values from each study rather than a most appropriate estimate. A statistical analysis identified what factors accounted for the differences in values between studies. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.

Viscusi and Aldy (2003) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.

Kochi et al. (2006) searched intensively for studies of the value of life implied by wages and coded all values from each study rather than a most appropriate estimate. They did not filter study quality carefully. The best estimate was derived by statistical methods based on the distribution of the values within and across studies.

Bellavance et al. (2006) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.   926

14

SEG

## SUMMARY OF LOSSES FOR JUDSON RUSS

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| ***** | ******************************** | ************ |
| | **EARNINGS** | |
| | LOSS OF PAYMENT TO NORTHERN LEASING | $    9,247 |
| 1D | LOSS OF TIME AND EXPENSES | $    4,543 |
| | LOSS OF BUSINESS PROFITS | |
| 4D | Loss for 5 years | $  816,734 |
| 4D | Loss through age 67 | $3,031,280 |
| 5D | LOSS OF CREDIT EXPECTANCY | $  187,540 |
| | - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| | **LOSS OF ENJOYMENT OF LIFE** | |
| | REDUCTION IN VALUE OF LIFE | |
| 8D | Lower impairment rating | $  417,451 |
| 11D | Upper impairment rating | $  834,902 |

The information on this Summary of Losses is intended to summarize
losses under certain given assumptions.  Please refer to the report
and the tables for all the opinions.

LOSS OF TIME SPENT AND OUT OF POCKET EXPENSES
2002 - 2006

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-------|----------|
| 2002 | 43 | $465 | $465 |
| 2003 | 44 | 491 | 956 |
| 2004 | 45 | 510 | 1,466 |
| 2005 | 46 | 527 | 1,993 |
| 2006 | 47 | 2,550 | $4,543 |

JUDSON RUSS   $4,543

LOSS OF PAST BUSINESS PROFITS
2007 - 2010

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-------|----------|
| **** | *** | ******** | ******** |
| 2007 | 48 | $159,589 | $159,589 |
| 2008 | 49 | 159,733 | 319,322 |
| 2009 | 50 | 164,078 | 483,400 |
| 2010 | 51 | 126,403 | $609,803 |

JUDSON RUSS   $609,803

PRESENT VALUE OF FUTURE BUSINESS PROFITS
2010 - 2038

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| **** | *** | ******* | ******** | ********* | ********** |
| 2010 | 51 | $42,597 | 0.98891 | $42,125 | $42,125 |
| 2011 | 52 | 174,070 | 0.94678 | 164,806 | 206,931 |
| 2012 | 53 | 179,292 | 0.90644 | 162,517 | 369,448 |
| 2013 | 54 | 184,671 | 0.86782 | 160,261 | 529,709 |
| 2014 | 55 | 190,211 | 0.83085 | 158,037 | 687,746 |
| 2015 | 56 | 195,917 | 0.79545 | 155,842 | 843,588 |
| 2016 | 57 | 201,795 | 0.76156 | 153,679 | 997,267 |
| 2017 | 58 | 207,849 | 0.72912 | 151,547 | 1,148,814 |
| 2018 | 59 | 214,084 | 0.69805 | 149,441 | 1,298,255 |
| 2019 | 60 | 220,507 | 0.66831 | 147,367 | 1,445,622 |
| 2020 | 61 | 227,122 | 0.63984 | 145,322 | 1,590,944 |
| 2021 | 62 | 233,936 | 0.61258 | 143,305 | 1,734,249 |
| 2022 | 63 | 240,954 | 0.58648 | 141,315 | 1,875,564 |
| 2023 | 64 | 248,183 | 0.56150 | 139,355 | 2,014,919 |
| 2024 | 65 | 255,628 | 0.53757 | 137,418 | 2,152,337 |
| 2025 | 66 | 263,297 | 0.51467 | 135,511 | 2,287,848 |
| 2026 | 67 | 271,196 | 0.49274 | 133,629 | 2,421,477 |
| 2027 | 68 | 279,332 | 0.47175 | 131,775 | 2,553,252 |
| 2028 | 69 | 287,712 | 0.45165 | 129,945 | 2,683,197 |
| 2029 | 70 | 296,343 | 0.43241 | 128,142 | 2,811,339 |
| 2030 | 71 | 305,233 | 0.41399 | 126,363 | 2,937,702 |
| 2031 | 72 | 314,390 | 0.39635 | 124,608 | 3,062,310 |
| 2032 | 73 | 323,822 | 0.37946 | 122,877 | 3,185,187 |
| 2033 | 74 | 333,537 | 0.36330 | 121,174 | 3,306,361 |
| 2034 | 75 | 343,543 | 0.34782 | 119,491 | 3,425,852 |
| 2035 | 76 | 353,849 | 0.33300 | 117,832 | 3,543,684 |
| 2036 | 77 | 364,464 | 0.31881 | 116,195 | 3,659,879 |
| 2037 | 78 | 375,398 | 0.30523 | 114,583 | 3,774,462 |
| 2038 | 79 | 293,438 | 0.29526 | 86,641 | $3,861,103 |

JUDSON RUSS                        $3,861,103

PRESENT VALUE OF NET LOSS OF BUSINESS PROFITS
2007 - 2038

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-------|----------|
| **** | *** | ********** | ********** |
| 2007 | 48 | $159,589 | $159,589 |
| 2008 | 49 | 159,733 | 319,322 |
| 2009 | 50 | 164,078 | 483,400 |
| 2010 | 51 | 168,528 | 651,928 |
| 2011 | 52 | 164,806 | 816,734 |
| 2012 | 53 | 162,517 | 979,251 |
| 2013 | 54 | 160,261 | 1,139,512 |
| 2014 | 55 | 158,037 | 1,297,549 |
| 2015 | 56 | 155,842 | 1,453,391 |
| 2016 | 57 | 153,679 | 1,607,070 |
| 2017 | 58 | 151,547 | 1,758,617 |
| 2018 | 59 | 149,441 | 1,908,058 |
| 2019 | 60 | 147,367 | 2,055,425 |
| 2020 | 61 | 145,322 | 2,200,747 |
| 2021 | 62 | 143,305 | 2,344,052 |
| 2022 | 63 | 141,315 | 2,485,367 |
| 2023 | 64 | 139,355 | 2,624,722 |
| 2024 | 65 | 137,418 | 2,762,140 |
| 2025 | 66 | 135,511 | 2,897,651 |
| 2026 | 67 | 133,629 | 3,031,280 |
| 2027 | 68 | 131,775 | 3,163,055 |
| 2028 | 69 | 129,945 | 3,293,000 |
| 2029 | 70 | 128,142 | 3,421,142 |
| 2030 | 71 | 126,363 | 3,547,505 |
| 2031 | 72 | 124,608 | 3,672,113 |
| 2032 | 73 | 122,877 | 3,794,990 |
| 2033 | 74 | 121,174 | 3,916,164 |
| 2034 | 75 | 119,491 | 4,035,655 |
| 2035 | 76 | 117,832 | 4,153,487 |
| 2036 | 77 | 116,195 | 4,269,682 |
| 2037 | 78 | 114,583 | 4,384,265 |
| 2038 | 79 | 86,641 | $4,470,906 |

