UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------------

| | | |
|---|---|---|
| MELINDA SERIN, ET AL., | : | CASE NO. 7:06CV01625 |
| Plaintiff, | : | |
| vs. | : | ORDER AS TO DAUBERT HEARING(S) |
| NORTH LEASING SYSTEMS, INC., ET AL., | : | |
| Defendants. | : | |

------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court notifies the parties that Daubert hearing(s) will be conducted during the trial days and before the witness testifies before a jury.

IT IS SO ORDERED.

Dated: November 5, 2010

JAMES S. GWIN
UNITED STATES DISTRICT JUDGE