MOSES & SINGER LLP
Robert D. Lillienstein (RL-4585)
Declan M. Butvick, Esq. (DB-8289)
405 Lexington Avenue
New York, New York 10174
(212) 554-7800 (telephone)
(212) 554-7700 (facsimile)

*Attorneys for Defendants Northern Leasing Systems, Inc.,*
*Jay Cohen, Rich Hahn, and Sara Krieger*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
MELINDA SERIN, JUDSON RUSS, LONG SOUI  :
LIM, PERI KETTLER, GORDON REDNER, AND  :
THOMAS J. SMITH,                                                              :
                                                                                                :
                                                                                                :
                                     Plaintiffs,                                    :
                                                                                                :     06 CV 1625 (JSG)
                                                                                                :
            -against-                                                                   :
                                                                                                :
                                                                                                :
NORTHERN LEASING SYSTEMS, INC., JAY    :
COHEN, RICH HAHN, and SARA KRIEGER,    :
                                                                                                :
                                                                                                :
                                     Defendant.                                   :
-------------------------------------------------------------------- X

## NOTICE OF MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE THAT upon the accompanying declaration of Robert D. Lillienstein, Esq., dated November 8, 2010, together with the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon the pleadings and prior proceedings had herein, Defendants Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger (the "Defendants"), hereby move this Court, before the Honorable James S. Gwin, United States District Court, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113-1838, for an order or

orders, pursuant to Fed. R. Evid. 401, 402, 403, 404(b), 602, 802 and 1002, and Fed. R. Civ. P. 37, precluding Plaintiffs Melinda Serin ("Serin"), Judson Russ ("Russ"), Long Soui Lim ("Lim"), Gordon Redner ("Redner"), Peri Kettler ("Kettler") and Thomas J. Smith ("Smith") from introducing certain evidence at trial, and for such further relief as this Court deems just and proper.

Dated:  November 8, 2010
        New York, New York

                MOSES & SINGER LLP
                *Attorneys for Defendants*

                By:_____/s/_____
                Robert D. Lillienstein, Esq. (RL-4585)
                Declan M. Butvick, Esq. (DB-8289)
                405 Lexington Avenue
                New York, New York 10174
                (212) 554-7807 (telephone)
                (917) 206-4307 (facsimile)
                *rlillienstein@mosessinger.com*
                *dbutvick@mosessinger.com*

**TO**:

**VIA ECF**
Krishnan Chittur, Esq.
CHITTUR & ASSOCIATES, P.C.
286 Madison Avenue Suite 1100
New York, New York 10017

*Attorneys for Plaintiffs*