UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM, :
PERI KETTLER, GORDON REDNER, AND THOMAS :
J. SMITH, : 06 CV 1625 (JSG)
:
                Plaintiffs, :
:
    -against- :
:
NORTHERN LEASING SYSTEMS, INC., JAY :
COHEN, RICH HAHN, and SARA KRIEGER, :
:
                Defendant. :
------------------------------------------------------------------- X

**DECLARATION OF ROBERT D. LILLIENSTEIN
IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE***

**ROBERT D. LILLIENSTEIN**, under penalty of perjury, hereby declares:

1.    I am of counsel to the firm of Moses & Singer, LLP, attorneys of record for the Defendants in this action, and a member of the bar of this Court. I submit this declaration in support of Defendants' motions *in limine*.

2.    Attached hereto as **Exhibit A** is a true copy of the Amended Complaint in this action.

3.    Attached hereto as **Exhibit B** is a copy of the transcript of the deposition of Jay Cohen, taken October 28, 2010.

4.    Attached hereto as **Exhibit C** is a copy of Plaintiffs' expert report regarding Thomas Smith.

5.    Attached hereto as **Exhibit D** is a copy of Plaintiffs' expert report regarding Long Soui Lim.

6.    Attached hereto as **Exhibit E** is a copy of Plaintiffs' expert report regarding Judson Russ.

7. Attached hereto as **Exhibit F** is Plaintiff's Rule 26 damage disclosure.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration was executed by me on the 8th day of November, 2010.

_____/s/_____
ROBERT D. LILLIENSTEIN

2