```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM,    :
PERI KETTLER, GORDON REDNER, AND THOMAS       :
J. SMITH,                                     :   06 CV 1625 (JSG)
                                              :
                    Plaintiffs,               :
                                              :
        -against-                             :
                                              :
NORTHERN LEASING SYSTEMS, INC., JAY           :
COHEN, RICH HAHN, and SARA KRIEGER,           :
                                              :
                    Defendant.                :
-------------------------------------------------------------------- X
```

### DECLARATION OF ROBERT D. LILLIENSTEIN
### IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE*

**ROBERT D. LILLIENSTEIN**, under penalty of perjury, hereby declares:

1. I am of counsel to the firm of Moses & Singer, LLP, attorneys of record for the Defendants in this action, and a member of the bar of this Court. I submit this declaration in support of Defendants' motions *in limine*.

2. Attached hereto as **Exhibit A** is a true copy of the Amended Complaint in this action.

3. Attached hereto as **Exhibit B** is a copy of the transcript of the deposition of Jay Cohen, taken October 28, 2010.

4. Attached hereto as **Exhibit C** is a copy of Plaintiffs' expert report regarding Thomas Smith.

5. Attached hereto as **Exhibit D** is a copy of Plaintiffs' expert report regarding Long Soui Lim.

6. Attached hereto as **Exhibit E** is a copy of Plaintiffs' expert report regarding Judson Russ.

7.        Attached hereto as **Exhibit F** is Plaintiff's Rule 26 damage disclosure.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration was executed by me on the 8th day of November, 2010.

						_____/s/_____
						ROBERT D. LILLIENSTEIN