Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Index No. 7:06-CV-1625
- - - - - - - - - - - - - - - - - -x
SERIN, ET AL,                      :
                   Plaintiffs,     :
          - against -             :
NORTHERN LEASING SYSTEMS, INC.,    :
ET AL.,                            :
                   Defendants.     :

                         October 28, 2010
                         10:00 a.m.
                         405 Lexington Avenue
                         New York, New York


         VIDEOTAPED DEPOSITION OF JAY COHEN, held
at the above-mentioned time and place, before Randi
Friedman, a Registered Professional Reporter and
Notary Public within and for the State of New York.


     Job No. NJ294992

---

Page 2

1              J. Cohen
2 APPEARANCES:
3
4      FINKELSTEIN & PARTNERS
       Attorneys for Plaintiffs
5
       1279 Route 300
6      Newburgh, New York 12551
7      BY: KEITH L. ALTMAN, ESQ.
8
9      CHITTUR & ASSOCIATES, P.C.
       Attorneys for Plaintiffs
10
       286 Madison Avenue, Suite 1100
11     New York, New York 10017
12     BY: ANDREY STRUTINSKIY, ESQ.
13
14     MOSES & SINGER, LLP
       Attorneys for Defendants
15
       405 Lexington Avenue
16     New York, New York 10174
17     BY: SCOTT E. SILBERFEIN, ESQ.
18         * * *
19
20
21
22
23
24
25

---

Page 3

1              J. Cohen
2          STIPULATIONS
3      IT IS HEREBY STIPULATED AND AGREED, by and
4  among counsel for the respective parties hereto,
5  that the filing, sealing, and certification of the
6  within deposition shall be and the same are hereby
7  waived;
8      IT IS FURTHER STIPULATED AND AGREED that
9  all objections, except as to the form of the
10 question, shall be reserved to the time of trial;
11     IT IS FURTHER STIPULATED AND AGREED that
12 the within deposition may be signed before any
13 Notary Public with the same force and effect as if
14 signed and sworn to before the Court.
15          *    *    *
16
17
18
19
20
21
22
23
24
25

---

Page 4

1              J. Cohen
2      MR. STRUTINSKIY: Good morning.        10:17:04
3  Today is October 28th, 2010. This is the videotaped  10:17:05
4  deposition in the case in the United States District  10:17:08
5  Court for the Southern District of New York. Serin,  10:17:11
6  et al against Northern Leasing Systems,  10:17:15
7  Incorporated, et al. Docket No. is 06-CV-1625. And  10:17:17
8  everybody please introduce themselves for the  10:17:23
9  record.                         10:17:25
10     MR. ALTMAN: Keith Altman on behalf  10:17:26
11 of the plaintiffs.               10:17:27
12     MR. SILBERFEIN: Scott Silberfein of  10:17:28
13 Moses & Singer on behalf of the defendants.  10:17:29
14     THE WITNESS: Jay Cohen on behalf of  10:17:32
15 Northern Leasing.               10:17:34
16     MR. STRUTINSKIY: Andrey Strutinskiy  10:17:35
17 of Chittur & Associates. I'm the videographer for  10:17:35
18 today's deposition. Swear in the witness.  10:17:38
19         * * *                   10:17:47
20         JAY COHEN,               10:17:47
21 the witness herein, having first been duly affirmed,  10:17:47
22 was examined and testified as follows:  10:17:47
23         * * *               10:08:12
24
25

1 (Pages 1 to 4)

Page 5

J. Cohen

1
2      EXAMINATION                        10:21:58
3  BY MR. ALTMAN:                         10:17:48
4      Q.  How are you, Mr. Cohen?         10:17:49
5      A.  Fine, thank you.  How are you?   10:17:50
6      Q.  Okay.  Have you ever had your deposition  10:17:51
7  taken before?                           10:17:52
8      A.  Many times.                      10:17:53
9      Q.  Approximately how many times?    10:17:54
10     A.  I don't recall.                  10:17:56
11     Q.  More than ten?                   10:17:56
12     A.  No, absolutely not.              10:17:57
13     Q.  When was the last time you had your  10:18:00
14  deposition taken?                       10:18:02
15     A.  Months ago.                      10:18:04
16     Q.  Was it as a -- in connection with  10:18:06
17  Northern Leasing business?              10:18:08
18     A.  No.                              10:18:09
19     Q.  How many times have you been deposed in  10:18:10
20  connection with Northern Leasing business?  10:18:12
21     A.  I don't recall.                  10:18:16
22     Q.  Have you ever been deposed in conjunction  10:18:18
23  with Northern Leasing business?         10:18:20
24     A.  I'm not sure.  I'd have to think about  10:18:22
25  it.  Certainly not recently.            10:18:24

Page 6

J. Cohen

1
2      Q.  What other cases were you deposed in?  10:18:25
3          MR. SILBERFEIN:  You want the names  10:18:29
4  of the cases?  Types of cases?          10:18:29
5  BY MR. ALTMAN:                          10:18:31
6      Q.  General types of cases.          10:18:32
7      A.  Let me see if I can describe this case to  10:18:34
8  you.  It was a matter relating to a mortgage  10:18:36
9  business that I was involved in.         10:18:39
10     Q.  Okay.  Is that the only --       10:18:43
11     A.  Only one I can remember.         10:18:45
12     Q.  I'd like to go over just a few deposition  10:18:47
13  rules for you.  You're probably familiar with them,  10:18:49
14  but I want to make sure.  If I ask you a question  10:18:52
15  and you don't understand it, please tell me that you  10:18:54
16  don't understand the question.  If you answer it,  10:18:56
17  I'll assume that you understood what I had asked  10:18:58
18  you.                                    10:19:00
19          This is not an endurance test.  Any time  10:19:01
20  you think you need a break, let me know.  We'll take  10:19:03
21  a break.  One of the things that's going to be very  10:19:06
22  hard for both of us to do is for you to wait until I  10:19:10
23  finish asked my question and for you to wait until  10:19:13
24  I'm finished asking my question.  This way the court  10:19:17
25  reporter doesn't get irritated by both of us, and  10:19:21

Page 7

J. Cohen

1
2  she can take a good record.              10:19:23
3          Mr. Cohen, when did you first become  10:19:25
4  aware of this lawsuit?                   10:19:26
5      A.  I don't recall.                  10:19:31
6      Q.  Can you give me an approximate?   10:19:33
7      A.  I assume it was very shortly after it was  10:19:40
8  filed, but I don't know.                 10:19:44
9      Q.  Fair enough.  What did you do to prepare  10:19:47
10  for today's deposition?                  10:19:50
11     A.  Reviewed some of the documentation with  10:19:55
12  my attorney.                            10:19:58
13     Q.  When did you meet with your attorney?  10:19:59
14     A.  Yesterday.                       10:20:03
15     Q.  Is that the only time you met with the  10:20:04
16  attorney?                               10:20:06
17         MR. SILBERFEIN:  In preparation --  10:20:07
18  BY MR. ALTMAN:                          10:20:08
19     Q.  In preparation for this deposition.  10:20:08
20     A.  Met with him, yes.  I spoke to him many  10:20:12
21  times.                                  10:20:14
22     Q.  About this particular case?       10:20:14
23     A.  Yes.                             10:20:15
24     Q.  How long did you speak with him   10:20:16
25  yesterday?                              10:20:17

Page 8

J. Cohen

1
2      A.  Around three hours.              10:20:22
3      Q.  And who did you meet with?        10:20:23
4      A.  Scott Silberfein.                10:20:25
5      Q.  Was anybody else present?         10:20:26
6      A.  Forgive me.  Josephine.          10:20:28
7          MR. SILBERFEIN:  Jennifer.        10:20:30
8          THE WITNESS:  Jennifer, I'm sorry.  10:20:31
9  Jennifer Nigro, for a portion of the meeting.  10:20:32
10  BY MR. ALTMAN:                          10:20:35
11     Q.  Okay.  How many phone conversations do  10:20:36
12  you think you had?                       10:20:39
13     A.  I don't recall.                  10:20:40
14     Q.  Can you give me an approximate?   10:20:42
15     A.  Two.                             10:20:44
16     Q.  Less than ten?                   10:20:45
17     A.  Less than ten for sure.          10:20:46
18     Q.  Approximately how many documents did you  10:20:52
19  review in preparing for today's depo?   10:20:53
20     A.  Approximately three.             10:20:56
21     Q.  Did any of those documents refresh your  10:20:59
22  recollection of any events?              10:21:01
23         MR. SILBERFEIN:  Objection.  You can  10:21:05
24  answer.                                 10:21:06
25         THE WITNESS:  I wouldn't say      10:21:09

2 (Pages 5 to 8)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 9

```
1              J. Cohen
2  refreshed my recollection, no.        10:21:09
3  BY MR. ALTMAN:                        10:21:11
4     Q.  So did it describe the events that you  10:21:14
5  had not had knowledge of in the past?  10:21:17
6     A.  Correct.                       10:21:19
7     Q.  Did you talk to anyone else outside of  10:21:21
8  counsel in preparation for today's deposition?  10:21:24
9     A.  No.                            10:21:28
10    Q.  Did you review any documents on your own  10:21:29
11 in preparation for today's deposition?  10:21:31
12    A.  No.                            10:21:40
13    Q.  What is your current title with Northern  10:21:44
14 Leasing?                              10:21:45
15    A.  Chairman and CEO.              10:21:46
16    Q.  Do you have an equity position in  10:21:55
17 Northern Leasing?                     10:21:56
18    A.  No.                            10:21:59
19    Q.  Who are the owners of Northern Leasing?  10:22:00
20    A.  I don't recall.                10:22:04
21    Q.  You don't know who owns Northern Leasing,  10:22:09
22 and you're the CEO?                   10:22:12
23        MR. SILBERFEIN:  Objection.  You can  10:22:14
24 answer.                               10:22:14
25        THE WITNESS:  That's correct.  10:22:15
```

Page 10

```
1              J. Cohen
2  BY MR. ALTMAN:                        10:22:15
3     Q.  Who would know the answer to that  10:22:16
4  question?                             10:22:17
5     A.  My attorneys probably would.   10:22:19
6     Q.  Who would Northern Leasing --   10:22:22
7        What person who works for Northern  10:22:24
8  Leasing would know the answer to that question?  10:22:27
9        MR. SILBERFEIN:  Objection.  You can  10:22:31
10 answer.                               10:22:31
11       THE WITNESS:  I don't believe anyone  10:22:33
12 does.                                 10:22:34
13 BY MR. ALTMAN:                        10:22:34
14    Q.  Who's the corporate secretary of Northern  10:22:35
15 Leasing?                              10:22:36
16    A.  I don't recall.                10:22:37
17    Q.  Who would know the answer to that  10:22:37
18 question?                             10:22:38
19    A.  My attorneys.                  10:22:38
20    Q.  Where are the corporate books for  10:22:42
21 Northern Leasing kept?                10:22:45
22    A.  Probably at Moses & Singer.    10:22:46
23    Q.  Who's the president of Northern Leasing?  10:22:54
24    A.  Ron Kincheloe.                 10:23:00
25       MR. SILBERFEIN:  Could you just spell  10:23:04
```

Page 11

```
1              J. Cohen
2  it for her?                           10:23:04
3        THE WITNESS:  Sorry, you want me to  10:23:05
4  spell it?  K-i-n-c-h-e-l-o-e.         10:23:05
5  BY MR. ALTMAN:                        10:23:10
6     Q.  Have you ever had any equity in Northern  10:23:12
7  Leasing?                              10:23:14
8     A.  Yes.                           10:23:14
9     Q.  When did you have equity in Northern  10:23:15
10 Leasing?                              10:23:16
11    A.  I don't recall.                10:23:17
12    Q.  When did you stop having equity in  10:23:20
13 Northern Leasing?                     10:23:22
14    A.  I don't recall.                10:23:23
15    Q.  Do you have any records of when you  10:23:28
16 stopped having equity in Northern Leasing?  10:23:29
17    A.  I must.                        10:23:31
18    Q.  Did you have any equity in Northern  10:23:33
19 Leasing in 2010?                      10:23:35
20    A.  I don't believe so.            10:23:37
21    Q.  2009?                          10:23:39
22    A.  I don't recall.                10:23:39
23    Q.  You don't recall.              10:23:41
24       MR. SILBERFEIN:  Objection.      10:23:42
25
```

Page 12

```
1              J. Cohen
2  BY MR. ALTMAN:                        10:23:43
3     Q.  Did you sell your equity in Northern  10:23:48
4  Leasing?                              10:23:50
5     A.  No.                            10:23:51
6        MR. SILBERFEIN:  Objection.      10:23:52
7  BY MR. ALTMAN:                        10:23:52
8     Q.  How did you dispose of the equity?  10:23:52
9        MR. SILBERFEIN:  Objection.  You can  10:23:54
10 answer.                               10:23:55
11       THE WITNESS:  I don't recall the  10:24:03
12 exact structure.                      10:24:04
13 BY MR. ALTMAN:                        10:24:05
14    Q.  Why don't you tell me what you do recall.  10:24:06
15       MR. SILBERFEIN:  Objection.  You can  10:24:13
16 answer.                               10:24:13
17       THE WITNESS:  I couldn't answer that  10:24:20
18 question specifically.                10:24:21
19 BY MR. ALTMAN:                        10:24:22
20    Q.  Give me your best estimate.  You have no  10:24:23
21 idea how you disposed -- you don't have any idea  10:24:25
22 whatsoever of how you disposed of your equity in  10:24:28
23 trust in Northern Leasing?            10:24:31
24       MR. SILBERFEIN:  Objection.  You can  10:24:33
25 answer.                               10:24:33
```

3 (Pages 9 to 12)

Page 13

1                J. Cohen
2          THE WITNESS: I didn't say that.        10:24:34
3   BY MR. ALTMAN:                                10:24:36
4     Q.  So tell me what you do know.            10:24:37
5          MR. SILBERFEIN: I'll still object.     10:24:39
6          THE WITNESS: It was either of three    10:24:40
7   choices. A transference, a sale or distribution. 10:24:41
8   BY MR. ALTMAN:                                10:24:47
9     Q.  Did you get paid money?                 10:24:48
10    A.  I don't recall.                         10:25:05
11    Q.  Did you get equity in some other company? 10:25:07
12    A.  It's possible. I really don't recall.   10:25:29
13    Q.  Who do you report to?                   10:25:31
14         MR. SILBERFEIN: Objection. You can     10:25:34
15  answer. At Northern Leasing?                  10:25:35
16  BY MR. ALTMAN:                                10:25:40
17    Q.  At Northern Leasing.                    10:25:41
18    A.  No one.                                 10:25:42
19    Q.  Well, is there a Board of Directors of  10:25:43
20  Northern Leasing?                             10:25:45
21    A.  No. Well, let me take that back. Yes,   10:25:45
22  there's a Board of Directors of Northern Leasing. 10:25:48
23    Q.  Who's on the Board of Directors?        10:25:51
24    A.  Myself and Leonard Mezei.               10:25:52
25         MR. SILBERFEIN: Leonard Mezei,         10:25:56

Page 14

1                J. Cohen
2   M-e-z-e-i.                                    10:25:56
3   BY MR. ALTMAN:                                10:25:58
4     Q.  Does Mr. Mezei have equity in Northern  10:25:59
5   Leasing?                                      10:26:01
6     A.  No.                                     10:26:01
7     Q.  So the two members of the Board of      10:26:03
8   Directors have no equity in the company?      10:26:05
9          MR. SILBERFEIN: Objection. You can     10:26:07
10  answer.                                       10:26:07
11         THE WITNESS: That's correct, to the    10:26:09
12  best of my recollection.                      10:26:11
13  BY MR. ALTMAN:                                10:26:11
14    Q.  Who elected the Board of Directors?     10:26:12
15    A.  I don't recall.                         10:26:23
16    Q.  When was the last time you had a        10:26:25
17  shareholder meeting -- when was the last time there 10:26:26
18  was a shareholder meeting of Northern Leasing? 10:26:28
19    A.  I don't recall.                         10:26:30
20    Q.  Did you attend the shareholder meeting of 10:26:33
21  Northern Leasing in 2010?                     10:26:38
22    A.  I don't believe so, no.                 10:26:39
23    Q.  Was there one in 2009?                  10:26:40
24    A.  I don't recall one, no.                 10:26:41
25    Q.  When did you first become the CEO of    10:26:56

Page 15

1                J. Cohen
2   Northern Leasing?                             10:26:58
3     A.  1991, I believe.                        10:26:59
4     Q.  Can you please describe your current    10:27:02
5   duties as the CEO of Northern Leasing?        10:27:04
6     A.  Overall management of the company.      10:27:09
7     Q.  Would you say the buck stops with you, to 10:27:13
8   use a common phrase?                          10:27:15
9     A.  Yes.                                    10:27:16
10    Q.  Would you consider that you are         10:27:18
11  ultimately responsible for the actions of the 10:27:19
12  company?                                      10:27:21
13    A.  Yes.                                    10:27:21
14    Q.  Do you have the ability to hire and fire 10:27:23
15  anybody else in the company other than yourself? 10:27:24
16    A.  Correct.                                10:27:26
17    Q.  Would that include Mr. Kincheloe?       10:27:28
18    A.  Yes.                                    10:27:31
19    Q.  Would you have a shareholder meeting of 10:27:31
20  some kind to fire Mr. Kincheloe?              10:27:31
21    A.  No.                                     10:27:36
22    Q.  What is your current salary at Northern 10:27:44
23  Leasing?                                      10:27:45
24    A.  I don't recall specifically.           10:27:50
25    Q.  Approximately.                          10:27:51

Page 16

1                J. Cohen
2     A.  175,000.                                10:27:53
3     Q.  Has that always been your salary as the 10:27:57
4   CEO of Northern Leasing?                      10:27:59
5     A.  No.                                     10:28:00
6     Q.  When did it change?                     10:28:01
7     A.  I don't recall.                         10:28:02
8     Q.  Did you -- when you were -- did have     10:28:05
9   equity were you receiving distributions as well? 10:28:11
10    A.  No.                                     10:28:13
11    Q.  What was your approximate gross income in 10:28:17
12  2009?                                         10:28:20
13         MR. SILBERFEIN: Objection. You can     10:28:24
14  answer.                                       10:28:27
15         THE WITNESS: 175,000.                  10:28:31
16  BY MR. ALTMAN:                                10:28:32
17    Q.  For all sources everywhere?             10:28:33
18    A.  My income, yes.                         10:28:35
19    Q.  And that's what you reported on your 2009 10:28:38
20  tax return?                                   10:28:41
21    A.  I believe so. I don't recall.          10:28:41
22    Q.  Did you receive distributions from any  10:28:45
23  other company of any kind in 2009?            10:28:47
24    A.  Not that I recall.                      10:28:50
25    Q.  How about in 2008?                      10:28:51

4 (Pages 13 to 16)

Page 17

J. Cohen

1
2    A.   Not that I recall.              10:28:53
3    Q.   How about in 2007?              10:28:54
4    A.   Not that I recall.              10:28:56
5    Q.   So is your testimony that for at least   10:28:57
6  through 2007, your gross income as reported on your   10:29:00
7  tax returns has been approximately $175,000.00?   10:29:04
8       MR. SILBERFEIN:  Objection.  You can   10:29:09
9  answer.                              10:29:09
10      THE WITNESS:  As I recall.       10:29:10
11 BY MR. ALTMAN:                        10:29:10
12   Q.   As you recall.                 10:29:11
13      Do you consider Northern Leasing --   10:29:25
14 strike that.                          10:29:29
15      Do you consider Northern Leasing to be an   10:29:34
16 ethical company?                      10:29:35
17   A.   Absolutely.                    10:29:36
18   Q.   Do you think it practices the highest   10:29:37
19 ethical standards?                    10:29:39
20   A.   Absolutely.                    10:29:40
21   Q.   Have you ever reviewed the internet to   10:29:44
22 see what people say about Northern Leasing?   10:29:46
23   A.   Yes.                          10:29:50
24   Q.   There's a lot of negative complaints   10:29:52
25 about Northern Leasing; correct?      10:29:54

Page 18

J. Cohen

1
2    A.   Correct.                       10:29:56
3    Q.   Do you think that all of them are   10:29:57
4  unfounded?                           10:29:58
5    A.   I don't know.                  10:29:59
6    Q.   Have you ever taken an interest in   10:30:01
7  evaluating whether they're founded or not?   10:30:03
8    A.   Absolutely.                    10:30:05
9    Q.   So what have you done to evaluate whether   10:30:05
10 the complaints are founded?           10:30:07
11   A.   We review them on a regular basis.   10:30:09
12   Q.   So if the complaints are valid, then   10:30:12
13 Northern Leasing is not an ethical company; correct?   10:30:15
14      MR. SILBERFEIN:  Objection.      10:30:18
15      THE WITNESS:  No.               10:30:18
16 BY MR. ALTMAN:                        10:30:18
17   Q.   So the complaints can be true, and   10:30:19
18 Northern Leasing can still be an ethical company?   10:30:20
19   A.   Absolutely.                    10:30:23
20   Q.   Have you ever personally evaluated any of   10:30:26
21 the claims that have been lodged against Northern   10:30:28
22 Leasing on the internet?              10:30:32
23   A.   On occasion.                   10:30:33
24   Q.   Have you ever found any of them to be   10:30:34
25 valid?                               10:30:36

Page 19

J. Cohen

1
2    A.   I don't recall.                10:30:37
3    Q.   Have you ever found an ISO to not --   10:30:43
4  strike that.                         10:30:46
5       Is it the mission of Northern Leasing to   10:30:50
6  see that the ISO's that represent Northern Leasing's   10:30:54
7  products act in an ethical and honest matter?   10:30:57
8       MR. SILBERFEIN:  Objection.  You can   10:31:00
9  answer.                              10:31:01
10      THE WITNESS:  Yes.              10:31:02
11 BY MR. ALTMAN:                        10:31:02
12   Q.   Have you ever found an ISO that Northern   10:31:03
13 Leasing does business with that did not act in an   10:31:05
14 ethical and honest manner?            10:31:08
15   A.   Yes.                          10:31:10
16   Q.   What do you do with those ISO's?   10:31:10
17   A.   Either of two things.  Depending on   10:31:15
18 the -- let me answer the question this way.  We   10:31:17
19 either terminate them or reprimand them.   10:31:22
20   Q.   Would it be okay to do neither of those   10:31:25
21 two things?                          10:31:27
22      MR. SILBERFEIN:  Objection.  Are you   10:31:28
23 asking hypothetically?                10:31:34
24 BY MR. ALTMAN:                        10:31:35
25   Q.   I'm asking as a policy of Northern   10:31:36

Page 20

J. Cohen

1
2  Leasing as the CEO, would it be okay to just ignore   10:31:38
3  such conduct.                        10:31:42
4       MR. SILBERFEIN:  Objection.  You can   10:31:43
5  answer.                              10:31:44
6       THE WITNESS:  Repeat the original   10:31:45
7  question.                            10:31:46
8  BY MR. ALTMAN:                        10:31:46
9    Q.   As the CEO of Northern Leasing, if an ISO   10:31:47
10 engaged in either unethical or dishonest conduct,   10:31:50
11 would it be okay to do nothing about that ISO and   10:31:53
12 just forget about it?                 10:32:06
13      MR. SILBERFEIN:  Objection.  You can   10:32:06
14 answer.                              10:32:07
15      THE WITNESS:  The answer would be no,   10:32:07
16 with a caveat.  And the caveat is that we   10:32:07
17 evaluated -- we agreed it was ethical -- it was   10:32:09
18 unethical.                           10:32:10
19 BY MR. ALTMAN:                        10:32:11
20   Q.   Okay.  Would it be okay if you knew that   10:32:12
21 an ISO or somebody at an ISO had committed fraud, to   10:32:14
22 just say, they're a big customer of ours.  Forget   10:32:19
23 about it?                            10:32:23
24      MR. SILBERFEIN:  Objection.  You can   10:32:24
25 answer.                              10:32:25

Veritext/NJ Reporting Company

800-227-8440                                      973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 21

```
1              J. Cohen
2       THE WITNESS: The answer would be it    10:32:40
3  would depend.                                10:32:41
4  BY MR. ALTMAN:                               10:32:42
5    Q.  What would it depend on?               10:32:43
6    A.  It would depend on whether or not the --  10:32:44
7  among other things, whether or not it was an    10:32:47
8  individual act by an individual salesman, or it was  10:32:50
9  a companywide activity.                       10:32:53
10 BY MR. ALTMAN:                               10:32:54
11   Q.  In its normal course of business, does   10:32:57
12 Northern Leasing rely upon credit reports from the  10:32:59
13 credit reporting bureaus?                     10:33:03
14   A.  Yes.                                   10:33:05
15   Q.  Do you rely on those reports to be      10:33:06
16 accurate?                                    10:33:09
17       MR. SILBERFEIN: Objection. You can    10:33:10
18 answer.                                      10:33:11
19       THE WITNESS: We assume that they       10:33:18
20 are.                                         10:33:18
21 BY MR. ALTMAN:                               10:33:19
22   Q.  What would the effect on Northern Leasing  10:33:20
23 be if somebody's report was artificially high   10:33:24
24 because it was missing derogatory information for  10:33:27
25 that particular lease?                        10:33:30
```

Page 22

```
1              J. Cohen
2       MR. SILBERFEIN: Objection. You can    10:33:32
3  answer.                                      10:33:34
4       THE WITNESS: It's hard to know.        10:33:35
5  BY MR. ALTMAN:                               10:33:36
6    Q.  Could Northern Leasing pay a vender more  10:33:37
7  money than it might otherwise have paid because of  10:33:39
8  that?                                        10:33:42
9    A.  Potentially.                          10:33:43
10   Q.  Could Northern Leasing be exposed to a   10:33:44
11 higher degree of risk of loss?                10:33:48
12   A.  Potentially.                          10:33:50
13       MR. SILBERFEIN: Note my objection to   10:33:51
14 the question. Obviously, I was going to allow him  10:33:52
15 to answer anyway. He's doing a good job not talking  10:33:55
16 over you, but still wait for the question to answer  10:34:01
17 so I can get in.                             10:34:01
18       MR. ALTMAN: That's okay.              10:34:05
19 BY MR. ALTMAN:                               10:34:06
20   Q.  Mr. Cohen, you're aware there's a lot of  10:34:26
21 complaints about Northern Leasing's lease documents;  10:34:29
22 correct?                                     10:34:37
23       MR. STRUTINSKIY: Can I have that       10:34:38
24 read back? I'm sorry.                        10:34:39
25       (Whereupon the reporter read back the   10:34:48
```

Page 23

```
1              J. Cohen
2  last question.)                              10:34:49
3       MR. SILBERFEIN: Objection. You can    10:34:49
4  answer.                                      10:34:51
5       THE WITNESS: No.                       10:34:52
6  BY MR. ALTMAN:                               10:34:52
7    Q.  You're aware that people complained that  10:34:52
8  they don't always see the pages?             10:34:54
9    A.  Yes.                                   10:34:56
10   Q.  You're aware that people complain about   10:34:56
11 some of the terms within the lease, that they're not  10:35:00
12 clear?                                       10:35:03
13       MR. SILBERFEIN: Objection. You can    10:35:04
14 answer.                                      10:35:05
15       THE WITNESS: I'm aware that there      10:35:13
16 have been complaints, yes.                    10:35:14
17 BY MR. ALTMAN:                               10:35:16
18   Q.  You're aware that there were complaints   10:35:17
19 that Northern Leasing was charging a property tax   10:35:18
20 filing fee that wasn't disclosed within a lease?  10:35:23
21       MR. SILBERFEIN: Objection. You can    10:35:27
22 answer.                                      10:35:27
23       THE WITNESS: No.                       10:35:28
24 BY MR. ALTMAN:                               10:35:28
25   Q.  You were not aware of that?            10:35:29
```

Page 24

```
1              J. Cohen
2    A.  Repeat the question.                   10:35:30
3    Q.  You were aware that people had been      10:35:31
4  calling and complaining about the 25-dollar property  10:35:32
5  tax fee that Northern Leasing would charge       10:35:35
6  individuals for filing property taxes; correct?  10:35:37
7       MR. SILBERFEIN: Objection.             10:35:40
8       THE WITNESS: That's correct.           10:35:41
9  BY MR. ALTMAN:                               10:35:41
10   Q.  Is that 25-dollar amount in any Northern   10:35:42
11 Leasing lease document that you know of?      10:35:44
12   A.  Yes.                                   10:35:47
13   Q.  Which ones?                           10:35:48
14   A.  Don't recall.                         10:35:48
15   Q.  When was it first put in those documents?  10:35:49
16   A.  Don't recall.                         10:35:51
17   Q.  I'm going to mark -- it's Bates No. 64680  10:35:53
18 through 64681.                               10:36:38
19       MR. SILBERFEIN: What's this being      10:36:41
20 marked as?                                   10:36:42
21       MR. ALTMAN: Exhibit-187.              10:36:43
22       MR. SILBERFEIN: 87?                    10:36:45
23       MR. ALTMAN: 187.                       10:36:46
24       MR. SILBERFEIN: Thank you.            10:36:47
25       (Exhibit-187 was marked.)             10:36:47
```

6 (Pages 21 to 24)

Page 25

J. Cohen

1        J. Cohen
2   BY MR. ALTMAN:                              10:36:48
3        Q.   Let's do something to put this in   10:37:05
4   context. I'm going to mark as Exhibit-188, it's the   10:37:07
5   email cover page that this document is attached to.   10:37:12
6   It's 64679.                                    10:37:23
7        (Exhibit-188 was marked.)               10:37:26
8        Mr. Cohen, before I ask you questions    10:37:29
9   about this document, I want to ask you about emails   10:37:31
10  for a second.                                  10:37:33
11       A.   Sure.                               10:37:34
12       Q.   Do you use emails?                  10:37:34
13       A.   Yes.                                10:37:35
14       Q.   Do you use emails a lot?            10:37:36
15       A.   No.                                 10:37:38
16       Q.   Approximately how many emails a day do   10:37:39
17  you think you send or receive?                 10:37:40
18       A.   It would be a stab in the dark, but 20.   10:37:45
19       Q.   20, okay. In conjunction with this   10:37:47
20  litigation, did anybody ever come to you and ask you   10:37:50
21  to make sure you didn't delete any emails that might   10:37:52
22  be relevant to this case?                      10:37:55
23       A.   I don't recall.                     10:37:58
24       Q.   Do you save all of your emails?     10:38:02
25       A.   I believe so, yes.                  10:38:09

Page 26

J. Cohen

1        J. Cohen
2        Q.   Is there any kind of email you might   10:38:12
3   delete?                                        10:38:14
4        MR. SILBERFEIN: Objection. You can      10:38:15
5   answer.                                        10:38:16
6        THE WITNESS: Yeah.                       10:38:17
7   BY MR. ALTMAN:                                 10:38:17
8        Q.   What emails might you delete?       10:38:18
9        A.   When I made a mistake in.           10:38:26
10       Q.   If you get a personal email that has   10:38:28
11  nothing to do with the company, would you keep those   10:38:30
12  emails as well?                                10:38:32
13       A.   Probably.                           10:38:33
14       Q.   How far back can you go in your email box   10:38:38
15  on your computer?                              10:38:41
16       A.   I don't know.                       10:38:42
17       MR. SILBERFEIN: You mean from a time    10:38:42
18  standpoint?                                    10:38:43
19  BY MR. ALTMAN:                                 10:38:44
20       Q.   From a time standpoint. How far back do   10:38:45
21  you have emails on your computer?              10:38:47
22       A.   I don't know.                       10:38:49
23       Q.   Did anybody ever come to you in     10:38:50
24  conjunction with this litigation and ask you to   10:38:51
25  provide emails off of your email box?          10:38:53

Page 27

J. Cohen

1        J. Cohen
2        MR. SILBERFEIN: Objection. You can      10:38:56
3   answer.                                        10:38:57
4        THE WITNESS: I don't recall.             10:38:58
5   BY MR. ALTMAN:                                 10:38:58
6        Q.   Did anybody come to you and ask you to   10:38:59
7   give you paper documents you might have in your   10:39:01
8   possession in conjunction with this litigation?   10:39:03
9        A.   I assume so, but I don't recall.    10:39:07
10       Q.   When you say you assume so, you don't   10:39:10
11  recall or --                                   10:39:12
12       A.   I don't recall.                     10:39:13
13       Q.   Okay. Do you have paper documents in   10:39:14
14  your office?                                   10:39:16
15       MR. SILBERFEIN: Related to this case    10:39:18
16  or in general?                                 10:39:19
17       MR. ALTMAN: As a general                 10:39:20
18  proposition.                                   10:39:21
19  BY MR. ALTMAN:                                 10:39:21
20       Q.   Do you have paper documents?        10:39:22
21       A.   Sure.                               10:39:22
22       Q.   Do you have paper files at home relating   10:39:23
23  to any Northern Leasing related business?      10:39:24
24       A.   Potentially.                        10:39:26
25       Q.   Did you look through your home files to   10:39:28

Page 28

J. Cohen

1        J. Cohen
2   see if you had responsive documents?           10:39:30
3        A.   I don't recall.                     10:39:33
4        Q.   Okay. Exhibit-188, just look at it for   10:39:37
5   one second.                                    10:39:42
6        Do you know what a Bates No. is          10:39:43
7   Mr. Cohen?                                     10:39:44
8        A.   No.                                 10:39:45
9        Q.   At the bottom of each page of every   10:39:46
10  document is a number. It's like a serial number.   10:39:48
11       A.   Uh-huh.                             10:39:57
12       Q.   Effectively if you look at them in number   10:39:57
13  order, that's the order in which the documents were   10:39:58
14  given to us.                                   10:39:58
15       Do you see this Exhibit-188 shows that   10:39:59
16  there's an attachment to it?                    10:40:00
17       A.   Yeah.                               10:40:01
18       Q.   It says NorthernLeasingForm.pdf?    10:40:02
19       A.   Yes.                                10:40:05
20       Q.   Based upon that, if you look at the   10:40:06
21  numbers, they're sequential.                   10:40:08
22       Does it appear to you that the leasing   10:40:10
23  document is what was attached to this email?   10:40:11
24       A.   I can't tell.                       10:40:14
25       Q.   Do you see that the numbers are     10:40:16

7 (Pages 25 to 28)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 29

J. Cohen

1
2  sequential?                          10:40:17
3     A.  Yes.                          10:40:18
4     Q.  Do you have any reason to say that it's   10:40:18
5  not the document that was attached?           10:40:19
6     A.  I can't answer that question.        10:40:29
7     Q.  Well, I asked -- do you see any evidence   10:40:31
8  that it's not the document that was attached?   10:40:33
9     A.  I see no evidence either way other than   10:40:35
10  what you just provided.                     10:40:38
11    Q.  That's not my question.              10:40:39
12        Do you see any evidence that it's not the   10:40:40
13  document that was attached?                  10:40:41
14        MR. SILBERFEIN:  Objection.  He    10:40:42
15  answered your question.  You can answer it.   10:40:43
16        THE WITNESS:  I see no evidence      10:40:46
17  either way.                               10:40:47
18  BY MR. ALTMAN:                            10:40:47
19    Q.  Do you have a reasonable basis to dispute   10:40:54
20  that this is not the lease that was attached to this   10:40:55
21  document?                                10:40:58
22        MR. SILBERFEIN:  Objection.  You can   10:40:58
23  answer.                                  10:40:59
24        THE WITNESS:  Yes.                 10:41:04
25

Page 30

J. Cohen

1
2  BY MR. ALTMAN:                            10:41:05
3     Q.  What's the basis for saying that?     10:41:05
4     A.  I see no connection between the two in   10:41:07
5  front of me.                              10:41:09
6     Q.  So if this says NorthernLeasingForm.pdf   10:41:10
7  on the attachment, this is a Northern Leasing form?   10:41:12
8     A.  There's no way for me to know what's   10:41:17
9  attached.                                10:41:18
10    Q.  I see.  Okay.  Putting that aside, can   10:41:20
11  you show me on the lease document where it says   10:41:24
12  $25.00 is the amount of the property tax fee?   10:41:27
13        MR. SILBERFEIN:  You're referring now   10:41:30
14  to Exhibit-187?                          10:41:31
15        MR. ALTMAN:  Exhibit-187.          10:41:32
16        THE WITNESS:  I would have to review   10:41:34
17  the document to see.                      10:41:35
18  BY MR. ALTMAN:                            10:41:36
19    Q.  That would be under the Taxes section,   10:41:39
20  though, is that where you would expect to see it?   10:41:43
21    A.  Potentially.                      10:41:45
22        MR. SILBERFEIN:  You got his answer,   10:41:47
23  "Potentially"?                           10:41:47
24  BY MR. ALTMAN:                            10:41:48
25    Q.  Do you see $25.00 mentioned anywhere in   10:41:49

Page 31

J. Cohen

1
2  this lease?                              10:41:51
3     A.  Do you want me to read the document?   10:41:52
4     Q.  If you think you need to, by all means,   10:41:54
5  do so.  And while looking at that -- yeah, if you   10:41:56
6  need to, by all means do so.               10:42:00
7     A.  Repeat your question.               10:42:36
8     Q.  Can you tell me where in this lease it   10:42:49
9  discloses the property tax fee $25.00?       10:42:51
10    A.  It does not.  Doesn't look like it in   10:42:56
11  this.                                    10:42:58
12    Q.  How would somebody who signed this lease   10:42:59
13  know that the property tax fee was $25.00?   10:43:01
14        MR. SILBERFEIN:  Objection.  You can   10:43:03
15  answer.                                  10:43:04
16        THE WITNESS:  I would have to call   10:43:05
17  our office.                              10:43:06
18  BY MR. ALTMAN:                            10:43:07
19    Q.  Would they know that at the time they   10:43:08
20  signed the lease?                        10:43:09
21        MR. SILBERFEIN:  Objection.  You can   10:43:12
22  answer.                                  10:43:12
23        THE WITNESS:  They might.            10:43:13
24  BY MR. ALTMAN:                            10:43:14
25    Q.  Would you think the $25.00 should have   10:43:15

Page 32

J. Cohen

1
2  been included in the lease document if that's what   10:43:17
3  you intended to charge them for that?        10:43:19
4     A.  Not necessarily.                   10:43:21
5     Q.  Do you think it would have made it     10:43:22
6  clearer to a lessee that the property tax fee was   10:43:23
7  $25.00 if you put it right in the document?   10:43:27
8        MR. SILBERFEIN:  Objection.  You can   10:43:30
9  answer.                                  10:43:31
10        THE WITNESS:  Not necessarily.       10:43:38
11  BY MR. ALTMAN:                            10:43:38
12    Q.  Okay.  Under what conditions would you   10:43:40
13  think it would not be clear?               10:43:41
14    A.  If the property tax fee was not $25.00.   10:43:44
15    Q.  Is the property tax fee $25.00 currently?   10:43:47
16    A.  Not over -- currently, yes.  The answer   10:43:50
17  is currently, yes.                       10:43:52
18    Q.  When was it not $25.00?              10:43:53
19    A.  I don't recall.                    10:43:54
20    Q.  If I showed you a document that in 2001   10:43:56
21  that was talking about the property tax fee as   10:43:58
22  $25.00, would you -- would that surprise you?   10:44:01
23    A.  No.                             10:44:04
24    Q.  Okay.  So if the property tax fees from   10:44:05
25  2001 to today was $25.00, would it have been clearer   10:44:09

8  (Pages 29 to 32)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 33

```
1              J. Cohen
2  to have put that it was $25.00 on this document?    10:44:12
3         MR. SILBERFEIN: Objection. You can     10:44:14
4  answer.                    10:44:15
5         THE WITNESS: If it was $25.00, the    10:44:25
6  answer is yes.                 10:44:26
7  BY MR. ALTMAN:                10:44:27
8    Q.  Why didn't you see that the $25.00 was    10:44:28
9  put on this contract, to make sure that the    10:44:31
10 merchants knew it was $25.00?           10:44:34
11   A.  Because the tax fee -- the 25-dollar fee   10:44:37
12 was not set on day one. It was a function of costs  10:44:41
13 incurred over the period of the lease.       10:44:45
14   Q.  I'm not sure I understand what you just    10:44:47
15 said.                    10:44:49
16        MR. SILBERFEIN: Objection. Is that    10:44:49
17 a question?                  10:44:50
18 BY MR. ALTMAN:                10:44:51
19   Q.  Yes. Would you please -- I don't      10:44:52
20 understand what you said. Could you please explain  10:44:53
21 your answer?                 10:44:55
22   A.  The lease calls for us to charge -- and I  10:44:56
23 quote, "a processing fee to reimburse us for    10:45:01
24 preparing, reviewing and filing --         10:45:04
25        MR. SILBERFEIN: You need to slow     10:45:08
```

Page 34

```
1              J. Cohen
2  down.                    10:45:08
3         THE WITNESS: I'm sorry. The lease    10:45:07
4  calls for a processing fee -- for us to charge "a  10:45:08
5  processing fee to reimburse us for preparing,    10:45:13
6  reviewing and filing tax returns." What that number 10:45:16
7  is, is a function of what those expenses incurred   10:45:18
8  over the life of the lease are.          10:45:21
9    Q.  In the last ten years, has the number    10:45:23
10 been anything other than $25.00?          10:45:25
11   A.  I don't recall.             10:45:27
12   Q.  You don't recall.            10:45:29
13        MR. SILBERFEIN: Objection. Your     10:45:30
14 comments are being recorded.           10:45:32
15 BY MR. ALTMAN:                10:45:34
16   Q.  I'm asking, you don't recall?       10:45:35
17   A.  No.                  10:45:38
18        MR. SILBERFEIN: That's not what you    10:45:38
19 were doing. It's being recorded both by video and  10:45:40
20 stenograph.                  10:45:43
21        MR. ALTMAN: That's totally fine.     10:45:43
22        MR. SILBERFEIN: It's actually not.    10:45:45
23 BY MR. ALTMAN:                10:45:46
24   Q.  The language you just read, is that     10:45:47
25 always part of leases?              10:45:48
```

Page 35

```
1              J. Cohen
2    A.  As I recall in some form, yes.       10:45:52
3    Q.  It always said that there was a       10:45:57
4  processing fee for preparing tax returns?     10:45:59
5    A.  I didn't say that.            10:46:02
6    Q.  So what other language was there?      10:46:03
7    A.  I don't recall.             10:46:04
8         MR. SILBERFEIN: Can we take a       10:46:07
9  30-second break while I get a napkin? We don't even 10:46:09
10 have to go off the record.            10:46:13
11        MR. ALTMAN: That's fine. I have an    10:46:15
12 urgent matter that we're going to have to take a   10:46:29
13 three-minute break.               10:46:31
14        MR. STRUTINSKIY: The time is 10:46    10:46:33
15 a.m. We're off the record.            10:46:34
16        (Whereupon there was a brief recess.)  10:46:43
17        MR. STRUTINSKIY: The time is now     10:53:16
18 10:53 a.m. We're back on the record.        10:53:18
19 BY MR. ALTMAN:                10:53:20
20   Q.  Mr. Cohen, I understand you wanted to add  10:53:21
21 something to one of your previous answers, so why   10:53:24
22 don't you go ahead and do that.          10:53:26
23   A.  The dollar amount of the property tax fee  10:53:28
24 cannot be disclosed on day one.          10:53:30
25   Q.  Why not?                10:53:30
```

Page 36

```
1              J. Cohen
2    A.  The reason it can't be disclosed is     10:53:31
3  because we don't know what it's going to be.    10:53:33
4         MR. SILBERFEIN: Slow down.        10:53:36
5         THE WITNESS: The reason it cannot be   10:53:37
6  disclosed is 'cause we do not know what it will be.  10:53:38
7  The property tax fee is at our discretion by     10:53:41
8  agreement with the lessee.            10:53:44
9  BY MR. ALTMAN:                10:53:45
10   Q.  At your discretion.            10:53:46
11      Has it ever been anything other than     10:53:47
12 $25.00, to the best of your knowledge?       10:53:49
13   A.  Yes.                  10:53:50
14   Q.  Really? What was it?           10:53:51
15   A.  I don't recall.             10:53:52
16   Q.  Okay. The majority of the time, though,  10:53:53
17 it's $25.00; correct?              10:54:05
18   A.  I don't recall.             10:54:08
19   Q.  We'll look at that later. That's fine.   10:54:10
20      What other companies do you currently   10:54:22
21 have equity positions in?            10:54:24
22        MR. SILBERFEIN: Objection. He      10:54:26
23 hasn't identified any company that he has equity in.  10:54:29
24        MR. ALTMAN: Then he can say none.     10:54:32
25        MR. SILBERFEIN: No, but you said    10:54:33
```

Veritext/NJ Reporting Company

800-227-8440                    973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 37

```
1            J. Cohen
2  other.                          10:54:34
3  BY MR. ALTMAN:                   10:54:34
4    Q.  Do you have equity positions in any    10:54:35
5  companies currently?             10:54:38
6    A.  I don't think so.          10:54:40
7    Q.  Where do you --            10:54:42
8        What do you currently estimate your net   10:54:43
9  worth as?                        10:54:45
10       MR. SILBERFEIN:  Objection.  You can    10:54:45
11 answer.  Mr. Altman, I think that this is well   10:54:46
12 beyond -- let me finish my speech here.  I think  10:54:58
13 this is well beyond the scope of relevance in this 10:55:02
14 case, and I believe that it's intended to harass the 10:55:04
15 witness.  I will let him answer this question.   10:55:08
16       THE WITNESS:  I can't answer that   10:55:09
17 question.                        10:55:10
18 BY MR. ALTMAN:                   10:55:10
19   Q.  You don't have -- you need to respond to  10:55:11
20 the question.                    10:55:12
21   A.  No.                       10:55:13
22   Q.  Are you refusing to answer that question?  10:55:13
23   A.  For the moment, yes, I would have to   10:55:25
24 think about it.                  10:55:26
25   Q.  What's the basis for you refusing to   10:55:27
```

Page 38

```
1            J. Cohen
2  answer that question?            10:55:30
3        MR. SILBERFEIN:  That's not what he    10:55:31
4  said.  He said he has to think about it.   10:55:31
5  BY MR. ALTMAN:                   10:55:33
6    Q.  What is it that you have to think about?  10:55:34
7    A.  I have to think about what the    10:55:36
8  calculation of my estimate of net worth would be.  10:55:37
9    Q.  Is it more than a million dollars?   10:55:41
10       MR. SILBERFEIN:  Objection.       10:55:42
11       THE WITNESS:  Yes.           10:55:53
12 BY MR. ALTMAN:                   10:55:53
13   Q.  Is it more than 10 million dollars?   10:55:54
14       MR. SILBERFEIN:  Objection.       10:55:55
15 Mr. Altman, I'm going to put a halt to these   10:55:58
16 questions.                       10:56:01
17       THE WITNESS:  I'm not sure.      10:56:01
18 BY MR. ALTMAN:                   10:56:03
19   Q.  You're not sure.             10:56:04
20       What would you have to do to find an   10:56:04
21 answer to that question?          10:56:06
22       MR. SILBERFEIN:  You're asking him   10:56:14
23 how a net worth is calculated?    10:56:14
24       MR. ALTMAN:  I'll ask it differently.  10:56:17
25
```

Page 39

```
1            J. Cohen
2  BY MR. ALTMAN:                   10:56:18
3    Q.  At any point in the last ten years, did   10:56:19
4  you ever know your approximate net worth?   10:56:21
5    A.  Yeah, yes.                 10:56:27
6    Q.  How did you find out that number?   10:56:28
7    A.  By calculating it.          10:56:32
8    Q.  And how long did it take you to calculate  10:56:35
9  it?                              10:56:38
10   A.  Awhile.                    10:56:38
11   Q.  What's awhile?               10:56:39
12   A.  Days.                      10:56:40
13   Q.  Days, okay.                  10:56:41
14       When was the last time you know you   10:56:43
15 calculated your net worth?       10:56:44
16   A.  I don't recall.              10:56:46
17   Q.  Was it in 2010?              10:56:48
18   A.  I don't recall.              10:56:49
19   Q.  Was it in 2009?              10:56:50
20   A.  I don't recall.              10:56:51
21   Q.  What is First Funds, LLC?      10:57:00
22   A.  It's an entity in the business of buying  10:57:06
23 credit card receipts from retail stores.  Retail  10:57:09
24 stores.                          10:57:14
25   Q.  Did you have an equity position in that  10:57:16
```

Page 40

```
1            J. Cohen
2  company?                         10:57:17
3        MR. SILBERFEIN:  Can I have that read   10:57:19
4  back?                            10:57:20
5        (Whereupon the reporter read back the   10:57:24
6  last question.)                  10:57:24
7        MR. SILBERFEIN:  Objection.  You can   10:57:25
8  answer.                          10:57:26
9        THE WITNESS:  Repeat the question.    10:57:28
10 BY MR. ALTMAN:                   10:57:28
11   Q.  Did you have an equity position in First  10:57:29
12 Funds?                           10:57:31
13   A.  Yes.                       10:57:31
14   Q.  Do you still have an equity position in  10:57:32
15 First Funds?                     10:57:34
16       MR. SILBERFEIN:  Objection.       10:57:34
17       THE WITNESS:  I don't believe so.   10:57:35
18 BY MR. ALTMAN:                   10:57:35
19   Q.  When did you think you stopped having an  10:57:36
20 equity position in First Funds?  10:57:38
21   A.  I don't recall.              10:57:42
22   Q.  What was the relationship between First  10:57:52
23 Funds and Northern Leasing?      10:57:53
24       MR. SILBERFEIN:  If any, objection.  10:57:56
25       THE WITNESS:  None.           10:58:04
```

10 (Pages 37 to 40)

Page 41

```
1                J. Cohen
2    BY MR. ALTMAN:                          10:58:04
3        Q.   Did any personnel besides -- were you an   10:58:09
4    officer of First Funds?                 10:58:13
5        A.   I don't recall.                10:58:14
6        Q.   Did you have any title with First Funds?   10:58:20
7        A.   I don't recall.                10:58:22
8        Q.   Who else -- how many other individuals   10:58:45
9    were involved in First Funds?           10:58:47
10           MR. SILBERFEIN:  Objection.  This has   10:58:49
11   nothing to do with this case, and --    10:58:50
12           MR. ALTMAN:  You produced these   10:58:52
13   documents as part of the production.  I'm allowed to   10:58:53
14   ask questions about it.                 10:58:56
15           MR. SILBERFEIN:  We also have a   10:58:56
16   Clawback Agreement, and if it is irrelevant, then it   10:58:58
17   has nothing to do with this case.       10:59:00
18           MR. ALTMAN:  The Clawback Agreement   10:59:00
19   is over privilege.  Not over --         10:59:01
20           MR. SILBERFEIN:  I totally disagree.   10:59:03
21           MR. ALTMAN:  You can disagree.  I'm   10:59:05
22   going to ask my questions.  You can instruct him not   10:59:06
23   to answer if you want.                  10:59:08
24           MR. SILBERFEIN:  Fine.           10:59:09
25
```

Page 42

```
1                J. Cohen
2    BY MR. ALTMAN:                          10:59:10
3        Q.   I'm going to hand you what I've marked as   10:59:11
4    exhibit --                              10:59:14
5            MR. ALTMAN:  What's the next number?   10:59:14
6            MR. STRUTINSKIY:  189.          10:59:16
7    BY MR. ALTMAN:                          10:59:19
8        Q.   -- 189, which is Bates No. 112178 through   10:59:19
9    179.                                    10:59:27
10           (Exhibit-189 was marked.)        10:59:32
11           I'm going to ask you generally.  I'm not   10:59:32
12   asking details.                         10:59:33
13           What is this document?           10:59:34
14       A.   Borrowing Base Certificate.     10:59:40
15       Q.   And what is a Borrowing Base Certificate?   10:59:46
16           MR. SILBERFEIN:  I'm going to object.   10:59:52
17   It's clear from the face of this document that it   10:59:53
18   has absolutely nothing to do with Northern Leasing,   10:59:54
19   and the witness has already testified that it has   10:59:57
20   nothing to do with Northern Leasing.    10:59:59
21           MR. ALTMAN:  Yet it's in Northern   11:00:00
22   Leasing's files.  It was produced by Northern   11:00:01
23   Leasing from a Northern Leasing computer, from a   11:00:03
24   person who's the CEO of Northern Leasing.   11:00:05
25           MR. SILBERFEIN:  You already asked if   11:00:08
```

Page 43

```
1                J. Cohen
2    there's a relationship between the entities, and   11:00:09
3    he's testified no.                      11:00:10
4            MR. ALTMAN:  I'm entitled to explore   11:00:12
5    any potential assets of this individual.   11:00:14
6            MR. SILBERFEIN:  Not before   11:00:15
7    judgment's in.                          11:00:15
8            MR. ALTMAN:  Yes.  Listen, if you   11:00:17
9    want to instruct him not to answer, by all means do   11:00:18
10   so, and then you can call the judge and seek a   11:00:21
11   Protective Order.  Other than that, you don't have   11:00:23
12   the ability to object in the manner in what you're   11:00:25
13   doing here.                             11:00:29
14           Relevance is not a legitimate   11:00:30
15   objection, No. 1.                       11:00:32
16           MR. SILBERFEIN:  That's not true.   11:00:33
17           MR. ALTMAN:  It is true.  If you   11:00:34
18   believe I'm harassing the witness, I've got the   11:00:35
19   Court's number.  Call them up and ask them for a   11:00:38
20   Protective Order on the spot.  Short of that, I'm   11:00:46
21   going to ask this witness the questions I want.   11:00:47
22           MR. SILBERFEIN:  You're wasting your   11:00:48
23   time.                                   11:00:49
24           MR. ALTMAN:  That's fine.        11:00:49
25           MR. SILBERFEIN:  You have seven hours   11:00:49
```

Page 44

```
1                J. Cohen
2    with this witness.  If you ask irrelevant questions,   11:00:50
3    there's absolutely no way we're bringing this   11:00:50
4    witness back if you use your seven hours on   11:00:53
5    irrelevant questions.                   11:00:54
6            MR. ALTMAN:  All right.  I understand   11:00:55
7    your position.  Can you read me back what my last   11:00:57
8    question was?                           11:01:00
9            (Whereupon the reporter read back the   11:01:00
10   last question.)                         11:01:16
11   BY MR. ALTMAN:                          11:01:16
12       Q.   You may answer.                 11:01:17
13       A.   Sorry.  You asked a question?  I'm sorry.   11:01:18
14       Q.   What is a Borrowing Base Certificate?   11:01:20
15       A.   It typically is an indication of -- to a   11:01:22
16   lender of what is going on in the borrowing base.   11:01:28
17       Q.   What did First Funds do with money that   11:01:35
18   it received?                            11:01:37
19           MR. SILBERFEIN:  Objection.        11:01:40
20           MR. ALTMAN:  All right.  Strike that.   11:01:43
21   BY MR. ALTMAN:                          11:01:44
22       Q.   According to this document, it says net   11:01:45
23   cash flow from Fortress to First Funds,   11:01:47
24   $2,879,078.00; correct?                 11:01:48
25       A.   That's what it says.            11:01:52
```

Veritext/NJ Reporting Company

800-227-8440                                           973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 45

J. Cohen

1
2    Q.   What did -- what would First Funds do      11:01:53
3    with that money it received?                    11:01:55
4    A.   I have no clue.                             11:01:57
5    Q.   Who else was working in First Funds?       11:02:00
6         MR. SILBERFEIN:  Just note my              11:02:02
7    continuing objection to each of these questions  11:02:02
8    regarding Exhibit-189 and anything else related to  11:02:05
9    First Funds at this point.                      11:02:07
10   BY MR. ALTMAN:                                  11:02:08
11   Q.   Who else was working at First Funds?       11:02:09
12   A.   I don't know how to answer that question.  11:02:12
13   Q.   Was anybody physically located at the      11:02:13
14   premises -- at the offices of Northern Leasing also  11:02:16
15   involved with First Funds other than yourself?  11:02:19
16        MR. SILBERFEIN:  Objection.  I have a      11:02:22
17   continuing one.                                 11:02:24
18        THE WITNESS:  Let's repeat the             11:02:34
19   question again.                                 11:02:35
20        MR. ALTMAN:  Could you please read it      11:02:37
21   back?                                           11:02:39
22        (Whereupon the reporter read back the      11:02:47
23   last question.)                                 11:02:47
24        THE WITNESS:  Potentially, but I           11:02:51
25   don't recall specifically.                      11:02:53

Page 46

J. Cohen

1
2    BY MR. ALTMAN:                                  11:02:53
3    Q.   I'm sorry; what was your answer?           11:03:14
4    A.   I said potentially, but I do not recall    11:03:16
5    specifically.                                   11:03:18
6    Q.   Okay.  Who?                                11:03:19
7    A.   Again, the question is involved in First   11:03:26
8    Funds; is that the question?                    11:03:27
9    Q.   Correct.                                   11:03:29
10   A.   Potentially, Sara Krieger.                 11:04:00
11   Q.   Was Mr. Buono also involved in First       11:04:06
12   Funds?                                          11:04:08
13   A.   He might have been.                        11:04:12
14        (Exhibit-190 was marked.)                  11:04:13
15   Q.   I'm going to hand you what's been marked   11:04:16
16   as Exhibit-190.  This is a Notice of Advance dated  11:04:18
17   March 8, 2007, Bates No. 112180 through 181.    11:04:27
18        My first question to you, the principal    11:04:34
19   amount referenced on this Notice of Advance is  11:04:37
20   exactly the same as the Borrowing Base Certificate  11:04:39
21   from 189; correct?                              11:04:42
22   A.   Uh-huh.                                     11:04:44
23   Q.   Does it appear that these two documents    11:04:44
24   relate to one another?                          11:04:46
25   A.   Yes.                                        11:04:47

Page 47

J. Cohen

1
2    Q.   If you go to the second page, you signed   11:04:48
3    this document; correct?                         11:04:50
4    A.   Correct.                                    11:04:51
5    Q.   You signed it with the title of manager.   11:04:52
6    A.   Correct.                                    11:04:54
7    Q.   Does that refresh your recollection of     11:04:55
8    the position that you held within First Funds?  11:04:55
9    A.   No.                                         11:04:57
10   Q.   Were there any other members of First      11:05:03
11   Funds?  First Funds is an LLC; correct?         11:05:04
12   A.   I don't recall.                             11:05:07
13   Q.   It says First Funds, LLC.                  11:05:08
14   A.   I don't know which First Funds you're      11:05:11
15   referring.                                       11:05:13
16   Q.   First Funds that's referenced in this      11:05:13
17   document is an LLC; correct?                    11:05:15
18   A.   This one is, correct, yes.                 11:05:17
19   Q.   Are there multiple First Funds?            11:05:18
20   A.   I don't recall.                             11:05:21
21   Q.   Well, you just said "this one," implying   11:05:21
22   that there are more First Funds, so are there other  11:05:23
23   First Funds?                                     11:05:26
24        MR. SILBERFEIN:  Objection.  You're        11:05:26
25   reading the implication.  His answer is whatever his  11:05:27

Page 48

J. Cohen

1
2    answer is.  You're reading the implication.  I  11:05:30
3    object.                                          11:05:32
4         MR. ALTMAN:  Would you read back his       11:05:35
5    answer when he said "This one."                 11:05:35
6         (Whereupon the reporter read back the      11:05:56
7    record as requested.)                           11:05:56
8    BY MR. ALTMAN:                                  11:05:57
9    Q.   Are there any others?                      11:05:57
10   A.   I don't recall.                             11:05:58
11        MR. SILBERFEIN:  Objection.                11:05:59
12   BY MR. ALTMAN:                                  11:05:59
13   Q.   Do you know what it means to be the        11:06:00
14   manager of an LLC?                              11:06:02
15   A.   I think so.                                 11:06:05
16   Q.   What does it mean to be the manager of an  11:06:06
17   LLC?                                             11:06:08
18        MR. SILBERFEIN:  Objection.  You can       11:06:09
19   answer.                                          11:06:10
20        THE WITNESS:  The responsibility for       11:06:14
21   activity within the entity is what I assume it  11:06:16
22   means.                                           11:06:18
23   BY MR. ALTMAN:                                  11:06:19
24   Q.   Were you the top person of First Funds     11:06:20
25   2006, LLC?                                       11:06:21

12  (Pages 45 to 48)

Page 49

```
1              J. Cohen
2         MR. SILBERFEIN:  Objection.          11:06:22
3         THE WITNESS:  I don't recall.        11:06:24
4  BY MR. ALTMAN:                              11:06:25
5    Q.  Were there any other members of First  11:06:25
6  Funds 2006, LLC?                            11:06:27
7    A.  Do not recall.  Do not remember.      11:06:29
8    Q.  Who would have that documentation?    11:06:31
9    A.  My attorneys.                         11:06:33
10   Q.  And who were your attorneys for First  11:06:33
11 Funds, LLC?                                 11:06:34
12   A.  I believe they're Moses & Singer.     11:06:37
13   Q.  Is Moses & Singer the corporate attorney 11:06:39
14 for all the business of Northern Leasing?   11:06:43
15   A.  Yes.                                  11:06:45
16   Q.  How long have they been the corporate  11:06:46
17 attorney for Moses & Singer?                11:06:48
18   A.  I don't recall.                       11:06:50
19   Q.  Was it all of 2010?                   11:06:53
20   A.  Yes.                                  11:06:57
21   Q.  All of 2009?                          11:06:57
22   A.  Yes.                                  11:07:02
23   Q.  All of 2008?                          11:07:02
24   A.  Potentially, but I don't recall.      11:07:11
25   Q.  Who were the corporate attorneys before 11:07:13
```

Page 50

```
1              J. Cohen
2  Moses & Singer?                            11:07:15
3         MR. SILBERFEIN:  Objection.  You can  11:07:17
4  answer.                                    11:07:18
5         THE WITNESS:  Epstein Becker.        11:07:19
6  BY MR. ALTMAN:                              11:07:21
7    Q.  And was Epstein Becker the corporate   11:07:23
8  attorneys when you first started Northern Leasing? 11:07:28
9    A.  No.                                  11:07:31
10   Q.  Who were the corporate attorneys before 11:07:32
11 Epstein Becker?                            11:07:34
12   A.  Milberg Weiss.                        11:07:37
13   Q.  Were they the corporate attorneys when  11:07:45
14 you first started Northern Leasing?         11:07:47
15   A.  I don't recall.                       11:07:48
16   Q.  If I wanted to see the books of Northern 11:07:49
17 Leasing, where are they?                   11:07:52
18        MR. SILBERFEIN:  Objection.  You can  11:07:54
19 answer.                                    11:07:55
20        THE WITNESS:  Define the question.    11:08:00
21 BY MR. ALTMAN:                              11:08:01
22   Q.  Do you know what the corporate books   11:08:02
23 mean?                                      11:08:03
24   A.  Yes.                                  11:08:03
25   Q.  Corporate minute book?                11:08:04
```

Page 51

```
1              J. Cohen
2    A.  Yes.                                  11:08:06
3    Q.  The shareholder certificates?         11:08:06
4    A.  Yes.                                  11:08:07
5    Q.  Where are those materials kept?       11:08:08
6    A.  I believe at Moses & Singer.          11:08:11
7         MR. ALTMAN:  May I ask on the record  11:08:13
8  that plaintiffs have an opportunity to inspect the 11:08:14
9  corporate books and records of Northern Leasing at a 11:08:17
10 convenient time to be before the trial; and if you 11:08:20
11 guys have an objection to that, please let me know 11:08:23
12 so we can ask the Court for guidance.       11:08:25
13        MR. SILBERFEIN:  Okay.               11:08:29
14        (Exhibit-191 was marked.)            11:08:29
15 BY MR. ALTMAN:                              11:08:29
16   Q.  I'm going to hand you what's been marked 11:09:17
17 191.  This is an email and attachment dated  11:09:21
18 6/6/2007, Bates No. 167719 through 725.     11:09:43
19   A.  You want these back?                  11:09:47
20   Q.  No.  You can keep them there.  We may  11:09:48
21 refer to them again.  Thank you.            11:09:50
22        My question to you is, this says "Volume 11:10:03
23 for Jay."  It doesn't say Jay Cohen, so my first 11:10:06
24 question is, "Volume for Jay," is that referring to 11:10:11
25 you?                                       11:10:14
```

Page 52

```
1              J. Cohen
2    A.  I don't know.                         11:10:21
3    Q.  Was there another Jay at Northern Leasing 11:10:21
4  in the 2007 timeframe?                     11:10:24
5    A.  There may have been.                  11:10:26
6    Q.  If you look at the attachment, do you  11:10:28
7  have any idea what this document is?        11:10:33
8    A.  Yes.                                  11:10:44
9    Q.  And what is this document?            11:10:45
10   A.  It appears to be a review of lease      11:10:49
11 applications submitted by venders.          11:10:52
12   Q.  Is this a document you would have       11:10:55
13 received in the normal course of business?   11:10:56
14   A.  Potentially.                          11:11:00
15   Q.  Is there another Jay who might have     11:11:02
16 received this document other than yourself --  11:11:04
17        MR. SILBERFEIN:  Objection.  You can  11:11:07
18 answer.                                    11:11:08
19 BY MR. ALTMAN:                              11:11:11
20   Q.  -- coming from Sara Krieger at Lena     11:11:11
21 Kravic?                                    11:11:14
22        MR. SILBERFEIN:  Objection.  It's not  11:11:15
23 from Sara Krieger.                         11:11:16
24        MR. ALTMAN:  I'm sorry.  That's       11:11:18
25 correct.  I agree.  Let me rephrase that.   11:11:19
```

Page 53

1           J. Cohen
2   BY MR. ALTMAN:                        11:11:21
3      Q.  Is there another Jay who would have      11:11:22
4   received such a document involving Deepika Shahani,    11:11:23
5   Sara Krieger and Lena Kravic?          11:11:31
6      A.  Repeat the question.           11:11:41
7      Q.  Is there another Jay who would have      11:11:43
8   received such a document, given those individuals    11:11:44
9   involved in the creation?              11:11:46
10         MR. SILBERFEIN: Objection.     11:11:47
11         THE WITNESS: 2007, I don't recall.   11:11:48
12  BY MR. ALTMAN:                        11:11:49
13     Q.  Do you remember ever seeing this        11:11:49
14  document?                             11:11:51
15     A.  No.                          11:11:52
16     Q.  What is RBL Capital Group?      11:12:13
17         MR. SILBERFEIN: Objection. You can    11:12:16
18  answer.                               11:12:17
19         THE WITNESS: It is a lender to the     11:12:20
20  ISO community.                        11:12:23
21  BY MR. ALTMAN:                        11:12:24
22     Q.  Are you a member of RBL Capital Group,   11:12:32
23  LLC?                                  11:12:36
24         MR. SILBERFEIN: Object. Him,     11:12:37
25  personally?                           11:12:38

Page 54

1           J. Cohen
2   BY MR. ALTMAN:                        11:12:38
3      Q.  You, personally.              11:12:39
4      A.  I don't recall.               11:12:43
5          (Exhibit-192 was marked.)      11:12:43
6      Q.  I'm going to hand you what's been marked    11:12:44
7   as Exhibit-1 '92. It's a letter addressed to you     11:12:46
8   dated January 7, 2008. The Bates Nos. 187484    11:12:50
9   through 187494.                       11:12:56
10         Mr. Cohen, do you recall receiving this    11:13:14
11  document?                             11:13:16
12     A.  No.                          11:13:16
13     Q.  It is addressed to you?         11:13:17
14     A.  Yes.                         11:13:18
15     Q.  Do you have any doubt that you actually    11:13:19
16  received this letter?                  11:13:20
17     A.  I really don't recall.          11:13:24
18     Q.  But is there any basis as you look at    11:13:26
19  this, to say, no, I never got this letter?      11:13:28
20     A.  No.                          11:13:30
21     Q.  If you go to Page 5 of the document,      11:13:36
22  Bates No. 488 at the bottom, there's a signature.    11:13:39
23  Is that your signature?                11:13:45
24     A.  No.                          11:13:48
25     Q.  Do you know who signed that?     11:13:49

Page 55

1           J. Cohen
2      A.  No.                          11:13:51
3      Q.  It says CFO, I think.          11:13:51
4          Who is the CFO of RBL Capital Group?    11:13:54
5      A.  I don't know.                 11:13:57
6      Q.  It does say that you're the chief       11:13:58
7   executive officer, though, on the front page?     11:14:01
8      A.  Yes.                         11:14:03
9      Q.  Were you the CFO of RBL Capital Group?    11:14:03
10     A.  I don't recall.               11:14:07
11     Q.  Who keeps the books for RBL Capital      11:14:12
12  Corp.?                                11:14:15
13         MR. SILBERFEIN: Objection. You can     11:14:19
14  answer.                               11:14:20
15         THE WITNESS: Moses & Singer.     11:14:31
16  BY MR. ALTMAN:                        11:14:33
17     Q.  What is Fast Capital?          11:14:48
18     A.  That was a business engaged in the same    11:14:57
19  industry as First Funds. It was a competitor of    11:14:59
20  First Funds.                          11:15:01
21     Q.  Did you have a position in Fast Capital?    11:15:04
22     A.  No.                          11:15:08
23     Q.  Was Fast Capital acquired at all in any    11:15:10
24  way by First Funds?                    11:15:13
25     A.  No.                          11:15:18

Page 56

1           J. Cohen
2      Q.  Why would somebody from -- who is --     11:15:34
3   strike that.                          11:15:37
4          Who is Jane Prokop?            11:15:38
5      A.  She is the -- I believe she's the chief    11:15:43
6   operating officer of Principis Capital.      11:15:50
7      Q.  Who is Matt Farrell?           11:15:59
8      A.  I don't know.                 11:16:03
9          (Exhibit-193 was marked.)      11:16:03
10     Q.  I'm going to hand you what's been marked    11:16:07
11  Exhibit-193. The Bates No. is 210292.      11:16:09
12         MR. SILBERFEIN: And 93.        11:16:18
13         MR. ALTMAN: I'm sorry, yes, and 93.    11:16:20
14         MR. SILBERFEIN: You want him to     11:16:30
15  review it?                            11:16:30
16         MR. ALTMAN: If he needs to.      11:16:31
17  BY MR. ALTMAN:                        11:16:32
18     Q.  Do you recall receiving this email?     11:16:33
19     A.  No.                          11:16:34
20     Q.  Your name is listed as a cc on it;       11:16:35
21  correct?                              11:16:37
22     A.  Looks like it.                11:16:38
23     Q.  Okay. At the bottom it says, "Regards,    11:16:39
24  Jane Prokop, chief strategy officer, Northern."    11:16:43
25         You're saying that she did not work for    11:16:48

Veritext/NJ Reporting Company

800-227-8440                                    973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 57

```
1                J. Cohen
2  Northern Leasing?                    11:16:50
3     A.  I didn't say that.            11:16:51
4     Q.  Does she work for Northern Leasing?   11:16:51
5     A.  Yes.                          11:16:53
6     Q.  Does she still work for Northern Leasing?  11:16:53
7     A.  I believe so, yes.            11:16:55
8     Q.  Why was Northern Leasing evaluating   11:17:00
9  assets of Fast Capital?              11:17:03
10         MR. SILBERFEIN: Objection.   11:17:08
11  BY MR. ALTMAN:                      11:17:08
12     Q.  Fast Capital, yes.           11:17:09
13         MR. SILBERFEIN: You can answer.   11:17:10
14  Objection.                         11:17:11
15         THE WITNESS: I think it was  11:17:32
16  presented to us as a potential acquisition.   11:17:33
17  BY MR. ALTMAN:                      11:17:39
18     Q.  So when I asked you before whether   11:17:40
19  Northern Leasing was considering acquiring Fast   11:17:42
20  Capital, did you just not remember?   11:17:43
21         MR. SILBERFEIN: Objection. That's   11:17:46
22  not what you asked him.            11:17:47
23         THE WITNESS: I don't remember the   11:17:49
24  question.                          11:17:50
25         MR. ALTMAN: Could you please read   11:17:50
```

Page 58

```
1                J. Cohen
2  back where I asked him was Northern Leasing going to   11:17:51
3  acquire Fast Capital when I first asked about it?   11:17:56
4  Actually, can I see on the screen there?   11:17:59
5         (Whereupon Mr. Altman reviewed the   11:18:02
6  testimony on reporter's computer.)   11:18:02
7  BY MR. ALTMAN:                      11:18:31
8     Q.  Did Northern Leasing acquire Fast   11:18:32
9  Capital?                           11:18:37
10         MR. SILBERFEIN: Objection.   11:18:38
11         THE WITNESS: No.            11:18:38
12  BY MR. ALTMAN:                      11:18:39
13     Q.  Why not?                     11:18:39
14         MR. SILBERFEIN: Objection.   11:18:40
15         THE WITNESS: I don't recall.   11:18:40
16  BY MR. ALTMAN:                      11:18:41
17     Q.  What is a GCN Servicer Report?   11:19:01
18     A.  It's a report that represents -- reports   11:19:19
19  on the cash activity in a partnership that Northern   11:19:23
20  has with two other partners.        11:19:28
21     Q.  Who are the two other partners?   11:19:32
22     A.  Goldman Sachs and Cerberus Capital.   11:19:33
23     Q.  And when you say partners, is that in an   11:19:39
24  actual legal partnership arrangement?   11:19:43
25     A.  I don't recall the structure.   11:19:45
```

Page 59

```
1                J. Cohen
2     Q.  Who would know the information about that   11:19:47
3  structure?                         11:19:49
4     A.  Moses & Singer.              11:19:49
5     Q.  Would you receive those reports on a   11:19:57
6  regular basis?                     11:19:58
7     A.  No.                          11:19:58
8     Q.  But you did receive some of those   11:20:00
9  reports; correct?                  11:20:01
10     A.  I don't recall.              11:20:02
11     Q.  Who is Vishal Rana?          11:20:04
12     A.  I don't know. Scratch that. I do know.   11:20:06
13  An analyst that worked with us way back.   11:20:11
14     Q.  When you say a way back, how far back?   11:20:16
15     A.  I don't recall.              11:20:17
16     Q.  Could it have been in 2008?   11:20:19
17     A.  Possibly.                    11:20:20
18     Q.  Who's -- is there like a department that   11:20:24
19  does financial analysis for Northern Leasing?   11:20:25
20     A.  Yes.                         11:20:27
21     Q.  Who runs that department?    11:20:28
22     A.  Dinesh Kulangroth.           11:20:29
23         MR. SILBERFEIN: Can you spell that?   11:20:36
24         THE WITNESS: Dinesh Kulangroth.   11:20:37
25         MR. SILBERFEIN: Can you spell that   11:20:37
```

Page 60

```
1                J. Cohen
2  for the reporter?                  11:20:37
3         THE WITNESS: K-u-l-a-n-g-r-o-t-h.   11:20:37
4  BY MR. ALTMAN:                      11:20:38
5     Q.  And what does that department do?   11:20:40
6     A.  Financial analysis.          11:20:47
7     Q.  How many people are in the department?   11:20:49
8         MR. SILBERFEIN: Currently?   11:20:50
9  BY MR. ALTMAN:                      11:20:52
10     Q.  Currently.                   11:20:53
11     A.  I don't know specifically.    11:20:54
12     Q.  Approximately.               11:20:54
13     A.  20.                          11:20:55
14     Q.  Who is Morris Weiss?         11:21:10
15     A.  Banker.                      11:21:15
16     Q.  Did there come to be a time when you were   11:21:18
17  looking for some kind of a financing arrangement   11:21:21
18  from Morris Weiss?                  11:21:24
19     A.  Yes.                         11:21:26
20     Q.  Did that actually come through?   11:21:27
21     A.  No.                          11:21:28
22         MR. SILBERFEIN: Note my continuing   11:21:30
23  objection to all these questions that have nothing   11:21:32
24  to do with this case.              11:21:34
25         MR. ALTMAN: Whatever you say.   11:21:38
```

Veritext/NJ Reporting Company

800-227-8440                    973-410-4040

Page 61

J. Cohen

1
2     MR. SILBERFEIN: It has nothing to do     11:21:39
3  with this case.                            11:21:40
4     MR. ALTMAN: Okay.                        11:21:40
5     (Exhibit-194 was marked.)               11:21:40
6  BY MR. ALTMAN:                             11:21:40
7     Q.  I'm going to hand you what I'm going to     11:21:41
8  mark as Exhibit-194. It's Bates No. 342247 through     11:21:43
9  248.                                       11:21:52
10      Do you recall getting this email from     11:22:12
11  Morris Weiss, the second part of the email?     11:22:14
12     A.  No.                                 11:22:17
13     Q.  Do you see that it references on the     11:22:19
14  second page that there are audited financials from     11:22:23
15  2005, 6 and 7 attached to this email?     11:22:27
16     A.  I see the references, yes.         11:22:33
17     Q.  And Morris Weiss was asking for the last     11:22:36
18  three years of corporate statements; correct?     11:22:39
19     MR. SILBERFEIN: Objection. You can     11:22:42
20  answer.                                    11:22:43
21     THE WITNESS: I believe, yeah.        11:22:45
22  BY MR. ALTMAN:                             11:22:46
23     Q.  Okay. Do you see that the Bates No. is     11:22:47
24  247 through 248?                           11:22:51
25     A.  Yes.                                11:22:54

Page 62

J. Cohen

1
2     (Exhibit-195 was marked.)               11:22:54
3     Q.  Okay. I'm going to hand you what I'm     11:22:54
4  going to mark as Exhibit-195. This is Bates No.     11:22:58
5  342249 through 268, and it's entitled, Northern     11:23:21
6  Leasing Systems, Inc. and Subsidiaries December     11:23:29
7  31st, 2007 and 2006, and Consolidated Financial     11:23:31
8  Statements.                                11:23:36
9     A.  Right.                              11:23:37
10     Q.  At least in terms of the Bates numbers,     11:23:38
11  those are consecutive after Exhibit-194; correct?     11:23:41
12     A.  Yeah.                               11:23:46
13     Q.  Exhibit-194 referred to providing the     11:23:47
14  2007 audited financials; correct?         11:23:49
15     A.  I don't see where it says 2007.     11:23:55
16     Q.  The second page.                    11:23:56
17     A.  Oh, yes.                            11:23:59
18     Q.  Okay. Do you have any reason to dispute     11:23:59
19  that Exhibit-195 is the 2007 financial statements of     11:24:02
20  Northern Leasing?                          11:24:07
21     A.  No.                                 11:24:10
22     Q.  Were you still a shareholder of Northern     11:24:15
23  Leasing, December 31st, 2007?              11:24:18
24     A.  I don't recall.                     11:24:22
25     Q.  It says there on the Page 4 of the     11:24:28

Page 63

J. Cohen

1
2  document, 252, it says Shareholder's Equity at the     11:24:31
3  bottom, $36,137,381.00; correct?           11:24:39
4     A.  Correct.                            11:24:47
5     Q.  Is that money still in Northern Leasing?     11:24:47
6     A.  I don't know.                       11:24:49
7     Q.  Who would know the answer to that?     11:24:51
8     A.  Our CFO. Our president.            11:25:00
9     Q.  Who's the CFO currently?           11:25:02
10     A.  Jeff Sibley.                        11:25:04
11     Q.  When you were a shareholder in Northern     11:25:08
12  Leasing, were there any other shareholders?     11:25:10
13     MR. SILBERFEIN: Objection. You can     11:25:12
14  answer.                                    11:25:13
15     THE WITNESS: Yeah, yes.              11:25:14
16  BY MR. ALTMAN:                             11:25:14
17     Q.  Who were the other shareholders?     11:25:15
18     A.  Leonard Mezei.                      11:25:17
19     Q.  Is he the only other shareholder?     11:25:18
20     A.  I believe so, yes.                 11:25:21
21     Q.  Was it a 50/50 split between you and that     11:25:21
22  individual?                                11:25:24
23     A.  At the time, yes.                  11:25:24
24     Q.  Did that change over time?         11:25:25
25     A.  Yes.                               11:25:26

Page 64

J. Cohen

1
2     Q.  And how did it change?             11:25:26
3     MR. SILBERFEIN: Objection. You can     11:25:28
4  answer.                                    11:25:29
5  BY MR. ALTMAN:                             11:25:30
6     Q.  Let me ask the question a little     11:25:34
7  differently.                              11:25:35
8      Did you and he both stop becoming a     11:25:36
9  shareholder at the same time?             11:25:38
10     A.  I don't recall.                    11:25:40
11     Q.  When you first started, did he start the     11:25:42
12  company with you originally?              11:25:44
13     A.  Yes.                               11:25:45
14     Q.  Were you 50/50 shareholders then?     11:25:46
15     A.  Yes.                               11:25:48
16     Q.  Did there come to be any time when you     11:25:50
17  were not 50/50 shareholders?              11:25:51
18     A.  There may have been, yes.         11:25:53
19     Q.  What do you recall in terms of that may     11:25:55
20  have been?                                 11:25:57
21     A.  I don't remember the timing.       11:25:58
22     Q.  When you finally stopped being a     11:26:01
23  shareholder, were you 50/50 shareholders?     11:26:03
24     A.  How can you stop being a shareholder and     11:26:10
25  still be 50/50?                            11:26:12

16  (Pages 61 to 64)

Page 65

J. Cohen

1
2    Q.   At the time you stopped being a          11:26:14
3    shareholder, were you and he still 50/50      11:26:16
4    shareholders?                                 11:26:19
5    A.   Prior to that stop?                       11:26:21
6    Q.   Obviously, prior to the stop.            11:26:23
7    A.   Yes.                                     11:26:25
8    Q.   Okay.  In 2007, were you still a         11:26:25
9    shareholder?                                  11:26:27
10   A.   I don't recall.                          11:26:28
11   Q.   Who is your personal attorney for keeping 11:26:31
12   track of your financial interests?            11:26:35
13         MR. SILBERFEIN:  Objection.             11:26:36
14         THE WITNESS:  Arnold Bressler, Moses    11:26:47
15   & Singer.                                     11:26:49
16   BY MR. ALTMAN:                                11:26:50
17   Q.   Who negotiated on your behalf the sale of 11:26:52
18   your shares in Northern Leasing, or however they 11:26:55
19   were disposed of?                             11:26:59
20         MR. SILBERFEIN:  Objection.             11:27:01
21         THE WITNESS:  I don't recall.           11:27:02
22   BY MR. ALTMAN:                                11:27:03
23   Q.   You don't know what lawyer you hired to  11:27:04
24   do that?                                      11:27:06
25   A.   No.                                      11:27:07

Page 66

J. Cohen

1
2    Q.   Was it somebody other than at Moses &    11:27:09
3    Singer?                                       11:27:11
4         MR. SILBERFEIN:  Objection.  You can     11:27:12
5    answer.                                       11:27:13
6         THE WITNESS:  I don't think so.          11:27:15
7    BY MR. ALTMAN:                                11:27:16
8    Q.   Did you pay for that personal            11:27:21
9    representation out of your own pocket?        11:27:26
10        MR. SILBERFEIN:  Objection.              11:27:27
11        THE WITNESS:  I don't recall.            11:27:29
12   BY MR. ALTMAN:                                11:27:29
13   Q.   If you wanted to find out if you paid for 11:27:31
14   that representation, where would you go to look? 11:27:32
15   A.   I don't know.                            11:27:41
16        (Exhibit-196 was marked.)                11:27:41
17   Q.   I'm going to hand what you I'm going to  11:27:45
18   mark as Exhibit-196, and it's Bates No. 342269 11:27:47
19   through 287.                                  11:28:17
20        Does this appear to be the 2005 financial 11:28:19
21   statement of Northern Leasing?               11:28:27
22        MR. SILBERFEIN:  Objection.  You can     11:28:28
23   answer.                                       11:28:28
24        THE WITNESS:  Yes.                       11:28:29
25

Page 67

J. Cohen

1
2    BY MR. ALTMAN:                                11:28:29
3    Q.   Do you have any reason to dispute that   11:28:29
4    this is not the 2005 financial statement of Northern 11:28:30
5    Leasing?                                      11:28:33
6         MR. SILBERFEIN:  Objection.              11:28:33
7         THE WITNESS:  To dispute that it's       11:28:36
8    not?                                          11:28:37
9    BY MR. ALTMAN:                                11:28:37
10   Q.   Sorry.  Let me ask it totally different  11:28:39
11   so we get it clean.                           11:28:42
12        Is this the financial statement for      11:28:44
13   Northern Leasing in 2005?                     11:28:46
14   A.   I believe so.                            11:28:47
15   Q.   Does it appear to be true and correct?   11:28:47
16   A.   I believe so.                            11:28:50
17   Q.   Okay.  Were you a shareholder of Northern 11:28:50
18   Leasing in 2005?                              11:28:53
19   A.   I don't recall.                          11:28:54
20   Q.   Can you tell me a date that for sure you 11:28:55
21   knew you were a shareholder of Northern Leasing? 11:28:59
22   A.   1991.                                    11:29:01
23   Q.   Okay.  And you can't tell me a date after 11:29:03
24   that when you knew you were still a shareholder? 11:29:04
25   A.   Probably '92 as well.  I don't recall    11:29:20

Page 68

J. Cohen

1
2    exactly the dates.                            11:29:24
3    Q.   In the 2000's?                           11:29:25
4    A.   I don't know.                            11:29:27
5    Q.   Sorry.  I didn't mean to interrupt you.  11:29:28
6         MR. SILBERFEIN:  Were you finished       11:29:29
7    with your answer?                             11:29:30
8         THE WITNESS:  Yes.                       11:29:32
9    BY MR. ALTMAN:                                11:29:32
10   Q.   Were you a shareholder in the 2000's?    11:29:33
11   A.   I might have been.                       11:29:36
12   Q.   Might have been.                         11:29:36
13        MR. SILBERFEIN:  Objection to            11:29:36
14   counsel's statement.                          11:29:41
15        (Exhibit-197 was marked.)                11:29:42
16   BY MR. ALTMAN:                                11:29:42
17   Q.   I'm going to hand you what's marked as   11:29:42
18   Exhibit-197.  This is Bates No. 342288 through 11:29:45
19   342308, and it's titled, Financial Statements of 11:29:56
20   Northern Leasing for December 31st, 2006.     11:30:01
21        Does this appear to be a true and        11:30:04
22   accurate copy of Northern Leasing's financial  11:30:05
23   statement of December 31st, 2006?             11:30:08
24   A.   Yes.                                     11:30:09
25   Q.   Did you have to sign the financial       11:30:12

17  (Pages 65 to 68)

Veritext/NJ Reporting Company

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 69

1           J. Cohen
2   statements at all as the CEO of the company?        11:30:15
3      A.  I don't recall.                    11:30:21
4      Q.  Mr. Cohen, what are your duties as CEO of    11:31:01
5   Northern Leasing?                    11:31:06
6           MR. SILBERFEIN:  Objection.  He      11:31:06
7   already answered this question.              11:31:08
8           MR. ALTMAN:  He gave me about a      11:31:09
9   one-sentence answer.                  11:31:10
10  BY MR. ALTMAN:                    11:31:12
11     Q.  Can you give me in more detail of what    11:31:13
12  your duties are as CEO of Northern Leasing?      11:31:13
13          MR. SILBERFEIN:  Who cares if his      11:31:15
14  answer is one sentence or not?              11:31:16
15  BY MR. ALTMAN:                    11:31:18
16     Q.  I would like more of an explanation.      11:31:18
17  Would you please answer the question.          11:31:18
18     A.  Overall management of the company.      11:31:19
19     Q.  And what did that entail?            11:31:21
20          MR. SILBERFEIN:  Objection.          11:31:22
21          THE WITNESS:  Specifically, managing    11:31:29
22  the president.                      11:31:30
23  BY MR. ALTMAN:                    11:31:31
24     Q.  Do you directly manage any other        11:31:32
25  individuals?                      11:31:34

Page 70

1           J. Cohen
2      A.  No.                        11:31:35
3      Q.  Do you directly interact with any other    11:31:36
4   individuals?                      11:31:38
5      A.  Sure.                      11:31:39
6      Q.  Who do you directly interact with on a    11:31:40
7   regular basis?                      11:31:42
8           MR. SILBERFEIN:  Objection.  You can    11:31:43
9   answer.                          11:31:45
10          THE WITNESS:  All the company        11:31:47
11  managers.                        11:31:48
12  BY MR. ALTMAN:                    11:31:49
13     Q.  And who are they?                11:31:50
14     A.  In no specific order, Sara Krieger, Steve  11:31:54
15  Bernardone, Sam Buono.  Sam Buono, Steve Bernardone,  11:31:56
16  Sara Krieger, Jeff Sibley, Dinesh Kulangroth.  I    11:32:08
17  think that's it.                    11:32:20
18  BY MR. ALTMAN:                    11:32:21
19     Q.  What obligations to the shareholders do    11:32:25
20  you have as CEO of Northern Leasing?          11:32:27
21          MR. SILBERFEIN:  Objection.  You can    11:32:30
22  answer.                          11:32:31
23          THE WITNESS:  Manage the company to    11:32:32
24  the best of my ability.                  11:32:36
25

Page 71

1           J. Cohen
2   BY MR. ALTMAN:                    11:32:37
3      Q.  What obligations to the company do you    11:32:55
4   have as CEO of the company?              11:32:57
5           MR. SILBERFEIN:  Objection.  You can    11:33:01
6   answer.                          11:33:02
7           THE WITNESS:  Same answer.          11:33:03
8   BY MR. ALTMAN:                    11:33:04
9      Q.  Can you be any more detailed in your      11:33:07
10  obligations to the shareholders other than manage    11:33:09
11  the company, as best you can?              11:33:13
12          MR. SILBERFEIN:  Objection.          11:33:16
13          THE WITNESS:  I think that pretty      11:33:17
14  much sums it up.                    11:33:17
15  BY MR. ALTMAN:                    11:33:18
16     Q.  Are you on the Board of Directors for any  11:33:21
17  other companies besides Northern Leasing?        11:33:23
18          MR. SILBERFEIN:  Objection.  You can    11:33:25
19  answer.                          11:33:26
20          THE WITNESS:  I don't recall.        11:33:27
21  BY MR. ALTMAN:                    11:33:28
22     Q.  Were you ever on the Board of Directors    11:33:32
23  of any other company besides Northern Leasing?      11:33:34
24     A.  Probably.                    11:33:36
25     Q.  Can you recall any that you were that you  11:33:37

Page 72

1           J. Cohen
2   may not be today?                    11:33:40
3      A.  Not off the top of my head.          11:33:42
4      Q.  What is Lease Finance Group?          11:33:49
5      A.  It is a -- an entity in the business of    11:33:56
6   originating lease paper.                11:34:00
7      Q.  Is it a corporation?                11:34:06
8      A.  I don't recall.                  11:34:08
9      Q.  Are you an officer of LFG?            11:34:09
10     A.  I don't recall.                  11:34:12
11     Q.  Who manages LFG?                11:34:15
12     A.  The management of Northern Leasing.      11:34:21
13     Q.  Is LFG a subsidiary of Northern Leasing?    11:34:23
14     A.  I don't recall.                  11:34:26
15     Q.  Was LFG purchased by Northern Leasing at  11:34:30
16  some point in time?                    11:34:33
17     A.  No.                        11:34:35
18     Q.  How did LFG come to be part of Northern    11:34:36
19  Leasing?                        11:34:39
20          MR. SILBERFEIN:  Objection.  You can    11:34:40
21  answer.                          11:34:40
22          THE WITNESS:  I didn't say LFG was      11:34:45
23  part of Northern Leasing.                11:34:47
24  BY MR. ALTMAN:                    11:34:48
25     Q.  What is the relationship between LFG and    11:34:51

Veritext/NJ Reporting Company

800-227-8440                                973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 73

1          J. Cohen
2  Northern Leasing?                        11:34:53
3          MR. SILBERFEIN: Objection. You can   11:34:55
4  answer.                           11:34:56
5          THE WITNESS: They're separate       11:34:58
6  entities managed by the same management.      11:34:59
7  BY MR. ALTMAN:                      11:35:01
8    Q.   And what is the relationship? How do   11:35:02
9  they do business together?              11:35:03
10          MR. SILBERFEIN: Objection. You can  11:35:05
11  answer.                          11:35:05
12          THE WITNESS: Northern Leasing       11:35:07
13  purchases leases from LFG on a regular basis.  11:35:07
14  BY MR. ALTMAN:                     11:35:10
15    Q.   And who owns LFG?               11:35:11
16    A.   I don't recall.                 11:35:13
17    Q.   Who are the attorneys for LFG?      11:35:17
18    A.   I believe Moses & Singer.          11:35:21
19    Q.   I think I asked -- oh, okay.        11:35:23
20        Who is the corporate secretary for LFG?  11:35:25
21    A.   I don't recall.                 11:35:28
22          MR. ALTMAN: Plaintiffs hereby     11:35:34
23  request the opportunity to examine the books of LFG  11:35:35
24  as -- prior to the trial. I'm just putting that on  11:35:37
25  the record. Please let us know as soon as possible  11:35:41

Page 74

1          J. Cohen
2  if you have an objection. And we'll come here to a  11:35:43
3  mutually agreeable location.              11:35:46
4          MR. SILBERFEIN: Can you indicate to  11:35:47
5  me why LFG's books and records as you've requested  11:35:49
6  are relevant to this action?             11:35:53
7          MR. ALTMAN: Because it's the same   11:35:54
8  people who manage both companies. There are assets  11:35:55
9  that flow back and forth between the companies.  11:35:58
10          MR. SILBERFEIN: Have you established  11:36:00
11  that assets flow back and forth?          11:36:01
12          MR. ALTMAN: He just said that      11:36:03
13  Northern Leasing purchases, so there are assets that  11:36:05
14  are transferred from LFG to Northern Leasing.  11:36:06
15          MR. SILBERFEIN: That's your legal   11:36:14
16  conclusion?                       11:36:15
17          MR. ALTMAN: You can object if you   11:36:15
18  want.                           11:36:15
19          MR. SILBERFEIN: No. I'm asking you  11:36:16
20  for a basis for your request so we can take it under  11:36:16
21  advisement and let you know if we object or not.  11:36:18
22          MR. ALTMAN: Why don't we do that    11:36:19
23  when we're off. We don't have to waste the witness'  11:36:20
24  time on that.                      11:36:23
25          MR. SILBERFEIN: Well, you've made a  11:36:23

Page 75

1  request based upon -- apparently based upon the  11:36:24
2  witness' testimony. I'm trying to find out what  11:36:25
3  your basis is.                     11:36:27
4          MR. ALTMAN: I'm not disputing that  11:36:28
5  that's not a fair thing. All I'm saying is why  11:36:29
6  don't we do that offline so that we can get the  11:36:30
7  witness done and out of here. Then you and I can  11:36:34
8  sit and we can work those things out.      11:36:34
9          MR. SILBERFEIN: If that's how you    11:36:36
10  would like to do it, that's fine.         11:36:36
11          MR. ALTMAN: Okay.              11:36:38
12          MR. SILBERFEIN: Whenever you're at a  11:36:44
13  natural breaking point, I could use a few minutes.  11:36:46
14  It doesn't have to be right now.          11:36:48
15          MR. ALTMAN: It will be just a couple  11:36:50
16  more minutes.                      11:36:51
17          MR. SILBERFEIN: Fine.           11:36:52
18  BY MR. ALTMAN:                     11:36:52
19    Q.   Are any of the employees of Northern  11:36:53
20  Leasing paid for the time they spent managing LFG?  11:36:54
21          MR. SILBERFEIN: Objection. You can  11:37:02
22  answer.                         11:37:03
23          THE WITNESS: I don't know.        11:37:06
24
25

Page 76

1          J. Cohen
2  BY MR. ALTMAN:                     11:37:07
3    Q.   Who would know the answer to that?   11:37:08
4    A.   Whoever those people that directly report  11:37:15
5  to.                            11:37:20
6    Q.   Who does Sara Krieger report to?     11:37:21
7    A.   Ron Kincheloe.                 11:37:23
8    Q.   So Ron Kincheloe would know?        11:37:25
9    A.   I assume.                    11:37:26
10    Q.   Is Ron Kincheloe also involved in the  11:37:28
11  management of LFG?                   11:37:30
12    A.   I believe so, yes.               11:37:34
13    Q.   Are you involved in the management of  11:37:35
14  LFG?                            11:37:36
15    A.   Tangentially, yes.               11:37:37
16    Q.   Are you paid anything for that?      11:37:39
17          MR. SILBERFEIN: Note my objection.  11:37:53
18  You can answer.                    11:37:54
19          THE WITNESS: I don't recall if     11:38:01
20  that's a component of my income or not.    11:38:02
21  BY MR. ALTMAN:                     11:38:04
22    Q.   What happens to the money that Northern  11:38:09
23  Leasing pays LFG for the leases?         11:38:11
24    A.   Passes through to the vender.       11:38:17
25    Q.   Does LFG earn a profit?           11:38:23

19 (Pages 73 to 76)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 77

```
1              J. Cohen
2    A.  No.                           11:38:25
3    Q.  Does it have a loss?          11:38:27
4    A.  No.  It may.  It may have a loss; I'm    11:38:28
5  sorry.                             11:38:31
6    Q.  So is it the intention that Northern    11:38:31
7  Leasing purchases the lease from LFG for what LFG    11:38:34
8  pays the merchant?                  11:38:39
9    A.  That's correct.  Not the merchant.  The    11:38:41
10 vender.                            11:38:42
11   Q.  The vender.  So it's intended effectively    11:38:43
12 to be a vehicle to collect leases, and then transfer    11:38:47
13 them to Northern Leasing?           11:38:50
14   A.  To originate leases.          11:38:51
15       MR. SILBERFEIN:  Objection.   11:38:55
16       MR. ALTMAN:  Go ahead and take a    11:38:57
17 five-minute break.                  11:38:58
18       MR. STRUTINSKIY:  The time is now    11:39:01
19 11:39 a.m.  We are off the record.  11:39:02
20       (Whereupon there was a brief recess.)  11:39:07
21       MR. STRUTINSKIY:  The time is now    11:49:35
22 11:49 a.m.  We are back on the record.    11:49:36
23       (Exhibit-198 was marked.)     11:49:38
24 BY MR. ALTMAN:                      11:49:38
25   Q.  Mr. Cohen, I'm going to hand you what's    11:50:04
```

Page 78

```
1              J. Cohen
2  been marked Exhibit-198, Bates No. 442872.    11:50:07
3       Who is Mike Haggerty?          11:50:25
4    A.  I believe he was an analyst that worked    11:50:35
5  for -- worked for us at one point.  Worked for FG    11:50:37
6  Companies at one point.  I don't recall exactly.    11:50:46
7    Q.  And what does FG Companies do?    11:50:50
8    A.  It's an investment entity.     11:50:52
9    Q.  And what is its -- what does it invest    11:50:54
10 in?                                11:50:57
11   A.  I don't even know.             11:50:58
12   Q.  It says right here, Mike Haggerty is with    11:51:04
13 Northern Leasing Systems and FG Companies; correct?    11:51:07
14       MR. SILBERFEIN:  Objection.    11:51:10
15       THE WITNESS:  Correct.         11:51:10
16 BY MR. ALTMAN:                      11:51:11
17   Q.  Does FG Companies pay for part of Mike    11:51:11
18 Haggerty's salary?                  11:51:14
19   A.  I don't know.                 11:51:15
20   Q.  As the CEO of the company, don't you    11:51:17
21 think you have a responsibility to the shareholders    11:51:20
22 of Northern Leasing that if an employee is being    11:51:22
23 used by another company, that Northern Leasing    11:51:24
24 receives some kind of compensation for that work?    11:51:28
25       MR. SILBERFEIN:  Objection.  You can    11:51:31
```

Page 79

```
1              J. Cohen
2  answer.                            11:51:32
3       THE WITNESS:  It depends.       11:51:37
4  BY MR. ALTMAN:                      11:51:37
5    Q.  On what?                      11:51:38
6    A.  I guess on facts and circumstances of    11:51:39
7  what he's doing.                    11:51:41
8    Q.  Well, does Mr. Haggerty hold positions    11:51:43
9  with these two different entities?    11:51:46
10   A.  I don't know.                 11:51:48
11   Q.  So as the CEO of the company, you don't    11:51:48
12 know?                              11:51:51
13   A.  No.                          11:51:51
14   Q.  If Mr. Haggerty was doing work for FG    11:51:52
15 Companies, should Northern Leasing be reimbursed for    11:51:55
16 that work?                         11:51:59
17   A.  It depends.                   11:52:00
18   Q.  On what?                      11:52:01
19   A.  Depends on the facts and circumstances    11:52:02
20 surrounding Michael Haggerty's employment.    11:52:04
21   Q.  Explain to me when it would be    11:52:06
22 necessary for FG to pay part of Mr. Haggerty's    11:52:08
23 salary.                            11:52:11
24   A.  I can't answer that question.   11:52:12
25   Q.  So as the CEO, you don't know?    11:52:12
```

Page 80

```
1              J. Cohen
2       MR. SILBERFEIN:  Objection.  You can    11:52:14
3  answer.                            11:52:15
4       THE WITNESS:  I said I can't answer    11:52:16
5  that question.                      11:52:16
6  BY MR. ALTMAN:                      11:52:17
7    Q.  Who could answer the question?    11:52:18
8    A.  I don't know that anybody could.    11:52:19
9    Q.  Did I ask you if -- I'm not sure I asked    11:52:26
10 you, but was Northern Leasing paid anything for    11:52:28
11 Mr. Haggerty's work by FG Companies?    11:52:30
12   A.  I don't know.                 11:52:33
13   Q.  Who else does work for FG Companies at    11:52:38
14 Northern Leasing?                   11:52:41
15       MR. SILBERFEIN:  Objection.  You can    11:52:42
16 answer.                            11:52:43
17       THE WITNESS:  I don't believe anybody    11:52:47
18 does, but I can't be sure.          11:52:48
19 BY MR. ALTMAN:                      11:52:50
20   Q.  So he's the only one?          11:52:51
21       MR. SILBERFEIN:  Objection.    11:52:52
22       THE WITNESS:  I don't know that he    11:52:53
23 does.                              11:52:53
24 BY MR. ALTMAN:                      11:52:54
25   Q.  What does it mean when he puts Northern    11:52:54
```

20  (Pages 77 to 80)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 81

J. Cohen

1           J. Cohen
2   Leasing Systems, Inc./FG Companies?          11:52:56
3      A.  You'll have to ask him.          11:52:59
4      Q.  So as the CEO of Northern Leasing, you     11:53:00
5   have no idea what that means?          11:53:02
6      A.  No.                    11:53:03
7      Q.  What is your involvement with FG      11:53:05
8   Companies?                  11:53:06
9      A.  I don't have any.          11:53:08
10     Q.  Who owns FG Companies?          11:53:10
11     A.  I don't know.          11:53:12
12     Q.  Why is Northern Leasing involved with FG   11:53:13
13  Companies?                  11:53:15
14         MR. SILBERFEIN:  Objection.     11:53:17
15         THE WITNESS:  I don't know that they   11:53:18
16  are.                      11:53:19
17  BY MR. ALTMAN:                 11:53:19
18     Q.  What is a GCN waterfall adjustment?     11:53:23
19     A.  I can only speculate.          11:53:29
20     Q.  What's your best understanding of what it  11:53:31
21  means?                     11:53:38
22     A.  Let's parse the words.  GCN waterfall    11:53:38
23  means -- typically means, typically means not    11:53:38
24  necessarily in this case, the cash flow          11:53:41
25  prioritization in a cash flow stream.  And        11:53:42

Page 82

1           J. Cohen
2   adjustment must mean some adjustment to that cash  11:53:49
3   flow.                     11:53:52
4      Q.  And what is the LaSalle account?      11:53:52
5      A.  No clue.              11:53:54
6      Q.  What is Jerusalem Capital, LLC?      11:54:08
7      A.  I don't recall exactly.          11:54:21
8      Q.  What's your best understanding of what it  11:54:23
9   is?                       11:54:25
10     A.  It's -- I don't recall exactly.      11:54:26
11     Q.  Do you have any ownership interest in    11:54:34
12  Jerusalem Capital, LLC?              11:54:36
13     A.  I don't believe so.          11:54:39
14     Q.  Do you know who does?          11:54:39
15     A.  No.                   11:54:41
16         (Exhibit-199 was marked.)          11:54:41
17     Q.  Why would -- let me hand you what's been  11:54:43
18  marked as Exhibit-199, which is Bates No. 470514.  11:54:46
19         Can you please explain to me what     11:55:52
20  Exhibit-199 is?  It appears to be some kind of    11:55:55
21  transfer of funds through Barclays Bank.          11:56:00
22     A.  Looks like a transfer of funds from    11:56:05
23  Barclays Bank.                 11:56:09
24     Q.  Okay.  Who is -- what is Forester U.K.   11:56:11
25  Holdings?                   11:56:17

Page 83

1           J. Cohen
2      A.  It's an entity that holds assets for a   11:56:18
3   portfolio in the U.K.  A portfolio of point of sale  11:56:21
4   terminal leases in the U.K.  It's the holder of    11:56:27
5   those assets.                 11:56:30
6      Q.  Do you have any involvement with Forester  11:56:31
7   U.K.?                     11:56:34
8         MR. SILBERFEIN:  Objection.  You can   11:56:35
9   answer.                    11:56:35
10        THE WITNESS:  I guess.          11:56:47
11  BY MR. ALTMAN:                 11:56:48
12     Q.  What's the nature of your involvement?   11:56:51
13     A.  I was involved in the original purchase  11:56:58
14  of the assets.                 11:56:59
15         (Exhibit-200 was marked.)          11:56:59
16     Q.  I'm going to hand you what I'm going to   11:57:08
17  mark as Exhibit-200.  It's Bates No. 470515.     11:57:10
18  Exhibit-470515 is an email from Beth Pascua,      11:57:37
19  P-a-s-c-u-a, to Jeff Sibley dated June 12th, 2009;  11:57:45
20  correct?                   11:57:50
21     A.  Yes.                  11:57:51
22     Q.  And it says, "Jeff, Jay showed me earlier  11:57:52
23  the available cash in FFUK, and it appears there's  11:57:55
24  about 1.8 million in the accounts.  I understand   11:57:59
25  that the 1.2 million share of Len hasn't been     11:58:02

Page 84

1           J. Cohen
2   transferred to his personal account yet; thus, Jay's  11:58:06
3   share in the remaining 600K, 300K for Jay, should be  11:58:10
4   transferred to the following account, Jerusalem   11:58:12
5   Capital, LLC."                 11:58:13
6         Did I read that correctly?          11:58:15
7      A.  Correct.              11:58:17
8      Q.  The Jay that's being referenced there is  11:58:17
9   you; correct?                 11:58:19
10     A.  Yes.                  11:58:20
11     Q.  The Len that's being referenced there is  11:58:20
12  Mr. --                     11:58:22
13     A.  Mezei.                11:58:23
14     Q.  -- Mezei.              11:58:23
15         And the transfer that we just looked at  11:58:25
16  in Exhibit-199 is a transfer of $300,000.00;     11:58:26
17  correct?                   11:58:32
18     A.  Yes.                  11:58:33
19     Q.  And it's dated three days after this    11:58:33
20  letter; correct?                 11:58:36
21     A.  Correct.              11:58:36
22     Q.  And it's to Jerusalem Capital, just like  11:58:37
23  it was specified in the email; correct?          11:58:40
24     A.  Correct.              11:58:42
25     Q.  Is Jerusalem Capital your personal     11:58:42

Veritext/NJ Reporting Company

800-227-8440                          973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 85

```
1              J. Cohen
2  account?                    11:58:45
3     A.  No.                  11:58:45
4     Q.  Who's account is it?         11:58:46
5     A.  I don't know.               11:58:48
6     Q.  So why would your share of these funds go   11:58:48
7  to Jerusalem Capital?              11:58:51
8     A.  I don't know.               11:58:53
9     Q.  You have no idea?           11:58:54
10        MR. SILBERFEIN:  Objection.        11:58:54
11  BY MR. ALTMAN:                    11:58:55
12     Q.  You have no idea why you sent $300,000.00   11:58:56
13  that was your money to some account?    11:58:59
14     A.  I didn't say that.         11:59:01
15        MR. SILBERFEIN:  Objection.  You can   11:59:01
16  answer.                          11:59:02
17  BY MR. ALTMAN:                    11:59:02
18     Q.  And what is FFUK, by the way?      11:59:07
19     A.  I believe it's the acronym for Forester   11:59:10
20  U.K.  Forester U.K. Holdings that is referenced   11:59:14
21  there.                           11:59:14
22     Q.  Who would have information on why that   11:59:16
23  $300,000.00 was transferred to Jerusalem Capital?   11:59:17
24        MR. SILBERFEIN:  Objection.        11:59:23
25        THE WITNESS:  Potentially Beth     11:59:29
```

Page 86

```
1              J. Cohen
2  Pascua.                          11:59:31
3  BY MR. ALTMAN:                    11:59:33
4     Q.  Did you ever purchase any of the leases   11:59:46
5  from Northern Leasing?              11:59:47
6     A.  No.  I don't recall.  Sorry, I should   11:59:49
7  add, I don't recall.               11:59:54
8        (Exhibit-201 was marked.)          11:59:55
9     Q.  I'm going to hand you what's been marked   11:59:57
10  as 201.  It is Bates No. 535952 through 535977.   11:59:58
11        MR. SILBERFEIN:  This whole thing is   12:00:38
12  201?                             12:00:39
13        MR. ALTMAN:  Yes.             12:00:40
14  BY MR. ALTMAN:                    12:00:40
15     Q.  The e-mail says -- dated August 14, 2009   12:00:46
16  -- "Hi, Jeff.  This is the list of U.S. leases that   12:00:49
17  will be sold to Jay.  Thank you."     12:00:52
18        Did I read that correctly?         12:00:54
19     A.  Correct.                   12:00:55
20     Q.  Are you the Jay that's being referenced   12:00:55
21  there?                           12:00:57
22     A.  Probably.                  12:00:57
23     Q.  Okay.  Does this refresh your    12:00:58
24  recollection of whether you purchased leases?   12:00:59
25     A.  No.                       12:01:01
```

Page 87

```
1              J. Cohen
2     Q.  Okay.  Have you ever seen this document   12:01:03
3  before?                          12:01:05
4     A.  I don't think so, no.        12:01:05
5     Q.  As the CEO of Northern Leasing, do you   12:01:10
6  have any idea what this document means or is for?   12:01:12
7     A.  No.                       12:01:17
8     Q.  What is Northern Capital Associates 17,   12:01:59
9  L.P.?                            12:02:04
10     A.  I don't know.              12:02:05
11     Q.  Did Northern Leasing, Incorporated enter   12:02:21
12  into an agreement with Northern Leasing Group 17,   12:02:25
13  Inc. on or about November 6, 2009?    12:02:31
14     A.  I don't know.              12:02:34
15        (Exhibit-202 was marked.)          12:02:34
16     Q.  I'll hand you what's been marked   12:02:39
17  Exhibit-202.  And this is a document entitled,   12:02:41
18  Limited Partnership Agreement of Northern Capital   12:03:00
19  Associates 17, L.P. dated November 6, 2009.  And the   12:03:04
20  Bates No. is 657202 through 221.      12:03:08
21     A.  Uh-huh.                    12:03:13
22     Q.  I asked you earlier who the corporate   12:03:16
23  secretary of Northern Leasing was; correct?   12:03:18
24     A.  Yes.                      12:03:20
25     Q.  Could you go to the last page of the   12:03:21
```

Page 88

```
1              J. Cohen
2  document?                        12:03:22
3     A.  (Witness complies.)          12:03:25
4     Q.  Well, before you get to that, the page   12:03:27
5  before that was a meeting of the Board of Directors.   12:03:29
6  These are the minutes; correct?      12:03:37
7     A.  Uh-huh.                    12:03:38
8        MR. SILBERFEIN:  Is that a yes?      12:03:38
9        THE WITNESS:  Yes, looks like it.   12:03:40
10  BY MR. ALTMAN:                    12:03:41
11     Q.  I think I asked you -- okay.    12:03:41
12        How often does the Board of Directors of   12:03:43
13  Northern Leasing meet?             12:03:44
14     A.  I don't know.              12:03:49
15     Q.  Do you recall this transaction where --   12:03:55
16  involving a ten million-dollar loan by Varde,   12:04:00
17  V-a-r-d-e, Investment Partners, L.P. to Northern   12:04:02
18  Capital Associates?                12:04:07
19     A.  Specifically, no.           12:04:15
20     Q.  You signed these Board minutes; correct?   12:04:17
21     A.  Correct.                   12:04:19
22     Q.  And you signed them as chairman and   12:04:20
23  secretary; correct?                12:04:22
24     A.  Correct.                   12:04:29
25     Q.  Now the secretary there, you were not   12:04:30
```

22  (Pages 85 to 88)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 89

1          J. Cohen
2  signing as secretary of Northern Leasing Systems,      12:04:30
3  Inc.?                              12:04:32
4      A.   I'm sure I was.                 12:04:32
5      Q.   So you are the corporate secretary of      12:04:32
6  Northern Leasing.                      12:04:33
7      A.   Looks like it.                 12:04:34
8          MR. SILBERFEIN:  Objection.          12:04:35
9  BY MR. ALTMAN:                          12:04:35
10     Q.   You don't know?                 12:04:36
11     A.   No.                      12:04:36
12     Q.   Do you know what the responsibilities of      12:04:40
13 a corporate secretary are to a corporation?      12:04:41
14         MR. SILBERFEIN:  Objection.  You can      12:04:45
15 answer.                          12:04:45
16         THE WITNESS:  Generally, yes.      12:04:49
17 BY MR. ALTMAN:                          12:04:50
18     Q.   And what are those responsibilities?      12:04:50
19     A.   To make sure documents are signed      12:04:54
20 correctly.  To verify bank accounts; things of that      12:05:01
21 nature.                          12:05:06
22     Q.   Who's the treasurer of Northern Leasing?      12:05:07
23     A.   I don't recall.                 12:05:09
24     Q.   So as the CEO of the company, is it      12:05:11
25 important for you to know who the other officers of      12:05:16

Page 90

1          J. Cohen
2  Northern Leasing are?                 12:05:17
3      A.   When necessary.                 12:05:19
4      Q.   Who's responsible for the management of      12:05:24
5  stock certificates of a corporation?      12:05:26
6          MR. SILBERFEIN:  Objection.  You can      12:05:28
7  answer.                          12:05:28
8          THE WITNESS:  I assume it's the      12:05:29
9  secretary.                          12:05:30
10 BY MR. ALTMAN:                          12:05:30
11     Q.   Okay.  So where are the stock      12:05:31
12 certificates for Northern Leasing, Incorporated?      12:05:32
13     A.   I answered that question before, Moses &      12:05:34
14 Singer.                          12:05:36
15     Q.   And you have -- and as the corporate      12:05:38
16 secretary, you have absolutely no recollection      12:05:40
17 whatsoever of who the shareholders of Northern      12:05:41
18 Leasing?                          12:05:44
19         MR. SILBERFEIN:  Objection.          12:05:44
20         THE WITNESS:  Not now.          12:05:45
21 BY MR. ALTMAN:                          12:05:45
22     Q.   Did you at any time other than when you      12:05:47
23 and Mr. Mezei were the shareholders?      12:05:48
24     A.   I assume I did.                 12:05:52
25     Q.   What was the nature of the relationship      12:06:02

Page 91

1          J. Cohen
2  between Northern Capital Associates 17 and Northern      12:06:04
3  Leasing?                          12:06:10
4      A.   I don't know.                 12:06:11
5      Q.   If you go to Page 12 of the agreement,      12:06:16
6  Bates No. 213, you signed that document on behalf of      12:06:19
7  Northern Leasing; correct?                 12:06:24
8      A.   Correct.                 12:06:26
9      Q.   And Jeff Sibley signed it on behalf of      12:06:27
10 Northern Leasing Group?                 12:06:30
11     A.   Correct.                 12:06:31
12     Q.   Is Jeff Sibley an officer of Northern      12:06:32
13 Leasing Group 17?                 12:06:35
14     A.   I assume so, based on what it says here.      12:06:38
15     Q.   Were there 16 before the 17?      12:06:41
16     A.   I don't know.                 12:06:44
17     Q.   How many other Partnership Agreements is      12:06:44
18 Northern Leasing involved in?                 12:06:46
19         MR. SILBERFEIN:  Objection.          12:06:47
20         THE WITNESS:  No clue.          12:06:48
21 BY MR. ALTMAN:                          12:06:49
22     Q.   Does Northern Leasing have a Loan and      12:07:14
23 Security Agreement dated May 3rd, 1996, between      12:07:16
24 Northern and Wells Fargo Bank?                 12:07:21
25         MR. SILBERFEIN:  Objection.  You can      12:07:24

Page 92

1          J. Cohen
2  answer.                          12:07:24
3          THE WITNESS:  I don't recall.      12:07:26
4          (Exhibit-203 was marked.)          12:07:26
5  BY MR. ALTMAN:                          12:07:26
6      Q.   I'm going to hand you what's been marked      12:07:29
7  as 203.  It's Bates No. 754560.  This is a document      12:07:31
8  entitled, Northern Leasing Systems, Inc., Officer's      12:07:40
9  Certificate; correct?                 12:07:45
10     A.   Correct.                 12:07:45
11     Q.   You signed this; correct?      12:07:46
12     A.   I can't really see, but I would assume I      12:07:48
13 did.                          12:07:49
14     Q.   It looks like part of the signature is      12:07:50
15 obliterated, but at least what's there, does that      12:07:52
16 appear to be at least a portion of your signature?      12:07:55
17     A.   Yeah, yes.                 12:07:56
18     Q.   Do you have any reason to suspect that if      12:07:57
19 we had the original document, that you had actually      12:08:00
20 signed such a document?                 12:08:01
21     A.   Repeat the question.                 12:08:02
22     Q.   If we went and got the original copy of      12:08:04
23 this document, would you have any reason to suspect      12:08:05
24 that you didn't actually sign?                 12:08:08
25     A.   No.                      12:08:10

23  (Pages 89 to 92)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 93

J. Cohen

1  
2    Q.   Okay.  Do you recall signing this        12:08:10
3  document?                                       12:08:12
4    A.   No.                                      12:08:12
5    Q.   Now you signed this document on behalf of   12:08:21
6  Northern Leasing, where it involves an agreement   12:08:36
7  between Wells Fargo Bank and Lease Finance Group;   12:08:42
8  correct?                                        12:08:52
9        MR. SILBERFEIN:  Objection.  You can      12:08:53
10  answer.                                        12:08:54
11       THE WITNESS:  Repeat the question.        12:08:57
12  BY MR. ALTMAN:                                  12:08:58
13    Q.   What I don't understand here is you      12:08:59
14  are -- let me ask it differently.               12:09:00
15       You're signing this as an officer of      12:09:02
16  Northern Leasing?                               12:09:04
17    A.   Correct.                                12:09:05
18    Q.   And this is discussing an agreement      12:09:05
19  between Lease Finance Group and Wells Fargo Bank,   12:09:06
20  now I guess known as Wachovia.  I'm going to ask it   12:09:09
21  differently.                                    12:09:17
22       Can you explain to me what this document   12:09:17
23  means that you signed on the 18th of May, 2010,   12:09:19
24  about five months ago?                          12:09:34
25    A.   This simply means that there's no -- that   12:09:39

Page 94

J. Cohen

1  
2  all leases that are being presented to Wells Fargo   12:09:42
3  Bank have no liens on them.  The reference to Lease   12:09:44
4  Finance Group probably just refers to the fact that   12:09:48
5  some of these leases are on the Lease Finance Group   12:09:52
6  paper, so there may be -- I don't recall, but they   12:09:54
7  may be in the Wells Fargo agreement, a specific      12:09:58
8  carve-out for Lease Finance Group.  I just don't     12:10:04
9  recall.                                          12:10:08
10    Q.   Is Lease Finance Group an LLC?            12:10:14
11    A.   It appears to be.                         12:10:16
12    Q.   Do you know who the members of that LLC   12:10:19
13  are?                                            12:10:21
14    A.   No.                                      12:10:21
15    Q.   But you do understand what the term      12:10:21
16  "members of an LLC" is; correct?                 12:10:24
17    A.   Yes.                                     12:10:27
18       MR. SILBERFEIN:  Just let him finish      12:10:27
19  before you answer.                              12:10:29
20  BY MR. ALTMAN:                                  12:10:29
21    Q.   What is MBF Leasing?                      12:10:30
22    A.   It's an entity that originates leases for   12:10:33
23  Northern Leasing.                               12:10:36
24    Q.   Is it essentially equivalent to LFG?      12:10:37
25    A.   Yes.                                     12:10:41

Page 95

J. Cohen

1  
2    Q.   Is the relationship between Northern      12:10:43
3  Leasing and MBF similar to that as between LFG and   12:10:44
4  Northern Leasing?                               12:10:56
5    A.   Yes.                                     12:10:57
6    Q.   Does MBF have any assets?                 12:11:04
7    A.   I don't think so.                         12:11:07
8    Q.   And who owns MBF?                          12:11:13
9    A.   I don't recall.                           12:11:15
10    Q.   What happens -- strike that.             12:11:19
11       Who manages MBF?                           12:11:23
12    A.   Same management as Northern Leasing.     12:11:25
13    Q.   Are those people paid by MBF for managing   12:11:27
14  MBF?                                            12:11:31
15       MR. SILBERFEIN:  Objection.  You can       12:11:36
16  answer.                                         12:11:37
17       THE WITNESS:  I don't recall if            12:11:38
18  there's a carve-out in the compensation for MBF.   12:11:39
19  BY MR. ALTMAN:                                  12:11:42
20    Q.   Are you paid anything -- strike that.    12:11:44
21       Do you have any involvement with MBF?      12:11:47
22    A.   Yes.                                     12:11:50
23    Q.   Are you paid anything for your work that   12:11:51
24  you do on MBF?                                  12:11:53
25    A.   Again, I don't recall the structure of my   12:11:56

Page 96

J. Cohen

1  
2  compensation as to what elements allocated to what   12:11:58
3  entity.                                         12:12:02
4    Q.   Is Northern Leasing compensated for the   12:12:03
5  work that you do for MBF?                        12:12:11
6        MR. SILBERFEIN:  Objection.  You can       12:12:12
7  answer.                                         12:12:12
8        THE WITNESS:  I think it actually is       12:12:25
9  the reverse.  MBF provides a service to Northern   12:12:26
10  Leasing.                                        12:12:29
11  BY MR. ALTMAN:                                  12:12:30
12    Q.   Do you receive a paycheck from MBF?       12:12:34
13    A.   No.                                      12:12:36
14    Q.   Does anybody receive a paycheck from MBF?   12:12:37
15    A.   No.                                      12:12:39
16    Q.   MBF has an office in Chicago; correct?    12:12:41
17    A.   That's correct.                          12:12:43
18    Q.   There are employees --                   12:12:45
19    A.   Oh, I'm sorry; I do take that back.      12:12:46
20  There were employees.  I don't know.  I'm not sure.   12:12:47
21  You know what?  I'm not sure.  I don't recall.  12:12:49
22    Q.   Are they employees directly --           12:12:53
23       Are they employees of MBF or are they     12:12:56
24  employees of Northern Leasing?                  12:12:58
25    A.   I just don't recall.  I honestly don't   12:13:00

24  (Pages 93 to 96)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 97

```
1              J. Cohen
2   recall.                      12:13:03
3      Q.   Who would know who writes this checks?   12:13:04
4      A.   Probably Sara Krieger.          12:13:06
5      Q.   Does MBF have any offices other than the   12:13:12
6   Chicago office?                  12:13:16
7      A.   I don't believe so.           12:13:18
8      Q.   Does -- LFG also has a Chicago office;   12:13:18
9   correct?                      12:13:21
10     A.   I believe so, yes.            12:13:21
11     Q.   Does it share space with MBF?      12:13:22
12     A.   No longer.                12:13:26
13     Q.   They're in two separate offices?     12:13:26
14     A.   Yes. I believe. I believe.       12:13:28
15     Q.   Does it have any offices besides that in   12:13:31
16  Chicago?                       12:13:33
17     A.   No, I don't think so.          12:13:34
18     Q.   Are there any other companies for which   12:13:35
19  Northern Leasing purchases leases in a similar   12:13:39
20  capacity to LFG or MBF?             12:13:41
21          MR. SILBERFEIN: Objection. You can   12:13:46
22  answer.                       12:13:47
23          THE WITNESS: I don't believe so, but   12:13:54
24  I can't be sure. I'll have to think about it.   12:13:55
25
```

Page 98

```
1              J. Cohen
2   BY MR. ALTMAN:                    12:13:57
3      Q.   Who would know the answer to that     12:13:58
4   question?                      12:13:59
5          MR. SILBERFEIN: Okay.          12:14:00
6          THE WITNESS: Sara Krieger.       12:14:00
7   BY MR. ALTMAN:                    12:14:01
8      Q.   What is Congress Financial Corporation?   12:14:03
9      A.   Predecessor to Wells Fargo.       12:14:06
10     Q.   Okay. What is Gold & Eagle Leasing?   12:14:10
11     A.   Gold & Eagle Leasing was an entity that   12:14:15
12  was formed for a similar purpose as MBF and LFG back   12:14:17
13  in 2000. I don't recall exactly when.     12:14:24
14     Q.   Does it still exist?          12:14:26
15     A.   Yes.                   12:14:27
16     Q.   Does it still originate leases?     12:14:29
17     A.   I'm not sure. I don't think so.     12:14:32
18     Q.   Is there any fundamental difference     12:14:37
19  between a lease originated by LFG, MBF or Northern   12:14:39
20  Leasing itself?                  12:14:43
21          MR. SILBERFEIN: Objection.        12:14:44
22          THE WITNESS: No.             12:14:45
23  BY MR. ALTMAN:                    12:14:45
24     Q.   Do you use the same lease form for each   12:14:46
25  one of those companies?              12:14:48
```

Page 99

```
1              J. Cohen
2      A.   Substantially.              12:14:50
3      Q.   What would be the differences in the   12:14:52
4   lease forms between the companies other than the   12:14:53
5   name?                        12:14:57
6      A.   Nothing material.            12:14:57
7      Q.   What is Lease Source, Inc.?       12:15:02
8      A.   Lease Source, Inc. is a -- I don't     12:15:07
9   recall.                       12:15:23
10     Q.   What is Integrity of Texas?       12:15:25
11     A.   I don't recall.             12:15:27
12     Q.   What is IGF?                12:15:28
13     A.   I don't recall.             12:15:29
14     Q.   Can you explain to the jury how Northern   12:15:39
15  Leasing's business works?            12:15:46
16          MR. SILBERFEIN: Objection. You can   12:15:50
17  answer.                       12:15:50
18          THE WITNESS: It's a very broad      12:15:53
19  question. You want to be more specific?     12:15:53
20  BY MR. ALTMAN:                    12:15:55
21     Q.   Can you generally describe the process by   12:15:56
22  which Northern Leasing conducts its -- conducts   12:15:58
23  business?                      12:16:01
24          MR. SILBERFEIN: Objection. You can   12:16:01
25  answer.                       12:16:02
```

Page 100

```
1              J. Cohen
2          THE WITNESS: Yes. Leases are       12:16:04
3   presented to Northern Leasing by venders across the   12:16:08
4   country. Those -- there is an underwriting process   12:16:11
5   that takes place. Assuming the -- assuming the   12:16:15
6   lease passes the underwriting process, it goes to a   12:16:20
7   pricing grid. That pricing grid determines the   12:16:23
8   purchase price of that specific particular lease.   12:16:27
9   It then goes to a verification process with the   12:16:31
10  lessee -- extensive verification process with the   12:16:34
11  lessee. Actually, two verification processes with   12:16:37
12  the lessee. One prior to funding and one   12:16:40
13  post-funding. Extensive verification processes in   12:16:44
14  terms of their equipment, whether their equipment's   12:16:47
15  installed. Whether they understand what they signed   12:16:53
16  in terms of their equipment lease. Whether they   12:16:53
17  understand what they signed. Whether they   12:16:56
18  understand it's not a cancelable lease. Whether   12:16:57
19  they understand they personally guaranteed it.   12:17:04
20  Whether they have received the equipment. Whether   12:17:07
21  the equipment is in working order. Those   12:17:10
22  conversations are recorded.            12:17:14
23          To the extent all of those questions   12:17:20
24  are answered in the affirmative and the lessee is   12:17:23
25  happy with the equipment that he has received, and   12:17:27
```

25 (Pages 97 to 100)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 101

J. Cohen

1
2  he has passed underwriting and all the paperwork is    12:17:31
3  in order, that lease is presented to our accounting    12:17:36
4  department.  Our accounting department then sends a    12:17:40
5  check to the vender to purchase the equipment under    12:17:42
6  the lease.  And the lease is then entered into our    12:17:44
7  system, at which time we start to bill the merchant.    12:17:49
8  BY MR. ALTMAN:    12:17:56
9      Q.  Now for the exact same piece of equipment    12:17:57
10  at the exact same point in time to the exact same    12:18:03
11  merchant, you might pay that merchant different    12:18:08
12  amounts of money; correct?    12:18:12
13          MR. SILBERFEIN:  Objection.  You can    12:18:13
14  answer.    12:18:14
15          THE WITNESS:  No.    12:18:15
16  BY MR. ALTMAN:    12:18:15
17      Q.  So every lease that will be presented by    12:18:17
18  a merchant for the same equipment at the same point    12:18:19
19  in time, you would pay that merchant the exact same    12:18:23
20  amount of money?    12:18:26
21          MR. SILBERFEIN:  Okay.    12:18:26
22          THE WITNESS:  For that individual    12:18:27
23  merchant, the answer is yes.    12:18:28
24  BY MR. ALTMAN:    12:18:30
25      Q.  Isn't it true that the merchant's credit    12:18:31

Page 102

J. Cohen

1
2  has a -- has a factor on what you pay the vender?    12:18:38
3      A.  Sure.    12:18:42
4      Q.  So somebody with a higher credit, you    12:18:44
5  would pay that vender more money than somebody with    12:18:46
6  a lower credit?    12:18:48
7      A.  Not necessarily.    12:18:49
8      Q.  There are venders who are on a tiered    12:18:52
9  program; correct?    12:18:54
10          MR. SILBERFEIN:  Objection.    12:18:55
11          THE WITNESS:  That's correct.    12:18:56
12  BY MR. ALTMAN:    12:18:57
13      Q.  The amount of money they get paid depends    12:18:57
14  on the person's credit; correct?    12:18:59
15      A.  That's correct.    12:19:02
16      Q.  So for those venders that are on a tiered    12:19:02
17  credit, they would get more money for somebody with    12:19:04
18  a higher credit rating than somebody with a lower    12:19:06
19  credit rating; right?    12:19:08
20          MR. SILBERFEIN:  Objection.    12:19:09
21          THE WITNESS:  That's correct.    12:19:10
22  BY MR. ALTMAN:    12:19:10
23      Q.  Are you familiar with the term, "retail    12:19:11
24  price"?    12:19:13
25      A.  Yes.    12:19:13

Page 103

J. Cohen

1
2      Q.  Okay.  The amount of money you pay the    12:19:15
3  merchant is substantially the amount of retail price    12:19:23
4  to purchase those pieces of equipment; correct?    12:19:24
5          MR. SILBERFEIN:  Objection.    12:19:25
6          THE WITNESS:  Correct.    12:19:26
7  BY MR. ALTMAN:    12:19:26
8      Q.  So is it your testimony that what you pay    12:19:26
9  the merchant is effectively what the -- what you pay    12:19:27
10  the vender is effectively what the merchant can go    12:19:30
11  to a store that sells this equipment; it would be    12:19:35
12  the same?    12:19:35
13      A.  No.    12:19:36
14      Q.  Okay.  What would the difference be?    12:19:37
15      A.  I don't know.    12:19:39
16      Q.  You have no idea?    12:19:41
17          MR. SILBERFEIN:  Objection.    12:19:43
18          THE WITNESS:  I didn't say that.    12:19:44
19  BY MR. ALTMAN:    12:19:44
20      Q.  Okay.  What's your idea?    12:19:45
21          MR. SILBERFEIN:  Objection.    12:19:47
22          THE WITNESS:  The equipment is not    12:19:50
23  available in stores.  I can't answer the question.    12:19:51
24  BY MR. ALTMAN:    12:19:54
25      Q.  So is it your testimony that a piece of    12:19:56

Page 104

J. Cohen

1
2  equipment like a Nurit 2085 is not available for    12:19:56
3  purchase by a merchant?    12:20:00
4      A.  I didn't say that.    12:20:01
5      Q.  Is it available for purchase by a    12:20:01
6  merchant?    12:20:04
7      A.  Yes.    12:20:04
8      Q.  Are you aware that the price a merchant    12:20:05
9  would pay is substantially less than what you pay a    12:20:06
10  vender when associated with a lease?    12:20:10
11      A.  No.    12:20:12
12      Q.  Would that surprise you if that were    12:20:14
13  true?    12:20:15
14          MR. SILBERFEIN:  Objection.    12:20:16
15          THE WITNESS:  No.    12:20:19
16  BY MR. ALTMAN:    12:20:20
17      Q.  What does the term, "fair market value"    12:20:23
18  mean?    12:20:25
19      A.  Depends on the context.    12:20:30
20      Q.  In the context of leases, your business,    12:20:32
21  what does the term "fair market value" mean?    12:20:35
22      A.  Generally in our business, it refers to    12:20:38
23  the purchase price at the end of the lease.  And    12:20:39
24  typically in our leases has -- is -- is defined.    12:20:41
25      Q.  Does fair market value imply that's what    12:20:48

26 (Pages 101 to 104)

Page 105

J. Cohen

1
2  that piece of equipment would generally cost on the     12:20:51
3  open market?                                            12:20:53
4          MR. SILBERFEIN: Objection. You can             12:20:56
5  answer.                                                 12:20:57
6          THE WITNESS: Yes, but --                        12:21:08
7  BY MR. ALTMAN:                                          12:21:10
8  Q.  But what?                                           12:21:11
9  A.  Depends on the context under which it's             12:21:12
10 sold.                                                   12:21:14
11 Q.  Could you explain that, please?                     12:21:17
12 A.  Yes. Equipment is sold in a variety of              12:21:18
13 different venues, often as part of a package of a       12:21:25
14 suite of services. So depending on what the rest of     12:21:29
15 the package looks like, that determines what the        12:21:33
16 price of the equipment is. That's one element that      12:21:36
17 determines what the price of the equipment is.          12:21:40
18 Q.  A Nurit 2085, that's a pretty common                12:21:41
19 piece of equipment; is that correct?                    12:21:45
20 A.  Correct.                                            12:21:47
21 Q.  We'll look at it later. I'm trying to               12:21:49
22 save a little time now.                                 12:21:51
23 A.  Sure.                                               12:21:52
24 Q.  But I've seen documents from Northern               12:21:52
25 Leasing that says Northern Leasing will approve a       12:21:54

Page 106

J. Cohen

1
2  lease so $60.00 a month for that piece of               12:21:56
3  equipment; does that sound about right?                 12:21:59
4  A.  I can't answer specifically, but it                 12:22:01
5  sounds about right; that's correct.                     12:22:02
6  Q.  And let's say for -- let's take $40.00 a            12:22:05
7  month.                                                  12:22:10
8          Do you have an estimate for an                  12:22:10
9  A-credit approximately -- I'm not going to hold you     12:22:11
10 to it -- what you would pay a vender on a 48-month      12:22:16
11 lease at $40.00 a month for an A-credit?                12:22:18
12 A.  Approximately $1,000.00.                            12:22:21
13 Q.  Are you aware that that piece of                    12:22:23
14 equipment is available in more locations than one       12:22:24
15 could reasonably account for approximately $150.00?     12:22:29
16 A.  Might be.                                           12:22:33
17 Q.  Does that surprise you?                             12:22:34
18 A.  No.                                                 12:22:35
19 Q.  Okay. That's for a brand new piece of               12:22:36
20 equipment. For a 40-dollar a month lease --            12:22:40
21         MR. SILBERFEIN: Objection.                      12:22:42
22         MR. ALTMAN: Okay, fine.                         12:22:43
23 BY MR. ALTMAN:                                          12:22:44
24 Q.  For a 40-dollar a month lease, the                  12:22:45
25 buyout, according to what you say, would be             12:22:49

Page 107

J. Cohen

1
2  approximately $192.00; correct?                         12:22:51
3  A.  I don't know.                                       12:22:59
4  Q.  40 times 48 -- 10 percent of 40 times 48?          12:22:59
5  A.  Roughly.                                            12:23:03
6  Q.  So $192.00?                                         12:23:03
7  A.  Roughly.                                            12:23:05
8  Q.  That's greater than the price of a brand           12:23:05
9  new piece of equipment; correct?                        12:23:07
10 A.  I don't think so.                                   12:23:10
11 Q.  If a piece of equipment can be obtained            12:23:12
12 for $150.00, isn't $192.00 greater than $150.00?        12:23:14
13 A.  192 is greater than 150, but I don't               12:23:20
14 acknowledge that it could be bought for 150.            12:23:23
15 Q.  So you would be surprised if you could             12:23:26
16 purchase it for $150.00?                                12:23:27
17         MR. SILBERFEIN: Okay.                           12:23:29
18         THE WITNESS: I didn't say that.                 12:23:30
19 BY MR. ALTMAN:                                          12:23:30
20 Q.  Well, you said you wouldn't acknowledge            12:23:31
21 that it can be, and I'm asking you if you would be      12:23:35
22 surprised that it could be?                             12:23:35
23 A.  No, I won't be surprised.                           12:23:36
24 Q.  Okay. So if that's, in fact, true, then            12:23:38
25 $192.00 at a fair market value buyout for a used        12:23:41

Page 108

J. Cohen

1
2  piece of equipment actually exceeds the purchase of     12:23:46
3  a new piece of equipment; correct?                      12:23:48
4          MR. SILBERFEIN: Objection. You can             12:23:50
5  answer.                                                 12:23:50
6          THE WITNESS: The assumption in your            12:23:53
7  question is -- I say again, but assuming that there     12:23:56
8  is a piece of equipment out there that could be         12:24:00
9  bought for $150.00, $192.00 is greater than 150,        12:24:02
10 that's what I'll acknowledge.                           12:24:07
11 BY MR. ALTMAN:                                          12:24:08
12 Q.  Now venders could sell that -- could              12:24:08
13 present a lease for that same piece of equipment for    12:24:14
14 $20.00 a month; correct?                                12:24:17
15 A.  (The witness nods head up and down.)                12:24:19
16 Q.  Is that a yes?                                      12:24:19
17 A.  Yes, sure.                                          12:24:19
18 Q.  $30.00 a month?                                     12:24:21
19 A.  Sure.                                               12:24:22
20 Q.  $50.00 a month?                                     12:24:22
21 A.  Sure.                                               12:24:23
22 Q.  Everything up to the maximum amount that           12:24:24
23 Northern Leasing would allow?                           12:24:27
24 A.  That's correct.                                     12:24:28
25 Q.  And that would be for the exact same               12:24:29

27 (Pages 105 to 108)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 109

1          J. Cohen
2  term; correct?  And for every one of those, the fair     12:24:31
3  market value buyout would be different; correct?     12:24:35
4     A.   Correct.                          12:24:38
5     Q.   How do you reconcile -- how can the fair    12:24:39
6  market value for the exact same piece of equipment,     12:24:42
7  the exact same point in time be different for    12:24:45
8  different lessees?                       12:24:48
9     A.   Because it's a negotiated price, like any    12:24:49
10 other piece of equipment.  The lessee is negotiating    12:24:51
11 whatever price he feels is appropriate to negotiate.    12:24:54
12 That's what he negotiated.              12:24:58
13    Q.   Have you ever leased a car?          12:24:59
14    A.   Yes.                          12:25:00
15    Q.   When you lease a car, there's a residual;    12:25:01
16 correct?                              12:25:02
17    A.   Correct.                        12:25:04
18    Q.   The residual is based upon the           12:25:04
19 manufacturer's suggested retail price of the         12:25:07
20 vehicle; correct?                       12:25:10
21    A.   Not necessarily, no.               12:25:10
22    Q.   You're saying the residual is based on     12:25:12
23 what you pay for the vehicle?            12:25:13
24    A.   The residual is based on how the         12:25:15
25 manufacturer sets it.  How the leasing company sets     12:25:17

Page 110

1          J. Cohen
2  it.                                  12:25:22
3     Q.   And it's generally a percentage of some    12:25:22
4  number; correct?                      12:25:31
5     A.   Not necessarily, no.  It's a negotiated    12:25:32
6  price.                               12:25:33
7     Q.   Okay.                         12:25:33
8     A.   As this is as well.                12:25:34
9     Q.   I see.  Well, fair market value implies    12:25:35
10 that is what the market would charge for the        12:25:39
11 equipment; not that it's negotiated; is it?         12:25:42
12    A.   But in this case, it is negotiated.       12:25:45
13    Q.   I see.  So fair market value is not the    12:25:46
14 value of the market.  It's the value of what you    12:25:48
15 negotiate?                           12:25:51
16    A.   It's the value of what the lease calls    12:25:51
17 for, which is a 10 percent buyout.          12:25:53
18    Q.   Why did you call it fair market value?    12:25:55
19 Why didn't you just say 10 percent buyout?     12:25:55
20    A.   It's a term typically used in the         12:25:56
21 industry.                             12:25:58
22    Q.   Does fair market value have any          12:25:59
23 particular meaning in the industry?         12:26:01
24         MR. SILBERFEIN:  Objection.  You can     12:26:03
25 answer.                              12:26:03

Page 111

1          J. Cohen
2         THE WITNESS:  As used in the lease,      12:26:04
3  yes.                                12:26:06
4  BY MR. ALTMAN:                       12:26:06
5     Q.   Does it have any meaning to the Internal    12:26:06
6  Revenue Service?                      12:26:09
7         MR. SILBERFEIN:  Objection.           12:26:09
8         THE WITNESS:  I don't know.           12:26:10
9  BY MR. ALTMAN:                       12:26:11
10    Q.   Do you have any understanding of the tax    12:26:13
11 deductibility of equipment leased to merchants by    12:26:16
12 Northern Leasing?                      12:26:20
13    A.   Some rudimentary understanding.        12:26:23
14    Q.   A merchant can fully deduct the total    12:26:26
15 amount that it pays Northern Leasing; correct?     12:26:30
16    A.   I believe so.  I can't speak            12:26:32
17 specifically.                         12:26:34
18         MR. ALTMAN:  Let's go off the record    12:26:38
19 for one second.                       12:26:39
20         MR. STRUTINSKIY:  The time is now      12:26:40
21 12:26 p.m.  We are now off the record.       12:26:41
22         (Whereupon there was a discussion off    12:26:45
23 the record.)                          12:26:45
24         MR. STRUTINSKIY:  The time is now      12:27:13
25 12:27 p.m.  We're back on the record.        12:27:14

Page 112

1          J. Cohen
2  BY MR. ALTMAN:                       12:27:17
3     Q.   Does Northern Leasing have any          12:27:18
4  relationships with banks?  I'm not asking in the    12:27:20
5  traditional banking sense of the word, but in a    12:27:23
6  business development sense of the word.       12:27:26
7         MR. SILBERFEIN:  Objection.  You can    12:27:28
8  answer.                              12:27:29
9         THE WITNESS:  I don't understand the    12:27:31
10 question.                            12:27:31
11 BY MR. ALTMAN:                       12:27:31
12    Q.   Does Northern Leasing partner with any    12:27:32
13 banks that offer credit card processing services in    12:27:34
14 terms of delivering an integrated package to a    12:27:38
15 merchant?                            12:27:41
16         MR. SILBERFEIN:  Objection.  You can    12:27:42
17 answer.                              12:27:43
18         THE WITNESS:  Yes.                 12:27:43
19 BY MR. ALTMAN:                       12:27:43
20    Q.   Which banks?                     12:27:44
21    A.   I don't recall the names now.  We did    12:27:48
22 with Bank of America as of late.  That's just one    12:27:50
23 that comes to mind.                    12:27:53
24    Q.   Now there's another company that Mr. Hahn    12:27:55
25 mentioned that he felt was your biggest competitor,    12:27:59

28 (Pages 109 to 112)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 113

```
1                J. Cohen
2  and I cannot recall the name of it.          12:28:02
3     A.   First Data.                   12:28:04
4     Q.   He said First Data, themselves, offers an   12:28:05
5  integrated solution.  They do both sides.  They do   12:28:07
6  the banking side and the equipment side; is that   12:28:11
7  correct?                       12:28:14
8         MR. SILBERFEIN:  Objection.  You can   12:28:19
9  answer.                        12:28:20
10        THE WITNESS:  You have to repeat the   12:28:21
11  question.                      12:28:22
12  BY MR. ALTMAN:                  12:28:22
13    Q.   I want to make sure I understood what you   12:28:24
14  said.  Is it First Data Bank?          12:28:25
15    A.   First Data Resources.           12:28:27
16    Q.   First Data Resources.           12:28:28
17        MR. SILBERFEIN:  You're trying to   12:28:30
18  figure out what Mr. Hahn said or what Mr. Cohen   12:28:31
19  said?                         12:28:34
20        MR. ALTMAN:  I'm trying to understand   12:28:34
21  what Mr. Hahn said.                12:28:34
22  BY MR. ALTMAN:                  12:28:36
23    Q.   He said First Data Resources offers an   12:28:37
24  integrated solutions in the mergers, which is the   12:28:38
25  equipment and the credit card processing; is that   12:28:39
```

Page 114

```
1                J. Cohen
2  correct?                       12:28:41
3         MR. SILBERFEIN:  Objection.        12:28:42
4         THE WITNESS:  Yes and no.         12:28:43
5  BY MR. ALTMAN:                  12:28:44
6     Q.   What is the no part of that?       12:28:45
7     A.   The no part of it is it's not an   12:28:46
8  integrated solution.  Yes, is that they offer two   12:28:48
9  different products.                12:28:51
10    Q.   But it's one point of contact bringing   12:28:53
11  the two different products together?      12:28:55
12    A.   That's correct.                12:28:57
13    Q.   Okay.  Northern Leasing does not itself   12:28:57
14  offer processing services; correct?      12:29:00
15    A.   That's correct.                12:29:04
16    Q.   Northern Leasing has to partner with   12:29:05
17  somebody to offer the equivalent of what First Data   12:29:06
18  Resources would offer?             12:29:09
19    A.   In that context, yes.            12:29:11
20    Q.   Okay.  And so you said Bank of America is   12:29:13
21  one of the banks that you would use.      12:29:15
22        Are there any others?           12:29:17
23        MR. SILBERFEIN:  Objection.  You can   12:29:18
24  answer.                        12:29:19
25        THE WITNESS:  I can't recall names of   12:29:21
```

Page 115

```
1                J. Cohen
2  banks off the top of my head.         12:29:21
3  BY MR. ALTMAN:                  12:29:23
4     Q.   Who would have managed that kind of a   12:29:24
5  business relationship with a bank?       12:29:26
6     A.   It's a combination.             12:29:32
7     Q.   Okay.  Who?                 12:29:34
8     A.   Sales.  A sales individual would bring it   12:29:34
9  in, would solicit it, and somebody in Sara Krieger's   12:29:38
10  department would manage it.           12:29:43
11    Q.   I didn't ask the question very well.   12:29:44
12        When you had the relationship with Bank   12:29:46
13  of America, who was responsible for the managing,   12:29:47
14  globally, of that relationship with Bank of America   12:29:49
15  as a partner?                   12:29:52
16    A.   I answered the question correctly.    12:29:55
17    Q.   So that was done on an individual   12:29:56
18  lease-by-lease basis?               12:29:58
19    A.   You're asking me who manages the   12:30:05
20  relationship with Bank of America.  The answer to   12:30:07
21  that question is as I answered it.       12:30:09
22    Q.   Who decided to use Bank of America --   12:30:12
23  strike that.                    12:30:13
24        Who decided to partner with Bank of   12:30:15
25  America?                       12:30:16
```

Page 116

```
1                J. Cohen
2         MR. SILBERFEIN:  Objection.  You can   12:30:17
3  answer.                        12:30:19
4         THE WITNESS:  Technically, Sara   12:30:25
5  Krieger.                       12:30:26
6  BY MR. ALTMAN:                  12:30:26
7     Q.   Was this any more -- was this kind of   12:30:29
8  relationship any more than a casual, let's go get   12:30:32
9  some business to get a type relationship, or was it   12:30:34
10  more formal than that?              12:30:36
11    A.   No, more formal.               12:30:39
12    Q.   There was an actual signed agreement   12:30:40
13  between Bank of America?             12:30:42
14    A.   Sure.                       12:30:43
15    Q.   And was she the one who would have signed   12:30:44
16  the agreement with Bank of America?      12:30:45
17    A.   I don't recall.                12:30:47
18    Q.   Who would have negotiated the terms of   12:30:47
19  that agreement with Bank of America?      12:30:49
20    A.   She would.                   12:30:50
21    Q.   Okay.  Would Northern Leasing see any   12:30:50
22  revenue from Bank of America for this relationship?   12:30:53
23        MR. SILBERFEIN:  Objection.  You can   12:31:01
24  answer.                        12:31:01
25        THE WITNESS:  No.               12:31:02
```

29 (Pages 113 to 116)

Veritext/NJ Reporting Company

800-227-8440                                      973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 117

1            J. Cohen
2   BY MR. ALTMAN:                        12:31:02
3     Q.   Did Northern Leasing ever receive from    12:31:03
4   any processing bank any portion of the credit card   12:31:05
5   receipts processed through that bank as part of its   12:31:14
6   business?                            12:31:17
7     A.   No.                          12:31:18
8     Q.   Does Northern Leasing get any revenue    12:31:21
9   from any source in any way other than through the   12:31:23
10  leases that it purchases?              12:31:26
11          MR. SILBERFEIN:  Objection.  You can    12:31:30
12  answer.                              12:31:32
13          THE WITNESS:  Yes.            12:31:33
14  BY MR. ALTMAN:                        12:31:33
15    Q.   And from whom?                  12:31:34
16    A.   There are many sources, but one that    12:31:41
17  comes to mind is servicing revenue from lenders.    12:31:43
18    Q.   What does servicing revenue from lenders   12:31:46
19  mean?                                12:31:58
20    A.   Giving servicing fees to have us service   12:31:58
21  their assets for them.                 12:31:59
22    Q.   What kind of assets?             12:31:59
23    A.   Lease assets, typically.          12:32:00
24    Q.   So things other than credit card      12:32:01
25  processing?                          12:32:02

Page 118

1            J. Cohen
2     A.   No.  Credit card processing terminals.   12:32:02
3   Leases of credit card processing terminals.        12:32:05
4     Q.   And which entities have you do that?    12:32:10
5          MR. SILBERFEIN:  Objection.  You can    12:32:13
6   answer.                              12:32:14
7          THE WITNESS:  Repeat the question.    12:32:16
8   BY MR. ALTMAN:                        12:32:17
9     Q.   What companies ask you to service      12:32:17
10  their --                             12:32:20
11    A.   I don't recall.                 12:32:21
12    Q.   Can you name even one?            12:32:21
13    A.   GCN.                          12:32:22
14    Q.   GCN, okay.  Is that a big part of     12:32:25
15  Northern Leasing's business?           12:32:28
16    A.   No.                          12:32:29
17    Q.   Approximately what portion of Northern   12:32:30
18  Leasing's business do you think it represents?      12:32:32
19    A.   I don't know what the word "business"   12:32:36
20  means.                               12:32:37
21    Q.   Revenue.                       12:32:38
22    A.   I can't answer off the top of my head.   12:32:41
23    Q.   Do you have an estimate?          12:32:44
24    A.   5 to 10 percent.                12:32:51
25    Q.   And I'll ask it a little different way.   12:32:52

Page 119

1            J. Cohen
2     Q.   How many leases are currently owned by   12:32:55
3   Northern Leasing, approximately?       12:32:58
4          MR. SILBERFEIN:  Objection.  You can    12:33:05
5   answer.                              12:33:06
6          THE WITNESS:  I don't think any.    12:33:10
7   BY MR. ALTMAN:                        12:33:10
8     Q.   Who owns the leases that are currently   12:33:16
9   being serviced by Northern Leasing?    12:33:18
10    A.   Tens of different entities.        12:33:20
11    Q.   Please name them.               12:33:25
12    A.   I can only name one or two.        12:33:27
13    Q.   Name the one or two.             12:33:29
14    A.   GCN.                          12:33:32
15    Q.   Okay.                         12:33:34
16    A.   That's the only one I remember that comes   12:33:37
17  to mind.                             12:33:38
18    Q.   You said Northern Leasing purchases the   12:33:39
19  leases from MBF and LFG.               12:33:40
20          What does Northern Leasing do with the   12:33:44
21  lease after that?                    12:33:45
22    A.   Finances it with any of a number of     12:33:46
23  entities.                            12:33:50
24    Q.   Do they sell it?                12:33:51
25    A.   Yes.                          12:33:52

Page 120

1            J. Cohen
2     Q.   So Northern Leasing --            12:33:54
3     A.   Typically, sorry.               12:33:56
4     Q.   So Northern Leasing owns no leases right   12:33:57
5   now?                                 12:33:59
6          MR. SILBERFEIN:  Objection.         12:33:59
7          THE WITNESS:  I wouldn't say that.  I    12:34:00
8   just don't recall how many.            12:34:01
9   BY MR. ALTMAN:                        12:34:02
10    Q.   What happens to the revenue that Northern   12:34:03
11  Leasing gets in exchange for selling those leases?   12:34:04
12          MR. SILBERFEIN:  Objection.         12:34:08
13          THE WITNESS:  Typically, it goes to     12:34:12
14  pay for the equipment and for the expenses          12:34:16
15  associated with running the operation.  12:34:19
16  BY MR. ALTMAN:                        12:34:20
17    Q.   So Northern Leasing doesn't make a      12:34:22
18  profit?                              12:34:23
19          MR. SILBERFEIN:  Objection.  You can    12:34:24
20  answer.                              12:34:25
21          THE WITNESS:  It does.           12:34:26
22  BY MR. ALTMAN:                        12:34:27
23    Q.   And what's the basis of its profit?    12:34:28
24          MR. SILBERFEIN:  Objection.  You can    12:34:33
25  answer.                              12:34:34

30 (Pages 117 to 120)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 121

```
1              J. Cohen
2         THE WITNESS:  The sale of the      12:34:34
3  equipment to any of those entities.       12:34:35
4  BY MR. ALTMAN:                            12:34:36
5     Q.  So unlike MBF or LFG, it is selling the  12:34:37
6  equipment to those entities at a price higher than  12:34:40
7  what it buys it for?                       12:34:42
8     A.  That is correct.                    12:34:44
9     Q.  What is the typical margin?         12:34:45
10    A.  It ranges.  I couldn't --           12:34:49
11    Q.  Approximately.                      12:34:52
12    A.  20 percent.  That range.  Gross profit.  12:35:24
13    Q.  Okay.                              12:35:28
14    A.  25 percent gross profit.  That range.  12:35:28
15    Q.  Now in addition to selling it, is it then  12:35:31
16 also paid for the servicing, or is it -- does it  12:35:32
17 service those leases it sells as part of the sale  12:35:35
18 transaction?                              12:35:38
19    A.  Both.                              12:35:38
20    Q.  How much is Northern Leasing typically  12:35:42
21 paid for to manage a lease?                12:35:43
22        MR. SILBERFEIN:  Objection.  You can  12:35:47
23 answer.                                   12:35:48
24        THE WITNESS:  Anywhere from 50 cents  12:35:58
25 to $4.00 a month.                         12:35:59
```

Page 122

```
1              J. Cohen
2  BY MR. ALTMAN:                            12:36:01
3     Q.  What was the -- if you go to Page 5 of  12:36:03
4  Exhibit-195, which is the 2007 balance sheet --  12:36:38
5         MR. SILBERFEIN:  What page?        12:36:48
6         MR. ALTMAN:  Page 5.  It's Bates 253.  12:36:49
7  BY MR. ALTMAN:                            12:36:54
8     Q.  -- the net income was 4.3 million dollars  12:37:01
9  in 2007; correct?                         12:37:06
10        MR. SILBERFEIN:  Objection.         12:37:07
11        THE WITNESS:  Correct.             12:37:08
12 BY MR. ALTMAN:                            12:37:08
13    Q.  What was the net income of Northern  12:37:09
14 Leasing in 2008, approximately?           12:37:10
15    A.  I don't recall.                     12:37:11
16    Q.  Do you have an idea?                12:37:12
17    A.  Not off the top of my head, no.      12:37:13
18    Q.  As CEO of the company, do you have no  12:37:16
19 understanding approximate of what the income was for  12:37:18
20 it in 2008?                               12:37:22
21    A.  Approximate, yes, but not --        12:37:23
22    Q.  Okay, approximate.                  12:37:25
23    A.  A million.  2 million dollars.       12:37:26
24    Q.  So it went down?                    12:37:27
25    A.  Substantially, yes.                 12:37:30
```

Page 123

```
1              J. Cohen
2     Q.  Why did it go down?                 12:37:31
3     A.  Because of the cost of borrowing.    12:37:32
4     Q.  What about the profit in 2009?       12:37:36
5     A.  Same similar story.                 12:37:39
6     Q.  2010?                             12:37:42
7     A.  Don't know yet.                     12:37:42
8     Q.  But you expect it to be approximately the  12:37:43
9  same?                                     12:37:45
10    A.  Similar.                           12:37:45
11    Q.  Now if Northern Leasing actually keeps  12:38:00
12 the paper on the lease, they'll wind up earning more  12:38:02
13 money, correct, than -- strike that.       12:38:06
14        If Northern Leasing held the paper on all  12:38:08
15 the leases instead of selling it, you would  12:38:10
16 obviously have a bigger income; correct?   12:38:13
17        MR. SILBERFEIN:  Objection.  You can  12:38:15
18 answer.                                   12:38:16
19        THE WITNESS:  It might.             12:38:31
20 BY MR. ALTMAN:                            12:38:31
21    Q.  Presumably the entities who purchase the  12:38:39
22 leases from Northern Leasing earn a profit on those  12:38:41
23 leases as well; correct?                   12:38:45
24        MR. SILBERFEIN:  Objection.  You can  12:38:48
25 answer.                                   12:38:49
```

Page 124

```
1              J. Cohen
2         THE WITNESS:  Correct.             12:38:55
3  BY MR. ALTMAN:                            12:38:56
4     Q.  Go back to that Exhibit-19 --        12:39:02
5  Exhibit-195.  Go back to that page.  I just want to  12:39:10
6  understand the components of the income here.  First  12:39:21
7  it says, Lease Income.                     12:39:23
8         Is that income that comes from leases  12:39:24
9  that Northern Leasing actually owns the paper on?  12:39:27
10    A.  It can come from a variety of sources.  12:39:37
11    Q.  What are those sources?             12:39:39
12    A.  It can come from -- it can come from  12:39:41
13 leases that Northern Leasing owns.  It can come from  12:40:04
14 residual values.  Residual cash flows that Northern  12:40:08
15 Leasing may own.  It can come from equipment sales  12:40:12
16 that Northern Leasing may sell.  Used equipment that  12:40:14
17 it may sell.  A variety of different sources.  12:40:16
18    Q.  And I just want to be clear.  I'm not  12:40:19
19 asking income generally, which you described a lot  12:40:22
20 of things.  I'm asking for that one particular line  12:40:25
21 item.                                     12:40:28
22        Would equipment be included in the line  12:40:28
23 item here in Lease Income or --            12:40:31
24    A.  It's possible.  I would have to look to  12:40:32
25 make sure I got the definition clear.  I don't  12:40:35
```

Page 125

1            J. Cohen
2   recall the definition exactly.              12:40:37
3       Q.   Gain from securitization sales          12:40:38
4   transactions, is that when you actually sell the      12:40:38
5   leases?                                   12:40:43
6       A.   That's correct.                       12:40:44
7       Q.   Now that's -- that value is net of what     12:40:56
8   you pay for those leases; correct?              12:41:01
9       A.   The gain is net of what you pay; that's     12:41:05
10  correct.                                  12:41:07
11      Q.   This gain here is -- you're not showing     12:41:07
12  the total amount you sold it for, and then as an      12:41:09
13  expense, what you paid for them.  This is just       12:41:11
14  what's left over?                           12:41:15
15      A.   It's the net gain, correct.             12:41:16
16      Q.   I just want to make sure I understand.     12:41:18
17           Is there a breakdown of the servicing fee   12:41:31
18  and other income?                          12:41:32
19      A.   I believe it should be in the notes.      12:41:34
20      Q.   I don't see a breakdown.  I didn't see a   12:42:24
21  breakdown.  Did I miss it?                   12:42:25
22      A.   Page 9.                            12:42:27
23      Q.   Page 9, okay.                       12:42:28
24           Where does any profits or losses         12:42:40
25  associated with collections of Loss Damage Waiver   12:42:52

Page 126

1            J. Cohen
2   fees show up?                             12:42:56
3           MR. SILBERFEIN:  Can I have that read     12:42:58
4   back, please?  I'm sorry.                   12:42:59
5           (Whereupon the reporter read back the     12:43:12
6   last question.                            12:43:12
7           MR. SILBERFEIN:  Objection.  You can      12:43:13
8   answer.                                   12:43:13
9           THE WITNESS:  It's a component of        12:43:14
10  either the lease income or the gain from          12:43:16
11  securitization sales transactions.             12:43:18
12  BY MR. ALTMAN:                            12:43:28
13      Q.   Sorry, back in that document, Exhibit-195  12:44:07
14  on Page 15 it says, "Due from to related parties."   12:44:15
15      A.   Right.                             12:44:30
16      Q.   Who is Green Funding, LLC?             12:44:31
17      A.   It's a related party at the time.        12:44:38
18      Q.   Who are they?                        12:44:40
19      A.   I don't recall.                      12:44:42
20      Q.   Are you a principal -- strike that.       12:44:43
21           Do you have any personal involvement in    12:44:45
22  Green Funding, LLC?                        12:44:48
23      A.   Involvement, probably.                 12:44:57
24      Q.   What is the business of Green Funding,     12:44:59
25  LLC?                                      12:45:01

Page 127

1            J. Cohen
2       A.   It's a holder of assets.                12:45:01
3       Q.   What kind of assets?                   12:45:03
4       A.   Lease assets.                        12:45:05
5       Q.   Is that one of these companies that you    12:45:07
6   would sell leases to?                        12:45:09
7       A.   Correct.                            12:45:10
8       Q.   And so in 2006, you sold some assets to    12:45:13
9   Green Funding, and they had to give you 3.5 million  12:45:17
10  dollars; am I reading that correctly?            12:45:20
11      A.   I don't know what the transaction         12:45:25
12  generated is, but you are reading it correctly that  12:45:27
13  they owed 3.5 million dollars.                 12:45:30
14      Q.   Okay.  What is Northern Leasing, LLC?     12:45:35
15      A.   A similar entity.                      12:45:38
16      Q.   What?                              12:45:43
17      A.   A similar entity.                      12:45:44
18      Q.   And that's different than Northern        12:45:46
19  Leasing Systems, Inc.?                       12:45:47
20      A.   That's correct.                       12:45:48
21      Q.   Who are the members of Northern Leasing,   12:45:50
22  LLC?                                      12:45:51
23      A.   I don't know.                        12:45:52
24      Q.   What is Western Capital?                12:45:55
25      A.   I'm sorry?                           12:45:58

Page 128

1            J. Cohen
2       Q.   Western Capital.                      12:45:58
3       A.   A similar entity.                      12:46:00
4       Q.   Business payment systems?               12:46:02
5       A.   Credit card processor.                  12:46:09
6       Q.   Why would they owe you 1.6 million        12:46:12
7   dollars?                                  12:46:14
8       A.   I don't recall.                       12:46:15
9       Q.   Who would know the nature of that         12:46:20
10  transaction?                              12:46:22
11          MR. SILBERFEIN:  Objection.  You can       12:46:24
12  answer.                                   12:46:25
13          THE WITNESS:  Our CFO.                  12:46:28
14  BY MR. ALTMAN:                            12:46:30
15      Q.   RBL Capital, who is that?               12:46:33
16      A.   RBL Capital is a lender to ISO's.  ISO's.  12:46:35
17      Q.   Northern Funding, LLC?                 12:46:42
18      A.   Was a mortgage lender.                 12:46:45
19      Q.   Due From Shareholders, who's that?        12:46:50
20      A.   Whoever the shareholders were at the      12:46:56
21  time.  I don't recall.                      12:46:57
22      Q.   Economic Growth Group, Inc.?            12:47:00
23      A.   It's a company controlled by Len Mezei.    12:47:03
24      Q.   What do they do?                      12:47:06
25      A.   Pension services.                      12:47:08

Veritext/NJ Reporting Company
800-227-8440                                    973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 129

```
1              J. Cohen
2    Q.  For whom?                      12:47:10
3    A.  Actually, I don't know what they do.  I'm   12:47:11
4  sorry.  I can only go with I don't know.         12:47:12
5    Q.  DSA Merchant Services?         12:47:15
6    A.  ISO.                           12:47:19
7    Q.  I don't understand what you mean by that.   12:47:23
8    A.  ISO.                           12:47:26
9    Q.  I understand that.  I mean, but that is   12:47:29
10 an individual ISO who owed Northern Leasing   12:47:30
11 $106,000.                           12:47:33
12   A.  That's correct.                12:47:36
13   Q.  Why did they owe Northern Leasing   12:47:37
14 $106,000.00?                         12:47:40
15   A.  I don't recall.                12:47:42
16   Q.  Okay.  Now go to the next page.   12:47:43
17       In 2006, Northern Leasing had to give   12:47:46
18 First Funds 12.2 million dollars; correct?   12:47:50
19       MR. SILBERFEIN:  Objection.  You can   12:47:54
20 answer.                              12:47:55
21       THE WITNESS:  Yes.             12:47:55
22 BY MR. ALTMAN:                       12:47:56
23   Q.  Why?                          12:47:56
24   A.  I don't recall.                12:47:57
25   Q.  Who is JL Funding?             12:47:58
```

Page 130

```
1              J. Cohen
2    A.  Asset holder.                  12:48:01
3    Q.  Why would Northern Leasing be giving JL   12:48:08
4  Funding 6 million dollars?           12:48:12
5        MR. SILBERFEIN:  Objection.  You can   12:48:14
6  answer.                             12:48:14
7        THE WITNESS:  I don't know.    12:48:15
8  BY MR. ALTMAN:                       12:48:15
9    Q.  You are the CEO of the company at this   12:48:16
10 point in time; correct?              12:48:18
11   A.  Correct.                       12:48:19
12   Q.  12 million dollars is a pretty big   12:48:20
13 transaction for Northern Leasing?    12:48:21
14   A.  That's correct.                12:48:22
15   Q.  And you don't remember anything about the   12:48:23
16 nature of it?                        12:48:25
17       MR. SILBERFEIN:  Objection.    12:48:26
18       THE WITNESS:  No.              12:48:26
19 BY MR. ALTMAN:                       12:48:27
20   Q.  6 million dollars is a pretty big   12:48:28
21 transaction, too; right?             12:48:29
22   A.  Not really.                    12:48:31
23   Q.  What was the gross revenue of Northern   12:48:34
24 Leasing in 2007?                     12:48:36
25   A.  Depends on the definition of "revenue."   12:48:42
```

Page 131

```
1              J. Cohen
2        (Whereupon there was a telephone   12:48:46
3  interruption.)                       12:48:48
4    Q.  The total amount of money came into   12:48:54
5  Northern Leasing in 2007?            12:48:56
6        MR. SILBERFEIN:  Objection.  You can   12:48:58
7  answer.                             12:48:59
8        THE WITNESS:  I can only give you an   12:49:00
9  estimate.                           12:49:00
10 BY MR. ALTMAN:                       12:49:01
11   Q.  Give me an estimate.           12:49:01
12   A.  170 million.                   12:49:03
13   Q.  Forester Funding, LLC, who is that?   12:49:06
14   A.  A similar type entity.         12:49:09
15   Q.  To?                           12:49:10
16   A.  To some asset holder.  It's an asset   12:49:11
17 holder.  Asset purchaser, I should say.  Asset   12:49:17
18 purchaser.                           12:49:22
19   Q.  Why would you owe money to an asset   12:49:22
20 purchaser?                           12:49:24
21   A.  I would have to look at the transaction.   12:49:26
22 I don't recall.                      12:49:27
23   Q.  GELA Acquisitions, LLC?        12:49:28
24   A.  Also an asset purchaser.        12:49:31
25   Q.  Northern Source, LLC?          12:49:33
```

Page 132

```
1              J. Cohen
2    A.  Also asset purchaser.          12:49:36
3    Q.  ATS-1?                         12:49:38
4    A.  Investment company.            12:49:43
5    Q.  Southern Funding, LLC?         12:49:45
6    A.  Asset purchaser.               12:49:47
7    Q.  Canada, ULC?                   12:49:48
8    A.  Asset purchaser.               12:49:50
9    Q.  Northern Healthcare?           12:49:51
10   A.  Finance company that lends to healthcare   12:49:55
11 entities.                            12:50:00
12   Q.  Why would you be sending money to them?   12:50:01
13       MR. SILBERFEIN:  Objection.  You can   12:50:06
14 answer.                              12:50:07
15       THE WITNESS:  I don't recall.   12:50:08
16 BY MR. ALTMAN:                       12:50:08
17   Q.  GELM Acquisitions, LLC?        12:50:09
18   A.  Asset purchaser.               12:50:12
19   Q.  Western Capital?               12:50:15
20   A.  Asset purchaser.               12:50:16
21   Q.  Why would you be paying Western Capital   12:50:18
22 10 million dollars?                  12:50:26
23   A.  I would have to look at the nature of the   12:50:26
24 transaction with them.               12:50:27
25   Q.  You don't recall that transaction at all?   12:50:27
```

33 (Pages 129 to 132)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 133

1           J. Cohen
2     A.  No.                        12:50:28
3     Q.  Are there any transactions that you have   12:50:30
4  a recollection of?                 12:50:32
5     A.  Not specifically, no.       12:50:33
6     Q.  What do you consider to be -- in the   12:50:34
7  normal day-to-day business of Northern Leasing, what   12:50:36
8  do you consider to be a big transaction?   12:50:39
9           MR. SILBERFEIN:  Objection.   12:50:40
10          THE WITNESS:  50 to 75 million   12:50:41
11 dollars.                          12:50:42
12          MR. ALTMAN:  This is a good breaking   12:50:51
13 point.                            12:50:52
14          MR. SILBERFEIN:  I don't know.  If   12:50:53
15 it's a good breaking point, we can break for lunch   12:50:53
16 now.  It's up to you.              12:50:56
17          MR. ALTMAN:  As long as your food is   12:50:57
18 here.  I don't want to break for lunch and have your   12:50:59
19 food not be here.                  12:50:59
20          MR. SILBERFEIN:  I think we should be   12:51:02
21 okay.                             12:51:02
22          MR. ALTMAN:  All right.    12:51:02
23          MR. STRUTINSKIY:  The time is now   12:51:03
24 12:51 p.m.  We are off the record.    12:51:03
25          (Whereupon there was a lunch recess.)   01:39:54

Page 134

1           J. Cohen
2           MR. STRUTINSKIY:  The time is now   01:40:33
3  1:40 p.m.  We're back on the record.   01:40:34
4  BY MR. ALTMAN:                     01:40:37
5     Q.  Mr. Cohen, aways back, I just want to   01:40:38
6  understand one thing.  We talked about Jerusalem   01:40:41
7  Capital, LLC.  You said you were unsure -- you   01:40:43
8  weren't sure what that was.        01:40:49
9     Did I remember that correctly?  I don't   01:40:50
10 want to --                        01:40:52
11    A.  I -- I -- no.  I know what it is.  I just   01:40:53
12 don't know what function it serves or who owns it.   01:40:57
13    Q.  Do you know what the official address is   01:41:02
14 for that company?                  01:41:04
15    A.  No.                       01:41:05
16    Q.  Did you start that organization; found;   01:41:09
17 whatever you want to call it?       01:41:12
18          MR. SILBERFEIN:  Objection.  You can   01:41:15
19 answer.                           01:41:16
20          THE WITNESS:  I believe I did, but I   01:41:16
21 don't specifically recall.         01:41:17
22 BY MR. ALTMAN:                     01:41:18
23    Q.  Did you sign -- I believe it's an LLC;   01:41:19
24 correct?  Did you sign the formation papers?   01:41:22
25    A.  I don't know.              01:41:25

Page 135

1           J. Cohen
2     Q.  And I also think I asked you who managed   01:41:34
3  your legal affairs.               01:41:37
4     Do you have anybody who manages your   01:41:38
5  financial affairs, separate and apart from that?   01:41:40
6           MR. SILBERFEIN:  Personally?   01:41:43
7  BY MR. ALTMAN:                     01:41:44
8     Q.  Personally.  Your personal financial   01:41:44
9  affairs, do you have someone who manages or watches   01:41:46
10 over your finances?                01:41:51
11          MR. SILBERFEIN:  Objection.  You can   01:41:52
12 answer.                           01:41:53
13          THE WITNESS:  It's a combination of   01:41:54
14 people.                           01:41:54
15 BY MR. ALTMAN:                     01:41:55
16    Q.  And who are those people?    01:41:55
17          MR. SILBERFEIN:  Objection.  You can   01:41:56
18 answer.                           01:41:57
19          THE WITNESS:  Beth Pascua, Jeff   01:41:58
20 Sibley, Jane Prokop.  A variety of different players   01:42:01
21 are involved in some of my personal financial stuff.   01:42:08
22 BY MR. ALTMAN:                     01:42:11
23    Q.  Do you reimburse Northern Leasing for the   01:42:11
24 use of those assets?               01:42:15
25          MR. SILBERFEIN:  Objection.   01:42:17

Page 136

1           J. Cohen
2           THE WITNESS:  Most of those people   01:42:18
3  are not working for Northern Leasing.   01:42:19
4  BY MR. ALTMAN:                     01:42:20
5     Q.  Who are they working for?    01:42:21
6     A.  Beth Pascua works for a different entity   01:42:23
7  altogether.                        01:42:26
8     Q.  What entity does she work for?   01:42:27
9     A.  I believe she works for -- I don't recall   01:42:29
10 specifically which entity she works for, but it's   01:42:33
11 not a Northern Leasing entity.      01:42:37
12    Q.  Jeff Sibley, though, does; correct?   01:42:42
13    A.  Jeff Sibley does, but I think it would be   01:42:44
14 unfair to say he manages my personal financial   01:42:48
15 situation.  I think the only one I would say is Beth   01:42:51
16 Pascua that really manages my personal financial   01:42:56
17 situation.                        01:43:01
18    Q.  How do you spell the name?   01:43:10
19    A.  Actually, you know something?  I have to   01:43:11
20 strike that.  That's not actually true.  She does   01:43:13
21 not take care of my personal financials.  It's   01:43:15
22 actually me.  Personal financials are all me.  She   01:43:17
23 works for an entity.  She works for an entity, but   01:43:22
24 she does not manage my personal financial activity.   01:43:23
25 It would be me.  I, myself, would do it.   01:43:26

Veritext/NJ Reporting Company

800-227-8440                                      973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 137

1        J. Cohen
2    Q.  Do you keep -- how do you keep track of     01:43:29
3  your personal financial information?        01:43:32
4    A.  Bank statements.  Tax returns.        01:43:36
5    Q.  Do you have a spread -- do you keep a     01:43:41
6  spreadsheet?                    01:43:43
7    A.  Not specifically, no.            01:43:44
8    Q.  When I asked you to estimate what your     01:43:46
9  net worth was, how did you go about doing that since     01:43:49
10  you manage all your finances?            01:43:51
11    A.  I would have to calculate the value of     01:43:53
12  all the assets that I have.            01:43:55
13    Q.  Do you have a listing of all those        01:43:56
14  assets?                        01:43:58
15    A.  Not in one place.            01:43:58
16    Q.  How many different places?        01:44:00
17    A.  I couldn't venture to tell you.        01:44:02
18    Q.  Do you keep some of it in a spreadsheet?     01:44:03
19    A.  Not in a spreadsheet, no.        01:44:05
20    Q.  How are they maintained?        01:44:07
21    A.  In various different files.        01:44:08
22    Q.  On the computer?            01:44:10
23    A.  No.                    01:44:11
24    Q.  And where are these files kept?        01:44:12
25    A.  A variety of different places.        01:44:14

Page 138

1        J. Cohen
2    Q.  Okay.  Are some kept at your house?     01:44:19
3    A.  Some are kept at my house.  Some kept at     01:44:23
4  Northern Leasing.  Some kept at other entities that     01:44:25
5  I have relationships with.            01:44:29
6    Q.  What entities are those?        01:44:30
7    A.  I'd say Northern Leasing and my house is     01:44:33
8  probably the places it's kept.            01:44:35
9    Q.  What did you mean that some other        01:44:38
10  entities you have a relationship with?  What other     01:44:39
11  entities do you have a relationship with?        01:44:41
12    A.  Yeah; I don't recall.  I -- I would have     01:44:46
13  to strike that.  Northern Leasing -- Northern     01:44:51
14  Leasing and my home would be the two places where my     01:44:54
15  personal financial information is kept.        01:44:58
16    Q.  In Northern Leasing, is it kept in your     01:45:04
17  office?                        01:45:06
18    A.  Primarily.  Not totally.            01:45:07
19    Q.  Where else is it kept at Northern        01:45:08
20  Leasing?                    01:45:11
21    A.  File cabinets.                01:45:12
22    Q.  And where are the file cabinets located?     01:45:13
23    A.  Specifically, I couldn't tell you.  On     01:45:17
24  Northern Leasing's premises.            01:45:20
25    Q.  Does anybody else have access to those     01:45:22

Page 139

1        J. Cohen
2  filing cabinets besides yourself?            01:45:24
3    A.  Yes.                    01:45:26
4    Q.  Who has access to those filing cabinets?     01:45:27
5    A.  My assistant.                01:45:30
6    Q.  And who is your assistant?        01:45:31
7    A.  Charmin Melman.                01:45:32
8    Q.  As the CEO of Northern Leasing, what     01:45:52
9  steps have you taken to see that venders who present     01:45:56
10  Northern Leasing's leases to merchants are properly     01:46:09
11  trained?                    01:46:12
12    A.  We've taken many steps.  Firstly, every     01:46:15
13  vender that we accept goes to an underwriting     01:46:19
14  process checked against the industry lists;     01:46:23
15  blacklists in the industry for those who have     01:46:26
16  potentially damaged us and who have potentially     01:46:35
17  damaged others.  We go through a credit check.  We     01:46:36
18  network in the industry.  We're very, very well     01:46:37
19  known in the industry, so we network as to who those     01:46:38
20  venders are and where they come from.        01:46:40
21        We then send them a package of        01:46:43
22  information that details how the lease is supposed     01:46:45
23  to be filled out and so on and so forth.  We spend     01:46:50
24  time with them on the phone going through our     01:46:53
25  process and our procedures.  And that's     01:46:55

Page 140

1        J. Cohen
2  fundamentally the way they're trained.        01:46:57
3    Q.  You mentioned a blacklist.  Who maintains     01:47:00
4  the blacklist?                    01:47:03
5    A.  I think Sara Krieger, but I don't recall.     01:47:04
6    Q.  That's who maintains your copy of the     01:47:08
7  blacklist, but is there a centralized place     01:47:09
8  that manages the blacklist, that everybody shares     01:47:12
9  it?                        01:47:12
10    A.  No, no.                01:47:15
11        MR. SILBERFEIN:  Let him finish the     01:47:15
12  question.                    01:47:15
13        THE WITNESS:  No.            01:47:15
14  BY MR. ALTMAN:                01:47:15
15    Q.  I think you said that there was        01:47:16
16  information shared between different companies in a     01:47:18
17  similar business?                01:47:22
18    A.  Correct.                01:47:23
19    Q.  How is that information exchanged?     01:47:23
20    A.  Via verbally.                01:47:25
21    Q.  So do you make calls to other people     01:47:26
22  about an ISO?                01:47:30
23    A.  Potentially.                01:47:32
24    Q.  Would you personally do that or would     01:47:33
25  somebody else?                01:47:33

Page 141

1                J. Cohen
2      A.   No, I wouldn't do it.            01:47:33
3      Q.   Would that be Mr. Hahn and his group?   01:47:34
4      A.   No.                    01:47:35
5      Q.   Who would be doing it?         01:47:36
6      A.   Sara Krieger.               01:47:38
7      Q.   Do you think Northern Leasing has a good   01:47:56
8   reputation amongst the merchants who sign leases   01:47:57
9   with Northern Leasing?               01:48:03
10         MR. SILBERFEIN:  Objection.  You can   01:48:05
11   answer.                         01:48:06
12         THE WITNESS:  For the most part, yes.   01:48:15
13   BY MR. ALTMAN:                     01:48:16
14      Q.   What part of it is no?           01:48:19
15      A.   The minority.  Primarily those who don't   01:48:20
16   want to pay us.                     01:48:27
17      Q.   What about the people who have been taken   01:48:31
18   advantage of by the ISO's?             01:48:35
19      A.   I can't speak to them.          01:48:37
20      Q.   You wouldn't want to enforce a lease   01:48:40
21   where the ISO took advantage of the merchant; would   01:48:44
22   you?                         01:48:46
23         MR. SILBERFEIN:  Objection.  You can   01:48:46
24   answer.  I'm sorry.                  01:48:52
25         THE WITNESS:  I can't answer that   01:48:58

Page 142

1                J. Cohen
2   question.                        01:48:59
3   BY MR. ALTMAN:                     01:49:00
4      Q.   Why not?                 01:49:01
5      A.   Because I don't know what the nature of   01:49:01
6   "taking advantage" is.  It's too broad of a term.   01:49:03
7      Q.   If you had actual knowledge that an ISO   01:49:08
8   made material misrepresentations to a merchant to   01:49:09
9   get them to sign a contract, would you enforce that   01:49:16
10   lease?                        01:49:19
11      A.   I would have to understand what the   01:49:20
12   nature of the misrepresentations were.     01:49:21
13      Q.   They actively misrepresented the lengthy   01:49:23
14   term of the lease.                  01:49:26
15      A.   I don't know.  How do you identify that?   01:49:27
16      Q.   Let's say the merchant admits I told them   01:49:30
17   it was a 12-month lease when it really said 48 on   01:49:32
18   the contract; would you cancel that lease?   01:49:35
19      A.   If the merchant admitted it?        01:49:39
20      Q.   Yes.                    01:49:41
21      A.   Merchant?  You mean the salesman?   01:49:41
22      Q.   Sorry.  If the vender admitted he told   01:49:43
23   the merchant it was a 12-month lease --      01:49:45
24      A.   I can't answer that question.       01:49:48
25      Q.   When would you cancel it?        01:49:49

Page 143

1                J. Cohen
2      A.   When we contractually -- based on what   01:49:50
3   our contractual terms with the vender says, we had   01:49:54
4   cancel it.                       01:49:57
5      Q.   When wouldn't you cancel it?       01:49:58
6         MR. SILBERFEIN:  Objection.  You can   01:50:00
7   answer.                         01:50:01
8         THE WITNESS:  I can't answer the   01:50:01
9   question.                        01:50:01
10   BY MR. ALTMAN:                     01:50:01
11      Q.   Let me ask the question again.      01:50:02
12      If the vender admits that a         01:50:04
13   misrepresentation was made to the merchant that the   01:50:06
14   lease term was 12 months when it was really   01:50:09
15   something else, under what conditions then would you   01:50:11
16   cancel that lease?                  01:50:16
17         MR. SILBERFEIN:  Objection.  You can   01:50:18
18   answer.                         01:50:19
19         THE WITNESS:  Again, we -- the nature   01:50:23
20   of our relationship with the merchant is the   01:50:26
21   document that's signed and presented to us and that   01:50:31
22   we verify.  We take no -- we are not involved   01:50:33
23   whatsoever in what the salesman is saying at the   01:50:37
24   point of sale, so I don't know how I would know   01:50:40
25   that.                         01:50:42

Page 144

1                J. Cohen
2   BY MR. ALTMAN:                     01:50:42
3      Q.   It's not unusual for Northern Leasing to   01:50:46
4   receive a complaint that a misrepresentation took   01:50:48
5   place; is that correct?               01:50:52
6         MR. SILBERFEIN:  Objection.  You can   01:50:53
7   answer.                         01:50:54
8         THE WITNESS:  Depends what "not   01:51:06
9   unusual" means, but it happens from time to time,   01:51:09
10   yes.                         01:51:11
11   BY MR. ALTMAN:                     01:51:11
12      Q.   It's not unusual for Northern Leasing to   01:51:12
13   receive a complaint that a lease was forged;   01:51:14
14   correct?                        01:51:16
15         MR. SILBERFEIN:  Objection.        01:51:17
16         THE WITNESS:  No, it is.          01:51:18
17   BY MR. ALTMAN:                     01:51:19
18      Q.   That's an unusual thing?         01:51:19
19      A.   Yeah.                   01:51:20
20      Q.   How many times a year does it happen?   01:51:21
21      A.   I don't know.              01:51:22
22      Q.   Do you have an estimate?         01:51:23
23      A.   No.                    01:51:24
24      Q.   Is it something you're interested in?   01:51:24
25      A.   Yes.                    01:51:26

36 (Pages 141 to 144)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 145

1                    J. Cohen
2     Q.  Did you ever do anything to investigate      01:51:27
3  that?                              01:51:28
4     A.  How many times?              01:51:28
5     Q.  How often it happens.        01:51:29
6     A.  No, not specifically that question.    01:51:33
7     Q.  Why not?                     01:51:34
8          MR. SILBERFEIN: Objection.   01:51:35
9          THE WITNESS: Because it's one of a   01:51:36
10 variety of things that merchants -- the merchants   01:51:39
11 assert.  And I have a collection department that   01:51:43
12 manages that area and investigates those claims.   01:51:45
13 BY MR. ALTMAN:                      01:51:47
14    Q.  And you would agree that some of them are   01:51:49
15 actually -- were truly forged; correct?   01:51:50
16    A.  I have no information right now to   01:51:53
17 support that.                       01:51:55
18    Q.  So you don't have any knowledge that   01:51:55
19 there have been circumstances where Northern Leasing   01:51:57
20 has concluded the lease was actually forged?   01:52:01
21    A.  Sure.  Sure.                 01:52:03
22    Q.  So it does happen?            01:52:04
23    A.  It does happen, sure.         01:52:05
24    Q.  So not every complaint of forgery is   01:52:06
25 wrong; correct?                     01:52:08

Page 146

1                    J. Cohen
2     A.  Probably not.               01:52:09
3     Q.  What do you do -- as the CEO of Northern   01:52:12
4  Leasing, what do you do to make sure that   01:52:14
5  forgeries -- or to try to make sure that forgeries   01:52:16
6  don't take place?                  01:52:19
7     A.  Well, again, we have no ability to   01:52:21
8  determine whether forgeries take place, because we   01:52:23
9  don't -- we have no ability to ascertain   01:52:25
10 definitively that forgeries did not take place   01:52:32
11 because we do not interact with the merchant at the   01:52:36
12 point of sale.                      01:52:36
13      There's a representation made by every   01:52:38
14 vender that every lease that's delivered to Northern   01:52:40
15 Leasing is genuine and true, and we accept that   01:52:42
16 representation.  That's typically the combination of   01:52:45
17 underwriting the vender; and that representation   01:52:49
18 from the vender suffices for us to ascertain that   01:52:51
19 the lease that's presented is genuine.   01:53:02
20    Q.  Are you saying you have no responsibility   01:53:03
21 whatsoever for what the vender tells the merchants?   01:53:04
22          MR. SILBERFEIN: Objection.  You can   01:53:05
23 answer.                             01:53:05
24          THE WITNESS: No.  No.  The vender is   01:53:13
25 an independent entity.  He represents the merchant   01:53:20

Page 147

1                    J. Cohen
2  on behalf of himself.  Not on behalf of -- or   01:53:22
3  whatever entity he's employed by.  We specifically   01:53:28
4  disclaim that.                      01:53:34
5  BY MR. ALTMAN:                      01:53:35
6     Q.  I see.                      01:53:35
7          Does Northern Leasing care about the   01:53:40
8  merchants at all?                   01:53:42
9     A.  Oh, sure.  Very much.         01:53:43
10    Q.  So when Northern Leasing learns that a   01:53:47
11 merchant has been misrepresented by a vender, what   01:53:49
12 does Northern Leasing do about it?   01:53:54
13          MR. SILBERFEIN: Objection.  You can   01:53:56
14 answer.                             01:53:56
15          THE WITNESS: We investigate.   01:53:57
16 BY MR. ALTMAN:                      01:53:58
17    Q.  If you find out it happened?   01:53:59
18    A.  It depends on the circumstances.   01:54:01
19    Q.  Do you think it's fair to enforce a lease   01:54:04
20 that you know the vender made misrepresentations to   01:54:08
21 a merchant?                         01:54:11
22          MR. SILBERFEIN: Objection.   01:54:12
23          THE WITNESS: Depends on the nature   01:54:13
24 of the misrepresentation.            01:54:14
25

Page 148

1                    J. Cohen
2  BY MR. ALTMAN:                      01:54:15
3     Q.  When would it be unfair?      01:54:15
4     A.  I don't know.               01:54:17
5     Q.  So you can't think of a circumstance   01:54:17
6  where it would be unfair to enforce the lease?   01:54:19
7          MR. SILBERFEIN: Objection.   01:54:22
8          THE WITNESS: I would have to think   01:54:23
9  about it.  I can't think of it off my head.   01:54:24
10 BY MR. ALTMAN:                      01:54:26
11    Q.  You're the CEO of the company.  You deal   01:54:27
12 with leases all the time.            01:54:29
13    A.  Right.                      01:54:30
14    Q.  You can't think of a certain instance   01:54:31
15 where it would be unfair?            01:54:32
16    A.  I deal with leases all the time.  I don't   01:54:32
17 deal with misrepresentations all the time, so the   01:54:32
18 answer to your question right now is no.   01:54:32
19          MR. ALTMAN: Could you please hand   01:54:38
20 the witness Exhibit-162.             01:54:42
21          MR. SILBERFEIN: 162?        01:54:45
22          MR. ALTMAN: Yes.  Off the record for   01:54:46
23 one second.                         01:55:00
24      (Whereupon there was a discussion off   01:55:01
25 the record.)                        01:55:01

37 (Pages 145 to 148)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 149

J. Cohen

1         J. Cohen
2   BY MR. ALTMAN:                      01:55:03
3       Q.   Mr. Cohen, what is the ETA?        01:55:21
4       A.   Electronic Transactions Association.  01:55:25
5       Q.   Is Northern Leasing a member of the ETA?  01:55:27
6       A.   I believe we are, yes.            01:55:29
7       Q.   Are you personally a member of the ETA?  01:55:29
8            MR. STRUTINSKIY:  The time is 1:55   01:55:34
9   p.m.  We are now off the record.        01:55:36
10           (Whereupon there was a discussion off  01:55:38
11  the record.)                          01:55:38
12           MR. STRUTINSKIY:  The time is now    01:57:04
13  1:57 p.m.  We are back on the record.     01:57:05
14  BY MR. ALTMAN:                      01:57:08
15      Q.   Is Northern Leasing a member of the ETA?  01:57:09
16      A.   Yes, I believe so.            01:57:11
17      Q.   Are you personally a member of the ETA?  01:57:13
18      A.   I don't think so.            01:57:15
19      Q.   Do you attend ETA conferences?      01:57:16
20      A.   On occasion.                  01:57:18
21      Q.   Have you ever looked on the ETA website?  01:57:19
22      A.   I believe I have.            01:57:22
23      Q.   Are you aware that the ETA has a Code of  01:57:23
24  Conduct?                            01:57:25
25      A.   I probably was aware.            01:57:27

Page 150

J. Cohen

1         J. Cohen
2       Q.   Have you ever looked at the Code of   01:57:28
3   Conduct before in the past?            01:57:30
4       A.   Probably.                    01:57:31
5       Q.   The document I've just handed it to you  01:57:34
6   is the ETA Code of Conduct; correct?      01:57:35
7       A.   I believe so.                01:57:38
8       Q.   Have you ever seen this particular Code  01:57:39
9   of Conduct before?                    01:57:41
10      A.   I don't recall.              01:57:45
11      Q.   This --                      01:57:46
12      A.   I don't recall.              01:57:47
13           MS. FRIEDMAN:  You have to let him    01:57:47
14  finish his question.                  01:57:47
15           MR. SILBERFEIN:  Hold on.  Can we     01:57:51
16  just go off?  You can't -- you can't do that to the  01:57:51
17  witness on the record.                01:58:01
18           MR. ALTMAN:  Hold on.          01:58:01
19           MR. SILBERFEIN:  I need to say this   01:58:02
20  on the record.  I understand that you may have  01:58:03
21  difficulties, but whatever comments you need to make  01:58:05
22  to the witness cannot be made on the videotape.  01:58:08
23  Thank you.                          01:58:11
24  BY MR. ALTMAN:                      01:58:11
25      Q.   Would you please turn to Page 2 of this  01:58:13

Page 151

J. Cohen

1         J. Cohen
2   document.                           01:58:14
3       Do you agree with the following:  "ETA  01:58:19
4   members shall diligently and honestly promote the  01:58:22
5   best practices -- the best products and services for  01:58:26
6   merchants to accept electronic payments"?  01:58:29
7       A.   Do I see that; is that the question?   01:58:34
8       Q.   Do you agree with that sentence?      01:58:36
9       A.   Sure.                        01:58:37
10      Q.   Do you agree with "Members with direct  01:58:38
11  merchant relationships shall advise merchants   01:58:42
12  regularly on changes in the industry, regulations,  01:58:44
13  rules and compliance issues"?            01:58:47
14      A.   Yes.                        01:58:51
15      Q.   Do you agree that "Members utilizing   01:58:52
16  sales representatives to call on merchants will take  01:58:54
17  proactive and decisive steps to ensure the clarity  01:58:57
18  of offers and commitments to merchants; do you  01:59:01
19  agree with that?                     01:59:05
20      A.   Yes.                        01:59:05
21      Q.   Do you agree that "It will not abuse the  01:59:07
22  trust of merchants"; do you agree with that?  01:59:09
23      A.   Yes.                        01:59:13
24      Q.   Do you agree "Nor exploit the lack of  01:59:13
25  experience or knowledge of merchants"; do you agree  01:59:15

Page 152

J. Cohen

1         J. Cohen
2   with that?                          01:59:17
3       A.   Yes.                        01:59:18
4       Q.   Do you agree that "Members will assume   01:59:20
5   responsibility for their sales representatives and  01:59:22
6   ensure sales practices employed adhere to the    01:59:25
7   highest level of professionalism and integrity"; do  01:59:28
8   you agree with that?                  01:59:31
9       A.   Absolutely.                  01:59:32
10      Q.   Do you agree that "ETA members shall not  01:59:32
11  place their needs and desires above those of the  01:59:34
12  merchant in the performance of work for that    01:59:37
13  merchant"?                          01:59:40
14      A.   Absolutely.                  01:59:41
15      Q.   And you don't use direct sales        01:59:42
16  representatives; correct?              01:59:44
17      A.   Not that interface with merchants, no.  01:59:46
18      Q.   Okay.  Would you agree that this sentence  01:59:49
19  still applies to Northern Leasing if you substitute  01:59:58
20  in that it's the ISO's that are going out there and  02:00:01
21  making the sales, that the gist of the sentence  02:00:04
22  still apply -- still applies?            02:00:07
23           MR. SILBERFEIN:  Objection.        02:00:11
24           THE WITNESS:  I don't understand the   02:00:12
25  question.                           02:00:12

Veritext/NJ Reporting Company

800-227-8440                                        973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 153

```
1               J. Cohen
2  BY MR. ALTMAN:                    02:00:12
3      Q.  You don't actually use sales     02:00:13
4  representatives to go out to the merchants; correct?  02:00:14
5      A.  That's correct.           02:00:17
6      Q.  That's done through ISO's; is that  02:00:18
7  correct?                         02:00:20
8      A.  That's correct.           02:00:21
9      Q.  The fact that ISO's are involved in the  02:00:22
10 process, does that substantially change whether you  02:00:25
11 agree with the sentences we just read?    02:00:29
12         MR. SILBERFEIN:  Objection.  You can  02:00:33
13 answer.                          02:00:34
14         THE WITNESS:  Let me answer the  02:00:35
15 question this way.  Our customer vis-a-vis the sale  02:00:36
16 is the ISO and; therefore, these tenants would apply  02:00:40
17 to our interaction with the ISO.      02:00:45
18 BY MR. ALTMAN:                   02:00:47
19     Q.  If the ISO does not follow these  02:00:49
20 principles in their interaction with the merchants,  02:00:53
21 is that a problem for Northern Leasing?   02:00:56
22     A.  Sure.                     02:00:58
23     Q.  Would you do something about it if you  02:00:58
24 knew it was happening?             02:01:00
25     A.  Sure.                     02:01:01
```

Page 154

```
1               J. Cohen
2      Q.  Have you ever known it to happen?  02:01:01
3      A.  Sure.                     02:01:03
4         MR. SILBERFEIN:  He paused, so --  02:01:05
5  BY MR. ALTMAN:                    02:01:06
6      Q.  Have you ever known it to happen where an  02:01:07
7  ISO was not following along the principles described  02:01:09
8  here?                            02:01:12
9      A.  Sure.                     02:01:13
10     Q.  What steps did Northern Leasing take to  02:01:20
11 remedy that?                      02:01:21
12         MR. SILBERFEIN:  Objection.    02:01:21
13         THE WITNESS:  Investigate it.   02:01:22
14 BY MR. ALTMAN:                    02:01:22
15     Q.  Have you ever terminated an ISO because  02:01:23
16 of such conduct?                   02:01:25
17     A.  Absolutely.               02:01:27
18     Q.  When I say "you," I mean the company.  02:01:27
19     A.  Absolutely.               02:01:30
20     Q.  Can you think of an ISO that you actually  02:01:32
21 did that to?                      02:01:33
22     A.  Not off the top of my head.   02:01:36
23     Q.  Do you think that a merchant should need  02:01:54
24 a lawyer to read a Northern Leasing lease contract?  02:02:01
25         MR. SILBERFEIN:  Objection.  You can  02:02:06
```

Page 155

```
1               J. Cohen
2  answer.                          02:02:06
3         THE WITNESS:  He might.       02:02:08
4  BY MR. ALTMAN:                    02:02:08
5      Q.  Do you think -- was it your intention  02:02:09
6  when you created the Northern Leasing lease  02:02:11
7  contract, that it would require a merchant to get a  02:02:14
8  lawyer to understand it?            02:02:17
9      A.  It wasn't part of our intention at all.  02:02:19
10     Q.  You would want to write a lease contract  02:02:22
11 that the average merchant could understand; correct?  02:02:23
12     A.  Not necessarily.           02:02:28
13         MR. SILBERFEIN:  Objection.   02:02:29
14 BY MR. ALTMAN:                    02:02:29
15     Q.  Why would you not want to write a lease  02:02:30
16 contract that the average merchant who signs it  02:02:30
17 could understand?                  02:02:30
18         MR. SILBERFEIN:  Objection.  You can  02:02:32
19 answer.                          02:02:32
20         THE WITNESS:  The average merchant  02:02:33
21 could understand it, but whether or not he requires  02:02:34
22 an attorney is his decision as a businessman.  02:02:37
23 BY MR. ALTMAN:                    02:02:39
24     Q.  That isn't what I asked you.  I asked you  02:02:40
25 why would you not want to write a lease contract  02:02:42
```

Page 156

```
1               J. Cohen
2  that the average merchant could understand.  02:02:44
3      A.  I can't see any reason we wouldn't.  02:02:48
4      Q.  So you would want to make it so that it  02:02:49
5  was clear to the merchant; correct?    02:02:52
6         MR. SILBERFEIN:  Objection.   02:02:53
7         THE WITNESS:  Yeah.          02:02:54
8  BY MR. ALTMAN:                    02:02:54
9      Q.  You would want to use normal English  02:02:55
10 words in the terms of the agreement; correct?  02:02:57
11         MR. SILBERFEIN:  Objection.   02:02:59
12         THE WITNESS:  I don't know what  02:02:59
13 "normal English words" mean.          02:03:00
14 BY MR. ALTMAN:                    02:03:01
15     Q.  You wouldn't want to use legal terms that  02:03:02
16 only an attorney would understand; correct?  02:03:04
17         MR. SILBERFEIN:  Objection.   02:03:06
18         THE WITNESS:  I can't answer that  02:03:07
19 question.                         02:03:08
20 BY MR. ALTMAN:                    02:03:08
21     Q.  Do you think it's appropriate -- what  02:03:22
22 does the term "suckering" mean to you?  Strike that.  02:03:27
23         What does the term "suckering" mean to  02:03:34
24 you in the context of sales practices?  02:03:36
25     A.  I never thought of it before, but I could  02:03:44
```

39 (Pages 153 to 156)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 157

```
                J. Cohen
1
2   speculate that it means I guess doing something to    02:03:46
3   get a merchant to do something he doesn't want to     02:03:50
4   do.                                                   02:03:52
5       Q.  Do you think it's appropriate that ISO's      02:03:54
6   would be suckering merchants in their dealings with   02:03:57
7   them when they're representing Northern Leasing?      02:04:00
8           MR. SILBERFEIN: Objection.                    02:04:02
9           THE WITNESS: Well, again, they're             02:04:03
10  not representing Northern Leasing, so --              02:04:11
11  BY MR. ALTMAN:                                        02:04:12
12      Q.  Okay. When they are presenting Northern       02:04:12
13  Leasing's leasing opportunities to a merchant?        02:04:14
14      A.  I don't think it's appropriate for an ISO     02:04:16
15  to sucker a merchant at any time.                     02:04:17
16      Q.  Do you think it's appropriate for an ISO      02:04:20
17  to work over a merchant to get them to sign an        02:04:24
18  agreement?                                            02:04:28
19          MR. SILBERFEIN: Objection.                    02:04:29
20          THE WITNESS: I don't understand that          02:04:30
21  question.                                             02:04:30
22  BY MR. ALTMAN:                                        02:04:30
23      Q.  You never heard the expression, "work         02:04:31
24  over"?                                                02:04:32
25      A.  I do, but it's too broad for me to            02:04:33
```

Page 158

```
                J. Cohen
1
2   answer.                                               02:04:35
3       Q.  What's your understanding when you work       02:04:35
4   somebody over in the context of a business            02:04:37
5   transaction?                                          02:04:40
6       A.  I guess it means having difficult             02:04:45
7   negotiation with them.                                02:04:50
8       Q.  Does "work over" imply that it was a fair     02:04:50
9   balance negotiation between the two parties?          02:04:53
10          MR. SILBERFEIN: Objection.                    02:04:55
11          THE WITNESS: That's hard to tell.             02:04:56
12  BY MR. ALTMAN:                                        02:04:57
13      Q.  Should an ISO being working over              02:04:57
14  merchants to get them to sign agreements?             02:05:00
15          MR. SILBERFEIN: Objection.                    02:05:02
16          THE WITNESS: Again, I think the term          02:05:03
17  is too broad for me to respond.                       02:05:04
18  BY MR. ALTMAN:                                        02:05:05
19      Q.  Do you think the merchants who sign your      02:05:11
20  leases are stupid?                                    02:05:16
21      A.  No.                                           02:05:17
22      Q.  Do you think they're stupid for signing       02:05:18
23  your agreements without getting an attorney?          02:05:20
24      A.  Not necessarily.                              02:05:23
25      Q.  When would they be stupid for signing         02:05:25
```

Page 159

```
                J. Cohen
1
2   your agreement without getting an attorney?           02:05:27
3           MR. SILBERFEIN: Objection.                    02:05:28
4           THE WITNESS: They're all                      02:05:30
5   businessmen. If they thought they needed legal        02:05:31
6   counsel, then they should get legal counsel.          02:05:34
7   BY MR. ALTMAN:                                        02:05:35
8       Q.  Should that have to happen when               02:05:36
9   somebody's leasing a piece of credit card processing  02:05:37
10  equipment?                                            02:05:41
11      A.  I think that a businessman, any time he       02:05:41
12  signs a contract, should either determine that he,    02:05:46
13  himself, can ascertain whether or not the contract    02:05:48
14  he should be signing, or he should get legal counsel  02:05:50
15  to represent him to advise him.                       02:05:52
16      Q.  Is it possible that a business person         02:05:55
17  might not know that he needs legal counsel to         02:05:56
18  understand an agreement?                              02:05:59
19      A.  Hard to believe.                              02:06:01
20      Q.  Hard to believe.                              02:06:02
21          MR. SILBERFEIN: Objection.                    02:06:05
22  Objection.                                            02:06:08
23  BY MR. ALTMAN:                                        02:06:08
24      Q.  Do you recommend.                             02:06:09
25          MR. ALTMAN: That's fine. You made             02:06:10
```

Page 160

```
                J. Cohen
1
2   your objection.                                       02:06:11
3   BY MR. ALTMAN:                                        02:06:11
4       Q.  Do you recommend that the ISO's instruct      02:06:11
5   --                                                    02:06:11
6           MR. SILBERFEIN: I would like to have          02:06:12
7   the record stricken of his comments that marred a     02:06:13
8   question and not directed to the witness.             02:06:14
9           MR. ALTMAN: That's nice.                      02:06:18
10          MR. SILBERFEIN: Or to me.                     02:06:19
11  BY MR. ALTMAN:                                        02:06:19
12      Q.  Do you recommend that an ISO advise the       02:06:19
13  merchant that they should consider retaining a        02:06:27
14  lawyer to review a Lease Agreement?                   02:06:32
15          MR. SILBERFEIN: Objection.                    02:06:34
16          THE WITNESS: No, we don't discuss             02:06:34
17  that element at all with the ISO. It's not our --     02:06:36
18  it's not in our purview.                              02:06:39
19  BY MR. ALTMAN:                                        02:06:40
20      Q.  So you don't care what the ISO does to        02:06:41
21  get the merchant to sign the agreement, then; right?  02:06:43
22          MR. SILBERFEIN: Objection.                    02:06:46
23          THE WITNESS: I didn't say that.               02:06:46
24  BY MR. ALTMAN:                                        02:06:47
25      Q.  Well, if it would be clearer to the          02:06:47
```

40 (Pages 157 to 160)

Page 161

J. Cohen

1
2  merchants -- strike that.                         02:06:47
3          MR. ALTMAN:  Could you please hand        02:06:54
4  him Exhibit-178.                                  02:06:55
5  BY MR. ALTMAN:                                    02:06:56
6      Q.  Now before you read the whole document,  02:07:12
7  and you are certainly welcome to read the entire  02:07:14
8  document, I just want to point out a couple of    02:07:18
9  things to you and you can decide what it is you need  02:07:20
10 to do.                                            02:07:22
11         First of all, in sum and substance, this  02:07:23
12 is an email that was about complaint of business  02:07:25
13 practices of Northern Leasing that was sent to you  02:07:27
14 and various other people.  And the nature of that  02:07:29
15 complaint is not something I'm going to ask you any  02:07:31
16 questions about, and that's about seven pages of the  02:07:34
17 document.  Feel free to read it all if you want.   02:07:36
18         My inquiry is going to be about the       02:07:38
19 exchange that took place after that point in time.  02:07:40
20 So now if you would like to read the entire        02:07:42
21 document, by all means do so, and then I'm going to  02:07:45
22 ask you some questions.                            02:07:48
23     A.  Okay.                                     02:07:51
24     Q.  Have you seen this document before?       02:07:58
25     A.  No.                                       02:07:59

Page 162

J. Cohen

1
2      Q.  Richard Hahn is the vice president of     02:08:00
3  sales; correct?                                   02:08:01
4      A.  Correct.                                  02:08:02
5      Q.  First of all, if you go to the second     02:08:03
6  page of this document, the email was sent to Jay   02:08:04
7  Cohen, which is you; correct?                      02:08:08
8      A.  Uh-huh.                                   02:08:10
9      Q.  Steve Bernardone, which is another VP;    02:08:10
10 correct?                                          02:08:13
11     A.  Uh-huh.                                   02:08:14
12     Q.  You have to answer.                       02:08:14
13     A.  Yes, I'm sorry.                           02:08:15
14     Q.  Ron Kincheloe?                            02:08:17
15     A.  Yes.                                      02:08:18
16     Q.  Sam Buono?                                02:08:18
17     A.  Yes.                                      02:08:19
18     Q.  Richard Hahn?                             02:08:20
19     A.  Yes.                                      02:08:21
20     Q.  Sara Krieger?                             02:08:22
21     A.  Yes.                                      02:08:23
22     Q.  Dinesh Kulangroth?                        02:08:23
23     A.  Yes.                                      02:08:27
24     Q.  Are there any other officers of the       02:08:27
25 company that did not receive a copy of this email?  02:08:29

Page 163

J. Cohen

1
2      A.  Yes.                                      02:08:36
3      Q.  And who didn't receive a copy of the      02:08:37
4  email?                                            02:08:38
5      A.  Jeff Sibley.                              02:08:39
6      Q.  Aside from him?                           02:08:40
7      A.  I would have to remember all the officers  02:08:43
8  of the company.  I don't recall off the top of my  02:08:45
9  head.                                             02:08:45
10     Q.  Would you agree that essentially all the  02:08:46
11 people who were involved in -- directly involved in  02:08:47
12 the leases were copied on this email?             02:08:51
13         MR. SILBERFEIN:  Objection.               02:08:54
14         THE WITNESS:  Yes, primarily.             02:08:56
15 BY MR. ALTMAN:                                     02:08:56
16     Q.  If you need to read the whole thing, by   02:08:59
17 all means do so, but do you remember getting this   02:09:01
18 email?                                            02:09:04
19     A.  No.                                       02:09:04
20     Q.  Okay.  Now in response to this email, Mr.  02:09:04
21 Hahn, who's one of three salespeople, people in the  02:09:12
22 sales department; correct?                        02:09:18
23     A.  Correct.                                  02:09:19
24     Q.  Sent a response to Mr. Palmenteri, who's  02:09:20
25 one-third of the sales department.  That's         02:09:26

Page 164

J. Cohen

1
2  two-thirds of the sales department there; right?   02:09:28
3      A.  Correct.                                  02:09:30
4      Q.  Saying, "Good one."  You can see right at  02:09:31
5  the top of the second page.  He wrote, "Good one."  02:09:34
6      A.  Yes.                                      02:09:38
7      Q.  And Mr. Palmenteri wrote back, "Can it    02:09:39
8  last forever"?                                    02:09:45
9      A.  Yes.                                      02:09:46
10     Q.  And then Mr. Hahn said, "Should we feel   02:09:46
11 bad for these people?  One must take responsibility  02:09:48
12 if one signs docs, but obviously people are suckered  02:09:52
13 by the ISO."                                       02:09:57
14         Is that what he wrote?                     02:09:59
15     A.  Looks like it.                            02:10:00
16     Q.  What does that -- what do you interpret   02:10:04
17 Mr. Hahn is saying in that sentence?              02:10:08
18         MR. SILBERFEIN:  Objection.               02:10:10
19         THE WITNESS:  Obviously, it's an          02:10:17
20 interpretation, so I can only speculate.           02:10:18
21 BY MR. ALTMAN:                                     02:10:20
22     Q.  I want your interpretation of what you    02:10:21
23 read there as the CEO of the company.             02:10:22
24     A.  He believes somehow that the ISO -- I     02:10:24
25 guess the term would be, did something with the    02:10:34

41 (Pages 161 to 164)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 165

J. Cohen

1        J. Cohen
2   merchant that was inappropriate to get him to sign      02:10:37
3   the lease. I don't know specifically what he's      02:10:43
4   referring to. It certainly has a negative      02:10:46
5   connotation to it.      02:10:48
6      Q.   That's not something Northern Leasing      02:10:50
7   would endorse, is it, suckering the merchants?      02:10:51
8      A.   Not at all.      02:10:56
9      Q.   Were you aware that Mr. Hahn felt that      02:10:57
10  merchants were being suckered by the ISO's?      02:11:00
11     A.   No.      02:11:03
12     Q.   And once again, you can read it if you want.      02:11:04
13  This complaint attached several other complaints to      02:11:07
14  it, so there's not -- this is not just talking about      02:11:11
15  one person's experience.      02:11:13
16        MR. SILBERFEIN: Is that a question?      02:11:16
17  BY MR. ALTMAN:      02:11:18
18     Q.   I'm just -- if you need to verify that --      02:11:18
19  I need to preface my next question with that. If      02:11:21
20  you need to verify that, please do, because my      02:11:24
21  question is going to be, he was not just referring      02:11:26
22  to the one individual who sent the complaint, at      02:11:28
23  least from what's said here; correct?      02:11:31
24        MR. SILBERFEIN: Just before you      02:11:32
25  answer that question, any of your prefacing is not      02:11:34

Page 166

1        J. Cohen
2   testimony here from the witness; nor are they part      02:11:37
3   of the question.      02:11:39
4        MR. ALTMAN: Well, they are, because      02:11:40
5   I don't want to mislead him, and I want to give him      02:11:41
6   the opportunity to review whatever he thinks he      02:11:44
7   needs to review to answer my question correctly and      02:11:46
8   accurately. And I didn't want him to get confused      02:11:48
9   as to whether there's more than one complaint or      02:11:51
10  not.      02:11:53
11        So all I was doing was pointing out      02:11:54
12  that there are more than one complaint. He's      02:11:56
13  welcome to verify that if he wants.      02:11:58
14        MR. SILBERFEIN: But it could also be      02:12:00
15  misleading to the trier of fact as to how you are      02:12:01
16  interpreting what's included in Exhibit-178, and      02:12:04
17  you're prefacing a question with your interpretation      02:12:08
18  as opposed to what the document actually is.      02:12:11
19        MR. ALTMAN: That's fine.      02:12:13
20  BY MR. ALTMAN:      02:12:13
21     Q.   Is there more than one complaint to this      02:12:14
22  document?      02:12:16
23        MR. SILBERFEIN: Objection.      02:12:17
24        THE WITNESS: There might be.      02:12:18
25

Page 167

1        J. Cohen
2   BY MR. ALTMAN:      02:12:18
3      Q.   Why don't you take a look at that. Let's      02:12:19
4   verify that. Strike that. Let me ask it      02:12:21
5   differently.      02:12:31
6        There's one complaint from one -- is      02:12:33
7   there one complaint for one individual, and attached      02:12:35
8   to that, several other textual sections on other      02:12:37
9   people's complaints?      02:12:42
10        MR. SILBERFEIN: Objection.      02:12:43
11        THE WITNESS: I don't understand the      02:12:45
12  question.      02:12:45
13  BY MR. ALTMAN:      02:12:46
14     Q.   This is not a document that is a      02:12:46
15  compilation by Northern Leasing about a bunch of      02:12:49
16  different complaints; correct?      02:12:52
17        MR. SILBERFEIN: Objection.      02:12:53
18        THE WITNESS: I don't know. I would      02:12:54
19  have to read the whole thing to tell you.      02:12:55
20  BY MR. ALTMAN:      02:12:56
21     Q.   Why don't you do that, then. All I'm      02:12:57
22  going to ask you is if this is an individual who      02:12:59
23  wrote a complaint, and then attached to it, other      02:13:02
24  complaints that he located on the other end. That's      02:13:05
25  all I want to ask you. I'm not going to ask you      02:13:09

Page 168

1        J. Cohen
2   anything about any of them in details.      02:13:12
3        MR. SILBERFEIN: So is the question      02:13:14
4   pending or no?      02:13:15
5        MR. ALTMAN: The question is pending.      02:13:16
6   BY MR. ALTMAN:      02:13:17
7      Q.   Is this a document where -- I will ask it      02:13:17
8   again so it's clear.      02:13:19
9        MR. SILBERFEIN: Well, you didn't ask      02:13:20
10  it. You said I will ask it.      02:13:21
11        MR. ALTMAN: Fine. I'll withdraw the      02:13:21
12  other questions. Here's my question.      02:13:23
13  BY MR. ALTMAN:      02:13:24
14     Q.   Is this a document that was written by an      02:13:25
15  individual talking about his particular      02:13:26
16  circumstances, who then appended to his particular      02:13:28
17  circumstances other complaints from other      02:13:31
18  individuals he happened to find on his own?      02:13:33
19        MR. SILBERFEIN: Objection. You can      02:13:36
20  answer when you're done reviewing the document.      02:13:37
21        THE WITNESS: Your question?      02:15:11
22  BY MR. ALTMAN:      02:15:11
23     Q.   I just want to know is this a person who      02:15:12
24  had his own particular complaint who attached other      02:15:14
25  complaints that he happened to locate to his      02:15:23

42 (Pages 165 to 168)

Veritext/NJ Reporting Company

800-227-8440                                        973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 169

J. Cohen

1
2  complaint?                              02:15:23
3     A.  It appears that that's the case.        02:15:24
4     Q.  Okay.  And so Mr. Hahn's comment was not   02:15:24
5  talking about this person.  He said people, correct,   02:15:31
6  meaning plural?                         02:15:34
7        MR. SILBERFEIN:  Objection.        02:15:35
8        THE WITNESS:  I don't see where he    02:15:36
9  said "people."                          02:15:37
10  BY MR. ALTMAN:                        02:15:38
11    Q.  He said, "But obviously people are     02:15:38
12  suckered by the ISO."                   02:15:39
13        He didn't say, "Obviously this person was   02:15:41
14  suckered by the ISO"; correct?          02:15:42
15    A.  That's what he said.              02:15:45
16    Q.  So "people" implies plural; correct?   02:15:46
17        MR. SILBERFEIN:  Objection.  You can    02:15:48
18  answer.                                 02:15:49
19        THE WITNESS:  "People" is a plural     02:15:49
20  term; correct.                          02:15:53
21  BY MR. ALTMAN:                        02:15:54
22    Q.  Oaky.  That's all I was trying to get at.   02:15:54
23        MR. SILBERFEIN:  Objection.        02:15:56
24  BY MR. ALTMAN:                        02:15:57
25    Q.  Does this sentence -- does what Mr. Hahn   02:15:58

Page 170

J. Cohen

1
2  wrote there bother you at all?           02:16:00
3     A.  Yes.                             02:16:01
4     Q.  Should he have come to you if he knew    02:16:03
5  that ISO's were suckering merchants and told you   02:16:06
6  that?                                   02:16:09
7        MR. SILBERFEIN:  Objection.  You can    02:16:11
8  answer.                                 02:16:12
9        THE WITNESS:  Not necessarily.        02:16:12
10  BY MR. ALTMAN:                        02:16:13
11    Q.  Well, what should Northern Leasing have   02:16:13
12  done about that if Northern Leasing knew that ISO's   02:16:15
13  were suckering merchants?               02:16:18
14    A.  There's no evidence that we knew.     02:16:19
15    Q.  Mr. Hahn knew.                    02:16:20
16    A.  That's his opinion.               02:16:21
17    Q.  He's also the person who's responsible   02:16:23
18  for signing up ISO's; correct?           02:16:24
19    A.  Not for underwriting them.         02:16:26
20    Q.  But for making contact with them; right?   02:16:28
21    A.  Sure.                            02:16:30
22    Q.  So you would disagree with Mr. Hahn's   02:16:31
23  assessment there?                       02:16:34
24    A.  Potentially.                     02:16:35
25    Q.  Potentially, or yes or no?         02:16:35

Page 171

J. Cohen

1
2     A.  I don't know.  I don't know the        02:16:37
3  circumstances that he's referring to.   02:16:38
4     Q.  Next sentence -- Mr. Palmenteri writes,   02:16:45
5  "The ISO works them over."              02:16:52
6        What do you think he meant there in this   02:16:52
7  context?                                02:16:54
8        MR. SILBERFEIN:  Objection.        02:16:55
9        THE WITNESS:  Sounds like there in     02:16:57
10  his opinion -- Adams' opinion, the ISO is doing   02:17:02
11  something to the merchant to convince him to sign   02:17:04
12  this lease in some, I guess, aggressive fashion.   02:17:09
13  BY MR. ALTMAN:                        02:17:15
14    Q.  Then he says, "I don't feel bad for     02:17:16
15  stupidity."                             02:17:18
16        What do you think he meant there?     02:17:19
17        MR. SILBERFEIN:  Objection.        02:17:21
18        THE WITNESS:  Again, I can only        02:17:24
19  speculate that he's referring to the merchant.   02:17:25
20  BY MR. ALTMAN:                        02:17:28
21    Q.  "I just worry the more and more it keeps   02:17:28
22  hitting us, that somewhere someone will put a halt   02:17:32
23  to it all."                             02:17:36
24        What do you think he meant there?     02:17:37
25        MR. SILBERFEIN:  Objection.        02:17:39

Page 172

J. Cohen

1
2        THE WITNESS:  That someone will stop    02:17:42
3  ISO's from doing this.  I don't know.    02:17:47
4  BY MR. ALTMAN:                        02:17:50
5     Q.  Was that a concern of Northern Leasing,   02:17:51
6  that its way of business might be threatened by some   02:17:54
7  lawsuit or regulatory action?            02:18:00
8     A.  This is not Northern Leasing.  This is   02:18:07
9  the ISO.                                02:18:08
10    Q.  I understand.                    02:18:09
11        Was there ever a concern at Northern   02:18:10
12  Leasing that the complaints of forgery and fraud and   02:18:12
13  misrepresentations would lead to lawsuits, class   02:18:22
14  action lawsuits or regulatory action on the part of   02:18:28
15  a governmental body?                    02:18:32
16        MR. SILBERFEIN:  Objection.  You can    02:18:34
17  answer.                                 02:18:34
18        THE WITNESS:  We're regularly          02:18:40
19  concerned about lawsuits, but I don't think we   02:18:41
20  ever -- this is a commercial transaction.  It's not   02:18:44
21  a regulated industry.                   02:18:48
22  BY MR. ALTMAN:                        02:18:49
23    Q.  But there are some regulations, though,   02:18:50
24  in the industry, aren't there, when you report   02:18:51
25  information to a person's -- to the person's Credit   02:18:53

43 (Pages 169 to 172)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 173

1            J. Cohen
2  Bureau; correct?                    02:18:56
3      A.   That's not a leasing industry regulation.   02:18:57
4      Q.   I'm just asking.              02:19:00
5          So there are some regulations in your   02:19:01
6  business; correct?                   02:19:03
7          MR. SILBERFEIN: Objection.       02:19:05
8          THE WITNESS: No, not in my business.   02:19:07
9  In the credit reporting element of the business,   02:19:08
10  yes.                            02:19:10
11  BY MR. ALTMAN:                   02:19:11
12     Q.   Do you report credit information to   02:19:12
13  Credit Bureaus?                    02:19:13
14     A.   Sure.                   02:19:15
15     Q.   And there are regulations that you have   02:19:15
16  to follow when you do that; correct?       02:19:16
17     A.   That's correct.            02:19:18
18     Q.   And you have to -- you have to report   02:19:20
19  truthful information to the Credit Bureaus; correct?   02:19:22
20     A.   To the best of our ability.     02:19:24
21     Q.   The best of your ability.       02:19:26
22          It would be wrong to knowingly report   02:19:27
23  something to the Credit Bureau that wasn't true;   02:19:30
24  correct?                         02:19:32
25     A.   Sure.                   02:19:33

Page 174

1            J. Cohen
2      Q.   It would be wrong to report to the Credit   02:19:36
3  Bureau that an account that had been charged off had   02:19:39
4  not been charged off if it had actually been   02:19:45
5  properly charged off, but Northern Leasing had   02:19:51
6  received some money down the road?        02:19:54
7          MR. SILBERFEIN: Objection.       02:19:56
8          THE WITNESS: I don't know what you   02:19:58
9  just asked.                       02:19:58
10  BY MR. ALTMAN:                   02:19:59
11     Q.   That was bad.             02:19:59
12          If an account had been charged off   02:20:01
13  properly; a person had not paid and there was no   02:20:05
14  mistake, and it was just simply a person didn't pay,   02:20:08
15  if that person then pays Northern Leasing some money   02:20:14
16  to settle their debt, how should Northern Leasing   02:20:19
17  report that to the Credit Bureau?          02:20:24
18          MR. SILBERFEIN: Objection. You can   02:20:26
19  answer.                          02:20:28
20          THE WITNESS: I don't -- I'm not able   02:20:29
21  to answer that question.               02:20:30
22  BY MR. ALTMAN:                   02:20:31
23     Q.   Would it be appropriate to delete all of   02:20:32
24  the derogatory information if there had actually   02:20:34
25  been a legitimate charge-off?            02:20:37

Page 175

1            J. Cohen
2          MR. SILBERFEIN: Objection.       02:20:40
3          THE WITNESS: I'm not familiar with   02:20:41
4  the regulations enough to respond to that.    02:20:41
5  BY MR. ALTMAN:                   02:20:43
6      Q.   Does a charge-off on a credit report   02:20:44
7  lower somebody's credit score?           02:20:46
8          MR. SILBERFEIN: Objection.       02:20:48
9          THE WITNESS: Not necessarily.     02:20:49
10  BY MR. ALTMAN:                   02:20:50
11     Q.   Does it generally lower somebody's credit   02:20:50
12  score?                          02:20:52
13          MR. SILBERFEIN: Objection.       02:20:53
14          THE WITNESS: I don't know.       02:20:54
15  BY MR. ALTMAN:                   02:20:54
16     Q.   You don't know? Okay.          02:20:55
17          MR. SILBERFEIN: Objection.       02:20:56
18  BY MR. ALTMAN:                   02:21:00
19     Q.   Northern Leasing's entire business to   02:21:05
20  some degree relies upon accurate credit reporting.   02:21:07
21  We talked about this earlier; right?       02:21:13
22     A.   Yes.                    02:21:14
23     Q.   As a general proposition, does derogatory   02:21:18
24  information tend to lower somebody's credit score?   02:21:21
25          MR. SILBERFEIN: Objection.       02:21:25

Page 176

1            J. Cohen
2          THE WITNESS: I don't know the       02:21:26
3  elements that go into a credit score. My       02:21:26
4  understanding is that there's a whole context to it.   02:21:29
5  It depends on the other elements on the credit   02:21:32
6  report.                          02:21:34
7  BY MR. ALTMAN:                   02:21:34
8      Q.   Have you ever checked your own personal   02:21:37
9  credit score?                      02:21:38
10     A.   On occasion.              02:21:39
11     Q.   Have you ever seen information on it that   02:21:42
12  you thought wasn't accurate?            02:21:44
13     A.   I don't recall.            02:21:46
14     Q.   Do you think it would be truthful to tell   02:21:54
15  the Credit Bureau that an account was charged off by   02:21:57
16  mistake when it hadn't been charged off by mistake?   02:22:08
17          MR. SILBERFEIN: Objection.       02:22:09
18          THE WITNESS: As a general rule, the   02:22:15
19  answer would be no, I guess.            02:22:16
20  BY MR. ALTMAN:                   02:22:18
21     Q.   You're the CEO of the company. Is that a   02:22:19
22  truthful statement?                  02:22:22
23          MR. SILBERFEIN: Objection.       02:22:23
24          THE WITNESS: It's not a statement.   02:22:24
25  It's an opinion, do you think.            02:22:25

Veritext/NJ Reporting Company

800-227-8440                                        973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 177

```
1              J. Cohen
2   BY MR. COHEN:                        02:22:26
3       Q.  Okay.  I'll ask you.  Is it truthful --  02:22:27
4   strike that.                         02:22:30
5           If an account had been legitimately  02:22:31
6   charged off with no mistake, would it be truthful to  02:22:33
7   tell the Credit Bureau at a subsequent point in time  02:22:39
8   that the charge-off had been a mistake?  02:22:43
9           MR. SILBERFEIN:  Objection.   02:22:45
10          THE WITNESS:  You'll have to repeat  02:22:57
11  your question.                        02:22:58
12  BY MR. ALTMAN:                        02:22:58
13      Q.  If there had been -- if an account had  02:22:59
14  been charged off at a point in time for some reason  02:23:01
15  without a mistake, a legitimate charge-off, and  02:23:05
16  subsequent to that point in time the company told  02:23:08
17  the Credit Bureau that that charge-off was a mistake  02:23:11
18  when it really wasn't a mistake, would that be a  02:23:15
19  truthful statement?                   02:23:20
20          MR. SILBERFEIN:  Objection.   02:23:21
21          THE WITNESS:  I think that     02:23:25
22  representing anything that's untrue is -- should not  02:23:26
23  be done.                              02:23:30
24  BY MR. ALTMAN:                        02:23:31
25      Q.  As the CEO of Northern Leasing, I'd like  02:23:40
```

Page 178

```
1              J. Cohen
2   you to tell me if the following scenario would be  02:23:43
3   appropriate; which is, if a person owed $5,000.00 to  02:23:46
4   Northern Leasing and the account was charged off,  02:23:50
5   and subsequent to that Northern Leasing attempted to  02:23:53
6   negotiate with the debtor, and told the debtor if  02:23:58
7   you give me $1,000.00 I will settle this debt, but  02:24:03
8   if you give me $2,000.00, I will remove the  02:24:07
9   derogatory information out of the credit report,  02:24:11
10  would that be an acceptable practice?  02:24:14
11          MR. SILBERFEIN:  Objection.  You can  02:24:15
12  answer.                               02:24:16
13          THE WITNESS:  Again, I'm not familiar  02:24:19
14  with the policies and procedures surrounding credit  02:24:20
15  reports to respond as to whether or not that's an  02:24:26
16  appropriate activity or not.  I don't know what the  02:24:31
17  rules are.                            02:24:34
18  BY MR. ALTMAN:                        02:24:34
19      Q.  Okay.  I'd like for you to assume for me  02:24:35
20  that reporting -- deleting the derogatory  02:24:37
21  information after a legitimate charge-off is not  02:24:44
22  correct, would it be appropriate for Northern  02:24:47
23  Leasing to try to get additional moneys out of a  02:24:49
24  debtor in order to do something that it's not  02:24:52
25  supposed to do?                       02:24:58
```

Page 179

```
1              J. Cohen
2           MR. SILBERFEIN:  Objection.   02:24:59
3           THE WITNESS:  Again, we should -- if  02:25:02
4   the principle is that -- is not correct, then we  02:25:09
5   shouldn't be doing it under any circumstances.  02:25:14
6   BY MR. ALTMAN:                        02:25:16
7       Q.  Much simpler, it would be wrong for  02:25:17
8   Northern Leasing to agree to do something it's not  02:25:20
9   allowed to do in exchange for getting more money out  02:25:25
10  of a debtor; correct?                 02:25:27
11          MR. SILBERFEIN:  Objection.  You can  02:25:28
12  answer.                               02:25:29
13          THE WITNESS:  It would depend on the  02:25:41
14  key phrase you're using, which is "not allowed to  02:25:43
15  do."                                  02:25:46
16  BY MR. ALTMAN:                        02:25:46
17      Q.  Assume that -- I'll ask it again.  02:25:47
18          It would be wrong for Northern Leasing to  02:25:52
19  offer a debtor that an exchange for more money than  02:25:56
20  it might otherwise settle a debt for to do something  02:25:59
21  is not allowed to do by law.          02:26:03
22          MR. SILBERFEIN:  Objection.  You can  02:26:07
23  answer.                               02:26:07
24          THE WITNESS:  If it is not allowed to  02:26:10
25  do by law, it should not -- Northern Leasing should  02:26:11
```

Page 180

```
1              J. Cohen
2   not be doing anything that is not allowed to do by  02:26:14
3   law, period.                          02:26:18
4   BY MR. ALTMAN:                        02:26:18
5       Q.  And it would be wrong to tell somebody,  02:26:19
6   if you give me more money than what I settled with  02:26:20
7   you for, I'll do something I'm not allowed to do;  02:26:24
8   right?                                02:26:26
9           MR. SILBERFEIN:  Objection.   02:26:27
10          THE WITNESS:  Again, if there's  02:26:27
11  something that's not allowed to do by law, it would  02:26:28
12  be wrong for anybody at Northern Leasing to do so.  02:26:31
13  BY MR. ALTMAN:                        02:26:33
14      Q.  I'm asking a different question.  02:26:34
15          It would be wrong to tell somebody in  02:26:35
16  exchange for more money that Northern Leasing would  02:26:37
17  do something it's not allowed to do; right?  02:26:40
18  BY MR. ALTMAN:                        02:26:45
19          THE WITNESS:  It would be wrong for  02:26:47
20  any employee of Northern Leasing to do something for  02:26:48
21  any reason that's not allowed to do by law.  02:26:52
22  BY MR. ALTMAN:                        02:26:55
23      Q.  You're not answering my question.  I'm  02:26:56
24  sorry.                                02:26:58
25          It would be wrong for Northern Leasing to  02:26:59
```

45 (Pages 177 to 180)

Veritext/NJ Reporting Company

800-227-8440                          973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 181

1           J. Cohen
2   say to a debtor, for more money than I would settle    02:27:05
3   this debt for, I will do something I'm not allowed      02:27:10
4   to do; correct?                              02:27:13
5           MR. SILBERFEIN: Objection.           02:27:16
6           THE WITNESS: Again, it would be      02:27:22
7   wrong for an employee of Northern Leasing Systems to   02:27:23
8   do anything that the law does not allow them to do,    02:27:25
9   including accepting any moneys, more moneys, less      02:27:28
10  moneys, whatever the case may be, if it was not        02:27:31
11  allowed by law,                             02:27:35
12  BY MR. ALTMAN:                            02:27:36
13      Q.   You're still not answering my question.    02:27:37
14  Let me ask it a different way.                   02:27:39
15          MR. SILBERFEIN: Objection to the       02:27:40
16  statement.                                02:27:41
17          MR. ALTMAN: Okay. Objection          02:27:42
18  nonresponsive.                             02:27:43
19          MR. SILBERFEIN: You've only asked it   02:27:45
20  ten times.                                02:27:46
21          MR. ALTMAN: And he hasn't answered    02:27:47
22  it.                                      02:27:49
23          MR. SILBERFEIN: He's answering to     02:27:49
24  the best of his ability, Mr. Altman.             02:27:50
25          MR. ALTMAN: No, he's not.            02:27:53

Page 182

1           J. Cohen
2           MR. SILBERFEIN: Excuse me.           02:27:54
3           MR. ALTMAN: No, he hasn't.           02:27:54
4   Objection, nonresponsive.                      02:27:54
5           MR. SILBERFEIN: You're saying that    02:27:55
6   he hasn't answered to the best of his ability? How    02:27:56
7   can you sit there and make that judgment?          02:27:59
8           MR. ALTMAN: That's fine. I'll ask    02:28:02
9   it again.                                 02:28:02
10  BY MR. ALTMAN:                            02:28:03
11      Q.   It would be wrong -- it would be wrong   02:28:04
12  for Northern Leasing to say to a debtor, I will      02:28:18
13  settle with you for $1,000.00, but if you give me    02:28:24
14  $2,000.00, I will do something that I'm not allowed  02:28:32
15  to do by law; correct?                       02:28:38
16          MR. SILBERFEIN: Objection.           02:28:41
17          MR. ALTMAN: Strike that. I'll ask    02:28:52
18  it a different way.                         02:28:53
19  BY MR. ALTMAN:                            02:28:54
20      Q.   It would be wrong to use an illegal or  02:28:54
21  improper act as leverage to get more money out of    02:29:04
22  the debtor; correct?                         02:29:07
23      A.   Sure.                            02:29:09
24      Q.   Okay. And so if changing somebody's    02:29:12
25  credit -- the reporting at the Credit Bureau to      02:29:14

Page 183

1           J. Cohen
2   delete truthful information is not allowed, it would   02:29:19
3   be wrong to offer to do that in exchange for more      02:29:27
4   money; correct?                            02:29:29
5           MR. SILBERFEIN: Objection.           02:29:30
6           THE WITNESS: If it's not allowed, it  02:29:36
7   should not be done.                         02:29:38
8   BY MR. ALTMAN:                            02:29:38
9       Q.   Are you aware that that kind of conduct  02:29:39
10  actually took place at Northern Leasing, whether the   02:29:41
11  act is allowed or not?                       02:29:44
12          MR. SILBERFEIN: Objection.           02:29:46
13          THE WITNESS: I have recently been     02:29:49
14  made aware that there were a couple of occasions      02:29:51
15  where that happened, yes.                     02:29:53
16  BY MR. ALTMAN:                            02:29:54
17      Q.   When were you made aware of that?       02:29:55
18      A.   Just recently.                      02:29:56
19      Q.   How recently?                       02:29:57
20      A.   Over the last week.                  02:29:58
21      Q.   Should that have taken place, that      02:30:01
22  conduct?                                  02:30:04
23          MR. SILBERFEIN: Objection.           02:30:06
24          THE WITNESS: I would have to review   02:30:06
25  the facts and circumstance surrounding it.         02:30:07

Page 184

1           J. Cohen
2   BY MR. ALTMAN:                            02:30:10
3       Q.   Do you know if those were the only times  02:30:10
4   it took place?                            02:30:14
5       A.   I don't know. Certainly not as a matter  02:30:15
6   of policy.                                02:30:17
7       Q.   Is that a course of conduct that you     02:30:21
8   condone as the CEO of the company?              02:30:23
9           MR. SILBERFEIN: Objection.           02:30:26
10          THE WITNESS: Again, I would have to    02:30:31
11  review the facts and circumstances surrounding those  02:30:33
12  issues to answer that question definitively.        02:30:35
13  BY MR. ALTMAN:                            02:30:37
14      Q.   As the CEO of Northern Leasing, should an  02:30:38
15  employee be telling a debtor, if you give me more     02:30:42
16  money, I'll clear your credit?                  02:30:44
17          MR. SILBERFEIN: Objection.           02:30:48
18          THE WITNESS: Again, assuming --       02:30:51
19  assuming that that is an unlawful act, assuming it    02:30:54
20  is an unlawful act, as a policy at Northern Leasing,  02:30:59
21  it should not -- should not be an element of policy   02:31:03
22  and it is not.                            02:31:07
23  BY MR. ALTMAN:                            02:31:08
24      Q.   If it was a lawful act, is that okay for  02:31:09
25  people to be doing that?                      02:31:11

Veritext/NJ Reporting Company

800-227-8440                                    973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 185

1           J. Cohen
2    A.  I would have to evaluate that.        02:31:13
3    Q.  Are you -- do you have any -- are you    02:31:17
4  aware that there are 6/5 plaintiffs in this case;    02:31:20
5  correct?                    02:31:25
6         MR. SILBERFEIN: Objection.        02:31:26
7         THE WITNESS: Yes.            02:31:26
8  BY MR. ALTMAN:                02:31:27
9    Q.  Do you have any specific knowledge or    02:31:28
10  recollection of any of the circumstances of any of    02:31:30
11  the plaintiffs in this case?            02:31:32
12    A.  No.                    02:31:36
13    Q.  Now when a lessee signs a lease, you    02:31:41
14  would agree that Northern Leasing's position is if    02:31:45
15  you sign the lease, I'm going to hold you to the    02:31:48
16  terms of the lease; correct?            02:31:51
17         MR. SILBERFEIN: Objection.        02:31:52
18         THE WITNESS: Repeat the question.    02:31:54
19  BY MR. ALTMAN:                02:31:54
20    Q.  You would agree that if a lessee signs a    02:31:55
21  lease, that Northern Leasing's general policy is to    02:31:57
22  enforce the terms of that lease; correct?        02:32:00
23    A.  That's correct.            02:32:02
24    Q.  If the merchant -- if the vender promised    02:32:03
25  the lessee something that's not contained within    02:32:05

Page 186

1           J. Cohen
2  that Lease Agreement, as far as Northern Leasing's    02:32:08
3  concerned, none of that counts; correct?        02:32:14
4         MR. SILBERFEIN: Objection.        02:32:16
5         THE WITNESS: That's correct.        02:32:17
6         MR. ALTMAN: Would you please hand    02:32:25
7  him Exhibit-114.                02:32:26
8         MR. SILBERFEIN: I need a break at    02:32:30
9  some point, but if you want to go through this    02:32:30
10  exhibit first now that you've identified it --    02:32:30
11         MR. ALTMAN: It's kind of a new topic    02:32:33
12  area, so let's stop right now.            02:32:33
13         MR. SILBERFEIN: Do you want me to    02:32:35
14  show him before the break, the exhibit?        02:32:36
15         MR. ALTMAN: No.            02:32:38
16         MR. SILBERFEIN: We'll do it when we    02:32:38
17  get back?                    02:32:40
18         MR. ALTMAN: Yeah.            02:32:40
19         MR. STRUTINSKIY: The time is 2:32    02:32:41
20  p.m. We're off the record.            02:32:43
21         (Whereupon there was a brief recess.)    02:32:47
22         MR. STRUTINSKIY: The time is now    02:42:57
23  2:43 p.m. We are back on the record.        02:42:58
24  BY MR. ALTMAN:                02:43:01
25    Q.  Now before I ask you about this document,    02:43:14

Page 187

1           J. Cohen
2  before the break we talked about Northern Leasing,    02:43:20
3  when somebody signs a lease, Northern Leasing    02:43:23
4  expects to enforce the terms of the lease; correct?    02:43:26
5    A.  Correct.                02:43:28
6    Q.  It's a two-way street; correct?        02:43:29
7    A.  That's correct.            02:43:31
8    Q.  Northern Leasing should live by what it    02:43:31
9  signs; right?                    02:43:33
10    A.  Correct.                02:43:35
11    Q.  Okay. Take a look at Exhibit-114, and    02:43:35
12  this is a Release that was granted to one of the    02:43:38
13  plaintiffs in this case. And could you please tell    02:43:40
14  me anywhere on Exhibit-114 where it says that    02:43:44
15  Ms. Serin had any obligations to Northern Leasing    02:43:49
16  whatsoever, and that there's anything other than    02:43:52
17  Northern Leasing releasing Ms. Serin from her    02:43:56
18  obligations?                    02:44:00
19         MR. SILBERFEIN: Objection. You can    02:44:01
20  answer.                    02:44:02
21         THE WITNESS: It looks like it    02:44:22
22  releases Ms. Serin -- the mentioned parties.    02:44:23
23  BY MR. ALTMAN:                02:44:30
24    Q.  Once this Release had been signed, would    02:44:31
25  it then be appropriate to sue Ms. Serin on this    02:44:33

Page 188

1           J. Cohen
2  lease?                    02:44:36
3    A.  Potentially.                02:44:36
4    Q.  When would it be appropriate to ignore    02:44:39
5  the Release?                    02:44:40
6    A.  Typically with a Release comes a quid pro    02:44:42
7  quo of dollars, typically.            02:44:44
8    Q.  Were you aware that Ms. Serin was    02:44:47
9  claiming that there was a forgery involved in her    02:44:49
10  lease?                    02:44:54
11    A.  Was I aware? Absolutely not.        02:44:54
12    Q.  Okay. So if there was a forgery involved    02:44:56
13  or some kind of misconduct, there might not be a    02:44:58
14  quid pro quo; correct?            02:44:58
15         MR. SILBERFEIN: Objection. You can    02:45:00
16  answer.                    02:45:01
17         THE WITNESS: Possibly.        02:45:02
18  BY MR. ALTMAN:                02:45:02
19    Q.  Nevertheless, if there was a quid pro    02:45:03
20  quo, that should be reflected in the General    02:45:04
21  Release; right?                02:45:07
22         MR. SILBERFEIN: Objection.        02:45:08
23         THE WITNESS: Not necessarily.        02:45:09
24  BY MR. ALTMAN:                02:45:10
25    Q.  Well, you just said before that if a    02:45:10

47 (Pages 185 to 188)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 189

J. Cohen

1              J. Cohen
2  merchant makes a promise -- if a vender makes a    02:45:12
3  promise to a merchant as part of the lease, none of   02:45:14
4  that counts, because the document controls. But now  02:45:17
5  you're saying that when it comes to an obligation of  02:45:21
6  Northern Leasing, well, there might be something    02:45:24
7  beyond the document.                  02:45:27
8      Isn't that kind of -- isn't that kind of    02:45:28
9  different than what you're saying the other way     02:45:33
10  around?                      02:45:35
11          MR. SILBERFEIN: Objection.    02:45:35
12          THE WITNESS: No, absolutely not.   02:45:36
13          MR. SILBERFEIN: Just let me make my   02:45:36
14  objection.                   02:45:36
15  BY MR. ALTMAN:             02:45:36
16    Q.  How is it not different?       02:45:37
17    A.  Because we specifically represent in the   02:45:38
18  lease, and the customer specifically agrees in the   02:45:46
19  lease that only what's written in that lease is what  02:45:49
20  governs the relationship between themselves and     02:45:54
21  Northern Leasing. And; therefore, anything outside  02:45:56
22  the four corners of the agreement, the lessee has    02:45:58
23  already agreed contractually that anything outside   02:46:01
24  the four corners of the agreement does not get      02:46:05
25  injected into the relationship between ourselves and  02:46:09

Page 190

1              J. Cohen
2  he or she, the lessee.              02:46:12
3      In this case, that may not be the case,     02:46:15
4  'cause this is an absolutely totally different      02:46:17
5  document. And what the circumstances and         02:46:25
6  surrounding this document production was depends on  02:46:26
7  our attorney's negotiation with the lessee.       02:46:30
8  BY MR. ALTMAN:             02:46:34
9    Q.  I see.                02:46:35
10      So when it comes to this document, it's    02:46:35
11  not limited to the four corners of the lease; is    02:46:38
12  that what you're saying?           02:46:40
13    A.  I don't --             02:46:42
14    Q.  It's not limited to the four corners of   02:46:43
15  the General Release; correct?        02:46:45
16    A.  I don't know.          02:46:47
17    Q.  Well, you're the CEO of the company.   02:46:47
18    A.  I'm not responsible to -- for every     02:46:49
19  document. I'm not responsible to know the facts and  02:46:51
20  circumstances surrounding every document produced by  02:46:53
21  the company.                02:46:55
22    Q.  And I didn't expect that you would. I'm  02:46:56
23  asking you to sit and read it today as the CEO of   02:46:58
24  Northern Leasing.              02:47:00
25      Is there any mention in there that       02:47:01

Page 191

1              J. Cohen
2  Ms. Serin has any other obligation to Northern     02:47:03
3  Leasing?                  02:47:06
4    A.  No.                 02:47:06
5    Q.  Okay. Then why would Northern Leasing   02:47:07
6  proceed against Ms. Serin when they granted a     02:47:09
7  document to Ms. Serin that said she had no further   02:47:13
8  obligations?                02:47:15
9          MR. STRUTINSKIY: Objection.    02:47:16
10          THE WITNESS: I don't know the answer   02:47:17
11  to that question.              02:47:18
12  BY MR. ALTMAN:             02:47:18
13    Q.  If there were further obligations on Ms.  02:47:19
14  Serin, shouldn't that have been put in the General   02:47:19
15  Release?                 02:47:19
16    A.  Not necessarily.         02:47:20
17    Q.  Why wouldn't it be?       02:47:22
18    A.  That's a question you'll have to ask our  02:47:23
19  attorney.                 02:47:25
20    Q.  Did an attorney draft this General     02:47:29
21  Release?                 02:47:31
22          MR. SILBERFEIN: Objection.    02:47:32
23          THE WITNESS: I don't know.     02:47:33
24  BY MR. ALTMAN:             02:47:33
25    Q.  If an attorney didn't draft this General  02:47:34

Page 192

1              J. Cohen
2  Release and it was done internally by Northern     02:47:35
3  Leasing, shouldn't they have gone out and gotten an  02:47:38
4  attorney and done it right?         02:47:41
5          MR. SILBERFEIN: Objection.    02:47:42
6          THE WITNESS: That's a question I    02:47:43
7  can't answer.               02:47:44
8  BY MR. ALTMAN:             02:47:44
9    Q.  Well, I'm trying to understand. We    02:47:45
10  talked about the leases before, that when a merchant  02:47:47
11  signs a lease, he should be smart enough to go out   02:47:50
12  and get a lawyer. And here's Northern Leasing who's  02:47:52
13  got a lawyer that's full time on collection that's   02:47:55
14  involved in all these things.         02:47:58
15      Wouldn't you have assumed that your     02:48:01
16  people who work for you did their job in getting a   02:48:03
17  General Release?              02:48:09
18          MR. SILBERFEIN: Objection.    02:48:10
19          THE WITNESS: There's a lot in that    02:48:11
20  question. Let's parse it. No. 1, I never said that  02:48:12
21  the lessee should be going out and getting an      02:48:16
22  attorney to represent him or her. What I said was,  02:48:20
23  is that these lessees are all businessmen. They've  02:48:22
24  signed multiple, multiple contracts in their       02:48:26
25  history, and they should be aware, as businessmen,  02:48:29

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 193

J. Cohen

1
2  what's necessary for them to do prior to signing any      02:48:32
3  contract. That's No. 1.                                   02:48:34
4         No. 2 is with respect to Northern                  02:48:35
5  Leasing, whether or not we have -- what arrangements      02:48:36
6  we make surrounding any individual Release and            02:48:41
7  whether or not that's contractual, verbal, there are      02:48:43
8  other components to it, whether there are or there         02:48:46
9  aren't, is a decision that's made by the judgment of      02:48:49
10 our attorneys who represent us. And I can't speak         02:48:52
11 as to what was done or what wasn't done in this           02:48:54
12 case.                                                     02:48:56
13 BY MR. ALTMAN:                                            02:48:56
14    Q.   Do you have any question in your mind             02:48:57
15 that this Release -- whether this Release is              02:48:58
16 genuine?                                                  02:49:01
17         MR. SILBERFEIN: Objection. You can                02:49:04
18 answer.                                                   02:49:04
19         THE WITNESS: No.                                  02:49:08
20 BY MR. ALTMAN:                                            02:49:08
21    Q.   If for some reason that Northern Leasing          02:49:10
22 thought it was still acceptable to proceed against        02:49:13
23 Ms. Serin, shouldn't the existence of this General        02:49:16
24 Release have been disclosed as part of that lawsuit       02:49:19
25 to the Court?                                             02:49:23

Page 194

J. Cohen

1
2     A.   I don't know.                                     02:49:24
3     Q.   You don't have a feeling on that as an            02:49:26
4  ethical businessperson?                                  02:49:29
5         MR. SILBERFEIN: Objection.                         02:49:30
6         THE WITNESS: I'm not going to -- I                 02:49:31
7  would have to understand the facts and circumstances     02:49:31
8  from our attorney to answer that question properly.      02:49:33
9  I don't have enough information.                         02:49:35
10 BY MR. ALTMAN:                                            02:49:36
11    Q.   So you're saying it's the attorney's             02:49:39
12 responsibility to know what you should tell the          02:49:41
13 Court or not?                                            02:49:42
14    A.   Absolutely.                                       02:49:45
15    Q.   As a businessperson and as somebody who,          02:49:47
16 say, runs an ethical company, do you think it would      02:49:50
17 have been more forthright with the Court to have         02:49:53
18 disclosed the existence of the General Release that      02:49:56
19 you granted this person, and the reasons why it          02:50:01
20 should not have effect as part of the complaint?         02:50:04
21         MR. SILBERFEIN: Objection.                        02:50:07
22         THE WITNESS: I have no opinion on                 02:50:09
23 that as a businessman. That's a legal question.          02:50:09
24 BY MR. ALTMAN:                                            02:50:12
25    Q.   Well, you understand that somebody from          02:50:13

Page 195

J. Cohen

1
2  the Northern Leasing had to verify the complaint;        02:50:14
3  correct?                                                 02:50:18
4     A.   That's correct.                                  02:50:19
5     Q.   That means they verifying the underlying         02:50:19
6  circumstance of the complaint; correct?                 02:50:23
7         MR. SILBERFEIN: Objection.                         02:50:23
8         THE WITNESS: I assume.                             02:50:24
9  BY MR. ALTMAN:                                            02:50:24
10    Q.   That's not a lawyer; correct? In this            02:50:25
11 case it's Sara Krieger. She's not a lawyer;              02:50:26
12 correct?                                                 02:50:30
13    A.   No.                                               02:50:30
14    Q.   Going back to Exhibit-178, you think this        02:50:42
15 exchange between Mr. Hahn and Mr. Palmenteri              02:50:48
16 represents the spirit that Northern -- I'm trying to     02:50:52
17 think of the right word -- that represents the           02:51:07
18 impression about merchants that Northern Leasing         02:51:10
19 would like to present to the world?                      02:51:23
20         MR. SILBERFEIN: Objection.                        02:51:25
21         THE WITNESS: No. This is a private                02:51:28
22 exchange.                                                02:51:29
23 BY MR. ALTMAN:                                            02:51:30
24    Q.   Do you think this is the kind of exchange        02:51:41
25 Mr. Hahn should have been having with Mr.                02:51:43

Page 196

J. Cohen

1
2  Palmenteri?                                              02:51:44
3     A.   Probably not.                                    02:51:45
4     Q.   Does it bother you that they had this            02:51:46
5  kind of exchange?                                        02:51:48
6     A.   Yes.                                              02:51:49
7     Q.   Are you going to do anything about it?           02:51:49
8         MR. SILBERFEIN: Objection.                         02:51:51
9         THE WITNESS: Yeah, probably.                       02:51:59
10 BY MR. ALTMAN:                                            02:52:00
11    Q.   What do you intend to do about it?               02:52:01
12         MR. SILBERFEIN: Objection.                        02:52:03
13         THE WITNESS: Probably tell him not                02:52:04
14 to have these kind of exchanges again.                   02:52:04
15 BY MR. ALTMAN:                                            02:52:06
16    Q.   What about the underlying facts of what          02:52:07
17 they're talking about? Forget about the exchange.        02:52:08
18    A.   I can't opine on those right now.                02:52:11
19    Q.   Wouldn't you want to, as the CEO of              02:52:13
20 Northern Leasing, do something to see if any of the      02:52:15
21 things they're saying here are, in fact, a problem?      02:52:17
22         MR. SILBERFEIN: Objection. You can                02:52:29
23 answer.                                                  02:52:29
24         THE WITNESS: I certainly would want              02:52:31
25 to investigate whether or not what Richie Hahn is        02:52:32

49 (Pages 193 to 196)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 197

J. Cohen

1   J. Cohen
2   referring to is -- his characterizations are          02:52:37
3   accurate, but my guess is it was a flippant comment    02:52:43
4   that doesn't reflect his overview of what's going      02:52:56
5   on.                                                    02:52:57
6   BY MR. ALTMAN:                                         02:52:57
7       Q.  Do you think it's appropriate what Mr.         02:53:01
8   Palmenteri is talking about, that the merchants are    02:53:06
9   stupid and they get burned for signing Northern        02:53:15
10  Leasing's Lease Agreements?                            02:53:17
11      A.  I don't think Mr. Palmenteri said that.        02:53:19
12      Q.  Did you read the top line?                     02:53:20
13          MR. SILBERFEIN:  The question is did           02:53:29
14  he read that?                                          02:53:29
15          THE WITNESS:  Yes.                             02:53:30
16  BY MR. ALTMAN:                                         02:53:31
17      Q.  How do you interpret what Mr. Palmenteri       02:53:31
18  wrote?                                                 02:53:33
19          MR. SILBERFEIN:  Objection.                    02:53:34
20  BY MR. ALTMAN:                                         02:53:34
21      Q.  "The agreement is ironclad.  That's the        02:53:34
22  bottom line, and stupid people get burned."            02:53:36
23          How did you interpret that?                    02:53:39
24          MR. SILBERFEIN:  Objection.                    02:53:41
25          THE WITNESS:  You know, I would have           02:53:46

Page 198

J. Cohen

1           J. Cohen
2   to -- there are various interpretations of this.       02:53:47
3   BY MR. ALTMAN:                                         02:53:51
4       Q.  What's your own interpretation?                02:53:52
5       A.  What's my interpretation of what he's          02:53:54
6   saying?                                                02:53:56
7       Q.  As the CEO of the company, reading that,       02:53:57
8   how do you interpret what Mr. Palmenteri wrote         02:54:00
9   there?                                                 02:54:03
10      A.  That people who do not take -- again, I        02:54:07
11  don't know how he's characterizing stupid people, so   02:54:12
12  this is going to be a stab in the dark, but I assume   02:54:15
13  what he's referring to is that people who either       02:54:18
14  don't read the document or get someone to read the     02:54:21
15  document that's qualified to read it will take the     02:54:24
16  risk, as in any contract, of having the consequence    02:54:26
17  of signing a contract they don't understand.           02:54:29
18      Q.  I don't think I asked you this.                02:54:36
19          Northern Leasing wouldn't want to put          02:54:37
20  contracts out there that merchants can't understand;   02:54:39
21  correct?                                               02:54:41
22          MR. SILBERFEIN:  Objection.                    02:54:42
23          THE WITNESS:  Absolutely not.                  02:54:44
24  BY MR. ALTMAN:                                         02:54:44
25      Q.  And, in fact, Northern Leasing has            02:54:45

Page 199

J. Cohen

1           J. Cohen
2   actually changed the contracts over time to try to    02:54:47
3   make them more understandable; correct?               02:54:53
4       A.  Incorrect.                                     02:54:55
5       Q.  You haven't tried to make them more           02:54:56
6   understandable?                                        02:54:58
7       A.  We've changed the contract many a times.      02:54:59
8   Not necessarily to make them more understandable.     02:55:01
9           MR. ALTMAN:  Could you please hand            02:55:08
10  him Exhibit-110.                                       02:55:10
11          MR. SILBERFEIN:  I've handed it to            02:55:23
12  the witness.                                           02:55:24
13          MR. ALTMAN:  Thank you.                       02:55:25
14  BY MR. ALTMAN:                                         02:55:25
15      Q.  Mr. Cohen, Exhibit-110 is Melinda Serin's    02:55:26
16  contract.  One of the things I'd like you to do at     02:55:32
17  the same time is pull Exhibit-187, which was the      02:55:34
18  blank lease that we looked at this morning, and you   02:55:39
19  might have it sitting over there.  That was this      02:55:42
20  blank lease we looked at this morning.  There you     02:55:44
21  go.                                                    02:56:00
22          Now the first thing I'd like you to do is     02:56:02
23  look at the bottom of Exhibit-187.  There's rather     02:56:06
24  small print underneath the big black box.             02:56:19
25          Would you read that first sentence for        02:56:22

Page 200

J. Cohen

1           J. Cohen
2   the record?  Read it out loud.                         02:56:23
3       A.  I don't know what you're referring to.        02:56:27
4       Q.  "We have."  Right here.  Exhibit-187.         02:56:28
5       A.  "We have written this lease in plain          02:56:30
6   language" --                                           02:56:32
7       Q.  Can you read it just a little bit slower.     02:56:33
8       A.  "We have written this lease in plain          02:56:34
9   language because we want you to fully understand the   02:56:36
10  terms.  Please read your copy of this lease."  I'm    02:56:38
11  sorry; I can't read the next few words.               02:56:41
12      Q.  That's fine.  I just wanted the first         02:56:43
13  sentence.                                              02:56:45
14          MR. SILBERFEIN:  So the record is             02:56:46
15  clear, he couldn't read the next few words because    02:56:48
16  there is an exhibit sticker over it as opposed to     02:56:51
17  anything else.                                         02:56:53
18          MR. ALTMAN:  Agreed, yes.  I was only        02:56:53
19  interested in the first sentence.                      02:56:55
20  BY MR. ALTMAN:                                         02:56:56
21      Q.  It's clear from this lease that it was        02:56:57
22  the intention to make it then in plain language;      02:56:58
23  correct?                                               02:57:01
24      A.  That's what the words say.                     02:57:04
25      Q.  Now.  I'd like you to take a look at          02:57:06

Veritext/NJ Reporting Company
800-227-8440                                        973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

## Page 201

```
1              J. Cohen
2  Melinda Serin's lease for a second.        02:57:08
3       First of all, Melinda Serin's lease is   02:57:11
4  one, two, three, four pages; correct?       02:57:15
5    A.  That's correct.              02:57:20
6    Q.  And that lease was signed in 2001?     02:57:21
7    A.  That's correct.              02:57:28
8    Q.  We know this lease is from some time in  02:57:28
9  2005, I believe, from Exhibit-188.          02:57:30
10      MR. SILBERFEIN:  Do you want him to      02:57:36
11 look?                             02:57:36
12 BY MR. ALTMAN:                     02:57:37
13   Q.  2006.  November 2006.  You're welcome to  02:57:37
14 look if you want.  That was the email attachment.  02:57:39
15 So it clearly comes a time after.          02:57:41
16      And this is only two pages; correct?    02:57:45
17   A.  I'm sorry; this one?            02:57:47
18   Q.  The new lease is only two pages?       02:57:48
19   A.  This lease is only two pages.  I wouldn't  02:57:50
20 say the new lease is only two pages.  This lease is  02:57:50
21 only two pages.                    02:57:53
22   Q.  How many different versions of the     02:57:55
23 Northern Leasing non-cancelable leases are there?  02:57:57
24   A.  I can't answer definitively, but there  02:58:01
25 are hundreds.                     02:58:03
```

## Page 202

```
1              J. Cohen
2    Q.  Hundreds of different versions?       02:58:04
3    A.  Correct.                    02:58:06
4    Q.  Who creates the Northern Leasing lease?  02:58:10
5    A.  Multiple, multiple attorneys.        02:58:15
6    Q.  Does anybody from Northern Leasing     02:58:18
7  actually get involved in the development of the  02:58:19
8  lease?                         02:58:21
9    A.  Sure.                      02:58:22
10   Q.  Who?                       02:58:22
11   A.  Sara Krieger.  Internal counsel.  I can't  02:58:25
12 even mention who else it might be.          02:58:31
13   Q.  Who's the internal counsel for Northern  02:58:34
14 Leasing?                         02:58:35
15   A.  At the time, it was Joe Sussman.  Now   02:58:36
16 it's not.  That is no internal counsel for Northern  02:58:39
17 Leasing.                         02:58:41
18   Q.  At what period of time was Joe Sussman   02:58:43
19 internal counsel?                  02:58:45
20   A.  I don't recall.  A number of years ago.  02:58:46
21   Q.  By the way, Mr. Sussman, is he paid a   02:58:55
22 retainer?  Is he paid a percentage of the recovery?  02:59:00
23 How is Mr. Sussman compensated?  I don't need to  02:59:05
24 know the exact numbers.              02:59:07
25   A.  I don't recall.  I don't believe there's  02:59:08
```

## Page 203

```
1              J. Cohen
2  any contingency element to it.           02:59:09
3    Q.  Who manages the business relationship   02:59:11
4  with Mr. Sussman?                  02:59:14
5    A.  Sam Buono.                   02:59:15
6    Q.  Now what is the --              02:59:20
7       How much is the Loss Damage Waiver,     02:59:32
8  typically?                       02:59:33
9    A.  Today, it's typically 4.95.         02:59:35
10   Q.  Some people pay 2.50, though; right?    02:59:37
11   A.  Historically.                 02:59:39
12   Q.  At the same time, some other people are  02:59:41
13 paying 4.95; correct?              02:59:41
14   A.  I don't know if that's true.         02:59:42
15   Q.  Now on Melinda Serin's lease, there's no  02:59:47
16 mention -- could you tell me where on the scheduled  02:59:53
17 payments it mentions anything about paying a Loss  02:59:58
18 Damage Waiver?                     03:00:00
19   A.  It's not mentioned on the schedule of   03:00:04
20 payments.                         03:00:07
21   Q.  On Exhibit-187, it is mentioned in the  03:00:08
22 scheduled payments there; correct?          03:00:13
23   A.  Yes.                       03:00:16
24   Q.  Now this is called an Insurance        03:00:17
25 Noncompliance Fee?                 03:00:19
```

## Page 204

```
1              J. Cohen
2    A.  Correct.                    03:00:21
3    Q.  Is that effectively the same thing as the  03:00:22
4  Loss Damage Waiver?                 03:00:31
5    A.  Yes.                       03:00:32
6    Q.  When did you start calling it an       03:00:32
7  Insurance Noncompliance Fee?             03:00:33
8    A.  I don't remember.              03:00:33
9    Q.  Why did you change it?            03:00:34
10   A.  I don't recall.                03:00:34
11   Q.  And so do all Northern Leasing leases --  03:00:39
12 do all current Northern Leasing leases list the  03:00:43
13 Insurance Noncompliance Fee as part of the scheduled  03:00:48
14 payments on the front page of the lease?     03:00:51
15   A.  I believe so.                 03:00:53
16   Q.  Do you think that makes it more clear to  03:00:54
17 a lessee about the possibility of a Loss Damage  03:00:56
18 Waiver than in Melinda Serin's lease?        03:01:01
19      MR. SILBERFEIN:  Objection.  You can    03:01:05
20 answer.                          03:01:05
21      THE WITNESS:  Possibly.           03:01:06
22 BY MR. ALTMAN:                     03:01:07
23   Q.  Why do you say "Possibly"?          03:01:11
24      MR. SILBERFEIN:  Objection.         03:01:13
25      THE WITNESS:  Because it was in the    03:01:14
```

Veritext/NJ Reporting Company

800-227-8440                                    973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 205

```
1                J. Cohen
2  body of the lease the whole time.  If they read      03:01:15
3  the lease, this wouldn't be any clearer.  If they     03:01:18
4  read all four pages of the lease, which they should   03:01:21
5  have, this wouldn't be any clearer.                   03:01:23
6  BY MR. ALTMAN:                                        03:01:24
7      Q.  And Melinda Serin's lease says that the       03:01:25
8  Loss Damage Waiver is $4.95 cents.                    03:01:27
9      A.  I don't know.                                 03:01:30
10     Q.  Can you show me where in Melinda Serin's      03:01:31
11 lease it says that the Loss Damage Waiver is $4.95?   03:01:32
12     A.  I don't even know if Melinda Serin was        03:01:41
13 charged 4.95.                                         03:01:44
14     Q.  Melinda Serin was charged $4.95, and I        03:01:47
15 can show you the paperwork to reflect that.           03:01:51
16     A.  It does not say 4.95, as far as I can         03:02:01
17 see.                                                  03:02:04
18     Q.  When did a person have to provide proof       03:02:06
19 of insurance to Northern Leasing to not incur the     03:02:09
20 Loss Damage Waiver?                                   03:02:16
21     A.  Any time.                                     03:02:17
22     Q.  Any time.                                     03:02:18
23         MR. SILBERFEIN:  Objection.                   03:02:19
24 BY MR. ALTMAN:                                        03:02:20
25     Q.  Did Northern Leasing ever -- sorry.           03:02:21
```

Page 206

```
1                J. Cohen
2         Did Northern Leasing ever ask anybody to      03:02:23
3  provide proof of insurance?                           03:02:25
4         MR. SILBERFEIN:  Objection.  You can          03:02:28
5  answer.                                               03:02:28
6         THE WITNESS:  I only know that we             03:02:34
7  informed the merchant that he should -- that he can   03:02:35
8  supply an insurance.  I don't know if we asked.       03:02:39
9  BY MR. ALTMAN:                                        03:02:41
10     Q.  How did you inform him of that?               03:02:42
11     A.  By letter.                                    03:02:44
12     Q.  By letter.                                    03:02:46
13         MR. SILBERFEIN:  Objection.                   03:02:48
14         MR. ALTMAN:  Sorry.                           03:02:49
15 BY MR. ALTMAN:                                        03:02:49
16     Q.  I'm asking.  By letter.  It was a             03:02:50
17 question, by letter?  Okay.                           03:02:51
18         And you're saying a letter was mailed out    03:02:53
19 to every person telling them about providing proof    03:02:55
20 of insurance?                                         03:03:00
21         MR. SILBERFEIN:  Objection.                   03:03:00
22         THE WITNESS:  What I can say is that          03:03:05
23 the policy of Northern Leasing is to do so.  Every    03:03:06
24 person is a little specific.                          03:03:13
25
```

Page 207

```
1                J. Cohen
2  BY MR. ALTMAN:                                        03:03:15
3      Q.  I don't know what you mean by "every          03:03:16
4  person is a little specific."                         03:03:17
5      A.  I can't respond as to every person was        03:03:18
6  ever sent a letter.                                   03:03:21
7      Q.  As part of the verification process,          03:03:23
8  was -- is there any mention about proof of            03:03:28
9  insurance?                                            03:03:31
10     A.  There is mention of insurance.                03:03:34
11 What specifically -- there's mention of the LDW; I'm  03:03:36
12 sorry.  What specifically we speak about in the       03:03:40
13 verification process, I don't recall.                 03:03:43
14         MR. ALTMAN:  Would you please hand            03:03:53
15 the witness Exhibit-113.                               03:03:55
16 BY MR. ALTMAN:                                        03:04:05
17     Q.  Mr. Cohen, Exhibit-113 is Melinda Serin's    03:04:05
18 verification form.                                     03:04:08
19     A.  Okay.                                         03:04:09
20     Q.  Could you point out to me on there where      03:04:10
21 there's any mention, discussion whatsoever of either  03:04:12
22 insurance or Loss Damage Waiver?                       03:04:14
23     A.  It's not on here.                             03:04:25
24     Q.  If you wanted to be sure that whoever did     03:04:26
25 this verification knew about it, you could have made  03:04:30
```

Page 208

```
1                J. Cohen
2  that part of the verification process; right?         03:04:32
3         MR. SILBERFEIN:  Objection.  You can          03:04:36
4  answer.                                               03:04:36
5         THE WITNESS:  That's one way to be            03:04:43
6  sure.  There are other ways to be sure as well.       03:04:44
7  BY MR. ALTMAN:                                        03:04:46
8      Q.  What other ways could you have done it to     03:04:46
9  make sure that they actually got the message that     03:04:48
10 there could be a Loss Damage Waiver if they didn't    03:04:51
11 provide proof of insurance?                            03:04:54
12     A.  Repeat the question.                          03:04:57
13     Q.  I'll ask it this way.                         03:04:58
14         If you sent somebody a letter telling        03:04:59
15 them that -- about the Loss Damage Waiver and the     03:05:01
16 proof of insurance, it might be that they don't       03:05:04
17 actually get that letter; right?                       03:05:06
18     A.  It's possible.                                03:05:08
19     Q.  Just because you send somebody a letter,      03:05:09
20 you don't know that they ever received it; correct?   03:05:10
21     A.  That's correct.                               03:05:13
22     Q.  If you asked somebody in a conversation       03:05:13
23 whether they're on the phone or in person that's      03:05:16
24 more likely to -- and you explained it to them        03:05:18
25 there, you're more likely to be confident that they   03:05:21
```

52 (Pages 205 to 208)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 209

1    J. Cohen
2  actually were informed of it; correct?        03:05:24
3        MR. SILBERFEIN: Objection. You can    03:05:28
4  answer.                        03:05:28
5        THE WITNESS: Well, again, 100      03:05:29
6  percent of the people who sign these leases were    03:05:38
7  informed of it. 100 percent.            03:05:42
8  BY MR. ALTMAN:                  03:05:43
9    Q. By what way?                03:05:44
10   A. By virtue of the contract that they     03:05:45
11 signed.                       03:05:47
12   Q. And it told them that it was 4.95?      03:05:48
13   A. No. It told them there was a Loss Damage  03:05:51
14 Waiver imposed.                  03:05:55
15   Q. If they didn't provide proof of insurance 03:05:56
16 when you asked for it?               03:05:58
17   A. No. If they didn't provide proof of    03:05:59
18 insurance, period.                 03:06:01
19   Q. You're aware that it says that proof of  03:06:02
20 insurance will be provided on a particular date as  03:06:04
21 requested by Northern Leasing?           03:06:06
22       MR. SILBERFEIN: Objection. You can   03:06:10
23 answer.                       03:06:10
24       THE WITNESS: There are versions that   03:06:11
25 have that language, yet that doesn't change the    03:06:12

Page 210

1  facts.                        03:06:15
2    J. Cohen
3  BY MR. ALTMAN:                  03:06:15
4    Q. Well, if Northern Leasing never requested 03:06:16
5  proof of insurance, then by what date was a person   03:06:19
6  required to provide it to not be charged?      03:06:22
7    A. We don't -- again, whenever -- whenever a 03:06:25
8  merchant would provide proof of insurance, the LDW  03:06:30
9  would be waived at whatever time. It didn't make a  03:06:35
10 difference what time they provided it.        03:06:38
11   Q. But that's not my question to you.     03:06:40
12 My question to you is, is that the          03:06:42
13 contract -- particularly Ms. Serin's contract said  03:06:43
14 that the proof had to be provided on a date     03:06:46
15 specified by the lesser, which is Northern Leasing.  03:06:48
16       If Northern Leasing doesn't specify when  03:06:54
17 that date is, when does a person have to provide the 03:06:56
18 proof?                        03:07:00
19       MR. SILBERFEIN: Objection.        03:07:00
20       THE WITNESS: It doesn't say what you   03:07:01
21 just said.                      03:07:02
22 BY MR. ALTMAN:                  03:07:03
23   Q. It doesn't say that? Well, why don't you 03:07:03
24 take a look at what it says.             03:07:03
25   A. Let's take a look.             03:07:06

Page 211

1    J. Cohen
2    Q. If we go to Bates No. 549 under       03:07:10
3  Insurance, I believe -- tell me if I read this     03:07:17
4  correctly. It's on the one, two, three, four -- it 03:07:18
5  starts at the end of the fifth sentence: "Lessee   03:07:30
6  shall pay the premiums for such insurance and    03:07:32
7  deliver to lesser satisfactory evidence of the     03:07:35
8  insurance coverage required hereunder on or before  03:07:38
9  the commencement date as requested by lessor."    03:07:41
10   A. Correct.                  03:07:45
11   Q. So the lessor has to say when they want  03:07:45
12 it; correct?                    03:07:47
13   A. No, not at all.              03:07:48
14       MR. SILBERFEIN: Let him finish.      03:07:49
15 BY MR. ALTMAN:                  03:07:52
16   Q. Then when does a lesser have to provide  03:07:52
17 the insurance to not incur the LDW?         03:07:55
18   A. At any time from the commencement date of 03:07:58
19 the lease -- on or before the commencement day of  03:08:00
20 the lease the lessee can provide proof of insurance  03:08:04
21 and we will waive the LDW. The as requested is not  03:08:06
22 a requirement. It is an option.           03:08:12
23       So the lessee has the ability to have the 03:08:14
24 LDW waived when they provide proof of insurance    03:08:18
25 whenever they provide proof of insurance, from the  03:08:22

Page 212

1    J. Cohen
2  time of the commencement on or before the      03:08:24
3  commencement day of the lease.           03:08:27
4  BY MR. ALTMAN:                  03:08:28
5    Q. How could somebody provide proof of     03:08:29
6  insurance before they signed the contract?     03:08:31
7    A. Because the salesman at the point of sale 03:08:34
8  can collect any -- all and -- all pertinent      03:08:37
9  information he has to collect prior to the      03:08:41
10 commencement date on the lease.           03:08:44
11   Q. How does a person get an insurance     03:08:46
12 certificate before they even get a piece of     03:08:47
13 equipment?                      03:08:51
14   A. They can call their insurance carrier.   03:08:51
15 Inform them that they will -- they are about to    03:08:54
16 enter into a lease. The insurance carrier will then 03:08:58
17 place the lease -- the leasing as a payee on their  03:09:00
18 insurance binder. They can then commence the lease,  03:09:06
19 and they can send all the documentation to us.     03:09:08
20 That's the way the process can work if chosen to do  03:09:11
21 so.                         03:09:13
22   Q. Now there's a 200-dollar deductible;    03:09:14
23 correct?                       03:09:16
24   A. In some of our leases. Not all of them.  03:09:17
25   Q. Is it in most of the leases?         03:09:19

Veritext/NJ Reporting Company

800-227-8440                          973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 213

J. Cohen

1
2    A.   I don't believe so, no.          03:09:21
3    Q.   Which leases have the 200-dollar      03:09:22
4 deductible and which don't?           03:09:24
5         MR. SILBERFEIN: Objection.        03:09:26
6         THE WITNESS: I don't know how you    03:09:27
7 want me to answer that question.        03:09:28
8 BY MR. ALTMAN:              03:09:30
9    Q.   Let me ask you a different question.   03:09:30
10       Who's responsible for managing all the   03:09:30
11 different leases and all the different versions of   03:09:32
12 the leases at Northern Leasing?        03:09:35
13        MR. SILBERFEIN: Objection. You can   03:09:39
14 answer.                 03:09:39
15        THE WITNESS: I don't know.        03:09:40
16 BY MR. ALTMAN:              03:09:41
17   Q.   You said there's hundreds of different   03:09:41
18 leases.                 03:09:43
19   A.   That's correct.            03:09:43
20   Q.   How do you make sure you send the right   03:09:44
21 version of the lease to an ISO?        03:09:46
22   A.   The versions of the lease, they're not   03:09:49
23 related to ISO's whatsoever.  They relate to -- they   03:09:51
24 relate to lessees in different geographic locations.   03:09:54
25 They relate to different points in time.  They   03:09:57

Page 214

J. Cohen

1
2 relate to different pieces of equipment that were   03:09:59
3 leased over time.  There's all kinds of different   03:10:06
4 reasons for the variations.         03:10:08
5    Q.   Today, how many different lease forms are   03:10:10
6 there in Northern Leasing, MBF or LFG?     03:10:12
7    A.   I have no clue.            03:10:16
8    Q.   Who is responsible for knowing that   03:10:17
9 information?               03:10:18
10   A.   Sara Krieger.             03:10:19
11   Q.   Who's responsible for making sure that   03:10:21
12 the ISO's get the right blank leasing forms?    03:10:22
13        MR. SILBERFEIN: Objection. You can   03:10:27
14 answer.                 03:10:27
15        THE WITNESS: Again, I don't know   03:10:28
16 what the right blank leasing forms mean, but   03:10:29
17 whatever that means, the one who's responsible for   03:10:31
18 sending leases to ISO's is Sara -- Sara Krieger's   03:10:34
19 department.               03:10:40
20 BY MR. ALTMAN:              03:10:41
21   Q.   And when I say the blank forms that the   03:10:41
22 ISO's are going to fill out, those come from Sara   03:10:43
23 Krieger's department?           03:10:47
24   A.   Correct.              03:10:47
25   Q.   And she's responsible for making sure   03:10:48

Page 215

J. Cohen

1
2 they get the appropriate set of lease forms;    03:10:51
3 correct?                03:10:52
4         MR. SILBERFEIN: Objection.        03:10:53
5         THE WITNESS: Correct.         03:10:54
6 BY MR. ALTMAN:              03:10:54
7    Q.   Okay.  So her department is responsible   03:10:54
8 for managing all the different versions of the lease   03:10:56
9 forms?                 03:10:59
10        MR. SILBERFEIN: Objection.        03:10:59
11        THE WITNESS: Yes.           03:11:00
12 BY MR. ALTMAN:              03:11:00
13   Q.   Why did Northern Leasing choose not to   03:11:08
14 put a question concerning insurance and Loss Damage   03:11:11
15 Waiver on the verification form?        03:11:16
16   A.   I have no idea.            03:11:18
17   Q.   So I come back to, if you had explicitly   03:11:20
18 asked a merchant, as part of the verification   03:11:22
19 process, that would be the best way to ensure that   03:11:25
20 the merchant was aware of the Loss Damage Waiver   03:11:28
21 issue; correct?             03:11:32
22        MR. SILBERFEIN: Objection.        03:11:33
23        THE WITNESS: No, not necessarily.  I   03:11:34
24 think a letter is better action.        03:11:36
25

Page 216

J. Cohen

1
2 BY MR. ALTMAN:              03:11:36
3    Q.   That they may or may not ever get?   03:11:37
4    A.   The ones that don't get it, that would --   03:11:39
5 again, the likelihood -- let me restate it.    03:11:41
6         The best mode of communication, I   03:11:45
7 believe, is a letter that said there are -- you'll   03:11:47
8 have to check the mail to find out how many people   03:11:50
9 don't get their mail, but the minority that don't   03:11:53
10 get it, yes.  There would probably be a minority   03:11:55
11 just by virtue of the statistics that don't get it.   03:11:59
12   Q.   Even if the piece of mail got to the   03:12:03
13 office, it might not get in the hands of the person   03:12:05
14 who would need to see it, correct, just because it   03:12:07
15 got delivered properly?          03:12:10
16        MR. SILBERFEIN: Objection.        03:12:11
17        THE WITNESS: Sure.          03:12:12
18 BY MR. ALTMAN:              03:12:12
19   Q.   So I come back to, if Northern Leasing --   03:12:13
20 strike that.               03:12:16
21        In your opinion, what is the best method   03:12:17
22 for Northern Leasing to ensure that a merchant   03:12:20
23 actually learned -- actually knows of the Loss   03:12:27
24 Damage Waiver issue and the insurance requirements?   03:12:32
25        MR. SILBERFEIN: Objection. You can   03:12:36

Veritext/NJ Reporting Company

800-227-8440                         973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 217

1              J. Cohen
2  answer.                          03:12:36
3         THE WITNESS: Again, the best method    03:12:44
4  to make sure he knows is that he received a copy of    03:12:45
5  the lease, and that he's read the terms of the    03:12:47
6  lease.                           03:12:51
7  BY MR. ALTMAN:                     03:12:51
8     Q.  I said for somebody at Northern Leasing's    03:12:53
9  offices to ensure that a person knows the terms, is    03:12:56
10 there a better method than explicitly asking them as    03:13:02
11 part of the verification process?        03:13:09
12        MR. SILBERFEIN: Objection. You can    03:13:12
13 answer.                          03:13:12
14        THE WITNESS: There might be a better    03:13:16
15 method.                          03:13:24
16 BY MR. ALTMAN:                     03:13:24
17    Q.  Can you think of one?          03:13:24
18    A.  Sure.                      03:13:25
19    Q.  Okay. What would be a better method?    03:13:25
20    A.  To sit down -- fly out to -- sit down    03:13:27
21 with every lessee, walk them through the lease.    03:13:34
22 Have coffee with them for two hours and explain to    03:13:36
23 them what the terms of the lease are, but that's    03:13:38
24 impractical.                      03:13:41
25    Q.  Can you think of a better practical    03:13:43

Page 218

1              J. Cohen
2  method? Touche. Can you think of a better    03:13:45
3  practical method?                 03:13:50
4     A.  Possibly. I would have to think about    03:13:53
5  it.                              03:13:54
6     Q.  There's nothing that pops to mind; is    03:13:55
7  there?                           03:13:57
8     A.  I'm not sure. I'd have to think about    03:14:10
9  it.                              03:14:13
10    Q.  If what you say is true, right on the    03:14:14
11 front page of Melinda Serin's lease it says $59.00 a    03:14:18
12 month, 48 months; right?             03:14:22
13    A.  Correct.                   03:14:24
14    Q.  Why do you need to verify that? It's    03:14:24
15 crystal clear from the lease.         03:14:26
16    A.  No specific reason. It's what we call    03:14:31
17 "belts and suspenders."              03:14:33
18    Q.  So the verification process is       03:14:36
19 meaningless, you're saying?           03:14:38
20    A.  No, I don't say that.          03:14:39
21    Q.  Why did you choose to verify the lease    03:14:41
22 payment in the lease term?            03:14:44
23    A.  Because there's -- there's -- in this    03:14:47
24 document, there must be about 500 terms. So you    03:14:49
25 have to -- so there's a choice to be made between    03:14:53

Page 219

1              J. Cohen
2  500 terms, and we chose two of them. That doesn't    03:14:55
3  necessarily mean that we should verify all of them.    03:15:00
4  Maybe we should have.               03:15:04
5     Q.  How many different ones involve paying    03:15:05
6  money? Not here. We have the Loss Damage Waiver    03:15:07
7  issue; right?                     03:15:11
8     A.  There's a number of them that involve    03:15:13
9  paying money. There's taxes. There's insurance.    03:15:14
10 There's buyout at the end. I mean, there's a    03:15:16
11 variety of issues.                 03:15:20
12    Q.  Let me rephrase that.          03:15:22
13        How many different payment items are    03:15:24
14 there that a person would be regularly, routinely    03:15:26
15 subjected to?                     03:15:30
16        You've got the lease payment is one;    03:15:32
17 right?                           03:15:34
18    A.  Right.                     03:15:35
19    Q.  You put on here, applicable taxes; right?    03:15:36
20    A.  Correct.                   03:15:38
21    Q.  The Loss Damage Waiver, that would be    03:15:39
22 another one; right?                03:15:41
23    A.  No.                       03:15:42
24    Q.  That's not a charge that somebody would    03:15:44
25 regularly be subjected to if they didn't provide    03:15:46

Page 220

1              J. Cohen
2  insurance?                       03:15:48
3     A.  If they didn't provide insurance.    03:15:49
4     Q.  By the way --                03:15:51
5     A.  That's the reason it may not be there.    03:15:52
6     Q.  Do you know what percentage of business    03:15:56
7  owners pay the Loss Damage Waiver?       03:15:59
8     A.  Not off the top of my head, no.    03:16:02
9     Q.  If I told you it was about 90 percent,    03:16:04
10 would that surprise you?             03:16:06
11    A.  No.                       03:16:07
12    Q.  Do you think that's because 90 percent of    03:16:08
13 these people don't have property insurance that    03:16:10
14 would cover the equipment?            03:16:12
15    A.  No.                       03:16:14
16    Q.  You think it's maybe because they don't    03:16:15
17 know, or they're not aware of providing proof of    03:16:17
18 insurance?                       03:16:20
19    A.  No.                       03:16:20
20    Q.  So why do you think that 90 percent of    03:16:21
21 the people pay the Loss Damage Waiver as opposed to    03:16:23
22 providing the proof of insurance that they already    03:16:25
23 have?                            03:16:27
24    A.  Because it's too small of a fee to bother    03:16:28
25 going to the insurance company.          03:16:30

Veritext/NJ Reporting Company

800-227-8440                          973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 221

J. Cohen

1
2    Q.   So you think it's -- these people are all        03:16:39
3    aware of the fact that they could do away with the    03:16:42
4    4.95 fee by just providing proof of insurance and     03:16:45
5    they just choose not to?                              03:16:50
6        A.   That wasn't the question you asked me,       03:16:52
7    but I don't think all, no.  I think most,             03:16:53
8    predominantly.                                        03:16:54
9        Q.   So you think the majority of the people      03:16:55
10   have just chosen to pay this fee as opposed to        03:16:57
11   providing the proof of insurance?                     03:17:00
12       A.   Let me -- let me -- let me -- let me         03:17:04
13   rephrase my answer.  Let me respond this way.  I      03:17:05
14   think the vast majority of the people know there is   03:17:09
15   an LDW fee, and choose either consciously or by       03:17:13
16   virtue of the fact that they just don't do it for     03:17:18
17   whatever reason, 'cause of other issues, not to call  03:17:21
18   their insurance company to get the fee off.           03:17:24
19       Q.   And what's the basis of that knowledge?      03:17:26
20       A.   Just my general knowledge of our            03:17:28
21   lessee -- I have more knowledge of the industry than  03:17:30
22   anybody else does.                                    03:17:34
23       Q.   Most of the leases I've seen have a          03:17:40
24   200-dollar deductible.                                03:17:42
25       A.   Okay.                                        03:17:44

Page 222

J. Cohen

1
2        Q.   How does that 200-dollar deductible --      03:17:46
3    strike that.                                          03:17:48
4            If a person has a total loss with a           03:17:49
5    machine, they pay Northern Leasing $200.00 and you    03:17:51
6    replace the machine; right?                           03:17:54
7        A.   Correct.                                     03:17:56
8        Q.   With a machine of comparable age or          03:17:58
9    quality; correct?                                     03:18:00
10       A.   Usually not.  Usually it's what the          03:18:02
11   merchant requires at that time.                       03:18:05
12       Q.   But you don't give them a brand new          03:18:07
13   machine; correct?                                     03:18:09
14       A.   Sometimes we do.                             03:18:09
15       Q.   How often do you give them a brand new       03:18:11
16   machine?                                              03:18:13
17       A.   I don't know.  Depends on the needs of       03:18:13
18   the merchant for that at the time of the claim.       03:18:14
19       Q.   I don't understand.                          03:18:18
20       A.   Different -- at the time of the claim,       03:18:20
21   the merchant may have a different need for a          03:18:21
22   different piece of equipment.  We'll provide          03:18:24
23   whatever equipment the merchant needs at that point.  03:18:26
24   If it's new -- if we have to buy it new, we'll buy    03:18:28
25   it new.  If we have to provide it's used.  We'll      03:18:32

Page 223

J. Cohen

1
2    make sure the merchant has a piece of equipment to    03:18:35
3    replace the equipment he has that was lost.           03:18:37
4        Q.   How often do you replace the equipment       03:18:39
5    with the same kind of equipment they had?             03:18:41
6        A.   Oh, I don't know.                            03:18:43
7        Q.   Who would know the answer to that?           03:18:44
8        A.   I can speculate.  I don't know that we       03:18:50
9    have any statistics on that.  I would say Isaac       03:18:52
10   Taylor would probably know.                           03:18:55
11       Q.   Who is Isaac Taylor?                         03:18:57
12       A.   He's in charge of our equipment area.        03:18:58
13       Q.   Has Northern Leasing studied whether         03:19:33
14   collecting Loss Damage Waivers is profitable?         03:19:35
15           MR. SILBERFEIN:  Objection.  You can          03:19:40
16   answer.                                               03:19:40
17           THE WITNESS:  Not specifically, no.           03:19:41
18   BY MR. ALTMAN:                                        03:19:44
19       Q.   It wouldn't be hard for Northern Leasing     03:19:51
20   to add up how much it's collected on Loss Damage      03:19:53
21   Waivers; would it?                                    03:19:59
22           MR. SILBERFEIN:  Objection.  You can          03:20:01
23   answer.                                               03:20:01
24           THE WITNESS:  It wouldn't be easy.            03:20:02
25

Page 224

J. Cohen

1
2    BY MR. ALTMAN:                                        03:20:02
3        Q.   Isn't that information tracked within the    03:20:03
4    lease database?                                       03:20:05
5        A.   Yes, theoretically, but not necessarily.    03:20:11
6        Q.   When wouldn't it be?                         03:20:12
7        A.   We've had multiple databases over all the   03:20:15
8    years we've been in business, so it would be housed   03:20:24
9    in multiple, multiple databases.                      03:20:25
10       Q.   Over the last, say, five years, would it     03:20:25
11   be difficult to calculate the total amount spent on   03:20:26
12   Loss Damage Waivers?                                  03:20:28
13           MR. SILBERFEIN:  Okay.                        03:20:29
14           THE WITNESS:  I would have to ask my          03:20:30
15   CIO that question.                                    03:20:31
16   BY MR. ALTMAN:                                        03:20:33
17       Q.   Has anybody ever assessed whether            03:20:40
18   Northern Leasing is losing money off the Loss Damage  03:20:42
19   Waivers plus deductibles?                             03:20:45
20           MR. SILBERFEIN:  Objection.                   03:20:49
21           THE WITNESS:  I don't know that we've         03:20:49
22   ever done a study like that, no.                      03:20:49
23   BY MR. ALTMAN:                                        03:20:50
24       Q.   How did you arrive at 4.95?                  03:20:51
25       A.   Industry standard.                           03:20:52

56 (Pages 221 to 224)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 225

1           J. Cohen
2     Q.   So you could be losing money on that?        03:20:59
3     A.   Possibly.                                      03:21:01
4     Q.   As the CEO of the company, you never          03:21:05
5   looked at whether that 4.95 was too low a figure?    03:21:06
6     A.   It wouldn't be relevant.                       03:21:10
7     Q.   Why wouldn't it be relevant?                   03:21:12
8     A.   Because it's the industry standard.            03:21:13
9     Q.   Well, sometimes you charged 2.50.              03:21:15
10    A.   That was many years ago.  The industry        03:21:18
11  has changed a little bit.                            03:21:22
12    Q.   Well, Melinda Serin was charged 4.95 in       03:21:24
13  2001.                                                03:21:28
14    A.   Correct.                                       03:21:28
15    Q.   This lease talks about 2.50 for 2006.         03:21:29
16    A.   The 2.50 is 2.50 per piece of equipment.      03:21:33
17    Q.   So 4.95 is for the entire lease, no           03:21:38
18  matter what they have, whether they lease four       03:21:41
19  pieces of equipment, there would be four leases?     03:21:43
20    A.   No.  They would be charged $10.00.             03:21:45
21    Q.   On this lease.  On the new lease.              03:21:47
22    A.   I don't know which lease you're talking       03:21:50
23  about.                                                03:21:52
24    Q.   On the 2006 lease, you're saying if they      03:21:52
25  have four pieces of equipment, they'll pay $10.00?   03:21:55

Page 226

1           J. Cohen
2     A.   Again, I have to read the lease, but in       03:21:58
3   general, it's 2.50 per piece of equipment as opposed 03:22:00
4   to 4.95 which is per set.                             03:22:03
5     Q.   What does "per set" mean?                       03:22:05
6     A.   Means that there are -- on one lease, you      03:22:08
7   could have multiple pieces of equipment.  So you     03:22:11
8   could have a terminal, a printer, a pin pad, a check 03:22:13
9   reader.  You could have multiple pieces of           03:22:17
10  equipment.                                            03:22:20
11        So there was a time when we charged per        03:22:20
12  piece.  That's why the number was lower.  We then    03:22:23
13  migrated from that to charge per set, and to charge  03:22:27
14  only one fee per set as opposed to charging per      03:22:29
15  piece of equipment.                                   03:22:29
16        MR. ALTMAN:  Let's take a break.               03:22:43
17        MR. SILBERFEIN:  We broke about 40             03:22:45
18  minutes ago.                                          03:22:45
19        MR. ALTMAN:  Was it that short?               03:22:46
20        MR. STRUTINSKIY:  40 minutes.                  03:22:48
21        MR. SILBERFEIN:  If you need a break,         03:22:50
22  we'll take a break.                                   03:22:51
23        MR. ALTMAN:  I kind of do.                     03:22:53
24        MR. SILBERFEIN:  So let's take a               03:22:53
25  break.                                                03:22:53

Page 227

1           J. Cohen
2         MR. STRUTINSKIY:  The time is now              03:22:54
3   3:23 p.m.  We are off the record.                    03:22:54
4        (Whereupon there was a brief recess.)   03:23:01
5         MR. STRUTINSKIY:  The time is now the now      03:35:56
6   3:36 p.m.  We're back on the record.                 03:35:56
7   BY MR. ALTMAN:                                        03:35:59
8     Q.   Mr. Cohen, I know you've generally            03:36:04
9   described what you do overall, but on a daily basis, 03:36:06
10  can you explain to me what a typical day is for you  03:36:16
11  at Northern Leasing?  You know, who you interact     03:36:19
12  with?  What kind of activities you personally get    03:36:21
13  involved in?  Go ahead.                               03:36:24
14        MR. SILBERFEIN:  Objection.  You can           03:36:27
15  answer.                                               03:36:27
16        THE WITNESS:  Today, most of my                03:36:29
17  activities are spent raising financing.              03:36:30
18  BY MR. ALTMAN:                                        03:36:32
19    Q.   And how long has that been?                    03:36:33
20    A.   Repeat the question.                            03:36:36
21    Q.   How long has that been?                         03:36:37
22    A.   That I've been doing that?                      03:36:38
23    Q.   That you've been mostly raising financing     03:36:39
24  as opposed to other stuff.                            03:36:42
25    A.   A few years now.                                03:36:43

Page 228

1           J. Cohen
2     Q.   Okay.  So before that, what would your       03:36:44
3   typical daily activities entail?                      03:36:46
4     A.   Well, interaction with the president of       03:36:51
5   the company to get reports on just general activity. 03:36:52
6   Development based on the development of new business 03:37:08
7   avenues and business ideas.  Seeking strategic       03:37:13
8   acquisitions.  Things of that nature.                03:37:18
9     Q.   Going back to Ms. Serin's lease --            03:37:21
10        MR. SILBERFEIN:  Do you want him to            03:37:36
11  look at it?  I'm sorry.                               03:37:36
12  BY MR. ALTMAN:                                        03:37:37
13    Q.   I'm just going to have a general             03:37:38
14  proposition.  Her lease doesn't have any place for   03:37:39
15  her to initial on each one of the pages on this      03:37:42
16  lease.                                                03:37:45
17        In the 2001 or so timeframe, was that         03:37:45
18  pretty typical for Northern Leasing, to not have a   03:37:47
19  place to initial?                                     03:37:50
20    A.   I don't recall.                                03:37:51
21    Q.   Okay.  But you would agree that if you       03:37:51
22  put a slot to initial and the merchant initialed     03:37:53
23  each page, that's a much better indicator that they  03:37:58
24  read each page than not having one; correct?         03:38:01
25        MR. SILBERFEIN:  Objection.  You can           03:38:05

Veritext/NJ Reporting Company

800-227-8440                                      973-410-4040

Page 229

```
 1           J. Cohen
 2 answer.                        03:38:05
 3      THE WITNESS:  Not necessarily.      03:38:10
 4 BY MR. ALTMAN:                  03:38:11
 5   Q.  Okay.  What do you mean by that answer?   03:38:13
 6   A.  Not necessarily.           03:38:15
 7   Q.  So you think that not having any   03:38:16
 8 indication that they've read the page is clearer   03:38:18
 9 than if they did sign they read the page?   03:38:22
10   A.  It could be just as good.       03:38:25
11   Q.  How could you tell if somebody -- how   03:38:26
12 could somebody at Northern Leasing tell that   03:38:28
13 somebody had read every page who spoke with a   03:38:31
14 vender?                        03:38:35
15      MR. SILBERFEIN:  Objection.  You can   03:38:36
16 answer.                        03:38:37
17      THE WITNESS:  I don't think -- I   03:38:40
18 don't think either approach necessarily indicates   03:38:42
19 that every page has been read.  It indicates that   03:38:52
20 every page has been signed.         03:38:55
21 BY MR. ALTMAN:                  03:38:56
22   Q.  Okay.  Is that at least a better   03:38:57
23 indicator that the vender -- the merchant had seen   03:38:58
24 the page?                      03:39:01
25      MR. SILBERFEIN:  Objection.       03:39:04
```

Page 230

```
 1           J. Cohen
 2      THE WITNESS:  It's a better indicator   03:39:08
 3 that the merchant had seen the spot that had to be   03:39:09
 4 signed.                        03:39:11
 5 BY MR. ALTMAN:                  03:39:11
 6   Q.  So you think you might just see the   03:39:12
 7 little spot that had to been signed, but not seen   03:39:14
 8 the whole page?                  03:39:17
 9   A.  I would assume that the merchant in all   03:39:18
10 cases would have seen all four pages.  What he   03:39:20
11 signed is an indication of the fact that he saw an   03:39:23
12 element of that page where he had to sign.   03:39:26
13   Q.  So he might have just seen a little thing   03:39:28
14 at the bottom and not the rest of the page?  I'm not   03:39:30
15 sure I understand what you're saying.   03:39:32
16   A.  It's possible.              03:39:33
17   Q.  Do you think that's likely?       03:39:34
18   A.  I don't think it's likely they saw four   03:39:37
19 pages in either case.            03:39:40
20   Q.  But you have no way of knowing that; do   03:39:43
21 you?                          03:39:45
22   A.  Well, the lease is bound, and that would   03:39:45
23 suggest that you've seen all four pages.   03:39:47
24   Q.  Well, somebody people get the leases   03:39:49
25 emailed to them; don't they?       03:39:59
```

Page 231

```
 1           J. Cohen
 2   A.  The minority.               03:39:59
 3   Q.  So the lease is not always bound; right?   03:40:00
 4   A.  Not always, no.             03:40:00
 5   Q.  And even if the lease is bound, it's not   03:40:01
 6 really bound.  It's just --         03:40:02
 7      MR. SILBERFEIN:  Let him finish.   03:40:04
 8 BY MR. ALTMAN:                  03:40:05
 9   Q.  It's an 11 x 17 folded in half; correct?   03:40:06
10   A.  Correct.  It's actually better than   03:40:10
11 bound.  It's one page all the time.   03:40:12
12   Q.  Folded in half; right?  If somebody were   03:40:14
13 to have that in a clipboard, let's say, they may not   03:40:17
14 know that there were other pages; correct?   03:40:19
15   A.  I can't speak to that.         03:40:21
16   Q.  Well, isn't that important?  I mean,   03:40:22
17 doesn't anybody at Northern Leasing look at ways in   03:40:23
18 which merchants might not be made clear of the terms   03:40:29
19 of its leases to make sure that that doesn't happen?   03:40:33
20   A.  Again, we don't interact with the   03:40:35
21 merchants, so our obligation is to make sure that   03:40:38
22 the document supports -- all the terms and   03:40:40
23 conditions are supported in the document.  And we do   03:40:42
24 that by assuring that in the vast majority of the   03:40:47
25 cases, there is a one-page document.  Therefore,   03:40:53
```

Page 232

```
 1           J. Cohen
 2 it's highly unlikely that -- or not even -- not   03:40:55
 3 likely at all that someone would not understand that   03:41:00
 4 there were -- all the terms and conditions in the   03:41:04
 5 agreement.                      03:41:07
 6   Q.  But it's not a one-page document ever.   03:41:07
 7   A.  It's almost always a one-page document.   03:41:11
 8   Q.  It's one piece of paper folded over,   03:41:13
 9 correct, with four sides; correct?   03:41:16
10   A.  It's one physical page.         03:41:17
11   Q.  Let's do an experiment, here.  Bear with   03:41:19
12 me a second, would you please.  I only have one copy   03:41:35
13 of it.  I'm sorry.               03:41:20
14      MR. SILBERFEIN:  You don't have a   03:42:21
15 copy for me?                    03:42:22
16      (Exhibit-204 was marked.)        03:42:22
17 BY MR. ALTMAN:                  03:42:23
18   Q.  Mr. Cohen, I have made an exhibit called   03:42:24
19 Exhibit-204.  What this is, is this is an 8 1/2 x 11   03:42:27
20 piece of paper folded in half.  Now I want to make   03:42:32
21 sure we're talking the same language.   03:42:35
22      Your document is actually an 11 x 17   03:42:38
23 piece of paper folded in half.     03:42:41
24   A.  Correct.                   03:42:43
25   Q.  But aside from the size, it's effectively   03:42:43
```

Veritext/NJ Reporting Company

800-227-8440                    973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 233

```
1              J. Cohen
2  a piece of paper like this, folded like this;      03:42:46
3  correct? Would you agree?                           03:42:48
4     A.  Correct.                                     03:42:50
5     Q.  Now I'm going to hand you Exhibit-204.       03:42:50
6          Is it possible that you might only see      03:42:54
7  that front page and not know that there are three   03:42:58
8  other pages?                                        03:43:00
9     A.  Possible, but highly improbable.             03:43:04
10    Q.  How would you know that if you weren't       03:43:08
11 there?                                              03:43:10
12    A.  Because the document physically is one       03:43:10
13 page, so anybody who picked up this piece of paper  03:43:12
14 would see it as one page.                           03:43:15
15    Q.  What about if it was in a clipboard?         03:43:19
16    A.  The likelihood of it being in a clipboard    03:43:22
17 is very low.                                         03:43:24
18    Q.  How do you know?                             03:43:25
19    A.  Because these are all independent sales      03:43:26
20 guys. There's no uniformity between any of them     03:43:29
21 and; therefore, the likelihood that they're using   03:43:34
22 the same method of marketing is extremely low.      03:43:36
23    Q.  But given that, it would be clearer if       03:43:39
24 somebody initialed every one of those four sides to 03:43:45
25 represent that they had actually seen that side,    03:43:47
```

Page 234

```
1              J. Cohen
2  correct --                                          03:43:49
3          MR. SILBERFEIN:  Objection.                 03:43:50
4  BY MR. ALTMAN:                                       03:43:50
5     Q.  -- than not initialing them?                 03:43:50
6          MR. SILBERFEIN:  Sorry; I thought you       03:43:52
7  were done. I object. You can answer.                03:43:52
8          THE WITNESS:  Again, the term               03:43:59
9  "clearer" is an opinion. This, as far as I'm        03:44:00
10 concerned, one page is clear enough for anyone to   03:44:05
11 see that this is clearly a one-page document.       03:44:08
12 BY MR. ALTMAN:                                       03:44:10
13    Q.  But it's not one page. It's four sides       03:44:10
14 of a piece of paper that if somebody only saw the   03:44:13
15 folded piece of paper, they might not realize that; 03:44:14
16 correct?                                            03:44:19
17         MR. SILBERFEIN:  Objection. You can         03:44:19
18 answer.                                             03:44:19
19         THE WITNESS:  Again, I don't believe        03:44:20
20 that anybody could hold this piece of paper in their 03:44:21
21 hand and not see it as being one piece of paper.    03:44:23
22 BY MR. ALTMAN:                                       03:44:29
23    Q.  That's if they held it in their hand,        03:44:30
24 which you don't know if they actually did; correct? 03:44:32
25    A.  No. That's true if they held it in their    03:44:33
```

Page 235

```
1              J. Cohen
2  hand. I think that's true if they saw it. It is     03:44:36
3  virtually impossible to be looking at this piece of 03:44:38
4  paper and not see -- have two eyes and not see that 03:44:41
5  this is a -- this is one piece of paper with four   03:44:43
6  sides to it. It's just virtually impossible.        03:44:47
7     Q.  If you hold it; correct?                     03:44:50
8     A.  No. Even if it's on the table.               03:44:51
9     Q.  How come you didn't have somebody sign       03:44:54
10 the fourth page of the Lease Agreement instead of   03:44:56
11 the first?                                           03:44:57
12    A.  It's unnecessary.                            03:44:58
13    Q.  Why is it unnecessary?                       03:44:59
14    A.  Again, it's a legal question. Not a          03:45:00
15 question for me. But the answer is, a lease signed  03:45:02
16 anywhere in the document is a valid signature.      03:45:07
17    Q.  That isn't what I'm referring to. If the     03:45:10
18 whole point is to be sure -- strike that.           03:45:12
19         You're hypothesizing that no merchant       03:45:17
20 could be stupid enough to not realize that this is a 03:45:20
21 multipage document; instead of doing something to   03:45:23
22 make sure they know that it is not a one-page        03:45:27
23 document; correct?                                  03:45:30
24         MR. SILBERFEIN:  Objection.                 03:45:32
25         THE WITNESS:  There is no such              03:45:33
```

Page 236

```
1              J. Cohen
2  concept as making sure.                             03:45:35
3  BY MR. ALTMAN:                                       03:45:36
4     Q.  But you could do things to make it           03:45:37
5  clearer; right?                                     03:45:38
6          MR. SILBERFEIN:  Objection.                 03:45:39
7          THE WITNESS:  Not necessarily.              03:45:40
8  BY MR. ALTMAN:                                       03:45:40
9     Q.  As you sit here today, you're saying it      03:45:41
10 would not be clearer to Northern Leasing when it    03:45:43
11 reviewed a lease to have the merchant initial each  03:45:47
12 one of the pages to represent that they had actually 03:45:50
13 seen the page?                                      03:45:52
14    A.  Again, it might be.                          03:45:53
15    Q.  And it's your position as you sit here       03:45:56
16 today, that it wouldn't be clearer that the         03:45:57
17 merchants had seen all four pages of the document if 03:46:01
18 they had signed the back page of the document?      03:46:04
19    A.  No. No.                                      03:46:08
20    Q.  Why wouldn't that have been clearer?         03:46:09
21    A.  Just as he could have seen the first         03:46:12
22 page, he could have seen the last page. He could    03:46:14
23 have seen one page. It's the same concept.          03:46:16
24    Q.  So wouldn't it be better, then, to have      03:46:17
25 them initial every one of the pages?                03:46:20
```

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 237

```
1              J. Cohen
2      MR. SILBERFEIN:  Objection.      03:46:22
3      THE WITNESS:  Again, it could be.  03:46:23
4  BY MR. ALTMAN:                       03:46:23
5      Q.  In fact, that's what you do with your   03:46:24
6  Vender Agreements; isn't that true?     03:46:26
7      A.  From time to time.           03:46:34
8      Q.  Why do you have them initial each page of  03:46:35
9  the document?                        03:46:35
10     A.  Different attorneys have different   03:46:35
11 constructions.  I can't answer why any individual  03:46:36
12 one does it the way it does.         03:46:37
13     Q.  What would it take to -- if a merchant   03:46:44
14 said they were not in the United States on the day  03:46:47
15 their contract was signed, what would it take to   03:46:50
16 convince you of that as the CEO of Northern Leasing?  03:46:53
17     MR. SILBERFEIN:  Objection.      03:46:57
18     THE WITNESS:  I don't know.  I would   03:47:01
19 have to think of what -- I just don't know off the   03:47:02
20 top of my head.                      03:47:05
21 BY MR. ALTMAN:                       03:47:06
22     Q.  Would a passport and visa showing stamps  03:47:07
23 in and out of the country, such that the period of   03:47:09
24 time when the lease is signed, the person was out of  03:47:14
25 the country; would that be pretty good proof?   03:47:16
```

Page 238

```
1              J. Cohen
2      A.  It would be a piece of evidence.  I don't   03:47:19
3  know if I would accept it as conclusive.   03:47:20
4      Q.  What else would they need?    03:47:23
5      A.  I don't know.  This is not my area of   03:47:24
6  expertise.  I would have to check with those who   03:47:26
7  deal with it on a regular basis.     03:47:28
8      Q.  You're an intelligent businessperson;   03:47:32
9  correct?                             03:47:34
10     MR. SILBERFEIN:  Objection.      03:47:35
11     THE WITNESS:  I'm not sure.      03:47:36
12 BY MR. ALTMAN:                       03:47:36
13     Q.  Would you seriously question a person who  03:47:38
14 came up and showed you a passport and a visa that   03:47:41
15 showed they weren't in the country on a certain   03:47:44
16 date, as to whether they faked that?   03:47:46
17     A.  Repeat the question.          03:47:50
18     Q.  You have a passport; right?   03:47:52
19     A.  Yes.                         03:47:53
20     Q.  The passports have stamps when you go out  03:47:54
21 of the country; right?               03:47:56
22     A.  Yes.                         03:47:57
23     Q.  Passports have stamps when you come in   03:47:58
24 the country?                         03:48:00
25     A.  Yes.                         03:48:00
```

Page 239

```
1              J. Cohen
2      Q.  Do you think, in general, a passport's a   03:48:01
3  pretty reliable document when somebody goes in and   03:48:03
4  out of the country?                  03:48:07
5      A.  Yes.                         03:48:09
6      Q.  Can you think of a circumstance when you   03:48:10
7  wouldn't accept a passport as demonstrating that   03:48:11
8  somebody was out of the country on a certain day?   03:48:14
9      A.  I can't answer that question.  03:48:18
10     Q.  Have you ever granted authority to anyone   03:48:25
11 to sign on your behalf?               03:48:27
12     A.  Sure.                        03:48:29
13     Q.  When you do that, do you expect them --   03:48:30
14 do you normally sign, Jay Cohen?     03:48:34
15     A.  Yes.                         03:48:35
16     Q.  Would you expect them to simply sign, Jay  03:48:36
17 Cohen, without any indication that they were signing  03:48:38
18 on your behalf?                      03:48:39
19     MR. SILBERFEIN:  Objection.  You can   03:48:42
20 answer.                              03:48:42
21     THE WITNESS:  Repeat the question.  03:48:43
22 BY MR. ALTMAN:                       03:48:44
23     Q.  When you give somebody authority to sign   03:48:45
24 on your behalf to sign your name, would you expect   03:48:47
25 them to sign your name without any indication   03:48:49
```

Page 240

```
1              J. Cohen
2  whatsoever that someone was signing for you on your   03:48:53
3  behalf?                              03:48:55
4      MR. SILBERFEIN:  Objection.      03:48:56
5      THE WITNESS:  It might.  I never   03:48:57
6  really thought of it before.  It doesn't happen that  03:48:58
7  often.                               03:49:01
8  BY MR. ALTMAN:                       03:49:02
9      Q.  Do you think it would be appropriate from   03:49:05
10 a business perspective to sign somebody's name   03:49:08
11 without an indication that you're signing off with   03:49:11
12 somebody's authority?                03:49:13
13     A.  I really don't know.  I don't know what   03:49:17
14 the practice is for that kind of thing.  I don't do   03:49:19
15 it enough.                           03:49:21
16     Q.  I'm asking your thoughts on that.  03:49:22
17     MR. SILBERFEIN:  He just answered his   03:49:23
18 thoughts.  He can answer it again.  Objection.   03:49:24
19     THE WITNESS:  I really don't know.  I   03:49:27
20 don't know what the appropriate practice is for that  03:49:28
21 kind of activity.                    03:49:29
22 BY MR. ALTMAN:                       03:49:30
23     Q.  If somebody signed your name on your   03:49:30
24 behalf, would you want them to indicate that they   03:49:32
25 were signing on your behalf and it wasn't actually   03:49:35
```

60 (Pages 237 to 240)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 241

J. Cohen

1  you that signed it?                              03:49:37
2     A.   Not necessarily.                         03:49:39
3     Q.   Okay.  If Northern Leasing had concluded  03:49:40
4  that an individual had not actually signed the   03:50:03
5  lease, would it be appropriate for Northern Leasing  03:50:07
6  to represent in a legal complaint that that       03:50:13
7  individual had actually signed the lease?         03:50:17
8        MR. SILBERFEIN:  Objection.                03:50:21
9        THE WITNESS:  I don't even understand       03:50:22
10  the question.                                    03:50:23
11  BY MR. ALTMAN:                                   03:50:23
12     Q.   Let's say Northern -- there was a claim   03:50:26
13  of forgery, and Northern Leasing, on investigation,  03:50:28
14  concludes that the lease was not actually signed by  03:50:33
15  the person.                                      03:50:37
16        Would it then be appropriate in a legal    03:50:39
17  complaint associated with that lease for Northern  03:50:41
18  Leasing to say that person had signed the document?  03:50:45
19        MR. SILBERFEIN:  Objection.                03:50:49
20        THE WITNESS:  I would have to see the      03:50:50
21  facts and circumstances surrounding their        03:50:51
22  assessment.                                      03:50:54
23  BY MR. ALTMAN:                                   03:50:55
24     Q.   If Northern Leasing makes the            03:50:56

Page 242

J. Cohen

1  conclusion -- I'm telling you to assume that      03:50:57
2  Northern Leasing has concluded it was not signed by  03:50:59
3  the person.                                      03:51:02
4        Would it be appropriate to say in a legal   03:51:03
5  complaint that the contract was signed by the     03:51:04
6  person?                                          03:51:06
7        MR. SILBERFEIN:  Objection.                03:51:08
8        THE WITNESS:  Possibly.                     03:51:10
9  BY MR. ALTMAN:                                   03:51:10
10     Q.   When would it be appropriate to do that?  03:51:11
11     A.   There could be many scenarios.           03:51:15
12     Q.   To say that the person signed the        03:51:17
13  contract when Northern Leasing knows they didn't?  03:51:18
14     A.   Yes.                                     03:51:22
15     Q.   Could you explain to me a scenario when   03:51:23
16  that would be correct?                           03:51:25
17     A.   A scenario where -- one possible scenario  03:51:26
18  would be where the signor authorized somebody else  03:51:30
19  to sign his signature.                           03:51:32
20     Q.   I didn't ask you whether or not it was   03:51:33
21  appropriate to bring a lawsuit.  I asked you whether  03:51:35
22  or not it was appropriate for them to say that the  03:51:37
23  person signed it when they knew it had not.      03:51:39
24     A.   It would be inappropriate for Northern   03:51:43

Page 243

J. Cohen

1  Leasing to say anything that they knew to be untrue.  03:51:44
2     Q.   Would it be appropriate for Northern      03:51:54
3  Leasing to say something is being true when it    03:51:55
4  didn't really know if it was true or not?         03:51:59
5        MR. SILBERFEIN:  Objection.  You can       03:52:02
6  answer.                                          03:52:02
7        THE WITNESS:  Yeah.                         03:52:04
8  BY MR. ALTMAN:                                   03:52:04
9     Q.   Would it be appropriate for Northern      03:52:06
10  Leasing to say something was true when they had   03:52:07
11  serious questions as to whether it was true, but   03:52:10
12  they weren't 100 percent sure it was false?       03:52:14
13     A.   Depends on the facts and circumstances.  03:52:17
14     Q.   Would you swear -- attest to a document   03:52:19
15  that something was true when you had serious      03:52:23
16  questions as to whether it was true or not, but you  03:52:25
17  weren't 100 percent sure it was false?            03:52:27
18        MR. SILBERFEIN:  Objection.                03:52:30
19        THE WITNESS:  Depends on the facts         03:52:31
20  and circumstances.                               03:52:32
21  BY MR. ALTMAN:                                   03:52:32
22     Q.   Are you aware in this case that Northern  03:52:43
23  Leasing retained a handwriting expert?            03:52:44
24     A.   Yes.                                     03:52:47

Page 244

J. Cohen

1     Q.   Are you aware that the handwriting expert  03:52:48
2  retained by Northern Leasing could not conclude that  03:52:51
3  any of the leases were actually signed by any of the  03:52:59
4  plaintiffs in this case?                          03:53:00
5        MR. SILBERFEIN:  Objection.  You can       03:53:01
6  answer.                                          03:53:01
7        THE WITNESS:  My understanding is           03:53:01
8  that the handwriting expert concluded that he was   03:53:02
9  inconclusive as to whether or not any of these     03:53:02
10  leases were signed by the original vender.        03:53:03
11  BY MR. ALTMAN:                                   03:53:06
12     Q.   Right.  He couldn't say that any of these  03:53:06
13  people --                                        03:53:07
14     A.   One way or the other.                     03:53:08
15     Q.   Right.  In a situation where a            03:53:09
16  handwriting expert is unsure as to whether the lease  03:53:19
17  was signed by other people, do you think it's      03:53:23
18  appropriate to go forward anyway with a lawsuit?   03:53:25
19     A.   Potentially.                             03:53:29
20     Q.   When would it be appropriate?            03:53:30
21     A.   I think -- I can't answer that question   03:53:36
22  directly.                                        03:53:39
23     Q.   Give me your best answer.                03:53:41
24     A.   Depends on the facts and circumstances.  03:53:43

61 (Pages 241 to 244)

fab910a9-4016-4f05-bad9-a82a0b3026f9

```
                                                Page 245
1                J. Cohen
2      Q.  Give me a scenario where it would be    03:53:45
3  appropriate.                          03:53:48
4      A.  A handwriting expert is only one element  03:53:48
5  in a long line of elements that we looked at when we  03:53:50
6  investigate forgery.                   03:53:53
7      Q.  What if the handwriting says no if's,   03:53:55
8  and's or but's, it's a forgery; would it then be  03:53:57
9  appropriate to proceed against the person?    03:54:01
10     A.  Again, I would have to --         03:54:03
11         MR. SILBERFEIN:  Let him finish the  03:54:05
12  question.  Sorry.  Were you done, Mr. Altman?  03:54:06
13  BY MR. ALTMAN:                        03:54:10
14     Q.  Go ahead.                     03:54:11
15     A.  Again, a handwriting expert is one    03:54:11
16  element in a number of elements that we review when  03:54:13
17  investigating whether or not someone signed an  03:54:16
18  individual lease in investigating a claim that he  03:54:20
19  did not.  So I could not respond to you as to  03:54:23
20  whether or not one of those elements became    03:54:25
21  conclusive, whether or not, without seeing all the  03:54:27
22  other elements, whether or not -- what action we  03:54:30
23  would take or what would be appropriate to take or  03:54:32
24  not take.                             03:54:35
25
```

```
                                                Page 246
1                J. Cohen
2      Q.  Who sets the Northern Leasing policy with  03:54:39
3  regard to that issue?                  03:54:41
4      A.  It would probably be the collection   03:54:55
5  manager, in conjunction with some of the operations  03:54:57
6  managers.                             03:55:01
7      Q.  So Sara Krieger?                03:55:01
8      A.  Would maybe be involved, possibly.   03:55:03
9      Q.  Mr. Cohen, do you know anything about the  03:56:12
10  rules associated with granting somebody authority to  03:56:23
11  sign on your behalf and enter into a contract on  03:56:26
12  your behalf?                          03:56:29
13     A.  Not really.                    03:56:30
14     Q.  You said earlier that verifications are  03:56:59
15  recorded.                             03:57:01
16     A.  Correct.                       03:57:03
17     Q.  Since when have they been recorded?   03:57:04
18     A.  I don't know the time.            03:57:07
19     Q.  Can you tell me approximately?       03:57:08
20     A.  It's been a number of years, but I    03:57:09
21  couldn't tell you the date.             03:57:10
22     Q.  Does Northern Leasing make the individual  03:57:13
23  on the other end aware that the call is being  03:57:17
24  recorded?                             03:57:19
25     A.  Sure.                          03:57:20
```

```
                                                Page 247
1                J. Cohen
2      Q.  How long are those recordings saved for?  03:57:22
3      A.  I don't know.                   03:57:26
4      Q.  Do you know if there are recordings of  03:57:27
5  any of the plaintiffs in this case?      03:57:29
6      A.  I don't specifically know, no.       03:57:32
7      Q.  Okay.                          03:57:35
8         MR. ALTMAN:  Would you please hand    03:57:38
9  him Exhibit-121.                      03:57:41
10         MR. SILBERFEIN:  121?             03:57:44
11         MR. ALTMAN:  121.                03:57:45
12  BY MR. ALTMAN:                        03:57:55
13     Q.  Mr. Cohen, have you ever seen Exhibit-121  03:57:56
14  before?                               03:57:59
15     A.  No.                           03:57:59
16     Q.  Mr. Cohen, you're aware that Northern  03:58:12
17  Leasing has conceded that Mr. Russ did not actually  03:58:16
18  sign the leases in question in this case; correct?  03:58:23
19     A.  No.                           03:58:27
20         MR. SILBERFEIN:  Objection.         03:58:27
21         MR. ALTMAN:  Would you please hand    03:58:32
22  him Exhibit-102.  You'll have to bear with me one  03:58:34
23  second.  Let's go off the record.  Well, you might  03:59:04
24  want to stay on the record.  Can I borrow your 102?  03:59:37
25         MR. SILBERFEIN:  It will cost you.    04:00:13
```

```
                                                Page 248
1                J. Cohen
2         MR. ALTMAN:  I'm sure.  Thank you.    04:00:14
3  BY MR. ALTMAN:                        04:00:23
4      Q.  Would you please go to the next to the  04:00:35
5  last page of Exhibit-102, where it says 14th  04:00:37
6  Affirmative Defense.  Do you see No. 20?   04:00:47
7      A.  Yes.                           04:00:51
8      Q.  It says, "Upon information and belief,  04:00:52
9  the lease document allegedly signed by Judson Russ  04:00:55
10  was signed by Mr. Russ' co-worker, Daniel P.  04:00:58
11  Magyiari," M-a-g-y-i-a-r-i; do you see that?  04:01:01
12     A.  Yes.                           04:01:08
13     Q.  And then it says, "At the time that it  04:01:09
14  commenced an action against Judson Russ, NLS had no  04:01:11
15  knowledge that the document purportedly signed by  04:01:17
16  Judson Russ was not signed by Judson Russ, and/or  04:01:20
17  not signed by Magyiari with authority."   04:01:25
18         Did I read that correctly?         04:01:29
19     A.  Yes.                           04:01:30
20     Q.  So in answering this complaint, NLS said  04:01:30
21  that -- they don't think the document was signed by  04:01:33
22  Mr. Russ; correct?                    04:01:36
23         MR. SILBERFEIN:  Objection.  You can  04:01:38
24  answer.                               04:01:39
25         THE WITNESS:  That's what I read     04:01:40
```

Page 249

1           J. Cohen
2  here.                              04:01:41
3  BY MR. ALTMAN:                     04:01:41
4     Q.  Let's just say you didn't know at the    04:01:42
5  time that the complaint -- the lawsuit against Mr.    04:01:44
6  Russ was filed, that he hadn't signed it; correct?    04:01:47
7        MR. SILBERFEIN:  Objection.  You can    04:01:50
8  answer.                            04:01:50
9        THE WITNESS:  That's what it says    04:01:51
10 here.                              04:01:52
11 BY MR. ALTMAN:                     04:01:52
12    Q.  If NLS had all the same information in    04:01:54
13 its possession used to make that statement in    04:02:00
14 response to this lawsuit before it filed the lawsuit    04:02:07
15 against Mr. Russ, then clearly it could have come to    04:02:15
16 the same conclusion before filing the lawsuit    04:02:19
17 against Mr. Russ; correct?         04:02:21
18    A.  I can't answer that question.    04:02:23
19    Q.  Do you know what information formed the    04:02:24
20 basis of Northern Leasing stating in its answer that    04:02:25
21 Mr. Russ didn't sign the lease?    04:02:31
22        MR. SILBERFEIN:  Objection.    04:02:33
23        THE WITNESS:  No.          04:02:35
24 BY MR. ALTMAN:                     04:02:35
25    Q.  But it had some information to suggest    04:02:36

Page 250

1           J. Cohen
2  that; correct?                     04:02:37
3     A.  I can only assume so based on what I'm    04:02:39
4  reading here.                      04:02:42
5     Q.  If that information was in its possession    04:02:43
6  before filing the lawsuit against Mr. Russ, it could    04:02:46
7  have come to the same conclusion then; couldn't it?    04:02:49
8     A.  I don't know.                04:02:53
9     Q.  Okay.  Coming back to 121 now, you    04:02:56
10 pretty particular with me earlier about the exact    04:03:04
11 names of companies; correct?       04:03:07
12        MR. SILBERFEIN:  Objection.    04:03:09
13        THE WITNESS:  I don't know what    04:03:10
14 you're referring to.               04:03:10
15 BY MR. ALTMAN:                     04:03:11
16    Q.  Well, for example -- give me a second    04:03:12
17 here -- when I go on to the New York State    04:03:12
18 Department of State Division of Corporation's    04:03:29
19 website and I put in Northern Leasing, I see    04:03:32
20 Northern Leasing Systems, Inc., which is what we've    04:03:36
21 been talking about today.  I also see Northern    04:03:39
22 Leasing Group, Inc.                04:03:49
23        That's a different company; right?    04:03:50
24    A.  Correct.                     04:03:50
25    Q.  I also see Northern Leasing Group II,    04:03:50

Page 251

1           J. Cohen
2  Inc.; correct?                     04:03:51
3     A.  Correct.                     04:03:52
4     Q.  That's a different company; right?    04:03:52
5     A.  Correct.                     04:03:53
6     Q.  So the name of the company matters;    04:03:53
7  doesn't it?                        04:03:55
8     A.  I don't understand the question.    04:03:57
9     Q.  So if I was -- if Northern Leasing Group    04:03:59
10 III had said they were going to pay a debt and    04:04:02
11 entered into a contract that they were going to do    04:04:10
12 something, it would be wrong to say that Northern    04:04:11
13 Leasing Group V Company is responsible for that    04:04:13
14 debt; correct?                     04:04:17
15        MR. SILBERFEIN:  Objection.    04:04:18
16        THE WITNESS:  I don't even understand    04:04:21
17 what you're asking.                04:04:22
18 BY MR. ALTMAN:                     04:04:23
19    Q.  If Northern Leasing Group III, Inc.    04:04:23
20 entered into an agreement with somebody, some    04:04:26
21 company, in general, is the name of the company pretty    04:04:29
22 Northern Leasing Group V to enforce that obligation;    04:04:33
23 correct?                           04:04:37
24        MR. SILBERFEIN:  Objection.  You can    04:04:38
25 answer.                            04:04:38

Page 252

1           J. Cohen
2        THE WITNESS:  I don't know.  It    04:04:39
3  depends on the facts and circumstances.    04:04:40
4  BY MR. ALTMAN:                     04:04:42
5     Q.  But it's a different company; correct?    04:04:43
6     A.  Factually it's a different company;    04:04:45
7  that's correct.                    04:04:47
8     Q.  Okay.  So taking a look at -- so what I    04:04:49
9  was asking is the name of the company's pretty    04:04:51
10 important when it comes to obligations; isn't it?    04:04:54
11        MR. SILBERFEIN:  Objection.  You can    04:04:57
12 answer.                            04:04:57
13        THE WITNESS:  Again, I don't    04:05:02
14 understand the context of which you're asking the    04:05:03
15 question.                          04:05:06
16 BY MR. ALTMAN:                     04:05:06
17    Q.  Do you consider Northern Leasing Group a    04:05:21
18 defendant in this lawsuit?         04:05:23
19    A.  I'm not sure I recall what Northern    04:05:26
20 Leasing Group specifically -- if it's a defendant in    04:05:27
21 this lawsuit and whether it's --  04:05:31
22    Q.  Are they defendants in this lawsuit?    04:05:32
23    A.  I don't think so.            04:05:33
24    Q.  There's some relationship between    04:05:35
25 Northern Leasing, Inc. and Northern Leasing Group,    04:05:36

Veritext/NJ Reporting Company

800-227-8440                          973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 253

1          J. Cohen
2   at least they conduct some business together or        04:05:38
3   they've engaged in transactions together; right?       04:05:41
4          MR. SILBERFEIN:  Objection.        04:05:44
5          THE WITNESS:  I believe so, but I     04:05:46
6   don't recall.                    04:05:46
7   BY MR. ALTMAN:                  04:05:46
8     Q.   But Northern Leasing Group, Inc. is not a   04:05:47
9   defendant in this case; right?              04:05:49
10    A.   I don't believe so.  I really don't know   04:05:51
11  definitively.                    04:05:51
12    Q.   And Northern Leasing Group III, Inc. is    04:05:51
13  not a defendant in this case; right?           04:05:55
14    A.   Again, I don't know.  I don't know      04:05:57
15  definitively.                    04:05:58
16    Q.   And Northern Leasing Group V, are they a   04:06:02
17  defendant in this case?                04:06:07
18    A.   I don't know definitively.            04:06:08
19    Q.   Based upon your understanding of the     04:06:10
20  lawsuit and the Complaint which you've seen, are   04:06:11
21  they defendants in this lawsuit?            04:06:13
22    A.   It doesn't look like it.            04:06:14
23    Q.   Okay.  So what I was getting at, just    04:06:16
24  because Northern Leasing Systems, Inc. is a      04:06:18
25  defendant in this lawsuit, does not make Northern  04:06:21

Page 254

1          J. Cohen
2   Leasing Group, Inc. a defendant; Northern Leasing  04:06:23
3   Group III a defendant; Northern Leasing Group V a   04:06:26
4   defendant, just because they share a relationship or  04:06:31
5   they share the same name; correct?           04:06:34
6     A.   It could make them a defendant.  It      04:06:36
7   doesn't necessarily mean they're a defendant.  They  04:06:38
8   don't necessarily have to be a defendant.       04:06:41
9     Q.   First of all, do you see anything on     04:06:49
10  Exhibit-121 to suggest if this document was actually  04:06:50
11  signed by Judson Russ, which is in question, that   04:06:55
12  Mr. Russ was granting this individual authority to  04:06:58
13  bind him personally to any agreements?        04:07:04
14    A.   Again, repeat the question, please.      04:07:10
15    Q.   Do you see anything in -- strike that.    04:07:11
16          Exhibit-121 is a document that purports   04:07:16
17  to give a certain individual authority to engage in  04:07:20
18  certain transactions by Judson Russ; correct?    04:07:22
19          MR. SILBERFEIN:  Objection.  You can    04:07:28
20  answer.                       04:07:28
21          THE WITNESS:  What was your question?   04:07:42
22  BY MR. ALTMAN:                  04:07:43
23    Q.   This is a document that purports to give   04:07:44
24  a certain individual, Daniel Magyiari, authority to  04:07:45
25  enter into transactions by Judson Russ; correct?   04:07:50

Page 255

1          J. Cohen
2     A.   I don't see that here.           04:08:05
3     Q.   So what -- what's your interpretation of  04:08:06
4   this document?                  04:08:08
5          MR. SILBERFEIN:  Objection.  You can    04:08:09
6   answer.                       04:08:09
7          THE WITNESS:  There's a word here --   04:08:10
8   there's a word here that's blotted out, but I assume  04:08:12
9   it means to accept service for.            04:08:16
10  BY MR. ALTMAN:                  04:08:18
11    Q.   Where do you see that?             04:08:18
12    A.   It says here that, "This letter is to     04:08:19
13  certify that Daniel P. Magyiari is authorized to     04:08:22
14  make any and all" -- I cannot make out the next word  04:08:25
15  -- "of service."                  04:08:29
16    Q.   That word is "confirmation."           04:08:30
17    A.   "Confirmations of service for" -- I can't  04:08:32
18  make out the next word either.             04:08:34
19    Q.   "Scan check"?                  04:08:36
20    A.   "For the signed agreement that I've     04:08:38
21  submitted for services."                04:08:39
22          So what this tells me is, is that he's   04:08:40
23  authorized to make confirmations of service,      04:08:43
24  whatever confirmations of service is.         04:08:45
25    Q.   Do you think that this document is       04:08:48

Page 256

1          J. Cohen
2   adequate to bind Judson Russ to personal guarantees  04:08:49
3   on leases?                     04:08:55
4     A.   I can't respond to that.           04:08:56
5     Q.   Well, your company enforced a personal   04:08:58
6   guarantee against Judson Russ based upon this      04:09:02
7   document.                     04:09:05
8          So as the CEO of Northern Leasing, is it  04:09:05
9   your position that this document gave this        04:09:09
10  individual authority to bind Mr. Russ personally as  04:09:12
11  a personal guarantor?                04:09:16
12          MR. SILBERFEIN:  Objection.          04:09:18
13          THE WITNESS:  I have no position.      04:09:19
14  It's a legal question.               04:09:19
15  BY MR. ALTMAN:                  04:09:21
16    Q.   Would it be correct for Northern Leasing,  04:09:27
17  in light of this document, for Northern Leasing to   04:09:30
18  have said that Mr. Russ actually signed the leases?  04:09:32
19          MR. SILBERFEIN:  Objection.          04:09:37
20          THE WITNESS:  I have no position.  I    04:09:42
21  would have to see the facts and circumstances      04:09:43
22  surrounding it.  I don't have enough information to  04:09:46
23  respond to that.                  04:09:47
24  BY MR. ALTMAN:                  04:09:49
25    Q.   Did you do anything to review anything    04:09:50

Veritext/NJ Reporting Company
800-227-8440                                    973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 257

1        J. Cohen
2   about any of the individual plaintiffs in this case?   04:09:51
3        MR. SILBERFEIN: Objection.        04:09:52
4        THE WITNESS: Just cursory.        04:09:53
5   BY MR. ALTMAN:                         04:09:54
6        Q.   Are you aware that Mr. Russ claimed he   04:09:56
7   was not in the country on the day the leases were   04:09:58
8   signed?                                04:10:01
9        A.   I believe I may have known that, yes.   04:10:03
10       Q.   Okay.  And he has a passport and a visa   04:10:05
11  that shows he was not in the country on those days?   04:10:09
12       MR. SILBERFEIN: Is that a question?   04:10:12
13  BY MR. ALTMAN:                         04:10:13
14       Q.   You're aware of that; correct?   04:10:13
15       MR. SILBERFEIN: Objection.        04:10:15
16       THE WITNESS: I now am.            04:10:16
17  BY MR. ALTMAN:                         04:10:16
18       Q.   When you say "now," because I told you,   04:10:17
19  or you knew about it before this deposition?   04:10:18
20       A.   Because you told me.         04:10:22
21       Q.   Okay.  Do you see anything in this   04:10:23
22  document, Exhibit-121, that says Mr. Magyiari can   04:10:34
23  bind Mr. Russ to personally guarantee anything?   04:10:35
24       MR. SILBERFEIN: Objection.  You can   04:10:38
25  answer.                                04:10:38

Page 258

1        J. Cohen
2        THE WITNESS: I don't know what the   04:10:50
3   term, "confirmations of service" means, so I can't   04:10:51
4   respond to that.                       04:10:55
5   BY MR. ALTMAN:                         04:10:55
6        Q.   Now if Rapid Cash Title Loans, Inc. was   04:10:56
7   not the company bound by the lease, this authority   04:11:01
8   would not be bound to any other company; correct?   04:11:14
9        MR. SILBERFEIN: Objection.  You can   04:11:17
10  answer.                                04:11:17
11       THE WITNESS: Restate the question.   04:11:25
12  BY MR. ALTMAN:                         04:11:26
13       Q.   This purported authority refers to Rapid   04:11:29
14  Cash Title Loans, Inc.; correct?       04:11:33
15       A.   Correct.                    04:11:37
16       Q.   Is there anything in this document that   04:11:39
17  would give you any belief that this would apply to   04:11:41
18  any company other than Rapid Cash Title Loans, Inc.?   04:11:44
19       MR. SILBERFEIN: Objection.        04:11:49
20       THE WITNESS: There's nothing in this   04:11:55
21  document that would suggest that it applies to Rapid   04:11:56
22  Cash Title Loans, Inc. either.  Doesn't say it.   04:12:00
23  BY MR. ALTMAN:                         04:12:05
24       Q.   But it does say, "Re: Rapid Cash Title   04:12:06
25  Loans, Inc." at the top.               04:12:08

Page 259

1        J. Cohen
2        A.   It does, but not in the body of the   04:12:13
3   document.  I don't know -- I can't tell you what   04:12:16
4   he's referring to.                     04:12:20
5        Q.   As the CEO of a company, do you believe   04:12:24
6   this document authorized Magyiari to bind a company   04:12:28
7   called Rapid Cash to anything?         04:12:39
8        A.   As the CEO of the company, I can't   04:12:43
9   respond to that.  That's a legal question.   04:12:45
10       MR. ALTMAN: Would you please hand   04:13:40
11  him Exhibit-180.                       04:13:41
12       MR. SILBERFEIN: 180?             04:13:43
13       MR. ALTMAN: 180.                 04:13:45
14  BY MR. ALTMAN:                         04:13:47
15       Q.   Mr. Cohen, I've handed you what's been   04:13:54
16  previously marked as Exhibit-180.      04:13:57
17       MR. SILBERFEIN: No, you didn't.   04:14:02
18  BY MR. ALTMAN:                         04:14:02
19       Q.   You have been handed, credit to my   04:14:04
20  colleague, an exhibit marked as 180 previously,   04:14:06
21  which is an email from Lena Kravic -- do you need a   04:14:09
22  break?  Do you need a break to deal with that?   04:14:13
23       A.   No, that's okay.  Lena Kravic to?   04:14:16
24       Q.   To wchan -- I'm not sure who that is --   04:14:19
25  @ebglaw.  I guess that's Epstein Becker; agreed?   04:14:22

Page 260

1        J. Cohen
2        A.   Sounds like it.              04:14:27
3        Q.   And this is a Vender Agreement dated   04:14:30
4   March 8th, 2006; correct?              04:14:37
5        A.   Looks like it.               04:14:43
6        Q.   First thing I want to ask you is on the   04:14:45
7   Pages 1 through 9, there's a spot for that person to   04:14:48
8   initial; correct?                      04:14:56
9        A.   Correct.                    04:14:58
10       Q.   That person did, in fact, initial;   04:14:59
11  correct?                               04:15:01
12       A.   That's correct.              04:15:01
13       Q.   Now how much money a merchant gets paid   04:15:04
14  for a given deal has nothing to do with the retail   04:15:10
15  or wholesale price of the equipment, at least   04:15:18
16  anybody that's on a tier plan; correct?   04:15:25
17       A.   Incorrect.                   04:15:27
18       Q.   Well, it's only based upon the person's   04:15:27
19  credit and the monthly rate they choose to charge   04:15:30
20  the merchant; correct?                 04:15:33
21       A.   Yes, but it's derived from the   04:15:37
22  marketplace pricing for the equipment.   04:15:39
23       Q.   What do you mean by "marketplace   04:15:42
24  pricing"?                              04:15:44
25       A.   That's the pricing that we can purchase a   04:15:44

Veritext/NJ Reporting Company

800-227-8440                                    973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 261

J. Cohen

1  lease -- a comparable piece of equipment for in the   04:15:47
2  open market.   04:15:52
3
4       Q.   So is it your testimony that what you pay   04:15:52
5  a merchant is what -- is the same as what Northern   04:15:54
6  Leasing can buy that equipment for directly on the   04:15:57
7  open market?   04:16:00
8       MR. SILBERFEIN: Objection.   04:16:01
9  BY MR. ALTMAN:   04:16:02
10      Q.   Not in conjunction -- let me ask it   04:16:02
11 again.   04:16:04
12      Is it your testimony that what you pay a   04:16:05
13 vender for a piece of equipment is the same as what   04:16:07
14 Northern Leasing could buy that piece of equipment   04:16:11
15 for in the open market, outside the context of a   04:16:15
16 particular lease?   04:16:17
17      MR. SILBERFEIN: Objection.   04:16:19
18      THE WITNESS: Under the same facts   04:16:20
19 and circumstances, yes.   04:16:21
20 BY MR. ALTMAN:   04:16:22
21      Q.   I'm not asking under the same facts and   04:16:23
22 circumstances.   04:16:24
23      If Northern Leasing went to a wholesale   04:16:25
24 or some source for the piece of equipment and bought   04:16:28
25 it, it would be less than what you pay the merchant?   04:16:30

Page 262

J. Cohen

1
2       MR. SILBERFEIN: Objection.   04:16:33
3       THE WITNESS: If it would be a   04:16:34
4  wholesale, the answer would be yes.   04:16:35
5  BY MR. ALTMAN:   04:16:37
6       Q.   If it was a retailer, it would be less;   04:16:37
7  wouldn't it?   04:16:38
8       A.   Incorrect. It would not.   04:16:40
9       Q.   But the actual value of the equipment is   04:16:41
10 not a factor when determining how much you pay the   04:16:42
11 vender; correct?   04:16:48
12      A.   That's incorrect.   04:16:48
13      Q.   Well, if the vender says -- takes a Nurit   04:16:49
14 2085, which retails for maybe $200.00 and says it's   04:16:52
15 $50.00 a month, you're going to pay that month   04:16:57
16 $50.00 a month divided by the rate factor if it's a   04:17:01
17 tiered vender; correct?   04:17:04
18      MR. SILBERFEIN: Objection.   04:17:07
19      THE WITNESS: I don't understand the   04:17:08
20 premise of your question.   04:17:08
21 BY MR. ALTMAN:   04:17:09
22      Q.   Okay. What's the premise that you don't   04:17:09
23 understand?   04:17:10
24      A.   That it retails for $200.00.   04:17:11
25      Q.   Okay, fine. Leave that out of it.   04:17:12

Page 263

J. Cohen

1
2       There are more expensive credit card   04:17:14
3  processing equipment than a Nurit 2085; right?   04:17:16
4       A.   There might be. I don't recall.   04:17:20
5       Q.   Is a Nurit 8000 a higher-end credit card   04:17:32
6  processing device than a Nurit 2085?   04:17:36
7       A.   I believe it is.   04:17:41
8       Q.   So let's say a vender who wants to charge   04:17:43
9  $50.00 for a Nurit 2085, he's going to get paid   04:17:46
10 $50.00 divided by the appropriate rate factor for   04:17:51
11 the personal guarantor's claim; right?   04:17:52
12      MR. SILBERFEIN: Objection. You can   04:17:55
13 answer.   04:17:55
14      THE WITNESS: He's going to get paid   04:17:57
15 whatever the contractual arrangement we made with   04:17:58
16 them is.   04:18:00
17 BY MR. ALTMAN:   04:18:01
18      Q.   A vender, just like the agreement that   04:18:01
19 we're looking at on the tiered plan, he's going to   04:18:06
20 get paid for a 48-month lease, $50.00 divided by   04:18:08
21 whatever the person's appropriate credit factor is;   04:18:10
22 correct?   04:18:12
23      A.   That's correct.   04:18:13
24      Q.   And that doesn't matter whether it's a   04:18:13
25 Nurit 2085; right?   04:18:15

Page 264

J. Cohen

1
2       A.   No. It might.   04:18:19
3       Q.   How would that affect what the vender   04:18:20
4  got?   04:18:23
5       A.   There's a corollary parameter associated   04:18:25
6  with the type of equipment.   04:18:30
7       Q.   Which is?   04:18:31
8       A.   Which is a parameter associated with what   04:18:32
9  we'll pay for any individual piece of equipment   04:18:35
10 depending on what we perceive -- what we know to be   04:18:38
11 its value in the open market.   04:18:42
12      Q.   Would Northern Leasing write leases that   04:18:49
13 exceed that rate?   04:18:50
14      A.   On occasion.   04:18:50
15      Q.   Why would you do that?   04:18:53
16      MR. SILBERFEIN: Objection. You can   04:18:55
17 answer.   04:18:56
18      THE WITNESS: It would depend on the   04:19:01
19 facts and circumstances associated with how the   04:19:02
20 vender is marketing the equipment.   04:19:04
21 BY MR. ALTMAN:   04:19:07
22      Q.   If I told you that in the same two-week   04:19:09
23 span for a Nurit 2085 of the Pin Pad 1000, and the   04:19:11
24 Nurit 2085 is a maximum of 60, and I think the pin   04:19:21
25 pad has a value of a maximum of 20, but you could   04:19:24

66 (Pages 261 to 264)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 265

J. Cohen

1  check, and it's right there in this document, that's    04:19:24
2  $80.00, that Northern Leasing approved leases    04:19:28
3  ranging from 29.95 per month to 169.95 per month.    04:19:30
4  Why would Northern Leasing authorize a    04:19:35
5  lease at two times the maximum amount that you say    04:19:38
6  you will do?    04:19:45
7  MR. SILBERFEIN: Objection.    04:19:45
8  THE WITNESS: Again, depends -- I    04:19:46
9  don't know the specific circumstances that you    04:19:47
10  referred to. It depends on the facts and    04:19:51
11  circumstances surrounding the vender and how he    04:19:53
12  markets the need to the merchant.    04:19:53
13  BY MR. ALTMAN:    04:19:54
14  Q. So in other words, Northern Leasing --    04:19:56
15  Northern Leasing can violate its agreement whenever    04:20:00
16  it wants; right?    04:20:03
17  MR. SILBERFEIN: Objection.    04:20:04
18  THE WITNESS: Northern Leasing is the    04:20:05
19  author of the agreement, so it can modify its    04:20:06
20  agreements whenever it wants, sure.    04:20:09
21  BY MR. ALTMAN:    04:20:11
22  Q. Wouldn't that be taking advantage of the    04:20:12
23  merchant?    04:20:14
24  A. Of course not.    04:20:14

Page 266

J. Cohen

1  Q. It wouldn't be taking advantage of the    04:20:15
2  merchant if it charged 200 percent of the maximum    04:20:16
3  amount that Northern Leasing says it should be    04:20:19
4  charged for a piece of equipment?    04:20:21
5  A. Absolutely not. Northern Leasing's    04:20:24
6  maximum amounts are internally generated, having    04:20:25
7  nothing to do with the merchant. The merchant is    04:20:25
8  not involved in that.    04:20:27
9  Q. Does Northern Leasing ever go in, in a    04:20:29
10  delinquency -- strike that.    04:20:31
11  Northern Leasing actually owns the    04:20:33
12  equipment during the term of the lease; correct?    04:20:33
13  A. Correct.    04:20:35
14  Q. Northern Leasing has the right to go in    04:20:36
15  and pick up its own equipment if it's not being paid    04:20:37
16  for it; right?    04:20:40
17  A. Correct.    04:20:41
18  Q. Does Northern Leasing ever do that?    04:20:41
19  A. Sure.    04:20:44
20  Q. It does? When?    04:20:44
21  A. In many different scenarios.    04:20:48
22  Q. Would it surprise you if Mr. Buono    04:20:51
23  testified that it doesn't happen?    04:20:55
24  A. It would surprise me, because we're    04:20:57

Page 267

J. Cohen

1  probably playing a game of semantics. The question    04:20:59
2  I was answering was whether we retrieve equipment    04:21:02
3  from the merchant location, and we do so regularly.    04:21:05
4  Mr. Buono would concur.    04:21:08
5  Q. Okay. When a merchant doesn't pay, does    04:21:09
6  Northern Leasing go out and repossess the equipment?    04:21:13
7  A. Physically?    04:21:15
8  Q. Yes.    04:21:16
9  A. No.    04:21:16
10  Q. But you have the right to, according to    04:21:19
11  the agreement; correct?    04:21:20
12  A. Sure.    04:21:21
13  Q. Why don't you do that?    04:21:22
14  A. Because the used price of the equipment    04:21:23
15  after the lease is placed, compared to what it would    04:21:27
16  cost to go out and retrieve it -- even the new price    04:21:32
17  of the equipment, would not justify the cost of    04:21:36
18  going to retrieve it.    04:21:40
19  Q. So the new price of the equipment,    04:21:42
20  there's a small percentage of the total amount of    04:21:46
21  money a merchant would pay for that piece of    04:21:50
22  equipment over the term of the lease; correct?    04:21:52
23  A. No, not at all.    04:21:54
24  Q. Well, what percentage of it is it?    04:21:55

Page 268

J. Cohen

1  A. 70 percent.    04:21:58
2  MR. SILBERFEIN: Objection.    04:21:58
3  BY MR. ALTMAN:    04:21:59
4  Q. So if I understand what you're saying, a    04:22:00
5  merchant who pays $50.00 a month for 48 months, or    04:22:00
6  $2,400.00, that piece of equipment would probably    04:22:05
7  cost that merchant about $1,700.00 or so,    04:22:09
8  thereabouts, if they were to go buy that on the open    04:22:14
9  market?    04:22:17
10  A. 15 to $1,700.00, yes.    04:22:18
11  Q. Would it surprise you to find out that    04:22:20
12  usually it's more like four to $500.00?    04:22:22
13  MR. SILBERFEIN: Objection.    04:22:26
14  THE WITNESS: It would not surprise    04:22:31
15  me, no.    04:22:32
16  BY MR. ALTMAN:    04:22:32
17  Q. So why did you --    04:22:33
18  A. It would not surprise me that it could    04:22:34
19  be -- it could be -- it could be purchased for four    04:22:36
20  to $500.00 potentially.    04:22:42
21  Q. So why did you say they would pay    04:22:46
22  70 percent of that, when it could be purchased for    04:22:48
23  much less than that?    04:22:51
24  MR. SILBERFEIN: Objection.    04:22:52

67 (Pages 265 to 268)

Veritext/NJ Reporting Company

800-227-8440                                      973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 269

J. Cohen

1
2      THE WITNESS:  Because the price      04:22:53
3  that -- it would depend on the facts and      04:22:55
4  circumstances surrounding the purchase of the      04:22:59
5  equipment.  The equipment ranges in pricing from      04:23:01
6  four to $500.00 to two and a half to $3,000.00.      04:23:03
7  BY MR. ALTMAN:      04:23:06
8      Q.   For the same exact piece of equipment?      04:23:07
9      A.   Same exact piece of equipment.      04:23:08
10     Q.   So you're saying a Nurit 2085, the retail      04:23:09
11  price is $2,000.00?      04:23:13
12     A.   I didn't say it is.  I said it could be.      04:23:15
13     Q.   Could be.      04:23:16
14         Do you know what the manufacturer's      04:23:16
15  suggested retail price of that piece of equipment      04:23:17
16  is?      04:23:18
17     A.   No.      04:23:21
18     Q.   It wouldn't be hard for you to figure      04:23:22
19  that out, or get that information if you wanted it;      04:23:23
20  would it?      04:23:24
21         MR. SILBERFEIN:  Objection.      04:23:25
22         THE WITNESS:  It would depend on what      04:23:28
23  retail price meant in that context.      04:23:30
24  BY MR. ALTMAN:      04:23:31
25     Q.   Do you know what "retail price" means in      04:23:32

Page 270

J. Cohen

1
2  common parlance?      04:23:34
3         MR. SILBERFEIN:  Objection.      04:23:36
4         THE WITNESS:  In common parlance,      04:23:39
5  yes, but it doesn't apply in this case.      04:23:39
6  BY MR. ALTMAN:      04:23:41
7      Q.   So you're saying -- I'm trying to      04:23:42
8  understand, 'cause I'm really confused.      04:23:44
9         Are you saying that a merchant could go      04:23:45
10  on the internet, put in Nurit 2085, and not find      04:23:50
11  hundreds of companies offering them for sale at a      04:23:54
12  couple $100.00 for a brand new unit?      04:23:59
13     A.   They might be able to.      04:24:01
14     Q.   Have you ever checked?      04:24:03
15     A.   No.      04:24:04
16     Q.   So given that, do you think it would be      04:24:09
17  appropriate for a merchant to be paying 169.95 a      04:24:11
18  month for that same piece of equipment that they      04:24:15
19  could buy for a few hundred dollars?      04:24:17
20     A.   Sure, because it's not the same piece of      04:24:19
21  equipment.      04:24:21
22     Q.   It's not?      04:24:21
23     A.   No.      04:24:22
24     Q.   What would be the difference?      04:24:22
25     A.   It has to be placed -- the equipment      04:24:23

Page 271

J. Cohen

1
2  we're buying is placed in the merchant's location.      04:24:26
3  The equipment you're talking about is not placed in      04:24:28
4  the merchant's location.      04:24:30
5      Q.   I see.  So you're saying that the      04:24:33
6  difference is because somebody delivers it to you?      04:24:37
7      A.   No.      04:24:38
8      Q.   So what's the difference?      04:24:40
9      A.   The difference is, is that --      04:24:40
10         MR. SILBERFEIN:  Slow down.      04:24:43
11         THE WITNESS:  The difference is, is      04:24:44
12  that equipment in the credit card processing -- the      04:24:46
13  point of sale terminal -- terminals are not sold      04:24:50
14  where consumer electronics are sold.  Your question      04:24:54
15  suggests that it is, and it's not.  It's sold as an      04:24:57
16  element of a banking package.  As an element and;      04:25:01
17  therefore, buying equipment on the internet      04:25:09
18  individually does not provide the same functionality      04:25:10
19  that that same equipment would provide when it was      04:25:12
20  sold in a package of services from a financial      04:25:14
21  institution.      04:25:19
22  BY MR. ALTMAN:      04:25:21
23     Q.   But an ISO is not a financial      04:25:21
24  institution; is it?      04:25:24
25     A.   Processing -- a marketer of processing,      04:25:25

Page 272

J. Cohen

1
2  whatever it might be.      04:25:28
3      Q.   So you're saying I couldn't buy a Nurit      04:25:34
4  2085 and get processing services from somebody?  It      04:25:37
5  wouldn't work?      04:25:42
6         MR. SILBERFEIN:  Objection.  You can      04:25:44
7  answer.      04:25:44
8         THE WITNESS:  Oh, it might work, but      04:25:45
9  you'll end up paying $1,500.00.      04:25:46
10  BY MR. ALTMAN:      04:25:48
11     Q.   What's your basis for saying that?      04:25:49
12     A.   My experience in the industry.      04:25:50
13         MR. SILBERFEIN:  Whenever you're done      04:26:01
14  with this line of questioning, I could use a break.      04:26:02
15         MR. ALTMAN:  We'll stop now.  Take a      04:26:05
16  ten-minute break.      04:26:05
17         MR. STRUTINSKIY:  The time now is      04:26:06
18  4:26 p.m.  We are off the record.      04:26:08
19         (Whereupon there was a brief recess.)      04:26:13
20         MR. STRUTINSKIY:  The time now is      04:39:31
21  4:39 p.m.  We're back on the record.      04:39:32
22  BY MR. ALTMAN:      04:39:35
23     Q.   Do you agree with the following      04:39:38
24  definition:  "Fair market value is the price that      04:39:39
25  property would sell for on the open market.  It is      04:39:45

68 (Pages 269 to 272)

Page 273

```
1            J. Cohen
2  the price that would be agreed between a willing    04:39:49
3  buyer and a willing seller, with neither being      04:39:52
4  required to act, and both having reasonable          04:39:56
5  knowledge of the relevant facts."                    04:39:58
6        Do you agree with that definition?            04:40:01
7        MR. SILBERFEIN:  Objection.                   04:40:03
8        THE WITNESS:  You're going to have to        04:40:04
9  repeat it.                                           04:40:05
10 BY MR. ALTMAN:                                       04:40:05
11     Q.   Sure.  Unfortunately, I don't have it     04:40:05
12 printed out for you or I would.  I'm not trying to   04:40:09
13 keep it from you.  "Fair market value is the price   04:40:11
14 that property would sell for on the open market.  It 04:40:13
15 is the price that would be agreed on between a       04:40:17
16 willing buyer and a willing seller, with neither     04:40:20
17 being required to act, and both having reasonable    04:40:23
18 knowledge of the relevant facts."                    04:40:26
19     A.   Yes.                                        04:40:29
20     Q.   Okay.                                       04:40:30
21     A.   Generically.                                04:40:31
22     Q.   Now it was your testimony that the buyout  04:40:37
23 price, as defined in Northern Leasing's lease        04:40:47
24 contracts, meets that definition of fair market      04:40:54
25 value?                                               04:40:57
```

Page 274

```
1            J. Cohen
2        MR. SILBERFEIN:  Objection.  You can         04:40:58
3  answer.                                              04:40:59
4        THE WITNESS:  No, not necessarily,           04:41:00
5  actually.                                            04:41:02
6  BY MR. ALTMAN:                                       04:41:03
7      Q.   Why do you use the term in the lease,      04:41:04
8  that fair market value, instead of deleting that and 04:41:07
9  simply saying what the buyout is?                    04:41:10
10     A.   Because it's a term commonly used in       04:41:12
11 leases to differentiate it from a dollar buyout      04:41:15
12 lease.                                               04:41:21
13     Q.   That has tax implications; right?          04:41:21
14     A.   It might.  I don't recall.                 04:41:24
15     Q.   A dollar buyout is considered a capital    04:41:24
16 lease; correct?                                      04:41:27
17     A.   I think so, but you're putting it back to  04:41:27
18 my schoolbooks and I don't recall.                   04:41:31
19     Q.   Been there.  Done that.                    04:41:36
20        MR. ALTMAN:  Could you please hand          04:41:43
21 him Exhibit-167.  Before you hand that to him,       04:41:44
22 though --                                            04:41:56
23 BY MR. ALTMAN:                                       04:41:56
24     Q.   What do you figure a Nurit 2080 is worth   04:41:56
25 after it's been placed?                              04:42:01
```

Page 275

```
1            J. Cohen
2      A.   Let's define the question a little bit     04:42:13
3  better.  Explain what you're asking.                 04:42:15
4      Q.   You said to me one of the reasons you      04:42:21
5  don't go out and repossess equipment, it's just not  04:42:22
6  cost effective.                                       04:42:26
7      A.   Correct.                                    04:42:27
8      Q.   So what do you figure a one-year-old       04:42:28
9  Nurit 2085 is worth?                                 04:42:30
10     A.   I don't know that specific model, but I    04:42:34
11 would say it's worth anywhere from two to $400.00.   04:42:35
12     Q.   What about after four years?               04:42:41
13     A.   Let me redefine that, though.  Let me      04:42:44
14 redefine that.  Let me redefine that.  I'm using     04:42:46
15 "worth" in the following context.  It's worth to us  04:42:49
16 to resell it in the wholesale marketplace.  That's   04:42:52
17 how I'm defining "worth" in this context.            04:42:54
18     Q.   So you're saying if you repossessed it,    04:42:58
19 you could sell it for two to $400.00?               04:43:00
20     A.   To a wholesaler only.  The wholesale used  04:43:04
21 price is somewhere in the range from two to probably 04:43:09
22 $500.00.  I don't know that specific model.  I'm     04:43:11
23 just talking about that specific equipment in        04:43:14
24 question.                                            04:43:18
25        It's the price that we, as Northern          04:43:18
```

Page 276

```
1            J. Cohen
2  Leasing, could get for it in the marketplace that we 04:43:19
3  would sell it.  And that marketplace is the          04:43:21
4  wholesale used equipment marketplace.  In that       04:43:23
5  marketplace, it would go for somewhere in the range  04:43:27
6  of two to $500.00.                                   04:43:30
7      Q.   Now after four years, what would that      04:43:32
8  same piece of equipment be worth, given the same     04:43:34
9  provisos?                                            04:43:37
10     A.   With the same facts and circumstances I    04:43:39
11 just described, the answer would be roughly the      04:43:40
12 same.                                                04:43:42
13     Q.   So it wouldn't go down in value?           04:43:43
14     A.   No.  Its value typically just drops as a   04:43:45
15 used car -- as a car does after it's placed.  Post   04:43:47
16 that, it doesn't depreciate typically.               04:43:50
17     Q.   What does Northern Leasing do with         04:43:54
18 equipment that is returned to it at the termination  04:43:56
19 of the lease?                                        04:43:58
20     A.   Typically, we sell it in bulk, very large  04:44:00
21 bulk, to wholesalers.                                04:44:02
22     Q.   What's "very large bulk" means?            04:44:05
23     A.   Tens of thousands of pieces.               04:44:07
24     Q.   But you'll sell them one at a time;        04:44:09
25 right?                                               04:44:10
```

Veritext/NJ Reporting Company

800-227-8440                                      973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 277

1        J. Cohen
2      A.   Not really.                    04:44:11
3            MR. ALTMAN:  Would you please hand   04:44:12
4   him Exhibit-167.                       04:44:13
5   BY MR. ALTMAN:                         04:44:15
6      Q.   Exhibit-167 is a Deal of the Week from   04:44:21
7   Northern Leasing.                      04:44:25
8          Have you ever seen this document before?   04:44:26
9      A.   No.                           04:44:27
10     Q.   It says that -- first of all, they'll   04:44:30
11  sell even single units; correct?       04:44:34
12     A.   Yeah.                         04:44:37
13     Q.   And, for example, a Nurit 2080 lists for   04:44:37
14  $30.00, single units; right?           04:44:42
15     A.   Yeah.                         04:44:43
16     Q.   That pretty much would be the same   04:44:46
17  piece -- that would be a piece of equipment that   04:44:47
18  came off of a lease; correct?          04:44:49
19     A.   Could be.                     04:44:51
20     Q.   Now if a person had leased that piece of   04:44:54
21  equipment for 50 bucks a month for 48 months, that's   04:44:56
22  $2,400.00, 10 percent is $240.00.      04:45:00
23          So is it your testimony that that piece   04:45:04
24  of equipment you're selling for $30.00 on the open   04:45:08
25  market is really $240.00?              04:45:13

Page 278

1        J. Cohen
2      A.   They're different markets.      04:45:24
3      Q.   I see.  So that would -- that piece of   04:45:25
4   equipment might be resold by this wholesaler to a   04:45:26
5   person?                                04:45:27
6      A.   That's correct.               04:45:27
7      Q.   And you're saying a $30.00 piece of   04:45:27
8   equipment you marked up to $240.00?    04:45:29
9      A.   Sure.  Maybe even more.  It could be   04:45:34
10  marked up to $700.00.                  04:45:35
11     Q.   I see.                        04:45:36
12     A.   This price is available for the wholesale   04:45:36
13  community only?                        04:45:39
14     Q.   Okay.  And you'll sell them for as a   04:45:41
15  little as $19.00; right?               04:45:46
16     A.   I'm sorry?                    04:45:48
17     Q.   You'll sell them for as a little as   04:45:48
18  $19.00 if they buy ten units or more; right?   04:45:48
19     A.   There's different prices for different   04:45:50
20  pieces of equipment.                   04:45:52
21     Q.   I'm talking about the Nurit 2080.   04:45:53
22     A.   Looks like it.                04:45:55
23     Q.   Do you think that's an unusual price, or   04:45:56
24  is this some special deal?             04:45:59
25     A.   It's probably a special deal.  It's   04:46:01

Page 279

1        J. Cohen
2   unusual.                               04:46:02
3      Q.   Now shouldn't the fair market value of a   04:46:02
4   piece of equipment -- of the same piece of equipment   04:46:07
5   coming off a lease at the exact same time be the   04:46:11
6   same?                                  04:46:15
7            MR. SILBERFEIN:  Objection.  You can   04:46:17
8   answer.                                04:46:17
9            THE WITNESS:  No.             04:46:18
10  BY MR. ALTMAN:                         04:46:19
11     Q.   Why shouldn't it be the same?   04:46:20
12     A.   Depends who's purchasing it.   04:46:22
13     Q.   Strike that.  Let me ask it differently.   04:46:25
14          A person who pays $30.00 a month -- let's   04:46:29
15  use a Nurit 2080.  $30.00 a month on a 48-month   04:46:34
16  lease is $1,444.00.  They pay $144.40 to buy that   04:46:41
17  out at the end of the lease.           04:46:46
18     A.   Correct.                      04:46:47
19     Q.   Somebody who pays $50.00 a month pays   04:46:48
20  2,400.  10 percent is $240.00; right?   04:46:51
21     A.   That's correct.               04:46:55
22     Q.   Somebody who pays $60.00 a month, the   04:46:56
23  technical maximum would pay $2,880.00, and would pay   04:46:58
24  $288.00.                               04:47:04
25     A.   Correct.                      04:47:05

Page 280

1        J. Cohen
2      Q.   How do you explain that for the exact   04:47:06
3   same piece of equipment coming off of leasing at the   04:47:08
4   exact same point in time, even in the same   04:47:12
5   geographic location, that the fair market value   04:47:15
6   varies by 200 percent?                 04:47:18
7      A.   Because as I mentioned in my earlier   04:47:20
8   testimony, in our contracts, the fair market value   04:47:21
9   is negotiated at the point of initiation.  So the   04:47:24
10  merchants -- in each individual case that you're   04:47:27
11  mentioning, the lessee has agreed to pay that buyout   04:47:30
12  at the end.  The lessee has agreed to pay that   04:47:36
13  buyout at the end.  That is part of the contractual   04:47:36
14  obligation that the lessee has agreed to that   04:47:38
15  induced us to purchase the contract.   04:47:41
16     Q.   But that's not the fair market value of   04:47:44
17  the equipment; is it?                  04:47:46
18     A.   Not -- absolutely it could be.  Depends.   04:47:48
19     Q.   Well, the fair market value can't vary by   04:47:51
20  200 percent at the exact same point in time in the   04:47:53
21  same geographic location for the same exact piece of   04:47:57
22  equipment; can it?                     04:47:59
23     A.   It absolutely can.            04:48:00
24     Q.   And what would be the basis of it varying   04:48:01
25  200 percent?                           04:48:04

Veritext/NJ Reporting Company

800-227-8440                          973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 281

J. Cohen

1
2      A.   Depending on how many was sold.  What it          04:48:05
3   was sold with.  Whether it was sold to a wholesaler.      04:48:08
4   Whether it was sold in bulk.  Whether it was sold by      04:48:11
5   an individual unit.  Whether it was sold as part of       04:48:13
6   a package of processing -- processing a suite of          04:48:16
7   processing services.  There's a large number of           04:48:21
8   factors that would go into what the fair market           04:48:24
9   value of that equipment would be.                         04:48:27
10     Q.   Well, none of that goes along with the            04:48:28
11  equipment at the end; does it?                            04:48:30
12         MR. SILBERFEIN:  Objection.                        04:48:32
13         THE WITNESS:  Sure it does.                        04:48:33
14  BY MR. ALTMAN:                                            04:48:34
15     Q.   The processing services go with the               04:48:35
16  equipment if they return it back to you?                  04:48:36
17     A.   Processing service if they -- I'm sorry.          04:48:38
18     Q.   Let me ask the question a little bit              04:48:41
19  differently.                                              04:48:43
20         If you put out in the exact same                   04:48:44
21  geographic location on November the 1st, 2006, on         04:48:46
22  48-month leases, three pieces -- three different          04:48:54
23  Nurit 2080's to three different customers.  One at        04:48:59
24  30 a month, one at 150 a month and one at 60 a            04:49:04
25  month.                                                    04:49:07

Page 282

J. Cohen

1
2         When all three of those pieces come back,          04:49:08
3   how can the fair market value of those exact same         04:49:11
4   pieces of equipment vary by 200 percent?                  04:49:13
5         MR. SILBERFEIN:  Objection.  You can                04:49:17
6   answer.                                                   04:49:17
7         THE WITNESS:  Again, the fair market                04:49:22
8   value of the equipment in our industry, uniquely in       04:49:23
9   our industry -- not uniquely in our industry,             04:49:28
10  actually, in many other industries, depends on the        04:49:32
11  purchaser.                                                04:49:35
12         So let's take Example A.  The fair                 04:49:36
13  market value of the equipment if I sell it to a           04:49:38
14  wholesaler, the fair market value in the wholesale        04:49:40
15  marketplace could be $100.00.  The price if it's          04:49:43
16  placed -- if it's purchased by a merchant in place,       04:49:47
17  it could be $300.00, because that was the                 04:49:52
18  contractual obligation that the merchant originally       04:49:56
19  agreed to on day one.  And it could be $1,500.00 if       04:49:59
20  it's being placed in the new merchant's location.        04:50:03
21         So the fair market value could vary               04:50:06
22  based on the context under which the equipment's          04:50:08
23  being sold.  There is no -- in this industry, there       04:50:11
24  is no open market value for the generic equipment         04:50:14
25  independently.  It only has value in context.            04:50:22

Page 283

J. Cohen

1
2   BY MR. ALTMAN:                                            04:50:26
3      Q.   So how would a merchant know that the             04:50:27
4   term "fair market value," which has a legal tax           04:50:31
5   definition, is not the same as the words "fair            04:50:38
6   market value" you put in your lease?                      04:50:42
7         MR. SILBERFEIN:  Objection.                         04:50:44
8   BY MR. ALTMAN:                                            04:50:46
9      Q.   Fine.  Let me ask it differently.                 04:50:46
10         Remember that definition I read to you             04:50:47
11  before of "fair market value"?                            04:50:49
12     A.   Yes.                                              04:50:52
13     Q.   I'll represent that came straight out of          04:50:52
14  the Internal Revenue Code.                                04:50:55
15     A.   Okay.                                             04:50:57
16     Q.   All right.  That's not the same "fair             04:50:57
17  market value" in your lease; correct?                     04:50:58
18         MR. SILBERFEIN:  Objection.                        04:51:01
19         THE WITNESS:  I don't know.                        04:51:02
20  BY MR. ALTMAN:                                            04:51:05
21     Q.   Well, you just said there's no open               04:51:05
22  market.                                                   04:51:07
23     A.   No, I didn't say that.                            04:51:07
24         MR. SILBERFEIN:  Objection.                        04:51:08
25         THE WITNESS:  What does that have to               04:51:08

Page 284

J. Cohen

1
2   do with my lease?  I said there's no open market.         04:51:10
3   The price -- the fair market value of our equipment       04:51:13
4   unique to this asset, the fair market value relates       04:51:14
5   to where and under what circumstances it's being          04:51:18
6   placed.                                                   04:51:22
7         Equipment -- equipment generically                 04:51:23
8   could be worth zero.  It could be worth $300.00.  It      04:51:25
9   could be worth $600.00.  It could be worth               04:51:34
10  $1,500.00.  Depends on the context.                       04:51:35
11         MR. ALTMAN:  Okay.  Would you please               04:51:37
12  hand the witness Exhibit-170.                             04:51:45
13  BY MR. ALTMAN:                                            04:51:49
14     Q.   Mr. Cohen, do you recognize Exhibit-170?          04:52:05
15     A.   Yes.                                              04:52:09
16     Q.   Did you create this document?                     04:52:09
17     A.   No.                                               04:52:10
18     Q.   Do you know who created the document?             04:52:11
19     A.   I can speculate.                                  04:52:12
20     Q.   Who created the document?                         04:52:13
21     A.   Our finance department.                           04:52:14
22     Q.   Any person in particular?                         04:52:17
23     A.   A number of them.                                 04:52:19
24     Q.   Who?                                              04:52:22
25     A.   Ron Kincheloe.  Jeff Sibley.  Dinesh              04:52:22

71 (Pages 281 to 284)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 285

1          J. Cohen
2  Kulangroth. Caglar Uzlap. I don't know.        04:52:25
3          MR. SILBERFEIN: Can you spell that      04:52:31
4  last name for the reporter?                     04:52:32
5          THE WITNESS: I'm going to have a        04:52:34
6  tough time. C-a-g-l-a-r is his first name.      04:52:35
7  U-z-l-a-p is the second.                        04:52:36
8  BY MR. ALTMAN:                                  04:52:44
9      Q.  What was the purpose of this document?  04:52:44
10         MR. SILBERFEIN: Objection.              04:52:49
11         THE WITNESS: I'm going to guess that    04:52:49
12  it was designed to present to the lending community.  04:52:51
13  BY MR. ALTMAN:                                  04:52:54
14     Q.  Okay.                                    04:52:55
15     A.  I don't know specifically.              04:52:55
16     Q.  If you go to Bates No. 569, and just to  04:52:57
17  prevent confusion, it appears that every page of the  04:53:02
18  presentation is in here twice; once as a big slide  04:53:05
19  and once as a small slide.                      04:53:09
20     A.  Right. Okay.                            04:53:11
21     Q.  It says Page 2 of 28. And it says, "This  04:53:12
22  presentation has been prepared by Northern Leasing  04:53:16
23  Systems, Inc. on behalf of itself and associated  04:53:19
24  companies."                                     04:53:21
25     A.  Okay.                                    04:53:22

Page 286

1          J. Cohen
2      Q.  What are the associated companies --    04:53:22
3      A.  I don't know.                           04:53:25
4      Q.  -- that it's made reference to?         04:53:25
5      A.  I have no idea.                         04:53:28
6      Q.  Who made the presentation?              04:53:29
7      A.  I don't know.                           04:53:30
8          MR. SILBERFEIN: Objection.              04:53:31
9          MR. ALTMAN: What's the objection?       04:53:32
10         MR. SILBERFEIN: There's no basis        04:53:34
11  that it was actually made to. He said that's maybe  04:53:35
12  why it was created, but there's no evidence that it  04:53:39
13  actually was presented.                         04:53:41
14  BY MR. ALTMAN:                                  04:53:42
15     Q.  Was it presented to lenders?            04:53:43
16     A.  I have no idea.                          04:53:45
17     Q.  Were you at presentations to lenders?   04:53:45
18     A.  Historically?                           04:53:49
19     Q.  Yeah.                                    04:53:50
20     A.  Sure.                                    04:53:51
21     Q.  Do you have any recollection of showing  04:53:51
22  PowerPoint slides to lenders?                   04:53:53
23     A.  Of course.                              04:53:55
24     Q.  Okay. But you don't remember whether    04:53:56
25  these slides were shown?                        04:54:00

Page 287

1          J. Cohen
2      A.  No.                                      04:54:01
3      Q.  In the March 2005 timeframe, would you   04:54:01
4  have shown slides to venders -- to lenders      04:54:03
5  generally, if not, necessarily these?           04:54:06
6      A.  I don't know.                            04:54:08
7      Q.  Was it the pattern and practice of      04:54:10
8  Northern Leasing, when making a presentation to a  04:54:12
9  lender, to use PowerPoint slides?               04:54:15
10         MR. SILBERFEIN: Objection.              04:54:18
11         THE WITNESS: On occasion.               04:54:19
12  BY MR. ALTMAN:                                  04:54:20
13     Q.  Was it a pattern and practice?          04:54:22
14     A.  On occasion.                            04:54:25
15     Q.  On occasion is not a pattern or practice.  04:54:27
16         MR. SILBERFEIN: Objection. He           04:54:30
17  answered your question.                         04:54:31
18         MR. ALTMAN: No, he didn't. I asked      04:54:32
19  if it was a pattern or practice. The answer is yes  04:54:34
20  or no.                                          04:54:35
21         MR. SILBERFEIN: No, it's not.           04:54:36
22         THE WITNESS: On occasion is my          04:54:37
23  answer.                                         04:54:38
24  BY MR. ALTMAN:                                  04:54:38
25     Q.  I didn't ask whether you showed it. I   04:54:40

Page 288

1          J. Cohen
2  asked whether it was a pattern or practice of the  04:54:41
3  company to do so.                               04:54:44
4      A.  On occasion.                            04:54:45
5      Q.  So did the pattern and practice change  04:54:50
6  over time?                                      04:54:51
7      A.  I don't believe so.                     04:54:54
8      Q.  So then what was the pattern and practice  04:54:57
9  of showing information to lenders in this timeframe?  04:55:00
10     A.  I don't recall.                         04:55:03
11     Q.  Would you go to Bates No. 575?          04:55:14
12         MR. SILBERFEIN: It's Page 5 of 28.      04:55:24
13         THE WITNESS: Okay.                      04:55:27
14  BY MR. ALTMAN:                                  04:55:27
15     Q.  Sorry.                                   04:55:28
16     A.  Okay.                                    04:55:30
17         MR. SILBERFEIN: Look at the big         04:55:32
18  version. That might be helpful.                 04:55:33
19  BY MR. ALTMAN:                                  04:55:36
20     Q.  That's why I said --                     04:55:36
21     A.  Got it.                                  04:55:38
22         MR. SILBERFEIN: Turn two pages          04:55:40
23  forward.                                        04:55:41
24  BY MR. ALTMAN:                                  04:55:41
25     Q.  Under Leasing Criteria it says, Four    04:55:42

Veritext/NJ Reporting Company

800-227-8440                                973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 289

1          J. Cohen
2  Criteria for a Leasing Product.          04:55:42
3          MR. SILBERFEIN:  Leasing Criteria?     04:55:46
4          THE WITNESS:  Yes.          04:55:49
5          MR. SILBERFEIN:  Sorry.  I wanted to     04:55:49
6  make sure we're looking at the same thing.     04:55:50
7          MR. ALTMAN:  That's fine.          04:55:52
8  BY MR. ALTMAN:          04:55:53
9     Q.   It says Four Criteria for a Leasing     04:55:54
10  Product; correct?          04:55:56
11     A.   Yes.          04:56:02
12     Q.   It says, "Less than $5,000.00 allows for     04:56:02
13  consumer underwriting techniques"; correct?     04:56:02
14     A.   Yes.          04:56:02
15     Q.   What does that mean?          04:56:02
16     A.   I couldn't tell you specifically.     04:56:09
17     Q.   Now would Northern Leasing be a viable     04:56:15
18  concern if you did not get personal guarantees in     04:56:20
19  conjunction with the leases?          04:56:24
20          MR. SILBERFEIN:  Objection.  You can     04:56:27
21  answer.          04:56:28
22          THE WITNESS:  That's too broad a     04:56:33
23  question.          04:56:34
24  BY MR. ALTMAN:          04:56:35
25     Q.   Northern Leasing is dependent upon     04:56:36

Page 290

1          J. Cohen
2  personal guarantees to make its company work;     04:56:38
3  correct?          04:56:41
4     A.   No.          04:56:41
5     Q.   Does Northern Leasing go -- bring suit     04:56:44
6  against the corporate entity or the business entity,     04:56:48
7  as well as the personal guarantor when it files     04:56:51
8  suit?          04:56:56
9          MR. SILBERFEIN:  Objection.  You can     04:56:57
10  answer.          04:56:57
11          THE WITNESS:  I believe we typically     04:56:58
12  do, but I have not seen that for a while.     04:57:00
13  BY MR. ALTMAN:          04:57:02
14     Q.   Do you know how long that's been the     04:57:03
15  practice?          04:57:04
16     A.   No.          04:57:05
17     Q.   Would it surprise you to find out that     04:57:08
18  Northern Leasing generally would not go after the     04:57:10
19  business?          04:57:13
20     A.   No.          04:57:14
21     Q.   You just said -- now I'm confused.  You     04:57:18
22  just said you generally go after the business.  I     04:57:21
23  said would it surprise you if you didn't go after     04:57:23
24  the business, and you said no.          04:57:26
25     A.   That wasn't the course of question.  You     04:57:28

Page 291

1          J. Cohen
2  asked me originally whether or not Northern Leasing     04:57:31
3  goes after the business and goes after the personal     04:57:35
4  guarantor; some question like that.  The answer to     04:57:38
5  that was -- the answer to that was I believe we do,     04:57:40
6  but I have not checked recently, so I couldn't     04:57:42
7  respond definitively.          04:57:45
8     Q.   Let me ask the question.          04:57:46
9          As a general proposition, does Northern     04:57:47
10  Leasing sue both the personal guarantor and the     04:57:48
11  business?          04:57:56
12     A.   I believe so.          04:57:56
13     Q.   How long has that been the practice of     04:57:57
14  Northern Leasing?          04:57:58
15     A.   I don't know.          04:57:58
16     Q.   Would it surprise you if I told you that,     04:57:59
17  in general, that statement was not true, and that     04:58:02
18  you did not typically sue the business and only sued     04:58:05
19  the personal guarantor?          04:58:08
20     A.   It would not surprise me.          04:58:09
21     Q.   Okay.  When you were less involved --     04:58:13
22  when you were more involved in the company other     04:59:15
23  than getting financing, what kind of reports would     04:59:17
24  you receive on a regular basis?          04:59:21
25          MR. SILBERFEIN:  Objection.  You can     04:59:24

Page 292

1          J. Cohen
2  answer.          04:59:24
3          THE WITNESS:  Typical management     04:59:27
4  reports.          04:59:28
5  BY MR. ALTMAN:          04:59:29
6     Q.   What are the typical management reports?     04:59:31
7     A.   Volume.  Credit performance.  Financials.     04:59:33
8  Things of that nature.          04:59:44
9     Q.   Did you ever review vender complaints?     04:59:45
10     A.   On occasion.          04:59:46
11     Q.   Did you ever review statistics of vender     04:59:46
12  complaints?          04:59:49
13     A.   On occasion.          04:59:50
14     Q.   Would Northern Leasing take a complaint     05:00:01
15  forwarded by an Attorney General or the Better     05:00:02
16  Business Bureau more seriously than a complaint from     05:00:05
17  an individual --          05:00:10
18          MR. SILBERFEIN:  Objection.          05:00:11
19  BY MR. ALTMAN:          05:00:11
20     Q.   -- who had not --          05:00:13
21          MR. SILBERFEIN:  Sorry.  I thought     05:00:13
22  you were done.          05:00:13
23          MR. ALTMAN:  I thought I was done.     05:00:14
24  BY MR. ALTMAN:          05:00:15
25     Q.   From an individual who had not reported     05:00:16

Veritext/NJ Reporting Company

800-227-8440                                        973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 293

J. Cohen

1    J. Cohen
2    it through the Attorney General and Better Business          05:00:19
3    Bureau?                                          05:00:21
4             MR. SILBERFEIN: Objection.              05:00:22
5             THE WITNESS: I wouldn't use the term     05:00:25
6    "more." I would say all complaints are taken      05:00:25
7    seriously.                                       05:00:30
8             MR. ALTMAN: Would you please hand        05:01:31
9    Mr. Cohen Exhibit-157.                           05:01:32
10   BY MR. ALTMAN:                                   05:01:47
11   Q.   Mr. Cohen, have you ever seen Exhibit-157    05:01:48
12   before? One thing I do want to clarify so that    05:01:51
13   there's no misunderstanding, is Exhibit-157 is not 05:01:54
14   complete, and that it is hundreds and hundreds of 05:01:58
15   pages of the same listings. And for the purposes of 05:02:01
16   an exhibit, I only included part of it.          05:02:08
17           But as a general proposition, have you    05:02:11
18   seen such a document before?                     05:02:12
19   A.   No.                                         05:02:14
20   Q.   Bear with me one second, please. I asked    05:02:18
21   you earlier about the property tax fee, and you said 05:02:28
22   it wasn't always $25.00.                         05:02:32
23          What's the basis for you saying it isn't   05:02:34
24   always $25.00?                                   05:02:36
25           MR. SILBERFEIN: Objection.               05:02:38

Page 294

1    J. Cohen
2            THE WITNESS: Tax. It's not always        05:02:39
3    been $25.00.                                     05:02:43
4    BY MR. ALTMAN:                                   05:02:43
5    Q.   And what I'm asking is, where would I       05:02:43
6    find out what it is or when it's 25 and when it's  05:02:45
7    not 25? That's kind of what I'm asking.         05:02:50
8            MR. SILBERFEIN: Objection.               05:02:51
9            THE WITNESS: Who is "I"?                  05:02:52
10   BY MR. ALTMAN:                                   05:02:53
11   Q.   Okay. Where would you go to find out        05:02:53
12   what the property tax fee is for -- the property tax 05:02:56
13   filing fees for any period of time or for certain 05:02:59
14   leases -- I don't know how you keep track --     05:03:02
15   strike that. Let me ask it differently.         05:03:04
16          Who keeps track of how much to charge for  05:03:07
17   a property tax fee on a given lease?             05:03:10
18           MR. SILBERFEIN: Objection. You can       05:03:14
19   answer.                                          05:03:16
20           THE WITNESS: The decision of what        05:03:18
21   price we charge for a property tax fee is determined 05:03:21
22   by management at various times during the year,  05:03:23
23   depending on a variety of different factors.     05:03:28
24   BY MR. ALTMAN:                                   05:03:31
25   Q.   So you're saying it varies over time?       05:03:33

Page 295

1    J. Cohen
2    A.   It has not in the recent years, but over    05:03:36
3    time the answer is, yes, it has.                 05:03:38
4    Q.   Now at the exact same point in time, will   05:03:44
5    the property tax fee vary between different leases? 05:03:47
6    A.   Typically not.                              05:03:54
7    Q.   So if you're going to do property taxes,    05:03:56
8    like this one was done in December; and if it's  05:03:58
9    $25.00, it's going to be $25.00 for everyone;    05:04:01
10   correct?                                         05:04:03
11   A.   Yeah, but let's draw a distinction.         05:04:04
12   We're talking about the property tax fee. Not the 05:04:06
13   property tax.                                    05:04:08
14   Q.   The fee. We're only talking about the       05:04:10
15   fee.                                             05:04:10
16   A.   The fee, that's correct.                    05:04:10
17   Q.   Now who decides on what that fee should     05:04:20
18   be?                                              05:04:23
19   A.   Combination of the president, the CFO.      05:04:25
20   Q.   Are you part of that decision?             05:04:28
21   A.   Typically not.                              05:04:29
22   Q.   And what are the factors that go into       05:04:31
23   deciding what that fee is?                       05:04:33
24   A.   The determination of the cost of our        05:04:37
25   costs associated with the property tax.          05:04:38

Page 296

1    J. Cohen
2    Q.   How do you determine those costs?           05:04:43
3    A.   I'm speculating now. I haven't done this   05:04:47
4    in a long time, but there are a variety of costs: 05:04:50
5    Internal staffing, property tax, filing companies 05:04:54
6    that we use, costs of filing tax returns. There's a 05:04:56
7    variety, variety of elements that go into it.    05:05:04
8    Q.   You don't file a separate tax return for    05:05:06
9    every piece of equipment; correct?              05:05:08
10   A.   No. You file by jurisdiction.              05:05:10
11   Q.   And generally each piece of equipment       05:05:12
12   would be a line item; correct?                   05:05:14
13   A.   That's over my pay rate. I don't know.     05:05:17
14   Q.   Would it be appropriate for Northern        05:05:24
15   Leasing to be earning a profit from the property tax 05:05:25
16   filing fees?                                     05:05:32
17           MR. SILBERFEIN: Objection. You can       05:05:33
18   answer.                                          05:05:33
19           THE WITNESS: Potentially.               05:05:35
20   BY MR. ALTMAN:                                   05:05:36
21   Q.   Well, if you were earning a profit, it     05:05:40
22   wouldn't be reflective of your costs; would it?  05:05:42
23           MR. SILBERFEIN: Objection.              05:05:46
24           THE WITNESS: I'm not so sure. It        05:05:51
25   would depend how "profit" was defined.          05:05:53

74 (Pages 293 to 296)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 297

```
1              J. Cohen
2   BY MR. ALTMAN:                        05:05:55
3      Q.  If the costs of filing the property taxes   05:05:56
4   were less than the amount of money you collected in   05:05:59
5   property tax filing fees.                05:06:01
6      A.  It depends how much -- how much profit we   05:06:05
7   would be talking about.  In pragmatic terms -- in   05:06:09
8   pragmatic terms, it has not been.         05:06:11
9      Q.  And how do you know that?         05:06:16
10     A.  Because I just know in general, that on   05:06:17
11  the property tax activity in general, it's a money   05:06:20
12  losing force.                            05:06:25
13     Q.  Have you ever calculated it?       05:06:28
14     A.  Not me, personally, but we have    05:06:30
15  internally.                              05:06:32
16     Q.  Why don't you make the fee commensurate   05:06:33
17  with the costs?                          05:06:35
18     A.  Because we believe that we will not --   05:06:37
19  that we can't do that because of market forces.   05:06:41
20     Q.  Who would have the historical information   05:06:52
21  in terms of what the property tax filing fee was   05:06:55
22  over time?                               05:06:57
23     A.  My CIO would have to dig that out of a   05:06:59
24  long history of billings.                05:07:04
25     Q.  Do you know if Northern Leasing gets a   05:07:23
```

Page 298

```
1              J. Cohen
2   lot of complaints about the property tax filing fee?   05:07:25
3         MR. SILBERFEIN:  Objection.  You can   05:07:29
4   answer.                                  05:07:29
5         THE WITNESS:  Yes, I do.           05:07:30
6   BY MR. ALTMAN:                           05:07:30
7      Q.  And do they?                      05:07:31
8      A.  No.                              05:07:32
9      Q.  And how do you know that?         05:07:33
10     A.  Because I know it's a very small    05:07:34
11  percentage of both our portfolio and our venders   05:07:35
12  that express a problem with property tax.   05:07:38
13     Q.  What has Northern Leasing done to make   05:07:47
14  sure that merchants know that they're going to be   05:07:50
15  charged a property tax filing fee, other than simply   05:07:54
16  putting it in the back of the contract?   05:07:57
17        MR. SILBERFEIN:  Objection.          05:07:59
18        THE WITNESS:  We send a notice out.   05:07:59
19  Typically we send a notice out ten days to two weeks   05:07:59
20  prior to the billing.                    05:08:03
21  BY MR. ALTMAN:                           05:08:04
22     Q.  And what if the person objects to the   05:08:04
23  property tax filing fee?                  05:08:06
24        MR. SILBERFEIN:  Objection.          05:08:07
25        THE WITNESS:  We don't accept it.   05:08:09
```

Page 299

```
1              J. Cohen
2   It's a contractual obligation.           05:08:12
3   BY MR. ALTMAN:                           05:08:13
4      Q.  What's a contractual obligation; the   05:08:14
5   dollar amount?                           05:08:22
6      A.  The fees, and we impose them.       05:08:22
7      Q.  But the dollar -- that's what the   05:08:23
8   customer agreed to?                      05:08:23
9      A.  The lessee agreed to pay property tax   05:08:24
10  fees at our discretion based on, based on the   05:08:25
11  expenses that we incur.  That's a price that we --   05:08:28
12  that he has agreed to pay -- that he's bound to by   05:08:32
13  the terms of the contract, and we can set   05:08:35
14  unilaterally.                            05:08:37
15     Q.  What's the basis of you making that   05:08:39
16  statement?                               05:08:41
17        MR. SILBERFEIN:  Objection.          05:08:42
18        THE WITNESS:  The contract.         05:08:46
19  BY MR. ALTMAN:                           05:08:47
20     Q.  So now you have legal expertise when it   05:08:47
21  comes to that particular term?            05:08:49
22        MR. SILBERFEIN:  Objection.          05:08:50
23        THE WITNESS:  It says.             05:08:52
24  BY MR. ALTMAN:                           05:08:53
25     Q.  It says that we're going to charge you   05:08:54
```

Page 300

```
1              J. Cohen
2   $25.00?                                  05:08:56
3      A.  I didn't say that.                05:08:56
4      Q.  It says you can charge whatever you want?   05:08:57
5      A.  I didn't say that.                05:08:59
6      Q.  So how would somebody -- how could   05:09:02
7   somebody agree to a term that they have no idea what   05:09:04
8   it is?                                   05:09:07
9      A.  'Cause they're leaving it up to our   05:09:07
10  discretion to determine what our expenses are, and   05:09:10
11  accepting whatever our discretion is with respect to   05:09:12
12  our expenses.  That's what they contractually agreed   05:09:14
13  to do.                                   05:09:18
14     Q.  So if you earn a profit, though, on that,   05:09:18
15  that would be inappropriate; wouldn't it?   05:09:21
16        MR. SILBERFEIN:  Objection.          05:09:23
17        THE WITNESS:  Not necessarily.       05:09:24
18  BY MR. ALTMAN:                           05:09:24
19     Q.  So you're saying you can earn a profit on   05:09:25
20  that, too?                               05:09:27
21     A.  I'm not sure.  I would have to take a   05:09:28
22  look at what the document says, but it's irrelevant   05:09:30
23  because we never did.  Or not to my knowledge we   05:09:33
24  ever did, let me put it that way.         05:09:37
25     Q.  Have you ever looked?              05:09:39
```

75 (Pages 297 to 300)

Page 301

```
1              J. Cohen
2          MR. SILBERFEIN: Objection.        05:09:40
3          THE WITNESS: I have historically.   05:09:41
4  Not recently.                            05:09:42
5  BY MR. ALTMAN:                           05:09:43
6      Q.  Did you get a report?            05:09:45
7      A.  No.                    05:09:46
8      Q.  So what did you look at?         05:09:47
9      A.  It was rudimentary information that came  05:09:50
10 from our system that we can -- we can determine  05:09:52
11 overall whether or not property taxes are profitable  05:09:54
12 for us, and historically it has not been.  In fact,  05:09:58
13 historically, it's been the reverse.  We are   05:10:01
14 subsidizing property tax activity.        05:10:03
15     Q.  If somebody said to you on the     05:10:15
16 verification when you called them up that said, I   05:10:17
17 don't agree to your -- I want to cancel the lease  05:10:21
18 because I don't agree to your 4.95 a month that you  05:10:24
19 didn't tell me up until now, would you let them out  05:10:27
20 of the lease at that point?               05:10:30
21         MR. SILBERFEIN: Objection.  You can  05:10:32
22 answer.                          05:10:32
23         THE WITNESS: There's no concept of   05:10:33
24 not agreeing to any term in the contract.  There's a  05:10:34
25 concept of allowance for waiver based on what the  05:10:36
```

Page 302

```
1              J. Cohen
2  contract calls for, which is production of insurance  05:10:40
3  documentation.  To the extent the merchant did not  05:10:42
4  want to produce the insurance documentation and   05:10:44
5  still wanted the 4.95 waived, we would not allow him  05:10:54
6  to do so.                          05:10:58
7  BY MR. ALTMAN:                           05:10:59
8      Q.  What I'm asking is, is if the first time  05:11:00
9  a person finds out that the dollar amount of $4.95   05:11:02
10 is on the verification and says, I don't want to --  05:11:05
11 I'm not paying 4.95.  I'm canceling the contract or  05:11:11
12 wasn't there, would you cancel the contract?   05:11:15
13         MR. SILBERFEIN: Objection.  You can   05:11:17
14 answer.                          05:11:17
15         THE WITNESS: Too vague of a       05:11:18
16 question.  I can't answer that.            05:11:19
17 BY MR. ALTMAN:                           05:11:20
18     Q.  What's vague about it?            05:11:21
19     A.  Because I would have to understand what   05:11:22
20 the lessee understood.  What he was told.  Did he  05:11:23
21 sign the contract.  Did he not sign the contract.  05:11:27
22 Did he understand it at the point of sale.  Is he  05:11:29
23 just trying to get out of it.  There are a variety  05:11:33
24 of factors.                        05:11:34
25     Q.  Let's say everything is fine, except for  05:11:36
```

Page 303

```
1              J. Cohen
2  the fact that we can agree that the dollar amount of  05:11:37
3  the Loss Damage Waiver is generally not disclosed in  05:11:40
4  the agreements; correct?                  05:11:43
5          MR. SILBERFEIN: Objection.        05:11:44
6          THE WITNESS: No, I can't agree to    05:11:45
7  that.                          05:11:46
8  BY MR. ALTMAN:                           05:11:46
9      Q.  You're saying that it is disclosed in the  05:11:47
10 agreements, the dollar amount?            05:11:49
11     A.  To the best of my knowledge, in most of  05:11:51
12 our agreements, the dollar amount is disclosed, yes.  05:11:52
13     Q.  It was disclosed in Melinda Serin's   05:11:56
14 contract, right, 4.95?                  05:11:58
15         MR. SILBERFEIN: Objection.        05:11:59
16         THE WITNESS: No, it was not.        05:12:00
17 BY MR. ALTMAN:                           05:12:01
18     Q.  Do you know if it was disclosed in any of  05:12:02
19 the contracts of any of the plaintiffs in this case?  05:12:03
20     A.  I have no clue.                 05:12:05
21     Q.  So if Melinda Serin had called up the   05:12:09
22 first time she got a charge and said, what is this  05:12:11
23 4.95, and you told her it was a Loss Damage Waiver;  05:12:14
24 and she says, that's not in the contract; I'm not   05:12:17
25 paying that and I want out of the contract, would  05:12:21
```

Page 304

```
1              J. Cohen
2  you have let her out of the contract?        05:12:23
3      A.  We would show her the words that it is in  05:12:25
4  the contract.                        05:12:27
5      Q.  The 4.95 is in the contract?        05:12:28
6      A.  We would show her that she agreed to pay  05:12:30
7  a Loss Damage Waiver in the contract where the  05:12:35
8  dollar amount is not defined.  The contract allows  05:12:39
9  us to set the price at our discretion, and that's  05:12:41
10 what she agreed to.                    05:12:45
11     Q.  And you're sure that's binding?  That's a  05:12:46
12 binding term?                      05:12:49
13         MR. SILBERFEIN: Objection.        05:12:50
14         THE WITNESS: That's a legal        05:12:51
15 question.                        05:12:51
16 BY MR. ALTMAN:                           05:12:52
17     Q.  So wait a second.  You just spewed a   05:12:52
18 bunch of legal interpretation, and now you're saying  05:12:53
19 that's a legal question?                  05:12:56
20         MR. SILBERFEIN: Excuse me.  Stop.    05:12:57
21         THE WITNESS: You asked me what the   05:12:58
22 practice is.                        05:12:58
23         MR. SILBERFEIN: Excuse me.  Stop.    05:12:58
24 Spewing?  Is that an appropriate question?    05:12:58
25         MR. ALTMAN: He just threw out a     05:13:01
```

Veritext/NJ Reporting Company

800-227-8440                            973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 305

```
 1              J. Cohen
 2  whole bunch of legal definitions for the last five   05:13:03
 3  minutes about what's legally in the contract and     05:13:06
 4  everything like that.  And I asked him is that an     05:13:09
 5  enforceable term.  And now all of a sudden, he        05:13:11
 6  doesn't know?  He isn't able to answer?               05:13:14
 7         MR. SILBERFEIN:  He's answering your           05:13:16
 8  questions.  Whether they're legal or not, that's      05:13:17
 9  your term.  And you're classifying what he said.      05:13:18
10  Excuse me.  Let me finish.                            05:13:22
11         MR. ALTMAN:  Okay.                             05:13:23
12         MR. SILBERFEIN:  You're talking over           05:13:24
13  him.  Now you're talking over me.  Your               05:13:25
14  characterization of his testimony is wholly           05:13:28
15  inappropriate, whether it be by stenographer or on    05:13:29
16  video.  He's answering the question to the best of    05:13:32
17  his ability that you're asking.  And you're           05:13:44
18  characterization is inappropriate.                    05:13:44
19  BY MR. ALTMAN:                                        05:13:45
20     Q.  Did you just say in response to my last       05:13:45
21  question, I'm sorry, that's a legal question; I       05:13:46
22  can't answer that?                                    05:13:47
23     A.  I forgot the question you asked.              05:13:47
24         MR. ALTMAN:  Could you please read            05:13:48
25  back to him a couple -- the question that I asked.    05:13:48
```

Page 306

```
 1              J. Cohen
 2  I think he answered something to the effect, that is   05:13:50
 3  a legal question.  Could you read back my question     05:13:53
 4  and his answer?                                        05:13:55
 5         (Whereupon the reporter read back the          05:13:56
 6  record as requested.)                                 05:13:56
 7         MR. SILBERFEIN:  Is there a question           05:14:29
 8  pending?                                              05:14:30
 9  BY MR. ALTMAN:                                        05:14:31
10     Q.  What kind of discussions took place          05:14:38
11  inside of Northern Leasing about whether it was --    05:14:41
12  the company could do a better job of disclosing up    05:14:47
13  front the Loss Damage Waiver of the dollar amount?    05:14:51
14         MR. SILBERFEIN:  Objection.  You can          05:14:53
15  answer.                                              05:14:53
16         THE WITNESS:  I don't recall the              05:14:59
17  specific discussions.                                05:14:59
18  BY MR. ALTMAN:                                        05:15:00
19     Q.  Did discussions take place?                  05:15:01
20     A.  I'm sure.                                      05:15:02
21     Q.  Did anybody suggest that you put right on    05:15:03
22  the front of the document about the Loss Damage       05:15:07
23  Waiver issue and the dollar amount?                   05:15:10
24     A.  Sure, we had legal counsel recommend         05:15:14
25  that.                                                05:15:16
```

Page 307

```
 1              J. Cohen
 2         MR. SILBERFEIN:  To the extent that           05:15:17
 3  his question calls for you to reveal any              05:15:18
 4  attorney/client privileged communications, I'll      05:15:21
 5  caution the witness not to do so.                     05:15:24
 6  BY MR. ALTMAN:                                        05:15:25
 7     Q.  And I'm not asking you what counsel told    05:15:26
 8  you.  I'm asking you internal discussions.            05:15:28
 9         Did anybody from Northern Leasing, an         05:15:29
10  employee, suggest that maybe it would be better to    05:15:31
11  put that term on the front of the agreement in that   05:15:33
12  box on -- where costs went down, to make it crystal   05:15:36
13  clear to the merchant about the proof of insurance    05:15:40
14  and the Loss Damage Waiver?                            05:15:43
15         MR. SILBERFEIN:  Objection.  You can          05:15:45
16  answer.                                              05:15:46
17         THE WITNESS:  Not the way you asked           05:15:51
18  the question.                                        05:15:52
19  BY MR. ALTMAN:                                        05:15:52
20     Q.  Okay.  Did somebody suggest something        05:15:53
21  similar?                                             05:15:55
22     A.  There was a suggestion that we include       05:15:56
23  the 4.95 in the box on the front page, not            05:15:59
24  necessarily for the reason you described.             05:16:03
25     Q.  What was the reason for putting the 4.95     05:16:07
```

Page 308

```
 1              J. Cohen
 2  on the front page?                                    05:16:09
 3     A.  To respond to potential complaints, valid    05:16:10
 4  or invalid, from lessees.                             05:16:13
 5     Q.  And was that change actually made?           05:16:19
 6     A.  Yes.                                           05:16:28
 7     Q.  When was the change made?                     05:16:29
 8     A.  I don't recall.                               05:16:31
 9     Q.  Who would know the answer to that            05:16:32
10  question?                                            05:16:33
11     A.  Sara Krieger.                                 05:16:34
12     Q.  Did anybody ever suggest that she put the    05:16:38
13  property tax fee issue right on the front page?      05:16:41
14     A.  I don't recall anybody doing so, no.         05:16:44
15     Q.  Were you aware that as early as -- no        05:16:52
16  later than 2001, ISO's were calling up complaining   05:16:55
17  about the property tax filing fee?                    05:16:59
18         MR. SILBERFEIN:  Objection.  You can          05:17:02
19  answer.                                              05:17:02
20         THE WITNESS:  No.  I wasn't aware             05:17:03
21  that they specifically were aware of the property    05:17:05
22  tax fee, but I wouldn't be surprised if they         05:17:07
23  complained about everything.                         05:17:09
24  BY MR. ALTMAN:                                        05:17:10
25     Q.  Are you aware that one of your venders       05:17:11
```

Veritext/NJ Reporting Company

800-227-8440                          973-410-4040

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 309

```
1            J. Cohen
2    threatened legal action over the property tax filing    05:17:13
3    fee in 2001?                              05:17:16
4       A.  No, but it wouldn't shock me.        05:17:17
5       Q.  Are you aware that a vender complained    05:17:21
6    that nobody at Northern Leasing made the 25-dollar    05:17:23
7    tax filing fee clear to them?              05:17:27
8       A.  No, but, again, it wouldn't surprise me.    05:17:30
9    Venders are complaining all the time.       05:17:32
10      Q.  So their complaints would be invalid;    05:17:35
11   right?                                    05:17:38
12          MR. SILBERFEIN:  Objection.           05:17:40
13          THE WITNESS:  Some are.  Some aren't.    05:17:40
14   More not than are, but that doesn't mean that they    05:17:42
15   couldn't have one that was valid.           05:17:45
16   BY MR. ALTMAN:                            05:17:47
17      Q.  Do you think you would get less        05:17:55
18   complaints about the property tax filing fee if you    05:17:57
19   put it on the front of the lease, so that it was    05:18:00
20   clear of what it was and how much it was?    05:18:04
21          MR. SILBERFEIN:  Objection.  You can    05:18:06
22   answer.                                   05:18:08
23          THE WITNESS:  Potentially, but no    05:18:13
24   different than we put every term and condition on    05:18:14
25   the front page of the lease.               05:18:18
```

Page 310

```
1            J. Cohen
2    BY MR. ALTMAN:                            05:18:19
3       Q.  Do you think if you put the -- well, now    05:18:20
4    you do put 4.95 on the front of the lease.    05:18:21
5          Do you get less complaints about people    05:18:25
6    who said they didn't know about the 4.95 fee, now    05:18:27
7    that it's on the front of the document?     05:18:30
8       A.  I don't think so.                  05:18:31
9       Q.  Has anybody actually looked at that?    05:18:32
10      A.  Just tangentially, but I don't think so.    05:18:34
11      Q.  When you say "tangentially," what do you    05:18:36
12   mean?                                     05:18:38
13      A.  We didn't do a scientific review.  We    05:18:38
14   just did an overall review.  My strong guess is    05:18:41
15   there's no material distinction.            05:18:45
16      Q.  That's a guess, but what do you base that    05:18:48
17   upon?                                     05:18:50
18      A.  My strong view based on the information I    05:18:50
19   have is that there's no material distinction.    05:18:53
20      Q.  What information do you have to support    05:18:55
21   that?                                     05:18:57
22      A.  Tangential information gathered by my    05:18:57
23   staff to evaluate that issue.              05:19:01
24      Q.  How was that issue presented to you?    05:19:02
25          MR. SILBERFEIN:  Objection.           05:19:05
```

Page 311

```
1            J. Cohen
2          THE WITNESS:  As a -- as a result of    05:19:06
3    an analysis that -- specifically what elements went    05:19:10
4    into that analysis, I could not tell you.    05:19:18
5    BY MR. ALTMAN:                            05:19:20
6       Q.  When was that analysis done?          05:19:21
7       A.  I don't recall.                    05:19:22
8       Q.  Was it done in 2009?                05:19:23
9       A.  I don't recall.                    05:19:24
10      Q.  Was it done in 2008?                05:19:25
11      A.  I don't recall.                    05:19:26
12      Q.  Can you tell me a date that you know it    05:19:27
13   was done after?                           05:19:29
14      A.  No.                              05:19:32
15      Q.  Do you still have that analysis?       05:19:34
16          MR. SILBERFEIN:  Objection.           05:19:36
17          THE WITNESS:  I don't believe it was    05:19:37
18   reduced to writing.                        05:19:38
19   BY MR. ALTMAN:                            05:19:39
20      Q.  Who did that analysis?               05:19:44
21      A.  It must have been my accountant, but I    05:19:46
22   can't remember who.                        05:19:48
23          MR. ALTMAN:  We might as well -- I'm    05:19:57
24   going to move on to another topic.  It doesn't make    05:19:58
25   sense to start a new topic now, so we might as    05:20:00
```

Page 312

```
1            J. Cohen
2    well --                                   05:20:03
3          MR. STRUTINSKIY:  The time is now    05:20:05
4    5:20 p.m., and this concludes today's portion of the    05:20:06
5    deposition of Mr. Cohen.  Now it's 5:20.  We're off    05:20:09
6    the record.                               05:20:15
7                    * * *
8
9
10
11
12
13
14   _____
     JAY COHEN
15
     SUBSCRIBED AND SWORN TO
16   BEFORE ME THIS ____ DAY
     OF _____, 2010.
17
     _____
18    NOTARY PUBLIC
     MY COMMISSION EXPIRES_____
19
20
21
22
23
24
25
```

78 (Pages 309 to 312)

fab910a9-4016-4f05-bad9-a82a0b3026f9

Page 313

```
1              J. Cohen
2         INDEX TO TESTIMONY
3         EXAMINATION OF
4  JAY COHEN                    PAGE
5  BY: Mr. Altman                 5
6              * * *
7
8         E X H I B I T S
9  Plaintiff's
   Number      Description        Page
10 Exh. 187  Bates 64680-64681       24
11 Exh. 188  Bates 64679         25
12 Exh. 189  Bates 112178-112179     42
13 Exh. 190  Bates 112180-112181     46
14 Exh. 191  Bates 167719-167725     51
15 Exh. 192  Bates 187484-187494     54
16 Exh. 193  Bates 210292-210293     56
17 Exh. 194  Bates 342247-342248     61
18 Exh. 195  Bates 342249-342268     62
19 Exh. 196  Bates 342269-342287     66
20 Exh. 197  Bates 342288-342308     68
21 Exh. 198  Bates 442872         77
22 Exh. 199  Bates 470514         82
23 Exh. 200  Bates 470515         83
24
25 (Exhibits continued.)
```

Page 314

```
1              J. Cohen
2  (Exhibits continued.)
3         E X H I B I T S
4  Plaintiff's
   Number      Description        Page
5  Exh. 201  Bates 535952-535977     86
6  Exh. 202  Bates 657202-657221     87
7  Exh. 203  Bates 754560         92
8  Exh. 204  8 1/5 x 11 Piece of Paper Folded  232
             in Half
9              * * *
10     (Exhibits retained by counsel.)
11
12         REQUESTS
13 1)Page 51, Line 7
14 2)Page 73, Line 22
15
16
17
18
19
20
21
22
23
24
25
```

Page 315

```
1              J. Cohen
2     C E R T I F I C A T I O N
3     I, Randi Friedman, Registered Professional
4  Reporter and Notary Public of the State of New York,
5  do hereby certify:
6     THAT, the witness whose testimony is herein
7  before set forth, was duly sworn by me, and
8  THAT, the within transcript is a true record of the
9  testimony given by said witness.
10    I further certify that I am not related either
11 by blood or marriage to any of the parties to this
12 action; and that I am in no way interested in the
13 outcome of this matter.
14    IN WITNESS WHEREOF, I have hereunto set my hand
15 this day, November 1, 2010.
16
17
18
19 Randi Friedman, RPR
20
21
22
23
24
25 *   *   *   *   *   *   *   *   *
```

Page 316

```
1              J. Cohen
2         ERRATA SHEET
3
4  CASE NAME:  SERIN, et al v NORTHERN LEASING SYSTEMS,
             INC, et al
5  DATE OF DEPOSITION:  October 28, 2010
   WITNESS' NAME:  JAY COHEN
6  PAGE/LINE(S)/   CHANGE    / REASON
7  ___/___/_____/_____
8  ___/___/_____/_____
9  ___/___/_____/_____
10 ___/___/_____/_____
11 ___/___/_____/_____
12 ___/___/_____/_____
13 ___/___/_____/_____
14 ___/___/_____/_____
15 ___/___/_____/_____
16 ___/___/_____/_____
17 ___/___/_____/_____
18 ___/___/_____/_____
19 ___/___/_____/_____
20 ___/___/_____/_____
21 ___/___/_____/_____
22 ___/___/_____/_____
23 ___/___/_____/_____
24 ___/___/_____/_____
25
```

Veritext/NJ Reporting Company

800-227-8440                          973-410-4040

**A**

**ability** 15:14 43:12
70:24 146:7,9
173:20,21 181:24
182:6 211:23
305:17
**able** 174:20 270:13
305:6
**above-mentioned**
1:19
**absolutely** 5:12
17:17,20 18:8,19
42:18 44:3 90:16
152:9,14 154:17
154:19 188:11
189:12 190:4
194:14 198:23
266:6 280:18,23
**abuse** 151:21
**accept** 139:13
146:15 151:6
238:3 239:7 255:9
298:25
**acceptable** 178:10
193:22
**accepting** 181:9
300:11
**access** 138:25
139:4
**account** 82:4 84:2,4
85:2,4,13 106:15
174:3,12 176:15
177:5,13 178:4
**accountant** 311:21
**accounting** 101:3,4
**accounts** 83:24
89:20
**accurate** 21:16
68:22 175:20
176:12 197:3
**accurately** 166:8
**acknowledge**
107:14,20 108:10
**acquire** 58:3,8
**acquired** 55:23
**acquiring** 57:19

**acquisition** 57:16
**acquisitions** 131:23
132:17 228:8
**acronym** 85:19
**act** 19:7,13 21:8
182:21 183:11
184:19,20,24
273:4,17
**action** 74:6 172:7
172:14,14 215:24
245:22 248:14
309:2 315:12
**actions** 15:11
**actively** 142:13
**activities** 227:12,17
228:3
**activity** 21:9 48:21
58:19 136:24
178:16 228:5
240:21 297:11
301:14
**actual** 58:24
116:12 142:7
262:9
**Adams** 171:10
**add** 35:20 86:7
223:20
**addition** 121:15
**additional** 178:23
**address** 134:13
**addressed** 54:7,13
**adequate** 256:2
**adhere** 152:6
**adjustment** 81:18
82:2,2
**admits** 142:16
143:12
**admitted** 142:19,22
**Advance** 46:16,19
**advantage** 141:18
141:21 142:6
265:23 266:2
**advise** 151:11
159:15 160:12
**advisement** 74:21
**affairs** 135:3,5,9
**affect** 264:3

**affirmative** 100:24
248:6
**affirmed** 4:21
**age** 222:8
**aggressive** 171:12
**ago** 5:15 93:24
202:20 225:10
226:18
**agree** 52:25 145:14
151:3,8,10,15,19
151:21,22,24,25
152:4,8,10,18
153:11 163:10
179:8 185:14,20
228:21 233:3
272:23 273:6
300:7 301:17,18
303:2,6
**agreeable** 74:3
**agreed** 3:3,8,11
20:17 189:23
200:18 259:25
273:2,15 280:11
280:12,14 282:19
299:8,9,12 300:12
304:6,10
**agreeing** 301:24
**agreement** 36:8
41:16,18 87:12,18
91:5,23 93:6,18
94:7 116:12,16,19
156:10 157:18
159:2,18 160:14
160:21 186:2
189:22,24 197:21
232:5 235:10
251:20 255:20
260:3 263:18
265:16,20 267:12
307:11
**agreements** 91:17
158:14,23 197:10
237:6 254:13
265:21 303:4,10
303:12
**agrees** 189:18
**ahead** 35:22 77:16

227:13 245:14
**al** 1:4,7 4:6,7 316:4
316:4
**allegedly** 248:9
**allocated** 96:2
**allow** 22:14 108:23
181:8 302:5
**allowance** 301:25
**allowed** 41:13
179:9,14,21,24
180:2,7,11,17,21
181:3,11 182:14
183:2,6,11
**allows** 289:12
304:8
**Altman** 2:7 4:10,10
5:3 6:5 7:18 8:10
9:3 10:2,13 11:5
12:2,7,13,19 13:3
13:8,16 14:3,13
16:16 17:11 18:16
19:11,24 20:8,19
21:4,10,21 22:5
22:18,19 23:6,17
23:24 24:9,21,23
25:2 26:7,19 27:5
27:17,19 29:18
30:2,15,18,24
31:18,24 32:11
33:7,18 34:15,21
34:23 35:11,19
36:9,24 37:3,11
37:18 38:5,12,15
38:18,24 39:2
40:10,18 41:2,12
41:18,21 42:2,5,7
42:21 43:4,8,17
43:24 44:6,11,20
44:21 45:10,20
46:2 48:4,8,12,23
49:4 50:6,21 51:7
51:15 52:19,24
53:2,12,21 54:2
55:16 56:13,16,17
57:11,17,25 58:5
58:7,12,16 60:4,9
60:25 61:4,6,22

63:16 64:5 65:16
65:22 66:7,12
67:2,9 68:9,16
69:8,10,15,23
70:12,18 71:2,8
71:15,21 72:24
73:7,14,22 74:7
74:12,17,22 75:5
75:12,16,19 76:2
76:21 77:16,24
78:16 79:4 80:6
80:19,24 81:17
83:11 85:11,17
86:3,13,14 88:10
89:9,17 90:10,21
91:21 92:5 93:12
94:20 95:19 96:11
98:2,7,23 99:20
101:8,16,24
102:12,22 103:7
103:19,24 104:16
105:7 106:22,23
107:19 108:11
111:4,9,18 112:2
112:11,19 113:12
113:20,22 114:5
115:3 116:6 117:2
117:14 118:8
119:7 120:9,16,22
121:4 122:2,6,7
122:12 123:20
124:3 126:12
128:14 129:22
130:8,19 131:10
132:16 133:12,17
133:22 134:4,22
135:7,15,22 136:4
140:14 141:13
142:3 143:10
144:2,11,17
145:13 147:5,16
148:2,10,19,22
149:2,14 150:18
150:24 153:2,18
154:5,14 155:4,14
155:23 156:8,14
156:20 157:11,22

158:12,18 159:7
159:23,25 160:3,9
160:11,19,24
161:3,5 163:15
164:21 165:17
166:4,19,20 167:2
167:13,20 168:5,6
168:11,13,22
169:10,21,24
170:10 171:13,20
172:4,22 173:11
174:10,22 175:5
175:10,15,18
176:7,20 177:2,12
177:24 178:18
179:6,16 180:4,13
180:22 181:12,17
181:21,24,25
182:3,8,10,17,19
183:8,16 184:2,13
184:23 185:8,19
186:6,11,15,18,24
187:23 188:18,24
189:15 190:8
191:12,24 192:8
193:13,20 194:10
194:24 195:9,23
196:10,15 197:6
197:16,20 198:3
198:24 199:9,13
199:14 200:18,20
201:12 204:22
205:6,24 206:9,14
206:15 207:2,14
207:16 208:7
209:8 210:3,22
211:15 212:4
213:8,16 214:20
215:6,12 216:2,18
217:7,16 223:18
224:2,16,23
226:16,19,23
227:7,18 228:12
229:4,21 230:5
231:8 232:17
234:4,12,22 236:3
236:8 237:4,21

238:12 239:22
240:8,22 241:12
241:24 242:10
243:9,22 244:12
245:12,13 247:8
247:11,12,21
248:2,3 249:3,11
249:24 250:15
251:18 252:4,16
253:7 254:22
255:10 256:15,24
257:5,13,17 258:5
258:12,23 259:10
259:13,14,18
261:9,20 262:5,21
263:17 264:21
265:14,22 268:4
268:17 269:7,24
270:6 271:22
272:10,15,22
273:10 274:6,20
274:23 277:3,5
279:10 281:14
283:2,8,20 284:11
284:13 285:8,13
286:9,14 287:12
287:18,24 288:14
288:19,24 289:7,8
289:24 290:13
292:5,19,23,24
293:8,10 294:4,10
294:24 296:20
297:2 298:6,21
299:3,19,24
300:18 301:5
302:7,17 303:8,17
304:16,25 305:11
305:19,24 306:9
306:18 307:6,19
308:24 309:16
310:2 311:5,19,23
313:5
**altogether** 136:7
**America** 112:22
114:20 115:13,14
115:20,22,25
116:13,16,19,22

**amount** 24:10
30:12 35:23 46:19
101:20 102:13
103:2,3 108:22
111:15 125:12
131:4 224:11
265:6 266:4
267:21 297:4
299:5 302:9 303:2
303:10,12 304:8
306:13,23
**amounts** 101:12
266:7
**analysis** 59:19 60:6
311:3,4,6,15,20
**analyst** 59:13 78:4
**Andrey** 2:12 4:16
**and's** 245:8
**and/or** 248:16
**answer** 6:16 8:24
9:24 10:3,8,10,17
12:10,16,17,25
13:15 14:10 16:14
17:9 19:9,18 20:5
20:14,15,25 21:2
21:18 22:3,15,16
23:4,14,22 26:5
27:3 29:6,15,23
30:22 31:15,22
32:9,16 33:4,6,21
37:11,15,16,22
38:2,21 40:8
41:23 43:9 44:12
45:12 46:3 47:25
48:2,5,19 50:4,19
52:18 53:18 55:14
57:13 61:20 63:7
63:14 64:4 66:5
66:23 68:7 69:9
69:14,17 70:9,22
71:6,7,19 72:21
73:4,11 75:23
76:3,18 79:2,24
80:3,4,7,16 83:9
85:16 89:15 90:7
92:2 93:10 94:19
95:16 96:7 97:22

98:3 99:17,25
101:14,23 103:23
105:5 106:4 108:5
110:25 112:8,17
113:9 114:24
115:20 116:3,24
117:12 118:6,22
119:5 120:20,25
121:23 123:18,25
126:8 128:12
129:20 130:6
131:7 132:14
134:19 135:12,18
141:11,24,25
142:24 143:7,8,18
144:7 146:23
147:14 148:18
153:13,14 155:2
155:19 156:18
158:2 162:12
165:25 166:7
168:20 169:18
170:8 172:17
174:19,21 176:19
178:12 179:12,23
184:12 187:20
188:16 191:10
192:7 193:18
194:8 196:23
201:24 204:20
206:5 208:4 209:4
209:23 213:7,14
214:14 217:2,13
221:13 223:7,16
223:23 227:15
229:2,5,16 234:7
234:18 235:15
237:11 239:9,20
240:18 243:7
244:7,22,24
248:24 249:8,18
249:20 251:25
252:12 254:20
255:6 257:25
258:10 262:4
263:13 264:17
272:7 274:3

276:11 279:8
282:6 287:19,23
289:21 290:10
291:4,5 292:2
294:19 295:3
296:18 298:4
301:22 302:14,16
305:6,22 306:4,15
307:16 308:9,19
309:22
**answered** 29:15
69:7 90:13 100:24
115:16,21 181:21
182:6 240:17
287:17 306:2
**answering** 180:23
181:13,23 248:20
267:3 305:7,16
**answers** 35:21
**anybody** 8:5 15:15
25:20 26:23 27:6
45:13 80:8,17
96:14 135:4
138:25 180:12
202:6 206:2
221:22 224:17
231:17 233:13
234:20 260:16
306:21 307:9
308:12,14 310:9
**anyway** 22:15
244:19
**apart** 135:5
**apparently** 75:2
**appear** 28:22 46:23
66:20 67:15 68:21
92:16
**APPEARANCES**
2:2
**appears** 52:10
82:20 83:23 94:11
169:3 285:17
**appended** 168:16
**applicable** 219:19
**applications** 52:11
**applies** 152:19,22
258:21

**apply** 152:22
153:16 258:17
270:5
**approach** 229:18
**appropriate** 109:11
156:21 157:5,14
157:16 174:23
178:3,16,22
187:25 188:4
197:7 215:2 240:9
240:20 241:6,17
242:5,11,22,23
243:3,10 244:19
244:21 245:3,9,23
263:10,21 270:17
296:14 304:24
**approve** 105:25
**approved** 265:3
**approximate** 7:6
8:14 16:11 39:4
122:19,21,22
**approximately** 5:9
8:18,20 15:25
17:7 25:16 60:12
106:9,12,15 107:2
118:17 119:3
121:11 122:14
123:8 246:19
**area** 145:12 186:12
223:12 238:5
**Arnold** 65:14
**arrangement** 58:24
60:17 263:15
**arrangements**
193:5
**arrive** 224:24
**artificially** 21:23
**ascertain** 146:9,18
159:13
**aside** 30:10 163:6
232:25
**asked** 6:17,23 29:7
42:25 44:13 57:18
57:22 58:2,3
73:19 80:9 87:22
88:11 135:2 137:8
155:24,24 174:9

181:19 198:18
206:8 208:22
209:16 215:18
221:6 242:22
287:18 288:2
291:2 293:20
304:21 305:4,23
305:25 307:17
**asking** 6:24 19:23
19:25 34:16 38:22
42:12 61:17 74:19
107:21 112:4
115:19 124:19,20
173:4 180:14
190:23 206:16
217:10 240:16
251:17 252:9,14
261:21 275:3
294:5,7 302:8
305:17 307:7,8
**assert** 145:11
**assessed** 224:17
**assessment** 170:23
241:23
**asset** 130:2 131:16
131:16,17,17,19
131:24 132:2,6,8
132:18,20 284:4
**assets** 43:5 57:9
74:8,11,13 83:2,5
83:14 95:6 117:21
117:22,23 127:2,3
127:4,8 135:24
137:12,14
**assistant** 139:5,6
**associated** 104:10
120:15 125:25
241:18 246:10
264:5,8,19 285:23
286:2 295:25
**Associates** 2:9 4:17
87:8,19 88:18
91:2
**Association** 149:4
**assume** 6:17 7:7
21:19 27:9,10
48:21 76:9 90:8

90:24 91:14 92:12
152:4 178:19
179:17 195:8
198:12 230:9
242:2 250:3 255:8
**assumed** 192:15
**assuming** 100:5,5
108:7 184:18,19
184:19
**assumption** 108:6
**assuring** 231:24
**ATS-1** 132:3
**attached** 25:5
28:23 29:5,8,13
29:20 30:9 61:15
165:13 167:7,23
168:24
**attachment** 28:16
30:7 51:17 52:6
201:14
**attempted** 178:5
**attend** 14:20
149:19
**attest** 243:15
**attorney** 7:12,13,16
49:13,17 65:11
155:22 156:16
158:23 159:2
191:19,20,25
192:4,22 194:8
292:15 293:2
**attorneys** 2:4,9,14
10:5,19 49:9,10
49:25 50:8,10,13
73:17 193:10
202:5 237:10
**attorney's** 190:7
194:11
**attorney/client**
307:4
**audited** 61:14
62:14
**August** 86:15
**author** 265:20
**authority** 239:10
239:23 240:12
246:10 248:17

254:12,17,24
256:10 258:7,13
**authorize** 265:5
**authorized** 242:19
255:13,23 259:6
**available** 83:23
103:23 104:2,5
106:14 278:12
**Avenue** 1:11 2:10
2:15
**avenues** 228:7
**average** 155:11,16
155:20 156:2
**aware** 7:4 22:20
23:7,10,15,18,25
24:3 104:8 106:13
149:23,25 165:9
183:9,14,17 185:4
188:8,11 192:25
209:19 215:20
220:17 221:3
243:23 244:2
246:23 247:16
257:6,14 308:15
308:20,21,25
309:5
**aways** 134:5
**awhile** 39:10,11
**A-credit** 106:9,11
**a.m** 1:10 35:15,18
77:19,22

---
**B**
---

**B** 313:8 314:3
**back** 13:21 22:24
22:25 26:14,20
35:18 40:4,5 44:4
44:7,9 45:21,22
48:4,6 51:19 58:2
59:13,14,14 74:9
74:11 77:22 96:19
98:12 111:25
124:4,5 126:4,5
126:13 134:3,5
149:13 164:7
186:17,23 195:14
215:17 216:19

227:6 228:9
236:18 250:9
272:21 274:17
281:16 282:2
298:16 305:25
306:3,5
**bad** 164:11 171:14
174:11
**balance** 122:4
158:9
**bank** 82:21,23
89:20 91:24 93:7
93:19 94:3 112:22
113:14 114:20
115:5,12,14,20,22
115:24 116:13,16
116:19,22 117:4,5
137:4
**Banker** 60:15
**banking** 112:5
113:6 271:16
**banks** 112:4,13,20
114:21 115:2
**Barclays** 82:21,23
**base** 42:14,15
44:14,16 46:20
310:16
**based** 28:20 75:2,2
91:14 109:18,22
109:24 143:2
228:6 250:3
253:19 256:6
260:18 282:22
299:10,10 301:25
310:18
**basis** 18:11 29:19
30:3 37:25 54:18
59:6 70:7 73:13
74:20 75:4 115:18
120:23 221:19
227:9 238:7
249:20 272:11
280:24 286:10
291:24 293:23
299:15
**Bates** 24:17 28:6
42:8 46:17 51:18

54:8,22 56:11
61:8,23 62:4,10
66:18 68:18 78:2
82:18 83:17 86:10
87:20 91:6 92:7
122:6 211:2
285:16 288:11
313:10,11,12,13
313:14,15,16,17
313:18,19,20,21
313:22,23 314:5,6
314:7
**bear** 232:11 247:22
293:20
**Becker** 50:5,7,11
259:25
**becoming** 64:8
**behalf** 4:10,13,14
65:17 91:6,9 93:5
147:2,2 239:11,18
239:24 240:3,24
240:25 246:11,12
285:23
**belief** 248:8 258:17
**believe** 10:11 11:20
14:22 15:3 16:21
25:25 37:14 40:17
43:18 49:12 51:6
56:5 57:7 61:21
63:20 67:14,16
73:18 76:12 78:4
80:17 82:13 85:19
97:7,10,14,14,23
111:16 125:19
134:20,23 136:9
149:6,16,22 150:7
159:19,20 201:9
202:25 204:15
211:3 213:2 216:7
234:19 253:5,10
257:9 259:5 263:7
288:7 290:11
291:5,12 297:18
311:17
**believes** 164:24
**belts** 218:17
**Bernardone** 70:15

70:15 162:9
**best** 12:20 14:12
36:12 70:24 71:11
81:20 82:8 151:5
151:5 173:20,21
181:24 182:6
215:19 216:6,21
217:3 244:24
303:11 305:16
**Beth** 83:18 85:25
135:19 136:6,15
**better** 215:24
217:10,14,19,25
218:2 228:23
229:22 230:2
231:10 236:24
275:3 292:15
293:2 306:12
307:10
**beyond** 37:12,13
189:7
**big** 20:22 118:14
130:12,20 133:8
199:24 285:18
288:17
**bigger** 123:16
**biggest** 112:25
**bill** 101:7
**billing** 298:20
**billings** 297:24
**bind** 254:13 256:2
256:10 257:23
259:6
**binder** 212:18
**binding** 304:11,12
**bit** 200:7 225:11
275:2 281:18
**black** 199:24
**blacklist** 140:3,4,7
140:8
**blacklists** 139:15
**blank** 199:18,20
214:12,16,21
**blood** 315:11
**blotted** 255:8
**Board** 13:19,22,23
14:7,14 71:16,22

88:5,12,20
**body** 172:15 205:2
259:2
**book** 50:25
**books** 10:20 50:16
50:22 51:9 55:11
73:23 74:5
**borrow** 247:24
**borrowing** 42:14
42:15 44:14,16
46:20 123:3
**bother** 170:2 196:4
220:24
**bottom** 28:9 54:22
56:23 63:3 197:22
199:23 230:14
**bought** 107:14
108:9 261:24
**bound** 230:22
231:3,5,6,11
258:7,8 299:12
**box** 26:14,25
199:24 307:12,23
**brand** 106:19
107:8 222:12,15
270:12
**break** 6:20,21 35:9
35:13 77:17
133:15,18 186:8
186:14 187:2
226:16,21,22,25
259:22,22 272:14
272:16
**breakdown** 125:17
125:20,21
**breaking** 75:14
133:12,15
**Bressler** 65:14
**brief** 35:16 77:20
186:21 227:4
272:19
**bring** 115:8 242:22
290:5
**bringing** 44:3
114:10
**broad** 99:18 142:6
157:25 158:17

289:22
**broke** 226:17
**buck** 15:7
**bucks** 277:21
**bulk** 276:20,21,22
281:4
**bunch** 167:15
304:18 305:2
**Buono** 46:11 70:15
70:15 162:16
203:5 266:23
267:5
**Bureau** 173:2,23
174:3,17 176:15
177:7,17 182:25
292:16 293:3
**bureaus** 21:13
173:13,19
**burned** 197:9,22
**business** 5:17,20,23
6:9 19:13 21:11
27:23 39:22 49:14
52:13 55:18 72:5
73:9 99:15,23
104:20,22 112:6
115:5 116:9 117:6
118:15,18,19
126:24 128:4
133:7 140:17
158:4 159:16
161:12 172:6
173:6,8,9 175:19
203:3 220:6 224:8
228:6,7 240:10
253:2 290:6,19,22
290:24 291:3,11
291:18 292:16
293:2
**businessman**
155:22 159:11
194:23
**businessmen** 159:5
192:23,25
**businessperson**
194:4,15 238:8
**but's** 245:8
**buy** 222:24,24

261:6,14 268:9
270:19 272:3
278:18 279:16
**buyer** 273:3,16
**buying** 39:22 271:2
271:17
**buyout** 106:25
107:25 109:3
110:17,19 219:10
273:22 274:9,11
274:15 280:11,13
**buys** 121:7

---

**C**

C 315:2,2
**cabinets** 138:21,22
139:2,4
**Caglar** 285:2
**calculate** 39:8
137:11 224:11
**calculated** 38:23
39:15 297:13
**calculating** 39:7
**calculation** 38:8
**call** 31:16 43:10,19
110:18 134:17
151:16 212:14
218:16 221:17
246:23
**called** 203:24
232:18 259:7
301:16 303:21
**calling** 24:4 204:6
308:16
**calls** 33:22 34:4
110:16 140:21
302:2 307:3
**Canada** 132:7
**cancel** 142:18,25
143:4,5,16 301:17
302:12
**cancelable** 100:18
**canceling** 302:11
**capacity** 97:20
**capital** 53:16,22
55:4,9,11,17,21
55:23 56:6 57:9

57:12,20 58:3,9
58:22 82:6,12
84:5,22,25 85:7
85:23 87:8,18
88:18 91:2 127:24
128:2,15,16
132:19,21 134:7
274:15
**car** 109:13,15
276:15,15
**card** 39:23 112:13
113:25 117:4,24
118:2,3 128:5
159:9 263:2,5
271:12
**care** 136:21 147:7
160:20
**cares** 69:13
**carrier** 212:14,16
**carve-out** 94:8
95:18
**case** 4:4 6:7 7:22
25:22 27:15 37:14
41:11,17 60:24
61:3 81:24 110:12
169:3 181:10
185:4,11 187:13
190:3,3 193:12
195:11 230:19
243:23 244:5
247:5,18 253:9,13
253:17 257:2
270:5 280:10
303:19 316:4
**cases** 6:2,4,4,6
230:10 231:25
**cash** 44:23 58:19
81:24,25 82:2
83:23 124:14
258:6,14,18,22,24
259:7
**casual** 116:8
**cause** 36:6 190:4
221:17 270:8
300:9
**caution** 307:5
**caveat** 20:16,16

**cc** 56:20
**centralized** 140:7
**cents** 121:24 205:8
**CEO** 9:15,22 14:25
15:5 16:4 20:2,9
42:24 69:2,4,12
70:20 71:4 78:20
79:11,25 81:4
87:5 89:24 122:18
130:9 139:8 146:3
148:11 164:23
176:21 177:25
184:8,14 190:17
190:23 196:19
198:7 225:4
237:16 256:8
259:5,8
**Cerberus** 58:22
**certain** 148:14
238:15 239:8
254:17,18,24
294:13
**certainly** 5:25
161:7 165:4 184:5
196:24
**certificate** 42:14,15
44:14 46:20 92:9
212:12
**certificates** 51:3
90:5,12
**certification** 3:5
**certify** 255:13
315:5,10
**CFO** 55:3,4,9 63:8
63:9 128:13
295:19
**chairman** 9:15
88:22
**change** 16:6 63:24
64:2 153:10 204:9
209:25 288:5
308:5,7 316:6
**changed** 199:2,7
225:11
**changes** 151:12
**changing** 182:24
**characterization**

305:14,18
**characterizations**
197:2
**characterizing**
198:11
**charge** 24:5 32:3
33:22 34:4 110:10
219:24 223:12
226:13,13 260:19
263:8 294:16,21
299:25 300:4
303:22
**charged** 174:3,4,5
174:12 176:15,16
177:6,14 178:4
205:13,14 210:6
225:9,12,20
226:11 266:3,5
298:15
**charge-off** 174:25
175:6 177:8,15,17
178:21
**charging** 23:19
226:14
**Charmin** 139:7
**check** 101:5 139:17
216:8 226:8 238:6
255:19 265:2
**checked** 139:14
176:8 270:14
291:6
**checks** 97:3
**Chicago** 96:16 97:6
97:8,16
**chief** 55:6 56:5,24
**Chittur** 2:9 4:17
**choice** 218:25
**choices** 13:7
**choose** 215:13
218:21 221:5,15
260:19
**chose** 219:2
**chosen** 212:20
221:10
**CIO** 224:15 297:23
**circumstance**
148:5 183:25

195:6 239:6
**circumstances** 79:6
79:19 145:19
147:18 168:16,17
171:3 179:5
184:11 185:10
190:5,20 194:7
241:22 243:14,21
244:25 252:3
256:21 261:19,22
264:19 265:10,12
269:4 276:10
284:5
**claim** 222:18,20
241:13 245:18
263:11
**claimed** 257:6
**claiming** 188:9
**claims** 18:21
145:12
**clarify** 293:12
**clarity** 151:17
**class** 172:13
**classifying** 305:9
**Clawback** 41:16,18
**clean** 67:11
**clear** 23:12 32:13
42:17 124:18,25
156:5 168:8
184:16 200:15,21
204:16 218:15
231:18 234:10
307:13 309:7,20
**clearer** 32:6,25
160:25 205:3,5
229:8 233:23
234:9 236:5,10,16
236:20
**clearly** 201:15
234:11 249:15
**clipboard** 231:13
233:15,16
**clue** 45:4 82:5
91:20 214:7
303:20
**Code** 149:23 150:2
150:6,8 283:14

**coffee** 217:22
**Cohen** 1:18 2:1 3:1
4:1,14,20 5:1,4
6:1 7:1,3 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1,20 23:1 24:1
25:1,8 26:1 27:1
28:1,7 29:1 30:1
31:1 32:1 33:1
34:1 35:1,20 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1,23
52:1 53:1 54:1,10
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1,4
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1,25 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1,18
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
134:5 135:1 136:1

137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1,3 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
162:7 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1,15
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1,17
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1,8
228:1 229:1 230:1
231:1 232:1,18
233:1 234:1 235:1
236:1 237:1 238:1
239:1,14,17 240:1
241:1 242:1 243:1
244:1 245:1 246:1
246:9 247:1,13,16
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
259:15 260:1
261:1 262:1 263:1
264:1 265:1 266:1

267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
284:14 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1,9,11
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1,5,14 313:1
313:4 314:1 315:1
316:1,5
**colleague** 259:20
**collect** 77:12 212:8
212:9
**collected** 223:20
297:4
**collecting** 223:14
**collection** 145:11
192:13 246:4
**collections** 125:25
**combination** 115:6
135:13 146:16
295:19
**come** 25:20 26:23
27:6 60:16,20
64:16 72:18 74:2
124:10,12,12,13
124:15 139:20
170:4 214:22
215:17 216:19
235:9 238:23
249:15 250:7
282:2
**comes** 112:23
117:17 119:16
124:8 188:6 189:5
190:10 201:15
252:10 299:21
**coming** 52:20

250:9 279:5 280:3
**commence** 212:18
**commenced** 248:14
**commencement**
211:9,18,19 212:2
212:3,10
**commensurate**
297:16
**comment** 169:4
197:3
**comments** 34:14
150:21 160:7
**commercial** 172:20
**COMMISSION**
312:18
**commitments**
151:18
**committed** 20:21
**common** 15:8
105:18 270:2,4
**commonly** 274:10
**communication**
216:6
**communications**
307:4
**community** 53:20
278:13 285:12
**companies** 36:20
37:5 71:17 74:8,9
78:6,7,13,17
79:15 80:11,13
81:2,8,10,13
97:18 98:25 99:4
118:9 127:5
140:16 250:11
270:11 285:24
286:2 296:5
**company** 13:11
14:8 15:6,12,15
16:23 17:16 18:13
18:18 26:11 36:23
40:2 64:12 69:2
69:18 70:10,23
71:3,4,11,23
78:20,23 79:11
89:24 109:25
112:24 122:18

128:23 130:9
132:4,10 134:14
148:11 154:18
162:25 163:8
164:23 176:21
177:16 184:8
190:17,21 194:16
198:7 220:25
221:18 225:4
228:5 250:23
251:4,6,13,21
252:5,6 256:5
258:7,8,18 259:5
259:6,8 288:3
290:2 291:22
306:12
**companywide** 21:9
**company's** 252:9
**comparable** 222:8
261:2
**compared** 267:16
**compensated** 96:4
202:23
**compensation**
78:24 95:18 96:2
**competitor** 55:19
112:25
**compilation** 167:15
**complain** 23:10
**complained** 23:7
308:23 309:5
**complaining** 24:4
308:16 309:9
**complaint** 144:4,13
145:24 161:12,15
165:13,22 166:9
166:12,21 167:6,7
167:23 168:24
169:2 194:20
195:2,6 241:7,18
242:6 248:20
249:5 253:20
292:14,16
**complaints** 17:24
18:10,12,17 22:21
23:16,18 165:13
167:9,16,24

168:17,25 172:12
292:9,12 293:6
298:2 308:3
309:10,18 310:5
**complete** 293:14
**compliance** 151:13
**complies** 88:3
**component** 76:20
126:9
**components** 124:6
193:8
**computer** 26:15,21
42:23 58:6 137:22
**conceded** 247:17
**concept** 236:2,23
301:23,25
**concern** 172:5,11
289:18
**concerned** 172:19
186:3 234:10
**concerning** 215:14
**conclude** 244:3
**concluded** 145:20
241:4 242:3 244:9
**concludes** 241:15
312:4
**conclusion** 74:16
242:2 249:16
250:7
**conclusive** 238:3
245:21
**concur** 267:5
**condition** 309:24
**conditions** 32:12
143:15 231:23
232:4
**condone** 184:8
**conduct** 20:3,10
149:24 150:3,6,9
154:16 183:9,22
184:7 253:2
**conducts** 99:22,22
**conferences** 149:19
**confident** 208:25
**confirmation**
255:16
**confirmations**

255:17,23,24
258:3
**confused** 166:8
270:8 290:21
**confusion** 285:17
**Congress** 98:8
**conjunction** 5:22
25:19 26:24 27:8
246:5 261:10
289:19
**connection** 5:16,20
30:4
**connotation** 165:5
**consciously** 221:15
**consecutive** 62:11
**consequence**
198:16
**consider** 15:10
17:13,15 133:6,8
160:13 252:17
**considered** 274:15
**considering** 57:19
**Consolidated** 62:7
**constructions**
237:11
**consumer** 271:14
289:13
**contact** 114:10
170:20
**contained** 185:25
**context** 25:4
104:19,20 105:9
114:19 156:24
158:4 171:7 176:4
252:14 261:15
269:23 275:15,17
282:22,25 284:10
**contingency** 203:2
**continued** 313:25
314:2
**continuing** 45:7,17
60:22
**contract** 33:9 142:9
142:18 154:24
155:7,10,16,25
159:12,13 193:3
198:16,17 199:7

199:16 209:10
210:13,13 212:6
237:15 242:6,14
246:11 251:11
280:15 298:16
299:13,18 301:24
302:2,11,12,21,21
303:14,24,25
304:2,4,5,7,8
305:3
**contracts** 192:24
198:20 199:2
273:24 280:8
303:19
**contractual** 143:3
193:7 263:15
280:13 282:18
299:2,4
**contractually**
143:2 189:23
300:12
**controlled** 128:23
**controls** 189:4
**convenient** 51:10
**conversation**
208:22
**conversations** 8:11
100:22
**convince** 171:11
237:16
**copied** 163:12
**copy** 68:22 92:22
140:6 162:25
163:3 200:10
217:4 232:12,15
**corners** 189:22,24
190:11,14
**corollary** 264:5
**Corp** 55:12
**corporate** 10:14,20
49:13,16,25 50:7
50:10,13,22,25
51:9 61:18 73:20
87:22 89:5,13
90:15 290:6
**corporation** 72:7
89:13 90:5 98:8

**Corporation's**
250:18
**correct** 9:6,25
14:11 15:16 17:25
18:2,13 22:22
24:6,8 36:17
44:24 46:9,21
47:3,4,6,11,17,18
52:25 56:21 59:9
61:18 62:11,14
63:3,4 67:15 77:9
78:13,15 83:20
84:7,9,17,20,21
84:23,24 86:19
87:23 88:6,20,21
88:23,24 91:7,8
91:11 92:9,10,11
93:8,17 94:16
96:16,17 97:9
101:12 102:9,11
102:14,15,21
103:4,6 105:19,20
106:5 107:2,9
108:3,14,24 109:2
109:3,4,16,17,20
110:4 111:15
113:7 114:2,12,14
114:15 121:8
122:9,11 123:13
123:16,23 124:2
125:6,8,10,15
127:7,20 129:12
129:18 130:10,11
130:14 134:24
136:12 140:18
144:5,14 145:15
145:25 150:6
152:16 153:4,5,7
153:8 155:11
156:5,10,16 162:3
162:4,7,10 163:22
163:23 164:3
165:23 167:16
169:5,14,16,20
170:18 173:2,6,16
173:17,19,24
178:22 179:4,10

181:4 182:15,22
183:4 185:5,16,22
185:23 186:3,5
187:4,5,6,7,10
188:14 190:15
195:3,4,6,10,12
198:21 199:3
200:23 201:4,5,7
201:16 202:3
203:13,22 204:2
208:20,21 209:2
211:10,12 212:23
213:19 214:24
215:3,5,21 216:14
218:13 219:20
222:7,9,13 225:14
228:24 231:9,10
231:14 232:9,9,24
233:3,4 234:2,16
234:24 235:7,23
238:9 242:17
246:16 247:18
248:22 249:6,17
250:2,11,24 251:2
251:3,5,14,23
252:5,7 254:5,18
254:25 256:16
257:14 258:8,14
258:15 260:4,8,9
260:11,12,16,20
262:11,17 263:22
263:23 266:13,14
266:18 267:12,23
274:16 275:7
277:11,18 278:6
279:18,21,25
283:17 289:10,13
290:3 295:10,16
296:9,12 303:4
**correctly** 84:6
86:18 89:20
115:16 127:10,12
134:9 166:7 211:4
248:18
**cost** 105:2 123:3
247:25 267:17,18
268:8 275:6

295:24
**costs** 33:12 295:25
296:2,4,6,22
297:3,17 307:12
**counsel** 3:4 9:8
159:6,6,14,17
202:11,13,16,19
306:24 307:7
314:10
**counsel's** 68:14
**country** 100:4
237:23,25 238:15
238:21,24 239:4,8
257:7,11
**counts** 186:3 189:4
**couple** 75:16 161:8
183:14 270:12
305:25
**course** 21:11 52:13
184:7 265:25
286:23 290:25
**court** 1:2 3:14 4:5
6:24 51:12 193:25
194:13,17
**Court's** 43:19
**cover** 25:5 220:14
**coverage** 211:8
**co-worker** 248:10
**create** 284:16
**created** 155:6
284:18,20 286:12
**creates** 202:4
**creation** 53:9
**credit** 21:12,13
39:23 101:25
102:4,6,14,17,18
102:19 112:13
113:25 117:4,24
118:2,3 128:5
139:17 159:9
172:25 173:9,12
173:13,19,23
174:2,17 175:6,7
175:11,20,24
176:3,5,9,15
177:7,17 178:9,14
182:25,25 184:16

259:19 260:19
263:2,5,21 271:12
292:7
**Criteria** 288:25
289:2,3,9
**crystal** 218:15
307:12
**current** 9:13 15:4
15:22 204:12
**currently** 32:15,16
32:17 36:20 37:5
37:8 60:8,10 63:9
119:2,8
**cursory** 257:4
**customer** 20:22
153:15 189:18
299:8
**customers** 281:23
**C-a-g-l-a-r** 285:6

**D**
**daily** 227:9 228:3
**Damage** 125:25
203:7,18 204:4,17
205:8,11,20
207:22 208:10,15
209:13 215:14,20
216:24 219:6,21
220:7,21 223:14
223:20 224:12,18
303:3,23 304:7
306:13,22 307:14
**damaged** 139:16
139:17
**Daniel** 248:10
254:24 255:13
**dark** 25:18 198:12
**Data** 113:3,4,14,15
113:16,23 114:17
**database** 224:4
**databases** 224:7,9
**date** 67:20,23
209:20 210:5,14
210:17 211:9,18
212:10 238:16
246:21 311:12
316:5

**dated** 46:16 51:17
54:8 83:19 84:19
86:15 87:19 91:23
260:3
**dates** 68:2
**day** 25:16 33:12
35:24 211:19
212:3 227:10
237:14 239:8
257:7 282:19
312:16 315:15
**days** 39:12,13
84:19 257:11
298:19
**day-to-day** 133:7
**deal** 148:11,16,17
238:7 259:22
260:14 277:6
278:24,25
**dealings** 157:6
**debt** 174:16 178:7
179:20 181:3
251:10,14
**debtor** 178:6,6,24
179:10,19 181:2
182:12,22 184:15
**December** 62:6,23
68:20,23 295:8
**decide** 161:9
**decided** 115:22,24
**decides** 295:17
**deciding** 295:23
**decision** 155:22
193:9 294:20
295:20
**decisive** 151:17
**deduct** 111:14
**deductibility**
111:11
**deductible** 212:22
213:4 221:24
222:2
**deductibles** 224:19
**Deepika** 53:4
**defendant** 252:18
252:20 253:9,13
253:17,25 254:2,3

254:4,6,7,8
**defendants** 1:8
2:14 4:13 252:22
253:21
**Defense** 248:6
**define** 50:20 275:2
**defined** 104:24
273:23 296:25
304:8
**defining** 275:17
**definition** 124:25
125:2 130:25
272:24 273:6,24
283:5,10
**definitions** 305:2
**definitively** 146:10
184:12 201:24
253:11,15,18
291:7
**degree** 22:11
175:20
**delete** 25:21 26:3,8
174:23 183:2
**deleting** 178:20
274:8
**delinquency**
266:11
**deliver** 211:7
**delivered** 146:14
216:15
**delivering** 112:14
**delivers** 271:6
**demonstrating**
239:7
**department** 59:18
59:21 60:5,7
101:4,4 115:10
145:11 163:22,25
164:2 214:19,23
215:7 250:18
284:21
**depend** 21:3,5,6
179:13 264:18
269:3,22 296:25
**dependent** 289:25
**depending** 19:17
105:14 264:10

281:2 294:23
**depends** 79:3,17,19
102:13 104:19
105:9 130:25
144:8 147:18,23
176:5 190:6
222:17 243:14,20
244:25 252:3
265:9,11 279:12
280:18 282:10
284:10 297:6
**depo** 8:19
**deposed** 5:19,22
6:2
**deposition** 1:18 3:6
3:12 4:4,18 5:6,14
6:12 7:10,19 9:8
9:11 257:19 312:5
316:5
**depreciate** 276:16
**derived** 260:21
**derogatory** 21:24
174:24 175:23
178:9,20
**describe** 6:7 9:4
15:4 99:21
**described** 124:19
154:7 227:9
276:11 307:24
**Description** 313:9
314:4
**designed** 285:12
**desires** 152:11
**detail** 69:11
**detailed** 71:9
**details** 42:12
139:22 168:2
**determination**
295:24
**determine** 146:8
159:12 296:2
300:10 301:10
**determined** 294:21
**determines** 100:7
105:15,17
**determining**
262:10

**development** 112:6
202:7 228:6,6
**device** 263:6
**difference** 98:18
103:14 210:10
270:24 271:6,8,9
271:11
**differences** 99:3
**different** 67:10
79:9 101:11
105:13 109:3,7,8
114:9,11 118:25
119:10 124:17
127:18 135:20
136:6 137:16,21
137:25 140:16
167:16 180:14
181:14 182:18
189:9,16 190:4
201:22 202:2
213:9,11,11,17,24
213:25 214:2,3,5
215:8 219:5,13
222:20,21,22
237:10,10 250:23
251:4 252:5,6
266:22 278:2,19
278:19 281:22,23
294:23 295:5
309:24
**differentiate**
274:11
**differently** 38:24
64:7 93:14,21
167:5 279:13
281:19 283:9
294:15
**difficult** 158:6
224:11
**difficulties** 150:21
**dig** 297:23
**diligently** 151:4
**Dinesh** 59:22,24
70:16 162:22
284:25
**direct** 151:10
152:15

directed 160:8
directly 69:24 70:3
  70:6 76:4 96:22
  163:11 244:23
  261:6
Directors 13:19,22
  13:23 14:8,14
  71:16,22 88:5,12
disagree 41:20,21
  170:22
disclaim 147:4
disclosed 23:20
  35:24 36:2,6
  193:24 194:18
  303:3,9,12,13,18
discloses 31:9
disclosing 306:12
discretion 36:7,10
  299:10 300:10,11
  304:9
discuss 160:16
discussing 93:18
discussion 111:22
  148:24 149:10
  207:21
discussions 306:10
  306:17,19 307:8
dishonest 20:10
dispose 12:8
disposed 12:21,22
  65:19
dispute 29:19
  62:18 67:3,7
disputing 75:5
distinction 295:11
  310:15,19
distribution 13:7
distributions 16:9
  16:22
District 1:2,2 4:4,5
divided 262:16
  263:10,20
Division 250:18
Docket 4:7
docs 164:12
document 24:11
  25:5,9 28:10,23

29:5,8,13,21
30:11,17 31:3
32:2,7,20 33:2
42:13,17 44:22
47:3,17 52:7,9,12
52:16 53:4,8,14
54:11,21 63:2
87:2,6,17 88:2
91:6 92:7,19,20
92:23 93:3,5,22
126:13 143:21
150:5 151:2 161:6
161:8,17,21,24
162:6 166:18,22
167:14 168:7,14
168:20 186:25
189:4,7 190:5,6
190:10,19,20
191:7 198:14,15
218:24 231:22,23
231:25 232:6,7,22
233:12 234:11
235:16,21,23
236:17,18 237:9
239:3 241:19
243:15 248:9,15
248:21 254:10,16
254:23 255:4,25
256:7,9,17 257:22
258:16,21 259:3,6
265:2 277:8
284:16,18,20
285:9 293:18
300:22 306:22
310:7
documentation
7:11 49:8 212:19
302:3,4
documents 8:18,21
9:10 22:21 24:15
27:7,13,20 28:2
28:13 41:13 46:23
89:19 105:24
doing 22:15 34:19
43:13 79:7,14
137:9 141:5 157:2
166:11 171:10

172:3 179:5 180:2
184:25 227:22
235:21 308:14
dollar 35:23 274:11
274:15 299:5,7
302:9 303:2,10,12
304:8 306:13,23
dollars 38:9,13
122:8,23 127:10
127:13 128:7
129:18 130:4,12
130:20 132:22
133:11 188:7
270:19
doubt 54:15
draft 191:20,25
draw 295:11
drops 276:14
DSA 129:5
Due 126:14 128:19
duly 4:21 315:7
duties 15:5 69:4,12

_____

**E**

E 2:17 313:8 314:3
315:2
Eagle 98:10,11
earlier 83:22 87:22
175:21 246:14
250:10 280:7
293:21
early 308:15
earn 76:25 123:22
300:14,19
earning 123:12
296:15,21
easy 223:24
ebglaw 259:25
Economic 128:22
effect 3:13 21:22
194:20 306:2
effective 275:6
effectively 28:12
77:11 103:9,10
204:3 232:25
either 13:6 19:17
19:19 20:10 29:9

29:17 126:10
159:12 198:13
207:21 221:15
229:18 230:19
255:18 258:22
315:10
elected 14:14
electronic 149:4
151:6
electronics 271:14
element 105:16
160:17 173:9
184:21 203:2
230:12 245:4,16
271:16,16
elements 96:2
176:3,5 245:5,16
245:20,22 296:7
311:3
email 25:5 26:2,10
26:14,25 28:23
51:17 56:18 61:10
61:11,15 83:18
84:23 86:15
161:12 162:6,25
163:4,12,18,20
201:14 259:21
emailed 230:25
emails 25:9,12,14
25:16,21,24 26:8
26:12,21,25
employed 147:3
152:6
employee 78:22
180:20 181:7
184:15 307:10
employees 75:20
96:18,20,22,23,24
employment 79:20
endorse 165:7
endurance 6:19
enforce 141:20
142:9 147:19
148:6 185:22
187:4 251:22
enforceable 305:5
enforced 256:5

engage 254:17
engaged 20:10
55:18 253:3
English 156:9,13
ensure 151:17
152:6 215:19
216:22 217:9
entail 69:19 228:3
enter 87:11 212:16
246:11 254:25
entered 101:6
251:11,20
entire 161:7,20
175:19 225:17
entities 43:2 73:6
79:9 118:4 119:10
119:23 121:3,6
123:21 132:11
138:4,6,10,11
entitled 43:4 62:5
87:17 92:8
entity 39:22 48:21
72:5 78:8 83:2
94:22 96:3 98:11
127:15,17 128:3
131:14 136:6,8,10
136:11,23,23
146:25 147:3
290:6,6
Epstein 50:5,7,11
259:25
equipment 100:14
100:16,20,21,25
101:5,9,18 103:4
103:11,22 104:2
105:2,12,16,17,19
106:3,14,20 107:9
107:11 108:2,3,8
108:13 109:6,10
110:11 111:11
113:6,25 120:14
121:3,6 124:15,16
124:22 159:10
212:13 214:2
220:14 222:22,23
223:2,3,4,5,12
225:16,19,25

226:3,7,10,15
260:15,22 261:2,6
261:13,14,24
262:9 263:3 264:6
264:9,20 266:5,13
266:16 267:3,7,15
267:18,20,23
268:7 269:5,5,8,9
269:15 270:18,21
270:25 271:3,12
271:17,19 275:5
275:23 276:4,8,18
277:17,21,24
278:4,8,20 279:4
279:4 280:3,17,22
281:9,11,16 282:4
282:8,13,24 284:3
284:7,7 296:9,11
**equipment's**
100:14 282:22
**equity** 9:16 11:6,9
11:12,16,18 12:3
12:8,22 13:11
14:4,8 16:9 36:21
36:23 37:4 39:25
40:11,14,20 63:2
**equivalent** 94:24
114:17
**ERRATA** 316:2
**ESQ** 2:7,12,17
**essentially** 94:24
163:10
**established** 74:10
**estimate** 12:20 37:8
38:8 106:8 118:23
131:9,11 137:8
144:22
**et** 1:4,7 4:6,7 316:4
316:4
**ETA** 149:3,5,7,15
149:17,19,21,23
150:6 151:3
152:10
**ethical** 17:16,19
18:13,18 19:7,14
20:17 194:4,16
**evaluate** 18:9 185:2

310:23
**evaluated** 18:20
20:17
**evaluating** 18:7
57:8
**events** 8:22 9:4
**everybody** 4:8
140:8
**evidence** 29:7,9,12
29:16 170:14
211:7 238:2
286:12
**exact** 12:12 101:9
101:10,10,19
108:25 109:6,7
202:24 250:10
269:8,9 279:5
280:2,4,20,21
281:20 282:3
295:4
**exactly** 46:20 68:2
78:6 82:7,10
98:13 125:2
**EXAMINATION**
5:2 313:3
**examine** 73:23
**examined** 4:22
**example** 250:16
277:13 282:12
**exceed** 264:13
**exceeds** 108:2
**exchange** 120:11
161:19 179:9,19
180:16 183:3
195:15,22,24
196:5,17
**exchanged** 140:19
**exchanges** 196:14
**Excuse** 182:2
304:20,23 305:10
**executive** 55:7
**Exh** 313:10,11,12
313:13,14,15,16
313:17,18,19,20
313:21,22,23
314:5,6,7,8
**exhibit** 42:4 186:10

186:14 200:16
232:18 259:20
293:16
**Exhibits** 313:25
314:2,10
**Exhibit-1** 54:7
**Exhibit-102** 247:22
248:5
**Exhibit-110** 199:10
199:15
**Exhibit-113** 207:15
207:17
**Exhibit-114** 186:7
187:11,14
**Exhibit-121** 247:9
247:13 254:10,16
257:22
**Exhibit-157** 293:9
293:11,13
**Exhibit-162** 148:20
**Exhibit-167** 274:21
277:4,6
**Exhibit-170** 284:12
284:14
**Exhibit-178** 161:4
166:16 195:14
**Exhibit-180** 259:11
259:16
**Exhibit-187** 24:21
24:25 30:14,15
199:17,23 200:4
203:21
**Exhibit-188** 25:4,7
28:4,15 201:9
**Exhibit-189** 42:10
45:8
**Exhibit-19** 124:4
**Exhibit-190** 46:14
46:16
**Exhibit-191** 51:14
**Exhibit-192** 54:5
**Exhibit-193** 56:9
56:11
**Exhibit-194** 61:5,8
62:11,13
**Exhibit-195** 62:2,4
62:19 122:4 124:5

126:13
**Exhibit-196** 66:16
66:18
**Exhibit-197** 68:15
68:18
**Exhibit-198** 77:23
78:2
**Exhibit-199** 82:16
82:18,20 84:16
**Exhibit-200** 83:15
83:17
**Exhibit-201** 86:8
**Exhibit-202** 87:15
87:17
**Exhibit-203** 92:4
**Exhibit-204** 232:16
232:19 233:5
**Exhibit-470515**
83:18
**exist** 98:14
**existence** 193:23
194:18
**expect** 30:20 123:8
190:22 239:13,16
239:24
**expects** 187:4
**expense** 125:13
**expenses** 34:7
120:14 299:11
300:10,12
**expensive** 263:2
**experience** 151:25
165:15 272:12
**experiment** 232:11
**expert** 243:24
244:2,9,17 245:4
245:15
**expertise** 238:6
299:20
**EXPIRES** 312:18
**explain** 33:20
79:21 82:19 93:22
99:14 105:11
217:22 227:10
242:16 275:3
280:2
**explained** 208:24

**explanation** 69:16
**explicitly** 215:17
217:10
**exploit** 151:24
**explore** 43:4
**exposed** 22:10
**express** 298:12
**expression** 157:23
**extensive** 100:10
100:13
**extent** 100:23
302:3 307:2
**extremely** 233:22
**eyes** 235:4

**F**

**F** 315:2
**face** 42:17
**fact** 94:4 107:24
153:9 166:15
196:21 198:25
221:3,16 230:11
237:5 260:10
301:12 303:2
**factor** 102:2 262:10
262:16 263:10,21
**factors** 281:8
294:23 295:22
302:24
**facts** 79:6,19
183:25 184:11
190:19 194:7
196:16 210:2
241:22 243:14,20
244:25 252:3
256:21 261:18,21
264:19 265:11
269:3 273:5,18
276:10
**Factually** 252:6
**fair** 7:9 75:6 104:17
104:21,25 107:25
109:2,5 110:9,13
110:18,22 147:19
158:8 272:24
273:13,24 274:8
279:3 280:5,8,16

280:19 281:8
282:3,7,12,14,21
283:4,5,11,16
284:3,4
**faked** 238:16
**false** 243:13,18
**familiar** 6:13
102:23 175:3
178:13
**far** 26:14,20 59:14
186:2 205:16
234:9
**Fargo** 91:24 93:7
93:19 94:2,7 98:9
**Farrell** 56:7
**fashion** 171:12
**Fast** 55:17,21,23
57:9,12,19 58:3,8
**fee** 23:20 24:5
30:12 31:9,13
32:6,14,15,21
33:11,11,23 34:4
34:5 35:4,23 36:7
125:17 203:25
204:7,13 220:24
221:4,10,15,18
226:14 293:21
294:12,17,21
295:5,12,14,15,16
295:17,23 297:16
297:21 298:2,15
298:23 308:13,17
308:22 309:3,7,18
310:6
**feel** 161:17 164:10
171:14
**feeling** 194:3
**feels** 109:11
**fees** 32:24 117:20
126:2 294:13
296:16 297:5
299:6,10
**felt** 112:25 165:9
**FFUK** 83:23 85:18
**FG** 78:5,7,13,17
79:14,22 80:11,13
81:2,7,10,12

**fifth** 211:5
**figure** 113:18 225:5
269:18 274:24
275:8
**file** 138:21,22 296:8
296:10
**filed** 7:8 249:6,14
**files** 27:22,25 42:22
137:21,24 290:7
**filing** 3:5 23:20
24:6 33:24 34:6
139:2,4 249:16
250:6 294:13
296:5,6,16 297:3
297:5,21 298:2,15
298:23 308:17
309:2,7,18
**fill** 214:22
**filled** 139:23
**finally** 64:22
**finance** 72:4 93:7
93:19 94:4,5,8,10
132:10 284:21
**finances** 119:22
135:10 137:10
**financial** 59:19
60:6 62:7,19
65:12 66:20 67:4
67:12 68:19,22,25
98:8 135:5,8,21
136:14,16,24
137:3 138:15
271:20,23
**financials** 61:14
62:14 136:21,22
292:7
**financing** 60:17
227:17,23 291:23
**find** 38:20 39:6
66:13 75:3 147:17
168:18 216:8
268:12 270:10
290:17 294:6,11
**finds** 302:9
**fine** 5:5 34:21
35:11 36:19 41:24
43:24 75:11,18

106:22 159:25
166:19 168:11
182:8 200:12
262:25 283:9
289:7 302:25
**finish** 6:23 37:12
94:18 140:11
150:14 211:14
231:7 245:11
305:10
**finished** 6:24 68:6
**FINKELSTEIN**
2:4
**fire** 15:14,20
**first** 4:21 7:3 14:25
24:15 39:21 40:11
40:15,20,22 41:4
41:6,9 44:17,23
45:2,5,9,11,15
46:7,11,18 47:8
47:10,11,13,14,16
47:19,22,23 48:24
49:5,10 50:8,14
51:23 55:19,20,24
58:3 64:11 113:3
113:4,14,15,16,23
114:17 124:6
129:18 161:11
162:5 186:10
199:22,25 200:12
200:19 201:3
235:11 236:21
254:9 260:6
277:10 285:6
302:8 303:22
**Firstly** 139:12
**five** 93:24 224:10
305:2
**five-minute** 77:17
**flippant** 197:3
**flow** 44:23 74:9,11
81:24,25 82:3
**flows** 124:14
**fly** 217:20
**folded** 231:9,12
232:8,20,23 233:2
234:15 314:8

**follow** 153:19
173:16
**following** 84:4
151:3 154:7 178:2
272:23 275:15
**follows** 4:22
**food** 133:17,19
**force** 3:13 297:12
**forces** 297:19
**Forester** 82:24
83:6 85:19,20
131:13
**forever** 164:8
**forged** 144:13
145:15,20
**forgeries** 146:5,5,8
146:10
**forgery** 145:24
172:12 188:9,12
241:14 245:6,8
**forget** 20:12,22
196:17
**Forgive** 8:6
**forgot** 305:23
**form** 3:9 30:7 35:2
98:24 207:18
215:15
**formal** 116:10,11
**formation** 134:24
**formed** 98:12
249:19
**forms** 99:4 214:5
214:12,16,21
215:2,9
**forth** 74:9,11
139:23 315:7
**forthright** 194:17
**Fortress** 44:23
**forward** 244:19
288:23
**forwarded** 292:15
**found** 18:24 19:3
19:12 134:16
**founded** 18:7,10
**four** 189:22,24
190:11,14 201:4
205:4 211:4

225:18,19,25
230:10,18,23
232:9 233:24
234:13 235:5
236:17 268:13,20
269:6 275:12
276:7 288:25
289:9
**fourth** 235:10
**fraud** 20:21 172:12
**free** 161:17
**Friedman** 1:20
150:13 315:3,19
**front** 30:5 55:7
204:14 218:11
233:7 306:13,22
307:11,23 308:2
308:13 309:19,25
310:4,7
**full** 192:13
**fully** 111:14 200:9
**function** 33:12 34:7
134:12
**functionality**
271:18
**fundamental** 98:18
**fundamentally**
140:2
**funding** 100:12
126:16,22,24
127:9 128:17
129:25 130:4
131:13 132:5
**funds** 39:21 40:12
40:15,20,23 41:4
41:6,9 44:17,23
45:2,5,9,11,15
46:8,12 47:8,11
47:11,13,14,16,19
47:22,23 48:24
49:6,11 55:19,20
55:24 82:21,22
85:6 129:18
**further** 3:8,11
191:7,13 315:10

---
**G**
---

**gain** 125:3,9,11,15
126:10
**game** 267:2
**gathered** 310:22
**GCN** 58:17 81:18
81:22 118:13,14
119:14
**GELA** 131:23
**GELM** 132:17
**general** 6:6 27:16
27:17 175:23
176:18 185:21
188:20 190:15
191:14,20,25
192:17 193:23
194:18 221:20
226:3 228:5,13
239:2 251:21
291:9,17 292:15
293:2,17 297:10
297:11
**generally** 42:11
89:16 99:21
104:22 105:2
110:3 124:19
175:11 227:8
287:5 290:18,22
296:11 303:3
**generated** 127:12
266:7
**generic** 282:24
**generically** 273:21
284:7
**genuine** 146:15,19
193:16
**geographic** 213:24
280:5,21 281:21
**getting** 61:10
158:23 159:2
163:17 179:9
192:16,21 253:23
291:23
**gist** 152:21
**give** 7:6 8:14 12:20
27:7 69:11 127:9
129:17 131:8,11
166:5 178:7,8

180:6 182:13
184:15 222:12,15
239:23 244:24
245:2 250:16
254:17,23 258:17
**given** 28:14 53:8
233:23 260:14
270:16 276:8
294:17 315:9
**giving** 117:20
130:3
**globally** 115:14
**go** 6:12 26:14 35:10
35:22 47:2 54:21
66:14 77:16 85:6
87:25 91:5 103:10
111:18 116:8
122:3 123:2 124:4
124:5 129:4,16
137:9 139:17
150:16 153:4
162:5 176:3 186:9
192:11 199:21
211:2 227:13
238:20 244:19
245:14 247:23
248:4 250:17
251:21 266:10,15
267:7,17 268:9
270:9 275:5 276:5
276:13 281:8,15
285:16 288:11
290:5,18,22,23
294:11 295:22
296:7
**goes** 100:6,9 120:13
139:13 239:3
281:10 291:3,3
**going** 6:21 22:14
24:17 25:4 35:12
36:3 38:15 41:22
42:3,11,16 43:21
44:16 46:15 51:16
54:6 56:10 58:2
61:7,7 62:3,4
66:17,17 68:17
77:25 83:16,16

86:9 92:6 93:20
106:9 139:24
152:20 161:15,18
161:21 165:21
167:22,25 185:15
192:21 194:6
195:14 196:7
197:4 198:12
214:22 220:25
228:9,13 233:5
251:10,11 262:15
263:9,14,19
267:19 273:8
285:5,11 295:7,9
298:14 299:25
311:24
**Gold** 98:10,11
**Goldman** 58:22
**good** 4:2 7:2 22:15
133:12,15 141:7
164:4,5 229:10
237:25
**gotten** 192:3
**governmental**
172:15
**governs** 189:20
**granted** 187:12
191:6 194:19
239:10
**granting** 246:10
254:12
**greater** 107:8,12,13
108:9
**Green** 126:16,22
126:24 127:9
**grid** 100:7,7
**gross** 16:11 17:6
121:12,14 130:23
**group** 53:16,22
55:4,9 72:4 87:12
91:10,13 93:7,19
94:4,5,8,10
128:22 141:3
250:22,25 251:9
251:13,19,22
252:17,20,25
253:8,12,16 254:2

254:3,3
**Growth** 128:22
**guarantee** 256:6
257:23
**guaranteed** 100:19
**guarantees** 256:2
289:18 290:2
**guarantor** 256:11
290:7 291:4,10,19
**guarantor's** 263:11
**guess** 79:6 83:10
93:20 157:2 158:6
164:25 171:12
176:19 197:3
259:25 285:11
310:14,16
**guidance** 51:12
**guys** 51:11 233:20

**H**

**H** 313:8 314:3
**Haggerty** 78:3,12
79:8,14
**Haggerty's** 78:18
79:20,22 80:11
**Hahn** 112:24
113:18,21 141:3
162:2,18 163:21
164:10,17 165:9
169:25 170:15
195:15,25 196:25
**Hahn's** 169:4
170:22
**half** 231:9,12
232:20,23 269:6
314:8
**halt** 38:15 171:22
**hand** 42:3 46:15
51:16 54:6 56:10
61:7 62:3 66:17
68:17 77:25 82:17
83:16 86:9 87:16
92:6 148:19 161:3
186:6 199:9
207:14 233:5
234:21,23 235:2
247:8,21 259:10

274:20,21 277:3
284:12 293:8
315:14
**handed** 150:5
199:11 259:15,19
**hands** 216:13
**handwriting**
243:24 244:2,9,17
245:4,7,15
**happen** 144:20
145:22,23 154:2,6
159:8 231:19
240:6 266:24
**happened** 147:17
168:18,25 183:15
**happening** 153:24
**happens** 76:22
95:10 120:10
144:9 145:5
**happy** 100:25
**harass** 37:14
**harassing** 43:18
**hard** 6:22 22:4
158:11 159:19,20
223:19 269:18
**head** 72:3 108:15
115:2 118:22
122:17 148:9
154:22 163:9
220:8 237:20
**healthcare** 132:9
132:10
**heard** 157:23
**held** 1:18 47:8
123:14 234:23,25
**helpful** 288:18
**hereto** 3:4
**hereunder** 211:8
**hereunto** 315:14
**Hi** 86:16
**high** 21:23
**higher** 22:11 102:4
102:18 121:6
**higher-end** 263:5
**highest** 17:18 152:7
**highly** 232:2 233:9
**hire** 15:14

**hired** 65:23
**historical** 297:20
**historically** 203:11
286:18 301:3,12
301:13
**history** 192:25
297:24
**hitting** 171:22
**hold** 79:8 106:9
150:15,18 185:15
234:20 235:7
**holder** 83:4 127:2
130:2 131:16,17
**Holdings** 82:25
85:20
**holds** 83:2
**home** 27:22,25
138:14
**honest** 19:7,14
**honestly** 96:25
151:4
**hours** 8:2 43:25
44:4 217:22
**house** 138:2,3,7
**housed** 224:8
**hundred** 270:19
**hundreds** 201:25
202:2 213:17
270:11 293:14,14
**hypothesizing**
235:19
**hypothetically**
19:23

**I**
**idea** 12:21,21 52:7
81:5 85:9,12 87:6
103:16,20 122:16
215:16 286:5,16
300:7
**ideas** 228:7
**identified** 36:23
186:10
**identify** 142:15
**if's** 245:7
**IGF** 99:12
**ignore** 20:2 188:4

**II** 250:25
**III** 251:10,19
253:12 254:3
**illegal** 182:20
**implication** 47:25
48:2
**implications**
274:13
**implies** 110:9
169:16
**imply** 104:25 158:8
**implying** 47:21
**important** 89:25
231:16 252:10
**impose** 299:6
**imposed** 209:14
**impossible** 235:3,6
**impractical** 217:24
**impression** 195:18
**improbable** 233:9
**improper** 182:21
**inappropriate**
165:2 242:25
300:15 305:15,18
**include** 15:17
307:22
**included** 32:2
124:22 166:16
293:16
**including** 181:9
**income** 16:11,18
17:6 76:20 122:8
122:13,19 123:16
124:6,7,8,19,23
125:18 126:10
**inconclusive**
244:10
**Incorporated** 4:7
87:11 90:12
**incorrect** 199:4
260:17 262:8,12
**incur** 205:19
211:17 299:11
**incurred** 33:13
34:7
**independent**
146:25 233:19

**independently**
282:25
**Index** 1:3 313:2
**indicate** 74:4
240:24
**indicates** 229:18,19
**indication** 44:15
229:8 230:11
239:17,25 240:11
**indicator** 228:23
229:23 230:2
**individual** 21:8,8
43:5 63:22 101:22
115:8,17 129:10
165:22 167:7,22
168:15 193:6
237:11 241:5,8
245:18 246:22
254:12,17,24
256:10 257:2
264:9 280:10
281:5 292:17,25
**individually** 271:18
**individuals** 24:6
41:8 53:8 69:25
70:4 168:18
**induced** 280:15
**industries** 282:10
**industry** 55:19
110:21,23 139:14
139:15,18,19
151:12 172:21,24
173:3 221:21
224:25 225:8,10
272:12 282:8,9,9
282:23
**inform** 206:10
212:15
**information** 21:24
59:2 85:22 137:3
138:15 139:22
140:16,19 145:16
172:25 173:12,19
174:24 175:24
176:11 178:9,21
183:2 194:9 212:9
214:9 224:3 248:8

249:12,19,25
250:5 256:22
269:19 288:9
297:20 301:9
310:18,20,22
**informed** 206:7
209:2,7
**initial** 228:15,19,22
236:11,25 237:8
260:8,10
**initialed** 228:22
233:24
**initialing** 234:5
**initiation** 280:9
**injected** 189:25
**inquiry** 161:18
**inside** 306:11
**inspect** 51:8
**installed** 100:15
**instance** 148:14
**institution** 271:21
271:24
**instruct** 41:22 43:9
160:4
**insurance** 203:24
204:7,13 205:19
206:3,8,20 207:9
207:10,22 208:11
208:16 209:15,18
209:20 210:5,8
211:3,6,8,17,20
211:24,25 212:6
212:11,14,16,18
215:14 216:24
219:9 220:2,3,13
220:18,22,25
221:4,11,18 302:2
302:4 307:13
**integrated** 112:14
113:5,24 114:8
**integrity** 99:10
152:7
**intelligent** 238:8
**intend** 196:11
**intended** 32:3
37:14 77:11
**intention** 77:6

155:5,9 200:22
**interact** 70:3,6
146:11 227:11
231:20
**interaction** 153:17
153:20 228:4
**interest** 18:6 82:11
**interested** 144:24
200:19 315:12
**interests** 65:12
**interface** 152:17
**internal** 111:5
202:11,13,16,19
283:14 296:5
307:8
**internally** 192:2
266:7 297:15
**internet** 17:21
18:22 270:10
271:17
**interpret** 164:16
197:17,23 198:8
**interpretation**
164:20,22 166:17
198:4,5 255:3
304:18
**interpretations**
198:2
**interpreting**
166:16
**interrupt** 68:5
**interruption** 131:3
**introduce** 4:8
**invalid** 308:4
309:10
**invest** 78:9
**investigate** 145:2
147:15 154:13
196:25 245:6
**investigates** 145:12
**investigating**
245:17,18
**investigation**
241:14
**investment** 78:8
88:17 132:4
**involve** 219:5,8

**involved** 6:9 41:9
45:15 46:7,11
53:9 76:10,13
81:12 83:13 91:18
135:21 143:22
153:9 163:11,11
188:9,12 192:14
202:7 227:13
246:8 266:9
291:21,22
**involvement** 81:7
83:6,12 95:21
126:21,23
**involves** 93:6
**involving** 53:4
88:16
**ironclad** 197:21
**irrelevant** 41:16
44:2,5 300:22
**irritated** 6:25
**Isaac** 223:9,11
**ISO** 19:3,12 20:9
20:11,21,21 53:20
129:6,8,10 140:22
141:21 142:7
153:16,17,19
154:7,15,20
157:14,16 158:13
160:12,17,20
164:13,24 169:12
169:14 171:5,10
172:9 213:21
271:23
**ISO's** 19:6,16
128:16,16 141:18
152:20 153:6,9
157:5 160:4
165:10 170:5,12
170:18 172:3
213:23 214:12,18
214:22 308:16
**issue** 215:21 216:24
219:7 246:3
306:23 308:13
310:23,24
**issues** 151:13
184:12 219:11

221:17
**item** 124:21,23
296:12
**items** 219:13

### J
**J** 2:1 3:1 4:1 5:1 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1

128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1

269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
**Jane** 56:4,24
135:20
**January** 54:8
**Jay** 1:18 4:14,20
51:23,23,24 52:3
52:15 53:3,7
83:22 84:3,8
86:17,20 162:6
239:14,16 312:14
313:4 316:5
**Jay's** 84:2
**Jeff** 63:10 70:16
83:19,22 86:16
91:9,12 135:19
136:12,13 163:5
284:25
**Jennifer** 8:7,8,9
**Jerusalem** 82:6,12
84:4,22,25 85:7
85:23 134:6
**JL** 129:25 130:3
**job** 1:25 22:15
192:16 306:12
**Joe** 202:15,18
**Josephine** 8:6
**judge** 43:10
**judgment** 182:7
193:9
**judgment's** 43:7
**Judson** 248:9,14,16
248:16 254:11,18

254:25 256:2,6
**June** 83:19
**jurisdiction** 296:10
**jury** 99:14
**justify** 267:18

### K
**keep** 26:11 51:20
137:2,2,5,18
273:13 294:14
**keeping** 65:11
**keeps** 55:11 123:11
171:21 294:16
**Keith** 2:7 4:10
**kept** 10:21 51:5
137:24 138:2,3,3
138:4,8,15,16,19
**key** 179:14
**Kincheloe** 10:24
15:17,20 76:7,8
76:10 162:14
284:25
**kind** 15:20 16:23
26:2 60:17 78:24
82:20 115:4 116:7
117:22 127:3
183:9 186:11
188:13 189:8,8
195:24 196:5,14
223:5 226:23
227:12 240:14,21
291:23 294:7
306:10
**kinds** 214:3
**knew** 20:20 33:10
67:21,24 153:24
170:4,12,14,15
207:25 242:24
243:2 257:19
**know** 6:20 7:8 9:21
10:3,8,17 13:4
18:5 22:4 24:11
26:16,22 28:6
30:8 31:13,19
36:3,6 39:4,14
45:12 47:14 48:13
50:22 51:11 52:2

54:25 55:5 56:8
59:2,12,12 60:11
63:6,7 65:23
66:15 68:4 73:25
74:21 75:24 76:3
76:8 78:11,19
79:10,12,25 80:8
80:12,22 81:11,15
82:14 85:5,8
87:10,14 88:14
89:10,12,25 91:4
91:16 94:12 96:20
96:21 97:3 98:3
103:15 107:3
111:8 118:19
123:7 127:11,23
128:9 129:3,4
130:7 133:14
134:11,12,13,25
136:19 142:5,15
143:24,24 144:21
147:20 148:4
156:12 159:17
165:3 167:18
168:23 171:2,2
172:3 174:8
175:14,16 176:2
178:16 184:3,5
190:16,19 191:10
191:23 194:2,12
197:25 198:11
200:3 201:8
202:24 203:14
205:9,12 206:6,8
207:3 208:20
213:6,15 214:15
220:6,17 221:14
222:17 223:6,7,8
223:10 224:21
225:22 227:8,11
231:14 233:7,10
233:18 234:24
235:22 237:18,19
238:3,5 240:13,13
240:19,20 243:5
246:9,18 247:3,4
247:6 249:4,19

250:8,13 252:2
253:10,14,14,18
258:2 259:3
264:10 265:10
269:14,25 275:10
275:22 283:3,19
284:18 285:2,15
286:3,7 287:6
290:14 291:15
294:14 296:13
297:9,10,25 298:9
298:10,14 303:18
305:6 308:9 310:6
311:12
**knowing** 214:8
230:20
**knowingly** 173:22
**knowledge** 9:5
36:12 142:7
145:18 151:25
185:9 221:19,20
221:21 248:15
273:5,18 300:23
303:11
**known** 93:20
139:19 154:2,6
257:9
**knows** 216:23
217:4,9 242:14
**Kravic** 52:21 53:5
259:21,23
**Krieger** 46:10
52:20,23 53:5
70:14,16 76:6
97:4 98:6 116:5
140:5 141:6
162:20 195:11
202:11 214:10
246:7 308:11
**Krieger's** 115:9
214:18,23
**Kulangroth** 59:22
59:24 70:16
162:22 285:2
**K-i-n-c-h-e-l-o-e**
11:4
**K-u-l-a-n-g-r-o-t-h**

60:3
_____
**L**
_____
**L** 2:7
**lack** 151:24
**language** 34:24
35:6 200:6,9,22
209:25 232:21
**large** 276:20,22
281:7
**LaSalle** 82:4
**late** 112:22
**law** 179:21,25
180:3,11,21 181:8
181:11 182:15
**lawful** 184:24
**lawsuit** 7:4 172:7
193:24 242:22
244:19 249:5,14
249:14,16 250:6
252:18,21,22
253:20,21,25
**lawsuits** 172:13,14
172:19
**lawyer** 65:23
154:24 155:8
160:14 192:12,13
195:10,11
**LDW** 207:11 210:8
211:17,21,24
221:15
**lead** 172:13
**learned** 216:23
**learns** 147:10
**lease** 21:25 22:21
23:11,20 24:11
29:20 30:11 31:2
31:8,12,20 32:2
33:13,22 34:3,8
52:10 72:4,6 77:7
93:7,19 94:3,5,8
94:10 98:19,24
99:4,7,8 100:6,8
100:16,18 101:3,6
101:6,17 104:10
104:23 106:2,11
106:20,24 108:13

109:15 110:16
111:2 117:23
119:21 121:21
123:12 124:7,23
126:10 127:4
139:22 141:20
142:10,14,17,18
142:23 143:14,16
144:13 145:20
146:14,19 147:19
148:6 154:24
155:6,10,15,25
160:14 165:3
171:12 185:13,15
185:16,21,22
186:2 187:3,4
188:2,10 189:3,18
189:19,19 190:11
192:11 197:10
199:18,20 200:5,8
200:10,21 201:2,3
201:6,8,18,19,20
201:20 202:4,8
203:15 204:14,18
205:2,3,4,7,11
211:19,20 212:3
212:10,16,17,18
213:21,22 214:5
215:2,8 217:5,6
217:21,23 218:11
218:15,21,22
219:16 224:4
225:15,17,18,21
225:21,22,24
226:2,6 228:9,14
228:16 230:22
231:3,5 235:10,15
236:11 237:24
241:6,8,15,18
244:17 245:18
248:9 249:21
258:7 261:2,16
263:20 265:6
266:13 267:16,23
273:23 274:7,12
274:16 276:19
277:18 279:5,16

279:17 283:6,17
284:2 294:17
301:17,20 309:19
309:25 310:4
**leased** 109:13
111:11 214:3
277:20
**leases** 34:25 73:13
76:23 77:12,14
83:4 86:4,16,24
94:2,5,22 97:19
98:16 100:2
104:20,24 117:10
118:3 119:2,8,19
120:4,11 121:17
123:15,22,23
124:8,13 125:5,8
127:6 139:10
141:8 148:12,16
158:20 163:12
192:10 201:23
204:11,12 209:6
212:24,25 213:3
213:11,12,18
214:18 221:23
225:19 230:24
231:19 244:4,11
247:18 256:3,18
257:7 264:12
265:3 274:11
281:22 289:19
294:14 295:5
**lease-by-lease**
115:18
**leasing** 1:7 4:6,15
5:17,20,23 9:14
9:17,19,21 10:6,8
10:15,21,23 11:7
11:10,13,16,19
12:4,23 13:15,17
13:20,22 14:5,18
14:21 15:2,5,23
16:4 17:13,15,22
17:25 18:13,18,22
19:5,13 20:2,9
21:12,22 22:6,10
23:19 24:5,11

27:23 28:22 30:7
40:23 42:18,20,23
42:23,24 45:14
49:14 50:8,14,17
51:9 52:3 57:2,4,6
57:8,19 58:2,8
59:19 62:6,20,23
63:5,12 65:18
66:21 67:5,13,18
67:21 68:20 69:5
69:12 70:20 71:17
71:23 72:12,13,15
72:19,23 73:2,12
74:13,14 75:21
76:23 77:7,13
78:13,22,23 79:15
80:10,14 81:2,4
81:12 86:5 87:5
87:11,12,23 88:13
89:2,6,22 90:2,12
90:18 91:3,7,10
91:13,18,22 92:8
93:6,16 94:21,23
95:3,4,12 96:4,10
96:24 97:19 98:10
98:11,20 99:22
100:3 105:25,25
108:23 109:25
111:12,15 112:3
112:12 114:13,16
116:21 117:3,8
119:3,9,18,20
120:2,4,11,17
121:20 122:14
123:11,14,22
124:9,13,15,16
127:14,19,21
129:10,13,17
130:3,13,24 131:5
133:7 135:23
136:3,11 138:4,7
138:13,14,16,20
139:8 141:7,9
144:3,12 145:19
146:4,15 147:7,10
147:12 149:5,15
152:19 153:21

154:10,24 155:6
157:7,10,13 159:9
161:13 165:6
167:15 170:11,12
172:5,8,12 173:3
174:5,15,16
177:25 178:4,5,23
179:8,18,25
180:12,16,20,25
181:7 182:12
183:10 184:14,20
187:2,3,8,15,17
189:6,21 190:24
191:3,5 192:3,12
193:5,21 195:2,18
196:20 198:19,25
201:23 202:4,6,14
202:17 204:11,12
205:19,25 206:2
206:23 209:21
210:4,15,16
212:17 213:12
214:6,12,16
215:13 216:19,22
222:5 223:13,19
224:18 227:11
228:18 229:12
231:17 236:10
237:16 241:4,6,14
241:19,25 242:3
242:14 243:2,4,11
243:24 244:3
246:2,22 247:17
249:20 250:19,20
250:22,25 251:9
251:13,19,22
252:17,20,25,25
253:8,12,16,24
254:2,2,3 256:8
256:16,17 261:6
261:14,23 264:12
265:3,5,15,16,19
266:4,10,12,15,19
267:7 276:2,17
277:7 280:3
285:22 287:8
288:25 289:2,3,9

289:17,25 290:5
290:18 291:2,10
291:14 292:14
296:15 297:25
298:13 306:11
307:9 309:6 316:4
**Leasing's** 19:6
22:21 42:22 68:22
99:15 118:15,18
138:24 139:10
157:13 175:19
185:14,21 186:2
197:10 217:8
266:6 273:23
**Leave** 262:25
**leaving** 300:9
**left** 125:14
**legal** 58:24 74:15
135:3 156:15
159:5,6,14,17
194:23 235:14
241:7,17 242:5
256:14 259:9
283:4 299:20
304:14,18,19
305:2,8,21 306:3
306:24 309:2
**legally** 305:3
**legitimate** 43:14
174:25 177:15
178:21
**legitimately** 177:5
**Len** 83:25 84:11
128:23
**Lena** 52:20 53:5
259:21,23
**lender** 44:16 53:19
128:16,18 287:9
**lenders** 117:17,18
286:15,17,22
287:4 288:9
**lending** 285:12
**lends** 132:10
**lengthy** 142:13
**Leonard** 13:24,25
63:18
**lessee** 32:6 36:8

100:10,11,12,24
109:10 185:13,20
185:25 189:22
190:2,7 192:21
204:17 211:5,20
211:23 217:21
221:21 280:11,12
280:14 299:9
302:20
**lessees** 109:8
192:23 213:24
308:4
**lesser** 210:15 211:7
211:16
**lessor** 211:9,11
**letter** 54:7,16,19
84:20 206:11,12
206:16,17,18
207:6 208:14,17
208:19 215:24
216:7 255:12
**let's** 25:3 45:18
81:22 106:6,6
111:18 116:8
142:16 167:3
186:12 192:20
210:25 226:16,24
231:13 232:11
241:13 247:23
249:4 263:8 275:2
279:14 282:12
295:11 302:25
**level** 152:7
**leverage** 182:21
**Lexington** 1:11
2:15
**LFG** 72:9,11,13,15
72:18,22,25 73:13
73:15,17,20,23
74:14 75:21 76:11
76:14,23,25 77:7
77:7 94:24 95:3
97:8,20 98:12,19
119:19 121:5
214:6
**LFG's** 74:5
**liens** 94:3

**life** 34:8
**light** 256:17
**likelihood** 216:5
233:16,21
**limited** 87:18
190:11,14
**line** 124:20,22
197:12,22 245:5
272:14 296:12
314:13,14
**list** 86:16 204:12
**listed** 56:20
**Listen** 43:8
**listing** 137:13
**listings** 293:15
**lists** 139:14 277:13
**litigation** 25:20
26:24 27:8
**little** 64:6 105:22
118:25 200:7
206:24 207:4
225:11 230:7,13
275:2 278:15,17
281:18
**live** 187:8
**LLC** 39:21 47:11
47:13,17 48:14,17
48:25 49:6,11
53:23 82:6,12
84:5 94:10,12,16
126:16,22,25
127:14,22 128:17
131:13,23,25
132:5,17 134:7,23
**LLP** 2:14
**loan** 88:16 91:22
**Loans** 258:6,14,18
258:22,25
**locate** 168:25
**located** 45:13
138:22 167:24
**location** 74:3 267:4
271:2,4 280:5,21
281:21 282:20
**locations** 106:14
213:24
**lodged** 18:21

**long** 7:24 39:8
  49:16 133:17
  227:19,21 245:5
  247:2 290:14
  291:13 296:4
  297:24
**longer** 97:12
**look** 27:25 28:4,12
  28:20 31:10 36:19
  52:6 54:18 66:14
  105:21 124:24
  131:21 132:23
  167:3 187:11
  199:23 200:25
  201:11,14 210:24
  210:25 228:11
  231:17 252:8
  253:22 288:17
  300:22 301:8
**looked** 84:15
  149:21 150:2
  199:18,20 225:5
  245:5 300:25
  310:9
**looking** 31:5 60:17
  235:3 263:19
  289:6
**looks** 56:22 82:22
  88:9 89:7 92:14
  105:15 164:15
  187:21 260:5
  278:22
**losing** 224:18 225:2
  297:12
**loss** 22:11 77:3,4
  125:25 203:7,17
  204:4,17 205:8,11
  205:20 207:22
  208:10,15 209:13
  215:14,20 216:23
  219:6,21 220:7,21
  222:4 223:14,20
  224:12,18 303:3
  303:23 304:7
  306:13,22 307:14
**losses** 125:24
**lost** 223:3

**lot** 17:24 22:20
  25:14 124:19
  192:19 298:2
**loud** 200:2
**low** 225:5 233:17
  233:22
**lower** 102:6,18
  175:7,11,24
  226:12
**lunch** 133:15,18,25
**L.P** 87:9,19 88:17

---

**M**
**machine** 222:5,6,8
  222:13,16
**Madison** 2:10
**Magyiari** 248:11
  248:17 254:24
  255:13 257:22
  259:6
**mail** 216:8,9,12
**mailed** 206:18
**maintained** 137:20
**maintains** 140:3,6
**majority** 36:16
  221:9,14 231:24
**making** 152:21
  170:20 214:11,25
  236:2 287:8
  299:15
**manage** 69:24
  70:23 71:10 74:8
  115:10 121:21
  136:24 137:10
**managed** 73:6
  115:4 135:2
**management** 15:6
  69:18 72:12 73:6
  76:11,13 90:4
  95:12 292:3,6
  294:22
**manager** 47:5
  48:14,16 246:5
**managers** 70:11
  246:6
**manages** 72:11
  95:11 115:19

135:4,9 136:14,16
  140:8 145:12
  203:3
**managing** 69:21
  75:21 95:13
  115:13 213:10
  215:8
**manner** 19:14
  43:12
**manufacturer**
  109:25
**manufacturer's**
  109:19 269:14
**March** 46:17 260:4
  287:3
**margin** 121:9
**mark** 24:17 25:4
  61:8 62:4 66:18
  83:17
**marked** 24:20,25
  25:7 42:3,10
  46:14,15 51:14,16
  54:5,6 56:9,10
  61:5 62:2 66:16
  68:15,17 77:23
  78:2 82:16,18
  83:15 86:8,9
  87:15,16 92:4,6
  232:16 259:16,20
  278:8,10
**market** 104:17,21
  104:25 105:3
  107:25 109:3,6
  110:9,10,13,14,18
  110:22 261:3,7,15
  264:11 268:10
  272:24,25 273:13
  273:14,24 274:8
  277:25 279:3
  280:5,8,16,19
  281:8 282:3,7,13
  282:14,21,24
  283:4,6,11,17,22
  284:2,3,4 297:19
**marketer** 271:25
**marketing** 233:22
  264:20

**marketplace**
  260:22,23 275:16
  276:2,3,4,5
  282:15
**markets** 265:13
  278:2
**marred** 160:7
**marriage** 315:11
**material** 99:6
  142:8 310:15,19
**materials** 51:5
**Matt** 56:7
**matter** 6:8 19:7
  35:12 184:5
  225:18 263:24
  315:13
**matters** 251:6
**maximum** 108:22
  264:24,25 265:6
  266:3,7 279:23
**MBF** 94:21 95:3,6
  95:8,11,13,14,18
  95:21,24 96:5,9
  96:12,14,16,23
  97:5,11,20 98:12
  98:19 119:19
  121:5 214:6
**mean** 26:17 48:16
  50:23 68:5 80:25
  82:2 104:18,21
  117:19 129:7,9
  138:9 142:21
  154:18 156:13,22
  156:23 207:3
  214:16 219:3,10
  226:5 229:5
  231:16 254:7
  260:23 289:15
  309:14 310:12
**meaning** 110:23
  111:5 169:6
**meaningless**
  218:19
**means** 31:4,6 43:9
  48:13,22 81:5,21
  81:23,23,23 87:6
  93:23,25 118:20

144:9 157:2 158:6
  161:21 163:17
  195:5 214:17
  226:6 255:9 258:3
  269:25 276:22
**meant** 171:6,16,24
  269:23
**meet** 7:13 8:3 88:13
**meeting** 8:9 14:17
  14:18,20 15:19
  88:5
**meets** 273:24
**Melinda** 199:15
  201:2,3 203:15
  204:18 205:7,10
  205:12,14 207:17
  218:11 225:12
  303:13,21
**Melman** 139:7
**member** 53:22
  149:5,7,15,17
**members** 14:7
  47:10 49:5 94:12
  94:16 127:21
  151:4,10,15 152:4
  152:10
**mention** 190:25
  202:12 203:16
  207:8,10,11,21
**mentioned** 30:25
  112:25 140:3
  187:22 203:19,21
  280:7
**mentioning** 280:11
**mentions** 203:17
**merchant** 77:8,9
  101:7,11,11,18,19
  101:23 103:3,9,10
  104:3,6,8 111:14
  112:15 129:5
  141:21 142:8,16
  142:19,21,23
  143:13,20 146:11
  146:25 147:11,21
  151:11 152:12,13
  154:23 155:7,11
  155:16,20 156:2,5

157:3,13,15,17
160:13,21 165:2
171:11,19 185:24
189:2,3 192:10
206:7 210:8
215:18,20 216:22
222:11,18,21,23
223:2 228:22
229:23 230:3,9
235:19 236:11
237:13 260:13,20
261:5,25 265:13
265:24 266:3,8,8
267:4,6,22 268:6
268:8 270:9,17
282:16,18 283:3
302:3 307:13
**merchants** 33:10
111:11 139:10
141:8 145:10,10
146:21 147:8
151:6,11,16,18,22
151:25 152:17
153:4,20 157:6
158:14,19 161:2
165:7,10 170:5,13
195:18 197:8
198:20 231:18,21
236:17 280:10
298:14
**merchant's** 101:25
271:2,4 282:20
**mergers** 113:24
**message** 208:9
**met** 7:15,20
**method** 216:21
217:3,10,15,19
218:2,3 233:22
**Mezei** 13:24,25
14:4 63:18 84:13
84:14 90:23
128:23
**Michael** 79:20
**migrated** 226:13
**Mike** 78:3,12,17
**Milberg** 50:12
**million** 38:9,13

83:24,25 122:8,23
122:23 127:9,13
128:6 129:18
130:4,12,20
131:12 132:22
133:10
**million-dollar**
88:16
**mind** 112:23
117:17 119:17
193:14 218:6
**minority** 141:15
216:9,10 231:2
**minute** 50:25
**minutes** 75:14,17
88:6,20 226:18,20
305:3
**misconduct** 188:13
**mislead** 166:5
**misleading** 166:15
**misrepresentation**
143:13 144:4
147:24
**misrepresentatio...**
142:8,12 147:20
148:17 172:13
**misrepresented**
142:13 147:11
**missing** 21:24
**mission** 19:5
**mistake** 26:9
174:14 176:16,16
177:6,8,15,17,18
**misunderstanding**
293:13
**mode** 216:6
**model** 275:10,22
**modify** 265:20
**moment** 37:23
**money** 13:9 22:7
44:17 45:3 63:5
76:22 85:13
101:12,20 102:5
102:13,17 103:2
123:13 131:4,19
132:12 174:6,15
179:9,19 180:6,16

181:2 182:21
183:4 184:16
219:6,9 224:18
225:2 260:13
267:22 297:4,11
**moneys** 178:23
181:9,9,10
**month** 106:2,7,11
106:20,24 108:14
108:18,20 121:25
218:12 262:15,16
265:4,4 268:6
270:18 277:21
279:14,15,19,22
281:24,24,25
301:18
**monthly** 260:19
**months** 5:15 93:24
143:14 218:12
268:6 277:21
**morning** 4:2
199:18,20
**Morris** 60:14,18
61:11,17
**mortgage** 6:8
128:18
**Moses** 2:14 4:13
10:22 49:12,13,17
50:2 51:6 55:15
59:4 65:14 66:2
73:18 90:13
**move** 311:24
**multipage** 235:21
**multiple** 47:19
192:24,24 202:5,5
224:7,9,9 226:7,9
**mutually** 74:3
**M-a-g-y-i-a-r-i**
248:11
**M-e-z-e-i** 14:2

**N**

N 315:2
**name** 56:20 99:5
113:2 118:12
119:11,12,13
136:18 239:24,25

240:10,23 251:6
252:9 254:5 285:4
285:6 316:4,5
**names** 6:3 112:21
114:25 250:11
**napkin** 35:9
**natural** 75:14
**nature** 83:12 89:21
90:25 128:9
130:16 132:23
142:5,12 143:19
147:23 161:14
228:8 292:8
**necessarily** 32:4,10
81:24 102:7
109:21 110:5
155:12 158:24
170:9 175:9
188:23 191:16
199:8 215:23
219:3 224:5 229:3
229:6,18 236:7
241:3 254:7,8
274:4 287:5
300:17 307:24
**necessary** 79:22
90:3 193:2
**need** 6:20 31:4,6
33:25 37:19
150:19,21 154:23
161:9 163:16
165:18,19,20
186:8 202:23
216:14 218:14
222:21 226:21
238:4 259:21,22
265:13
**needed** 159:5
**needs** 56:16 152:11
159:17 166:7
222:17,23
**negative** 17:24
165:4
**negotiate** 109:11
110:15 178:6
**negotiated** 65:17
109:9,12 110:5,11

110:12 116:18
280:9
**negotiating** 109:10
**negotiation** 158:7,9
190:7
**neither** 19:20 273:3
273:16
**net** 37:8 38:8,23
39:4,15 44:22
122:8,13 125:7,9
125:15 137:9
**network** 139:18,19
**never** 54:19 156:25
157:23 192:20
210:4 225:4 240:5
300:23
**Nevertheless**
188:19
**new** 1:2,11,11,21
2:6,11,11,16,16
4:5 106:19 107:9
108:3 186:11
201:18,20 222:12
222:15,24,24,25
225:21 228:6
250:17 267:17,20
270:12 282:20
311:25 315:4
**Newburgh** 2:6
**nice** 160:9
**Nigro** 8:9
**NJ294992** 1:25
**NLS** 248:14,20
249:12
**nods** 108:15
**Noncompliance**
203:25 204:7,13
**nonresponsive**
181:18 182:4
**non-cancelable**
201:23
**normal** 21:11
52:13 133:7 156:9
156:13
**normally** 239:14
**Northern** 1:7 4:6
4:15 5:17,20,23

9:13,17,19,21
10:6,7,14,21,23
11:6,9,13,16,18
12:3,23 13:15,17
13:20,22 14:4,18
14:21 15:2,5,22
16:4 17:13,15,22
17:25 18:13,18,21
19:5,6,12,25 20:9
21:12,22 22:6,10
22:21 23:19 24:5
24:10 27:23 30:7
40:23 42:18,20,21
42:22,23,24 45:14
49:14 50:8,14,16
51:9 52:3 56:24
57:2,4,6,8,19 58:2
58:8,19 59:19
62:5,20,22 63:5
63:11 65:18 66:21
67:4,13,17,21
68:20,22 69:5,12
70:20 71:17,23
72:12,13,15,18,23
73:2,12 74:13,14
75:20 76:22 77:6
77:13 78:13,22,23
79:15 80:10,14,25
81:4,12 86:5 87:5
87:8,11,12,18,23
88:13,17 89:2,6
89:22 90:12,17
91:2,2,7,10,12,18
91:22,24 92:8
93:6,16 94:23
95:2,4,12 96:4,9
96:24 97:19 98:19
99:14,22 100:3
105:24,25 108:23
111:12,15 112:3
112:12 114:13,16
116:21 117:3,8
118:15,17 119:3,9
119:18,20 120:2,4
120:10,17 121:20
122:13 123:11,14
123:22 124:9,13

124:14,16 127:14
127:18,21 128:17
129:10,13,17
130:3,13,23 131:5
131:25 132:9
133:7 135:23
136:3,11 138:4,7
138:13,13,16,19
138:24 139:8,10
141:7,9 144:3,12
145:19 146:3,14
147:7,10,12 149:5
149:15 152:19
153:21 154:10,24
155:6 157:7,10,12
161:13 165:6
167:15 170:11,12
172:5,8,11 174:5
174:15,16 175:19
177:25 178:4,5,22
179:8,18,25
180:12,16,20,25
181:7 182:12
183:10 184:14,20
185:14,21 186:2
187:2,3,8,15,17
189:6,21 190:24
191:2,5 192:2,12
193:4,21 195:2,16
195:18 196:20
197:9 198:19,25
201:23 202:4,6,13
202:16 204:11,12
205:19,25 206:2
206:23 209:21
210:4,15,16
213:12 214:6
215:13 216:19,22
217:8 222:5
223:13,19 224:18
227:11 228:18
229:12 231:17
236:10 237:16
241:4,6,13,14,18
241:25 242:3,14
242:25 243:3,10
243:23 244:3

246:2,22 247:16
249:20 250:19,20
250:21,25 251:9
251:12,19,22
252:17,19,25,25
253:8,12,16,24,25
254:2,3 256:8,16
256:17 261:5,14
261:23 264:12
265:3,5,15,16,19
266:4,6,10,12,15
266:19 267:7
273:23 275:25
276:17 277:7
285:22 287:8
289:17,25 290:5
290:18 291:2,9,14
292:14 296:14
297:25 298:13
306:11 307:9
309:6 316:4
**NorthernLeasing...**
   28:18 30:6
**Nos** 54:8
**Notary** 1:21 3:13
   312:18 315:4
**note** 22:13 45:6
   60:22 76:17
**notes** 125:19
**notice** 46:16,19
   298:18,19
**November** 87:13
   87:19 201:13
   281:21 315:15
**number** 28:10,10
   28:12 34:6,9 39:6
   42:5 43:19 110:4
   119:22 202:20
   219:8 226:12
   245:16 246:20
   281:7 284:23
   313:9 314:4
**numbers** 28:21,25
   62:10 202:24
**Nurit** 104:2 105:18
   262:13 263:3,5,6
   263:9,25 264:23

264:24 269:10
270:10 272:3
274:24 275:9
277:13 278:21
279:15 281:23

---

# O

**O** 315:2
**Oaky** 169:22
**object** 13:5 42:16
   43:12 48:3 53:24
   74:17,21 234:7
**objection** 8:23 9:23
   10:9 11:24 12:6,9
   12:15,24 13:14
   14:9 16:13 17:8
   18:14 19:8,22
   20:4,13,24 21:17
   22:2,13 23:3,13
   23:21 24:7 26:4
   27:2 29:14,22
   31:14,21 32:8
   33:3,16 34:13
   36:22 37:10 38:10
   38:14 40:7,16,24
   41:10 43:15 44:19
   45:7,16 47:24
   48:11,18 49:2
   50:3,18 51:11
   52:17,22 53:10,17
   55:13 57:10,14,21
   58:10,14 60:23
   61:19 63:13 64:3
   65:13,20 66:4,10
   66:22 67:6 68:13
   69:6,20 70:8,21
   71:5,12,18 72:20
   73:3,10 74:2
   75:22 76:17 77:15
   78:14,25 80:2,15
   80:21 81:14 83:8
   85:10,15,24 89:8
   89:14 90:6,19
   91:19,25 93:9
   95:15 96:6 97:21
   98:21 99:16,24
   101:13 102:10,20

103:5,17,21
104:14 105:4
106:21 108:4
110:24 111:7
112:7,16 113:8
114:3,23 116:2,23
117:11 118:5
119:4 120:6,12,19
120:24 121:22
122:10 123:17,24
126:7 128:11
129:19 130:5,17
131:6 132:13
133:9 134:18
135:11,17,25
141:10,23 143:6
143:17 144:6,15
145:8 146:22
147:13,22 148:7
152:23 153:12
154:12,25 155:13
155:18 156:6,11
156:17 157:8,19
158:10,15 159:3
159:21,22 160:2
160:15,22 163:13
164:18 166:23
167:10,17 168:19
169:7,17,23 170:7
171:8,17,25
172:16 173:7
174:7,18 175:2,8
175:13,17,25
176:17,23 177:9
177:20 178:11
179:2,11,22 180:9
180:18 181:5,15
181:17 182:4,16
183:5,12,23 184:9
184:17 185:6,17
186:4 187:19
188:15,22 189:11
189:14 191:9,22
192:5,18 193:17
194:5,21 195:7,20
196:8,12,22
197:19,24 198:22

204:19,24 205:23
206:4,13,21 208:3
209:3,22 210:19
213:5,13 214:13
215:4,10,22
216:16,25 217:12
223:15,22 224:20
227:14 228:25
229:15,25 234:3
234:17 235:24
236:6 237:2,17
238:10 239:19
240:4,18 241:9,20
242:8 243:6,19
244:6 247:20
248:23 249:7,22
250:12 251:15,24
252:11 253:4
254:19 255:5
256:12,19 257:3
257:15,24 258:9
258:19 261:8,17
262:2,18 263:12
264:16 265:8,18
268:3,14,25
269:21 270:3
272:6 273:7 274:2
279:7 281:12
282:5 283:7,18,24
285:10 286:8,9
287:10,16 289:20
290:9 291:25
292:18 293:4,25
294:8,18 296:17
296:23 298:3,17
298:24 299:17,22
300:16 301:2,21
302:13 303:5,15
304:13 306:14
307:15 308:18
309:12,21 310:25
311:16
**objections** 3:9
**objects** 298:22
**obligation** 189:5
191:2 231:21
251:22 280:14

282:18 299:2,4
**obligations** 70:19
71:3,10 187:15,18
191:8,13 252:10
**obliterated** 92:15
**obtained** 107:11
**obviously** 22:14
65:6 123:16
164:12,19 169:11
169:13
**occasion** 18:23
149:20 176:10
264:14 287:11,14
287:15,22 288:4
292:10,13
**occasions** 183:14
**October** 1:10 4:3
316:5
**offer** 112:13 114:8
114:14,17,18
179:19 183:3
**offering** 270:11
**offers** 113:4,23
151:18
**office** 27:14 31:17
96:16 97:6,8
138:17 216:13
**officer** 41:4 55:7
56:6,24 72:9
91:12 93:15
**officers** 89:25
162:24 163:7
**Officer's** 92:8
**offices** 45:14 97:5
97:13,15 217:9
**official** 134:13
**offline** 75:7
**oh** 62:17 73:19
96:19 147:9 223:6
272:8
**okay** 5:6 6:10 8:11
19:20 20:2,11,20
20:20 22:18 25:19
27:13 28:4 30:10
32:12,24 36:16
39:13 46:6 51:13
56:23 61:4,23

62:3,18 65:8
67:17,23 73:19
75:12 82:24 86:23
87:2 88:11 90:11
93:2 98:5,10
101:21 103:2,14
103:20 106:19,22
107:17,24 110:7
114:13,20 115:7
116:21 118:14
119:15 121:13
122:22 125:23
127:14 129:16
133:21 138:2
152:18 157:12
161:23 163:20
169:4 175:16
177:3 178:19
181:17 182:24
184:24 187:11
188:12 191:5
206:17 207:19
215:7 217:19
221:25 224:13
228:2,21 229:5,22
241:4 247:7 250:9
252:8 253:23
257:10,21 259:23
262:22,25 267:6
273:20 278:14
283:15 284:11
285:14,20,25
286:24 288:13,16
291:21 294:11
305:11 307:20
**once** 165:12 187:24
285:18,19
**ones** 24:13 216:4
219:5
**one-page** 231:25
232:6,7 234:11
235:22
**one-sentence** 69:9
**one-third** 163:25
**one-year-old** 275:8
**open** 105:3 261:3,7
261:15 264:11

268:9 272:25
273:14 277:24
282:24 283:21
284:2
**operating** 56:6
**operation** 120:15
**operations** 246:5
**opine** 196:18
**opinion** 170:16
171:10,10 176:25
194:22 216:21
234:9
**opportunities**
157:13
**opportunity** 51:8
73:23 166:6
**opposed** 166:18
200:16 220:21
221:10 226:3,14
227:24
**option** 211:22
**order** 28:13,13
43:11,20 70:14
100:21 101:3
178:24
**organization**
134:16
**original** 20:6 83:13
92:19,22 244:11
**originally** 64:12
282:18 291:2
**originate** 77:14
98:16
**originated** 98:19
**originates** 94:22
**originating** 72:6
**outcome** 315:13
**outside** 9:7 189:21
189:23 261:15
**overall** 15:6 69:18
227:9 301:11
310:14
**overview** 197:4
**owe** 128:6 129:13
131:19
**owed** 127:13
129:10 178:3

**owned** 119:2
**owners** 9:19 220:7
**ownership** 82:11
**owns** 9:21 73:15
81:10 95:8 119:8
120:4 124:9,13
134:12 266:12

**P**
**P** 248:10 255:13
**package** 105:13,15
112:14 139:21
271:16,20 281:6
**pad** 226:8 264:23
264:25
**page** 25:5 28:9 47:2
54:21 55:7 61:14
62:16,25 87:25
88:4 91:5 122:3,5
122:6 124:5
125:22,23 126:14
129:16 150:25
162:6 164:5
204:14 218:11
228:23,24 229:8,9
229:13,19,20,24
230:8,12,14
231:11 232:10
233:7,13,14
234:10,13 235:10
236:13,18,22,22
236:23 237:8
248:5 285:17,21
288:12 307:23
308:2,13 309:25
313:4,9 314:4
**pages** 23:8 161:16
201:4,16,18,19,20
201:21 205:4
228:15 230:10,19
230:23 231:14
233:8 236:12,17
236:25 260:7
288:22 293:15
**PAGE/LINE(S)**
316:6
**paid** 13:9 22:7

66:13 75:21 76:16
80:10 95:13,20,23
102:13 121:16,21
125:13 174:13
202:21,22 260:13
263:9,14,20
266:16
**Palmenteri** 163:24
164:7 171:4
195:15 196:2
197:8,11,17 198:8
**paper** 27:7,13,20
27:22 72:6 94:6
123:12,14 124:9
232:8,20,23 233:2
233:13 234:14,15
234:20,21 235:4,5
314:8
**papers** 134:24
**paperwork** 101:2
205:15
**parameter** 264:5,8
**parlance** 270:2,4
**parse** 81:22 192:20
**part** 34:25 41:13
61:11 72:18,23
78:17 79:22 92:14
105:13 114:6,7
117:5 118:14
121:17 141:12,14
155:9 166:2
172:14 189:3
193:24 194:20
204:13 207:7
208:2 215:18
217:11 280:13
281:5 293:16
295:20
**particular** 7:22
21:25 100:8
110:23 124:20
150:8 168:15,16
168:24 209:20
250:10 261:16
284:22 299:21
**particularly** 210:13
**parties** 3:4 126:14

158:9 187:22
315:11
**partner** 112:12
114:16 115:15,24
**partners** 2:4 58:20
58:21,23 88:17
**partnership** 58:19
58:24 87:18 91:17
**party** 126:17
**Pascua** 83:18 86:2
135:19 136:6,16
**passed** 101:2
**passes** 76:24 100:6
**passport** 237:22
238:14,18 239:7
257:10
**passports** 238:20
238:23
**passport's** 239:2
**pattern** 287:7,13
287:15,19 288:2,5
288:8
**paused** 154:4
**pay** 22:6 66:8 78:17
79:22 101:11,19
102:2,5 103:2,8,9
104:9,9 106:10
109:23 120:14
125:8,9 141:16
174:14 203:10
211:6 220:7,21
221:10 222:5
225:25 251:10
261:4,12,25
262:10,15 264:9
267:6,22 268:22
279:16,23,23
280:11,12 296:13
299:9,12 304:6
**paycheck** 96:12,14
**payee** 212:17
**paying** 132:21
203:13,17 219:5,9
270:17 272:9
302:11 303:25
**payment** 128:4
218:22 219:13,16

**payments** 151:6
203:17,20,22
204:14
**pays** 76:23 77:8
111:15 174:15
268:6 279:14,19
279:19,22
**pending** 168:4,5
306:8
**Pension** 128:25
**people** 17:22 23:7
23:10 24:3 60:7
74:8 76:4 95:13
135:14,16 136:2
140:21 141:17
161:14 163:11,21
164:11,12 169:5,9
169:11,16,19
184:25 192:16
197:22 198:10,11
198:13 203:10,12
209:6 216:8
220:13,21 221:2,9
221:14 230:24
244:14,18 310:5
**people's** 167:9
**perceive** 264:10
**percent** 107:4
110:17,19 118:24
121:12,14 209:6,7
220:9,12,20
243:13,18 266:3
268:2,23 277:22
279:20 280:6,20
280:25 282:4
**percentage** 110:3
202:22 220:6
267:21,25 298:11
**performance**
152:12 292:7
**period** 33:13 180:3
202:18 209:18
237:23 294:13
**person** 10:7 42:24
48:24 159:16
168:23 169:5,13
170:17 174:13,14

174:15 178:3
194:19 205:18
206:19,24 207:4,5
208:23 210:5,17
212:11 216:13
217:9 219:14
222:4 237:24
238:13 241:16,19
242:4,7,13,24
245:9 260:7,10
277:20 278:5
279:14 284:22
298:22 302:9
**personal** 26:10
65:11 66:8 84:2
84:25 126:21
135:8,21 136:14
136:16,21,22,24
137:3 138:15
176:8 256:2,5,11
263:11 289:18
290:2,7 291:3,10
291:19
**personally** 18:20
53:25 54:3 100:19
135:6,8 140:24
149:7,17 227:12
254:13 256:10
257:23 297:14
**personnel** 41:3
**person's** 102:14
165:15 172:25,25
260:18 263:21
**perspective** 240:10
**pertinent** 212:8
**phone** 8:11 139:24
208:23
**phrase** 15:8 179:14
**physical** 232:10
**physically** 45:13
233:12 267:8
**pick** 266:16
**picked** 233:13
**piece** 101:9 103:25
105:2,19 106:2,13
106:19 107:9,11
108:2,3,8,13

109:6,10 159:9
212:12 216:12
222:22 223:2
225:16 226:3,12
226:15 232:8,20
232:23 233:2,13
234:14,15,20,21
235:3,5 238:2
261:2,13,14,24
264:9 266:5
267:22 268:7
269:8,9,15 270:18
270:20 276:8
277:17,17,20,23
278:3,7 279:4,4
280:3,21 296:9,11
314:8
**pieces** 103:4 214:2
225:19,25 226:7,9
276:23 278:20
281:22 282:2,4
**pin** 226:8 264:23
264:24
**place** 1:19 100:5
137:15 140:7
144:5 146:6,8,10
152:11 161:19
183:10,21 184:4
212:17 228:14,19
282:16 306:10,19
**placed** 267:16
270:25 271:2,3
274:25 276:15
282:16,20 284:6
**places** 137:16,25
138:8,14
**plain** 200:5,8,22
**plaintiffs** 1:5 2:4,9
4:11 51:8 73:22
185:4,11 187:13
244:5 247:5 257:2
303:19
**Plaintiff's** 313:9
314:4
**plan** 260:16 263:19
**players** 135:20
**playing** 267:2

please 4:8 6:15
15:4 33:19,20
45:20 51:11 57:25
69:17 73:25 82:19
105:11 119:11
126:4 148:19
150:25 161:3
165:20 186:6
187:13 199:9
200:10 207:14
232:12 247:8,21
248:4 254:14
259:10 274:20
277:3 284:11
293:8,20 305:24
plural 169:6,16,19
plus 224:19
pocket 66:9
point 39:3 45:9
72:16 75:14 78:5
78:6 83:3 101:10
101:18 109:7
114:10 130:10
133:13,15 143:24
146:12 161:8,19
177:7,14,16 186:9
207:20 212:7
222:23 235:18
271:13 280:4,9,20
295:4 301:20
302:22
pointing 166:11
points 213:25
policies 178:14
policy 19:25 184:6
184:20,21 185:21
206:23 246:2
pops 218:6
portfolio 83:3,3
298:11
portion 8:9 92:16
117:4 118:17
312:4
position 9:16 39:25
40:11,14,20 44:7
47:8 55:21 185:14
236:15 256:9,13

256:20
positions 36:21
37:4 79:8
possession 27:8
249:13 250:5
possibility 204:17
possible 13:12
73:25 124:24
159:16 208:18
230:16 233:6,9
242:18
possibly 59:17
188:17 204:21,23
218:4 225:3 242:9
246:8
Post 276:15
post-funding
100:13
potential 43:5
57:16 308:3
potentially 22:9,12
27:24 30:21,23
45:24 46:4,10
49:24 52:14 85:25
139:16,16 140:23
170:24,25 188:3
244:20 268:21
296:19 309:23
PowerPoint 286:22
287:9
practical 217:25
218:3
practice 178:10
240:14,20 287:7
287:13,15,19
288:2,5,8 290:15
291:13 304:22
practices 17:18
151:5 152:6
156:24 161:13
pragmatic 297:7,8
Predecessor 98:9
predominantly
221:8
preface 165:19
prefacing 165:25
166:17

premise 262:20,22
premises 45:14
138:24
premiums 211:6
preparation 7:17
7:19 9:8,11
prepare 7:9
prepared 285:22
preparing 8:19
33:24 34:5 35:4
present 8:5 108:13
139:9 195:19
285:12
presentation
285:18,22 286:6
287:8
presentations
286:17
presented 57:16
94:2 100:3 101:3
101:17 143:21
146:19 286:13,15
310:24
presenting 157:12
president 10:23
63:8 69:22 162:2
228:4 295:19
Presumably 123:21
pretty 71:13
105:18 130:12,20
228:18 237:25
239:3 250:10
252:9 277:16
prevent 285:17
previous 35:21
previously 259:16
259:20
price 100:8 102:24
103:3 104:8,23
105:16,17 107:8
109:9,11,19 110:6
121:6 260:15
267:15,17,20
269:2,11,15,23,25
272:24 273:2,13
273:15,23 275:21
275:25 278:12,23

282:15 284:3
294:21 299:11
304:9
prices 278:19
pricing 100:7,7
260:22,24,25
269:5
primarily 138:18
141:15 163:14
principal 46:18
126:20
Principis 56:6
principle 179:4
principles 153:20
154:7
print 199:24
printed 273:12
printer 226:8
prior 65:5,6 73:24
100:12 193:2
212:9 298:20
prioritization
81:25
private 195:21
privilege 41:19
privileged 307:4
pro 188:6,14,19
proactive 151:17
probably 6:13 10:5
10:22 26:13 67:25
71:24 86:22 94:4
97:4 126:23 138:8
146:2 149:25
150:4 196:3,9,13
216:10 223:10
246:4 267:2 268:7
275:21 278:25
problem 153:21
196:21 298:12
procedures 139:25
178:14
proceed 191:6
193:22 245:9
process 99:21
100:4,6,9,10
139:14,25 153:10
207:7,13 208:2

212:20 215:19
217:11 218:18
processed 117:5
processes 100:11
100:13
processing 33:23
34:4,5 35:4
112:13 113:25
114:14 117:4,25
118:2,3 159:9
263:3,6 271:12,25
271:25 272:4
281:6,6,7,15,17
processor 128:5
produce 302:4
produced 41:12
42:22 190:20
Product 289:2,10
production 41:13
190:6 302:2
products 19:7
114:9,11 151:5
Professional 1:20
315:3
professionalism
152:7
profit 76:25 120:18
120:23 121:12,14
123:4,22 296:15
296:21,25 297:6
300:14,19
profitable 223:14
301:11
profits 125:24
program 102:9
Prokop 56:4,24
135:20
promise 189:2,3
promised 185:24
promote 151:4
proof 205:18 206:3
206:19 207:8
208:11,16 209:15
209:17,19 210:5,8
210:14,18 211:20
211:24,25 212:5
220:17,22 221:4

221:11 237:25
307:13
**properly** 139:10
174:5,13 194:8
216:15
**property** 23:19
24:4,6 30:12 31:9
31:13 32:6,14,15
32:21,24 35:23
36:7 220:13
272:25 273:14
293:21 294:12,12
294:17,21 295:5,7
295:12,13,25
296:5,15 297:3,5
297:11,21 298:2
298:12,15,23
299:9 301:11,14
308:13,17,21
309:2,18
**proposition** 27:18
175:23 228:14
291:9 293:17
**Protective** 43:11,20
**provide** 26:25
205:18 206:3
208:11 209:15,17
210:6,8,17 211:16
211:20,24,25
212:5 219:25
220:3 222:22,25
271:18,19
**provided** 29:10
209:20 210:10,14
**provides** 96:9
**providing** 62:13
206:19 220:17,22
221:4,11
**provisos** 276:9
**Public** 1:21 3:13
312:18 315:4
**pull** 199:17
**purchase** 83:13
86:4 100:8 101:5
103:4 104:3,5,23
107:16 108:2
123:21 260:25

269:4 280:15
**purchased** 72:15
86:24 268:20,23
282:16
**purchaser** 131:17
131:18,20,24
132:2,6,8,18,20
282:11
**purchases** 73:13
74:13 77:7 97:19
117:10 119:18
**purchasing** 279:12
**purported** 258:13
**purportedly**
248:15
**purports** 254:16,23
**purpose** 98:12
285:9
**purposes** 293:15
**purview** 160:18
**put** 24:15 25:3 32:7
33:2,9 38:15
171:22 191:14
198:19 215:14
219:19 228:22
250:19 270:10
281:20 283:6
300:24 306:21
307:11 308:12
309:19,24 310:3,4
**puts** 80:25
**putting** 30:10
73:24 274:17
298:16 307:25
**P-a-s-c-u-a** 83:19
**P.C** 2:9
**p.m** 111:21,25
133:24 134:3
149:9,13 186:20
186:23 227:3,6
272:18,21 312:4

_____
**Q**
_____
**qualified** 198:15
**quality** 222:9
**question** 3:10 6:14
6:16,23,24 10:4,8

10:18 12:18 19:18
20:7 22:14,16
23:2 24:2 29:6,11
29:15 31:7 33:17
37:15,17,20,22
38:2,21 40:6,9
44:8,10,13 45:12
45:19,23 46:7,8
46:18 50:20 51:22
51:24 53:6 57:24
64:6 69:7,17
79:24 80:5,7
90:13 92:21 93:11
98:4 99:19 103:23
108:7 112:10
113:11 115:11,16
115:21 118:7
126:6 140:12
142:2,24 143:9,11
145:6 148:18
150:14 151:7
152:25 153:15
156:19 157:21
160:8 165:16,19
165:21,25 166:3,7
166:17 167:12
168:3,5,12,21
174:21 177:11
180:14,23 181:13
184:12 185:18
191:11,18 192:6
192:20 193:14
194:8,23 197:13
206:17 208:12
210:11,12 213:7,9
215:14 221:6
224:15 227:20
235:14,15 238:13
238:17 239:9,21
241:11 244:22
245:12 247:18
249:18 251:8
252:15 254:11,14
254:21 256:14
257:12 258:11
259:9 262:20
267:2 271:14

275:2,24 281:18
287:17 289:23
290:25 291:4,8
302:16 304:15,19
304:24 305:16,21
305:21,23,25
306:3,3,7 307:3
307:18 308:10
**questioning** 272:14
**questions** 25:8
38:16 41:14,22
43:21 44:2,5 45:7
60:23 100:23
161:16,22 168:12
243:12,17 305:8
**quid** 188:6,14,19
**quo** 188:7,14,20
**quote** 33:23

_____
**R**
_____
**R** 315:2
**raising** 227:17,23
**Rana** 59:11
**Randi** 1:19 315:3
315:19
**range** 121:12,14
275:21 276:5
**ranges** 121:10
269:5
**ranging** 265:4
**Rapid** 258:6,13,18
258:21,24 259:7
**rate** 260:19 262:16
263:10 264:13
296:13
**rating** 102:18,19
**RBL** 53:16,22 55:4
55:9,11 128:15,16
**read** 22:24,25 31:3
34:24 40:3,5 44:7
44:9 45:20,22
48:4,6 57:25 84:6
86:18 126:3,5
153:11 154:24
161:6,7,17,20
163:16 164:23
165:12 167:19

190:23 197:12,14
198:14,14,15
199:25 200:2,7,10
200:11,15 205:2,4
211:3 217:5 226:2
228:24 229:8,9,13
229:19 248:18,25
283:10 305:24
306:3,5
**reader** 226:9
**reading** 47:25 48:2
127:10,12 198:7
250:4
**realize** 234:15
235:20
**really** 13:12 36:14
54:17 92:12
130:22 136:16
142:17 143:14
177:18 231:6
240:6,13,19 243:5
246:13 253:10
270:8 277:2,25
**reason** 29:4 36:2,5
62:18 67:3 92:18
92:23 156:3
177:14 180:21
193:21 218:16
220:5 221:17
307:24,25 316:6
**reasonable** 29:19
273:4,17
**reasonably** 106:15
**reasons** 194:19
214:4 275:4
**recall** 5:10,21 7:5
8:13 9:20 10:16
11:11,14,22,23
12:11,14 13:10,12
14:15,19,24 15:24
16:7,21,24 17:2,4
17:10,12 19:2
24:14,16 25:23
27:4,9,11,12 28:3
32:19 34:11,12,16
35:2,7 36:15,18
39:16,18,20 40:21

41:5,7 45:25 46:4
47:12,20 48:10
49:3,7,18,24
50:15 53:11 54:4
54:10,17 55:10
56:18 58:15,25
59:10,15 61:10
62:24 64:10,19
65:10,21 66:11
67:19,25 69:3
71:20,25 72:8,10
72:14 73:16,21
76:19 78:6 82:7
82:10 86:6,7
88:15 89:23 92:3
93:2 94:6,9 95:9
95:17,25 96:21,25
97:2 98:13 99:9
99:11,13 112:21
113:2 114:25
116:17 118:11
120:8 122:15
125:2 126:19
128:8,21 129:15
129:24 131:22
132:15,25 134:21
136:9 138:12
140:5 150:10,12
163:8 176:13
202:20,25 204:10
207:13 228:20
252:19 253:6
263:4 274:14,18
288:10 306:16
308:8,14 311:7,9
311:11
**receipts** 39:23
117:5
**receive** 16:22 25:17
59:5,8 96:12,14
117:3 144:4,13
162:25 163:3
291:24
**received** 44:18 45:3
52:13,16 53:4,8
54:16 100:20,25
174:6 208:20

217:4
**receives** 78:24
**receiving** 16:9
54:10 56:18
**recess** 35:16 77:20
133:25 186:21
227:4 272:19
**recognize** 284:14
**recollection** 8:22
9:2 14:12 47:7
86:24 90:16 133:4
185:10 286:21
**recommend** 159:24
160:4,12 306:24
**reconcile** 109:5
**record** 4:9 7:2
35:10,15,18 48:7
51:7 73:25 77:19
77:22 111:18,21
111:23,25 133:24
134:3 148:22,25
149:9,11,13
150:17,20 160:7
186:20,23 200:2
200:14 227:3,6
247:23,24 272:18
272:21 306:6
312:6 315:8
**recorded** 34:14,19
100:22 246:15,17
246:24
**recordings** 247:2,4
**records** 11:15 51:9
74:5
**recovery** 202:22
**redefine** 275:13,14
275:14
**reduced** 311:18
**refer** 51:21
**reference** 94:3
286:4
**referenced** 46:19
47:16 84:8,11
85:20 86:20
**references** 61:13
61:16
**referred** 62:13

265:11
**referring** 30:13
47:15 51:24 165:4
165:21 171:3,19
197:2 198:13
200:3 235:17
250:14 259:4
**refers** 94:4 104:22
258:13
**reflect** 197:4
205:15
**reflected** 188:20
**reflective** 296:22
**refresh** 8:21 47:7
86:23
**refreshed** 9:2
**refusing** 37:22,25
**regard** 246:3
**regarding** 45:8
**Regards** 56:23
**Registered** 1:20
315:3
**regular** 18:11 59:6
70:7 73:13 238:7
291:24
**regularly** 151:12
172:18 219:14,25
267:4
**regulated** 172:21
**regulation** 173:3
**regulations** 151:12
172:23 173:5,15
175:4
**regulatory** 172:7
172:14
**reimburse** 33:23
34:5 135:23
**reimbursed** 79:15
**relate** 46:24 213:23
213:24,25 214:2
**related** 27:15,23
45:8 126:14,17
213:23 315:10
**relates** 284:4
**relating** 6:8 27:22
**relationship** 40:22
43:2 72:25 73:8

90:25 95:2 115:5
115:12,14,20
116:8,9,22 138:10
138:11 143:20
189:20,25 203:3
252:24 254:4
**relationships** 112:4
138:5 151:11
**Release** 187:12,24
188:5,6,21 190:15
191:15,21 192:2
192:17 193:6,15
193:15,24 194:18
**releases** 187:22
**releasing** 187:17
**relevance** 37:13
43:14
**relevant** 25:22 74:6
225:6,7 273:5,18
**reliable** 239:3
**relies** 175:20
**rely** 21:12,15
**remaining** 84:3
**remedy** 154:11
**remember** 6:11
49:7 53:13 57:20
57:23 64:21
119:16 130:15
134:9 163:7,17
204:8 283:10
286:24 311:22
**remove** 178:8
**repeat** 20:6 24:2
31:7 40:9 45:18
53:6 92:21 93:11
113:10 118:7
177:10 185:18
208:12 227:20
238:17 239:21
254:14 273:9
**rephrase** 52:25
219:12 221:13
**replace** 222:6
223:3,4
**report** 13:13 21:23
58:17,18 76:4,6
172:24 173:12,18

173:22 174:2,17
175:6 176:6 178:9
301:6
**reported** 16:19
17:6 292:25
**reporter** 1:20 6:25
22:25 40:5 44:9
45:22 48:6 60:2
126:5 285:4 306:5
315:4
**reporter's** 58:6
**reporting** 21:13
173:9 175:20
178:20 182:25
**reports** 21:12,15
58:18 59:5,9
178:15 228:5
291:23 292:4,6
**repossess** 267:7
275:5
**repossessed** 275:18
**represent** 19:6
159:15 189:17
192:22 193:10
233:25 236:12
241:7 283:13
**representation**
66:9,14 146:13,16
146:17
**representatives**
151:16 152:5,16
153:4
**representing** 157:7
157:10 177:22
**represents** 58:18
118:18 146:25
195:16,17
**reprimand** 19:19
**reputation** 141:8
**request** 73:23
74:20 75:2
**requested** 48:7
74:5 209:21 210:4
211:9,21 306:6
**REQUESTS**
314:12
**require** 155:7

required 210:6
211:8 273:4,17
requirement
211:22
requirements
216:24
requires 155:21
222:11
resell 275:16
reserved 3:10
residual 109:15,18
109:22,24 124:14
124:14
resold 278:4
Resources 113:15
113:16,23 114:18
respect 193:4
300:11
respective 3:4
respond 37:19
158:17 175:4
178:15 207:5
221:13 245:19
256:4,23 258:4
259:9 291:7 308:3
response 163:20,24
249:14 305:20
responsibilities
89:12,18
responsibility
48:20 78:21
146:20 152:5
164:11 194:12
responsible 15:11
90:4 115:13
170:17 190:18,19
213:10 214:8,11
214:17,25 215:7
251:13
responsive 28:2
rest 105:14 230:14
restate 216:5
258:11
result 311:2
retail 39:23,23
102:23 103:3
109:19 260:14

269:10,15,23,25
retailer 262:6
retails 262:14,24
retained 243:24
244:3 314:10
retainer 202:22
retaining 160:13
retrieve 267:3,17
267:19
return 16:20
281:16 296:8
returned 276:18
returns 17:7 34:6
35:4 137:4 296:6
reveal 307:3
revenue 111:6
116:22 117:8,17
117:18 118:21
120:10 130:23,25
283:14
reverse 96:9
301:13
review 8:19 9:10
18:11 30:16 52:10
56:15 160:14
166:6,7 183:24
184:11 245:16
256:25 292:9,11
310:13,14
reviewed 7:11
17:21 58:5 236:11
reviewing 33:24
34:6 168:20
Richard 162:2,18
Richie 196:25
right 32:7 44:6,20
62:9 75:15 78:12
102:19 106:3,5
120:4 126:15
130:21 133:22
145:16 148:13,18
160:21 164:2,4
170:20 175:21
180:8,17 186:12
187:9 188:21
192:4 195:17
196:18 200:4

203:10 208:2,17
213:20 214:12,16
218:10,12 219:7
219:17,18,19,22
222:6 231:3,12
236:5 238:18,21
244:13,16 250:23
251:4 253:3,9,13
263:3,11,25 265:2
265:17 266:15,17
267:11 274:13
276:25 277:14
278:15,18 279:20
283:16 285:20
303:14 306:21
308:13 309:11
risk 22:11 198:16
road 174:6
Ron 10:24 76:7,8
76:10 162:14
284:25
roughly 107:5,7
276:11
Route 2:5
routinely 219:14
RPR 315:19
rudimentary
111:13 301:9
rule 176:18
rules 6:13 151:13
178:17 246:10
running 120:15
runs 59:21 194:16
Russ 247:17 248:9
248:10,14,16,16
248:22 249:6,15
249:17,21 250:6
254:11,12,18,25
256:2,6,10,18
257:6,23

## S

S 313:8 314:3
Sachs 58:22
salary 15:22 16:3
78:18 79:23
sale 13:7 65:17

83:3 121:2,17
143:24 146:12
153:15 212:7
270:11 271:13
302:22
sales 115:8,8
124:15 125:3
126:11 151:16
152:5,6,15,21
153:3 156:24
162:3 163:22,25
164:2 233:19
salesman 21:8
142:21 143:23
212:7
salespeople 163:21
Sam 70:15,15
162:16 203:5
Sara 46:10 52:20
52:23 53:5 70:14
70:16 76:6 97:4
98:6 115:9 116:4
140:5 141:6
162:20 195:11
202:11 214:10,18
214:18,22 246:7
308:11
satisfactory 211:7
save 25:24 105:22
saved 247:2
saw 230:11,18
234:14 235:2
saying 30:3 56:25
75:6 109:22
143:23 146:20
164:4,17 182:5
189:5,9 190:12
194:11 196:21
198:6 206:18
218:19 225:24
230:15 236:9
268:5 269:10
270:7,9 271:5
272:3,11 274:9
275:18 278:7
293:23 294:25
300:19 303:9

304:18
says 28:18 30:6,11
44:22,25 47:13
51:22 55:3 56:23
62:15,25 63:2
78:12 83:22 86:15
91:14 105:25
124:7 126:14
143:3 171:14
187:14 205:7,11
209:19 210:24
218:11 245:7
248:5,8,13 249:9
255:12 257:22
262:13,14 266:4
277:10 285:21,21
288:25 289:9,12
299:23,25 300:4
300:22 302:10
303:24
Scan 255:19
scenario 178:2
242:16,18,18
245:2
scenarios 242:12
266:22
schedule 203:19
scheduled 203:16
203:22 204:13
schoolbooks
274:18
scientific 310:13
scope 37:13
score 175:7,12,24
176:3,9
Scott 2:17 4:12 8:4
Scratch 59:12
screen 58:4
sealing 3:5
second 25:10 28:5
47:2 61:11,14
62:16 111:19
148:23 162:5
164:5 201:2
232:12 247:23
250:16 285:7
293:20 304:17

**secretary** 10:14
   73:20 87:23 88:23
   88:25 89:2,5,13
   90:9,16
**section** 30:19
**sections** 167:8
**securitization**
   125:3 126:11
**Security** 91:23
**see** 6:7 17:22 19:6
   23:8 28:2,15,25
   29:7,9,12,16 30:4
   30:10,17,20,25
   33:8 50:16 58:4
   61:13,16,23 62:15
   92:12 110:9,13
   116:21 125:20,20
   139:9 147:6 151:7
   156:3 164:4 169:8
   190:9 196:20
   205:17 216:14
   230:6 233:6,14
   234:11,21 235:4,4
   241:21 248:6,11
   250:19,21,25
   254:9,15 255:2,11
   256:21 257:21
   271:5 278:3,11
**seeing** 53:13
   245:21
**seek** 43:10
**Seeking** 228:7
**seen** 87:2 105:24
   150:8 161:24
   176:11 221:23
   229:23 230:3,7,10
   230:13,23 233:25
   236:13,17,21,22
   236:23 247:13
   253:20 277:8
   290:12 293:11,18
**sell** 12:3 108:12
   119:24 124:16,17
   125:4 127:6
   272:25 273:14
   275:19 276:3,20
   276:24 277:11

278:14,17 282:13
**seller** 273:3,16
**selling** 120:11
   121:5,15 123:15
   277:24
**sells** 103:11 121:17
**semantics** 267:2
**send** 25:17 139:21
   208:19 212:19
   213:20 298:18,19
**sending** 132:12
   214:18
**sends** 101:4
**sense** 112:5,6
   311:25
**sent** 85:12 161:13
   162:6 163:24
   165:22 207:6
   208:14
**sentence** 69:14
   151:8 152:18,21
   164:17 169:25
   171:4 199:25
   200:13,19 211:5
**sentences** 153:11
**separate** 73:5
   97:13 135:5 296:8
**sequential** 28:21
   29:2
**serial** 28:10
**Serin** 1:4 4:5
   187:15,17,22,25
   188:8 191:2,6,7
   191:14 193:23
   205:12,14 225:12
   303:21 316:4
**Serin's** 199:15
   201:2,3 203:15
   204:18 205:7,10
   207:17 210:13
   218:11 228:9
   303:13
**serious** 243:12,16
**seriously** 238:13
   292:16 293:7
**serves** 134:12
**service** 96:9 111:6

117:20 118:9
   121:17 255:9,15
   255:17,23,24
   258:3 281:17
**serviced** 119:9
**Servicer** 58:17
**services** 105:14
   112:13 114:14
   128:25 129:5
   151:5 255:21
   271:20 272:4
   281:7,15
**servicing** 117:17,18
   117:20 121:16
   125:17
**set** 33:12 215:2
   226:4,5,13,14
   299:13 304:9
   315:7,14
**sets** 109:25,25
   246:2
**settle** 174:16 178:7
   179:20 181:2
   182:13
**settled** 180:6
**seven** 43:25 44:4
   161:16
**Shahani** 53:4
**share** 83:25 84:3
   85:6 97:11 254:4
   254:5
**shared** 140:16
**shareholder** 14:17
   14:18,20 15:19
   51:3 62:22 63:11
   63:19 64:9,23,24
   65:3,9 67:17,21
   67:24 68:10
**shareholders** 63:12
   63:17 64:14,17,23
   65:4 70:19 71:10
   78:21 90:17,23
   128:19,20
**Shareholder's** 63:2
**shares** 65:18 140:8
**sheet** 122:4 316:2
**shock** 309:4

**short** 43:20 226:19
**shortly** 7:7
**show** 30:11 126:2
   186:14 205:10,15
   304:3,6
**showed** 32:20
   83:22 238:14,15
   287:25
**showing** 125:11
   237:22 286:21
   288:9
**shown** 286:25
   287:4
**shows** 28:15 257:11
**Sibley** 63:10 70:16
   83:19 91:9,12
   135:20 136:12,13
   163:5 284:25
**side** 113:6,6 233:25
**sides** 113:5 232:9
   233:24 234:13
   235:6
**sign** 68:25 92:24
   134:23,24 141:8
   142:9 157:17
   158:14,19 160:21
   165:2 171:11
   185:15 209:6
   229:9 230:12
   235:9 239:11,14
   239:16,23,24,25
   240:10 242:20
   246:11 247:18
   249:21 302:21,21
**signature** 54:22,23
   92:14,16 235:16
   242:20
**signed** 3:12,14
   31:12,20 47:2,5
   54:25 88:20,22
   89:19 91:6,9
   92:11,20 93:5,23
   100:15,17 116:12
   116:15 143:21
   187:24 192:24
   201:6 209:11
   212:6 229:20

230:4,7,11 235:15
   236:18 237:15,24
   240:23 241:2,5,8
   241:15,19 242:3,6
   242:13,24 244:4
   244:11,18 245:17
   248:9,10,15,16,17
   248:21 249:6
   254:11 255:20
   256:18 257:8
**signing** 89:2 93:2
   93:15 158:22,25
   159:14 170:18
   193:2 197:9
   198:17 239:17
   240:2,11,25
**signor** 242:19
**signs** 155:16
   159:12 164:12
   185:13,20 187:3,9
   192:11
**Silberfein** 2:17
   4:12,12 6:3 7:17
   8:4,7,23 9:23 10:9
   10:25 11:24 12:6
   12:9,15,24 13:5
   13:14,25 14:9
   16:13 17:8 18:14
   19:8,22 20:4,13
   20:24 21:17 22:2
   22:13 23:3,13,21
   24:7,19,22,24
   26:4,17 27:2,15
   29:14,22 30:13,22
   31:14,21 32:8
   33:3,16,25 34:13
   34:18,22 35:8
   36:4,22,25 37:10
   38:3,10,14,22
   40:3,7,16,24
   41:10,15,20,24
   42:16,25 43:6,16
   43:22,25 44:19
   45:6,16 47:24
   48:11,18 49:2
   50:3,18 51:13
   52:17,22 53:10,17

53:24 55:13 56:12
56:14 57:10,13,21
58:10,14 59:23,25
60:8,22 61:2,19
63:13 64:3 65:13
65:20 66:4,10,22
67:6 68:6,13 69:6
69:13,20 70:8,21
71:5,12,18 72:20
73:3,10 74:4,10
74:15,19,25 75:10
75:13,18,22 76:17
77:15 78:14,25
80:2,15,21 81:14
83:8 85:10,15,24
86:11 88:8 89:8
89:14 90:6,19
91:19,25 93:9
94:18 95:15 96:6
97:21 98:5,21
99:16,24 101:13
101:21 102:10,20
103:5,17,21
104:14 105:4
106:21 107:17
108:4 110:24
111:7 112:7,16
113:8,17 114:3,23
116:2,23 117:11
118:5 119:4 120:6
120:12,19,24
121:22 122:5,10
123:17,24 126:3,7
128:11 129:19
130:5,17 131:6
132:13 133:9,14
133:20 134:18
135:6,11,17,25
140:11 141:10,23
143:6,17 144:6,15
145:8 146:22
147:13,22 148:7
148:21 150:15,19
152:23 153:12
154:4,12,25
155:13,18 156:6
156:11,17 157:8

157:19 158:10,15
159:3,21 160:6,10
160:15,22 163:13
164:18 165:16,24
166:14,23 167:10
167:17 168:3,9,19
169:7,17,23 170:7
171:8,17,25
172:16 173:7
174:7,18 175:2,8
175:13,17,25
176:17,23 177:9
177:20 178:11
179:2,11,22 180:9
180:18 181:5,15
181:19,23 182:2,5
182:16 183:5,12
183:23 184:9,17
185:6,17 186:4,8
186:13,16 187:19
188:15,22 189:11
189:13 191:22
192:5,18 193:17
194:5,21 195:7,20
196:8,12,22
197:13,19,24
198:22 199:11
200:14 201:10
204:19,24 205:23
206:4,13,21 208:3
209:3,22 210:19
211:14 213:5,13
214:13 215:4,10
215:22 216:16,25
217:12 223:15,22
224:13,20 226:17
226:21,24 227:14
228:10,25 229:15
229:25 231:7
232:14 234:3,6,17
235:24 236:6
237:2,17 238:10
239:19 240:4,17
241:9,20 242:8
243:6,19 244:6
245:11 247:10,20
247:25 248:23

249:7,22 250:12
251:15,24 252:11
253:4 254:19
255:5 256:12,19
257:3,12,15,24
258:9,19 259:12
259:17 261:8,17
262:2,18 263:12
264:16 265:8,18
268:3,14,25
269:21 270:3
271:10 272:6,13
273:7 274:2 279:7
281:12 282:5
283:7,18,24 285:3
285:10 286:8,10
287:10,16,21
288:12,17,22
289:3,5,20 290:9
291:25 292:18,21
293:4,25 294:8,18
296:17,23 298:3
298:17,24 299:17
299:22 300:16
301:2,21 302:13
303:5,15 304:13
304:20,23 305:7
305:12 306:7,14
307:2,15 308:18
309:12,21 310:25
311:16
**similar** 95:3 97:19
  98:12 123:5,10
  127:15,17 128:3
  131:14 140:17
  307:21
**simpler** 179:7
**simply** 93:25
  174:14 239:16
  274:9 298:15
**Singer** 2:14 4:13
  10:22 49:12,13,17
  50:2 51:6 55:15
  59:4 65:15 66:3
  73:18 90:14
**single** 277:11,14
**sit** 75:9 182:7

190:23 217:20,20
  236:9,15
**sitting** 199:19
**situation** 136:15,17
  244:16
**size** 232:25
**slide** 285:18,19
**slides** 286:22,25
  287:4,9
**slot** 228:22
**slow** 33:25 36:4
  271:10
**slower** 200:7
**small** 199:24
  220:24 267:21
  285:19 298:10
**smart** 192:11
**sold** 86:17 105:10
  105:12 125:12
  127:8 271:13,14
  271:15,20 281:2,3
  281:3,4,5
  282:23
**solicit** 115:9
**solution** 113:5
  114:8
**solutions** 113:24
**somebody** 20:21
  31:12 56:2 66:2
  102:4,5,17,18
  114:17 115:9
  140:25 158:4
  180:5,15 187:3
  194:15,25 208:14
  208:19,22 212:5
  217:8 219:24
  229:11,12,13
  230:24 231:12
  233:24 234:14
  235:9 239:3,8,23
  240:23 242:19
  246:10 251:20
  271:6 272:4
  279:19,22 300:6,7
  301:15 307:20
**somebody's** 21:23
  159:9 175:7,11,24

182:24 240:10,12
**soon** 73:25
**sorry** 8:8 11:3
  22:24 34:3 44:13
  44:13 46:3 52:24
  56:13 67:10 68:5
  77:5 86:6 96:19
  120:3 126:4,13
  127:25 129:4
  141:24 142:22
  162:13 180:24
  200:11 201:17
  205:25 206:14
  207:12 228:11
  232:13 234:6
  245:12 278:16
  281:17 288:15
  289:5 292:21
  305:21
**sound** 106:3
**sounds** 106:5 171:9
  260:2
**source** 99:7,8 117:9
  131:25 261:24
**sources** 16:17
  117:16 124:10,11
  124:17
**Southern** 1:2 4:5
  132:5
**space** 97:11
**span** 264:23
**speak** 7:24 111:16
  141:19 193:10
  207:12 231:15
**special** 278:24,25
**specific** 70:14 94:7
  99:19 100:8 185:9
  206:24 207:4
  218:16 265:10
  275:10,22,23
  306:17
**specifically** 12:18
  15:24 45:25 46:5
  60:11 69:21 88:19
  106:4 111:17
  133:5 134:21
  136:10 137:7

138:23 145:6 147:3 165:3 189:17,18 207:11 207:12 223:17 247:6 252:20 285:15 289:16 308:21 311:3
**specified** 84:23 210:15
**specify** 210:16
**speculate** 81:19 157:2 164:20 171:19 223:8 284:19
**speculating** 296:3
**speech** 37:12
**spell** 10:25 11:4 59:23,25 136:18 285:3
**spend** 139:23
**spent** 75:21 224:11 227:17
**spewed** 304:17
**Spewing** 304:24
**spirit** 195:16
**split** 63:21
**spoke** 7:20 229:13
**spot** 43:20 230:3,7 260:7
**spread** 137:5
**spreadsheet** 137:6 137:18,19
**stab** 25:18 198:12
**staff** 310:23
**staffing** 296:5
**stamps** 237:22 238:20,23
**standard** 224:25 225:8
**standards** 17:19
**standpoint** 26:18 26:20
**start** 64:11 101:7 134:16 204:6 311:25
**started** 50:8,14 64:11

**starts** 211:5
**State** 1:21 250:17 250:18 315:4
**statement** 66:21 67:4,12 68:14,23 176:22,24 177:19 181:16 249:13 291:17 299:16
**statements** 61:18 62:8,19 68:19 69:2 137:4
**States** 1:2 4:4 237:14
**stating** 249:20
**statistics** 216:11 223:9 292:11
**stay** 247:24
**stenograph** 34:20
**stenographer** 305:15
**steps** 139:9,12 151:17 154:10
**Steve** 70:14,15 162:9
**sticker** 200:16
**STIPULATED** 3:3 3:8,11
**STIPULATIONS** 3:2
**stock** 90:5,11
**stop** 11:12 64:8,24 65:5,6 172:2 186:12 272:15 304:20,23
**stopped** 11:16 40:19 64:22 65:2
**stops** 15:7
**store** 103:11
**stores** 39:23,24 103:23
**story** 123:5
**straight** 283:13
**strategic** 228:7
**strategy** 56:24
**stream** 81:25
**street** 187:6
**stricken** 160:7

**strike** 17:14 19:4 44:20 56:3 95:10 95:20 115:23 123:13 126:20 136:20 138:13 156:22 161:2 167:4 177:4 182:17 216:20 222:3 235:18 254:15 266:11 279:13 294:15
**strong** 310:14,18
**structure** 12:12 58:25 59:3 95:25
**Strutinskiy** 2:12 4:2,16,16 22:23 35:14,17 42:6 77:18,21 111:20 111:24 133:23 134:2 149:8,12 186:19,22 191:9 226:20 227:2,5 272:17,20 312:3
**studied** 223:13
**study** 224:22
**stuff** 135:21 227:24
**stupid** 158:20,22 158:25 197:9,22 198:11 235:20
**stupidity** 171:15
**subjected** 219:15 219:25
**submitted** 52:11 255:21
**SUBSCRIBED** 312:15
**subsequent** 177:7 177:16 178:5
**Subsidiaries** 62:6
**subsidiary** 72:13
**subsidizing** 301:14
**substance** 161:11
**substantially** 99:2 103:3 104:9 122:25 153:10
**substitute** 152:19
**sucker** 157:15

**suckered** 164:12 165:10 169:12,14
**suckering** 156:22 156:23 157:6 165:7 170:5,13
**sudden** 305:5
**sue** 187:25 291:10 291:18
**sued** 291:18
**suffices** 146:18
**suggest** 230:23 249:25 254:10 258:21 306:21 307:10,20 308:12
**suggested** 109:19 269:15
**suggestion** 307:22
**suggests** 271:15
**suit** 290:5,8
**suite** 2:10 105:14 281:6
**sum** 161:11
**sums** 71:14
**supply** 206:8
**support** 145:17 310:20
**supported** 231:23
**supports** 231:22
**supposed** 139:22 178:25
**sure** 5:24 6:14 8:17 25:11,21 27:21 33:9,14 38:17,19 67:20 70:5 80:9 80:18 89:4,19 96:20,21 97:24 98:17 102:3 105:23 108:17,19 108:21 113:13 116:14 124:25 125:16 134:8 145:21,21,23 146:4,5 147:9 151:9 153:22,25 154:3,9 170:21 173:14,25 182:23 202:9 207:24

208:6,6,9 213:20 214:11,25 216:17 217:4,18 218:8 223:2 230:15 231:19,21 232:21 235:18,22 236:2 238:11 239:12 243:13,18 246:25 248:2 252:19 259:24 265:21 266:20 267:13 270:20 273:11 278:9 281:13 286:20 289:6 296:24 298:14 300:21 304:11 306:20,24
**surprise** 32:22 104:12 106:17 220:10 266:23,25 268:12,15,19 290:17,23 291:16 291:20 309:8
**surprised** 107:15 107:22,23 308:22
**surrounding** 79:20 178:14 183:25 184:11 190:6,20 193:6 241:22 256:22 265:12 269:4
**suspect** 92:18,23
**suspenders** 218:17
**Sussman** 202:15,18 202:21,23 203:4
**swear** 4:18 243:15
**sworn** 3:14 312:15 315:7
**system** 101:7 301:10
**systems** 1:7 4:6 62:6 78:13 81:2 89:2 92:8 127:19 128:4 181:7 250:20 253:24 285:23 316:4

## T

**T** 313:8 314:3
315:2,2
**table** 235:8
**take** 6:20 7:2 13:21
35:8,12 39:8
74:20 77:16 96:19
106:6 136:21
143:22 146:6,8,10
151:16 154:10
164:11 167:3
187:11 198:10,15
200:25 210:24,25
226:16,22,24
237:13,15 245:23
245:23,24 272:15
282:12 292:14
300:21 306:19
**taken** 5:7,14 18:6
139:9,12 141:17
183:21 293:6
**takes** 100:5 262:13
**talk** 9:7
**talked** 134:6
175:21 187:2
192:10
**talking** 22:15 32:21
165:14 168:15
169:5 196:17
197:8 225:22
232:21 250:21
271:3 275:23
278:21 295:12,14
297:7 305:12,13
**talks** 225:15
**Tangential** 310:22
**tangentially** 76:15
310:10,11
**tax** 16:20 17:7
23:19 24:5 30:12
31:9,13 32:6,14
32:15,21,24 33:11
34:6 35:4,23 36:7
111:10 137:4
274:13 283:4
293:21 294:2,12

294:12,17,21
295:5,12,13,25
296:5,6,8,15
297:5,11,21 298:2
298:12,15,23
299:9 301:14
308:13,17,22
309:2,7,18
**taxes** 24:6 30:19
219:9,19 295:7
297:3 301:11
**Taylor** 223:10,11
**technical** 279:23
**Technically** 116:4
**techniques** 289:13
**telephone** 131:2
**tell** 6:15 12:14 13:4
28:24 31:8 67:20
67:23 137:17
138:23 158:11
167:19 176:14
177:7 178:2 180:5
180:15 187:13
194:12 196:13
203:16 211:3
229:11,12 246:19
246:21 259:3
289:16 301:19
311:4,12
**telling** 184:15
206:19 208:14
242:2
**tells** 146:21 255:22
**ten** 5:11 8:16,17
34:9 39:3 88:16
181:20 278:18
298:19
**tenants** 153:16
**tend** 175:24
**Tens** 119:10 276:23
**ten-minute** 272:16
**term** 94:15 102:23
104:17,21 109:2
110:20 142:6,14
143:14 156:22,23
158:16 164:25
169:20 218:22

234:8 258:3
266:13 267:23
274:7,10 283:4
293:5 299:21
300:7 301:24
304:12 305:5,9
307:11 309:24
**terminal** 83:4
226:8 271:13
**terminals** 118:2,3
271:13
**terminate** 19:19
**terminated** 154:15
**termination** 276:18
**terms** 23:11 62:10
64:19 100:14,16
112:14 116:18
143:3 156:10,15
185:16,22 187:4
200:10 217:5,9,23
218:24 219:2
231:18,22 232:4
297:7,8,21 299:13
**test** 6:19
**testified** 4:22 42:19
43:3 266:24
**testimony** 17:5
58:6 75:3 103:8
103:25 166:2
261:4,12 273:22
277:23 280:8
305:14 313:2
315:6,9
**Texas** 99:10
**textual** 167:8
**thank** 5:5 24:24
51:21 86:17
150:23 199:13
248:2
**theoretically** 224:5
**thereabouts** 268:9
**thing** 75:6 86:11
134:6 144:18
163:16 167:19
199:22 204:3
230:13 240:14
260:6 289:6

293:12
**things** 6:21 19:17
19:21 21:7 75:9
89:20 117:24
124:20 145:10
161:9 192:14
196:21 199:16
228:8 236:4 292:8
**think** 5:24 6:20
8:12 17:18 18:3
25:17 31:4,25
32:5,13 37:6,11
37:12,24 38:4,6,7
40:19 48:15 55:3
57:15 66:6 70:17
71:13 73:19 78:21
87:4 88:11 95:7
96:8 97:17,24
98:17 107:10
118:18 119:6
133:20 135:2
136:13,15 140:5
140:15 141:7
147:19 148:5,8,9
148:14 149:18
154:20,23 155:5
156:21 157:5,14
157:16 158:16,19
158:22 159:11
171:6,16,24
172:19 176:14,25
177:21 194:16
195:14,17,24
197:7,11 198:18
204:16 215:24
217:17,25 218:2,4
218:8 220:12,16
220:20 221:2,7,7
221:9,14 229:7,17
229:18 230:6,17
230:18 235:2
237:19 239:2,6
240:9 244:18,22
248:21 252:23
255:25 264:24
270:16 274:17
278:23 306:2

309:17 310:3,8,10
**thinks** 166:6
**thought** 156:25
159:5 176:12
193:22 234:6
240:6 292:21,23
**thoughts** 240:16,18
**thousands** 276:23
**threatened** 172:6
309:2
**three** 8:2,20 13:6
61:18 84:19
163:21 201:4
211:4 233:7
281:22,22,23
282:2
**three-minute** 35:13
**threw** 304:25
**tier** 260:16
**tiered** 102:8,16
262:17 263:19
**time** 1:19 3:10 5:13
6:19 7:15 14:16
14:17 26:17,20
31:19 35:14,17
36:16 39:14 43:23
51:10 60:16 63:23
63:24 64:9,16
65:2 72:16 74:24
75:21 77:18,21
90:22 101:7,10,19
105:22 109:7
111:20,24 126:17
128:21 130:10
133:23 134:2
139:24 144:9,9
148:12,16,17
149:8,12 157:15
159:11 161:19
177:7,14,16
186:19,22 192:13
199:2,17 201:8,15
202:15,18 203:12
205:2,21,22 210:9
210:10 211:18
212:2 213:25
214:3 222:11,18

222:20 226:11
227:2,5 231:11
237:7,7,24 246:18
248:13 249:5
272:17,20 276:24
279:5 280:4,20
285:6 288:6
294:13,25 295:3,4
296:4 297:22
302:8 303:22
309:9 312:3
**timeframe** 52:4
228:17 287:3
288:9
**times** 5:8,9,19 7:21
107:4,4 144:20
145:4 181:20
184:3 199:7 265:6
294:22
**timing** 64:21
**title** 9:13 41:6 47:5
258:6,14,18,22,24
**titled** 68:19
**today** 4:3 32:25
72:2 190:23 203:9
214:5 227:16
236:9,16 250:21
**today's** 4:18 7:10
8:19 9:8,11 312:4
**told** 142:16,22
170:5 177:16
178:6 209:12,13
220:9 257:18,20
264:22 291:16
302:20 303:23
307:7
**top** 48:24 72:3
115:2 118:22
122:17 154:22
163:8 164:5
197:12 220:8
237:20 258:25
**topic** 186:11
311:24,25
**total** 111:14 125:12
131:4 222:4
224:11 267:21

**totally** 34:21 41:20
67:10 138:18
190:4
**Touche** 218:2
**tough** 285:6
**track** 65:12 137:2
294:14,16
**tracked** 224:3
**traditional** 112:5
**trained** 139:11
140:2
**transaction** 88:15
121:18 127:11
128:10 130:13,21
131:21 132:24,25
133:8 158:5
172:20
**transactions** 125:4
126:11 133:3
149:4 253:3
254:18,25
**transcript** 315:8
**transfer** 77:12
82:21,22 84:15,16
**transference** 13:7
**transferred** 74:14
84:2,4 85:23
**treasurer** 89:22
**trial** 3:10 51:10
73:24
**tried** 199:5
**trier** 166:15
**true** 18:17 43:16,17
67:15 68:21
101:25 104:13
107:24 136:20
146:15 173:23
203:14 218:10
234:25 235:2
237:6 243:4,5,11
243:12,16,17
291:17 315:8
**truly** 145:15
**trust** 12:23 151:22
**truthful** 173:19
176:14,22 177:3,6
177:19 183:2

**try** 146:5 178:23
199:2
**trying** 75:3 105:21
113:17,20 169:22
192:9 195:16
270:7 273:12
302:23
**turn** 110:25 288:22
**twice** 285:18
**two** 8:15 14:7 19:17
19:21 30:4 46:23
58:20,21 79:9
97:13 100:11
114:8,11 119:12
119:13 138:14
158:9 201:4,16,18
201:19,20,21
211:4 217:22
219:2 235:4 265:6
269:6 275:11,19
275:21 276:6
288:22 298:19
**two-thirds** 164:2
**two-way** 187:6
**two-week** 264:22
**type** 116:9 131:14
264:6
**types** 6:4,6
**typical** 121:9
227:10 228:3,18
292:3,6
**typically** 44:15
81:23,23 104:24
110:20 117:23
120:3,13 121:20
146:16 188:6,7
203:8,9 276:14,16
276:20 290:11
291:18 295:6,21
298:19

---
**U**

**Uh-huh** 28:11
46:22 87:21 88:7
162:8,11
**ULC** 132:7
**ultimately** 15:11

**underlying** 195:5
196:16
**underneath** 199:24
**understand** 6:15
6:16 33:14,20
35:20 44:6 83:24
93:13 94:15
100:15,17,18,19
112:9 113:20
124:6 125:16
129:7,9 134:6
142:11 150:20
152:24 155:8,11
155:17,21 156:2
156:16 157:20
159:18 167:11
172:10 192:9
194:7,25 198:17
198:20 200:9
222:19 230:15
232:3 241:10
251:8,16 252:14
262:19,23 268:5
270:8 302:19,22
**understandable**
199:3,6,8
**understanding**
81:20 82:8 111:10
111:13 122:19
158:3 176:4 244:8
253:19
**understood** 6:17
113:13 302:20
**underwriting**
100:4,6 101:2
139:13 146:17
170:19 289:13
**unethical** 20:10,18
**unfair** 136:14
148:3,6,15
**Unfortunately**
273:11
**unfounded** 18:4
**uniformity** 233:20
**unilaterally** 299:14
**unique** 284:4
**uniquely** 282:8,9

**unit** 270:12 281:5
**United** 1:2 4:4
237:14
**units** 277:11,14
278:18
**unlawful** 184:19,20
**unnecessary**
235:12,13
**unsure** 134:7
244:17
**untrue** 177:22
243:2
**unusual** 144:3,9,12
144:18 278:23
279:2
**urgent** 35:12
**use** 15:8 25:12,14
44:4 75:14 98:24
114:21 115:22
135:24 152:15
153:3 156:9,15
182:20 272:14
274:7 279:15
287:9 293:5 296:6
**usually** 222:10,10
268:13
**utilizing** 151:15
**Uzlap** 285:2
**U-z-l-a-p** 285:7
**U.K** 82:24 83:3,4,7
85:20,20
**U.S** 86:16

---
**V**

**v** 251:13,22 253:16
254:3 316:4
**vague** 302:15,18
**valid** 18:12,25
235:16 308:3
309:15
**value** 104:17,21,25
107:25 109:3,6
110:9,13,14,14,16
110:18,22 125:7
137:11 262:9
264:11,25 272:24
273:13,25 274:8

276:13,14 279:3
280:5,8,16,19
281:9 282:3,8,13
282:14,21,24,25
283:4,6,11,17
284:3,4
**values** 124:14
**Varde** 88:16
**variations** 214:4
**varies** 280:6 294:25
**variety** 105:12
124:10,17 135:20
137:25 145:10
219:11 294:23
296:4,7,7 302:23
**various** 137:21
161:14 198:2
294:22
**vary** 280:19 282:4
282:21 295:5
**varying** 280:24
**vast** 221:14 231:24
**vehicle** 77:12
109:20,23
**vender** 22:6 76:24
77:10,11 101:5
102:2,5 103:10
104:10 106:10
139:13 142:22
143:3,12 146:14
146:17,18,21,24
147:11,20 185:24
189:2 229:14,23
237:6 244:11
260:3 261:13
262:11,13,15,17
263:8,18 264:3,20
265:12 292:9,11
309:5
**venders** 52:11
100:3 102:8,16
108:12 139:9,20
287:4 298:11
308:25 309:9
**venture** 137:17
**venues** 105:13
**verbal** 193:7

**verbally** 140:20
**verification** 100:9
100:10,11,13
207:7,13,18,25
208:2 215:15,18
217:11 218:18
301:16 302:10
**verifications**
246:14
**verify** 89:20 143:22
165:18,20 166:13
167:4 195:2
218:14,21 219:3
**verifying** 195:5
**version** 213:21
288:18
**versions** 201:22
202:2 209:24
213:11,22 215:8
**viable** 289:17
**vice** 162:2
**video** 34:19 305:16
**videographer** 4:17
**videotape** 150:22
**videotaped** 1:18
4:3
**view** 310:18
**violate** 265:16
**virtually** 235:3,6
**virtue** 209:10
216:11 221:16
**visa** 237:22 238:14
257:10
**Vishal** 59:11
**vis-a-vis** 153:15
**Volume** 51:22,24
292:7
**VP** 162:9
**V-a-r-d-e** 88:17

_____
**W**
**Wachovia** 93:20
**wait** 6:22,23 22:16
304:17
**waive** 211:21
**waived** 3:7 210:9
211:24 302:5

**waiver** 125:25
203:7,18 204:4,18
205:8,11,20
207:22 208:10,15
209:14 215:15,20
216:24 219:6,21
220:7,21 301:25
303:3,23 304:7
306:13,23 307:14
**Waivers** 223:14,21
224:12,19
**walk** 217:21
**want** 6:3,14 11:3
25:9 31:3 41:23
43:9,21 51:19
56:14 74:18 99:19
113:13 124:5,18
125:16 133:18
134:5,10,17
141:16,20 155:10
155:15,25 156:4,9
156:15 157:3
161:8,17 164:22
165:12 166:5,5,8
167:25 168:23
186:9,13 196:19
196:24 198:19
200:9 201:10,14
211:11 213:7
228:10 232:20
240:24 247:24
260:6 293:12
300:4 301:17
302:4,10 303:25
**wanted** 35:20 50:16
66:13 200:12
207:24 269:19
289:5 302:5
**wants** 166:13 263:8
265:17,21
**wasn't** 23:20 155:9
173:23 176:12
177:18 193:11
221:6 240:25
290:5 293:22
302:12 308:20
**waste** 74:23

**wasting** 43:22
**watches** 135:9
**waterfall** 81:18,22
**way** 6:24 19:18
29:9,17 30:8 44:3
55:24 59:13,14
85:18 117:9
118:25 140:2
153:15 172:6
181:14 182:18
189:9 202:21
208:5,13 209:9
212:20 215:19
220:4 221:13
230:20 237:12
244:15 300:24
307:17 315:12
**ways** 208:6,8
231:17
**wchan** 259:24
**website** 149:21
250:19
**week** 183:20 277:6
**weeks** 298:19
**Weiss** 50:12 60:14
60:18 61:11,17
**welcome** 161:7
166:13 201:13
**Wells** 91:24 93:7
93:19 94:2,7 98:9
**went** 92:22 122:24
261:23 307:12
311:3
**weren't** 134:8
233:10 238:15
243:13,18
**Western** 127:24
128:2 132:19,21
**we'll** 6:20 36:19
74:2 105:21
186:16 222:22,24
222:25 226:22
264:9 272:15
**we're** 35:12,15,18
44:3 74:23 111:25
134:3 139:18
172:18 186:20

227:6 232:21
263:19 266:25
271:2 272:21
289:6 295:12,14
299:25 312:5
**we've** 139:12 199:7
224:7,8,21 250:20
**whatsoever** 12:22
90:17 143:23
146:21 187:16
207:21 213:23
240:2
**WHEREOF**
315:14
**wholesale** 260:15
261:23 262:4
275:16,20 276:4
278:12 282:14
**wholesaler** 275:20
278:4 281:3
282:14
**wholesalers** 276:21
**wholly** 305:14
**willing** 273:2,3,16
273:16
**wind** 123:12
**withdraw** 168:11
**witness** 4:14,18,21
8:8,25 9:25 10:11
11:3 12:11,17
13:2,6 14:11
16:15 17:10 18:15
19:10 20:6,15
21:2,19 22:4 23:5
23:15,23 24:8
26:6 27:4 29:16
29:24 30:16 31:16
31:23 32:10 33:5
34:3 36:5 37:15
37:16 38:11,17
40:9,17,25 42:19
43:18,21 44:2,4
45:18,24 48:20
49:3 50:5,20
53:11,19 55:15
57:15,23 58:11,15
59:24 60:3 61:21

63:15 65:14,21
66:6,11,24 67:7
68:8 69:21 70:10
70:23 71:7,13,20
72:22 73:5,12
74:23 75:3,8,24
76:19 78:15 79:3
80:4,17,22 81:15
83:10 85:25 88:3
88:9 89:16 90:8
90:20 91:20 92:3
93:11 95:17 96:8
97:23 98:6,22
99:18 100:2
101:15,22 102:11
102:21 103:6,18
103:22 104:15
105:6 107:18
108:6,15 111:2,8
112:9,18 113:10
114:4,25 116:4,25
117:13 118:7
119:6 120:7,13,21
121:2,24 122:11
123:19 124:2
126:9 128:13
129:21 130:7,18
131:8 132:15
133:10 134:20
135:13,19 136:2
140:13 141:12,25
143:8,19 144:8,16
145:9 146:24
147:15,23 148:8
148:20 150:17,22
152:24 153:14
154:13 155:3,20
156:7,12,18 157:9
157:20 158:11,16
159:4 160:8,16,23
163:14 164:19
166:2,24 167:11
167:18 168:21
169:8,19 170:9
171:9,18 172:2,18
173:8 174:8,20
175:3,9,14 176:2

176:18,24 177:10
177:21 178:13
179:3,13,24
180:10,19 181:6
183:6,13,24
184:10,18 185:7
185:18 186:5
187:21 188:17,23
189:12 191:10,23
192:6,19 193:19
194:6,22 195:8,21
196:9,13,24
197:15,25 198:23
199:12 204:21,25
206:6,22 207:15
208:5 209:5,24
210:20 213:6,15
214:15 215:5,11
215:23 216:17
217:3,14 223:17
223:24 224:14,21
227:16 229:3,17
230:2 234:8,19
235:25 236:7
237:3,18 238:11
239:21 240:5,19
241:10,21 242:9
243:8,20 244:8
248:25 249:9,23
250:13 251:16
252:2,13 253:5
254:21 255:7
256:13,20 257:4
257:16 258:2,11
258:20 261:18
262:3,19 263:14
264:18 265:9,19
268:15 269:2,22
270:4 271:11
272:8 273:8 274:4
279:9 281:13
282:7 283:19,25
284:12 285:5,11
287:11,22 288:13
289:4,22 290:11
292:3 293:5 294:2
294:9,20 296:19

296:24 298:5,18
298:25 299:18,23
300:17 301:3,23
302:15 303:6,16
304:14,21 306:16
307:5,17 308:20
309:13,23 311:2
311:17 315:6,9,14
316:5
**word** 112:5,6
118:19 195:17
255:7,8,14,16,18
**words** 81:22 156:10
156:13 200:11,15
200:24 265:15
283:5 304:3
**work** 56:25 57:4,6
75:9 78:24 79:14
79:16 80:11,13
95:23 96:5 136:8
152:12 157:17,23
158:3,8 192:16
212:20 272:5,8
290:2
**worked** 59:13 78:4
78:5,5
**working** 45:5,11
100:21 136:3,5
158:13
**works** 10:7 99:15
136:6,9,10,23,23
171:5
**world** 195:19
**worry** 171:21
**worth** 37:9 38:8,23
39:4,15 137:9
274:24 275:9,11
275:15,15,17
276:8 284:8,8,9,9
**wouldn't** 8:25
79:21 107:20
120:7 141:2,20
143:5 156:3,15
191:17 192:15
196:19 198:19
201:19 205:3,5
223:19,24 224:6

225:6,7 236:16,20
236:24 239:7
262:7 265:23
266:2 269:18
272:5 276:13
293:5 296:22
300:15 308:22
309:4,8
**write** 155:10,15,25
264:12
**writes** 97:3 171:4
**writing** 311:18
**written** 168:14
189:19 200:5,8
**wrong** 145:25
173:22 174:2
179:7,18 180:5,12
180:15,19,25
181:7 182:11,11
182:20 183:3
251:12,21
**wrote** 164:5,7,14
167:23 170:2
197:18 198:8

**X**

**x** 1:3 231:9 232:19
232:22 313:8
314:3,8

**Y**

**yeah** 26:6 28:17
31:5 39:5 61:21
62:12 63:15 92:17
138:12 144:19
156:7 186:18
196:9 243:8
277:12,15 286:19
295:11
**year** 144:20 294:22
**years** 34:9 39:3
61:18 202:20
224:8,10 225:10
227:25 246:20
275:12 276:7
295:2
**yesterday** 7:14,25

**York** 1:2,11,11,21
2:6,11,11,16,16
4:5 250:17 315:4

**Z**

**zero** 284:8

**$**

**$1,000.00** 106:12
178:7 182:13
**$1,444.00** 279:16
**$1,500.00** 272:9
282:19 284:10
**$1,700.00** 268:8,11
**$10.00** 225:20,25
**$100.00** 270:12
282:15
**$106,000** 129:11
**$106,000.00** 129:14
**$144.40** 279:16
**$150.00** 106:15
107:12,12,16
108:9
**$175,000.00** 17:7
**$19.00** 278:15,18
**$192.00** 107:2,6,12
107:25 108:9
**$2,000.00** 178:8
182:14 269:11
**$2,400.00** 268:7
277:22
**$2,879,078.00**
44:24
**$2,880.00** 279:23
**$20.00** 108:14
**$200.00** 222:5
262:14,24
**$240.00** 277:22,25
278:8 279:20
**$25.00** 30:12,25
31:9,13,25 32:7
32:14,15,18,22,25
33:2,5,8,10 34:10
36:12,17 293:22
293:24 294:3
295:9,9 300:2
**$288.00** 279:24

**$3,000.00** 269:6
**$30.00** 108:18
277:14,24 278:7
279:14,15
**$300,000.00** 84:16
85:12,23
**$300.00** 282:17
284:8
**$36,137,381.00**
63:3
**$4.00** 121:25
**$4.95** 205:8,11,14
302:9
**$40.00** 106:6,11
**$400.00** 275:11,19
**$5,000.00** 178:3
289:12
**$50.00** 108:20
262:15,16 263:9
263:10,20 268:6
279:19
**$500.00** 268:13,21
269:6 275:22
276:6
**$59.00** 218:11
**$60.00** 106:2
279:22
**$600.00** 284:9
**$700.00** 278:10
**$80.00** 265:3

_____
**0**
**01:39:54** 133:25
**01:40:33** 134:2
**01:40:34** 134:3
**01:40:37** 134:4
**01:40:38** 134:5
**01:40:41** 134:6
**01:40:43** 134:7
**01:40:49** 134:8
**01:40:50** 134:9
**01:40:52** 134:10
**01:40:53** 134:11
**01:40:57** 134:12
**01:41:02** 134:13
**01:41:04** 134:14
**01:41:05** 134:15

**01:41:09** 134:16
**01:41:12** 134:17
**01:41:15** 134:18
**01:41:16** 134:19,20
**01:41:17** 134:21
**01:41:18** 134:22
**01:41:19** 134:23
**01:41:22** 134:24
**01:41:25** 134:25
**01:41:34** 135:2
**01:41:37** 135:3
**01:41:38** 135:4
**01:41:40** 135:5
**01:41:43** 135:6
**01:41:44** 135:7,8
**01:41:46** 135:9
**01:41:51** 135:10
**01:41:52** 135:11
**01:41:53** 135:12
**01:41:54** 135:13,14
**01:41:55** 135:15,16
**01:41:56** 135:17
**01:41:57** 135:18
**01:41:58** 135:19
**01:42:01** 135:20
**01:42:08** 135:21
**01:42:11** 135:22,23
**01:42:15** 135:24
**01:42:17** 135:25
**01:42:18** 136:2
**01:42:19** 136:3
**01:42:20** 136:4
**01:42:21** 136:5
**01:42:23** 136:6
**01:42:26** 136:7
**01:42:27** 136:8
**01:42:29** 136:9
**01:42:33** 136:10
**01:42:37** 136:11
**01:42:42** 136:12
**01:42:44** 136:13
**01:42:48** 136:14
**01:42:51** 136:15
**01:42:56** 136:16
**01:43:01** 136:17
**01:43:10** 136:18
**01:43:11** 136:19

**01:43:13** 136:20
**01:43:15** 136:21
**01:43:17** 136:22
**01:43:22** 136:23
**01:43:23** 136:24
**01:43:26** 136:25
**01:43:29** 137:2
**01:43:32** 137:3
**01:43:36** 137:4
**01:43:41** 137:5
**01:43:43** 137:6
**01:43:44** 137:7
**01:43:46** 137:8
**01:43:49** 137:9
**01:43:51** 137:10
**01:43:53** 137:11
**01:43:55** 137:12
**01:43:56** 137:13
**01:43:58** 137:14,15
**01:44:00** 137:16
**01:44:02** 137:17
**01:44:03** 137:18
**01:44:05** 137:19
**01:44:07** 137:20
**01:44:08** 137:21
**01:44:10** 137:22
**01:44:11** 137:23
**01:44:12** 137:24
**01:44:14** 137:25
**01:44:19** 138:2
**01:44:23** 138:3
**01:44:25** 138:4
**01:44:29** 138:5
**01:44:30** 138:6
**01:44:33** 138:7
**01:44:35** 138:8
**01:44:38** 138:9
**01:44:39** 138:10
**01:44:41** 138:11
**01:44:46** 138:12
**01:44:51** 138:13
**01:44:54** 138:14
**01:44:58** 138:15
**01:45:04** 138:16
**01:45:06** 138:17
**01:45:07** 138:18
**01:45:08** 138:19

**01:45:11** 138:20
**01:45:12** 138:21
**01:45:13** 138:22
**01:45:17** 138:23
**01:45:20** 138:24
**01:45:22** 138:25
**01:45:24** 139:2
**01:45:26** 139:3
**01:45:27** 139:4
**01:45:30** 139:5
**01:45:31** 139:6
**01:45:32** 139:7
**01:45:52** 139:8
**01:45:56** 139:9
**01:46:09** 139:10
**01:46:12** 139:11
**01:46:15** 139:12
**01:46:19** 139:13
**01:46:23** 139:14
**01:46:26** 139:15
**01:46:35** 139:16
**01:46:36** 139:17
**01:46:37** 139:18
**01:46:38** 139:19
**01:46:40** 139:20
**01:46:43** 139:21
**01:46:45** 139:22
**01:46:50** 139:23
**01:46:53** 139:24
**01:46:55** 139:25
**01:46:57** 140:2
**01:47:00** 140:3
**01:47:03** 140:4
**01:47:04** 140:5
**01:47:08** 140:6
**01:47:09** 140:7
**01:47:12** 140:8,9
**01:47:15** 140:10,11
140:12,13,14
**01:47:16** 140:15
**01:47:18** 140:16
**01:47:22** 140:17
**01:47:23** 140:18,19
**01:47:25** 140:20
**01:47:26** 140:21
**01:47:30** 140:22
**01:47:32** 140:23

**01:47:33** 140:24,25
141:2
**01:47:34** 141:3
**01:47:35** 141:4
**01:47:36** 141:5
**01:47:38** 141:6
**01:47:56** 141:7
**01:47:57** 141:8
**01:48:03** 141:9
**01:48:05** 141:10
**01:48:06** 141:11
**01:48:15** 141:12
**01:48:16** 141:13
**01:48:19** 141:14
**01:48:20** 141:15
**01:48:27** 141:16
**01:48:31** 141:17
**01:48:35** 141:18
**01:48:37** 141:19
**01:48:40** 141:20
**01:48:44** 141:21
**01:48:46** 141:22,23
**01:48:52** 141:24
**01:48:58** 141:25
**01:48:59** 142:2
**01:49:00** 142:3
**01:49:01** 142:4,5
**01:49:03** 142:6
**01:49:08** 142:7
**01:49:09** 142:8
**01:49:16** 142:9
**01:49:19** 142:10
**01:49:20** 142:11
**01:49:21** 142:12
**01:49:23** 142:13
**01:49:26** 142:14
**01:49:27** 142:15
**01:49:30** 142:16
**01:49:32** 142:17
**01:49:35** 142:18
**01:49:39** 142:19
**01:49:41** 142:20,21
**01:49:43** 142:22
**01:49:45** 142:23
**01:49:48** 142:24
**01:49:49** 142:25
**01:49:50** 143:2

| | | | | |
|---|---|---|---|---|
| **01:49:54** 143:3 | **01:51:35** 145:8 | **01:53:49** 147:11 | **01:57:16** 149:19 | **01:59:13** 151:23,24 |
| **01:49:57** 143:4 | **01:51:36** 145:9 | **01:53:54** 147:12 | **01:57:18** 149:20 | **01:59:15** 151:25 |
| **01:49:58** 143:5 | **01:51:39** 145:10 | **01:53:56** 147:13,14 | **01:57:19** 149:21 | **01:59:17** 152:2 |
| **01:50:00** 143:6 | **01:51:43** 145:11 | **01:53:57** 147:15 | **01:57:22** 149:22 | **01:59:18** 152:3 |
| **01:50:01** 143:7,8,9 | **01:51:45** 145:12 | **01:53:58** 147:16 | **01:57:23** 149:23 | **01:59:20** 152:4 |
| 143:10 | **01:51:47** 145:13 | **01:53:59** 147:17 | **01:57:25** 149:24 | **01:59:22** 152:5 |
| **01:50:02** 143:11 | **01:51:49** 145:14 | **01:54:01** 147:18 | **01:57:27** 149:25 | **01:59:25** 152:6 |
| **01:50:04** 143:12 | **01:51:50** 145:15 | **01:54:04** 147:19 | **01:57:28** 150:2 | **01:59:28** 152:7 |
| **01:50:06** 143:13 | **01:51:53** 145:16 | **01:54:08** 147:20 | **01:57:30** 150:3 | **01:59:31** 152:8 |
| **01:50:09** 143:14 | **01:51:55** 145:17,18 | **01:54:11** 147:21 | **01:57:31** 150:4 | **01:59:32** 152:9,10 |
| **01:50:11** 143:15 | **01:51:57** 145:19 | **01:54:12** 147:22 | **01:57:34** 150:5 | **01:59:34** 152:11 |
| **01:50:16** 143:16 | **01:52:01** 145:20 | **01:54:13** 147:23 | **01:57:35** 150:6 | **01:59:37** 152:12 |
| **01:50:18** 143:17 | **01:52:03** 145:21 | **01:54:14** 147:24 | **01:57:38** 150:7 | **01:59:40** 152:13 |
| **01:50:19** 143:18 | **01:52:04** 145:22 | **01:54:15** 148:2,3 | **01:57:39** 150:8 | **01:59:41** 152:14 |
| **01:50:23** 143:19 | **01:52:05** 145:23 | **01:54:17** 148:4,5 | **01:57:41** 150:9 | **01:59:43** 152:15 |
| **01:50:26** 143:20 | **01:52:06** 145:24 | **01:54:19** 148:6 | **01:57:45** 150:10 | **01:59:44** 152:16 |
| **01:50:31** 143:21 | **01:52:08** 145:25 | **01:54:22** 148:7 | **01:57:46** 150:11 | **01:59:46** 152:17 |
| **01:50:33** 143:22 | **01:52:09** 146:2 | **01:54:23** 148:8 | **01:57:47** 150:12,13 | **01:59:49** 152:18 |
| **01:50:37** 143:23 | **01:52:12** 146:3 | **01:54:24** 148:9 | 150:14 | **01:59:58** 152:19 |
| **01:50:40** 143:24 | **01:52:14** 146:4 | **01:54:26** 148:10 | **01:57:51** 150:15,16 | **02:00:01** 152:20 |
| **01:50:42** 143:25 | **01:52:16** 146:5 | **01:54:27** 148:11 | **01:58:01** 150:17,18 | **02:00:04** 152:21 |
| 144:2 | **01:52:19** 146:6 | **01:54:29** 148:12 | **01:58:02** 150:19 | **02:00:07** 152:22 |
| **01:50:46** 144:3 | **01:52:21** 146:7 | **01:54:30** 148:13 | **01:58:03** 150:20 | **02:00:11** 152:23 |
| **01:50:48** 144:4 | **01:52:23** 146:8 | **01:54:31** 148:14 | **01:58:05** 150:21 | **02:00:12** 152:24,25 |
| **01:50:52** 144:5 | **01:52:25** 146:9 | **01:54:32** 148:15,16 | **01:58:08** 150:22 | 153:2 |
| **01:50:53** 144:6 | **01:52:32** 146:10 | 148:17,18 | **01:58:11** 150:23,24 | **02:00:13** 153:3 |
| **01:50:54** 144:7 | **01:52:36** 146:11,12 | **01:54:38** 148:19 | **01:58:13** 150:25 | **02:00:14** 153:4 |
| **01:51:06** 144:8 | **01:52:38** 146:13 | **01:54:42** 148:20 | **01:58:14** 151:2 | **02:00:17** 153:5 |
| **01:51:09** 144:9 | **01:52:40** 146:14 | **01:54:45** 148:21 | **01:58:19** 151:3 | **02:00:18** 153:6 |
| **01:51:11** 144:10,11 | **01:52:42** 146:15 | **01:54:46** 148:22 | **01:58:22** 151:4 | **02:00:20** 153:7 |
| **01:51:12** 144:12 | **01:52:45** 146:16 | **01:55:00** 148:23 | **01:58:26** 151:5 | **02:00:21** 153:8 |
| **01:51:14** 144:13 | **01:52:49** 146:17 | **01:55:01** 148:24,25 | **01:58:29** 151:6 | **02:00:22** 153:9 |
| **01:51:16** 144:14 | **01:52:51** 146:18 | **01:55:03** 149:2 | **01:58:34** 151:7 | **02:00:25** 153:10 |
| **01:51:17** 144:15 | **01:53:02** 146:19 | **01:55:21** 149:3 | **01:58:36** 151:8 | **02:00:29** 153:11 |
| **01:51:18** 144:16 | **01:53:03** 146:20 | **01:55:25** 149:4 | **01:58:37** 151:9 | **02:00:33** 153:12 |
| **01:51:19** 144:17,18 | **01:53:04** 146:21 | **01:55:27** 149:5 | **01:58:38** 151:10 | **02:00:34** 153:13 |
| **01:51:20** 144:19 | **01:53:05** 146:22,23 | **01:55:29** 149:6,7 | **01:58:42** 151:11 | **02:00:35** 153:14 |
| **01:51:21** 144:20 | **01:53:13** 146:24 | **01:55:34** 149:8 | **01:58:44** 151:12 | **02:00:36** 153:15 |
| **01:51:22** 144:21 | **01:53:20** 146:25 | **01:55:36** 149:9 | **01:58:47** 151:13 | **02:00:40** 153:16 |
| **01:51:23** 144:22 | **01:53:22** 147:2 | **01:55:38** 149:10,11 | **01:58:51** 151:14 | **02:00:45** 153:17 |
| **01:51:24** 144:23,24 | **01:53:28** 147:3 | **01:57:04** 149:12 | **01:58:52** 151:15 | **02:00:47** 153:18 |
| **01:51:26** 144:25 | **01:53:34** 147:4 | **01:57:05** 149:13 | **01:58:54** 151:16 | **02:00:49** 153:19 |
| **01:51:27** 145:2 | **01:53:35** 147:5,6 | **01:57:08** 149:14 | **01:58:57** 151:17 | **02:00:53** 153:20 |
| **01:51:28** 145:3,4 | **01:53:40** 147:7 | **01:57:09** 149:15 | **01:59:01** 151:18 | **02:00:56** 153:21 |
| **01:51:29** 145:5 | **01:53:42** 147:8 | **01:57:11** 149:16 | **01:59:05** 151:19,20 | **02:00:58** 153:22,23 |
| **01:51:33** 145:6 | **01:53:43** 147:9 | **01:57:13** 149:17 | **01:59:07** 151:21 | **02:01:00** 153:24 |
| **01:51:34** 145:7 | **01:53:47** 147:10 | **01:57:15** 149:18 | **01:59:09** 151:22 | **02:01:01** 153:25 |

154:2
**02:01:03** 154:3
**02:01:05** 154:4
**02:01:06** 154:5
**02:01:07** 154:6
**02:01:09** 154:7
**02:01:12** 154:8
**02:01:13** 154:9
**02:01:20** 154:10
**02:01:21** 154:11,12
**02:01:22** 154:13,14
**02:01:23** 154:15
**02:01:25** 154:16
**02:01:27** 154:17,18
**02:01:30** 154:19
**02:01:32** 154:20
**02:01:33** 154:21
**02:01:36** 154:22
**02:01:54** 154:23
**02:02:01** 154:24
**02:02:06** 154:25
155:2
**02:02:08** 155:3,4
**02:02:09** 155:5
**02:02:11** 155:6
**02:02:14** 155:7
**02:02:17** 155:8
**02:02:19** 155:9
**02:02:22** 155:10
**02:02:23** 155:11
**02:02:28** 155:12
**02:02:29** 155:13,14
**02:02:30** 155:15,16
155:17
**02:02:32** 155:18,19
**02:02:33** 155:20
**02:02:34** 155:21
**02:02:37** 155:22
**02:02:39** 155:23
**02:02:40** 155:24
**02:02:42** 155:25
**02:02:44** 156:2
**02:02:48** 156:3
**02:02:49** 156:4
**02:02:52** 156:5
**02:02:53** 156:6
**02:02:54** 156:7,8

**02:02:55** 156:9
**02:02:57** 156:10
**02:02:59** 156:11,12
**02:03:00** 156:13
**02:03:01** 156:14
**02:03:02** 156:15
**02:03:04** 156:16
**02:03:06** 156:17
**02:03:07** 156:18
**02:03:08** 156:19,20
**02:03:22** 156:21
**02:03:27** 156:22
**02:03:34** 156:23
**02:03:36** 156:24
**02:03:44** 156:25
**02:03:46** 157:2
**02:03:50** 157:3
**02:03:52** 157:4
**02:03:54** 157:5
**02:03:57** 157:6
**02:04:00** 157:7
**02:04:02** 157:8
**02:04:03** 157:9
**02:04:11** 157:10
**02:04:12** 157:11,12
**02:04:14** 157:13
**02:04:16** 157:14
**02:04:17** 157:15
**02:04:20** 157:16
**02:04:24** 157:17
**02:04:28** 157:18
**02:04:29** 157:19
**02:04:30** 157:20,21
157:22
**02:04:31** 157:23
**02:04:32** 157:24
**02:04:33** 157:25
**02:04:35** 158:2,3
**02:04:37** 158:4
**02:04:40** 158:5
**02:04:45** 158:6
**02:04:50** 158:7,8
**02:04:53** 158:9
**02:04:55** 158:10
**02:04:56** 158:11
**02:04:57** 158:12,13
**02:05:00** 158:14

**02:05:02** 158:15
**02:05:03** 158:16
**02:05:04** 158:17
**02:05:05** 158:18
**02:05:11** 158:19
**02:05:16** 158:20
**02:05:17** 158:21
**02:05:18** 158:22
**02:05:20** 158:23
**02:05:23** 158:24
**02:05:25** 158:25
**02:05:27** 159:2
**02:05:28** 159:3
**02:05:30** 159:4
**02:05:31** 159:5
**02:05:34** 159:6
**02:05:35** 159:7
**02:05:36** 159:8
**02:05:37** 159:9
**02:05:41** 159:10,11
**02:05:46** 159:12
**02:05:48** 159:13
**02:05:50** 159:14
**02:05:52** 159:15
**02:05:55** 159:16
**02:05:56** 159:17
**02:05:59** 159:18
**02:06:01** 159:19
**02:06:02** 159:20
**02:06:05** 159:21
**02:06:08** 159:22,23
**02:06:09** 159:24
**02:06:10** 159:25
**02:06:11** 160:2,3,4
160:5
**02:06:12** 160:6
**02:06:13** 160:7
**02:06:14** 160:8
**02:06:18** 160:9
**02:06:19** 160:10,11
160:12
**02:06:27** 160:13
**02:06:32** 160:14
**02:06:34** 160:15,16
**02:06:36** 160:17
**02:06:39** 160:18
**02:06:40** 160:19

**02:06:41** 160:20
**02:06:43** 160:21
**02:06:46** 160:22,23
**02:06:47** 160:24,25
161:2
**02:06:54** 161:3
**02:06:55** 161:4
**02:06:56** 161:5
**02:07:12** 161:6
**02:07:14** 161:7
**02:07:18** 161:8
**02:07:20** 161:9
**02:07:22** 161:10
**02:07:23** 161:11
**02:07:25** 161:12
**02:07:27** 161:13
**02:07:29** 161:14
**02:07:31** 161:15
**02:07:34** 161:16
**02:07:36** 161:17
**02:07:38** 161:18
**02:07:40** 161:19
**02:07:42** 161:20
**02:07:45** 161:21
**02:07:48** 161:22
**02:07:51** 161:23
**02:07:58** 161:24
**02:07:59** 161:25
**02:08:00** 162:2
**02:08:01** 162:3
**02:08:02** 162:4
**02:08:03** 162:5
**02:08:04** 162:6
**02:08:08** 162:7
**02:08:10** 162:8,9
**02:08:13** 162:10
**02:08:14** 162:11,12
**02:08:15** 162:13
**02:08:17** 162:14
**02:08:18** 162:15,16
**02:08:19** 162:17
**02:08:20** 162:18
**02:08:21** 162:19
**02:08:22** 162:20
**02:08:23** 162:21,22
**02:08:27** 162:23,24
**02:08:29** 162:25

**02:08:36** 163:2
**02:08:37** 163:3
**02:08:38** 163:4
**02:08:39** 163:5
**02:08:40** 163:6
**02:08:43** 163:7
**02:08:45** 163:8,9
**02:08:46** 163:10
**02:08:47** 163:11
**02:08:51** 163:12
**02:08:54** 163:13
**02:08:56** 163:14,15
**02:08:59** 163:16
**02:09:01** 163:17
**02:09:04** 163:18,19
163:20
**02:09:12** 163:21
**02:09:18** 163:22
**02:09:19** 163:23
**02:09:20** 163:24
**02:09:26** 163:25
**02:09:28** 164:2
**02:09:30** 164:3
**02:09:31** 164:4
**02:09:34** 164:5
**02:09:38** 164:6
**02:09:39** 164:7
**02:09:45** 164:8
**02:09:46** 164:9,10
**02:09:48** 164:11
**02:09:52** 164:12
**02:09:57** 164:13
**02:09:59** 164:14
**02:10:00** 164:15
**02:10:04** 164:16
**02:10:08** 164:17
**02:10:10** 164:18
**02:10:17** 164:19
**02:10:18** 164:20
**02:10:20** 164:21
**02:10:21** 164:22
**02:10:22** 164:23
**02:10:24** 164:24
**02:10:34** 164:25
**02:10:37** 165:2
**02:10:43** 165:3
**02:10:46** 165:4

| | | | | |
|---|---|---|---|---|
| 02:10:48 165:5 | 02:12:35 167:7 | 02:15:41 169:13 | 02:17:21 171:17 | 02:19:22 173:19 |
| 02:10:50 165:6 | 02:12:37 167:8 | 02:15:42 169:14 | 02:17:24 171:18 | 02:19:24 173:20 |
| 02:10:51 165:7 | 02:12:42 167:9 | 02:15:45 169:15 | 02:17:25 171:19 | 02:19:26 173:21 |
| 02:10:56 165:8 | 02:12:43 167:10 | 02:15:46 169:16 | 02:17:28 171:20,21 | 02:19:27 173:22 |
| 02:10:57 165:9 | 02:12:45 167:11,12 | 02:15:48 169:17 | 02:17:32 171:22 | 02:19:30 173:23 |
| 02:11:00 165:10 | 02:12:46 167:13,14 | 02:15:49 169:18,19 | 02:17:36 171:23 | 02:19:32 173:24 |
| 02:11:03 165:11 | 02:12:49 167:15 | 02:15:53 169:20 | 02:17:37 171:24 | 02:19:33 173:25 |
| 02:11:04 165:12 | 02:12:52 167:16 | 02:15:54 169:21,22 | 02:17:39 171:25 | 02:19:36 174:2 |
| 02:11:07 165:13 | 02:12:53 167:17 | 02:15:56 169:23 | 02:17:42 172:2 | 02:19:39 174:3 |
| 02:11:11 165:14 | 02:12:54 167:18 | 02:15:57 169:24 | 02:17:47 172:3 | 02:19:45 174:4 |
| 02:11:13 165:15 | 02:12:55 167:19 | 02:15:58 169:25 | 02:17:50 172:4 | 02:19:51 174:5 |
| 02:11:16 165:16 | 02:12:56 167:20 | 02:16:00 170:2 | 02:17:51 172:5 | 02:19:54 174:6 |
| 02:11:18 165:17,18 | 02:12:57 167:21 | 02:16:01 170:3 | 02:17:54 172:6 | 02:19:56 174:7 |
| 02:11:21 165:19 | 02:12:59 167:22 | 02:16:03 170:4 | 02:18:00 172:7 | 02:19:58 174:8,9 |
| 02:11:24 165:20 | 02:13:02 167:23 | 02:16:06 170:5 | 02:18:07 172:8 | 02:19:59 174:10,11 |
| 02:11:26 165:21 | 02:13:05 167:24 | 02:16:09 170:6 | 02:18:08 172:9 | 02:20:01 174:12 |
| 02:11:28 165:22 | 02:13:09 167:25 | 02:16:11 170:7 | 02:18:09 172:10 | 02:20:05 174:13 |
| 02:11:31 165:23 | 02:13:12 168:2 | 02:16:12 170:8,9 | 02:18:10 172:11 | 02:20:08 174:14 |
| 02:11:32 165:24 | 02:13:14 168:3 | 02:16:13 170:10,11 | 02:18:12 172:12 | 02:20:14 174:15 |
| 02:11:34 165:25 | 02:13:15 168:4 | 02:16:15 170:12 | 02:18:22 172:13 | 02:20:19 174:16 |
| 02:11:37 166:2 | 02:13:16 168:5 | 02:16:18 170:13 | 02:18:28 172:14 | 02:20:24 174:17 |
| 02:11:39 166:3 | 02:13:17 168:6,7 | 02:16:19 170:14 | 02:18:32 172:15 | 02:20:26 174:18 |
| 02:11:40 166:4 | 02:13:19 168:8 | 02:16:20 170:15 | 02:18:34 172:16,17 | 02:20:28 174:19 |
| 02:11:41 166:5 | 02:13:20 168:9 | 02:16:21 170:16 | 02:18:40 172:18 | 02:20:29 174:20 |
| 02:11:44 166:6 | 02:13:21 168:10,11 | 02:16:23 170:17 | 02:18:41 172:19 | 02:20:30 174:21 |
| 02:11:46 166:7 | 02:13:23 168:12 | 02:16:24 170:18 | 02:18:44 172:20 | 02:20:31 174:22 |
| 02:11:48 166:8 | 02:13:24 168:13 | 02:16:26 170:19 | 02:18:48 172:21 | 02:20:32 174:23 |
| 02:11:51 166:9 | 02:13:25 168:14 | 02:16:28 170:20 | 02:18:49 172:22 | 02:20:34 174:24 |
| 02:11:53 166:10 | 02:13:26 168:15 | 02:16:30 170:21 | 02:18:50 172:23 | 02:20:37 174:25 |
| 02:11:54 166:11 | 02:13:28 168:16 | 02:16:31 170:22 | 02:18:51 172:24 | 02:20:40 175:2 |
| 02:11:56 166:12 | 02:13:31 168:17 | 02:16:34 170:23 | 02:18:53 172:25 | 02:20:41 175:3,4 |
| 02:11:58 166:13 | 02:13:33 168:18 | 02:16:35 170:24,25 | 02:18:56 173:2 | 02:20:43 175:5 |
| 02:12:00 166:14 | 02:13:36 168:19 | 02:16:37 171:2 | 02:18:57 173:3 | 02:20:44 175:6 |
| 02:12:01 166:15 | 02:13:37 168:20 | 02:16:38 171:3 | 02:19:00 173:4 | 02:20:46 175:7 |
| 02:12:04 166:16 | 02:15:11 168:21,22 | 02:16:45 171:4 | 02:19:01 173:5 | 02:20:48 175:8 |
| 02:12:08 166:17 | 02:15:12 168:23 | 02:16:49 171:5 | 02:19:03 173:6 | 02:20:49 175:9 |
| 02:12:11 166:18 | 02:15:14 168:24 | 02:16:52 171:6 | 02:19:05 173:7 | 02:20:50 175:10,11 |
| 02:12:13 166:19,20 | 02:15:23 168:25 | 02:16:54 171:7 | 02:19:07 173:8 | 02:20:52 175:12 |
| 02:12:14 166:21 | 169:2 | 02:16:55 171:8 | 02:19:08 173:9 | 02:20:53 175:13 |
| 02:12:16 166:22 | 02:15:24 169:3,4 | 02:16:57 171:9 | 02:19:10 173:10 | 02:20:54 175:14,15 |
| 02:12:17 166:23 | 02:15:31 169:5 | 02:17:02 171:10 | 02:19:11 173:11 | 02:20:55 175:16 |
| 02:12:18 166:24 | 02:15:34 169:6 | 02:17:04 171:11 | 02:19:12 173:12 | 02:20:56 175:17 |
| 167:2 | 02:15:35 169:7 | 02:17:09 171:12 | 02:19:13 173:13 | 02:21:00 175:18 |
| 02:12:19 167:3 | 02:15:36 169:8 | 02:17:15 171:13 | 02:19:15 173:14,15 | 02:21:05 175:19 |
| 02:12:21 167:4 | 02:15:37 169:9 | 02:17:16 171:14 | 02:19:16 173:16 | 02:21:07 175:20 |
| 02:12:31 167:5 | 02:15:38 169:10,11 | 02:17:18 171:15 | 02:19:18 173:17 | 02:21:13 175:21 |
| 02:12:33 167:6 | 02:15:39 169:12 | 02:17:19 171:16 | 02:19:20 173:18 | 02:21:14 175:22 |

| | | | | |
|---|---|---|---|---|
| 02:21:18 175:23 | 02:23:40 177:25 | 02:26:18 180:3,4 | 02:27:59 182:7 | 02:30:33 184:11 |
| 02:21:21 175:24 | 02:23:43 178:2 | 02:26:19 180:5 | 02:28:02 182:8,9 | 02:30:35 184:12 |
| 02:21:25 175:25 | 02:23:46 178:3 | 02:26:20 180:6 | 02:28:03 182:10 | 02:30:37 184:13 |
| 02:21:26 176:2,3 | 02:23:50 178:4 | 02:26:24 180:7 | 02:28:04 182:11 | 02:30:38 184:14 |
| 02:21:29 176:4 | 02:23:53 178:5 | 02:26:26 180:8 | 02:28:18 182:12 | 02:30:42 184:15 |
| 02:21:32 176:5 | 02:23:58 178:6 | 02:26:27 180:9,10 | 02:28:24 182:13 | 02:30:44 184:16 |
| 02:21:34 176:6,7 | 02:24:03 178:7 | 02:26:28 180:11 | 02:28:32 182:14 | 02:30:48 184:17 |
| 02:21:37 176:8 | 02:24:07 178:8 | 02:26:31 180:12 | 02:28:38 182:15 | 02:30:51 184:18 |
| 02:21:38 176:9 | 02:24:10 178:9 | 02:26:33 180:13 | 02:28:41 182:16 | 02:30:54 184:19 |
| 02:21:39 176:10 | 02:24:14 178:10 | 02:26:34 180:14 | 02:28:52 182:17 | 02:30:59 184:20 |
| 02:21:42 176:11 | 02:24:15 178:11 | 02:26:35 180:15 | 02:28:53 182:18 | 02:31:03 184:21 |
| 02:21:44 176:12 | 02:24:16 178:12 | 02:26:37 180:16 | 02:28:54 182:19,20 | 02:31:07 184:22 |
| 02:21:46 176:13 | 02:24:19 178:13 | 02:26:40 180:17 | 02:29:04 182:21 | 02:31:08 184:23 |
| 02:21:54 176:14 | 02:24:20 178:14 | 02:26:45 180:18 | 02:29:07 182:22 | 02:31:09 184:24 |
| 02:21:57 176:15 | 02:24:26 178:15 | 02:26:47 180:19 | 02:29:09 182:23 | 02:31:11 184:25 |
| 02:22:08 176:16 | 02:24:31 178:16 | 02:26:48 180:20 | 02:29:12 182:24 | 02:31:13 185:2 |
| 02:22:09 176:17 | 02:24:34 178:17,18 | 02:26:52 180:21 | 02:29:14 182:25 | 02:31:17 185:3 |
| 02:22:15 176:18 | 02:24:35 178:19 | 02:26:55 180:22 | 02:29:19 183:2 | 02:31:20 185:4 |
| 02:22:16 176:19 | 02:24:37 178:20 | 02:26:56 180:23 | 02:29:27 183:3 | 02:31:25 185:5 |
| 02:22:18 176:20 | 02:24:44 178:21 | 02:26:58 180:24 | 02:29:29 183:4 | 02:31:26 185:6,7 |
| 02:22:19 176:21 | 02:24:47 178:22 | 02:26:59 180:25 | 02:29:30 183:5 | 02:31:27 185:8 |
| 02:22:22 176:22 | 02:24:49 178:23 | 02:27:05 181:2 | 02:29:36 183:6 | 02:31:28 185:9 |
| 02:22:23 176:23 | 02:24:52 178:24 | 02:27:10 181:3 | 02:29:38 183:7,8 | 02:31:30 185:10 |
| 02:22:24 176:24 | 02:24:58 178:25 | 02:27:13 181:4 | 02:29:39 183:9 | 02:31:32 185:11 |
| 02:22:25 176:25 | 02:24:59 179:2 | 02:27:16 181:5 | 02:29:41 183:10 | 02:31:36 185:12 |
| 02:22:26 177:2 | 02:25:02 179:3 | 02:27:22 181:6 | 02:29:44 183:11 | 02:31:41 185:13 |
| 02:22:27 177:3 | 02:25:09 179:4 | 02:27:23 181:7 | 02:29:46 183:12 | 02:31:45 185:14 |
| 02:22:30 177:4 | 02:25:14 179:5 | 02:27:25 181:8 | 02:29:49 183:13 | 02:31:48 185:15 |
| 02:22:31 177:5 | 02:25:16 179:6 | 02:27:28 181:9 | 02:29:51 183:14 | 02:31:51 185:16 |
| 02:22:33 177:6 | 02:25:17 179:7 | 02:27:31 181:10 | 02:29:53 183:15 | 02:31:52 185:17 |
| 02:22:39 177:7 | 02:25:20 179:8 | 02:27:35 181:11 | 02:29:54 183:16 | 02:31:54 185:18,19 |
| 02:22:43 177:8 | 02:25:25 179:9 | 02:27:36 181:12 | 02:29:55 183:17 | 02:31:55 185:20 |
| 02:22:45 177:9 | 02:25:27 179:10 | 02:27:37 181:13 | 02:29:56 183:18 | 02:31:57 185:21 |
| 02:22:57 177:10 | 02:25:28 179:11 | 02:27:39 181:14 | 02:29:57 183:19 | 02:32:00 185:22 |
| 02:22:58 177:11,12 | 02:25:29 179:12 | 02:27:40 181:15 | 02:29:58 183:20 | 02:32:02 185:23 |
| 02:22:59 177:13 | 02:25:41 179:13 | 02:27:41 181:16 | 02:30:01 183:21 | 02:32:03 185:24 |
| 02:23:01 177:14 | 02:25:43 179:14 | 02:27:42 181:17 | 02:30:04 183:22 | 02:32:05 185:25 |
| 02:23:05 177:15 | 02:25:46 179:15,16 | 02:27:43 181:18 | 02:30:06 183:23,24 | 02:32:08 186:2 |
| 02:23:08 177:16 | 02:25:47 179:17 | 02:27:45 181:19 | 02:30:07 183:25 | 02:32:14 186:3 |
| 02:23:11 177:17 | 02:25:52 179:18 | 02:27:46 181:20 | 02:30:10 184:2,3 | 02:32:16 186:4 |
| 02:23:15 177:18 | 02:25:56 179:19 | 02:27:47 181:21 | 02:30:14 184:4 | 02:32:17 186:5 |
| 02:23:20 177:19 | 02:25:59 179:20 | 02:27:49 181:22,23 | 02:30:15 184:5 | 02:32:25 186:6 |
| 02:23:21 177:20 | 02:26:03 179:21 | 02:27:50 181:24 | 02:30:17 184:6 | 02:32:26 186:7 |
| 02:23:25 177:21 | 02:26:07 179:22,23 | 02:27:53 181:25 | 02:30:21 184:7 | 02:32:30 186:8,9 |
| 02:23:26 177:22 | 02:26:10 179:24 | 02:27:54 182:2,3,4 | 02:30:23 184:8 | 186:10 |
| 02:23:30 177:23 | 02:26:11 179:25 | 02:27:55 182:5 | 02:30:26 184:9 | 02:32:33 186:11,12 |
| 02:23:31 177:24 | 02:26:14 180:2 | 02:27:56 182:6 | 02:30:31 184:10 | 02:32:35 186:13 |

| | | | | |
|---|---|---|---|---|
| 02:32:36 186:14 | 02:45:07 188:21 | 02:47:03 191:2 | 02:48:41 193:6 | 02:50:42 195:14 |
| 02:32:38 186:15,16 | 02:45:08 188:22 | 02:47:06 191:3,4 | 02:48:43 193:7 | 02:50:48 195:15 |
| 02:32:40 186:17,18 | 02:45:09 188:23 | 02:47:07 191:5 | 02:48:46 193:8 | 02:50:52 195:16 |
| 02:32:41 186:19 | 02:45:10 188:24,25 | 02:47:09 191:6 | 02:48:49 193:9 | 02:51:07 195:17 |
| 02:32:43 186:20 | 02:45:12 189:2 | 02:47:13 191:7 | 02:48:52 193:10 | 02:51:10 195:18 |
| 02:32:47 186:21 | 02:45:14 189:3 | 02:47:15 191:8 | 02:48:54 193:11 | 02:51:23 195:19 |
| 02:42:57 186:22 | 02:45:17 189:4 | 02:47:16 191:9 | 02:48:56 193:12,13 | 02:51:25 195:20 |
| 02:42:58 186:23 | 02:45:21 189:5 | 02:47:17 191:10 | 02:48:57 193:14 | 02:51:28 195:21 |
| 02:43:01 186:24 | 02:45:24 189:6 | 02:47:18 191:11,12 | 02:48:58 193:15 | 02:51:29 195:22 |
| 02:43:14 186:25 | 02:45:27 189:7 | 02:47:19 191:13,14 | 02:49:01 193:16 | 02:51:30 195:23 |
| 02:43:20 187:2 | 02:45:28 189:8 | 191:15 | 02:49:04 193:17,18 | 02:51:41 195:24 |
| 02:43:23 187:3 | 02:45:33 189:9 | 02:47:20 191:16 | 02:49:08 193:19,20 | 02:51:43 195:25 |
| 02:43:26 187:4 | 02:45:35 189:10,11 | 02:47:22 191:17 | 02:49:10 193:21 | 02:51:44 196:2 |
| 02:43:28 187:5 | 02:45:36 189:12,13 | 02:47:23 191:18 | 02:49:13 193:22 | 02:51:45 196:3 |
| 02:43:29 187:6 | 189:14,15 | 02:47:25 191:19 | 02:49:16 193:23 | 02:51:46 196:4 |
| 02:43:31 187:7,8 | 02:45:37 189:16 | 02:47:29 191:20 | 02:49:19 193:24 | 02:51:48 196:5 |
| 02:43:33 187:9 | 02:45:38 189:17 | 02:47:31 191:21 | 02:49:23 193:25 | 02:51:49 196:6,7 |
| 02:43:35 187:10,11 | 02:45:46 189:18 | 02:47:32 191:22 | 02:49:24 194:2 | 02:51:51 196:8 |
| 02:43:38 187:12 | 02:45:49 189:19 | 02:47:33 191:23,24 | 02:49:26 194:3 | 02:51:59 196:9 |
| 02:43:40 187:13 | 02:45:54 189:20 | 02:47:34 191:25 | 02:49:29 194:4 | 02:52:00 196:10 |
| 02:43:44 187:14 | 02:45:56 189:21 | 02:47:35 192:2 | 02:49:30 194:5 | 02:52:01 196:11 |
| 02:43:49 187:15 | 02:45:58 189:22 | 02:47:38 192:3 | 02:49:31 194:6,7 | 02:52:03 196:12 |
| 02:43:52 187:16 | 02:46:01 189:23 | 02:47:41 192:4 | 02:49:33 194:8 | 02:52:04 196:13,14 |
| 02:43:56 187:17 | 02:46:05 189:24 | 02:47:42 192:5 | 02:49:35 194:9 | 02:52:06 196:15 |
| 02:44:00 187:18 | 02:46:09 189:25 | 02:47:43 192:6 | 02:49:36 194:10 | 02:52:07 196:16 |
| 02:44:01 187:19 | 02:46:12 190:2 | 02:47:44 192:7,8 | 02:49:39 194:11 | 02:52:08 196:17 |
| 02:44:02 187:20 | 02:46:15 190:3 | 02:47:45 192:9 | 02:49:41 194:12 | 02:52:11 196:18 |
| 02:44:22 187:21 | 02:46:17 190:4 | 02:47:47 192:10 | 02:49:42 194:13 | 02:52:13 196:19 |
| 02:44:23 187:22 | 02:46:25 190:5 | 02:47:50 192:11 | 02:49:45 194:14 | 02:52:15 196:20 |
| 02:44:30 187:23 | 02:46:26 190:6 | 02:47:52 192:12 | 02:49:47 194:15 | 02:52:17 196:21 |
| 02:44:31 187:24 | 02:46:30 190:7 | 02:47:55 192:13 | 02:49:50 194:16 | 02:52:29 196:22,23 |
| 02:44:33 187:25 | 02:46:34 190:8 | 02:47:58 192:14 | 02:49:53 194:17 | 02:52:31 196:24 |
| 02:44:36 188:2,3 | 02:46:35 190:9,10 | 02:48:01 192:15 | 02:49:59 194:18 | 02:52:32 196:25 |
| 02:44:39 188:4 | 02:46:38 190:11 | 02:48:03 192:16 | 02:50:01 194:19 | 02:52:37 197:2 |
| 02:44:40 188:5 | 02:46:40 190:12 | 02:48:09 192:17 | 02:50:04 194:20 | 02:52:43 197:3 |
| 02:44:42 188:6 | 02:46:42 190:13 | 02:48:10 192:18 | 02:50:07 194:21 | 02:52:56 197:4 |
| 02:44:44 188:7 | 02:46:43 190:14 | 02:48:11 192:19 | 02:50:09 194:22,23 | 02:52:57 197:5,6 |
| 02:44:47 188:8 | 02:46:45 190:15 | 02:48:12 192:20 | 02:50:12 194:24 | 02:53:01 197:7 |
| 02:44:49 188:9 | 02:46:47 190:16,17 | 02:48:16 192:21 | 02:50:13 194:25 | 02:53:06 197:8 |
| 02:44:54 188:10,11 | 02:46:49 190:18 | 02:48:20 192:22 | 02:50:14 195:2 | 02:53:15 197:9 |
| 02:44:56 188:12 | 02:46:51 190:19 | 02:48:22 192:23 | 02:50:18 195:3 | 02:53:17 197:10 |
| 02:44:58 188:13,14 | 02:46:53 190:20 | 02:48:26 192:24 | 02:50:19 195:4,5 | 02:53:19 197:11 |
| 02:45:00 188:15 | 02:46:55 190:21 | 02:48:29 192:25 | 02:50:23 195:6,7 | 02:53:20 197:12 |
| 02:45:01 188:16 | 02:46:56 190:22 | 02:48:32 193:2 | 02:50:24 195:8,9 | 02:53:29 197:13,14 |
| 02:45:02 188:17,18 | 02:46:58 190:23 | 02:48:34 193:3 | 02:50:25 195:10 | 02:53:30 197:15 |
| 02:45:03 188:19 | 02:47:00 190:24 | 02:48:35 193:4 | 02:50:26 195:11 | 02:53:31 197:16,17 |
| 02:45:04 188:20 | 02:47:01 190:25 | 02:48:36 193:5 | 02:50:30 195:12,13 | 02:53:33 197:18 |

| | | | | |
|---|---|---|---|---|
| **02:53:34** 197:19,20 197:21 | **02:56:00** 199:21 | **02:58:03** 201:25 | **03:00:21** 204:2 | **03:02:34** 206:6 |
| **02:53:36** 197:22 | **02:56:02** 199:22 | **02:58:04** 202:2 | **03:00:22** 204:3 | **03:02:35** 206:7 |
| **02:53:39** 197:23 | **02:56:06** 199:23 | **02:58:06** 202:3 | **03:00:31** 204:4 | **03:02:39** 206:8 |
| **02:53:41** 197:24 | **02:56:19** 199:24 | **02:58:10** 202:4 | **03:00:32** 204:5,6 | **03:02:41** 206:9 |
| **02:53:46** 197:25 | **02:56:22** 199:25 | **02:58:15** 202:5 | **03:00:33** 204:7,8 | **03:02:42** 206:10 |
| **02:53:47** 198:2 | **02:56:23** 200:2 | **02:58:18** 202:6 | **03:00:34** 204:9,10 | **03:02:44** 206:11 |
| **02:53:51** 198:3 | **02:56:27** 200:3 | **02:58:19** 202:7 | **03:00:39** 204:11 | **03:02:46** 206:12 |
| **02:53:52** 198:4 | **02:56:28** 200:4 | **02:58:21** 202:8 | **03:00:43** 204:12 | **03:02:48** 206:13 |
| **02:53:54** 198:5 | **02:56:30** 200:5 | **02:58:22** 202:9,10 | **03:00:48** 204:13 | **03:02:49** 206:14,15 |
| **02:53:56** 198:6 | **02:56:32** 200:6 | **02:58:25** 202:11 | **03:00:51** 204:14 | **03:02:50** 206:16 |
| **02:53:57** 198:7 | **02:56:33** 200:7 | **02:58:31** 202:12 | **03:00:53** 204:15 | **03:02:51** 206:17 |
| **02:54:00** 198:8 | **02:56:34** 200:8 | **02:58:34** 202:13 | **03:00:54** 204:16 | **03:02:53** 206:18 |
| **02:54:03** 198:9 | **02:56:36** 200:9 | **02:58:35** 202:14 | **03:00:56** 204:17 | **03:02:55** 206:19 |
| **02:54:07** 198:10 | **02:56:38** 200:10 | **02:58:36** 202:15 | **03:01:00** 204:18 | **03:03:00** 206:20,21 |
| **02:54:12** 198:11 | **02:56:41** 200:11 | **02:58:39** 202:16 | **03:01:05** 204:19,20 | **03:03:05** 206:22 |
| **02:54:15** 198:12 | **02:56:43** 200:12 | **02:58:41** 202:17 | **03:01:06** 204:21 | **03:03:06** 206:23 |
| **02:54:18** 198:13 | **02:56:45** 200:13 | **02:58:43** 202:18 | **03:01:07** 204:22 | **03:03:13** 206:24 |
| **02:54:21** 198:14 | **02:56:46** 200:14 | **02:58:45** 202:19 | **03:01:11** 204:23 | **03:03:15** 207:2 |
| **02:54:24** 198:15 | **02:56:48** 200:15 | **02:58:46** 202:20 | **03:01:13** 204:24 | **03:03:16** 207:3 |
| **02:54:26** 198:16 | **02:56:51** 200:16 | **02:58:55** 202:21 | **03:01:14** 204:25 | **03:03:17** 207:4 |
| **02:54:29** 198:17 | **02:56:53** 200:17,18 | **02:59:00** 202:22 | **03:01:15** 205:2 | **03:03:18** 207:5 |
| **02:54:36** 198:18 | **02:56:55** 200:19 | **02:59:05** 202:23 | **03:01:18** 205:3 | **03:03:21** 207:6 |
| **02:54:37** 198:19 | **02:56:56** 200:20 | **02:59:07** 202:24 | **03:01:21** 205:4 | **03:03:23** 207:7 |
| **02:54:39** 198:20 | **02:56:57** 200:21 | **02:59:08** 202:25 | **03:01:23** 205:5 | **03:03:28** 207:8 |
| **02:54:41** 198:21 | **02:56:58** 200:22 | **02:59:09** 203:2 | **03:01:24** 205:6 | **03:03:31** 207:9 |
| **02:54:42** 198:22 | **02:57:01** 200:23 | **02:59:11** 203:3 | **03:01:25** 205:7 | **03:03:34** 207:10 |
| **02:54:44** 198:23,24 | **02:57:04** 200:24 | **02:59:14** 203:4 | **03:01:27** 205:8 | **03:03:36** 207:11 |
| **02:54:45** 198:25 | **02:57:06** 200:25 | **02:59:15** 203:5 | **03:01:30** 205:9 | **03:03:40** 207:12 |
| **02:54:47** 199:2 | **02:57:08** 201:2 | **02:59:20** 203:6 | **03:01:31** 205:10 | **03:03:43** 207:13 |
| **02:54:53** 199:3 | **02:57:11** 201:3 | **02:59:32** 203:7 | **03:01:32** 205:11 | **03:03:53** 207:14 |
| **02:54:55** 199:4 | **02:57:15** 201:4 | **02:59:33** 203:8 | **03:01:41** 205:12 | **03:03:55** 207:15 |
| **02:54:56** 199:5 | **02:57:20** 201:5 | **02:59:35** 203:9 | **03:01:44** 205:13 | **03:04:05** 207:16,17 |
| **02:54:58** 199:6 | **02:57:21** 201:6 | **02:59:37** 203:10 | **03:01:47** 205:14 | **03:04:08** 207:18 |
| **02:54:59** 199:7 | **02:57:28** 201:7,8 | **02:59:39** 203:11 | **03:01:51** 205:15 | **03:04:09** 207:19 |
| **02:55:01** 199:8 | **02:57:30** 201:9 | **02:59:41** 203:12,13 | **03:02:01** 205:16 | **03:04:10** 207:20 |
| **02:55:08** 199:9 | **02:57:36** 201:10,11 | **02:59:42** 203:14 | **03:02:04** 205:17 | **03:04:12** 207:21 |
| **02:55:10** 199:10 | **02:57:37** 201:12,13 | **02:59:47** 203:15 | **03:02:06** 205:18 | **03:04:14** 207:22 |
| **02:55:23** 199:11 | **02:57:39** 201:14 | **02:59:53** 203:16 | **03:02:09** 205:19 | **03:04:25** 207:23 |
| **02:55:24** 199:12 | **02:57:41** 201:15 | **02:59:58** 203:17 | **03:02:16** 205:20 | **03:04:26** 207:24 |
| **02:55:25** 199:13,14 | **02:57:45** 201:16 | **03:00:00** 203:18 | **03:02:17** 205:21 | **03:04:30** 207:25 |
| **02:55:26** 199:15 | **02:57:47** 201:17 | **03:00:04** 203:19 | **03:02:18** 205:22 | **03:04:32** 208:2 |
| **02:55:32** 199:16 | **02:57:48** 201:18 | **03:00:07** 203:20 | **03:02:19** 205:23 | **03:04:36** 208:3,4 |
| **02:55:34** 199:17 | **02:57:50** 201:19,20 | **03:00:08** 203:21 | **03:02:20** 205:24 | **03:04:43** 208:5 |
| **02:55:39** 199:18 | **02:57:53** 201:21 | **03:00:13** 203:22 | **03:02:21** 205:25 | **03:04:44** 208:6 |
| **02:55:42** 199:19 | **02:57:55** 201:22 | **03:00:16** 203:23 | **03:02:23** 206:2 | **03:04:46** 208:7,8 |
| **02:55:44** 199:20 | **02:57:57** 201:23 | **03:00:17** 203:24 | **03:02:25** 206:3 | **03:04:48** 208:9 |
| | **02:58:01** 201:24 | **03:00:19** 203:25 | **03:02:28** 206:4,5 | **03:04:51** 208:10 |

| | | | | |
|---|---|---|---|---|
| 03:04:54 208:11 | 03:06:46 210:14 | 03:09:06 212:18 | 03:10:47 214:23,24 | 03:12:47 217:5 |
| 03:04:57 208:12 | 03:06:48 210:15 | 03:09:08 212:19 | 03:10:48 214:25 | 03:12:51 217:6,7 |
| 03:04:58 208:13 | 03:06:54 210:16 | 03:09:11 212:20 | 03:10:51 215:2 | 03:12:53 217:8 |
| 03:04:59 208:14 | 03:06:56 210:17 | 03:09:13 212:21 | 03:10:52 215:3 | 03:12:56 217:9 |
| 03:05:01 208:15 | 03:07:00 210:18,19 | 03:09:14 212:22 | 03:10:53 215:4 | 03:13:02 217:10 |
| 03:05:04 208:16 | 03:07:01 210:20 | 03:09:16 212:23 | 03:10:54 215:5,6,7 | 03:13:09 217:11 |
| 03:05:06 208:17 | 03:07:02 210:21 | 03:09:17 212:24 | 03:10:56 215:8 | 03:13:12 217:12,13 |
| 03:05:08 208:18 | 03:07:03 210:22,23 | 03:09:19 212:25 | 03:10:59 215:9,10 | 03:13:16 217:14 |
| 03:05:09 208:19 | 210:24 | 03:09:21 213:2 | 03:11:00 215:11,12 | 03:13:24 217:15,16 |
| 03:05:10 208:20 | 03:07:06 210:25 | 03:09:22 213:3 | 03:11:08 215:13 | 217:17 |
| 03:05:13 208:21,22 | 03:07:10 211:2 | 03:09:24 213:4 | 03:11:11 215:14 | 03:13:25 217:18,19 |
| 03:05:16 208:23 | 03:07:17 211:3 | 03:09:26 213:5 | 03:11:16 215:15 | 03:13:27 217:20 |
| 03:05:18 208:24 | 03:07:18 211:4 | 03:09:27 213:6 | 03:11:18 215:16 | 03:13:34 217:21 |
| 03:05:21 208:25 | 03:07:30 211:5 | 03:09:28 213:7 | 03:11:20 215:17 | 03:13:36 217:22 |
| 03:05:24 209:2 | 03:07:32 211:6 | 03:09:30 213:8,9 | 03:11:22 215:18 | 03:13:38 217:23 |
| 03:05:28 209:3,4 | 03:07:35 211:7 | 213:10 | 03:11:25 215:19 | 03:13:41 217:24 |
| 03:05:29 209:5 | 03:07:38 211:8 | 03:09:32 213:11 | 03:11:28 215:20 | 03:13:43 217:25 |
| 03:05:38 209:6 | 03:07:41 211:9 | 03:09:35 213:12 | 03:11:32 215:21 | 03:13:45 218:2 |
| 03:05:42 209:7 | 03:07:45 211:10,11 | 03:09:39 213:13,14 | 03:11:33 215:22 | 03:13:50 218:3 |
| 03:05:43 209:8 | 03:07:47 211:12 | 03:09:40 213:15 | 03:11:34 215:23 | 03:13:53 218:4 |
| 03:05:44 209:9 | 03:07:48 211:13 | 03:09:41 213:16,17 | 03:11:36 215:24 | 03:13:54 218:5 |
| 03:05:45 209:10 | 03:07:49 211:14 | 03:09:43 213:18,19 | 216:2 | 03:13:55 218:6 |
| 03:05:47 209:11 | 03:07:52 211:15,16 | 03:09:44 213:20 | 03:11:37 216:3 | 03:13:57 218:7 |
| 03:05:48 209:12 | 03:07:55 211:17 | 03:09:46 213:21 | 03:11:39 216:4 | 03:14:10 218:8 |
| 03:05:51 209:13 | 03:07:58 211:18 | 03:09:49 213:22 | 03:11:41 216:5 | 03:14:13 218:9 |
| 03:05:55 209:14 | 03:08:00 211:19 | 03:09:51 213:23 | 03:11:45 216:6 | 03:14:14 218:10 |
| 03:05:56 209:15 | 03:08:04 211:20 | 03:09:54 213:24 | 03:11:47 216:7 | 03:14:18 218:11 |
| 03:05:58 209:16 | 03:08:06 211:21 | 03:09:57 213:25 | 03:11:50 216:8 | 03:14:22 218:12 |
| 03:05:59 209:17 | 03:08:12 211:22 | 03:09:59 214:2 | 03:11:53 216:9 | 03:14:24 218:13,14 |
| 03:06:01 209:18 | 03:08:14 211:23 | 03:10:06 214:3 | 03:11:55 216:10 | 03:14:26 218:15 |
| 03:06:02 209:19 | 03:08:18 211:24 | 03:10:08 214:4 | 03:11:59 216:11 | 03:14:31 218:16 |
| 03:06:04 209:20 | 03:08:22 211:25 | 03:10:10 214:5 | 03:12:03 216:12 | 03:14:33 218:17 |
| 03:06:06 209:21 | 03:08:24 212:2 | 03:10:12 214:6 | 03:12:05 216:13 | 03:14:36 218:18 |
| 03:06:10 209:22,23 | 03:08:27 212:3 | 03:10:16 214:7 | 03:12:07 216:14 | 03:14:38 218:19 |
| 03:06:11 209:24 | 03:08:28 212:4 | 03:10:17 214:8 | 03:12:10 216:15 | 03:14:39 218:20 |
| 03:06:12 209:25 | 03:08:29 212:5 | 03:10:18 214:9 | 03:12:11 216:16 | 03:14:41 218:21 |
| 03:06:15 210:2,3 | 03:08:31 212:6 | 03:10:19 214:10 | 03:12:12 216:17,18 | 03:14:44 218:22 |
| 03:06:16 210:4 | 03:08:34 212:7 | 03:10:21 214:11 | 03:12:13 216:19 | 03:14:47 218:23 |
| 03:06:19 210:5 | 03:08:37 212:8 | 03:10:22 214:12 | 03:12:16 216:20 | 03:14:49 218:24 |
| 03:06:22 210:6 | 03:08:41 212:9 | 03:10:27 214:13,14 | 03:12:17 216:21 | 03:14:53 218:25 |
| 03:06:25 210:7 | 03:08:44 212:10 | 03:10:28 214:15 | 03:12:20 216:22 | 03:14:55 219:2 |
| 03:06:30 210:8 | 03:08:46 212:11 | 03:10:29 214:16 | 03:12:27 216:23 | 03:15:00 219:3 |
| 03:06:35 210:9 | 03:08:47 212:12 | 03:10:31 214:17 | 03:12:32 216:24 | 03:15:04 219:4 |
| 03:06:38 210:10 | 03:08:51 212:13,14 | 03:10:34 214:18 | 03:12:36 216:25 | 03:15:05 219:5 |
| 03:06:40 210:11 | 03:08:54 212:15 | 03:10:40 214:19 | 217:2 | 03:15:07 219:6 |
| 03:06:42 210:12 | 03:08:58 212:16 | 03:10:41 214:20,21 | 03:12:44 217:3 | 03:15:11 219:7 |
| 03:06:43 210:13 | 03:09:00 212:17 | 03:10:43 214:22 | 03:12:45 217:4 | 03:15:13 219:8 |

| | | | | |
|---|---|---|---|---|
| 03:15:14 219:9 | 03:16:55 221:9 | 03:18:55 223:10 | 03:21:29 225:15 | 03:36:38 227:22 |
| 03:15:16 219:10 | 03:16:57 221:10 | 03:18:57 223:11 | 03:21:33 225:16 | 03:36:39 227:23 |
| 03:15:20 219:11 | 03:17:00 221:11 | 03:18:58 223:12 | 03:21:38 225:17 | 03:36:42 227:24 |
| 03:15:22 219:12 | 03:17:04 221:12 | 03:19:33 223:13 | 03:21:41 225:18 | 03:36:43 227:25 |
| 03:15:24 219:13 | 03:17:05 221:13 | 03:19:35 223:14 | 03:21:43 225:19 | 03:36:44 228:2 |
| 03:15:26 219:14 | 03:17:09 221:14 | 03:19:40 223:15,16 | 03:21:45 225:20 | 03:36:46 228:3 |
| 03:15:30 219:15 | 03:17:13 221:15 | 03:19:41 223:17 | 03:21:47 225:21 | 03:36:51 228:4 |
| 03:15:32 219:16 | 03:17:18 221:16 | 03:19:44 223:18 | 03:21:50 225:22 | 03:36:52 228:5 |
| 03:15:34 219:17 | 03:17:21 221:17 | 03:19:51 223:19 | 03:21:52 225:23,24 | 03:37:08 228:6 |
| 03:15:35 219:18 | 03:17:24 221:18 | 03:19:53 223:20 | 03:21:55 225:25 | 03:37:13 228:7 |
| 03:15:36 219:19 | 03:17:26 221:19 | 03:19:59 223:21 | 03:21:58 226:2 | 03:37:18 228:8 |
| 03:15:38 219:20 | 03:17:28 221:20 | 03:20:01 223:22,23 | 03:22:00 226:3 | 03:37:21 228:9 |
| 03:15:39 219:21 | 03:17:30 221:21 | 03:20:02 223:24 | 03:22:03 226:4 | 03:37:36 228:10,11 |
| 03:15:41 219:22 | 03:17:34 221:22 | 224:2 | 03:22:05 226:5 | 03:37:37 228:12 |
| 03:15:42 219:23 | 03:17:40 221:23 | 03:20:03 224:3 | 03:22:08 226:6 | 03:37:38 228:13 |
| 03:15:44 219:24 | 03:17:42 221:24 | 03:20:05 224:4 | 03:22:11 226:7 | 03:37:39 228:14 |
| 03:15:46 219:25 | 03:17:44 221:25 | 03:20:11 224:5 | 03:22:13 226:8 | 03:37:42 228:15 |
| 03:15:48 220:2 | 03:17:46 222:2 | 03:20:13 224:6 | 03:22:17 226:9 | 03:37:45 228:16,17 |
| 03:15:49 220:3 | 03:17:48 222:3 | 03:20:15 224:7 | 03:22:20 226:10,11 | 03:37:47 228:18 |
| 03:15:51 220:4 | 03:17:49 222:4 | 03:20:24 224:8 | 03:22:23 226:12 | 03:37:50 228:19 |
| 03:15:52 220:5 | 03:17:51 222:5 | 03:20:25 224:9,10 | 03:22:27 226:13 | 03:37:51 228:20,21 |
| 03:15:56 220:6 | 03:17:54 222:6 | 03:20:26 224:11 | 03:22:29 226:14,15 | 03:37:53 228:22 |
| 03:15:59 220:7 | 03:17:56 222:7 | 03:20:28 224:12 | 03:22:43 226:16 | 03:37:58 228:23 |
| 03:16:02 220:8 | 03:17:58 222:8 | 03:20:29 224:13 | 03:22:45 226:17,18 | 03:38:01 228:24 |
| 03:16:04 220:9 | 03:18:00 222:9 | 03:20:30 224:14 | 03:22:46 226:19 | 03:38:05 228:25 |
| 03:16:06 220:10 | 03:18:02 222:10 | 03:20:31 224:15 | 03:22:48 226:20 | 229:2 |
| 03:16:07 220:11 | 03:18:05 222:11 | 03:20:33 224:16 | 03:22:50 226:21 | 03:38:10 229:3 |
| 03:16:08 220:12 | 03:18:07 222:12 | 03:20:40 224:17 | 03:22:51 226:22 | 03:38:11 229:4 |
| 03:16:10 220:13 | 03:18:09 222:13,14 | 03:20:42 224:18 | 03:22:53 226:23,24 | 03:38:13 229:5 |
| 03:16:12 220:14 | 03:18:11 222:15 | 03:20:45 224:19 | 226:25 | 03:38:15 229:6 |
| 03:16:14 220:15 | 03:18:13 222:16,17 | 03:20:49 224:20,21 | 03:22:54 227:2,3 | 03:38:16 229:7 |
| 03:16:15 220:16 | 03:18:14 222:18 | 224:22 | 03:23:01 227:4 | 03:38:18 229:8 |
| 03:16:17 220:17 | 03:18:18 222:19 | 03:20:50 224:23 | 03:35:56 227:5,6 | 03:38:22 229:9 |
| 03:16:20 220:18,19 | 03:18:20 222:20 | 03:20:51 224:24 | 03:35:59 227:7 | 03:38:25 229:10 |
| 03:16:21 220:20 | 03:18:21 222:21 | 03:20:52 224:25 | 03:36:04 227:8 | 03:38:26 229:11 |
| 03:16:23 220:21 | 03:18:24 222:22 | 03:20:59 225:2 | 03:36:06 227:9 | 03:38:28 229:12 |
| 03:16:25 220:22 | 03:18:26 222:23 | 03:21:01 225:3 | 03:36:16 227:10 | 03:38:31 229:13 |
| 03:16:27 220:23 | 03:18:28 222:24 | 03:21:05 225:4 | 03:36:19 227:11 | 03:38:35 229:14 |
| 03:16:28 220:24 | 03:18:32 222:25 | 03:21:06 225:5 | 03:36:21 227:12 | 03:38:36 229:15 |
| 03:16:30 220:25 | 03:18:35 223:2 | 03:21:10 225:6 | 03:36:24 227:13 | 03:38:37 229:16 |
| 03:16:39 221:2 | 03:18:37 223:3 | 03:21:12 225:7 | 03:36:27 227:14,15 | 03:38:40 229:17 |
| 03:16:42 221:3 | 03:18:39 223:4 | 03:21:13 225:8 | 03:36:29 227:16 | 03:38:42 229:18 |
| 03:16:45 221:4 | 03:18:41 223:5 | 03:21:15 225:9 | 03:36:30 227:17 | 03:38:52 229:19 |
| 03:16:50 221:5 | 03:18:43 223:6 | 03:21:18 225:10 | 03:36:32 227:18 | 03:38:55 229:20 |
| 03:16:52 221:6 | 03:18:44 223:7 | 03:21:22 225:11 | 03:36:33 227:19 | 03:38:56 229:21 |
| 03:16:53 221:7 | 03:18:50 223:8 | 03:21:24 225:12 | 03:36:36 227:20 | 03:38:57 229:22 |
| 03:16:54 221:8 | 03:18:52 223:9 | 03:21:28 225:13,14 | 03:36:37 227:21 | 03:38:58 229:23 |

| | | | | |
|---|---|---|---|---|
| **03:39:01** 229:24 | **03:40:55** 232:2 | **03:44:00** 234:9 | **03:45:47** 236:11 | **03:47:38** 238:13 |
| **03:39:04** 229:25 | **03:41:00** 232:3 | **03:44:05** 234:10 | **03:45:50** 236:12 | **03:47:41** 238:14 |
| **03:39:08** 230:2 | **03:41:04** 232:4 | **03:44:08** 234:11 | **03:45:52** 236:13 | **03:47:44** 238:15 |
| **03:39:09** 230:3 | **03:41:07** 232:5,6 | **03:44:10** 234:12,13 | **03:45:53** 236:14 | **03:47:46** 238:16 |
| **03:39:11** 230:4,5 | **03:41:11** 232:7 | **03:44:13** 234:14 | **03:45:56** 236:15 | **03:47:50** 238:17 |
| **03:39:12** 230:6 | **03:41:13** 232:8 | **03:44:14** 234:15 | **03:45:57** 236:16 | **03:47:52** 238:18 |
| **03:39:14** 230:7 | **03:41:16** 232:9 | **03:44:19** 234:16,17 | **03:46:01** 236:17 | **03:47:53** 238:19 |
| **03:39:17** 230:8 | **03:41:17** 232:10 | 234:18 | **03:46:04** 236:18 | **03:47:54** 238:20 |
| **03:39:18** 230:9 | **03:41:19** 232:11 | **03:44:20** 234:19 | **03:46:08** 236:19 | **03:47:56** 238:21 |
| **03:39:20** 230:10 | **03:41:35** 232:12 | **03:44:21** 234:20 | **03:46:09** 236:20 | **03:47:57** 238:22 |
| **03:39:23** 230:11 | **03:42:20** 232:13 | **03:44:23** 234:21 | **03:46:12** 236:21 | **03:47:58** 238:23 |
| **03:39:26** 230:12 | **03:42:21** 232:14 | **03:44:29** 234:22 | **03:46:14** 236:22 | **03:48:00** 238:24,25 |
| **03:39:28** 230:13 | **03:42:22** 232:15,16 | **03:44:30** 234:23 | **03:46:16** 236:23 | **03:48:01** 239:2 |
| **03:39:30** 230:14 | **03:42:23** 232:17 | **03:44:32** 234:24 | **03:46:17** 236:24 | **03:48:03** 239:3 |
| **03:39:32** 230:15 | **03:42:24** 232:18 | **03:44:33** 234:25 | **03:46:20** 236:25 | **03:48:07** 239:4 |
| **03:39:33** 230:16 | **03:42:27** 232:19 | **03:44:36** 235:2 | **03:46:22** 237:2 | **03:48:09** 239:5 |
| **03:39:34** 230:17 | **03:42:32** 232:20 | **03:44:38** 235:3 | **03:46:23** 237:3,4 | **03:48:10** 239:6 |
| **03:39:37** 230:18 | **03:42:35** 232:21 | **03:44:41** 235:4 | **03:46:24** 237:5 | **03:48:11** 239:7 |
| **03:39:40** 230:19 | **03:42:38** 232:22 | **03:44:43** 235:5 | **03:46:26** 237:6 | **03:48:14** 239:8 |
| **03:39:43** 230:20 | **03:42:41** 232:23 | **03:44:47** 235:6 | **03:46:34** 237:7 | **03:48:18** 239:9 |
| **03:39:45** 230:21,22 | **03:42:43** 232:24,25 | **03:44:50** 235:7 | **03:46:35** 237:8,9 | **03:48:25** 239:10 |
| **03:39:47** 230:23 | **03:42:46** 233:2 | **03:44:51** 235:8 | 237:10 | **03:48:27** 239:11 |
| **03:39:49** 230:24 | **03:42:48** 233:3 | **03:44:54** 235:9 | **03:46:36** 237:11 | **03:48:29** 239:12 |
| **03:39:59** 230:25 | **03:42:50** 233:4,5 | **03:44:56** 235:10 | **03:46:37** 237:12 | **03:48:30** 239:13 |
| 231:2 | **03:42:54** 233:6 | **03:44:57** 235:11 | **03:46:44** 237:13 | **03:48:34** 239:14 |
| **03:40:00** 231:3,4 | **03:42:58** 233:7 | **03:44:58** 235:12 | **03:46:47** 237:14 | **03:48:35** 239:15 |
| **03:40:01** 231:5 | **03:43:00** 233:8 | **03:44:59** 235:13 | **03:46:50** 237:15 | **03:48:36** 239:16 |
| **03:40:02** 231:6 | **03:43:04** 233:9 | **03:45:00** 235:14 | **03:46:53** 237:16 | **03:48:38** 239:17 |
| **03:40:04** 231:7 | **03:43:08** 233:10 | **03:45:02** 235:15 | **03:46:57** 237:17 | **03:48:39** 239:18 |
| **03:40:05** 231:8 | **03:43:10** 233:11,12 | **03:45:07** 235:16 | **03:47:01** 237:18 | **03:48:42** 239:19,20 |
| **03:40:06** 231:9 | **03:43:12** 233:13 | **03:45:10** 235:17 | **03:47:02** 237:19 | **03:48:43** 239:21 |
| **03:40:10** 231:10 | **03:43:15** 233:14 | **03:45:12** 235:18 | **03:47:05** 237:20 | **03:48:44** 239:22 |
| **03:40:12** 231:11 | **03:43:19** 233:15 | **03:45:17** 235:19 | **03:47:06** 237:21 | **03:48:45** 239:23 |
| **03:40:14** 231:12 | **03:43:22** 233:16 | **03:45:20** 235:20 | **03:47:07** 237:22 | **03:48:47** 239:24 |
| **03:40:17** 231:13 | **03:43:24** 233:17 | **03:45:23** 235:21 | **03:47:09** 237:23 | **03:48:49** 239:25 |
| **03:40:19** 231:14 | **03:43:25** 233:18 | **03:45:27** 235:22 | **03:47:14** 237:24 | **03:48:53** 240:2 |
| **03:40:21** 231:15 | **03:43:26** 233:19 | **03:45:30** 235:23 | **03:47:16** 237:25 | **03:48:55** 240:3 |
| **03:40:22** 231:16 | **03:43:29** 233:20 | **03:45:32** 235:24 | **03:47:19** 238:2 | **03:48:56** 240:4 |
| **03:40:23** 231:17 | **03:43:34** 233:21 | **03:45:33** 235:25 | **03:47:20** 238:3 | **03:48:57** 240:5 |
| **03:40:29** 231:18 | **03:43:36** 233:22 | **03:45:35** 236:2 | **03:47:23** 238:4 | **03:48:58** 240:6 |
| **03:40:33** 231:19 | **03:43:39** 233:23 | **03:45:36** 236:3 | **03:47:24** 238:5 | **03:49:01** 240:7 |
| **03:40:35** 231:20 | **03:43:45** 233:24 | **03:45:37** 236:4 | **03:47:26** 238:6 | **03:49:02** 240:8 |
| **03:40:38** 231:21 | **03:43:47** 233:25 | **03:45:38** 236:5 | **03:47:28** 238:7 | **03:49:05** 240:9 |
| **03:40:40** 231:22 | **03:43:49** 234:2 | **03:45:39** 236:6 | **03:47:32** 238:8 | **03:49:08** 240:10 |
| **03:40:42** 231:23 | **03:43:50** 234:3,4,5 | **03:45:40** 236:7,8 | **03:47:34** 238:9 | **03:49:11** 240:11 |
| **03:40:47** 231:24 | **03:43:52** 234:6,7 | **03:45:41** 236:9 | **03:47:35** 238:10 | **03:49:13** 240:12 |
| **03:40:53** 231:25 | **03:43:59** 234:8 | **03:45:43** 236:10 | **03:47:36** 238:11,12 | **03:49:17** 240:13 |

| | | | | |
|---|---|---|---|---|
| **03:49:19** 240:14 | **03:51:23** 242:16 | **03:53:36** 244:22 | **03:57:20** 246:25 | **04:01:42** 249:4 |
| **03:49:21** 240:15 | **03:51:25** 242:17 | **03:53:39** 244:23 | **03:57:22** 247:2 | **04:01:44** 249:5 |
| **03:49:22** 240:16 | **03:51:26** 242:18 | **03:53:41** 244:24 | **03:57:26** 247:3 | **04:01:47** 249:6 |
| **03:49:23** 240:17 | **03:51:30** 242:19 | **03:53:43** 244:25 | **03:57:27** 247:4 | **04:01:50** 249:7,8 |
| **03:49:24** 240:18 | **03:51:32** 242:20 | **03:53:45** 245:2 | **03:57:29** 247:5 | **04:01:51** 249:9 |
| **03:49:27** 240:19 | **03:51:33** 242:21 | **03:53:48** 245:3,4 | **03:57:32** 247:6 | **04:01:52** 249:10,11 |
| **03:49:28** 240:20 | **03:51:35** 242:22 | **03:53:50** 245:5 | **03:57:35** 247:7 | **04:01:54** 249:12 |
| **03:49:29** 240:21 | **03:51:37** 242:23 | **03:53:53** 245:6 | **03:57:38** 247:8 | **04:02:00** 249:13 |
| **03:49:30** 240:22,23 | **03:51:39** 242:24 | **03:53:55** 245:7 | **03:57:41** 247:9 | **04:02:07** 249:14 |
| **03:49:32** 240:24 | **03:51:43** 242:25 | **03:53:57** 245:8 | **03:57:44** 247:10 | **04:02:15** 249:15 |
| **03:49:35** 240:25 | **03:51:44** 243:2 | **03:54:01** 245:9 | **03:57:45** 247:11 | **04:02:19** 249:16 |
| **03:49:37** 241:2 | **03:51:54** 243:3 | **03:54:03** 245:10 | **03:57:55** 247:12 | **04:02:21** 249:17 |
| **03:49:39** 241:3 | **03:51:55** 243:4 | **03:54:05** 245:11 | **03:57:56** 247:13 | **04:02:23** 249:18 |
| **03:49:40** 241:4 | **03:51:59** 243:5 | **03:54:06** 245:12 | **03:57:59** 247:14,15 | **04:02:24** 249:19 |
| **03:50:03** 241:5 | **03:52:02** 243:6,7 | **03:54:10** 245:13 | **03:58:12** 247:16 | **04:02:25** 249:20 |
| **03:50:07** 241:6 | **03:52:04** 243:8,9 | **03:54:11** 245:14,15 | **03:58:16** 247:17 | **04:02:31** 249:21 |
| **03:50:13** 241:7 | **03:52:06** 243:10 | **03:54:13** 245:16 | **03:58:23** 247:18 | **04:02:33** 249:22 |
| **03:50:17** 241:8 | **03:52:07** 243:11 | **03:54:16** 245:17 | **03:58:27** 247:19,20 | **04:02:35** 249:23,24 |
| **03:50:21** 241:9 | **03:52:10** 243:12 | **03:54:20** 245:18 | **03:58:32** 247:21 | **04:02:36** 249:25 |
| **03:50:22** 241:10 | **03:52:14** 243:13 | **03:54:23** 245:19 | **03:58:34** 247:22 | **04:02:37** 250:2 |
| **03:50:23** 241:11,12 | **03:52:17** 243:14 | **03:54:25** 245:20 | **03:59:04** 247:23 | **04:02:39** 250:3 |
| **03:50:26** 241:13 | **03:52:19** 243:15 | **03:54:27** 245:21 | **03:59:37** 247:24 | **04:02:42** 250:4 |
| **03:50:28** 241:14 | **03:52:23** 243:16 | **03:54:30** 245:22 | **04:00:13** 247:25 | **04:02:43** 250:5 |
| **03:50:33** 241:15 | **03:52:25** 243:17 | **03:54:32** 245:23 | **04:00:14** 248:2 | **04:02:46** 250:6 |
| **03:50:37** 241:16 | **03:52:27** 243:18 | **03:54:35** 245:24 | **04:00:23** 248:3 | **04:02:49** 250:7 |
| **03:50:39** 241:17 | **03:52:30** 243:19 | **03:54:39** 246:2 | **04:00:35** 248:4 | **04:02:53** 250:8 |
| **03:50:41** 241:18 | **03:52:31** 243:20 | **03:54:41** 246:3 | **04:00:37** 248:5 | **04:02:56** 250:9 |
| **03:50:45** 241:19 | **03:52:32** 243:21,22 | **03:54:55** 246:4 | **04:00:47** 248:6 | **04:03:04** 250:10 |
| **03:50:49** 241:20 | **03:52:43** 243:23 | **03:54:57** 246:5 | **04:00:51** 248:7 | **04:03:07** 250:11 |
| **03:50:50** 241:21 | **03:52:44** 243:24 | **03:55:01** 246:6,7 | **04:00:52** 248:8 | **04:03:09** 250:12 |
| **03:50:51** 241:22 | **03:52:47** 243:25 | **03:55:03** 246:8 | **04:00:55** 248:9 | **04:03:10** 250:13,14 |
| **03:50:54** 241:23 | **03:52:48** 244:2 | **03:56:12** 246:9 | **04:00:58** 248:10 | **04:03:11** 250:15 |
| **03:50:55** 241:24 | **03:52:51** 244:3 | **03:56:23** 246:10 | **04:01:01** 248:11 | **04:03:12** 250:16,17 |
| **03:50:56** 241:25 | **03:52:59** 244:4 | **03:56:26** 246:11 | **04:01:08** 248:12 | **04:03:29** 250:18 |
| **03:50:57** 242:2 | **03:53:00** 244:5 | **03:56:29** 246:12 | **04:01:09** 248:13 | **04:03:32** 250:19 |
| **03:50:59** 242:3 | **03:53:01** 244:6,7,8 | **03:56:30** 246:13 | **04:01:11** 248:14 | **04:03:36** 250:20 |
| **03:51:02** 242:4 | **03:53:02** 244:9,10 | **03:56:59** 246:14 | **04:01:17** 248:15 | **04:03:39** 250:21 |
| **03:51:03** 242:5 | **03:53:03** 244:11 | **03:57:01** 246:15 | **04:01:20** 248:16 | **04:03:49** 250:22 |
| **03:51:04** 242:6 | **03:53:06** 244:12,13 | **03:57:03** 246:16 | **04:01:25** 248:17 | **04:03:50** 250:23,24 250:25 |
| **03:51:06** 242:7 | **03:53:07** 244:14 | **03:57:04** 246:17 | **04:01:29** 248:18 | **04:03:51** 251:2 |
| **03:51:08** 242:8 | **03:53:08** 244:15 | **03:57:07** 246:18 | **04:01:30** 248:19,20 | **04:03:52** 251:3,4 |
| **03:51:10** 242:9,10 | **03:53:09** 244:16 | **03:57:08** 246:19 | **04:01:33** 248:21 | **04:03:53** 251:5,6 |
| **03:51:11** 242:11 | **03:53:19** 244:17 | **03:57:09** 246:20 | **04:01:36** 248:22 | **04:03:55** 251:7 |
| **03:51:15** 242:12 | **03:53:23** 244:18 | **03:57:10** 246:21 | **04:01:38** 248:23 | **04:03:57** 251:8 |
| **03:51:17** 242:13 | **03:53:25** 244:19 | **03:57:13** 246:22 | **04:01:39** 248:24 | **04:03:59** 251:9 |
| **03:51:18** 242:14 | **03:53:29** 244:20 | **03:57:17** 246:23 | **04:01:40** 248:25 | **04:04:02** 251:10 |
| **03:51:22** 242:15 | **03:53:30** 244:21 | **03:57:19** 246:24 | **04:01:41** 249:2,3 | |

| | | | | |
|---|---|---|---|---|
| **04:04:10** 251:11 | **04:06:07** 253:17 | **04:08:36** 255:19 | **04:10:34** 257:22 | **04:14:22** 259:25 |
| **04:04:11** 251:12 | **04:06:08** 253:18 | **04:08:38** 255:20 | **04:10:35** 257:23 | **04:14:27** 260:2 |
| **04:04:13** 251:13 | **04:06:10** 253:19 | **04:08:39** 255:21 | **04:10:38** 257:24,25 | **04:14:30** 260:3 |
| **04:04:17** 251:14 | **04:06:11** 253:20 | **04:08:40** 255:22 | **04:10:50** 258:2 | **04:14:37** 260:4 |
| **04:04:18** 251:15 | **04:06:13** 253:21 | **04:08:43** 255:23 | **04:10:51** 258:3 | **04:14:43** 260:5 |
| **04:04:21** 251:16 | **04:06:14** 253:22 | **04:08:45** 255:24 | **04:10:55** 258:4,5 | **04:14:45** 260:6 |
| **04:04:22** 251:17 | **04:06:16** 253:23 | **04:08:48** 255:25 | **04:10:56** 258:6 | **04:14:48** 260:7 |
| **04:04:23** 251:18,19 | **04:06:18** 253:24 | **04:08:49** 256:2 | **04:11:01** 258:7 | **04:14:56** 260:8 |
| **04:04:26** 251:20 | **04:06:21** 253:25 | **04:08:55** 256:3 | **04:11:14** 258:8 | **04:14:58** 260:9 |
| **04:04:29** 251:21 | **04:06:23** 254:2 | **04:08:56** 256:4 | **04:11:17** 258:9,10 | **04:14:59** 260:10 |
| **04:04:33** 251:22 | **04:06:26** 254:3 | **04:08:58** 256:5 | **04:11:25** 258:11 | **04:15:01** 260:11,12 |
| **04:04:37** 251:23 | **04:06:31** 254:4 | **04:09:02** 256:6 | **04:11:26** 258:12 | **04:15:04** 260:13 |
| **04:04:38** 251:24,25 | **04:06:34** 254:5 | **04:09:05** 256:7,8 | **04:11:29** 258:13 | **04:15:10** 260:14 |
| **04:04:39** 252:2 | **04:06:36** 254:6 | **04:09:10** 256:9 | **04:11:33** 258:14 | **04:15:18** 260:15 |
| **04:04:40** 252:3 | **04:06:38** 254:7 | **04:09:12** 256:10 | **04:11:37** 258:15 | **04:15:25** 260:16 |
| **04:04:42** 252:4 | **04:06:41** 254:8 | **04:09:16** 256:11 | **04:11:39** 258:16 | **04:15:27** 260:17,18 |
| **04:04:43** 252:5 | **04:06:49** 254:9 | **04:09:18** 256:12 | **04:11:41** 258:17 | **04:15:30** 260:19 |
| **04:04:45** 252:6 | **04:06:50** 254:10 | **04:09:19** 256:13,14 | **04:11:44** 258:18 | **04:15:33** 260:20 |
| **04:04:47** 252:7 | **04:06:55** 254:11 | **04:09:21** 256:15 | **04:11:49** 258:19 | **04:15:37** 260:21 |
| **04:04:49** 252:8 | **04:06:58** 254:12 | **04:09:27** 256:16 | **04:11:55** 258:20 | **04:15:39** 260:22 |
| **04:04:51** 252:9 | **04:07:04** 254:13 | **04:09:30** 256:17 | **04:11:56** 258:21 | **04:15:42** 260:23 |
| **04:04:54** 252:10 | **04:07:10** 254:14 | **04:09:32** 256:18 | **04:12:00** 258:22 | **04:15:44** 260:24,25 |
| **04:04:57** 252:11,12 | **04:07:11** 254:15 | **04:09:37** 256:19 | **04:12:05** 258:23 | **04:15:47** 261:2 |
| **04:05:02** 252:13 | **04:07:16** 254:16 | **04:09:42** 256:20 | **04:12:06** 258:24 | **04:15:52** 261:3,4 |
| **04:05:03** 252:14 | **04:07:20** 254:17 | **04:09:43** 256:21 | **04:12:08** 258:25 | **04:15:54** 261:5 |
| **04:05:06** 252:15,16 | **04:07:22** 254:18 | **04:09:46** 256:22 | **04:12:13** 259:2 | **04:15:57** 261:6 |
| **04:05:21** 252:17 | **04:07:28** 254:19,20 | **04:09:47** 256:23 | **04:12:16** 259:3 | **04:16:00** 261:7 |
| **04:05:23** 252:18 | **04:07:42** 254:21 | **04:09:49** 256:24 | **04:12:20** 259:4 | **04:16:01** 261:8 |
| **04:05:26** 252:19 | **04:07:43** 254:22 | **04:09:50** 256:25 | **04:12:24** 259:5 | **04:16:02** 261:9,10 |
| **04:05:27** 252:20 | **04:07:44** 254:23 | **04:09:51** 257:2 | **04:12:28** 259:6 | **04:16:04** 261:11 |
| **04:05:31** 252:21 | **04:07:45** 254:24 | **04:09:52** 257:3 | **04:12:39** 259:7 | **04:16:05** 261:12 |
| **04:05:32** 252:22 | **04:07:50** 254:25 | **04:09:53** 257:4 | **04:12:43** 259:8 | **04:16:07** 261:13 |
| **04:05:33** 252:23 | **04:08:05** 255:2 | **04:09:54** 257:5 | **04:12:45** 259:9 | **04:16:11** 261:14 |
| **04:05:35** 252:24 | **04:08:06** 255:3 | **04:09:56** 257:6 | **04:13:40** 259:10 | **04:16:15** 261:15 |
| **04:05:36** 252:25 | **04:08:08** 255:4 | **04:09:58** 257:7 | **04:13:41** 259:11 | **04:16:17** 261:16 |
| **04:05:38** 253:2 | **04:08:09** 255:5,6 | **04:10:01** 257:8 | **04:13:43** 259:12 | **04:16:19** 261:17 |
| **04:05:41** 253:3 | **04:08:10** 255:7 | **04:10:03** 257:9 | **04:13:45** 259:13 | **04:16:20** 261:18 |
| **04:05:44** 253:4 | **04:08:12** 255:8 | **04:10:05** 257:10 | **04:13:47** 259:14 | **04:16:21** 261:19 |
| **04:05:46** 253:5,6,7 | **04:08:16** 255:9 | **04:10:09** 257:11 | **04:13:54** 259:15 | **04:16:22** 261:20 |
| **04:05:47** 253:8 | **04:08:18** 255:10,11 | **04:10:12** 257:12 | **04:13:57** 259:16 | **04:16:23** 261:21 |
| **04:05:49** 253:9 | **04:08:19** 255:12 | **04:10:13** 257:13,14 | **04:14:02** 259:17,18 | **04:16:24** 261:22 |
| **04:05:51** 253:10,11 253:12 | **04:08:22** 255:13 | **04:10:15** 257:15 | **04:14:04** 259:19 | **04:16:25** 261:23 |
| **04:05:55** 253:13 | **04:08:25** 255:14 | **04:10:16** 257:16,17 | **04:14:06** 259:20 | **04:16:28** 261:24 |
| **04:05:57** 253:14 | **04:08:29** 255:15 | **04:10:17** 257:18 | **04:14:09** 259:21 | **04:16:30** 261:25 |
| **04:05:58** 253:15 | **04:08:30** 255:16 | **04:10:18** 257:19 | **04:14:13** 259:22 | **04:16:33** 262:2 |
| **04:06:02** 253:16 | **04:08:32** 255:17 | **04:10:22** 257:20 | **04:14:16** 259:23 | **04:16:34** 262:3 |
| | **04:08:34** 255:18 | **04:10:23** 257:21 | **04:14:19** 259:24 | **04:16:35** 262:4 |

| | | | | |
|---|---|---|---|---|
| 04:16:37 262:5,6 | 04:18:42 264:11 | 04:20:37 266:16 | 04:22:42 268:21 | 04:24:22 270:23,24 |
| 04:16:38 262:7 | 04:18:49 264:12 | 04:20:40 266:17 | 04:22:46 268:22 | 04:24:23 270:25 |
| 04:16:40 262:8 | 04:18:50 264:13,14 | 04:20:41 266:18,19 | 04:22:48 268:23 | 04:24:26 271:2 |
| 04:16:41 262:9 | 04:18:53 264:15 | 04:20:44 266:20,21 | 04:22:51 268:24 | 04:24:28 271:3 |
| 04:16:42 262:10 | 04:18:55 264:16 | 04:20:48 266:22 | 04:22:52 268:25 | 04:24:30 271:4 |
| 04:16:48 262:11,12 | 04:18:56 264:17 | 04:20:51 266:23 | 04:22:53 269:2 | 04:24:33 271:5 |
| 04:16:49 262:13 | 04:19:01 264:18 | 04:20:55 266:24 | 04:22:55 269:3 | 04:24:37 271:6 |
| 04:16:52 262:14 | 04:19:02 264:19 | 04:20:57 266:25 | 04:22:59 269:4 | 04:24:38 271:7 |
| 04:16:57 262:15 | 04:19:04 264:20 | 04:20:59 267:2 | 04:23:01 269:5 | 04:24:40 271:8,9 |
| 04:17:01 262:16 | 04:19:07 264:21 | 04:21:02 267:3 | 04:23:03 269:6 | 04:24:43 271:10 |
| 04:17:04 262:17 | 04:19:09 264:22 | 04:21:05 267:4 | 04:23:06 269:7 | 04:24:44 271:11 |
| 04:17:07 262:18 | 04:19:11 264:23 | 04:21:08 267:5 | 04:23:07 269:8 | 04:24:46 271:12 |
| 04:17:08 262:19,20 | 04:19:21 264:24 | 04:21:09 267:6 | 04:23:08 269:9 | 04:24:50 271:13 |
| 04:17:09 262:21,22 | 04:19:24 264:25 | 04:21:13 267:7 | 04:23:09 269:10 | 04:24:54 271:14 |
| 04:17:10 262:23 | 265:2 | 04:21:15 267:8 | 04:23:13 269:11 | 04:24:57 271:15 |
| 04:17:11 262:24 | 04:19:28 265:3 | 04:21:16 267:9,10 | 04:23:15 269:12 | 04:25:01 271:16 |
| 04:17:12 262:25 | 04:19:30 265:4 | 04:21:19 267:11 | 04:23:16 269:13,14 | 04:25:09 271:17 |
| 04:17:14 263:2 | 04:19:35 265:5 | 04:21:20 267:12 | 04:23:17 269:15 | 04:25:10 271:18 |
| 04:17:16 263:3 | 04:19:38 265:6 | 04:21:21 267:13 | 04:23:18 269:16 | 04:25:12 271:19 |
| 04:17:20 263:4 | 04:19:45 265:7,8 | 04:21:22 267:14 | 04:23:21 269:17 | 04:25:14 271:20 |
| 04:17:32 263:5 | 04:19:46 265:9 | 04:21:23 267:15 | 04:23:22 269:18 | 04:25:19 271:21 |
| 04:17:36 263:6 | 04:19:47 265:10 | 04:21:27 267:16 | 04:23:23 269:19 | 04:25:21 271:22,23 |
| 04:17:41 263:7 | 04:19:51 265:11 | 04:21:32 267:17 | 04:23:24 269:20 | 04:25:24 271:24 |
| 04:17:43 263:8 | 04:19:53 265:12,13 | 04:21:36 267:18 | 04:23:25 269:21 | 04:25:25 271:25 |
| 04:17:46 263:9 | 04:19:54 265:14 | 04:21:40 267:19 | 04:23:28 269:22 | 04:25:28 272:2 |
| 04:17:51 263:10 | 04:19:56 265:15 | 04:21:42 267:20 | 04:23:30 269:23 | 04:25:34 272:3 |
| 04:17:52 263:11 | 04:20:00 265:16 | 04:21:46 267:21 | 04:23:31 269:24 | 04:25:37 272:4 |
| 04:17:55 263:12,13 | 04:20:03 265:17 | 04:21:50 267:22 | 04:23:32 269:25 | 04:25:42 272:5 |
| 04:17:57 263:14 | 04:20:04 265:18 | 04:21:52 267:23 | 04:23:34 270:2 | 04:25:44 272:6,7 |
| 04:17:58 263:15 | 04:20:05 265:19 | 04:21:54 267:24 | 04:23:36 270:3 | 04:25:45 272:8 |
| 04:18:00 263:16 | 04:20:06 265:20 | 04:21:55 267:25 | 04:23:39 270:4,5 | 04:25:46 272:9 |
| 04:18:01 263:17,18 | 04:20:09 265:21 | 04:21:58 268:2,3 | 04:23:41 270:6 | 04:25:48 272:10 |
| 04:18:06 263:19 | 04:20:11 265:22 | 04:21:59 268:4 | 04:23:42 270:7 | 04:25:49 272:11 |
| 04:18:08 263:20 | 04:20:12 265:23 | 04:22:00 268:5,6 | 04:23:44 270:8 | 04:25:50 272:12 |
| 04:18:10 263:21 | 04:20:14 265:24,25 | 04:22:05 268:7 | 04:23:45 270:9 | 04:26:01 272:13 |
| 04:18:12 263:22 | 04:20:15 266:2 | 04:22:09 268:8 | 04:23:50 270:10 | 04:26:02 272:14 |
| 04:18:13 263:23,24 | 04:20:16 266:3 | 04:22:14 268:9 | 04:23:54 270:11 | 04:26:05 272:15,16 |
| 04:18:15 263:25 | 04:20:19 266:4 | 04:22:17 268:10 | 04:23:59 270:12 | 04:26:06 272:17 |
| 04:18:19 264:2 | 04:20:21 266:5 | 04:22:18 268:11 | 04:24:01 270:13 | 04:26:08 272:18 |
| 04:18:20 264:3 | 04:20:24 266:6 | 04:22:20 268:12 | 04:24:03 270:14 | 04:26:13 272:19 |
| 04:18:23 264:4 | 04:20:25 266:7,8 | 04:22:22 268:13 | 04:24:04 270:15 | 04:39:31 272:20 |
| 04:18:25 264:5 | 04:20:27 266:9 | 04:22:26 268:14 | 04:24:09 270:16 | 04:39:32 272:21 |
| 04:18:30 264:6 | 04:20:29 266:10 | 04:22:31 268:15 | 04:24:11 270:17 | 04:39:35 272:22 |
| 04:18:31 264:7 | 04:20:31 266:11 | 04:22:32 268:16,17 | 04:24:15 270:18 | 04:39:38 272:23 |
| 04:18:32 264:8 | 04:20:33 266:12,13 | 04:22:33 268:18 | 04:24:17 270:19 | 04:39:39 272:24 |
| 04:18:35 264:9 | 04:20:35 266:14 | 04:22:34 268:19 | 04:24:19 270:20 | 04:39:45 272:25 |
| 04:18:38 264:10 | 04:20:36 266:15 | 04:22:36 268:20 | 04:24:21 270:21,22 | 04:39:49 273:2 |

| | | | | |
|---|---|---|---|---|
| 04:39:52 273:3 | 04:42:27 275:7 | 04:44:25 277:7 | 04:46:25 279:13 | 04:48:33 281:13 |
| 04:39:56 273:4 | 04:42:28 275:8 | 04:44:26 277:8 | 04:46:29 279:14 | 04:48:34 281:14 |
| 04:39:58 273:5 | 04:42:30 275:9 | 04:44:27 277:9 | 04:46:34 279:15 | 04:48:35 281:15 |
| 04:40:01 273:6 | 04:42:34 275:10 | 04:44:30 277:10 | 04:46:41 279:16 | 04:48:36 281:16 |
| 04:40:03 273:7 | 04:42:35 275:11 | 04:44:34 277:11 | 04:46:46 279:17 | 04:48:38 281:17 |
| 04:40:04 273:8 | 04:42:41 275:12 | 04:44:37 277:12,13 | 04:46:47 279:18 | 04:48:41 281:18 |
| 04:40:05 273:9,10 273:11 | 04:42:44 275:13 | 04:44:42 277:14 | 04:46:48 279:19 | 04:48:43 281:19 |
| 04:40:09 273:12 | 04:42:45 275:14 | 04:44:43 277:15 | 04:46:51 279:20 | 04:48:44 281:20 |
| 04:40:11 273:13 | 04:42:49 275:15 | 04:44:46 277:16 | 04:46:55 279:21 | 04:48:46 281:21 |
| 04:40:13 273:14 | 04:42:52 275:16 | 04:44:47 277:17 | 04:46:56 279:22 | 04:48:54 281:22 |
| 04:40:17 273:15 | 04:42:54 275:17 | 04:44:49 277:18 | 04:46:58 279:23 | 04:48:59 281:23 |
| 04:40:20 273:16 | 04:42:58 275:18 | 04:44:51 277:19 | 04:47:04 279:24 | 04:49:04 281:24 |
| 04:40:23 273:17 | 04:43:00 275:19 | 04:44:54 277:20 | 04:47:05 279:25 | 04:49:07 281:25 |
| 04:40:26 273:18 | 04:43:04 275:20 | 04:44:56 277:21 | 04:47:06 280:2 | 04:49:08 282:2 |
| 04:40:29 273:19 | 04:43:09 275:21 | 04:45:00 277:22 | 04:47:08 280:3 | 04:49:11 282:3 |
| 04:40:30 273:20 | 04:43:11 275:22 | 04:45:04 277:23 | 04:47:12 280:4 | 04:49:13 282:4 |
| 04:40:31 273:21 | 04:43:14 275:23 | 04:45:08 277:24 | 04:47:15 280:5 | 04:49:17 282:5,6 |
| 04:40:37 273:22 | 04:43:18 275:24,25 | 04:45:13 277:25 | 04:47:18 280:6 | 04:49:22 282:7 |
| 04:40:47 273:23 | 04:43:19 276:2 | 04:45:24 278:2 | 04:47:20 280:7 | 04:49:23 282:8 |
| 04:40:54 273:24 | 04:43:21 276:3 | 04:45:25 278:3 | 04:47:21 280:8 | 04:49:28 282:9 |
| 04:40:57 273:25 | 04:43:23 276:4 | 04:45:26 278:4 | 04:47:24 280:9 | 04:49:32 282:10 |
| 04:40:58 274:2 | 04:43:27 276:5 | 04:45:27 278:5,6,7 | 04:47:27 280:10 | 04:49:35 282:11 |
| 04:40:59 274:3 | 04:43:30 276:6 | 04:45:29 278:8 | 04:47:30 280:11 | 04:49:36 282:12 |
| 04:41:00 274:4 | 04:43:32 276:7 | 04:45:34 278:9 | 04:47:36 280:12,13 | 04:49:38 282:13 |
| 04:41:02 274:5 | 04:43:34 276:8 | 04:45:35 278:10 | 04:47:38 280:14 | 04:49:40 282:14 |
| 04:41:03 274:6 | 04:43:37 276:9 | 04:45:36 278:11,12 | 04:47:41 280:15 | 04:49:43 282:15 |
| 04:41:04 274:7 | 04:43:39 276:10 | 04:45:39 278:13 | 04:47:44 280:16 | 04:49:47 282:16 |
| 04:41:07 274:8 | 04:43:40 276:11 | 04:45:41 278:14 | 04:47:46 280:17 | 04:49:52 282:17 |
| 04:41:10 274:9 | 04:43:42 276:12 | 04:45:46 278:15 | 04:47:48 280:18 | 04:49:56 282:18 |
| 04:41:12 274:10 | 04:43:43 276:13 | 04:45:48 278:16,17 278:18 | 04:47:51 280:19 | 04:49:59 282:19 |
| 04:41:15 274:11 | 04:43:45 276:14 | 04:45:50 278:19 | 04:47:53 280:20 | 04:50:03 282:20 |
| 04:41:21 274:12,13 | 04:43:47 276:15 | 04:45:52 278:20 | 04:47:57 280:21 | 04:50:06 282:21 |
| 04:41:24 274:14,15 | 04:43:50 276:16 | 04:45:53 278:21 | 04:47:59 280:22 | 04:50:08 282:22 |
| 04:41:27 274:16,17 | 04:43:54 276:17 | 04:45:55 278:22 | 04:48:00 280:23 | 04:50:11 282:23 |
| 04:41:31 274:18 | 04:43:56 276:18 | 04:45:56 278:23 | 04:48:01 280:24 | 04:50:14 282:24 |
| 04:41:36 274:19 | 04:43:58 276:19 | 04:45:59 278:24 | 04:48:04 280:25 | 04:50:22 282:25 |
| 04:41:43 274:20 | 04:44:00 276:20 | 04:46:01 278:25 | 04:48:05 281:2 | 04:50:26 283:2 |
| 04:41:44 274:21 | 04:44:02 276:21 | 04:46:02 279:2,3 | 04:48:08 281:3 | 04:50:27 283:3 |
| 04:41:56 274:22,23 274:24 | 04:44:05 276:22 | 04:46:07 279:4 | 04:48:11 281:4 | 04:50:31 283:4 |
| 04:42:01 274:25 | 04:44:07 276:23 | 04:46:11 279:5 | 04:48:13 281:5 | 04:50:38 283:5 |
| 04:42:13 275:2 | 04:44:09 276:24 | 04:46:15 279:6 | 04:48:16 281:6 | 04:50:42 283:6 |
| 04:42:15 275:3 | 04:44:10 276:25 | 04:46:17 279:7,8 | 04:48:21 281:7 | 04:50:44 283:7 |
| 04:42:21 275:4 | 04:44:11 277:2 | 04:46:18 279:9 | 04:48:24 281:8 | 04:50:46 283:8,9 |
| 04:42:22 275:5 | 04:44:12 277:3 | 04:46:19 279:10 | 04:48:27 281:9 | 04:50:47 283:10 |
| 04:42:26 275:6 | 04:44:13 277:4 | 04:46:20 279:11 | 04:48:28 281:10 | 04:50:49 283:11 |
| | 04:44:15 277:5 | 04:46:22 279:12 | 04:48:30 281:11 | 04:50:52 283:12,13 |
| | 04:44:21 277:6 | | 04:48:32 281:12 | 04:50:55 283:14 |

| | | | | |
|---|---|---|---|---|
| 04:50:57 283:15,16 | 04:53:19 285:23 | 04:54:44 288:3 | 04:56:58 290:11 | 04:59:50 292:13 |
| 04:50:58 283:17 | 04:53:21 285:24 | 04:54:45 288:4 | 04:57:00 290:12 | 05:00:01 292:14 |
| 04:51:01 283:18 | 04:53:22 285:25 | 04:54:50 288:5 | 04:57:02 290:13 | 05:00:02 292:15 |
| 04:51:02 283:19 | 286:2 | 04:54:51 288:6 | 04:57:03 290:14 | 05:00:05 292:16 |
| 04:51:05 283:20,21 | 04:53:25 286:3,4 | 04:54:54 288:7 | 04:57:04 290:15 | 05:00:10 292:17 |
| 04:51:07 283:22,23 | 04:53:28 286:5 | 04:54:57 288:8 | 04:57:05 290:16 | 05:00:11 292:18,19 |
| 04:51:08 283:24,25 | 04:53:29 286:6 | 04:55:00 288:9 | 04:57:08 290:17 | 05:00:13 292:20,21 |
| 04:51:10 284:2 | 04:53:30 286:7 | 04:55:03 288:10 | 04:57:10 290:18 | 292:22 |
| 04:51:13 284:3 | 04:53:31 286:8 | 04:55:14 288:11 | 04:57:13 290:19 | 05:00:14 292:23 |
| 04:51:14 284:4 | 04:53:32 286:9 | 04:55:24 288:12 | 04:57:14 290:20 | 05:00:15 292:24 |
| 04:51:18 284:5 | 04:53:34 286:10 | 04:55:27 288:13,14 | 04:57:18 290:21 | 05:00:16 292:25 |
| 04:51:22 284:6 | 04:53:35 286:11 | 04:55:28 288:15 | 04:57:21 290:22 | 05:00:19 293:2 |
| 04:51:23 284:7 | 04:53:39 286:12 | 04:55:30 288:16 | 04:57:23 290:23 | 05:00:21 293:3 |
| 04:51:25 284:8 | 04:53:41 286:13 | 04:55:32 288:17 | 04:57:26 290:24 | 05:00:22 293:4 |
| 04:51:34 284:9 | 04:53:42 286:14 | 04:55:33 288:18 | 04:57:28 290:25 | 05:00:25 293:5,6 |
| 04:51:35 284:10 | 04:53:43 286:15 | 04:55:36 288:19,20 | 04:57:31 291:2 | 05:00:30 293:7 |
| 04:51:37 284:11 | 04:53:45 286:16,17 | 04:55:38 288:21 | 04:57:35 291:3 | 05:01:31 293:8 |
| 04:51:45 284:12 | 04:53:49 286:18 | 04:55:40 288:22 | 04:57:38 291:4 | 05:01:32 293:9 |
| 04:51:49 284:13 | 04:53:50 286:19 | 04:55:41 288:23,24 | 04:57:40 291:5 | 05:01:47 293:10 |
| 04:52:05 284:14 | 04:53:51 286:20,21 | 04:55:42 288:25 | 04:57:42 291:6 | 05:01:48 293:11 |
| 04:52:09 284:15,16 | 04:53:53 286:22 | 289:2 | 04:57:45 291:7 | 05:01:51 293:12 |
| 04:52:10 284:17 | 04:53:55 286:23 | 04:55:46 289:3 | 04:57:46 291:8 | 05:01:54 293:13 |
| 04:52:11 284:18 | 04:53:56 286:24 | 04:55:49 289:4,5 | 04:57:47 291:9 | 05:01:58 293:14 |
| 04:52:12 284:19 | 04:54:00 286:25 | 04:55:50 289:6 | 04:57:48 291:10 | 05:02:01 293:15 |
| 04:52:13 284:20 | 04:54:01 287:2,3 | 04:55:52 289:7 | 04:57:56 291:11,12 | 05:02:08 293:16 |
| 04:52:14 284:21 | 04:54:03 287:4 | 04:55:53 289:8 | 04:57:57 291:13 | 05:02:11 293:17 |
| 04:52:17 284:22 | 04:54:06 287:5 | 04:55:54 289:9 | 04:57:58 291:14,15 | 05:02:12 293:18 |
| 04:52:19 284:23 | 04:54:08 287:6 | 04:55:56 289:10 | 04:57:59 291:16 | 05:02:14 293:19 |
| 04:52:22 284:24,25 | 04:54:10 287:7 | 04:56:02 289:11,12 | 04:58:02 291:17 | 05:02:18 293:20 |
| 04:52:25 285:2 | 04:54:12 287:8 | 289:13,14,15 | 04:58:05 291:18 | 05:02:28 293:21 |
| 04:52:31 285:3 | 04:54:15 287:9 | 04:56:09 289:16 | 04:58:08 291:19 | 05:02:32 293:22 |
| 04:52:32 285:4 | 04:54:18 287:10 | 04:56:15 289:17 | 04:58:09 291:20 | 05:02:34 293:23 |
| 04:52:34 285:5 | 04:54:19 287:11 | 04:56:20 289:18 | 04:58:13 291:21 | 05:02:36 293:24 |
| 04:52:35 285:6 | 04:54:20 287:12 | 04:56:24 289:19 | 04:59:15 291:22 | 05:02:38 293:25 |
| 04:52:36 285:7 | 04:54:22 287:13 | 04:56:27 289:20 | 04:59:17 291:23 | 05:02:39 294:2 |
| 04:52:44 285:8,9 | 04:54:25 287:14 | 04:56:28 289:21 | 04:59:21 291:24 | 05:02:43 294:3,4,5 |
| 04:52:49 285:10,11 | 04:54:27 287:15 | 04:56:33 289:22 | 04:59:24 291:25 | 05:02:45 294:6 |
| 04:52:51 285:12 | 04:54:30 287:16 | 04:56:34 289:23 | 292:2 | 05:02:50 294:7 |
| 04:52:54 285:13 | 04:54:31 287:17 | 04:56:35 289:24 | 04:59:27 292:3 | 05:02:51 294:8 |
| 04:52:55 285:14,15 | 04:54:32 287:18 | 04:56:36 289:25 | 04:59:28 292:4 | 05:02:52 294:9 |
| 04:52:57 285:16 | 04:54:34 287:19 | 04:56:38 290:2 | 04:59:29 292:5 | 05:02:53 294:10,11 |
| 04:53:02 285:17 | 04:54:35 287:20 | 04:56:41 290:3,4 | 04:59:31 292:6 | 05:02:55 294:12 |
| 04:53:05 285:18 | 04:54:36 287:21 | 04:56:44 290:5 | 04:59:33 292:7 | 05:02:59 294:13 |
| 04:53:09 285:19 | 04:54:37 287:22 | 04:56:48 290:6 | 04:59:44 292:8 | 05:03:02 294:14 |
| 04:53:11 285:20 | 04:54:38 287:23,24 | 04:56:51 290:7 | 04:59:45 292:9 | 05:03:04 294:15 |
| 04:53:12 285:21 | 04:54:40 287:25 | 04:56:56 290:8 | 04:59:46 292:10,11 | 05:03:07 294:16 |
| 04:53:16 285:22 | 04:54:41 288:2 | 04:56:57 290:9,10 | 04:59:49 292:12 | 05:03:10 294:17 |

| | | | | |
|---|---|---|---|---|
| **05:03:14** 294:18 | **05:05:35** 296:19 | **05:08:04** 298:21,22 | **05:09:42** 301:4 | **05:11:44** 303:5 |
| **05:03:16** 294:19 | **05:05:36** 296:20 | **05:08:06** 298:23 | **05:09:43** 301:5 | **05:11:45** 303:6 |
| **05:03:18** 294:20 | **05:05:40** 296:21 | **05:08:07** 298:24 | **05:09:45** 301:6 | **05:11:46** 303:7,8 |
| **05:03:21** 294:21 | **05:05:42** 296:22 | **05:08:09** 298:25 | **05:09:46** 301:7 | **05:11:47** 303:9 |
| **05:03:23** 294:22 | **05:05:46** 296:23 | **05:08:12** 299:2 | **05:09:47** 301:8 | **05:11:49** 303:10 |
| **05:03:28** 294:23 | **05:05:51** 296:24 | **05:08:13** 299:3 | **05:09:50** 301:9 | **05:11:51** 303:11 |
| **05:03:31** 294:24 | **05:05:53** 296:25 | **05:08:14** 299:4 | **05:09:52** 301:10 | **05:11:52** 303:12 |
| **05:03:33** 294:25 | **05:05:55** 297:2 | **05:08:22** 299:5,6 | **05:09:54** 301:11 | **05:11:56** 303:13 |
| **05:03:36** 295:2 | **05:05:56** 297:3 | **05:08:23** 299:7,8 | **05:09:58** 301:12 | **05:11:58** 303:14 |
| **05:03:38** 295:3 | **05:05:59** 297:4 | **05:08:24** 299:9 | **05:10:01** 301:13 | **05:11:59** 303:15 |
| **05:03:44** 295:4 | **05:06:01** 297:5 | **05:08:25** 299:10 | **05:10:03** 301:14 | **05:12:00** 303:16 |
| **05:03:47** 295:5 | **05:06:05** 297:6 | **05:08:28** 299:11 | **05:10:15** 301:15 | **05:12:01** 303:17 |
| **05:03:54** 295:6 | **05:06:09** 297:7 | **05:08:32** 299:12 | **05:10:17** 301:16 | **05:12:02** 303:18 |
| **05:03:56** 295:7 | **05:06:11** 297:8 | **05:08:35** 299:13 | **05:10:21** 301:17 | **05:12:03** 303:19 |
| **05:03:58** 295:8 | **05:06:16** 297:9 | **05:08:37** 299:14 | **05:10:24** 301:18 | **05:12:05** 303:20 |
| **05:04:01** 295:9 | **05:06:17** 297:10 | **05:08:39** 299:15 | **05:10:27** 301:19 | **05:12:09** 303:21 |
| **05:04:03** 295:10 | **05:06:20** 297:11 | **05:08:41** 299:16 | **05:10:30** 301:20 | **05:12:11** 303:22 |
| **05:04:04** 295:11 | **05:06:25** 297:12 | **05:08:42** 299:17 | **05:10:32** 301:21,22 | **05:12:14** 303:23 |
| **05:04:06** 295:12 | **05:06:28** 297:13 | **05:08:46** 299:18 | **05:10:33** 301:23 | **05:12:17** 303:24 |
| **05:04:08** 295:13 | **05:06:30** 297:14 | **05:08:47** 299:19,20 | **05:10:34** 301:24 | **05:12:21** 303:25 |
| **05:04:10** 295:14,15 295:16 | **05:06:32** 297:15 | **05:08:49** 299:21 | **05:10:36** 301:25 | **05:12:23** 304:2 |
| **05:04:20** 295:17 | **05:06:33** 297:16 | **05:08:50** 299:22 | **05:10:40** 302:2 | **05:12:25** 304:3 |
| **05:04:23** 295:18 | **05:06:35** 297:17 | **05:08:52** 299:23 | **05:10:42** 302:3 | **05:12:27** 304:4 |
| **05:04:25** 295:19 | **05:06:37** 297:18 | **05:08:53** 299:24 | **05:10:44** 302:4 | **05:12:28** 304:5 |
| **05:04:28** 295:20 | **05:06:41** 297:19 | **05:08:54** 299:25 | **05:10:54** 302:5 | **05:12:30** 304:6 |
| **05:04:29** 295:21 | **05:06:52** 297:20 | **05:08:56** 300:2,3 | **05:10:58** 302:6 | **05:12:35** 304:7 |
| **05:04:31** 295:22 | **05:06:55** 297:21 | **05:08:57** 300:4 | **05:10:59** 302:7 | **05:12:39** 304:8 |
| **05:04:33** 295:23 | **05:06:57** 297:22 | **05:08:59** 300:5 | **05:11:00** 302:8 | **05:12:41** 304:9 |
| **05:04:37** 295:24 | **05:06:59** 297:23 | **05:09:02** 300:6 | **05:11:02** 302:9 | **05:12:45** 304:10 |
| **05:04:38** 295:25 | **05:07:04** 297:24 | **05:09:04** 300:7 | **05:11:05** 302:10 | **05:12:46** 304:11 |
| **05:04:43** 296:2 | **05:07:23** 297:25 | **05:09:07** 300:8,9 | **05:11:11** 302:11 | **05:12:49** 304:12 |
| **05:04:47** 296:3 | **05:07:25** 298:2 | **05:09:10** 300:10 | **05:11:15** 302:12 | **05:12:50** 304:13 |
| **05:04:50** 296:4 | **05:07:29** 298:3,4 | **05:09:12** 300:11 | **05:11:17** 302:13,14 | **05:12:51** 304:14,15 |
| **05:04:54** 296:5 | **05:07:30** 298:5,6 | **05:09:14** 300:12 | **05:11:18** 302:15 | **05:12:52** 304:16,17 |
| **05:04:56** 296:6 | **05:07:31** 298:7 | **05:09:18** 300:13,14 | **05:11:19** 302:16 | **05:12:53** 304:18 |
| **05:05:04** 296:7 | **05:07:32** 298:8 | **05:09:21** 300:15 | **05:11:20** 302:17 | **05:12:56** 304:19 |
| **05:05:06** 296:8 | **05:07:33** 298:9 | **05:09:23** 300:16 | **05:11:21** 302:18 | **05:12:57** 304:20 |
| **05:05:08** 296:9 | **05:07:34** 298:10 | **05:09:24** 300:17,18 | **05:11:22** 302:19 | **05:12:58** 304:21,22 304:23,24 |
| **05:05:10** 296:10 | **05:07:35** 298:11 | **05:09:25** 300:19 | **05:11:23** 302:20 | **05:13:01** 304:25 |
| **05:05:12** 296:11 | **05:07:38** 298:12 | **05:09:27** 300:20 | **05:11:27** 302:21 | **05:13:03** 305:2 |
| **05:05:14** 296:12 | **05:07:47** 298:13 | **05:09:28** 300:21 | **05:11:29** 302:22 | **05:13:06** 305:3 |
| **05:05:17** 296:13 | **05:07:50** 298:14 | **05:09:30** 300:22 | **05:11:33** 302:23 | **05:13:09** 305:4 |
| **05:05:24** 296:14 | **05:07:54** 298:15 | **05:09:33** 300:23 | **05:11:34** 302:24 | **05:13:11** 305:5 |
| **05:05:25** 296:15 | **05:07:57** 298:16 | **05:09:37** 300:24 | **05:11:36** 302:25 | **05:13:14** 305:6 |
| **05:05:32** 296:16 | **05:07:59** 298:17,18 298:19 | **05:09:39** 300:25 | **05:11:37** 303:2 | **05:13:16** 305:7 |
| **05:05:33** 296:17,18 | **05:08:03** 298:20 | **05:09:40** 301:2 | **05:11:40** 303:3 | **05:13:17** 305:8 |
| | | **05:09:41** 301:3 | **05:11:43** 303:4 | |

| | | | | |
|---|---|---|---|---|
| **05:13:18** 305:9 | **05:15:46** 307:16 | **05:17:57** 309:18 | **05:19:44** 311:20 | **10:17:35** 4:16,17 |
| **05:13:22** 305:10 | **05:15:51** 307:17 | **05:18:00** 309:19 | **05:19:46** 311:21 | **10:17:38** 4:18 |
| **05:13:23** 305:11 | **05:15:52** 307:18,19 | **05:18:04** 309:20 | **05:19:48** 311:22 | **10:17:47** 4:19,20 |
| **05:13:24** 305:12 | **05:15:53** 307:20 | **05:18:06** 309:21 | **05:19:57** 311:23 | 4:21,22 |
| **05:13:25** 305:13 | **05:15:55** 307:21 | **05:18:08** 309:22 | **05:19:58** 311:24 | **10:17:48** 5:3 |
| **05:13:28** 305:14 | **05:15:56** 307:22 | **05:18:13** 309:23 | **05:20:00** 311:25 | **10:17:49** 5:4 |
| **05:13:29** 305:15 | **05:15:59** 307:23 | **05:18:14** 309:24 | **05:20:03** 312:2 | **10:17:50** 5:5 |
| **05:13:32** 305:16 | **05:16:03** 307:24 | **05:18:18** 309:25 | **05:20:05** 312:3 | **10:17:51** 5:6 |
| **05:13:44** 305:17,18 | **05:16:07** 307:25 | **05:18:19** 310:2 | **05:20:06** 312:4 | **10:17:52** 5:7 |
| **05:13:45** 305:19,20 | **05:16:09** 308:2 | **05:18:20** 310:3 | **05:20:09** 312:5 | **10:17:53** 5:8 |
| **05:13:46** 305:21 | **05:16:10** 308:3 | **05:18:21** 310:4 | **05:20:15** 312:6 | **10:17:54** 5:9 |
| **05:13:47** 305:22,23 | **05:16:13** 308:4 | **05:18:25** 310:5 | **06-CV-1625** 4:7 | **10:17:56** 5:10,11 |
| **05:13:48** 305:24,25 | **05:16:19** 308:5 | **05:18:27** 310:6 | | **10:17:57** 5:12 |
| **05:13:50** 306:2 | **05:16:28** 308:6 | **05:18:30** 310:7 | **1** | **10:18:00** 5:13 |
| **05:13:53** 306:3 | **05:16:29** 308:7 | **05:18:31** 310:8 | **1** 43:15 192:20 | **10:18:02** 5:14 |
| **05:13:55** 306:4 | **05:16:31** 308:8 | **05:18:32** 310:9 | 193:3 260:7 | **10:18:04** 5:15 |
| **05:13:56** 306:5,6 | **05:16:32** 308:9 | **05:18:34** 310:10 | 315:15 | **10:18:06** 5:16 |
| **05:14:29** 306:7 | **05:16:33** 308:10 | **05:18:36** 310:11 | **1st** 281:21 | **10:18:08** 5:17 |
| **05:14:30** 306:8 | **05:16:34** 308:11 | **05:18:38** 310:12,13 | **1)Page** 314:13 | **10:18:09** 5:18 |
| **05:14:31** 306:9 | **05:16:38** 308:12 | **05:18:41** 310:14 | **1.2** 83:25 | **10:18:10** 5:19 |
| **05:14:38** 306:10 | **05:16:41** 308:13 | **05:18:45** 310:15 | **1.6** 128:6 | **10:18:12** 5:20 |
| **05:14:41** 306:11 | **05:16:44** 308:14 | **05:18:48** 310:16 | **1.8** 83:24 | **10:18:16** 5:21 |
| **05:14:47** 306:12 | **05:16:52** 308:15 | **05:18:50** 310:17,18 | **1/2** 232:19 | **10:18:18** 5:22 |
| **05:14:51** 306:13 | **05:16:55** 308:16 | **05:18:53** 310:19 | **1/5** 314:8 | **10:18:20** 5:23 |
| **05:14:53** 306:14,15 | **05:16:59** 308:17 | **05:18:55** 310:20 | **1:40** 134:3 | **10:18:22** 5:24 |
| **05:14:59** 306:16,17 | **05:17:02** 308:18,19 | **05:18:57** 310:21,22 | **1:55** 149:8 | **10:18:24** 5:25 |
| **05:15:00** 306:18 | **05:17:03** 308:20 | **05:19:01** 310:23 | **1:57** 149:13 | **10:18:25** 6:2 |
| **05:15:01** 306:19 | **05:17:05** 308:21 | **05:19:02** 310:24 | **10** 38:13 107:4 | **10:18:29** 6:3,4 |
| **05:15:02** 306:20 | **05:17:07** 308:22 | **05:19:05** 310:25 | 110:17,19 118:24 | **10:18:31** 6:5 |
| **05:15:03** 306:21 | **05:17:09** 308:23 | **05:19:06** 311:2 | 132:22 277:22 | **10:18:32** 6:6 |
| **05:15:07** 306:22 | **05:17:10** 308:24 | **05:19:10** 311:3 | 279:20 | **10:18:34** 6:7 |
| **05:15:10** 306:23 | **05:17:11** 308:25 | **05:19:18** 311:4 | **10:00** 1:10 | **10:18:36** 6:8 |
| **05:15:14** 306:24 | **05:17:13** 309:2 | **05:19:20** 311:5 | **10:08:12** 4:23 | **10:18:39** 6:9 |
| **05:15:16** 306:25 | **05:17:16** 309:3 | **05:19:21** 311:6 | **10:17:04** 4:2 | **10:18:43** 6:10 |
| **05:15:17** 307:2 | **05:17:17** 309:4 | **05:19:22** 311:7 | **10:17:05** 4:3 | **10:18:45** 6:11 |
| **05:15:18** 307:3 | **05:17:21** 309:5 | **05:19:23** 311:8 | **10:17:08** 4:4 | **10:18:47** 6:12 |
| **05:15:21** 307:4 | **05:17:23** 309:6 | **05:19:24** 311:9 | **10:17:11** 4:5 | **10:18:49** 6:13 |
| **05:15:24** 307:5 | **05:17:27** 309:7 | **05:19:25** 311:10 | **10:17:15** 4:6 | **10:18:52** 6:14 |
| **05:15:25** 307:6 | **05:17:30** 309:8 | **05:19:26** 311:11 | **10:17:17** 4:7 | **10:18:54** 6:15 |
| **05:15:26** 307:7,8 | **05:17:32** 309:9 | **05:19:27** 311:12 | **10:17:23** 4:8 | **10:18:56** 6:16 |
| **05:15:29** 307:9 | **05:17:35** 309:10 | **05:19:29** 311:13 | **10:17:25** 4:9 | **10:18:58** 6:17 |
| **05:15:31** 307:10 | **05:17:38** 309:11 | **05:19:32** 311:14 | **10:17:26** 4:10 | **10:19:00** 6:18 |
| **05:15:33** 307:11 | **05:17:40** 309:12,13 | **05:19:34** 311:15 | **10:17:27** 4:11 | **10:19:01** 6:19 |
| **05:15:36** 307:12 | **05:17:42** 309:14 | **05:19:36** 311:16 | **10:17:28** 4:12 | **10:19:03** 6:20 |
| **05:15:40** 307:13 | **05:17:45** 309:15 | **05:19:37** 311:17 | **10:17:29** 4:13 | **10:19:06** 6:21 |
| **05:15:43** 307:14 | **05:17:47** 309:16 | **05:19:38** 311:18 | **10:17:32** 4:14 | **10:19:10** 6:22 |
| **05:15:45** 307:15 | **05:17:55** 309:17 | **05:19:39** 311:19 | **10:17:34** 4:15 | **10:19:13** 6:23 |

| | | | | |
|---|---|---|---|---|
| **10:19:17** 6:24 | **10:21:09** 8:25 9:2 | **10:23:14** 11:7,8 | **10:25:31** 13:13 | **10:27:28** 15:17 |
| **10:19:21** 6:25 | **10:21:11** 9:3 | **10:23:15** 11:9 | **10:25:34** 13:14 | **10:27:31** 15:18,19 |
| **10:19:23** 7:2 | **10:21:14** 9:4 | **10:23:16** 11:10 | **10:25:35** 13:15 | 15:20 |
| **10:19:25** 7:3 | **10:21:17** 9:5 | **10:23:17** 11:11 | **10:25:40** 13:16 | **10:27:36** 15:21 |
| **10:19:26** 7:4 | **10:21:19** 9:6 | **10:23:20** 11:12 | **10:25:41** 13:17 | **10:27:44** 15:22 |
| **10:19:31** 7:5 | **10:21:21** 9:7 | **10:23:22** 11:13 | **10:25:42** 13:18 | **10:27:45** 15:23 |
| **10:19:33** 7:6 | **10:21:24** 9:8 | **10:23:23** 11:14 | **10:25:43** 13:19 | **10:27:50** 15:24 |
| **10:19:40** 7:7 | **10:21:28** 9:9 | **10:23:28** 11:15 | **10:25:45** 13:20,21 | **10:27:51** 15:25 |
| **10:19:44** 7:8 | **10:21:29** 9:10 | **10:23:29** 11:16 | **10:25:48** 13:22 | **10:27:53** 16:2 |
| **10:19:47** 7:9 | **10:21:31** 9:11 | **10:23:31** 11:17 | **10:25:51** 13:23 | **10:27:57** 16:3 |
| **10:19:50** 7:10 | **10:21:40** 9:12 | **10:23:33** 11:18 | **10:25:52** 13:24 | **10:27:59** 16:4 |
| **10:19:55** 7:11 | **10:21:44** 9:13 | **10:23:35** 11:19 | **10:25:56** 13:25 | **10:28:00** 16:5 |
| **10:19:58** 7:12 | **10:21:45** 9:14 | **10:23:37** 11:20 | 14:2 | **10:28:01** 16:6 |
| **10:19:59** 7:13 | **10:21:46** 9:15 | **10:23:39** 11:21,22 | **10:25:58** 14:3 | **10:28:02** 16:7 |
| **10:20:03** 7:14 | **10:21:55** 9:16 | **10:23:41** 11:23 | **10:25:59** 14:4 | **10:28:05** 16:8 |
| **10:20:04** 7:15 | **10:21:56** 9:17 | **10:23:42** 11:24 | **10:26:01** 14:5,6 | **10:28:11** 16:9 |
| **10:20:06** 7:16 | **10:21:58** 5:2 | **10:23:43** 12:2 | **10:26:03** 14:7 | **10:28:13** 16:10 |
| **10:20:07** 7:17 | **10:21:59** 9:18 | **10:23:48** 12:3 | **10:26:05** 14:8 | **10:28:17** 16:11 |
| **10:20:08** 7:18,19 | **10:22:00** 9:19 | **10:23:50** 12:4 | **10:26:07** 14:9,10 | **10:28:20** 16:12 |
| **10:20:12** 7:20 | **10:22:04** 9:20 | **10:23:51** 12:5 | **10:26:09** 14:11 | **10:28:24** 16:13 |
| **10:20:14** 7:21,22 | **10:22:09** 9:21 | **10:23:52** 12:6,7,8 | **10:26:11** 14:12,13 | **10:28:27** 16:14 |
| **10:20:15** 7:23 | **10:22:12** 9:22 | **10:23:54** 12:9 | **10:26:12** 14:14 | **10:28:31** 16:15 |
| **10:20:16** 7:24 | **10:22:14** 9:23,24 | **10:23:55** 12:10 | **10:26:23** 14:15 | **10:28:32** 16:16 |
| **10:20:17** 7:25 | **10:22:15** 9:25 10:2 | **10:24:03** 12:11 | **10:26:25** 14:16 | **10:28:33** 16:17 |
| **10:20:22** 8:2 | **10:22:16** 10:3 | **10:24:04** 12:12 | **10:26:26** 14:17 | **10:28:35** 16:18 |
| **10:20:23** 8:3 | **10:22:17** 10:4 | **10:24:05** 12:13 | **10:26:28** 14:18 | **10:28:38** 16:19 |
| **10:20:25** 8:4 | **10:22:19** 10:5 | **10:24:06** 12:14 | **10:26:30** 14:19 | **10:28:41** 16:20,21 |
| **10:20:26** 8:5 | **10:22:22** 10:6 | **10:24:13** 12:15,16 | **10:26:33** 14:20 | **10:28:45** 16:22 |
| **10:20:28** 8:6 | **10:22:24** 10:7 | **10:24:20** 12:17 | **10:26:38** 14:21 | **10:28:47** 16:23 |
| **10:20:30** 8:7 | **10:22:27** 10:8 | **10:24:21** 12:18 | **10:26:39** 14:22 | **10:28:50** 16:24 |
| **10:20:31** 8:8 | **10:22:31** 10:9,10 | **10:24:22** 12:19 | **10:26:40** 14:23 | **10:28:51** 16:25 |
| **10:20:32** 8:9 | **10:22:33** 10:11 | **10:24:23** 12:20 | **10:26:41** 14:24 | **10:28:53** 17:2 |
| **10:20:35** 8:10 | **10:22:34** 10:12,13 | **10:24:25** 12:21 | **10:26:56** 14:25 | **10:28:54** 17:3 |
| **10:20:36** 8:11 | **10:22:35** 10:14 | **10:24:28** 12:22 | **10:26:58** 15:2 | **10:28:56** 17:4 |
| **10:20:39** 8:12 | **10:22:36** 10:15 | **10:24:31** 12:23 | **10:26:59** 15:3 | **10:28:57** 17:5 |
| **10:20:40** 8:13 | **10:22:37** 10:16,17 | **10:24:33** 12:24,25 | **10:27:02** 15:4 | **10:29:00** 17:6 |
| **10:20:42** 8:14 | **10:22:38** 10:18,19 | **10:24:34** 13:2 | **10:27:04** 15:5 | **10:29:04** 17:7 |
| **10:20:44** 8:15 | **10:22:42** 10:20 | **10:24:36** 13:3 | **10:27:09** 15:6 | **10:29:09** 17:8,9 |
| **10:20:45** 8:16 | **10:22:45** 10:21 | **10:24:37** 13:4 | **10:27:13** 15:7 | **10:29:10** 17:10,11 |
| **10:20:46** 8:17 | **10:22:46** 10:22 | **10:24:39** 13:5 | **10:27:15** 15:8 | **10:29:11** 17:12 |
| **10:20:52** 8:18 | **10:22:54** 10:23 | **10:24:40** 13:6 | **10:27:16** 15:9 | **10:29:25** 17:13 |
| **10:20:53** 8:19 | **10:23:00** 10:24 | **10:24:41** 13:7 | **10:27:18** 15:10 | **10:29:29** 17:14 |
| **10:20:56** 8:20 | **10:23:04** 10:25 | **10:24:47** 13:8 | **10:27:19** 15:11 | **10:29:34** 17:15 |
| **10:20:59** 8:21 | 11:2 | **10:24:48** 13:9 | **10:27:21** 15:12,13 | **10:29:35** 17:16 |
| **10:21:01** 8:22 | **10:23:05** 11:3,4 | **10:25:05** 13:10 | **10:27:23** 15:14 | **10:29:36** 17:17 |
| **10:21:05** 8:23 | **10:23:10** 11:5 | **10:25:07** 13:11 | **10:27:24** 15:15 | **10:29:37** 17:18 |
| **10:21:06** 8:24 | **10:23:12** 11:6 | **10:25:29** 13:12 | **10:27:26** 15:16 | **10:29:39** 17:19 |

| | | | | |
|---|---|---|---|---|
| **10:29:40** 17:20 | **10:31:34** 19:23 | **10:33:32** 22:2 | **10:35:41** 24:8,9 | **10:38:32** 26:12 |
| **10:29:44** 17:21 | **10:31:35** 19:24 | **10:33:34** 22:3 | **10:35:42** 24:10 | **10:38:33** 26:13 |
| **10:29:46** 17:22 | **10:31:36** 19:25 | **10:33:35** 22:4 | **10:35:44** 24:11 | **10:38:38** 26:14 |
| **10:29:50** 17:23 | **10:31:38** 20:2 | **10:33:36** 22:5 | **10:35:47** 24:12 | **10:38:41** 26:15 |
| **10:29:52** 17:24 | **10:31:42** 20:3 | **10:33:37** 22:6 | **10:35:48** 24:13,14 | **10:38:42** 26:16,17 |
| **10:29:54** 17:25 | **10:31:43** 20:4 | **10:33:39** 22:7 | **10:35:49** 24:15 | **10:38:43** 26:18 |
| **10:29:56** 18:2 | **10:31:44** 20:5 | **10:33:42** 22:8 | **10:35:51** 24:16 | **10:38:44** 26:19 |
| **10:29:57** 18:3 | **10:31:45** 20:6 | **10:33:43** 22:9 | **10:35:53** 24:17 | **10:38:45** 26:20 |
| **10:29:58** 18:4 | **10:31:46** 20:7,8 | **10:33:44** 22:10 | **10:36:38** 24:18 | **10:38:47** 26:21 |
| **10:29:59** 18:5 | **10:31:47** 20:9 | **10:33:48** 22:11 | **10:36:41** 24:19 | **10:38:49** 26:22 |
| **10:30:01** 18:6 | **10:31:50** 20:10 | **10:33:50** 22:12 | **10:36:42** 24:20 | **10:38:50** 26:23 |
| **10:30:03** 18:7 | **10:31:53** 20:11 | **10:33:51** 22:13 | **10:36:43** 24:21 | **10:38:51** 26:24 |
| **10:30:05** 18:8,9 | **10:32:06** 20:12,13 | **10:33:52** 22:14 | **10:36:45** 24:22 | **10:38:53** 26:25 |
| **10:30:07** 18:10 | **10:32:07** 20:14,15 | **10:33:55** 22:15 | **10:36:46** 24:23 | **10:38:56** 27:2 |
| **10:30:09** 18:11 | 20:16 | **10:34:01** 22:16,17 | **10:36:47** 24:24,25 | **10:38:57** 27:3 |
| **10:30:12** 18:12 | **10:32:09** 20:17 | **10:34:05** 22:18 | **10:36:48** 25:2 | **10:38:58** 27:4,5 |
| **10:30:15** 18:13 | **10:32:10** 20:18 | **10:34:06** 22:19 | **10:37:05** 25:3 | **10:38:59** 27:6 |
| **10:30:18** 18:14,15 | **10:32:11** 20:19 | **10:34:26** 22:20 | **10:37:07** 25:4 | **10:39:01** 27:7 |
| 18:16 | **10:32:12** 20:20 | **10:34:29** 22:21 | **10:37:12** 25:5 | **10:39:03** 27:8 |
| **10:30:19** 18:17 | **10:32:14** 20:21 | **10:34:37** 22:22 | **10:37:23** 25:6 | **10:39:07** 27:9 |
| **10:30:20** 18:18 | **10:32:19** 20:22 | **10:34:38** 22:23 | **10:37:26** 25:7 | **10:39:10** 27:10 |
| **10:30:23** 18:19 | **10:32:23** 20:23 | **10:34:39** 22:24 | **10:37:29** 25:8 | **10:39:12** 27:11 |
| **10:30:26** 18:20 | **10:32:24** 20:24 | **10:34:48** 22:25 | **10:37:31** 25:9 | **10:39:13** 27:12 |
| **10:30:28** 18:21 | **10:32:25** 20:25 | **10:34:49** 23:2,3 | **10:37:33** 25:10 | **10:39:14** 27:13 |
| **10:30:32** 18:22 | **10:32:40** 21:2 | **10:34:51** 23:4 | **10:37:34** 25:11,12 | **10:39:16** 27:14 |
| **10:30:33** 18:23 | **10:32:41** 21:3 | **10:34:52** 23:5,6,7 | **10:37:35** 25:13 | **10:39:18** 27:15 |
| **10:30:34** 18:24 | **10:32:42** 21:4 | **10:34:54** 23:8 | **10:37:36** 25:14 | **10:39:19** 27:16 |
| **10:30:36** 18:25 | **10:32:43** 21:5 | **10:34:56** 23:9,10 | **10:37:38** 25:15 | **10:39:20** 27:17 |
| **10:30:37** 19:2 | **10:32:44** 21:6 | **10:35:00** 23:11 | **10:37:39** 25:16 | **10:39:21** 27:18,19 |
| **10:30:43** 19:3 | **10:32:47** 21:7 | **10:35:03** 23:12 | **10:37:40** 25:17 | **10:39:22** 27:20,21 |
| **10:30:46** 19:4 | **10:32:50** 21:8 | **10:35:04** 23:13 | **10:37:45** 25:18 | **10:39:23** 27:22 |
| **10:30:50** 19:5 | **10:32:53** 21:9 | **10:35:05** 23:14 | **10:37:47** 25:19 | **10:39:24** 27:23 |
| **10:30:54** 19:6 | **10:32:54** 21:10 | **10:35:13** 23:15 | **10:37:50** 25:20 | **10:39:26** 27:24 |
| **10:30:57** 19:7 | **10:32:57** 21:11 | **10:35:14** 23:16 | **10:37:52** 25:21 | **10:39:28** 27:25 |
| **10:31:00** 19:8 | **10:32:59** 21:12 | **10:35:16** 23:17 | **10:37:55** 25:22 | **10:39:30** 28:2 |
| **10:31:01** 19:9 | **10:33:03** 21:13 | **10:35:17** 23:18 | **10:37:58** 25:23 | **10:39:33** 28:3 |
| **10:31:02** 19:10,11 | **10:33:05** 21:14 | **10:35:18** 23:19 | **10:38:02** 25:24 | **10:39:37** 28:4 |
| **10:31:03** 19:12 | **10:33:06** 21:15 | **10:35:23** 23:20 | **10:38:09** 25:25 | **10:39:42** 28:5 |
| **10:31:05** 19:13 | **10:33:09** 21:16 | **10:35:27** 23:21,22 | **10:38:12** 26:2 | **10:39:43** 28:6 |
| **10:31:08** 19:14 | **10:33:10** 21:17 | **10:35:28** 23:23,24 | **10:38:14** 26:3 | **10:39:44** 28:7 |
| **10:31:10** 19:15,16 | **10:33:11** 21:18 | **10:35:29** 23:25 | **10:38:15** 26:4 | **10:39:45** 28:8 |
| **10:31:15** 19:17 | **10:33:18** 21:19,20 | **10:35:30** 24:2 | **10:38:16** 26:5 | **10:39:46** 28:9 |
| **10:31:17** 19:18 | **10:33:19** 21:21 | **10:35:31** 24:3 | **10:38:17** 26:6,7 | **10:39:48** 28:10 |
| **10:31:22** 19:19 | **10:33:20** 21:22 | **10:35:32** 24:4 | **10:38:18** 26:8 | **10:39:57** 28:11,12 |
| **10:31:25** 19:20 | **10:33:24** 21:23 | **10:35:35** 24:5 | **10:38:26** 26:9 | **10:39:58** 28:13,14 |
| **10:31:27** 19:21 | **10:33:27** 21:24 | **10:35:37** 24:6 | **10:38:28** 26:10 | **10:39:59** 28:15 |
| **10:31:28** 19:22 | **10:33:30** 21:25 | **10:35:40** 24:7 | **10:38:30** 26:11 | **10:40:00** 28:16 |

| | | | | |
|---|---|---|---|---|
| **10:40:01** 28:17 | **10:41:45** 30:21 | **10:44:04** 32:23 | **10:45:52** 35:2 | **10:54:32** 36:24 |
| **10:40:02** 28:18 | **10:41:47** 30:22,23 | **10:44:05** 32:24 | **10:45:57** 35:3 | **10:54:33** 36:25 |
| **10:40:05** 28:19 | **10:41:48** 30:24 | **10:44:09** 32:25 | **10:45:59** 35:4 | **10:54:34** 37:2,3 |
| **10:40:06** 28:20 | **10:41:49** 30:25 | **10:44:12** 33:2 | **10:46** 35:14 | **10:54:35** 37:4 |
| **10:40:08** 28:21 | **10:41:51** 31:2 | **10:44:14** 33:3 | **10:46:02** 35:5 | **10:54:38** 37:5 |
| **10:40:10** 28:22 | **10:41:52** 31:3 | **10:44:15** 33:4 | **10:46:03** 35:6 | **10:54:40** 37:6 |
| **10:40:11** 28:23 | **10:41:54** 31:4 | **10:44:25** 33:5 | **10:46:04** 35:7 | **10:54:42** 37:7 |
| **10:40:14** 28:24 | **10:41:56** 31:5 | **10:44:26** 33:6 | **10:46:07** 35:8 | **10:54:43** 37:8 |
| **10:40:16** 28:25 | **10:42:00** 31:6 | **10:44:27** 33:7 | **10:46:09** 35:9 | **10:54:45** 37:9,10 |
| **10:40:17** 29:2 | **10:42:36** 31:7 | **10:44:28** 33:8 | **10:46:13** 35:10 | **10:54:46** 37:11 |
| **10:40:18** 29:3,4 | **10:42:49** 31:8 | **10:44:31** 33:9 | **10:46:15** 35:11 | **10:54:58** 37:12 |
| **10:40:19** 29:5 | **10:42:51** 31:9 | **10:44:34** 33:10 | **10:46:29** 35:12 | **10:55:02** 37:13 |
| **10:40:29** 29:6 | **10:42:56** 31:10 | **10:44:37** 33:11 | **10:46:31** 35:13 | **10:55:04** 37:14 |
| **10:40:31** 29:7 | **10:42:58** 31:11 | **10:44:41** 33:12 | **10:46:33** 35:14 | **10:55:08** 37:15 |
| **10:40:33** 29:8 | **10:42:59** 31:12 | **10:44:45** 33:13 | **10:46:34** 35:15 | **10:55:09** 37:16 |
| **10:40:35** 29:9 | **10:43:01** 31:13 | **10:44:47** 33:14 | **10:46:43** 35:16 | **10:55:10** 37:17,18 |
| **10:40:38** 29:10 | **10:43:03** 31:14 | **10:44:49** 33:15,16 | **10:53** 35:18 | **10:55:11** 37:19 |
| **10:40:39** 29:11 | **10:43:04** 31:15 | **10:44:50** 33:17 | **10:53:16** 35:17 | **10:55:12** 37:20,21 |
| **10:40:40** 29:12 | **10:43:05** 31:16 | **10:44:51** 33:18 | **10:53:18** 35:18 | **10:55:13** 37:22 |
| **10:40:41** 29:13 | **10:43:06** 31:17 | **10:44:52** 33:19 | **10:53:20** 35:19 | **10:55:25** 37:23 |
| **10:40:42** 29:14 | **10:43:07** 31:18 | **10:44:53** 33:20 | **10:53:21** 35:20 | **10:55:26** 37:24 |
| **10:40:43** 29:15 | **10:43:08** 31:19 | **10:44:55** 33:21 | **10:53:24** 35:21 | **10:55:27** 37:25 |
| **10:40:46** 29:16 | **10:43:09** 31:20 | **10:44:56** 33:22 | **10:53:26** 35:22 | **10:55:30** 38:2 |
| **10:40:47** 29:17,18 | **10:43:12** 31:21,22 | **10:45:01** 33:23 | **10:53:28** 35:23 | **10:55:31** 38:3,4 |
| **10:40:54** 29:19 | **10:43:13** 31:23 | **10:45:04** 33:24 | **10:53:30** 35:24,25 | **10:55:33** 38:5 |
| **10:40:55** 29:20 | **10:43:14** 31:24 | **10:45:07** 34:3 | **10:53:31** 36:2 | **10:55:34** 38:6 |
| **10:40:58** 29:21,22 | **10:43:15** 31:25 | **10:45:08** 33:25 | **10:53:33** 36:3 | **10:55:36** 38:7 |
| **10:40:59** 29:23 | **10:43:17** 32:2 | 34:2,4 | **10:53:36** 36:4 | **10:55:37** 38:8 |
| **10:41:04** 29:24 | **10:43:19** 32:3 | **10:45:13** 34:5 | **10:53:37** 36:5 | **10:55:41** 38:9 |
| **10:41:05** 30:2,3 | **10:43:21** 32:4 | **10:45:16** 34:6 | **10:53:38** 36:6 | **10:55:42** 38:10 |
| **10:41:07** 30:4 | **10:43:22** 32:5 | **10:45:18** 34:7 | **10:53:41** 36:7 | **10:55:53** 38:11,12 |
| **10:41:09** 30:5 | **10:43:23** 32:6 | **10:45:21** 34:8 | **10:53:44** 36:8 | **10:55:54** 38:13 |
| **10:41:10** 30:6 | **10:43:27** 32:7 | **10:45:23** 34:9 | **10:53:45** 36:9 | **10:55:55** 38:14 |
| **10:41:12** 30:7 | **10:43:30** 32:8 | **10:45:25** 34:10 | **10:53:46** 36:10 | **10:55:58** 38:15 |
| **10:41:17** 30:8 | **10:43:31** 32:9 | **10:45:27** 34:11 | **10:53:47** 36:11 | **10:56:01** 38:16,17 |
| **10:41:18** 30:9 | **10:43:38** 32:10,11 | **10:45:29** 34:12 | **10:53:49** 36:12 | **10:56:03** 38:18 |
| **10:41:20** 30:10 | **10:43:40** 32:12 | **10:45:30** 34:13 | **10:53:50** 36:13 | **10:56:04** 38:19,20 |
| **10:41:24** 30:11 | **10:43:41** 32:13 | **10:45:32** 34:14 | **10:53:51** 36:14 | **10:56:06** 38:21 |
| **10:41:27** 30:12 | **10:43:44** 32:14 | **10:45:34** 34:15 | **10:53:52** 36:15 | **10:56:14** 38:22,23 |
| **10:41:30** 30:13 | **10:43:47** 32:15 | **10:45:35** 34:16 | **10:53:53** 36:16 | **10:56:17** 38:24 |
| **10:41:31** 30:14 | **10:43:50** 32:16 | **10:45:38** 34:17,18 | **10:54:05** 36:17 | **10:56:18** 39:2 |
| **10:41:32** 30:15 | **10:43:52** 32:17 | **10:45:40** 34:19 | **10:54:08** 36:18 | **10:56:19** 39:3 |
| **10:41:34** 30:16 | **10:43:53** 32:18 | **10:45:43** 34:20,21 | **10:54:10** 36:19 | **10:56:21** 39:4 |
| **10:41:35** 30:17 | **10:43:54** 32:19 | **10:45:45** 34:22 | **10:54:22** 36:20 | **10:56:27** 39:5 |
| **10:41:36** 30:18 | **10:43:56** 32:20 | **10:45:46** 34:23 | **10:54:24** 36:21 | **10:56:28** 39:6 |
| **10:41:39** 30:19 | **10:43:58** 32:21 | **10:45:47** 34:24 | **10:54:26** 36:22 | **10:56:32** 39:7 |
| **10:41:43** 30:20 | **10:44:01** 32:22 | **10:45:48** 34:25 | **10:54:29** 36:23 | **10:56:35** 39:8 |

| | | | | |
|---|---|---|---|---|
| **10:56:38** 39:9,10 | **10:58:56** 41:14,15 | **11:00:25** 43:12 | **11:02:22** 45:16 | **11:05:18** 47:19 |
| **10:56:39** 39:11 | **10:58:58** 41:16 | **11:00:29** 43:13 | **11:02:24** 45:17 | **11:05:21** 47:20,21 |
| **10:56:40** 39:12 | **10:59:00** 41:17,18 | **11:00:30** 43:14 | **11:02:34** 45:18 | **11:05:23** 47:22 |
| **10:56:41** 39:13 | **10:59:01** 41:19 | **11:00:32** 43:15 | **11:02:35** 45:19 | **11:05:26** 47:23,24 |
| **10:56:43** 39:14 | **10:59:03** 41:20 | **11:00:33** 43:16 | **11:02:37** 45:20 | **11:05:27** 47:25 |
| **10:56:44** 39:15 | **10:59:05** 41:21 | **11:00:34** 43:17 | **11:02:39** 45:21 | **11:05:30** 48:2 |
| **10:56:46** 39:16 | **10:59:06** 41:22 | **11:00:35** 43:18 | **11:02:47** 45:22,23 | **11:05:32** 48:3 |
| **10:56:48** 39:17 | **10:59:08** 41:23 | **11:00:38** 43:19 | **11:02:51** 45:24 | **11:05:35** 48:4,5 |
| **10:56:49** 39:18 | **10:59:09** 41:24 | **11:00:46** 43:20 | **11:02:53** 45:25 | **11:05:55** 48:6 |
| **10:56:50** 39:19 | **10:59:10** 42:2 | **11:00:47** 43:21 | 46:2 | **11:05:56** 48:7 |
| **10:56:51** 39:20 | **10:59:11** 42:3 | **11:00:48** 43:22 | **11:03:14** 46:3 | **11:05:57** 48:8,9 |
| **10:57:00** 39:21 | **10:59:14** 42:4,5 | **11:00:49** 43:23,24 | **11:03:16** 46:4 | **11:05:58** 48:10 |
| **10:57:06** 39:22 | **10:59:16** 42:6 | 43:25 | **11:03:18** 46:5 | **11:05:59** 48:11,12 |
| **10:57:09** 39:23 | **10:59:19** 42:7,8 | **11:00:50** 44:2,3 | **11:03:19** 46:6 | **11:06:00** 48:13 |
| **10:57:14** 39:24 | **10:59:27** 42:9 | **11:00:53** 44:4 | **11:03:26** 46:7 | **11:06:02** 48:14 |
| **10:57:16** 39:25 | **10:59:32** 42:10,11 | **11:00:54** 44:5 | **11:03:27** 46:8 | **11:06:05** 48:15 |
| **10:57:17** 40:2 | **10:59:33** 42:12 | **11:00:55** 44:6 | **11:03:29** 46:9 | **11:06:06** 48:16 |
| **10:57:19** 40:3 | **10:59:34** 42:13 | **11:00:57** 44:7 | **11:04:00** 46:10 | **11:06:08** 48:17 |
| **10:57:20** 40:4 | **10:59:40** 42:14 | **11:01:00** 44:8,9 | **11:04:06** 46:11 | **11:06:09** 48:18 |
| **10:57:24** 40:5,6 | **10:59:46** 42:15 | **11:01:16** 44:10,11 | **11:04:08** 46:12 | **11:06:10** 48:19 |
| **10:57:25** 40:7 | **10:59:52** 42:16 | **11:01:17** 44:12 | **11:04:12** 46:13 | **11:06:14** 48:20 |
| **10:57:26** 40:8 | **10:59:53** 42:17 | **11:01:18** 44:13 | **11:04:13** 46:14 | **11:06:16** 48:21 |
| **10:57:28** 40:9,10 | **10:59:54** 42:18 | **11:01:20** 44:14 | **11:04:16** 46:15 | **11:06:18** 48:22 |
| **10:57:29** 40:11 | **10:59:57** 42:19 | **11:01:22** 44:15 | **11:04:18** 46:16 | **11:06:19** 48:23 |
| **10:57:31** 40:12,13 | **10:59:59** 42:20 | **11:01:28** 44:16 | **11:04:27** 46:17 | **11:06:20** 48:24 |
| **10:57:32** 40:14 | **100** 209:5,7 243:13 | **11:01:35** 44:17 | **11:04:34** 46:18 | **11:06:21** 48:25 |
| **10:57:34** 40:15,16 | 243:18 | **11:01:37** 44:18 | **11:04:37** 46:19 | **11:06:22** 49:2 |
| **10:57:35** 40:17,18 | **1000** 264:23 | **11:01:40** 44:19 | **11:04:39** 46:20 | **11:06:24** 49:3 |
| **10:57:36** 40:19 | **10017** 2:11 | **11:01:43** 44:20 | **11:04:42** 46:21 | **11:06:25** 49:4,5 |
| **10:57:38** 40:20 | **10174** 2:16 | **11:01:44** 44:21 | **11:04:44** 46:22,23 | **11:06:27** 49:6 |
| **10:57:42** 40:21 | **102** 247:24 | **11:01:45** 44:22 | **11:04:46** 46:24 | **11:06:29** 49:7 |
| **10:57:52** 40:22 | **11** 231:9 232:19,22 | **11:01:47** 44:23 | **11:04:47** 46:25 | **11:06:31** 49:8 |
| **10:57:53** 40:23 | 314:8 | **11:01:48** 44:24 | **11:04:48** 47:2 | **11:06:33** 49:9,10 |
| **10:57:56** 40:24 | **11:00:00** 42:21 | **11:01:52** 44:25 | **11:04:50** 47:3 | **11:06:34** 49:11 |
| **10:58:04** 40:25 | **11:00:01** 42:22 | **11:01:53** 45:2 | **11:04:51** 47:4 | **11:06:37** 49:12 |
| 41:2 | **11:00:03** 42:23 | **11:01:55** 45:3 | **11:04:52** 47:5 | **11:06:39** 49:13 |
| **10:58:09** 41:3 | **11:00:05** 42:24 | **11:01:57** 45:4 | **11:04:54** 47:6 | **11:06:43** 49:14 |
| **10:58:13** 41:4 | **11:00:08** 42:25 | **11:02:00** 45:5 | **11:04:55** 47:7,8 | **11:06:45** 49:15 |
| **10:58:14** 41:5 | **11:00:09** 43:2 | **11:02:02** 45:6,7 | **11:04:57** 47:9 | **11:06:46** 49:16 |
| **10:58:20** 41:6 | **11:00:10** 43:3 | **11:02:05** 45:8 | **11:05:03** 47:10 | **11:06:48** 49:17 |
| **10:58:22** 41:7 | **11:00:12** 43:4 | **11:02:07** 45:9 | **11:05:04** 47:11 | **11:06:50** 49:18 |
| **10:58:45** 41:8 | **11:00:14** 43:5 | **11:02:08** 45:10 | **11:05:07** 47:12 | **11:06:53** 49:19 |
| **10:58:47** 41:9 | **11:00:15** 43:6,7 | **11:02:09** 45:11 | **11:05:08** 47:13 | **11:06:57** 49:20,21 |
| **10:58:49** 41:10 | **11:00:17** 43:8 | **11:02:12** 45:12 | **11:05:11** 47:14 | **11:07:02** 49:22,23 |
| **10:58:50** 41:11 | **11:00:18** 43:9 | **11:02:13** 45:13 | **11:05:13** 47:15,16 | **11:07:11** 49:24 |
| **10:58:52** 41:12 | **11:00:21** 43:10 | **11:02:16** 45:14 | **11:05:15** 47:17 | **11:07:13** 49:25 |
| **10:58:53** 41:13 | **11:00:23** 43:11 | **11:02:19** 45:15 | **11:05:17** 47:18 | **11:07:15** 50:2 |

| | | | | |
|---|---|---|---|---|
| **11:07:17** 50:3 | **11:10:28** 52:6 | **11:12:50** 54:8 | **11:16:09** 56:11 | **11:19:23** 58:19 |
| **11:07:18** 50:4 | **11:10:33** 52:7 | **11:12:56** 54:9 | **11:16:18** 56:12 | **11:19:28** 58:20 |
| **11:07:19** 50:5 | **11:10:44** 52:8 | **11:13:14** 54:10 | **11:16:20** 56:13 | **11:19:32** 58:21 |
| **11:07:21** 50:6 | **11:10:45** 52:9 | **11:13:16** 54:11,12 | **11:16:30** 56:14,15 | **11:19:33** 58:22 |
| **11:07:23** 50:7 | **11:10:49** 52:10 | **11:13:17** 54:13 | **11:16:31** 56:16 | **11:19:39** 58:23 |
| **11:07:28** 50:8 | **11:10:52** 52:11 | **11:13:18** 54:14 | **11:16:32** 56:17 | **11:19:43** 58:24 |
| **11:07:31** 50:9 | **11:10:55** 52:12 | **11:13:19** 54:15 | **11:16:33** 56:18 | **11:19:45** 58:25 |
| **11:07:32** 50:10 | **11:10:56** 52:13 | **11:13:20** 54:16 | **11:16:34** 56:19 | **11:19:47** 59:2 |
| **11:07:34** 50:11 | **11:11:00** 52:14 | **11:13:24** 54:17 | **11:16:35** 56:20 | **11:19:49** 59:3,4 |
| **11:07:37** 50:12 | **11:11:02** 52:15 | **11:13:26** 54:18 | **11:16:37** 56:21 | **11:19:57** 59:5 |
| **11:07:45** 50:13 | **11:11:04** 52:16 | **11:13:28** 54:19 | **11:16:38** 56:22 | **11:19:58** 59:6,7 |
| **11:07:47** 50:14 | **11:11:07** 52:17 | **11:13:30** 54:20 | **11:16:39** 56:23 | **11:20:00** 59:8 |
| **11:07:48** 50:15 | **11:11:08** 52:18 | **11:13:36** 54:21 | **11:16:43** 56:24 | **11:20:01** 59:9 |
| **11:07:49** 50:16 | **11:11:11** 52:19,20 | **11:13:39** 54:22 | **11:16:48** 56:25 | **11:20:02** 59:10 |
| **11:07:52** 50:17 | **11:11:14** 52:21 | **11:13:45** 54:23 | **11:16:50** 57:2 | **11:20:04** 59:11 |
| **11:07:54** 50:18 | **11:11:15** 52:22 | **11:13:48** 54:24 | **11:16:51** 57:3,4 | **11:20:06** 59:12 |
| **11:07:55** 50:19 | **11:11:16** 52:23 | **11:13:49** 54:25 | **11:16:53** 57:5,6 | **11:20:11** 59:13 |
| **11:08:00** 50:20 | **11:11:18** 52:24 | **11:13:51** 55:2,3 | **11:16:55** 57:7 | **11:20:16** 59:14 |
| **11:08:01** 50:21 | **11:11:19** 52:25 | **11:13:54** 55:4 | **11:17:00** 57:8 | **11:20:17** 59:15 |
| **11:08:02** 50:22 | **11:11:21** 53:2 | **11:13:57** 55:5 | **11:17:03** 57:9 | **11:20:19** 59:16 |
| **11:08:03** 50:23,24 | **11:11:22** 53:3 | **11:13:58** 55:6 | **11:17:08** 57:10,11 | **11:20:20** 59:17 |
| **11:08:04** 50:25 | **11:11:23** 53:4 | **11:14:01** 55:7 | **11:17:09** 57:12 | **11:20:24** 59:18 |
| **11:08:06** 51:2,3 | **11:11:31** 53:5 | **11:14:03** 55:8,9 | **11:17:10** 57:13 | **11:20:25** 59:19 |
| **11:08:07** 51:4 | **11:11:41** 53:6 | **11:14:07** 55:10 | **11:17:11** 57:14 | **11:20:27** 59:20 |
| **11:08:08** 51:5 | **11:11:43** 53:7 | **11:14:12** 55:11 | **11:17:32** 57:15 | **11:20:28** 59:21 |
| **11:08:11** 51:6 | **11:11:44** 53:8 | **11:14:15** 55:12 | **11:17:33** 57:16 | **11:20:29** 59:22 |
| **11:08:13** 51:7 | **11:11:46** 53:9 | **11:14:19** 55:13 | **11:17:39** 57:17 | **11:20:36** 59:23 |
| **11:08:14** 51:8 | **11:11:47** 53:10 | **11:14:20** 55:14 | **11:17:40** 57:18 | **11:20:37** 59:24,25 |
| **11:08:17** 51:9 | **11:11:48** 53:11 | **11:14:31** 55:15 | **11:17:42** 57:19 | 60:2,3 |
| **11:08:20** 51:10 | **11:11:49** 53:12,13 | **11:14:33** 55:16 | **11:17:43** 57:20 | **11:20:38** 60:4 |
| **11:08:23** 51:11 | **11:11:51** 53:14 | **11:14:48** 55:17 | **11:17:46** 57:21 | **11:20:40** 60:5 |
| **11:08:25** 51:12 | **11:11:52** 53:15 | **11:14:57** 55:18 | **11:17:47** 57:22 | **11:20:47** 60:6 |
| **11:08:29** 51:13,14 | **11:12:13** 53:16 | **11:14:59** 55:19 | **11:17:49** 57:23 | **11:20:49** 60:7 |
| 51:15 | **11:12:16** 53:17 | **11:15:01** 55:20 | **11:17:50** 57:24,25 | **11:20:50** 60:8 |
| **11:09:17** 51:16 | **11:12:17** 53:18 | **11:15:04** 55:21 | **11:17:51** 58:2 | **11:20:52** 60:9 |
| **11:09:21** 51:17 | **11:12:20** 53:19 | **11:15:08** 55:22 | **11:17:56** 58:3 | **11:20:53** 60:10 |
| **11:09:43** 51:18 | **11:12:23** 53:20 | **11:15:10** 55:23 | **11:17:59** 58:4 | **11:20:54** 60:11,12 |
| **11:09:47** 51:19 | **11:12:24** 53:21 | **11:15:13** 55:24 | **11:18:02** 58:5,6 | **11:20:55** 60:13 |
| **11:09:48** 51:20 | **11:12:32** 53:22 | **11:15:18** 55:25 | **11:18:31** 58:7 | **11:21:10** 60:14 |
| **11:09:50** 51:21 | **11:12:36** 53:23 | **11:15:34** 56:2 | **11:18:32** 58:8 | **11:21:15** 60:15 |
| **11:10:03** 51:22 | **11:12:37** 53:24 | **11:15:37** 56:3 | **11:18:37** 58:9 | **11:21:18** 60:16 |
| **11:10:06** 51:23 | **11:12:38** 53:25 | **11:15:38** 56:4 | **11:18:38** 58:10,11 | **11:21:21** 60:17 |
| **11:10:11** 51:24 | 54:2 | **11:15:43** 56:5 | **11:18:39** 58:12,13 | **11:21:24** 60:18 |
| **11:10:14** 51:25 | **11:12:39** 54:3 | **11:15:50** 56:6 | **11:18:40** 58:14,15 | **11:21:26** 60:19 |
| **11:10:21** 52:2,3 | **11:12:43** 54:4,5 | **11:15:59** 56:7 | **11:18:41** 58:16 | **11:21:27** 60:20 |
| **11:10:24** 52:4 | **11:12:44** 54:6 | **11:16:03** 56:8,9 | **11:19:01** 58:17 | **11:21:28** 60:21 |
| **11:10:26** 52:5 | **11:12:46** 54:7 | **11:16:07** 56:10 | **11:19:19** 58:18 | **11:21:30** 60:22 |

| | | | | |
|---|---|---|---|---|
| **11:21:32** 60:23 | **11:24:39** 63:3 | **11:26:23** 65:6 | **11:28:46** 67:13 | **11:31:22** 69:20 |
| **11:21:34** 60:24 | **11:24:47** 63:4,5 | **11:26:25** 65:7,8 | **11:28:47** 67:14,15 | **11:31:29** 69:21 |
| **11:21:38** 60:25 | **11:24:49** 63:6 | **11:26:27** 65:9 | **11:28:50** 67:16,17 | **11:31:30** 69:22 |
| **11:21:39** 61:2 | **11:24:51** 63:7 | **11:26:28** 65:10 | **11:28:53** 67:18 | **11:31:31** 69:23 |
| **11:21:40** 61:3,4,5,6 | **11:25:00** 63:8 | **11:26:31** 65:11 | **11:28:54** 67:19 | **11:31:32** 69:24 |
| **11:21:41** 61:7 | **11:25:02** 63:9 | **11:26:35** 65:12 | **11:28:55** 67:20 | **11:31:34** 69:25 |
| **11:21:52** 61:9 | **11:25:04** 63:10 | **11:26:36** 65:13 | **11:28:59** 67:21 | **11:31:35** 70:2 |
| **11:22:12** 61:10 | **11:25:08** 63:11 | **11:26:47** 65:14 | **11:29:01** 67:22 | **11:31:36** 70:3 |
| **11:22:14** 61:11 | **11:25:10** 63:12 | **11:26:49** 65:15 | **11:29:03** 67:23 | **11:31:38** 70:4 |
| **11:22:17** 61:12 | **11:25:12** 63:13 | **11:26:50** 65:16 | **11:29:04** 67:24 | **11:31:39** 70:5 |
| **11:22:19** 61:13 | **11:25:13** 63:14 | **11:26:52** 65:17 | **11:29:20** 67:25 | **11:31:40** 70:6 |
| **11:22:23** 61:14 | **11:25:14** 63:15,16 | **11:26:55** 65:18 | **11:29:24** 68:2 | **11:31:42** 70:7 |
| **11:22:27** 61:15 | **11:25:15** 63:17 | **11:26:59** 65:19 | **11:29:25** 68:3 | **11:31:43** 70:8 |
| **11:22:33** 61:16 | **11:25:17** 63:18 | **11:27:01** 65:20 | **11:29:27** 68:4 | **11:31:45** 70:9 |
| **11:22:36** 61:17 | **11:25:18** 63:19 | **11:27:02** 65:21 | **11:29:28** 68:5 | **11:31:47** 70:10 |
| **11:22:39** 61:18 | **11:25:21** 63:20,21 | **11:27:03** 65:22 | **11:29:29** 68:6 | **11:31:48** 70:11 |
| **11:22:42** 61:19 | **11:25:24** 63:22,23 | **11:27:04** 65:23 | **11:29:30** 68:7 | **11:31:49** 70:12 |
| **11:22:43** 61:20 | **11:25:25** 63:24 | **11:27:06** 65:24 | **11:29:32** 68:8,9 | **11:31:50** 70:13 |
| **11:22:45** 61:21 | **11:25:26** 63:25 | **11:27:07** 65:25 | **11:29:33** 68:10 | **11:31:54** 70:14 |
| **11:22:46** 61:22 | 64:2 | **11:27:09** 66:2 | **11:29:36** 68:11,12 | **11:31:56** 70:15 |
| **11:22:47** 61:23 | **11:25:28** 64:3 | **11:27:11** 66:3 | 68:13 | **11:32:08** 70:16 |
| **11:22:51** 61:24 | **11:25:29** 64:4 | **11:27:12** 66:4 | **11:29:41** 68:14 | **11:32:20** 70:17 |
| **11:22:54** 61:25 | **11:25:30** 64:5 | **11:27:13** 66:5 | **11:29:42** 68:15,16 | **11:32:21** 70:18 |
| 62:2,3 | **11:25:34** 64:6 | **11:27:15** 66:6 | 68:17 | **11:32:25** 70:19 |
| **11:22:58** 62:4 | **11:25:35** 64:7 | **11:27:16** 66:7 | **11:29:45** 68:18 | **11:32:27** 70:20 |
| **11:23:21** 62:5 | **11:25:36** 64:8 | **11:27:21** 66:8 | **11:29:56** 68:19 | **11:32:30** 70:21 |
| **11:23:29** 62:6 | **11:25:38** 64:9 | **11:27:26** 66:9 | **11:30:01** 68:20 | **11:32:31** 70:22 |
| **11:23:31** 62:7 | **11:25:40** 64:10 | **11:27:27** 66:10 | **11:30:04** 68:21 | **11:32:32** 70:23 |
| **11:23:36** 62:8 | **11:25:42** 64:11 | **11:27:29** 66:11,12 | **11:30:05** 68:22 | **11:32:36** 70:24 |
| **11:23:37** 62:9 | **11:25:44** 64:12 | **11:27:31** 66:13 | **11:30:08** 68:23 | **11:32:37** 71:2 |
| **11:23:38** 62:10 | **11:25:45** 64:13 | **11:27:32** 66:14 | **11:30:09** 68:24 | **11:32:55** 71:3 |
| **11:23:41** 62:11 | **11:25:46** 64:14 | **11:27:41** 66:15,16 | **11:30:12** 68:25 | **11:32:57** 71:4 |
| **11:23:46** 62:12 | **11:25:48** 64:15 | **11:27:45** 66:17 | **11:30:15** 69:2 | **11:33:01** 71:5 |
| **11:23:47** 62:13 | **11:25:50** 64:16 | **11:27:47** 66:18 | **11:30:21** 69:3 | **11:33:02** 71:6 |
| **11:23:49** 62:14 | **11:25:51** 64:17 | **11:28:17** 66:19 | **11:31:01** 69:4 | **11:33:03** 71:7 |
| **11:23:55** 62:15 | **11:25:53** 64:18 | **11:28:19** 66:20 | **11:31:06** 69:5,6 | **11:33:04** 71:8 |
| **11:23:56** 62:16 | **11:25:55** 64:19 | **11:28:27** 66:21 | **11:31:08** 69:7 | **11:33:07** 71:9 |
| **11:23:59** 62:17,18 | **11:25:57** 64:20 | **11:28:28** 66:22,23 | **11:31:09** 69:8 | **11:33:09** 71:10 |
| **11:24:02** 62:19 | **11:25:58** 64:21 | **11:28:29** 66:24 | **11:31:10** 69:9 | **11:33:13** 71:11 |
| **11:24:07** 62:20 | **11:26:01** 64:22 | 67:2,3 | **11:31:12** 69:10 | **11:33:16** 71:12 |
| **11:24:10** 62:21 | **11:26:03** 64:23 | **11:28:30** 67:4 | **11:31:13** 69:11,12 | **11:33:17** 71:13,14 |
| **11:24:15** 62:22 | **11:26:10** 64:24 | **11:28:33** 67:5,6 | **11:31:15** 69:13 | **11:33:18** 71:15 |
| **11:24:18** 62:23 | **11:26:12** 64:25 | **11:28:36** 67:7 | **11:31:16** 69:14 | **11:33:21** 71:16 |
| **11:24:22** 62:24 | **11:26:14** 65:2 | **11:28:37** 67:8,9 | **11:31:18** 69:15,16 | **11:33:23** 71:17 |
| **11:24:28** 62:25 | **11:26:16** 65:3 | **11:28:39** 67:10 | 69:17 | **11:33:25** 71:18 |
| **11:24:31** 63:2 | **11:26:19** 65:4 | **11:28:42** 67:11 | **11:31:19** 69:18 | **11:33:26** 71:19 |
| | **11:26:21** 65:5 | **11:28:44** 67:12 | **11:31:21** 69:19 | **11:33:27** 71:20 |

| | | | | |
|---|---|---|---|---|
| **11:33:28** 71:21 | **11:35:35** 73:23 | **11:37:15** 76:4 | **11:50:25** 78:3 | **11:52:26** 80:9 |
| **11:33:32** 71:22 | **11:35:37** 73:24 | **11:37:20** 76:5 | **11:50:35** 78:4 | **11:52:28** 80:10 |
| **11:33:34** 71:23 | **11:35:41** 73:25 | **11:37:21** 76:6 | **11:50:37** 78:5 | **11:52:30** 80:11 |
| **11:33:36** 71:24 | **11:35:43** 74:2 | **11:37:23** 76:7 | **11:50:46** 78:6 | **11:52:33** 80:12 |
| **11:33:37** 71:25 | **11:35:46** 74:3 | **11:37:25** 76:8 | **11:50:50** 78:7 | **11:52:38** 80:13 |
| **11:33:40** 72:2 | **11:35:47** 74:4 | **11:37:26** 76:9 | **11:50:52** 78:8 | **11:52:41** 80:14 |
| **11:33:42** 72:3 | **11:35:49** 74:5 | **11:37:28** 76:10 | **11:50:54** 78:9 | **11:52:42** 80:15 |
| **11:33:49** 72:4 | **11:35:53** 74:6 | **11:37:30** 76:11 | **11:50:57** 78:10 | **11:52:43** 80:16 |
| **11:33:56** 72:5 | **11:35:54** 74:7 | **11:37:34** 76:12 | **11:50:58** 78:11 | **11:52:47** 80:17 |
| **11:34:00** 72:6 | **11:35:55** 74:8 | **11:37:35** 76:13 | **11:51:04** 78:12 | **11:52:48** 80:18 |
| **11:34:06** 72:7 | **11:35:58** 74:9 | **11:37:36** 76:14 | **11:51:07** 78:13 | **11:52:50** 80:19 |
| **11:34:08** 72:8 | **11:36:00** 74:10 | **11:37:37** 76:15 | **11:51:10** 78:14,15 | **11:52:51** 80:20 |
| **11:34:09** 72:9 | **11:36:01** 74:11 | **11:37:39** 76:16 | **11:51:11** 78:16,17 | **11:52:52** 80:21 |
| **11:34:12** 72:10 | **11:36:03** 74:12 | **11:37:53** 76:17 | **11:51:14** 78:18 | **11:52:53** 80:22,23 |
| **11:34:15** 72:11 | **11:36:05** 74:13 | **11:37:54** 76:18 | **11:51:15** 78:19 | **11:52:54** 80:24,25 |
| **11:34:21** 72:12 | **11:36:06** 74:14 | **11:38:01** 76:19 | **11:51:17** 78:20 | **11:52:56** 81:2 |
| **11:34:23** 72:13 | **11:36:14** 74:15 | **11:38:02** 76:20 | **11:51:20** 78:21 | **11:52:59** 81:3 |
| **11:34:26** 72:14 | **11:36:15** 74:16,17 | **11:38:04** 76:21 | **11:51:22** 78:22 | **11:53:00** 81:4 |
| **11:34:30** 72:15 | 74:18 | **11:38:09** 76:22 | **11:51:24** 78:23 | **11:53:02** 81:5 |
| **11:34:33** 72:16 | **11:36:16** 74:19,20 | **11:38:11** 76:23 | **11:51:28** 78:24 | **11:53:03** 81:6 |
| **11:34:35** 72:17 | **11:36:18** 74:21 | **11:38:17** 76:24 | **11:51:31** 78:25 | **11:53:05** 81:7 |
| **11:34:36** 72:18 | **11:36:19** 74:22 | **11:38:23** 76:25 | **11:51:32** 79:2 | **11:53:06** 81:8 |
| **11:34:39** 72:19 | **11:36:20** 74:23 | **11:38:25** 77:2 | **11:51:37** 79:3,4 | **11:53:08** 81:9 |
| **11:34:40** 72:20,21 | **11:36:23** 74:24,25 | **11:38:27** 77:3 | **11:51:38** 79:5 | **11:53:10** 81:10 |
| **11:34:45** 72:22 | **11:36:24** 75:2 | **11:38:28** 77:4 | **11:51:39** 79:6 | **11:53:12** 81:11 |
| **11:34:47** 72:23 | **11:36:25** 75:3 | **11:38:31** 77:5,6 | **11:51:41** 79:7 | **11:53:13** 81:12 |
| **11:34:48** 72:24 | **11:36:27** 75:4 | **11:38:34** 77:7 | **11:51:43** 79:8 | **11:53:15** 81:13 |
| **11:34:51** 72:25 | **11:36:28** 75:5 | **11:38:39** 77:8 | **11:51:46** 79:9 | **11:53:17** 81:14 |
| **11:34:53** 73:2 | **11:36:29** 75:6 | **11:38:41** 77:9 | **11:51:48** 79:10,11 | **11:53:18** 81:15 |
| **11:34:55** 73:3 | **11:36:30** 75:7 | **11:38:42** 77:10 | **11:51:51** 79:12,13 | **11:53:19** 81:16,17 |
| **11:34:56** 73:4 | **11:36:32** 75:8 | **11:38:43** 77:11 | **11:51:52** 79:14 | **11:53:23** 81:18 |
| **11:34:58** 73:5 | **11:36:34** 75:9 | **11:38:47** 77:12 | **11:51:55** 79:15 | **11:53:29** 81:19 |
| **11:34:59** 73:6 | **11:36:36** 75:10,11 | **11:38:50** 77:13 | **11:51:59** 79:16 | **11:53:31** 81:20 |
| **11:35:01** 73:7 | **11:36:38** 75:12 | **11:38:51** 77:14 | **11:52:00** 79:17 | **11:53:38** 81:21,22 |
| **11:35:02** 73:8 | **11:36:44** 75:13 | **11:38:55** 77:15 | **11:52:01** 79:18 | 81:23 |
| **11:35:03** 73:9 | **11:36:46** 75:14 | **11:38:57** 77:16 | **11:52:02** 79:19 | **11:53:41** 81:24 |
| **11:35:05** 73:10,11 | **11:36:48** 75:15 | **11:38:58** 77:17 | **11:52:04** 79:20 | **11:53:42** 81:25 |
| **11:35:07** 73:12,13 | **11:36:50** 75:16 | **11:39** 77:19 | **11:52:06** 79:21 | **11:53:49** 82:2 |
| **11:35:10** 73:14 | **11:36:51** 75:17 | **11:39:01** 77:18 | **11:52:08** 79:22 | **11:53:52** 82:3,4 |
| **11:35:11** 73:15 | **11:36:52** 75:18,19 | **11:39:02** 77:19 | **11:52:11** 79:23 | **11:53:54** 82:5 |
| **11:35:13** 73:16 | **11:36:53** 75:20 | **11:39:07** 77:20 | **11:52:12** 79:24,25 | **11:54:08** 82:6 |
| **11:35:17** 73:17 | **11:36:54** 75:21 | **11:49** 77:22 | **11:52:14** 80:2 | **11:54:21** 82:7 |
| **11:35:21** 73:18 | **11:37:02** 75:22 | **11:49:35** 77:21 | **11:52:15** 80:3 | **11:54:23** 82:8 |
| **11:35:23** 73:19 | **11:37:03** 75:23 | **11:49:36** 77:22 | **11:52:16** 80:4,5 | **11:54:25** 82:9 |
| **11:35:25** 73:20 | **11:37:06** 75:24 | **11:49:38** 77:23,24 | **11:52:17** 80:6 | **11:54:26** 82:10 |
| **11:35:28** 73:21 | **11:37:07** 76:2 | **11:50:04** 77:25 | **11:52:18** 80:7 | **11:54:34** 82:11 |
| **11:35:34** 73:22 | **11:37:08** 76:3 | **11:50:07** 78:2 | **11:52:19** 80:8 | **11:54:36** 82:12 |

| | | | | |
|---|---|---|---|---|
| **11:54:39** 82:13,14 | **11:58:36** 84:20,21 | **12:00:40** 86:13,14 | **12:04:15** 88:19 | **12:06:10** 91:3 |
| **11:54:41** 82:15,16 | **11:58:37** 84:22 | **12:00:46** 86:15 | **12:04:17** 88:20 | **12:06:11** 91:4 |
| **11:54:43** 82:17 | **11:58:40** 84:23 | **12:00:49** 86:16 | **12:04:19** 88:21 | **12:06:16** 91:5 |
| **11:54:46** 82:18 | **11:58:42** 84:24,25 | **12:00:52** 86:17 | **12:04:20** 88:22 | **12:06:19** 91:6 |
| **11:55:52** 82:19 | **11:58:45** 85:2,3 | **12:00:54** 86:18 | **12:04:22** 88:23 | **12:06:24** 91:7 |
| **11:55:55** 82:20 | **11:58:46** 85:4 | **12:00:55** 86:19,20 | **12:04:29** 88:24 | **12:06:26** 91:8 |
| **11:56:00** 82:21 | **11:58:47** 85:5 | **12:00:57** 86:21,22 | **12:04:30** 88:25 | **12:06:27** 91:9 |
| **11:56:05** 82:22 | **11:58:48** 85:6 | **12:00:58** 86:23 | 89:2 | **12:06:30** 91:10 |
| **11:56:09** 82:23 | **11:58:51** 85:7 | **12:00:59** 86:24 | **12:04:32** 89:3,4,5 | **12:06:31** 91:11 |
| **11:56:11** 82:24 | **11:58:53** 85:8 | **12:01:01** 86:25 | **12:04:33** 89:6 | **12:06:32** 91:12 |
| **11:56:17** 82:25 | **11:58:54** 85:9,10 | **12:01:03** 87:2 | **12:04:34** 89:7 | **12:06:35** 91:13 |
| **11:56:18** 83:2 | **11:58:55** 85:11 | **12:01:05** 87:3,4 | **12:04:35** 89:8,9 | **12:06:38** 91:14 |
| **11:56:21** 83:3 | **11:58:56** 85:12 | **12:01:10** 87:5 | **12:04:36** 89:10,11 | **12:06:41** 91:15 |
| **11:56:27** 83:4 | **11:58:59** 85:13 | **12:01:12** 87:6 | **12:04:40** 89:12 | **12:06:44** 91:16,17 |
| **11:56:30** 83:5 | **11:59:01** 85:14,15 | **12:01:17** 87:7 | **12:04:41** 89:13 | **12:06:46** 91:18 |
| **11:56:31** 83:6 | **11:59:02** 85:16,17 | **12:01:59** 87:8 | **12:04:45** 89:14,15 | **12:06:47** 91:19 |
| **11:56:34** 83:7 | **11:59:07** 85:18 | **12:02:04** 87:9 | **12:04:49** 89:16 | **12:06:48** 91:20 |
| **11:56:35** 83:8,9 | **11:59:10** 85:19 | **12:02:05** 87:10 | **12:04:50** 89:17,18 | **12:06:49** 91:21 |
| **11:56:47** 83:10 | **11:59:14** 85:20,21 | **12:02:21** 87:11 | **12:04:54** 89:19 | **12:07:14** 91:22 |
| **11:56:48** 83:11 | **11:59:16** 85:22 | **12:02:25** 87:12 | **12:05:01** 89:20 | **12:07:16** 91:23 |
| **11:56:51** 83:12 | **11:59:17** 85:23 | **12:02:31** 87:13 | **12:05:06** 89:21 | **12:07:21** 91:24 |
| **11:56:58** 83:13 | **11:59:23** 85:24 | **12:02:34** 87:14,15 | **12:05:07** 89:22 | **12:07:24** 91:25 |
| **11:56:59** 83:14,15 | **11:59:29** 85:25 | **12:02:39** 87:16 | **12:05:09** 89:23 | 92:2 |
| **11:57:08** 83:16 | **11:59:31** 86:2 | **12:02:41** 87:17 | **12:05:11** 89:24 | **12:07:26** 92:3,4,5 |
| **11:57:10** 83:17 | **11:59:33** 86:3 | **12:03:00** 87:18 | **12:05:16** 89:25 | **12:07:29** 92:6 |
| **11:57:37** 83:18 | **11:59:46** 86:4 | **12:03:04** 87:19 | **12:05:17** 90:2 | **12:07:31** 92:7 |
| **11:57:45** 83:19 | **11:59:47** 86:5 | **12:03:08** 87:20 | **12:05:19** 90:3 | **12:07:40** 92:8 |
| **11:57:50** 83:20 | **11:59:49** 86:6 | **12:03:13** 87:21 | **12:05:24** 90:4 | **12:07:45** 92:9,10 |
| **11:57:51** 83:21 | **11:59:54** 86:7 | **12:03:16** 87:22 | **12:05:26** 90:5 | **12:07:46** 92:11 |
| **11:57:52** 83:22 | **11:59:55** 86:8 | **12:03:18** 87:23 | **12:05:28** 90:6,7 | **12:07:48** 92:12 |
| **11:57:55** 83:23 | **11:59:57** 86:9 | **12:03:20** 87:24 | **12:05:29** 90:8 | **12:07:49** 92:13 |
| **11:57:59** 83:24 | **11:59:58** 86:10 | **12:03:21** 87:25 | **12:05:30** 90:9,10 | **12:07:50** 92:14 |
| **11:58:02** 83:25 | **1100** 2:10 | **12:03:22** 88:2 | **12:05:31** 90:11 | **12:07:52** 92:15 |
| **11:58:06** 84:2 | **112178** 42:8 | **12:03:25** 88:3 | **12:05:32** 90:12 | **12:07:55** 92:16 |
| **11:58:10** 84:3 | **112178-112179** | **12:03:27** 88:4 | **12:05:34** 90:13 | **12:07:56** 92:17 |
| **11:58:12** 84:4 | 313:12 | **12:03:29** 88:5 | **12:05:36** 90:14 | **12:07:57** 92:18 |
| **11:58:13** 84:5 | **112180** 46:17 | **12:03:37** 88:6 | **12:05:38** 90:15 | **12:08:00** 92:19 |
| **11:58:15** 84:6 | **112180-112181** | **12:03:38** 88:7,8 | **12:05:40** 90:16 | **12:08:01** 92:20 |
| **11:58:17** 84:7,8 | 313:13 | **12:03:40** 88:9 | **12:05:41** 90:17 | **12:08:02** 92:21 |
| **11:58:19** 84:9 | **12** 91:5 130:12 | **12:03:41** 88:10,11 | **12:05:44** 90:18,19 | **12:08:04** 92:22 |
| **11:58:20** 84:10,11 | 143:14 | **12:03:43** 88:12 | **12:05:45** 90:20 | **12:08:05** 92:23 |
| **11:58:22** 84:12 | **12th** 83:19 | **12:03:44** 88:13 | **12:05:46** 90:21 | **12:08:08** 92:24 |
| **11:58:23** 84:13,14 | **12-month** 142:17 | **12:03:49** 88:14 | **12:05:47** 90:22 | **12:08:10** 92:25 |
| **11:58:25** 84:15 | 142:23 | **12:03:55** 88:15 | **12:05:48** 90:23 | 93:2 |
| **11:58:26** 84:16 | **12.2** 129:18 | **12:04:00** 88:16 | **12:05:52** 90:24 | **12:08:12** 93:3,4 |
| **11:58:32** 84:17 | **12:00:38** 86:11 | **12:04:02** 88:17 | **12:06:02** 90:25 | **12:08:21** 93:5 |
| **11:58:33** 84:18,19 | **12:00:39** 86:12 | **12:04:07** 88:18 | **12:06:04** 91:2 | **12:08:36** 93:6 |

| | | | | |
|---|---|---|---|---|
| **12:08:42** 93:7 | **12:11:23** 95:11 | **12:13:28** 97:14 | **12:15:53** 99:18,19 | **12:18:27** 101:22 |
| **12:08:52** 93:8 | **12:11:25** 95:12 | **12:13:31** 97:15 | **12:15:55** 99:20 | **12:18:28** 101:23 |
| **12:08:53** 93:9 | **12:11:27** 95:13 | **12:13:33** 97:16 | **12:15:56** 99:21 | **12:18:30** 101:24 |
| **12:08:54** 93:10 | **12:11:31** 95:14 | **12:13:34** 97:17 | **12:15:58** 99:22 | **12:18:31** 101:25 |
| **12:08:57** 93:11 | **12:11:36** 95:15 | **12:13:35** 97:18 | **12:16:01** 99:23,24 | **12:18:38** 102:2 |
| **12:08:58** 93:12 | **12:11:37** 95:16 | **12:13:39** 97:19 | **12:16:02** 99:25 | **12:18:42** 102:3 |
| **12:08:59** 93:13 | **12:11:38** 95:17 | **12:13:41** 97:20 | **12:16:04** 100:2 | **12:18:44** 102:4 |
| **12:09:00** 93:14 | **12:11:39** 95:18 | **12:13:46** 97:21 | **12:16:08** 100:3 | **12:18:46** 102:5 |
| **12:09:02** 93:15 | **12:11:42** 95:19 | **12:13:47** 97:22 | **12:16:11** 100:4 | **12:18:48** 102:6 |
| **12:09:04** 93:16 | **12:11:44** 95:20 | **12:13:54** 97:23 | **12:16:15** 100:5 | **12:18:49** 102:7 |
| **12:09:05** 93:17,18 | **12:11:47** 95:21 | **12:13:55** 97:24 | **12:16:20** 100:6 | **12:18:52** 102:8 |
| **12:09:06** 93:19 | **12:11:50** 95:22 | **12:13:57** 98:2 | **12:16:23** 100:7 | **12:18:54** 102:9 |
| **12:09:09** 93:20 | **12:11:51** 95:23 | **12:13:58** 98:3 | **12:16:27** 100:8 | **12:18:55** 102:10 |
| **12:09:17** 93:21,22 | **12:11:53** 95:24 | **12:13:59** 98:4 | **12:16:31** 100:9 | **12:18:56** 102:11,12 |
| **12:09:19** 93:23 | **12:11:56** 95:25 | **12:14:00** 98:5,6 | **12:16:34** 100:10 | **12:18:57** 102:13 |
| **12:09:34** 93:24 | **12:11:58** 96:2 | **12:14:01** 98:7 | **12:16:37** 100:11 | **12:18:59** 102:14 |
| **12:09:39** 93:25 | **12:12:02** 96:3 | **12:14:03** 98:8 | **12:16:40** 100:12 | **12:19:02** 102:15,16 |
| **12:09:42** 94:2 | **12:12:03** 96:4 | **12:14:06** 98:9 | **12:16:44** 100:13 | **12:19:04** 102:17 |
| **12:09:44** 94:3 | **12:12:11** 96:5 | **12:14:10** 98:10 | **12:16:47** 100:14 | **12:19:06** 102:18 |
| **12:09:48** 94:4 | **12:12:12** 96:6,7 | **12:14:15** 98:11 | **12:16:53** 100:15,16 | **12:19:08** 102:19 |
| **12:09:52** 94:5 | **12:12:25** 96:8 | **12:14:17** 98:12 | **12:16:56** 100:17 | **12:19:09** 102:20 |
| **12:09:54** 94:6 | **12:12:26** 96:9 | **12:14:24** 98:13 | **12:16:57** 100:18 | **12:19:10** 102:21,22 |
| **12:09:58** 94:7 | **12:12:29** 96:10 | **12:14:26** 98:14 | **12:17:04** 100:19 | **12:19:11** 102:23 |
| **12:10:04** 94:8 | **12:12:30** 96:11 | **12:14:27** 98:15 | **12:17:07** 100:20 | **12:19:13** 102:24,25 |
| **12:10:08** 94:9 | **12:12:34** 96:12 | **12:14:29** 98:16 | **12:17:10** 100:21 | **12:19:15** 103:2 |
| **12:10:14** 94:10 | **12:12:36** 96:13 | **12:14:32** 98:17 | **12:17:14** 100:22 | **12:19:23** 103:3 |
| **12:10:16** 94:11 | **12:12:37** 96:14 | **12:14:37** 98:18 | **12:17:20** 100:23 | **12:19:24** 103:4 |
| **12:10:19** 94:12 | **12:12:39** 96:15 | **12:14:39** 98:19 | **12:17:23** 100:24 | **12:19:25** 103:5 |
| **12:10:21** 94:13,14 | **12:12:41** 96:16 | **12:14:43** 98:20 | **12:17:27** 100:25 | **12:19:26** 103:6,7,8 |
| 94:15 | **12:12:43** 96:17 | **12:14:44** 98:21 | **12:17:31** 101:2 | **12:19:27** 103:9 |
| **12:10:24** 94:16 | **12:12:45** 96:18 | **12:14:45** 98:22,23 | **12:17:36** 101:3 | **12:19:30** 103:10 |
| **12:10:27** 94:17,18 | **12:12:46** 96:19 | **12:14:46** 98:24 | **12:17:40** 101:4 | **12:19:35** 103:11,12 |
| **12:10:29** 94:19,20 | **12:12:47** 96:20 | **12:14:48** 98:25 | **12:17:42** 101:5 | **12:19:36** 103:13 |
| **12:10:30** 94:21 | **12:12:49** 96:21 | **12:14:50** 99:2 | **12:17:44** 101:6 | **12:19:37** 103:14 |
| **12:10:33** 94:22 | **12:12:53** 96:22 | **12:14:52** 99:3 | **12:17:49** 101:7 | **12:19:39** 103:15 |
| **12:10:36** 94:23 | **12:12:56** 96:23 | **12:14:53** 99:4 | **12:17:56** 101:8 | **12:19:41** 103:16 |
| **12:10:37** 94:24 | **12:12:58** 96:24 | **12:14:57** 99:5,6 | **12:17:57** 101:9 | **12:19:43** 103:17 |
| **12:10:41** 94:25 | **12:13:00** 96:25 | **12:15:02** 99:7 | **12:18:03** 101:10 | **12:19:44** 103:18,19 |
| **12:10:43** 95:2 | **12:13:03** 97:2 | **12:15:07** 99:8 | **12:18:08** 101:11 | **12:19:45** 103:20 |
| **12:10:44** 95:3 | **12:13:04** 97:3 | **12:15:23** 99:9 | **12:18:12** 101:12 | **12:19:47** 103:21 |
| **12:10:56** 95:4 | **12:13:06** 97:4 | **12:15:25** 99:10 | **12:18:13** 101:13 | **12:19:50** 103:22 |
| **12:10:57** 95:5 | **12:13:12** 97:5 | **12:15:27** 99:11 | **12:18:14** 101:14 | **12:19:51** 103:23 |
| **12:11:04** 95:6 | **12:13:16** 97:6 | **12:15:28** 99:12 | **12:18:15** 101:15,16 | **12:19:54** 103:24 |
| **12:11:07** 95:7 | **12:13:18** 97:7,8 | **12:15:29** 99:13 | **12:18:17** 101:17 | **12:19:56** 103:25 |
| **12:11:13** 95:8 | **12:13:21** 97:9,10 | **12:15:39** 99:14 | **12:18:19** 101:18 | 104:2 |
| **12:11:15** 95:9 | **12:13:22** 97:11 | **12:15:46** 99:15 | **12:18:23** 101:19 | **12:20:00** 104:3 |
| **12:11:19** 95:10 | **12:13:26** 97:12,13 | **12:15:50** 99:16,17 | **12:18:26** 101:20,21 | **12:20:01** 104:4,5 |

| | | | | |
|---|---|---|---|---|
| **12:20:04** 104:6,7 | **12:22:10** 106:7,8 | **12:24:19** 108:15,16 | **12:25:59** 110:22 | **12:28:02** 113:2 |
| **12:20:05** 104:8 | **12:22:11** 106:9 | 108:17 | **12:26** 111:21 | **12:28:04** 113:3 |
| **12:20:06** 104:9 | **12:22:16** 106:10 | **12:24:21** 108:18 | **12:26:01** 110:23 | **12:28:05** 113:4 |
| **12:20:10** 104:10 | **12:22:18** 106:11 | **12:24:22** 108:19,20 | **12:26:03** 110:24,25 | **12:28:07** 113:5 |
| **12:20:12** 104:11 | **12:22:21** 106:12 | **12:24:23** 108:21 | **12:26:04** 111:2 | **12:28:11** 113:6 |
| **12:20:14** 104:12 | **12:22:23** 106:13 | **12:24:24** 108:22 | **12:26:06** 111:3,4,5 | **12:28:14** 113:7 |
| **12:20:15** 104:13 | **12:22:24** 106:14 | **12:24:27** 108:23 | **12:26:09** 111:6,7 | **12:28:19** 113:8 |
| **12:20:16** 104:14 | **12:22:29** 106:15 | **12:24:28** 108:24 | **12:26:10** 111:8 | **12:28:20** 113:9 |
| **12:20:19** 104:15 | **12:22:33** 106:16 | **12:24:29** 108:25 | **12:26:11** 111:9 | **12:28:21** 113:10 |
| **12:20:20** 104:16 | **12:22:34** 106:17 | **12:24:31** 109:2 | **12:26:13** 111:10 | **12:28:22** 113:11,12 |
| **12:20:23** 104:17 | **12:22:35** 106:18 | **12:24:35** 109:3 | **12:26:16** 111:11 | **12:28:24** 113:13 |
| **12:20:25** 104:18 | **12:22:36** 106:19 | **12:24:38** 109:4 | **12:26:20** 111:12 | **12:28:25** 113:14 |
| **12:20:30** 104:19 | **12:22:40** 106:20 | **12:24:39** 109:5 | **12:26:23** 111:13 | **12:28:27** 113:15 |
| **12:20:32** 104:20 | **12:22:43** 106:21,22 | **12:24:42** 109:6 | **12:26:26** 111:14 | **12:28:28** 113:16 |
| **12:20:35** 104:21 | **12:22:44** 106:23 | **12:24:45** 109:7 | **12:26:30** 111:15 | **12:28:30** 113:17 |
| **12:20:38** 104:22 | **12:22:45** 106:24 | **12:24:48** 109:8 | **12:26:32** 111:16 | **12:28:31** 113:18 |
| **12:20:39** 104:23 | **12:22:49** 106:25 | **12:24:49** 109:9 | **12:26:34** 111:17 | **12:28:34** 113:19,20 |
| **12:20:41** 104:24 | **12:22:51** 107:2 | **12:24:51** 109:10 | **12:26:38** 111:18 | 113:21 |
| **12:20:48** 104:25 | **12:22:59** 107:3,4 | **12:24:54** 109:11 | **12:26:39** 111:19 | **12:28:36** 113:22 |
| **12:20:51** 105:2 | **12:23:03** 107:5,6 | **12:24:58** 109:12 | **12:26:40** 111:20 | **12:28:37** 113:23 |
| **12:20:53** 105:3 | **12:23:05** 107:7,8 | **12:24:59** 109:13 | **12:26:41** 111:21 | **12:28:38** 113:24 |
| **12:20:56** 105:4 | **12:23:07** 107:9 | **12:25:00** 109:14 | **12:26:45** 111:22,23 | **12:28:39** 113:25 |
| **12:20:57** 105:5 | **12:23:10** 107:10 | **12:25:01** 109:15 | **12:27** 111:25 | **12:28:41** 114:2 |
| **12:21:08** 105:6 | **12:23:12** 107:11 | **12:25:02** 109:16 | **12:27:13** 111:24 | **12:28:42** 114:3 |
| **12:21:10** 105:7 | **12:23:14** 107:12 | **12:25:04** 109:17,18 | **12:27:14** 111:25 | **12:28:43** 114:4 |
| **12:21:11** 105:8 | **12:23:20** 107:13 | **12:25:07** 109:19 | **12:27:17** 112:2 | **12:28:44** 114:5 |
| **12:21:12** 105:9 | **12:23:23** 107:14 | **12:25:10** 109:20,21 | **12:27:18** 112:3 | **12:28:45** 114:6 |
| **12:21:14** 105:10 | **12:23:26** 107:15 | **12:25:12** 109:22 | **12:27:20** 112:4 | **12:28:46** 114:7 |
| **12:21:17** 105:11 | **12:23:27** 107:16 | **12:25:13** 109:23 | **12:27:23** 112:5 | **12:28:48** 114:8 |
| **12:21:18** 105:12 | **12:23:29** 107:17 | **12:25:15** 109:24 | **12:27:26** 112:6 | **12:28:51** 114:9 |
| **12:21:25** 105:13 | **12:23:30** 107:18,19 | **12:25:17** 109:25 | **12:27:28** 112:7 | **12:28:53** 114:10 |
| **12:21:29** 105:14 | **12:23:31** 107:20 | **12:25:22** 110:2,3 | **12:27:29** 112:8 | **12:28:55** 114:11 |
| **12:21:33** 105:15 | **12:23:35** 107:21,22 | **12:25:31** 110:4 | **12:27:31** 112:9,10 | **12:28:57** 114:12,13 |
| **12:21:36** 105:16 | **12:23:36** 107:23 | **12:25:32** 110:5 | 112:11 | **12:29:00** 114:14 |
| **12:21:40** 105:17 | **12:23:38** 107:24 | **12:25:33** 110:6,7 | **12:27:32** 112:12 | **12:29:04** 114:15 |
| **12:21:41** 105:18 | **12:23:41** 107:25 | **12:25:34** 110:8 | **12:27:34** 112:13 | **12:29:05** 114:16 |
| **12:21:45** 105:19 | **12:23:46** 108:2 | **12:25:35** 110:9 | **12:27:38** 112:14 | **12:29:06** 114:17 |
| **12:21:47** 105:20 | **12:23:48** 108:3 | **12:25:39** 110:10 | **12:27:41** 112:15 | **12:29:09** 114:18 |
| **12:21:49** 105:21 | **12:23:50** 108:4,5 | **12:25:42** 110:11 | **12:27:42** 112:16 | **12:29:11** 114:19 |
| **12:21:51** 105:22 | **12:23:53** 108:6 | **12:25:45** 110:12 | **12:27:43** 112:17,18 | **12:29:13** 114:20 |
| **12:21:52** 105:23,24 | **12:23:56** 108:7 | **12:25:46** 110:13 | 112:19 | **12:29:15** 114:21 |
| **12:21:54** 105:25 | **12:24:00** 108:8 | **12:25:48** 110:14 | **12:27:44** 112:20 | **12:29:17** 114:22 |
| **12:21:56** 106:2 | **12:24:02** 108:9 | **12:25:51** 110:15,16 | **12:27:48** 112:21 | **12:29:18** 114:23 |
| **12:21:59** 106:3 | **12:24:07** 108:10 | **12:25:53** 110:17 | **12:27:50** 112:22 | **12:29:19** 114:24 |
| **12:22:01** 106:4 | **12:24:08** 108:11,12 | **12:25:55** 110:18,19 | **12:27:53** 112:23 | **12:29:21** 114:25 |
| **12:22:02** 106:5 | **12:24:14** 108:13 | **12:25:56** 110:20 | **12:27:55** 112:24 | 115:2 |
| **12:22:05** 106:6 | **12:24:17** 108:14 | **12:25:58** 110:21 | **12:27:59** 112:25 | **12:29:23** 115:3 |

| | | | | |
|---|---|---|---|---|
| **12:29:24** 115:4 | **12:31:21** 117:8 | **12:33:29** 119:13 | **12:35:28** 121:13,14 | **12:38:15** 123:17 |
| **12:29:26** 115:5 | **12:31:23** 117:9 | **12:33:32** 119:14 | **12:35:31** 121:15 | **12:38:16** 123:18 |
| **12:29:32** 115:6 | **12:31:26** 117:10 | **12:33:34** 119:15 | **12:35:32** 121:16 | **12:38:31** 123:19,20 |
| **12:29:34** 115:7,8 | **12:31:30** 117:11 | **12:33:37** 119:16 | **12:35:35** 121:17 | **12:38:39** 123:21 |
| **12:29:38** 115:9 | **12:31:32** 117:12 | **12:33:38** 119:17 | **12:35:38** 121:18,19 | **12:38:41** 123:22 |
| **12:29:43** 115:10 | **12:31:33** 117:13,14 | **12:33:39** 119:18 | **12:35:42** 121:20 | **12:38:45** 123:23 |
| **12:29:44** 115:11 | **12:31:34** 117:15 | **12:33:40** 119:19 | **12:35:43** 121:21 | **12:38:48** 123:24 |
| **12:29:46** 115:12 | **12:31:41** 117:16 | **12:33:44** 119:20 | **12:35:47** 121:22 | **12:38:49** 123:25 |
| **12:29:47** 115:13 | **12:31:43** 117:17 | **12:33:45** 119:21 | **12:35:48** 121:23 | **12:38:55** 124:2 |
| **12:29:49** 115:14 | **12:31:46** 117:18 | **12:33:46** 119:22 | **12:35:58** 121:24 | **12:38:56** 124:3 |
| **12:29:52** 115:15 | **12:31:58** 117:19,20 | **12:33:50** 119:23 | **12:35:59** 121:25 | **12:39:02** 124:4 |
| **12:29:55** 115:16 | **12:31:59** 117:21,22 | **12:33:51** 119:24 | **12:36:01** 122:2 | **12:39:10** 124:5 |
| **12:29:56** 115:17 | **12:32:00** 117:23 | **12:33:52** 119:25 | **12:36:03** 122:3 | **12:39:21** 124:6 |
| **12:29:58** 115:18 | **12:32:01** 117:24 | **12:33:54** 120:2 | **12:36:38** 122:4 | **12:39:23** 124:7 |
| **12:30:05** 115:19 | **12:32:02** 117:25 | **12:33:56** 120:3 | **12:36:48** 122:5 | **12:39:24** 124:8 |
| **12:30:07** 115:20 | 118:2 | **12:33:57** 120:4 | **12:36:49** 122:6 | **12:39:27** 124:9 |
| **12:30:09** 115:21 | **12:32:05** 118:3 | **12:33:59** 120:5,6 | **12:36:54** 122:7 | **12:39:37** 124:10 |
| **12:30:12** 115:22 | **12:32:10** 118:4 | **12:34:00** 120:7 | **12:37:01** 122:8 | **12:39:39** 124:11 |
| **12:30:13** 115:23 | **12:32:13** 118:5 | **12:34:01** 120:8 | **12:37:06** 122:9 | **12:39:41** 124:12 |
| **12:30:15** 115:24 | **12:32:14** 118:6 | **12:34:02** 120:9 | **12:37:07** 122:10 | **12:40:04** 124:13 |
| **12:30:16** 115:25 | **12:32:16** 118:7 | **12:34:03** 120:10 | **12:37:08** 122:11,12 | **12:40:08** 124:14 |
| **12:30:17** 116:2 | **12:32:17** 118:8,9 | **12:34:04** 120:11 | **12:37:09** 122:13 | **12:40:12** 124:15 |
| **12:30:19** 116:3 | **12:32:20** 118:10 | **12:34:08** 120:12 | **12:37:10** 122:14 | **12:40:14** 124:16 |
| **12:30:25** 116:4 | **12:32:21** 118:11,12 | **12:34:12** 120:13 | **12:37:11** 122:15 | **12:40:16** 124:17 |
| **12:30:26** 116:5,6 | **12:32:22** 118:13 | **12:34:16** 120:14 | **12:37:12** 122:16 | **12:40:19** 124:18 |
| **12:30:29** 116:7 | **12:32:25** 118:14 | **12:34:19** 120:15 | **12:37:13** 122:17 | **12:40:22** 124:19 |
| **12:30:32** 116:8 | **12:32:28** 118:15 | **12:34:20** 120:16 | **12:37:16** 122:18 | **12:40:25** 124:20 |
| **12:30:34** 116:9 | **12:32:29** 118:16 | **12:34:22** 120:17 | **12:37:18** 122:19 | **12:40:28** 124:21,22 |
| **12:30:36** 116:10 | **12:32:30** 118:17 | **12:34:23** 120:18 | **12:37:22** 122:20 | **12:40:31** 124:23 |
| **12:30:39** 116:11 | **12:32:32** 118:18 | **12:34:24** 120:19 | **12:37:23** 122:21 | **12:40:32** 124:24 |
| **12:30:40** 116:12 | **12:32:36** 118:19 | **12:34:25** 120:20 | **12:37:25** 122:22 | **12:40:35** 124:25 |
| **12:30:42** 116:13 | **12:32:37** 118:20 | **12:34:26** 120:21 | **12:37:26** 122:23 | **12:40:37** 125:2 |
| **12:30:43** 116:14 | **12:32:38** 118:21 | **12:34:27** 120:22 | **12:37:27** 122:24 | **12:40:38** 125:3,4 |
| **12:30:44** 116:15 | **12:32:41** 118:22 | **12:34:28** 120:23 | **12:37:30** 122:25 | **12:40:43** 125:5 |
| **12:30:45** 116:16 | **12:32:44** 118:23 | **12:34:33** 120:24 | **12:37:31** 123:2 | **12:40:44** 125:6 |
| **12:30:47** 116:17,18 | **12:32:51** 118:24 | **12:34:34** 120:25 | **12:37:32** 123:3 | **12:40:56** 125:7 |
| **12:30:49** 116:19 | **12:32:52** 118:25 | 121:2 | **12:37:36** 123:4 | **12:41:01** 125:8 |
| **12:30:50** 116:20,21 | **12:32:55** 119:2 | **12:34:35** 121:3 | **12:37:39** 123:5 | **12:41:05** 125:9 |
| **12:30:53** 116:22 | **12:32:58** 119:3 | **12:34:36** 121:4 | **12:37:42** 123:6,7 | **12:41:07** 125:10,11 |
| **12:31:01** 116:23,24 | **12:33:05** 119:4 | **12:34:37** 121:5 | **12:37:43** 123:8 | **12:41:09** 125:12 |
| **12:31:02** 116:25 | **12:33:06** 119:5 | **12:34:40** 121:6 | **12:37:45** 123:9,10 | **12:41:11** 125:13 |
| 117:2 | **12:33:10** 119:6,7 | **12:34:42** 121:7 | **12:38:00** 123:11 | **12:41:15** 125:14 |
| **12:31:03** 117:3 | **12:33:16** 119:8 | **12:34:44** 121:8 | **12:38:02** 123:12 | **12:41:16** 125:15 |
| **12:31:05** 117:4 | **12:33:18** 119:9 | **12:34:45** 121:9 | **12:38:06** 123:13 | **12:41:18** 125:16 |
| **12:31:14** 117:5 | **12:33:20** 119:10 | **12:34:49** 121:10 | **12:38:08** 123:14 | **12:41:31** 125:17 |
| **12:31:17** 117:6 | **12:33:25** 119:11 | **12:34:52** 121:11 | **12:38:10** 123:15 | **12:41:32** 125:18 |
| **12:31:18** 117:7 | **12:33:27** 119:12 | **12:35:24** 121:12 | **12:38:13** 123:16 | **12:41:34** 125:19 |

**12:42:24** 125:20
**12:42:25** 125:21
**12:42:27** 125:22
**12:42:28** 125:23
**12:42:40** 125:24
**12:42:52** 125:25
**12:42:56** 126:2
**12:42:58** 126:3
**12:42:59** 126:4
**12:43:12** 126:5,6
**12:43:13** 126:7,8
**12:43:14** 126:9
**12:43:16** 126:10
**12:43:18** 126:11
**12:43:28** 126:12
**12:44:07** 126:13
**12:44:15** 126:14
**12:44:30** 126:15
**12:44:31** 126:16
**12:44:38** 126:17
**12:44:40** 126:18
**12:44:42** 126:19
**12:44:43** 126:20
**12:44:45** 126:21
**12:44:48** 126:22
**12:44:57** 126:23
**12:44:59** 126:24
**12:45:01** 126:25
 127:2
**12:45:03** 127:3
**12:45:05** 127:4
**12:45:07** 127:5
**12:45:09** 127:6
**12:45:10** 127:7
**12:45:13** 127:8
**12:45:17** 127:9
**12:45:20** 127:10
**12:45:25** 127:11
**12:45:27** 127:12
**12:45:30** 127:13
**12:45:35** 127:14
**12:45:38** 127:15
**12:45:43** 127:16
**12:45:44** 127:17
**12:45:46** 127:18
**12:45:47** 127:19
**12:45:48** 127:20

**12:45:50** 127:21
**12:45:51** 127:22
**12:45:52** 127:23
**12:45:55** 127:24
**12:45:58** 127:25
 128:2
**12:46:00** 128:3
**12:46:02** 128:4
**12:46:09** 128:5
**12:46:12** 128:6
**12:46:14** 128:7
**12:46:15** 128:8
**12:46:20** 128:9
**12:46:22** 128:10
**12:46:24** 128:11
**12:46:25** 128:12
**12:46:28** 128:13
**12:46:30** 128:14
**12:46:33** 128:15
**12:46:35** 128:16
**12:46:42** 128:17
**12:46:45** 128:18
**12:46:50** 128:19
**12:46:56** 128:20
**12:46:57** 128:21
**12:47:00** 128:22
**12:47:03** 128:23
**12:47:06** 128:24
**12:47:08** 128:25
**12:47:10** 129:2
**12:47:11** 129:3
**12:47:12** 129:4
**12:47:15** 129:5
**12:47:19** 129:6
**12:47:23** 129:7
**12:47:26** 129:8
**12:47:29** 129:9
**12:47:30** 129:10
**12:47:33** 129:11
**12:47:36** 129:12
**12:47:37** 129:13
**12:47:40** 129:14
**12:47:42** 129:15
**12:47:43** 129:16
**12:47:46** 129:17
**12:47:50** 129:18
**12:47:54** 129:19

**12:47:55** 129:20,21
**12:47:56** 129:22,23
**12:47:57** 129:24
**12:47:58** 129:25
**12:48:01** 130:2
**12:48:08** 130:3
**12:48:12** 130:4
**12:48:14** 130:5,6
**12:48:15** 130:7,8
**12:48:16** 130:9
**12:48:18** 130:10
**12:48:19** 130:11
**12:48:20** 130:12
**12:48:21** 130:13
**12:48:22** 130:14
**12:48:23** 130:15
**12:48:25** 130:16
**12:48:26** 130:17,18
**12:48:27** 130:19
**12:48:28** 130:20
**12:48:29** 130:21
**12:48:31** 130:22
**12:48:34** 130:23
**12:48:36** 130:24
**12:48:42** 130:25
**12:48:46** 131:2
**12:48:48** 131:3
**12:48:54** 131:4
**12:48:56** 131:5
**12:48:58** 131:6
**12:48:59** 131:7
**12:49:00** 131:8,9
**12:49:01** 131:10,11
**12:49:03** 131:12
**12:49:06** 131:13
**12:49:09** 131:14
**12:49:10** 131:15
**12:49:11** 131:16
**12:49:17** 131:17
**12:49:22** 131:18,19
**12:49:24** 131:20
**12:49:26** 131:21
**12:49:27** 131:22
**12:49:28** 131:23
**12:49:31** 131:24
**12:49:33** 131:25
**12:49:36** 132:2

**12:49:38** 132:3
**12:49:43** 132:4
**12:49:45** 132:5
**12:49:47** 132:6
**12:49:48** 132:7
**12:49:50** 132:8
**12:49:51** 132:9
**12:49:55** 132:10
**12:50:00** 132:11
**12:50:01** 132:12
**12:50:06** 132:13
**12:50:07** 132:14
**12:50:08** 132:15,16
**12:50:09** 132:17
**12:50:12** 132:18
**12:50:15** 132:19
**12:50:16** 132:20
**12:50:18** 132:21
**12:50:26** 132:22,23
**12:50:27** 132:24,25
**12:50:28** 133:2
**12:50:30** 133:3
**12:50:32** 133:4
**12:50:33** 133:5
**12:50:34** 133:6
**12:50:36** 133:7
**12:50:39** 133:8
**12:50:40** 133:9
**12:50:41** 133:10
**12:50:42** 133:11
**12:50:51** 133:12
**12:50:52** 133:13
**12:50:53** 133:14,15
**12:50:56** 133:16
**12:50:57** 133:17
**12:50:59** 133:18,19
**12:51** 133:24
**12:51:02** 133:20,21
 133:22
**12:51:03** 133:23,24
**121** 247:10,11
 250:9
**12551** 2:6
**1279** 2:5
**14** 86:15
**14th** 248:5
**15** 126:14 268:11

**150** 107:13,14
 108:9 281:24
**16** 91:15
**162** 148:21
**167719** 51:18
**167719-167725**
 313:14
**169.95** 265:4
 270:17
**17** 87:8,12,19 91:2
 91:13,15 231:9
 232:22
**170** 131:12
**175,000** 16:2,15
**179** 42:9
**18th** 93:23
**180** 259:12,13,20
**181** 46:17
**187** 24:23 313:10
**187484** 54:8
**187484-187494**
 313:15
**187494** 54:9
**188** 313:11
**189** 42:6,8 46:21
 313:12
**190** 313:13
**191** 51:17 313:14
**192** 107:13 313:15
**193** 313:16
**194** 313:17
**195** 313:18
**196** 313:19
**197** 313:20
**198** 313:21
**199** 313:22
**1991** 15:3 67:22
**1996** 91:23

**2**

**2** 122:23 150:25
 193:4 285:21
**2)Page** 314:14
**2,400** 279:20
**2.50** 203:10 225:9
 225:15,16,16
 226:3

**2:32** 186:19
**2:43** 186:23
**20** 25:18,19 60:13
   121:12 248:6
   264:25
**200** 266:3 280:6,20
   280:25 282:4
   313:23
**200-dollar** 212:22
   213:3 221:24
   222:2
**2000** 98:13
**2000's** 68:3,10
**2001** 32:20,25
   201:6 225:13
   228:17 308:16
   309:3
**2005** 61:15 66:20
   67:4,13,18 201:9
   287:3
**2006** 48:25 49:6
   62:7 68:20,23
   127:8 129:17
   201:13,13 225:15
   225:24 260:4
   281:21
**2007** 17:3,6 46:17
   52:4 53:11 62:7
   62:14,15,19,23
   65:8 122:4,9
   130:24 131:5
**2008** 16:25 49:23
   54:8 59:16 122:14
   122:20 311:10
**2009** 11:21 14:23
   16:12,19,23 39:19
   49:21 83:19 86:15
   87:13,19 123:4
   311:8
**201** 86:10,12 314:5
**2010** 1:10 4:3 11:19
   14:21 39:17 49:19
   93:23 123:6
   312:16 315:15
   316:5
**202** 314:6
**203** 92:7 314:7

**204** 314:8
**2080** 274:24 277:13
   278:21 279:15
**2080's** 281:23
**2085** 104:2 105:18
   262:14 263:3,6,9
   263:25 264:23,24
   269:10 270:10
   272:4 275:9
**210292** 56:11
**210292-210293**
   313:16
**213** 91:6
**22** 314:14
**221** 87:20
**232** 314:8
**24** 313:10
**247** 61:24
**248** 61:9,24
**25** 121:14 294:6,7
   313:11
**25-dollar** 24:4,10
   33:11 309:6
**252** 63:2
**253** 122:6
**268** 62:5
**28** 1:10 285:21
   288:12 316:5
**28th** 4:3
**286** 2:10
**287** 66:19
**29.95** 265:4

_____
**3**
**3rd** 91:23
**3.5** 127:9,13
**3:23** 227:3
**3:36** 227:6
**30** 281:24
**30-second** 35:9
**300** 2:5
**300K** 84:3
**31st** 62:7,23 68:20
   68:23
**342247** 61:8
**342247-342248**
   313:17

**342249** 62:5
**342249-342268**
   313:18
**342269** 66:18
**342269-342287**
   313:19
**342288** 68:18
**342288-342308**
   313:20
**342308** 68:19

_____
**4**
**4** 62:25
**4.3** 122:8
**4.95** 203:9,13
   205:13,16 209:12
   221:4 224:24
   225:5,12,17 226:4
   301:18 302:5,11
   303:14,23 304:5
   307:23,25 310:4,6
**4:26** 272:18
**4:39** 272:21
**40** 107:4,4 226:17
   226:20
**40-dollar** 106:20
   106:24
**405** 1:11 2:15
**42** 313:12
**442872** 78:2 313:21
**46** 313:13
**470514** 82:18
   313:22
**470515** 83:17
   313:23
**48** 107:4,4 142:17
   218:12 268:6
   277:21
**48-month** 106:10
   263:20 279:15
   281:22
**488** 54:22

_____
**5**
**5** 54:21 118:24
   122:3,6 288:12
   313:5

**5:20** 312:4,5
**50** 121:24 133:10
   277:21
**50/50** 63:21 64:14
   64:17,23,25 65:3
**500** 218:24 219:2
**51** 313:14 314:13
**535952** 86:10
**535952-535977**
   314:5
**535977** 86:10
**54** 313:15
**549** 211:2
**56** 313:16
**569** 285:16
**575** 288:11

_____
**6**
**6** 61:15 87:13,19
   130:4,20
**6/5** 185:4
**6/6/2007** 51:18
**60** 264:24 281:24
**600K** 84:3
**61** 313:17
**62** 313:18
**64679** 25:6 313:11
**64680** 24:17
**64680-64681**
   313:10
**64681** 24:18
**657202** 87:20
**657202-657221**
   314:6
**66** 313:19
**68** 313:20

_____
**7**
**7** 54:8 61:15 314:13
**7:06-CV-1625** 1:3
**70** 268:2,23
**725** 51:18
**73** 314:14
**75** 133:10
**754560** 92:7 314:7
**77** 313:21

_____
**8**
**8** 46:17 232:19
   314:8
**8th** 260:4
**8000** 263:5
**82** 313:22
**83** 313:23
**86** 314:5
**87** 24:22 314:6

_____
**9**
**9** 125:22,23 260:7
**90** 220:9,12,20
**92** 54:7 67:25 314:7
**93** 56:12,13