UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MELINDA SERIN, JUDSON RUSS, LONG SOUI
LIM, PERI KETTLER, GORDON REDNER, AND
THOMAS J. SMITH,

                        Plaintiffs,

                                                                  06 CV 1625 (SCR)

    -against-

NORTHERN LEASING SYSTEMS, INC., JAY
COHEN, RICH HAHN, and SARA KRIEGER,

                        Defendants.
------------------------------------------------------------------- X

      Upon consideration of the request of Defendants, Northern Leasing Systems, Jay Cohen, Rich Hahn and Sara Krieger ("Defendants"), that it be permitted to bring electronic equipment, including, but not limited to, laptop computers, blackberries and other electronic equipment to the courtroom, to electronically present evidence, it is hereby ORDERED that said request is GRANTED.

      Entered this __10th__ day of November, 2010.

                                                                s/   James S. Gwin
                                                               Honorable James S. Gwin, U.S.D.J.