# *Chittur & Associates, P.C.*

Attorneys & Counselors at law
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Web: www.chittur.com
Email: kchittur@chittur.com

November 12, 2010

**VIA ECF**

Hon. James Gwin
United States District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

Re: *Serin et al, v.  Northern Leasing et al*, S.D.N.Y. - Docket No. 7:06-CV-01625

Dear Judge Gwin:

In accordance with Your Honor's directions of yesterday all counsel in this matter are directed to appear for a conference on November 15, 2010, at 10:00 a.m.  Counsel for Plaintiffs intend to bring laptop computers and other electronic equipment into the Courthouse, and respectfully request permission to do so (proposed order is attached). We apologizes for late submission of the request.  Thank you for Your Honors' attention to this matter.

Yours very truly,

Sd/
Andrey Strutinskiy

Cc: Moses & Singer, LLP (via ECF)