**United States District Court**
**Southern District Of New York**

|   |   |   |
|---|---|---|
| Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith, | } } } | |
| Plaintiffs | } } | 06-Civ - 1625 (JSG) |
| v. | } } } | |
| Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger | } } } } | ORDER |
| Defendants | } } | |

    Attorneys Krishnan Chittur, Keith Altman, and Andrey Strutinskiy, hereby authorized to bring electronic equipment, including but not limited to, laptop computers, hard drives, and other electronic equipment into the Courthouse for use in court proceedings to electronically present evidence.

Dated: November \_\_\_\_\_, 2010

_____
Hon. James S. Gwin, U.S.D.J.