UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
MELINDA SERIN, ET AL.,                :     CASE NO. 7:06CV01625
                                      :
        Plaintiffs,                   :
                                      :
vs.                                   :     BRIEFING SCHEDULE
                                      :
NORTHERN LEASING SYSTEMS,             :
INC., ET AL.,                         :
                                      :
        Defendants.                   :
                                      :
--------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Pursuant to the proceedings conducted on November 15, 2010, the following briefing schedule is set as to the issue of attorney fees:

    1) plaintiffs' brief shall be filed by December 17, 2010;

    2) defendants' response brief shall be filed by January 14, 2011;

    3) plaintiffs' reply brief shall be filed by January 21, 2011.

IT IS SO ORDERED.

Dated: November 15, 2011                 s/    *James S. Gwin*
                                         JAMES S. GWIN
                                         UNITED STATES DISTRICT JUDGE

```
USDC SDN
DOCUMEN
ELECTRON ALLY FILED
DOC #:
DATE FILE: 11-15-10
```