UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
:
MELINDA SERIN, ET AL.,                   :          CASE NO. 7:06CV01625
                                         :
        Plaintiffs,                      :
                                         :
vs.                                      :          ORDER OF REFERRAL TO
                                         :          MAGISTRATE JUDGE FOR
NORTHERN LEASING SYSTEMS,                :          REPORT AND
INC., ET AL.,                            :          RECOMMENDATION
                                         :
        Defendants.                      :
                                         :
--------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The above captioned case is hereby referred to Magistrate Judge Paul E. Davison for a Report and Recommendation on the issue of attorney fees. Briefing on this matter is scheduled to be completed by January 21, 2011, the date on which plaintiffs' reply brief is due.

IT IS SO ORDERED.

Dated: November 15, 2010                 s/      James S. Gwin
                                         JAMES S. GWIN
                                         UNITED STATES DISTRICT JUDGE



-1-