Request granted 12/16/10.  Plaintiffs' brief on attorney fees to be filed by 12/31/10; defendants' opposition brief due by 1/28/11 and plaintiffs' reply brief by 2/4/11.

s/    James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# Chittur & Associates, P.C.

Attorneys & Counselors at law
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Web: www.chittur.com
Email: kchittur@chittur.com

December 15, 2010

**VIA ECF**

Hon. James Gwin
United States District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

      *Re:*    *Serin v. Northern Leasing*, S.D.N.Y. - Docket No. 7:06-CV-01625

Dear Judge Gwin:

      As Your Honor is aware, Plaintiffs' application for an award of attorneys' fees and costs under the parties' Settlement Agreement is due on December 17, 2010.  Unfortunately, I have been tied up for the past two weeks with a jury trial in federal court in Brooklyn.  My co-counsel Altman discussed with Defendants' counsel and sought a one week extension.  I understand that Defendants have suggested a two-week extension, to which Mr. Altman has agreed.  Accordingly, we request that the briefing schedule be amended, so that Plaintiffs' papers are due on or before December 31, 2010, with Defendants' opposition brief due on or before January 28, 2010, and Plaintiffs' Reply brief due on February 4, 2010.  Thank you for your attention.

                Yours very truly,

                Sd/

                Krishnan S. Chittur, Esq.
                Attorneys for Plaintiffs

cc:    Moses & Singer, LLP