**United States District Court**
**Southern District Of New York**

| | |
|---|---|
| Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith,<br>                                                   Plaintiffs<br><br>                        v.<br><br>Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger<br>                                                   Defendants | No. 06 CV 1625 (SCR) |

**Plaintiffs' Notice of Motion For Award of Attorneys' Fees And Expenses**

PLEASE TAKE NOTICE THAT, upon the enclosed Declaration of Krishnan Chittur, Esq., dated December 30, 2010; together with all the exhibits annexed thereto; and the Memorandum of Law In Support of Plaintiff's Motion for Attorneys' Fees and Expenses, dated December 30, 2010, and upon all prior proceedings herein including without limitation the order of the Hon. James Gwin herein of November 15, 2010, Plaintiff will move this Court at 500 Pearl Street, New York, New York, before Hon. Paul E. Davison, United States Magistrate Judge, on such date and time as may be convenient to the Court for an Order under the parties' Settlement Agreement, and/or 18 U.S.C.A. § 1964(c), and/or Section 349, N.Y.G.B.L., seeking an award of attorneys' fees and expenses of $3,344,438.65 or such other amount as may be just and proper, against Defendants, jointly and severally, and granting such other relief as may be appropriate.

|  |  |  |
|---|---|---|
| Dated: | New York, New York<br>December 30, 2010 | **Chittur & Associates, P.C.**<br><br>/S/<br>_____<br>By:  Krishnan Chittur, Esq. (KC 9258)<br>286 Madison Avenue Suite 1100<br>New York, New York 10017<br>Tel: (212) 370-0447<br>Attorneys for Plaintiff and the Class |

To:   Moses & Singer LLP
      405 Lexington Avenue
      New York, New York 10174
      Tel: (212) 554–7400