Dear Mr. Chittur: 12/30/2010

I wanted to let you know how much I appreciate your services and the top quality legal representation that you provided to me for the last six years.

I had complained to the police here about the forgery, I had sent affidavits of forgery with my visa entries and ATM receipts and affidavits from others, and I had been trying to convince Northern Leasing to refund the money they had taken out of my business accounts and cancel the leases. Northern Leasing was unmoved, and went on to file suit against me on those three forged leases. I did not have any ties or connections with New York so it was an impossible task for me to attempt to defend myself being so far away.

I spoke to several people in a attempt to retain a lawyer in New York. However, I found no one interested in defend my case, let alone help me recuperate the losses I had suffered due to Northern Leasing trashing my personal credit report based on these forgeries. I was at a total loss on what to do, when I came across your firm during a search on the Internet. Boy, was that a god-send! You were courteous, knowledgeable, and very responsive, and agreed to represent me on a fully contingent basis against Northern Leasing.

Thereafter, you were always there for me. From being unable to get a lawyer to represent me, I found excellent representation. You handled the entire litigation in the City Civil Court, which included the hearing where I had to come to New York to testify. Since Northern Leasing would not even agree to adjourn that hearing by a couple of weeks to accommodate my scheduling conflict, and at much inconvenience, I came there. At the end of my testimony, Northern Leasing had no evidence to present, and the judge threw out their cases.

Meanwhile, you commenced this racketeering action in the federal court. Throughout this entire period, your persistence and commitment to protecting my interests was remarkable. You ungrudgingly put in the time and resources that were necessary. I know that you have had significant ongoing expenses, but you never let my case suffer for want of attention or time for over six years. Finally, you obtained a settlement where I am to be paid multiple times what I had expected to recover.

You far exceeded anything I expected. Words cannot express how delighted I am at the quality of your legal services, your commitment to protecting my interests, your performance throughout the last six years, and the success you achieved. I would be delighted to recommend you to anyone seeking top quality and aggressive legal representation in any matter.

Happy Holidays, and my sincere thank you again!

Sincerely,

*Judson Russ*

Judson Russ