THOMAS J. SMITH
N24W22248 RIDGEWOOD COURT
WAUKESHA, WI. 53186

November 28, 2010

Chittur & Associates, P.C.
286 Madison Avenue, Suite 1100
New York, New York, 10017

Dear Mr. Chittur,

    Just want to thank you for successfully bringing our case against Northern Leasing to a final end. Without your professionalism and expertise, we might have not been on the winning side. I am very satisfied with the outcome and feel you did your very best in achieving our goal of bringing justice to all of the plaintiffs involved in this case. Hopefully, we have now put a stop to the unfair and unjust practices of Northern Leasing. Without your help, I am sure that we would still be trying to deal with Northern Leasing and their unscrupulous business practices.

    We would highly recommend you and your firm to anyone who would like to have a reference on you and on your expertise and capabilities.

Sincerely,

Thomas J. Smith