To: Krishnan Chittur
From: Gordon Redner
Re: New York Court Case


I just wanted to say thank you for all the hard work your team has done on my case that we won in the New York court system. It has been a long time coming since 2004 when it all started. I am very pleased with the outcome of my case, and wish you good luck on other cases.




Thank you again;
Gordon Redner
(Owner GSR gifts Duncanville, Texas  75137)

*Gordon Redner* (signature)