# MELINDA J. SERIN

429 N Street SW #501 | Washington, DC 20024

Mobile: (818) 378-9846     e-mail: mindy.serin@gmail.com

---

Judge Gwin:

After much pain and anguish from years of harassment from Northern Leasing, I researched my options on the internet and came across Mr. Chittur. It was such a relief when Mr. Chittur said he would be able to help me with my fight against Northern Leasing, and he even advised me before going to court when Northern Leasing attempted to sue me in 2006. As Mr. Chittur got to work, weight was taken off my shoulders. He kept in constant contact with me, providing me with regular updates -- even while I was traveling across the country for work in 5 different states. Any question I had, Mr. Chittur was there for me.

When it came time for the settlement, the regular updates continued. Mr. Chittur made sure to get me what I wanted, and what I deserved. I am extremely pleased with Mr. Chittur's hard work, and would recommend him to anyone.

Sincerely,

*[signature]*

Melinda Serin