Dear Mr. Chittur,

I like to take a few minutes to thank you for the job well done in dealing NLS the evil empire. For years, my family and I had suffered various forms of threats, intimidations and extortions from these cons. I am so glad you put an end to it.

I applauded you for your courage to fight against a very well organized criminals like NLS. It had been a very long and exhausting battle, and I am grateful you gave NLS what they deserved. There was moment I thought this case would never getting anywhere and it impossible to win, but your tireless efforts and persistent in your works had made all this possible. I am also greatly appreciating for being a wonderful counsel, coach, mentor, and friend.

I hope every person had been victimized by NLS will come to seek helps from you. And I pray for you to continually in winning all your cases.

Thank you so much,

Sincerely,

Long Soui Lim