Biographical Data

Admitted:

Mumbai, India; New York; U.S. District Court, Eastern and Southern Districts of New York; U.S. Court of Appeals, Second, Third and Ninth Circuits; U.S. Supreme Court

Law School:

Bombay University (LL.B., LL.M.); Harvard University (LL.M., 1983; S.J.D., 1986)

College:

Bombay University, B.S.

Member:

New York County Lawyers' Association (Member, Committee on Federal Courts; Member, Supreme Court Committee); American Association for Justice (formerly Association of Trial Lawyers of America); Public Justice; National Association of Consumer Advocates; New York State Trial Lawyers Association; Indo American Lawyers' Association.

Biography:

Recipient, Bombay University: Vice Chancellor T.K. Tope Prize for Best Cumulative Performance in Law School Examinations; Gold Medals in: Jurisprudence and Conflict of Laws. Recipient, Rotary International Award for Best Student, Government Law College. Author: "Resolving Close Corporation Conflicts: A Fresh Approach," 10 (1) Harvard J. Law & Pub. Pol. 129 (Winter 1987); "The Corporate Director's Standard of Care: Past, Present & Future," 10 Del. J. Corp. L. 505 (1985). Part time Professor, Government Law College, Bombay University.

Organizations:

Chairman, Student's Union, Government Law College, 1977 1978; Member, University Senate, Bombay University, 1977-1978. President, Anti Bias Council of Greater Ossining, Inc., 1991-1994; Member, Police-Community Relations Advisory Council, Ossining (1994-1996); President, Indo American Lawyers' Association, New York (2002-2004); Member, Admissions Committee, Harvard Club of New York (2005-present); Member, Parking Committee, Village of Briarcliff Manor (2007-2008); Member, Ad hoc Facilities Committee, Briarcliff Manor School District (2008 - Feb 2009); Trustee, Board of Education, Briarcliff Manor School District (2009 - 2010); Member, Rotary Club of Briarcliff Manor (2010 - present)

Languages:

Hindi, Marathi, Gujarati and Tamil