List of Reported Cases

Adusumelli v. Steiner, United States District Court, Southern District of New York, 2010

Pludeman v. Northern Leasing Systems, Appellate Division, First Department, New York Supreme Court, 2010

Pludeman v. Northern Leasing Systems, New York Supreme Court, 2010

Serin v. Northern Leasing Systems, United States District Court, Southern District of New York, 2009

Crawford v. Franklin Credit Management Corporation, United States District Court, Southern District of New York, 2009

Aldrich v. Northern Leasing Systems, Inc., New York Supreme Court, 2009

Pludeman v. Northern Leasing Systems, Inc., New York Supreme Court, 2009

Pludeman v. Northern Leasing Systems, Inc., New York Court of Appeals, 2008

Venigalla v. Nori, New York Court of Appeals, 2008

Gandhi v. Mysorekar, New York Supreme Court, Queens County, 2007

Pludeman v. Northern Leasing, New York Supreme Court, Appellate Division First Department, 2007

Kelley v. Garuda, New York Supreme Court, Appellate Division Second Department, 2007

Koumantaros v. The City University of New York, No. 03 Civ. 10170, United States District Court, Southern District of New York (2007)

Congregation Yetev Lev D'Satmar of Kiryas Joel, Inc v. Congregation Yetev Lev D'Satmar, New York Supreme Court, Appellate Division, Second Department 2006

Shaw v. American Honda Finance Corp., N.Y. Sup., Bronx Co., 2004

Venigalla v. Alagappan, Appellate Division, Second Department, 2003

Hindu Temple Society of North America v. Supreme Court, United States Court of Appeals for Second Circuit, 2005

Hindu Temple Society of North America v. Supreme Court, United States District Court for Eastern District of New York, 2004

Lok Prakashan, Ltd. d/b/a Gujarat Samachar v. India Abroad Publications, Inc., United States Court of Appeals for Second Circuit, 2004

Lok Prakashan, Ltd. d/b/a Gujarat Samachar v. India Abroad Publications, Inc., United States District Court for Southern District of New York, 2003

Bank of India v. Trendi Sportswear, Inc., United States Court of Appeals for the Second Circuit, 2003

Chanayil v. Gulati, United States Court of Appeals for the Second Circuit, 1999

Pinto v. BankOne Corp., United States District for the Southern District of New York 2003

Chaman Lal Setia Exports. Ltd. v. Sawhney United States District for the Southern District of New York 2002

Bank of India v. Trendi Sportswear, Inc., 89 Civ. 5996 United States District Court for the Southern District of New York 2002

Bank of India v. Trendi Sportswear, Inc., 89 Civ. 5996 United States District Court for the Southern District of New York 2002

Solar Travel Corp. v. Nachtomi, Civ. 3564 United States District Court for the Southern District of New York 2001

Seanto Exports v. United Arab Agencies, 137 F. Supp. 2d 445 United States District Court for the Southern District of New York 2001

Chanayil v. Gulati, 94 Civ. 0710 United States District Court for the Southern District of New York 2000

Maharaja Travels v. Bank of India, 94 Civ. 8308 United States District Court for the Southern District of New York 1997

Butala v. Agashiwala, 95 Civ. 936 United States District Court for the Southern District of New York 1997

Shahzad v. H.J. Meyers & Co., 95 Civ. 6196 United States District Court for the Southern District of New York 1997

Chanayil v. Gulati, 94 Civ. 0710 United States District Court for the Southern District of New York 1996

Butala v. Agashiwala, 916 F. Supp. 314 United States District Court for the Southern District of New York 1996

Jolly v. Pittore, 92 Civ. 3593 JSM, 92 Civ. 5244 JSM United States District Court for the Southern District of New York 1995

Batra v. Investors Research Corp., 144 F.R.D. 97 United States District Court for the Western District of Missouri 1992

CL-Alexanders Laing & Cruickshank v. Goldfeld, 739 F. Supp. 158 United States District Court for the Southern District of New York 1990

CL-Alexanders Laing & Cruickshank v. Goldfeld, 127 F.R.D. 454 United States District Court for the Southern District of New York 1989

CL-Alexanders Laing & Cruickshank v. Goldfeld, 709 F. Supp. 472 United States District Court for the Southern District of New York 1989

Venigalla v. Alagappan, 2003 N.Y. Slip Op. 16490, Appellate Division, Second Department, New York Supreme Court, 2003

Makastchian v. Oxford Health Plans, 281 A.D.2d 197 Supreme Court of New York, Appellate Division, First Department 2001

Sheth v. New York Life Ins.Co., 273 A.D.2d 72 Supreme Court of New York, Appellate Division, First Department 2000

Makastchian v. Oxford Health Plans, Inc., 270 A.D.2d 25 Supreme Court of New York, Appellate Division, First Department 2000

Makastchian v. Oxford Health Plans, Inc., New York Supreme Court, New York County 1998

Mittelman v. GE Capital Mortg. Servs., 265 A.D.2d 311 Supreme Court of New York, Appellate Division, Second Department 1999

Hartej Corp. v. Pepsico World Trading Co., 255 A.D. 2d 233 Supreme Court of New York, Appellate Division, First Department 1998

Makastchian v. Oxford Health Plans, Inc., 245 A.D.2d 23 Supreme Court of New York, Appellate Division, First Department 1997

Billboard Sportswear v. Kapadia, 237 A.D. 2d 135 Supreme Court of New York, Appellate Division, First Department 1997

Kailsanathan v. Mysorekar, 234 A.D. 2d 135 Supreme Court of New York, Appellate Division, Second Department 1996

Genton v. Arpeggio Restaurant, 232 A.D. 2d 274 Supreme Court of New York, Appellate Division, First Department 1996

Vedic Heritage v. Patel, 232 A.D. 2d 477 Supreme Court of New York, Appellate Division, Second Department 1996

Bank of India v. Sanghvi, 224 A.D. 2d 347 Supreme Court of New York, Appellate Division, First Department 1996

Vedic Heritage v. Patel, 224 A.D.2d 517 Supreme Court of New York, Appellate Division, Second Department 1996

Rubin v. Goldring Inc., 150 A.D.2d 261 Supreme Court of New York, Appellate Division, First Department 1989

LaPaglia v. Sears Roebuck and Co., Inc., 143 A.D.2d 173 Supreme Court of New York, Appellate Division, Second Department 1988