JUDSON RUSS   $4,470,906

LOSS OF CREDIT EXPECTANCY
2002 - 2006

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|----------|-----------|
| **** | *** | ******** | ******** |
| 2002 | 43 | $6,945 | $6,945 |
| 2003 | 44 | 43,044 | 49,989 |
| 2004 | 45 | 44,448 | 94,437 |
| 2005 | 46 | 45,968 | 140,405 |
| 2006 | 47 | 47,135 | $187,540 |

JUDSON RUSS   $187,540

LOSS OF PAST RVL TO JUDSON - LOWER
2002 - 2010

| YEAR | AGE | RVL | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2002 | 43 | $24,508 | $24,508 |
| 2003 | 44 | 42,788 | 67,296 |
| 2004 | 45 | 44,182 | 111,478 |
| 2005 | 46 | 45,694 | 157,172 |
| 2006 | 47 | 46,854 | 204,026 |
| 2007 | 48 | 48,766 | 252,792 |
| 2008 | 49 | 6,101 | 258,893 |
| 2009 | 50 | 6,267 | 265,160 |
| 2010 | 51 | 4,828 | $269,988 |

JUDSON RUSS   $269,988

PRESENT VALUE OF FUTURE RVL TO JUDSON - LOWER
2010 - 2038

| YEAR | AGE | RVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| **** | *** | ****** | ******** | ******** | ******** |
| 2010 | 51 | $1,627 | 0.98891 | $1,609 | $1,609 |
| 2011 | 52 | 6,649 | 0.94678 | 6,295 | 7,904 |
| 2012 | 53 | 6,848 | 0.90644 | 6,207 | 14,111 |
| 2013 | 54 | 7,053 | 0.86782 | 6,121 | 20,232 |
| 2014 | 55 | 7,265 | 0.83085 | 6,036 | 26,268 |
| 2015 | 56 | 7,483 | 0.79545 | 5,952 | 32,220 |
| 2016 | 57 | 7,707 | 0.76156 | 5,869 | 38,089 |
| 2017 | 58 | 7,938 | 0.72912 | 5,788 | 43,877 |
| 2018 | 59 | 8,176 | 0.69805 | 5,707 | 49,584 |
| 2019 | 60 | 8,421 | 0.66831 | 5,628 | 55,212 |
| 2020 | 61 | 8,674 | 0.63984 | 5,550 | 60,762 |
| 2021 | 62 | 8,934 | 0.61258 | 5,473 | 66,235 |
| 2022 | 63 | 9,202 | 0.58648 | 5,397 | 71,632 |
| 2023 | 64 | 9,478 | 0.56150 | 5,322 | 76,954 |
| 2024 | 65 | 9,762 | 0.53757 | 5,248 | 82,202 |
| 2025 | 66 | 10,055 | 0.51467 | 5,175 | 87,377 |
| 2026 | 67 | 10,357 | 0.49274 | 5,103 | 92,480 |
| 2027 | 68 | 10,668 | 0.47175 | 5,033 | 97,513 |
| 2028 | 69 | 10,988 | 0.45165 | 4,963 | 102,476 |
| 2029 | 70 | 11,318 | 0.43241 | 4,894 | 107,370 |
| 2030 | 71 | 11,658 | 0.41399 | 4,826 | 112,196 |
| 2031 | 72 | 12,008 | 0.39635 | 4,759 | 116,955 |
| 2032 | 73 | 12,368 | 0.37946 | 4,693 | 121,648 |
| 2033 | 74 | 12,739 | 0.36330 | 4,628 | 126,276 |
| 2034 | 75 | 13,121 | 0.34782 | 4,564 | 130,840 |
| 2035 | 76 | 13,515 | 0.33300 | 4,500 | 135,340 |
| 2036 | 77 | 13,920 | 0.31881 | 4,438 | 139,778 |
| 2037 | 78 | 14,338 | 0.30523 | 4,376 | 144,154 |
| 2038 | 79 | 11,208 | 0.29526 | 3,309 | $147,463 |

JUDSON RUSS                                    $147,463

PRESENT VALUE OF NET RVL TO JUDSON - LOWER
2002 - 2038

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ******** | ******** |
| 2002 | 43 | $24,508 | $24,508 |
| 2003 | 44 | 42,788 | 67,296 |
| 2004 | 45 | 44,182 | 111,478 |
| 2005 | 46 | 45,694 | 157,172 |
| 2006 | 47 | 46,854 | 204,026 |
| 2007 | 48 | 48,766 | 252,792 |
| 2008 | 49 | 6,101 | 258,893 |
| 2009 | 50 | 6,267 | 265,160 |
| 2010 | 51 | 6,437 | 271,597 |
| 2011 | 52 | 6,295 | 277,892 |
| 2012 | 53 | 6,207 | 284,099 |
| 2013 | 54 | 6,121 | 290,220 |
| 2014 | 55 | 6,036 | 296,256 |
| 2015 | 56 | 5,952 | 302,208 |
| 2016 | 57 | 5,869 | 308,077 |
| 2017 | 58 | 5,788 | 313,865 |
| 2018 | 59 | 5,707 | 319,572 |
| 2019 | 60 | 5,628 | 325,200 |
| 2020 | 61 | 5,550 | 330,750 |
| 2021 | 62 | 5,473 | 336,223 |
| 2022 | 63 | 5,397 | 341,620 |
| 2023 | 64 | 5,322 | 346,942 |
| 2024 | 65 | 5,248 | 352,190 |
| 2025 | 66 | 5,175 | 357,365 |
| 2026 | 67 | 5,103 | 362,468 |
| 2027 | 68 | 5,033 | 367,501 |
| 2028 | 69 | 4,963 | 372,464 |
| 2029 | 70 | 4,894 | 377,358 |
| 2030 | 71 | 4,826 | 382,184 |
| 2031 | 72 | 4,759 | 386,943 |
| 2032 | 73 | 4,693 | 391,636 |
| 2033 | 74 | 4,628 | 396,264 |
| 2034 | 75 | 4,564 | 400,828 |
| 2035 | 76 | 4,500 | 405,328 |
| 2036 | 77 | 4,438 | 409,766 |
| 2037 | 78 | 4,376 | 414,142 |
| 2038 | 79 | 3,309 | $417,451 |

JUDSON RUSS  $417,451

LOSS OF PAST RVL TO JUDSON - UPPER
2002 - 2010

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ******** | ******** |
| 2002 | 43 | $49,017 | $49,017 |
| 2003 | 44 | 85,575 | 134,592 |
| 2004 | 45 | 88,365 | 222,957 |
| 2005 | 46 | 91,387 | 314,344 |
| 2006 | 47 | 93,708 | 408,052 |
| 2007 | 48 | 97,532 | 505,584 |
| 2008 | 49 | 12,202 | 517,786 |
| 2009 | 50 | 12,534 | 530,320 |
| 2010 | 51 | 9,656 | $539,976 |

JUDSON RUSS   $539,976

PRESENT VALUE OF FUTURE RVL TO JUDSON - UPPER
2010 - 2038

| YEAR | AGE | RVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| **** | *** | ****** | ******** | ******** | ******** |
| 2010 | 51 | $3,254 | 0.98891 | $3,218 | $3,218 |
| 2011 | 52 | 13,297 | 0.94678 | 12,589 | 15,807 |
| 2012 | 53 | 13,696 | 0.90644 | 12,415 | 28,222 |
| 2013 | 54 | 14,107 | 0.86782 | 12,242 | 40,464 |
| 2014 | 55 | 14,530 | 0.83085 | 12,072 | 52,536 |
| 2015 | 56 | 14,966 | 0.79545 | 11,905 | 64,441 |
| 2016 | 57 | 15,415 | 0.76156 | 11,739 | 76,180 |
| 2017 | 58 | 15,877 | 0.72912 | 11,576 | 87,756 |
| 2018 | 59 | 16,353 | 0.69805 | 11,415 | 99,171 |
| 2019 | 60 | 16,844 | 0.66831 | 11,257 | 110,428 |
| 2020 | 61 | 17,349 | 0.63984 | 11,101 | 121,529 |
| 2021 | 62 | 17,869 | 0.61258 | 10,946 | 132,475 |
| 2022 | 63 | 18,405 | 0.58648 | 10,794 | 143,269 |
| 2023 | 64 | 18,957 | 0.56150 | 10,644 | 153,913 |
| 2024 | 65 | 19,526 | 0.53757 | 10,497 | 164,410 |
| 2025 | 66 | 20,112 | 0.51467 | 10,351 | 174,761 |
| 2026 | 67 | 20,715 | 0.49274 | 10,207 | 184,968 |
| 2027 | 68 | 21,336 | 0.47175 | 10,065 | 195,033 |
| 2028 | 69 | 21,976 | 0.45165 | 9,925 | 204,958 |
| 2029 | 70 | 22,635 | 0.43241 | 9,788 | 214,746 |
| 2030 | 71 | 23,314 | 0.41399 | 9,652 | 224,398 |
| 2031 | 72 | 24,013 | 0.39635 | 9,518 | 233,916 |
| 2032 | 73 | 24,733 | 0.37946 | 9,385 | 243,301 |
| 2033 | 74 | 25,475 | 0.36330 | 9,255 | 252,556 |
| 2034 | 75 | 26,239 | 0.34782 | 9,126 | 261,682 |
| 2035 | 76 | 27,026 | 0.33300 | 9,000 | 270,682 |
| 2036 | 77 | 27,837 | 0.31881 | 8,875 | 279,557 |
| 2037 | 78 | 28,672 | 0.30523 | 8,752 | 288,309 |
| 2038 | 79 | 22,412 | 0.29526 | 6,617 | $294,926 |

JUDSON RUSS                               $294,926

PRESENT VALUE OF NET RVL TO JUDSON - UPPER
2002 - 2038

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ******** | ******** |
| 2002 | 43 | $49,017 | $49,017 |
| 2003 | 44 | 85,575 | 134,592 |
| 2004 | 45 | 88,365 | 222,957 |
| 2005 | 46 | 91,387 | 314,344 |
| 2006 | 47 | 93,708 | 408,052 |
| 2007 | 48 | 97,532 | 505,584 |
| 2008 | 49 | 12,202 | 517,786 |
| 2009 | 50 | 12,534 | 530,320 |
| 2010 | 51 | 12,874 | 543,194 |
| 2011 | 52 | 12,589 | 555,783 |
| 2012 | 53 | 12,415 | 568,198 |
| 2013 | 54 | 12,242 | 580,440 |
| 2014 | 55 | 12,072 | 592,512 |
| 2015 | 56 | 11,905 | 604,417 |
| 2016 | 57 | 11,739 | 616,156 |
| 2017 | 58 | 11,576 | 627,732 |
| 2018 | 59 | 11,415 | 639,147 |
| 2019 | 60 | 11,257 | 650,404 |
| 2020 | 61 | 11,101 | 661,505 |
| 2021 | 62 | 10,946 | 672,451 |
| 2022 | 63 | 10,794 | 683,245 |
| 2023 | 64 | 10,644 | 693,889 |
| 2024 | 65 | 10,497 | 704,386 |
| 2025 | 66 | 10,351 | 714,737 |
| 2026 | 67 | 10,207 | 724,944 |
| 2027 | 68 | 10,065 | 735,009 |
| 2028 | 69 | 9,925 | 744,934 |
| 2029 | 70 | 9,788 | 754,722 |
| 2030 | 71 | 9,652 | 764,374 |
| 2031 | 72 | 9,518 | 773,892 |
| 2032 | 73 | 9,385 | 783,277 |
| 2033 | 74 | 9,255 | 792,532 |
| 2034 | 75 | 9,126 | 801,658 |
| 2035 | 76 | 9,000 | 810,658 |
| 2036 | 77 | 8,875 | 819,533 |
| 2037 | 78 | 8,752 | 828,285 |
| 2038 | 79 | 6,617 | $834,902 |

JUDSON RUSS  $834,902

July 16, 2010

**WORK NOTES - DISCOUNTED** (SRU/BAE)

BASIC FACTS: **CREDIT DAMAGE CASE** OF 41 YR-OLD MALE WHOSE SIGNATURE WAS FORGED TO ENTER INTO FRAUDULENT CONTRACTS, RESULTING IN CREDIT DAMAGE, LOSS OF TIME, OUT OF POCKET EXPENSES, LOSS OF BUSINESS PROFITS, ETC.

CONTROL INFO
NAME: JUDSON RUSS
GENDER: MALE
RACE: CAUCASIAN
DOB: ▮

DOI: MARCH 26, 2001
DOL: JUNE 1, 2002 (LOSS OF TIME, RVL); NOVEMBER 1, 2002 (CREDIT
     EXPECTANCY); JANUARY 1, 2007 (BUSINESS PROFITS)
DOT: OCTOBER 1, 2010

AGE AT DOI: 41.7
AGE AS OF DOT: 51.2
RLE AS OF DOT: 28.0
LE AS OF DOT: 79.2

GROWTH RATE: 4.05% NOMINAL
DISCOUNT RATE: 4.45% NOMINAL

FAMILY BACKGROUND
MARITAL STATUS: MARRIED
FAMILY MEMBERS: ▮ RUSS-WIFE;
       ▮ RUSS-DAUGHTER;
       ▮ RUSS-DAUGHTER;
       ▮ RUSS-DAUGHTER;

LOSS OF PAYMENTS MADE TO NORTHERN LEASING
NORTHERN LEASING BEGAN TO DEBIT MONTHLY PAYMENTS FOR FOUR SEPARATE CONTRACTS FROM MR. RUSS'S BANK ACCOUNTS BEGINNING IN APRIL 2001 UNTIL HE DISCOVERED THE PAYMENTS AND CLOSED HIS BANK ACCOUNTS IN LATE 2002.  MR. RUSS BELIEVES THE PAYMENTS WERE APPROXIMATELY $65 PER CONTRACT PER MONTH, IN ADDITION TO STARTUP AND ACTIVATION FEES.  HE CALCULATED THE TOTAL AMOUNT TAKEN FROM HIS ACCOUNTS BY NORTHERN LEASING TO BE $9,247.

**LOSS OF PAYMENTS**
**= 9247**

LOSS OF TIME SPENT AND OUT OF POCKET EXPENSES
MR. RUSS ESTIMATES THAT BETWEEN 2002 AND 2006 HE SPENT AT LEAST 5 WEEKS' WORTH OF TIME DEVOTED TO DEALING WITH NORTHERN LEASING AND THEIR LAWSUITS AGAINST HIM, INCLUDING COMPILING VOLUMINOUS DOCUMENTATION AND COMMUNICATIONS, CLOSING AND RE-OPENING BANK

1

ACCOUNTS, ATTORNEY COMMUNICATIONS, TRIPS FROM FLORIDA TO NEW YORK
FOR COURT APPEARANCES, ETC.  MR. RUSS CONSERVATIVELY ESTIMATES
HIS OUT OF POCKET TRAVEL EXPENSES TO BE $2,000.

THE LOSS OF TIME SPENT IS ILLUSTRATED AT 40 HOURS OF TIME SPENT
IN EACH YEAR FROM 2002 THROUGH 2006, AND IS VALUED AT $11.63 PER
HOUR IN YEAR 2002 DOLLARS BASED ON THE MEDIAN WAGES OF THE
AVERAGE OF OFFICE CLERKS AND PAYROLL AND TIMEKEEPING CLERKS IN
FLORIDA.  WAGES IN 2003 THROUGH 2006 ARE GROWN AT NATIONAL
AVERAGE WAGE GROWTH OF 5.61 PERCENT IN 2003, 3.80 PERCENT IN
2004, 3.42 PERCENT IN 2005, AND 4.40 PERCENT IN 2006.  THIS WAGE
DATA IS FROM THE OCCUPATIONAL EMPLOYMENT STATISTICS AND WAGES FOR
THE STATE OF FLORIDA, WAGE DATA AS OF 2002, FOUND AT
WWW.LABORMARKETINFO.COM.  IN ADDITION MR. RUSS'S ESTIMATE OF
$2,000 IN OUT OF POCKET EXPENSES ARE ADDED TO THE LOSS IN 2006.

LOSS ESTIMATE
2002 = [9.97 (02 MEDIAN OFFICE CLERK) + 13.29 (02 MEDIAN PAYROLL
       AND TIMEKEEPING CLERK)] / 2 = 11.63 * 40HRS = **465**
2003 = 465 * 5.61% (03 GRW) = **491**
2004 = 491 * 3.80% (04 GRW) = **510**
2005 = 510 * 3.42% (05 GRW) = **527**
2006 = 527 * 4.40% (06 GRW) = 550 + 2000 (TRAVEL EXPENSES) = **2550**

LOSS OF BUSINESS OPPORTUNITY
MR. RUSS OWNS A COMPANY CALLED RAPID CASH ADVANCES.  THE COMPANY
IS LICENSED TO CASH CHECKS AND ACT AS A BILL PAYMENT CENTER FOR
LOCAL UTILITIES, AND ALSO OFFERS PAYDAY ADVANCES.  HE OPENED HIS
FIRST LOCATION IN 1995 AND CURRENTLY HAS APPROXIMATELY 22
EMPLOYEES OVER 10 LOCATIONS.  MR. RUSS MOSTLY OVERSEES THE
OPERATIONS OF HIS STORES, AND HIS WIFE ███████ SERVES AS GENERAL
MANAGER.  HE DOES NOT DRAW A SALARY, BUT HIS NET BUSINESS INCOME
IN 2009 WAS APPROXIMATELY $399,000.

MR. RUSS STATES THAT HE HAD AN OPPORTUNITY, WHILE HE WAS BEING
SUED BY NORTHERN LEASING, TO PURCHASE THREE CHECK-CASHING
LOCATIONS FROM A COMPETITOR WHO WAS LOOKING TO SELL HIS BUSINESS.
THE LANDLORD WOULD NOT APPROVE THE TRANSACTIONS BECAUSE OF HIS
CREDIT ISSUES, AND SO THE DEALS FELL THROUGH.  MR. RUSS ESTIMATES
THAT HIS GOOD STORES GENERATE APPROXIMATELY $12,000 PER MONTH,
WHILE COSTING APPROXIMATELY $6,000 PER MONTH TO OPERATE, MAKING A
PROFIT OF APPROXIMATELY $72,000 PER YEAR.  HE BELIEVES THAT TWO
OF THE THREE STORES HE WOULD HAVE TAKEN OVER WOULD HAVE MADE AT
LEAST $72,000 PER YEAR IN PROFIT, AND AS MUCH AS $100,000 PER
YEAR OR MORE.  THE THIRD LOCATION, MR. RUSS ESTIMATES, WOULD ONLY
HAVE EARNED ABOUT $25,000 PER YEAR IN PROFIT.  MR. RUSS BELIEVES
MISSING THESE OPPORTUNITIES WAS A MAJOR SETBACK FOR HIS BUSINESS.

THE LOSS OF BUSINESS OPPORTUNITY IS ILLUSTRATED TO BEGIN ON
JANUARY 1, 2007, ALLOWING FOR A REASONABLE TIME FOR MR. RUSS TO
PURCHASE THE THREE ADDITIONAL LOCATIONS AND HAVE THEM PRODUCE AT
THE RATE OF HIS OTHER STORES.  THE LOSS IS ILLUSTRATED AT

2

$169,000 PER YEAR IN 2010 DOLLARS, BASED ON MR. RUSS'S ESTIMATE
OF THEIR COMBINED PROFITABILITY.  THE LOSS IS ILLUSTRATED THROUGH
MR. RUSS'S LIFE EXPECTANCY, BUT IT MAY BE NECESSARY TO CONSIDER A
SHORTER PERIOD OF LOSS IF IT IS DETERMINED THAT MR. RUSS IS ABLE
TO RECOVER FROM THE LOSS OF OPPORTUNITY AT AN EARLIER DATE.
FUTURE LOSSES ARE GROWN AT 3.00 PERCENT.

OPPORTUNITY LOSS
2007 = 159733 / 0.09% (08 INFL) = **159589**
2008 = 164078 / 2.72% (09 INFL) = **159733**
2009 = 169000 (10 BASE) / 3.00E% (EST. 10 INFL) = **164078**
2010 = 72000 (EST. ANNUAL PROFIT FOR FIRST STORE) + 72000 (EST.
    ANNUAL PROFIT FOR SECOND STORE) + 25000 (EST. ANNUAL PROFIT
    FOR THIRD STORE) = **169000 THRU LE AT 3.00%**

CREDIT EXPECTANCY
BEFORE HE HAD BEEN INVOLVED WITH NORTHERN LEASING, MR. RUSS HAD
BEEN TOLD HE HAD GOOD CREDIT AND HAD NEVER HAD PROBLEMS SECURING
LINES OF CREDIT AT FAVORABLE RATES.  AN EXPERIAN PRINTOUT DATED
MARCH 28, 2001 LISTS HIS CREDIT SCORE AT 689.  MR. RUSS STATES
THAT WHILE HE WAS BEING HARASSED AND SUED BY NORTHERN LEASING, HE
HAD HIS AMERICAN EXPRESS BUSINESS LINE OF CREDIT CUT FROM $60,000
TO $10,000.  ADDITIONALLY, WHEN HE ATTEMPTED TO PURCHASE A HOME
IN JANUARY 2003, HE WAS INFORMED OF HIS CREDIT DELINQUENCIES AND
FORCED TO ACCEPT A MUCH WORSE INTEREST RATE.  AS A RESULT, MR.
RUSS USED ALL OF THE DISPOSABLE INCOME HE COULD TO PAY OFF THE
MORTGAGE BEFORE HIS ADJUSTABLE RATE WAS SET TO CHANGE IN 2010.

I ESTIMATE MR, RUSS'S ADDITIONAL CREDIT CAPACITY TO BE $325,000
BASED ON HIS CREDIT REPORT DATED JUNE 1, 2004.  THIS STANDBY
EXPECTANCY HAS A VALUE SIMILAR TO THE VALUE OF A SAFETY NET FOR A
TRAPEZE ARTIST, OR THE VALUE OF A TERM LIFE POLICY FOR A PERSON
WHO CONTINUES TO LIVE A HEALTHY LIFE - THE VALUE DOES NOT DEPEND
UPON THE ACTUAL USE.  THE LOSS OF EXPECTANCY IS ESTIMATED BY THE
COSTS OF USING THIS CREDIT UNDER NORMAL CIRCUMSTANCES,
APPROXIMATELY 12 PERCENT PER YEAR, AND THE COSTS OF USING THIS
CREDIT, IF AVAILABLE, AT THE HIGHEST RATES CHARGED TO THOSE WHO
ARE VIEWED AS HIGH CREDIT RISKS, APPROXIMATELY 25 PERCENT.  THIS
DIFFERENCE IS 13 PERCENT PER YEAR AND IS AN ESTIMATE OF THE VALUE
OF THE EXPECTANCY LOSS.  MR. RUSS BELIEVES THAT THE NORTHERN
LEASING DELINQUENCIES WERE EXPUNGED FROM HIS RECORD FOLLOWING THE
DISMISSAL OF THEIR LAWSUITS, APPROXIMATELY THE BEGINNING OF 2007.

**THE LOSS IS ILLUSTRATED AT 13 PERCENT OF $325,000 IN YEAR 2002
DOLLARS FROM THE ESTIMATED PERIOD OF TIME THAT MR. RUSS'S CREDIT
WAS NEGATIVELY AFFECTED, NOVEMBER 1, 2002 THROUGH DECEMBER 31,
2006.**

LOSS OF CREDIT EXPECTANCY
2002 = 325000 * 13% = 42250 / 365DAYS * 60DAYS = 6945
2003 = 42250 * 1.88% (03 INFL) = **43044**
2004 = 43044 * 3.26% (04 INFL) = **44448**
2005 = 44448 * 3.42% (05 INFL) = **45968**
2006 = 45968 * 2.54% (06 INFL) = **47135**

REDUCTION IN VALUE OF LIFE ("RVL")
I ILLUSTRATE THE RANGE TO BEGIN ON JUNE 1, 2002 AT BETWEEN 40%
AND 80% FROM JUNE 2002 THROUGH 2007 AND BETWEEN 5% AND 10%
THEREAFTER.  SEE INTERVIEW NOTES FOR DETAILS.  LOSS CONFIRMED IN
INTERVIEW.

LOWER
2002 = 106969 / 1.88% INFLATION = 104995 * 40% = 41998 / 365DAYS
       * 213DAYS = **24508**
2003 = 110456 / 3.26% INFLATION = 106969 * 40% = **42788**
2004 = 114234 / 3.42% INFLATION = 110456 * 40% = **44182**
2005 = 117135 / 2.54% INFLATION = 114234 * 40% = **45694**
2006 = 121915 / 4.08% INFLATION = 117135 * 40% = **46854**
2007 = 122024 / 0.09% INFLATION = 121915 * 40% = **48766**
2008 = 125343 / 2.72% INFLATION = 122024 * 5% = **6101**
2009 = 129104 (2010 EST BASE) / 3.00% EST. 09 INFL = 125343 *
       5% = **6267**
2010 = 129104 (BASE) * 5% = **6455 THRU LE AT 3.00%**

UPPER
2002 = 106969 / 1.88% INFLATION = 104995 * 80% = 83996 / 365DAYS
       * 213DAYS = **49017**
2003 = 110456 / 3.26% INFLATION = 106969 * 80% = **85575**
2004 = 114234 / 3.42% INFLATION = 110456 * 80% = **88365**
2005 = 117135 / 2.54% INFLATION = 114234 * 80% = **91387**
2006 = 121915 / 4.08% INFLATION = 117135 * 80% = **93708**
2007 = 122024 / 0.09% INFLATION = 121915 * 80% = **97532**
2008 = 125343 / 2.72% INFLATION = 122024 * 10% = **12202**
2009 = 129104 (2010 EST BASE) / 3.00% EST. 09 INFL = 125343 *
       10% = **12534**
2010 = 129104 (BASE) * 10% = **12910 THRU LE AT 3.00%**

4

**BAE TCW/JUDSON RUSS (PL) ON 07-14-2010 AT C ████████████**

FINANCIAL/CREDIT DAMAGE

MR. RUSS OWNS A COMPANY CALLED RAPID CASH ADVANCES.  THE COMPANY
IS LICENSED TO CASH CHECKS AND ACT AS A BILL PAYMENT CENTER FOR
LOCAL UTILITIES, AND ALSO OFFERS PAYDAY ADVANCES.  HE OPENED HIS
FIRST LOCATION IN 1995 AND CURRENTLY HAS APPROXIMATELY 22
EMPLOYEES OVER 10 LOCATIONS.  MR. RUSS HAD 5 LOCATIONS IN 2002
WHEN HIS PROBLEMS WITH NORTHERN LEASING BEGAN, AND AS A RESULT HE
HAD TO CLOSE 2 OF HIS STORES.  OVER THE COURSE OF THE LAST FOUR
YEARS OR SO, HE BEGAN BUILDING HIS BUSINESS AGAIN AND OPENING
MORE LOCATIONS.  MR. RUSS MOSTLY OVERSEES THE OPERATIONS OF HIS
STORES, AND HIS WIFE ████████ SERVES AS GENERAL MANAGER.  HE DOES
NOT DRAW A SALARY, BUT HIS NET BUSINESS INCOME IN 2009 WAS
APPROXIMATELY $399,000 - WHICH HE DESCRIBES AS HAVING GROWN
MODERATELY SINCE HE WAS IN A POSITION TO AGAIN BEGIN EXPANDING
HIS BUSINESS.

IN DECEMBER OF 2000, MR. RUSS WAS GOING THROUGH A BAD DIVORCE AND
TOOK EXTENDED TRIPS TO EUROPE TO CLEAR HIS MIND.  HE HAD BEEN
GONE FROM LATE DECEMBER 2000 UNTIL FEBRUARY 2001, AND THEN AGAIN
FROM LATE FEBRUARY UNTIL JUNE 2001.  IT WAS SOMETIME BETWEEN
FEBRUARY AND JUNE 2001 THAT NORTHERN LEASING FRAUDULENTLY ENTERED
INTO CONTRACTS WITH HIM ON HIS BEHALF.  MR. RUSS CAME BACK TO THE
U.S. IN JUNE 2001 JUST TO FINALIZE HIS DIVORCE AND THEN WENT BACK
TO EUROPE UNTIL APRIL OF 2002.  HE HAD MET A WOMAN - HIS CURRENT
WIFE ████████ - IN EUROPE AND STAYED WITH HER UNTIL HER VISA WAS
APPROVED.

THE CONTRACTS THAT WERE ENTERED INTO WITH NORTHERN LIGHTING WERE
FOR FOUR CHECK SCANNING MACHINES THAT COST APPROXIMATELY $65 EACH
PER MONTH, PLUS ADDITIONAL ONE-TIME FEES THAT MR. RUSS BELIEVES
WERE APPROXIMATELY $500.  WHEN MR. RUSS RETURNED FROM EUROPE IN
LATE APRIL 2002 AND BEGAN GOING OVER HIS COMPANY'S FINANCIALS
MORE CLOSELY, HE NOTICED THE CHARGES FROM NORTHERN LEASING, AND
BEGAN THE PROCESS OF SEVERING HIS RELATIONSHIP WITH THEM.

AT THE REQUEST OF NORTHERN LEASING, MR. RUSS PROVIDED VOLUMINOUS
DOCUMENTS OF PROOF THAT HE HAD NOT AUTHORIZED ANY CONTRACTS WITH
THEM - TO NO AVAIL.  HE ENDED UP CLOSING HIS BUSINESS BANK
ACCOUNTS, SUFFERING MUCH HARASSMENT AND INTENTIONALLY FRUITLESS
BUREAUCRACY - PLUS NEGATIVE REPORTING TO THE CREDIT BUREAUS AND
FOUR LAWSUITS (ONE FOR EACH CONTRACT) AGAINST HIM.  AFTER YEARS
OF LEGAL WRANGLING, AT APPROXIMATELY THE BEGINNING OF 2007,
NORTHERN LEASING'S LAWSUIT AGAINST MR. RUSS WAS DISMISSED.

MR. RUSS CALCULATED THE AMOUNT OF MONEY DEBITED FROM HIS ACCOUNTS
BY NORTHERN LEASING TO BE $9,247.  HE WAS FORCED TO MAKE AT LEAST
2 TO 3 TRIPS FROM FLORIDA TO NEW YORK FOR COURT PURPOSES, THE
EXPENSES OF WHICH HE ESTIMATED TO BE OVER $2,000.  MR. RUSS FOUND
HIMSELF IN FINANCIAL DISTRESS WHEN HE HAD TO CLOSE HIS BUSINESS
BANK ACCOUNTS IN ORDER TO PREVENT NORTHERN LEASING FROM TAKING

PAYMENTS.  HE HAD TO USE HIS AMERICAN EXPRESS BUSINESS CREDIT
CARD TO PAY HIS EMPLOYEES.  WHEN CHARGE OFFS APPEARED ON HIS
CREDIT REPORT (APPROXIMATELY NOVEMBER OF 2002) AND HE WAS SUED,
AMERICAN EXPRESS CUT HIS CREDIT LINE FROM $60,000 TO $10,000,
WHICH WAS NOT ENOUGH TO COVER HIS PAYROLL.  IN ADDITION TO HAVING
TO CLOSE TWO OF HIS STORES, FOR A TIME MR. RUSS HAD TO ACTUALLY
ADVANCE PAYMENTS TO HIMSELF THROUGH THE COMPANY.

IN ADDITION, MR. RUSS AND HIS WIFE BOUGHT A HOUSE IN EARLY 2003.
HIS CREDIT SCORE IN MARCH OF 2001 WAS 689.  HE DOES NOT KNOW WHAT
HIS SCORE WAS WHEN APPLYING FOR THE MORTGAGE, BUT THE BROKER TOLD
HIM OF THE PROBLEMS ON HIS REPORT AND SUGGESTED THEY TRY TO PUT
THE HOUSE IN ███████████ NAME.  SHE HAD NO CREDIT HISTORY, SO THEY
WERE FORCED TO ACCEPT A WORSE INTEREST RATE.  MR. RUSS DOES NOT
KNOW WHAT THE RATE WAS, BUT HE WORKED HARD TO PAY HIS HOUSE OFF
BEFORE HIS RATE WOULD HAVE SKYROCKETED AFTER AN INITIAL SEVEN-
YEAR PERIOD.

MR. RUSS HAD AN OPPORTUNITY, WHILE HE WAS BEING SUED BY NORTHERN
LEASING, TO PURCHASE THREE CHECK-CASHING LOCATIONS FROM A
COMPETITOR WHO WAS LOOKING TO SELL HIS BUSINESS.  THE LANDLORD
WOULD NOT APPROVE THE TRANSACTIONS BECAUSE OF HIS CREDIT ISSUES,
AND SO THE DEALS FELL THROUGH.  MR. RUSS ESTIMATES THAT HIS GOOD
STORES GENERATE APPROXIMATELY $12,000 PER MONTH, WHILE COSTING
APPROXIMATELY $6,000 PER MONTH TO OPERATE, MAKING A PROFIT OF
APPROXIMATELY $72,000 PER YEAR.  HE BELIEVES THAT TWO OF THE
THREE STORES HE WOULD HAVE TAKEN OVER WOULD HAVE MADE AT LEAST
$72,000 PER YEAR IN PROFIT, AND AS MUCH AS $100,000 OR MORE.  THE
THIRD LOCATION HE ESTIMATES WOULD ONLY HAVE MADE ABOUT $25,000
PER YEAR IN PROFIT.  MR. RUSS BELIEVES MISSING THESE
OPPORTUNITIES WAS A MAJOR SETBACK FOR HIS BUSINESS.

IN ADDITION TO HIS EXPENSES, CREDIT DAMAGES, AND OPPORTUNITY
COSTS, MR. RUSS HAS SPENT A GREAT DEAL OF HIS TIME AND ENERGY
FIGHTING LAWSUITS AND ATTEMPTING TO RESTORE HIS GOOD NAME.  HE
HAS A FOLDER APPROXIMATELY 6 INCHES THICK OF PAPERWORK AND
ESTIMATES AT LEAST 5 WEEKS OF FULL-TIME DEVOTION TO THIS MATTER.

SINCE NORTHERN LEASING'S LAWSUIT AGAINST HIM WAS DISMISSED, MR.
RUSS HAS BEEN TOLD THAT HE HAS GOOD CREDIT, AND SO HE ASSUMES
THAT THE NEGATIVE REPORTS HAVE BEEN REMOVED FROM HIS CREDIT
REPORT.  HE IS ACTIVELY PURSUING OTHER BUSINESS AND EXPANSION
OPPORTUNITIES, BUT BELIEVES THAT HE WOULD BE IN A MUCH GREATER
FINANCIAL POSITION IF NOT FOR NORTHERN LEASING'S PROBLEMS.

RVL

OCCUPATIONAL
FROM 2003 THROUGH 2006 MR. RUSS WAS VERY LIMITED, BUSINESS-WISE.
HE FOUND HIMSELF IN A VERY DIFFICULT SITUATION, HAVING TO BORROW
MONEY TO PAY HIS EMPLOYEES, CLOSE DOWN TWO OF HIS STORES, AND
TURN DOWN BUSINESS OPPORTUNITIES THAT WOULD HAVE GENERATED

CONSIDERABLE WEALTH.  MR. RUSS WOULD HAVE FELT WAY AHEAD OF THE
GAME BECAUSE THE LAST SEVERAL YEARS WERE VERY GOOD FOR GROWTH IN
HIS LINE OF WORK, AND INSTEAD HE WAS SLOWED DOWN.

EMOTIONAL
MR. RUSS GETS VERY ANGRY OVER HIS SITUATION EVERY TIME HE THINKS
OR TALKS ABOUT IT.  HE HAD BEEN REASONABLE AND VERY COOPERATIVE
WHEN INITIALLY ATTEMPTING TO RECTIFY THE SITUATION WITH NORTHERN
LEASING, BUT THEY HAD BEEN VERY RUDE AND HARASSING AND
UNREASONABLE.  IT WAS A GREAT DEAL OF STRESS AND DRAGGED OUT OVER
A PERIOD OF TIME THAT WAS MUCH LONGER THAN IT OUGHT TO HAVE BEEN.
MR. RUSS FELT VERY EMBARRASSED AND LIKE A SCUMBAG OVER HAVING
CREDIT ISSUES.  HE RUNS A PAY ADVANCE BUSINESS, AND HE COULD NOT
GET HIMSELF APPROVED FOR CERTAIN LOANS - WHICH FELT VERY IRONIC
TO HIM.

ALL OF THIS STRESS GREATLY AFFECTED HIS MOOD, AND MR. RUSS WOULD
FIND HIMSELF TAKING HIS FRUSTRATIONS OUT ON HIS FAMILY AND
EMPLOYEES, WHICH WAS NOT HELPFUL FOR ANYBODY.  HE FEELS THAT HE
HAS MOSTLY OVERCOME THE SITUATION WITH NORTHERN LEASING, BUT HE
WILL NEVER GET OVER IT AND THE FACT THAT HIS BUSINESS WOULD BE
DOING SO MUCH BETTER IF NOT FOR THEM.  HE ESTIMATES HIS QUALITY
OF LIFE FROM THE TIME HE DISCOVERED NORTHERN LEASING'S FRAUD
UNTIL APPROXIMATELY THE END OF 2007 TO BE APPROXIMATELY 20%-30%,
AND 90%-95% THEREAFTER.

# JUDSON RUSS CREDIT ACCOUNTS

| Lender | High / Limit | Date Opened |
|---|---|---|
| CITI Cards CBSDNA | $20,000 | Apr-88 |
| Bank of America | $5,500 | Sep-97 |
| First Union Vehicle Leasing | $26,399 | Jan-99 |
| Bank of America | $29,026 | May-99 |
| Chrysler Financial | $12,171 | May-00 |
| AMSouth BKCard | $10,000 | Nov-00 |
| Burdines/FDSB | $1,200 | Dec-00 |
| GMAC | $24,992 | Feb-01 |
| Northern Leasing | $3,070 | Apr-01 |
| Northern Leasing | $3,070 | Apr-01 |
| Northern Leasing | $3,070 | Apr-01 |
| Northern Leasing | $3,070 | Apr-01 |
| Retailers National Bank | $4,000 | Jan-03 |
| ABN AMRO Mortgage | $144,000 | Jan-03 |
| Citi Financial | $6,500 | Jan-03 |
| CB USA Sears | $3,100 | Mar-03 |
| Chase, NA | $20,000 | Jun-03 |
| Discover Financial Services | $6,000 | Sep-03 |
| TOTAL | $325,168 | |

```
07-16-10
01 CN ** 00 JUDSON RUSS
01 /* ** 00 TIME SPENT AND OUT OF POCKET
01 CC ** 00 01-01-2002 10-01-2010 03-26-2001 07-24-1959 10-04-2038 12-31
01 CC ** 00 WM XXXX 7 PXX O N
01 PJ WA 00 01-01-2002 12-31-2002 1 465 0 0.00 0.00
01 PJ WA 01 01-01-2003 12-31-2003 1 491 0 0.00 0.00
01 PJ WA 02 01-01-2004 12-31-2004 1 510 0 0.00 0.00
01 PJ WA 03 01-01-2005 12-31-2005 1 527 0 0.00 0.00
01 PJ WA 04 01-01-2006 12-31-2006 1 2550 0 0.00 0.00
01 IN ** 00 1 10-01-2010 10-04-2038 1 4.45
01 FM ** 00 0 59 N N N X X X X X X X X X
01 TB WA P  01-01-2002 12-31-2006 0 0 1 1
01 TB SM P  01-01-2002 12-31-2006 0 0 2 1

02 CN ** 00 JUDSON RUSS
02 /* ** 00 BUSINESS OPPORTUNITY
02 CC ** 00 01-01-2007 10-01-2010 03-26-2001 07-24-1959 10-04-2038 12-31
02 CC ** 00 WM XXXX 7 XXB O N
02 PJ WA 00 01-01-2007 12-31-2007 1 159589 0 0.00 0.00
02 PJ WA 01 01-01-2008 12-31-2008 1 159733 0 0.00 0.00
02 PJ WA 02 01-01-2009 12-31-2009 1 164078 0 0.00 0.00
02 PJ WA 03 01-01-2010 10-04-2038 1 169000 1 3.00 0.00
02 IN ** 00 1 10-01-2010 10-04-2038 1 4.45
02 FM ** 00 0 59 N N N X X X X X X X X X
02 TB WA P  01-01-2007 09-30-2010 0 0 3 1
02 TB WA F  10-01-2010 10-04-2038 0 1 4 1
02 TB SM B  01-01-2007 10-04-2038 0 1 5 1

03 CN ** 00 JUDSON RUSS
03 /* ** 00 CREDIT EXPECTANCY
03 CC ** 00 11-01-2002 10-01-2010 03-26-2001 07-24-1959 10-04-2038 12-31
03 CC ** 00 WM XXXX 7 PXX O N
03 PJ WA 00 11-01-2002 12-31-2002 1 6945 0 0.00 0.00
03 PJ WA 01 01-01-2003 12-31-2003 1 43044 0 0.00 0.00
03 PJ WA 02 01-01-2004 12-31-2004 1 44448 0 0.00 0.00
03 PJ WA 03 01-01-2005 12-31-2005 1 45968 0 0.00 0.00
03 PJ WA 04 01-01-2006 12-31-2006 1 47135 0 0.00 0.00
03 IN ** 00 1 10-01-2010 10-04-2038 1 4.45
03 FM ** 00 0 59 N N N X X X X X X X X X
03 TB WA P  11-01-2002 12-31-2006 0 0 6 1
03 TB SM P  11-01-2002 12-31-2006 0 0 7 1
```

```
04 CN ** 00 SURGEON RUSS
04 /* ** 00 RVL - LOWER
04 CC ** 00 06-01-2002 10-01-2010 03-26-2001 07-24-1959 10-04-2038 12-31
04 CC ** 00 WM XXXX 7 XXB O N
04 PJ X1 00 06-01-2002 12-31-2002 1 24508 0 0.00 0.00
04 PJ X1 01 01-01-2003 12-31-2003 1 42788 0 0.00 0.00
04 PJ X1 02 01-01-2004 12-31-2004 1 44182 0 0.00 0.00
04 PJ X1 03 01-01-2005 12-31-2005 1 45694 0 0.00 0.00
04 PJ X1 04 01-01-2006 12-31-2006 1 46854 0 0.00 0.00
04 PJ X1 05 01-01-2007 12-31-2007 1 48766 0 0.00 0.00
04 PJ X1 06 01-01-2008 12-31-2008 1 6101 0 0.00 0.00
04 PJ X1 07 01-01-2009 12-31-2009 1 6267 0 0.00 0.00
04 PJ X1 08 01-01-2010 10-04-2038 1 6455 1 3.00 0.00
04 IN ** 00 1 10-01-2010 10-04-2038 1 4.45
04 FM ** 00 0 59 N N N X X X X X X X X
04 TB X1 P 06-01-2002 09-30-2010 0 0 8 1
04 TB X1 F 10-01-2010 10-04-2038 0 1 9 1
04 TB SM B 06-01-2002 10-04-2038 0 1 10 1


05 CN ** 00 JUDSON RUSS
05 /* ** 00 RVL - UPPER
05 CC ** 00 06-01-2002 10-01-2010 03-26-2001 07-24-1959 10-04-2038 12-31
05 CC ** 00 WM XXXX 7 XXB O N
05 PJ X1 00 06-01-2002 12-31-2002 1 49017 0 0.00 0.00
05 PJ X1 01 01-01-2003 12-31-2003 1 85575 0 0.00 0.00
05 PJ X1 02 01-01-2004 12-31-2004 1 88365 0 0.00 0.00
05 PJ X1 03 01-01-2005 12-31-2005 1 91387 0 0.00 0.00
05 PJ X1 04 01-01-2006 12-31-2006 1 93708 0 0.00 0.00
05 PJ X1 05 01-01-2007 12-31-2007 1 97532 0 0.00 0.00
05 PJ X1 06 01-01-2008 12-31-2008 1 12202 0 0.00 0.00
05 PJ X1 07 01-01-2009 12-31-2009 1 12534 0 0.00 0.00
05 PJ X1 08 01-01-2010 10-04-2038 1 12910 1 3.00 0.00
05 IN ** 00 1 10-01-2010 10-04-2038 1 4.45
05 FM ** 00 0 59 N N N X X X X X X X X
05 TB X1 P 06-01-2002 09-30-2010 0 0 11 1
05 TB X1 F 10-01-2010 10-04-2038 0 1 12 1
05 TB SM B 06-01-2002 10-04-2038 0 1 13 1
```