| Date | Initials | Name / Invoice Number | Hours | Amount |
|------|----------|-----------------------|-------|--------|
| 03/07/06 | 596 | BENJAMIN Y. KAUFMAN | 0.75 | 420.00 |
| 04/21/06 | 1138 | PETER SLOANE | 0.25 | 97.50 |
| 06/29/06 | 30879 | ALEC GOUSS | 7.00 | 1,575.00 |

REDACTED

| | | | | |
|------|----------|-----------------------|-------|--------|
| 06/29/06 | 30862 | JOELLE GUERRIER | 7.00 | 1,575.00 |
| 05/11/06 | 596 | BENJAMIN Y. KAUFMAN | 0.75 | 420.00 |
| 08/25/06 | 596 | BENJAMIN Y. KAUFMAN | 0.50 | 280.00 |
| Total | | | 16.25 | $ 4,367.50 |

**CONFIDENTIAL**

| Date | Initials | Name / Invoice Number | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 03/07/06 | 1138 | PETER SLOANE | 0.25 | 97.50 |
| 03/08/06 | 596 | BENJAMIN Y. KAUFMAN | 2.50 | 1,400.00 |
| 03/08/06 | 596 | BENJAMIN Y. KAUFMAN | 4.00 | 2,240.00 |
| 03/09/06 | 596 | BENJAMIN Y. KAUFMAN | 4.50 | 2,520.00 |
| 03/09/06 | 1138 | PETER SLOANE | 0.25 | 97.50 |
| 03/10/06 | 1138 | PETER SLOANE | 0.75 | 292.50 |
| 03/13/06 | 202 | ARNOLD N. BRESSLER | 1.25 | 812.50 |
| 03/13/06 | 596 | BENJAMIN Y. KAUFMAN | 0.50 | 280.00 |
| 03/13/06 | 596 | BENJAMIN Y. KAUFMAN | 3.25 | 1,820.00 |
| 03/13/06 | 1138 | PETER SLOANE | 2.00 | 780.00 |
| 03/15/06 | 596 | BENJAMIN Y. KAUFMAN | 1.75 | 980.00 |
| 03/16/06 | 596 | BENJAMIN Y. KAUFMAN | 0.50 | 280.00 |
| 03/16/06 | 596 | BENJAMIN Y. KAUFMAN | 2.00 | 1,120.00 |
| 03/16/06 | 1138 | PETER SLOANE | 0.25 | 97.50 |
| 03/17/06 | 1138 | PETER SLOANE | 0.25 | 97.50 |
| 03/17/06 | 1138 | PETER SLOANE | 2.00 | 780.00 |

REDACTED

REDACTED

CONFIDENTIAL

NLS 812083

REDACTED

| Date | Initials | Name / Invoice Number | Hours | Amount |
|------|----------|-----------------------|-------|--------|
| 03/20/06 | 596 | BENJAMIN Y. KAUFMAN | 1.75 | 980.00 |
| 03/21/06 | 596 | BENJAMIN Y. KAUFMAN | 1.75 | 980.00 |
| 03/21/06 | 596 | BENJAMIN Y. KAUFMAN | 1.75 | 980.00 |
| 03/22/06 | 1138 | PETER SLOANE | 0.25 | 97.50 |
| 03/24/06 | 60140 | FRANTZ MICHAUD | 0.25 | 60.00 |
| 03/27/06 | 1175 | ADAM D. WEISS | 2.50 | 750.00 |
| 03/27/06 | 596 | BENJAMIN Y. KAUFMAN | 0.25 | 140.00 |

REDACTED

| 03/27/06 | 1138 | PETER SLOANE | 1.50 | 585.00 |
| 03/28/06 | 596 | BENJAMIN Y. KAUFMAN | 0.25 | 140.00 |
| 03/28/06 | 1138 | PETER SLOANE | 1.25 | 487.50 |
| 03/29/06 | 596 | BENJAMIN Y. KAUFMAN | 1.25 | 700.00 |
| 03/29/06 | 1191 | MJ QUINN | 1.25 | 343.75 |
| 03/29/06 | 1138 | PETER SLOANE | 0.50 | 195.00 |
| 03/30/06 | 596 | BENJAMIN Y. KAUFMAN | 0.50 | 280.00 |
| 03/30/06 | 1191 | MJ QUINN | 0.75 | 206.25 |

CONFIDENTIAL

NLS 812084

| Date | Initials | Name / Invoice Number | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 03/30/06 | 1138 | PETER SLOANE | 0.25 | 97.50 |
| 03/31/06 | 596 | BENJAMIN Y. KAUFMAN | 0.25 | 140.00 |
| 03/31/06 | 1138 | PETER SLOANE | 1.00 | 390.00 |
| 04/03/06 | 596 | BENJAMIN Y. KAUFMAN | 0.50 | 280.00 |
| 04/04/06 | 596 | BENJAMIN Y. KAUFMAN | 0.75 | 420.00 |
| 04/04/06 | 1138 | PETER SLOANE | 0.75 | 292.50 |
| 04/05/06 | 1175 | ADAM D. WEISS | 6.00 | 1,800.00 |
| 04/05/06 | 596 | BENJAMIN Y. KAUFMAN | 1.75 | 980.00 |
| 04/05/06 | 1138 | PETER SLOANE | 2.75 | 1,072.50 |
| 04/06/06 | 1175 | ADAM D. WEISS | 3.00 | 900.00 |
| 04/06/06 | 596 | BENJAMIN Y. KAUFMAN | 1.25 | 700.00 |
| 04/06/06 | 1138 | PETER SLOANE | 3.00 | 1,170.00 |
| 04/07/06 | 1175 | ADAM D. WEISS | 2.00 | 600.00 |

REDACTED

REDACTED

CONFIDENTIAL

NLS 812085

REDACTED

| Date | Initials | Name / Invoice Number | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 04/07/06 | 1138 | PETER SLOANE | 3.00 | 1,170.00 |
| 04/10/06 | 1175 | ADAM D. WEISS | 8.00 | 2,400.00 |
| 04/10/06 | 596 | BENJAMIN Y. KAUFMAN | 3.75 | 2,100.00 |
| 04/11/06 | 1175 | ADAM D. WEISS | 9.00 | 2,700.00 |
| 04/11/06 | 596 | BENJAMIN Y. KAUFMAN | 0.50 | 280.00 |
| 04/12/06 | 1175 | ADAM D. WEISS | 9.00 | 2,700.00 |
| 04/13/06 | 1191 | MJ QUINN | 0.25 | 68.75 |
| 04/14/06 | 1175 | ADAM D. WEISS | 3.00 | 900.00 |
| 04/16/06 | 1175 | ADAM D. WEISS | 3.00 | 900.00 |
| 04/17/06 | 1175 | ADAM D. WEISS | 5.00 | 1,500.00 |
| 04/17/06 | 596 | BENJAMIN Y. KAUFMAN | 0.25 | 140.00 |
| 04/18/06 | 202 | ARNOLD N. BRESSLER | 0.25 | 162.50 |
| 04/18/06 | 596 | BENJAMIN Y. KAUFMAN | 1.25 | 700.00 |
| 04/18/06 | 1138 | PETER SLOANE | 0.50 | 195.00 |
| 04/19/06 | 1138 | PETER SLOANE | 0.25 | 97.50 |
| 04/21/06 | 596 | BENJAMIN Y. KAUFMAN | 3.25 | 1,820.00 |
| 04/24/06 | 596 | BENJAMIN Y. KAUFMAN | 1.75 | 980.00 |
| 04/24/06 | 596 | BENJAMIN Y. KAUFMAN | 0.75 | 420.00 |
| 04/25/06 | 596 | BENJAMIN Y. KAUFMAN | 1.25 | 700.00 |
| 04/26/06 | 596 | BENJAMIN Y. KAUFMAN | 0.50 | 280.00 |
| 05/12/06 | 202 | ARNOLD N. BRESSLER | 0.50 | 325.00 |
| 05/12/06 | 596 | BENJAMIN Y. KAUFMAN | 1.25 | 700.00 |

REDACTED

**CONFIDENTIAL**                                                                 **NLS 812086**

REDACTED

| Date | Initials | Name / Invoice Number | Hours | Amount |
|------|----------|----------------------|-------|--------|
| 06/07/06 | 596 | BENJAMIN Y. KAUFMAN | 0.50 | 280.00 |
| 06/08/06 | 30736 | SARAH HONG | 11.00 | 2,585.00 |
| 06/09/06 | 596 | BENJAMIN Y. KAUFMAN | 0.75 | 420.00 |
| 06/09/06 | 30736 | SARAH HONG | 8.50 | 1,997.50 |
| 06/12/06 | 596 | BENJAMIN Y. KAUFMAN | 0.75 | 420.00 |
| 06/12/06 | 30736 | SARAH HONG | 11.00 | 2,585.00 |
| 06/13/06 | 30736 | SARAH HONG | 8.00 | 1,880.00 |
| 06/14/06 | 30736 | SARAH HONG | 6.00 | 1,410.00 |
| 06/21/06 | 596 | BENJAMIN Y. KAUFMAN | 1.25 | 700.00 |
| 06/22/06 | 596 | BENJAMIN Y. KAUFMAN | 1.50 | 840.00 |
| 06/22/06 | 30862 | JOELLE GUERRIER | 7.00 | 1,575.00 |
| 06/23/06 | 30862 | JOELLE GUERRIER | 7.00 | 1,575.00 |
| 06/26/06 | 30862 | JOELLE GUERRIER | 5.00 | 1,125.00 |
| 06/27/06 | 90647 | PENELOPE CARUSO | 0.50 | 30.00 |
| 06/27/06 | 1138 | PETER SLOANE | 0.50 | 195.00 |
| 06/28/06 | 1138 | PETER SLOANE | 0.25 | 97.50 |

REDACTED

CONFIDENTIAL                                                                 NLS 812087

REDACTED

| Date | Initials | Name / Invoice Number | Hours | Amount |
|------|----------|-----------------------|-------|--------|
| 06/29/06 | 1138 | PETER SLOANE | 1.00 | 390.00 |
| 06/30/06 | 596 | BENJAMIN Y. KAUFMAN | 0.25 | 140.00 |
| 06/30/06 | 1138 | PETER SLOANE | 1.50 | 585.00 |
| 07/06/06 | 596 | BENJAMIN Y. KAUFMAN | 1.25 | 700.00 |
| 07/13/06 | 596 | BENJAMIN Y. KAUFMAN | 1.25 | 700.00 |
| 12/12/06 | 1138 | PETER SLOANE | 2.50 | 975.00 |
| Total | | | 198.50 | $ 71,906.25 |

CONFIDENTIAL

NLS 812088

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

August 31, 2006
Invoice #: 586963

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc:  Mr. Ronald Kincheloe

For Professional Services rendered through the period of 7/17/06:

054309-00002
Melinda Serin - RICO Claim

Legal services rendered as itemized in the attached detailed billing report.

| | | | |
|---|---|---|---|
| Professional Services: | 83.8 hours | $ | 31,787.50 |
| Disbursements | | $ | 3,041.94 |
| **Total This Invoice** | | $ | **34,829.44** |

**PAYMENT IS DUE ON OR BEFORE SEPTEMBER 30, 2006**
**PLEASE INCLUDE INVOICE # 586963 ON YOUR CHECK**

CONFIDENTIAL                                                        NLS 812089

# EPSTEIN BECKER & GREEN, P.C.

Page: 2

ATTORNEYS AT LAW

250 PARK AVENUE

NEW YORK, NEW YORK 10177-1211

212.351.4500

FAX: 212.878.8600

FED. I.D. NO. 13-3031033

WWW.EBGLAW.COM

August 31, 2006
Invoice #: 586963

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 7/17/06:

054309-00002
Melinda Serin - RICO Claim

| Date | Name | | Hours | Amount |
|------|------|---|-------|--------|
| 06/21/06 | D.A. Schwartz | REDACTED | 0.2 | 73.00 |
| 06/28/06 | K.J. Kelly | | 1.4 | 665.00 |
| 06/28/06 | D.A. Schwartz | | 3.6 | 1,314.00 |
| 06/29/06 | K.J. Kelly | | 1.4 | 665.00 |
| 06/29/06 | D.A. Schwartz | | 5.3 | 1,934.50 |
| 06/30/06 | D.A. Schwartz | REDACTED | 4.3 | 1,569.50 |
| 06/30/06 | K.J. Kelly | | 0.4 | 190.00 |
| 07/03/06 | D.A. Schwartz | | 1.3 | 474.50 |
| 07/04/06 | K.J. Kelly | | 0.3 | 142.50 |
| 07/05/06 | K.J. Kelly | | 0.3 | 142.50 |
| 07/05/06 | D.A. Schwartz | | 1.1 | 401.50 |
| 07/06/06 | D.A. Schwartz | | 1.8 | 657.00 |
| 07/07/06 | D.A. Schwartz | | 2.1 | 766.50 |
| 07/08/06 | D.A. Schwartz | | 1.8 | 657.00 |

**PAYMENT IS DUE ON OR BEFORE SEPTEMBER 30, 2006**
**PLEASE INCLUDE INVOICE # 586963 ON YOUR CHECK**

CONFIDENTIAL

NLS 812090

Page: 3

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

August 31, 2006
Invoice #: 586963

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 7/17/06:

054309-00002
Melinda Serin - RICO Claim

| Date | Attorney | | Hours | Amount |
|---|---|---|---|---|
| 07/09/06 | D.A. Schwartz | REDACTED | 4.8 | 1,752.00 |
| 07/10/06 | D.A. Schwartz | | 7.1 | 2,591.50 |
| 07/10/06 | K.J. Kelly | | 1.3 | 617.50 |
| 07/11/06 | K.J. Kelly | | 1.6 | 760.00 |
| 07/11/06 | D.A. Schwartz | | 2.7 | 985.50 |
| 07/12/06 | K.J. Kelly | REDACTED | 4.8 | 2,280.00 |
| 07/12/06 | D.A. Schwartz | | 7.1 | 2,591.50 |
| 07/13/06 | K.J. Kelly | | 3.1 | 1,472.50 |
| 07/13/06 | D.A. Schwartz | | 8.3 | 3,029.50 |
| 07/14/06 | D.A. Schwartz | | 4.2 | 1,533.00 |
| 07/14/06 | K.J. Kelly | | 2.8 | 1,330.00 |
| 07/14/06 | T. Palmer | | 3.3 | 495.00 |
| 07/14/06 | T. Palmer | | 0.5 | 75.00 |

**PAYMENT IS DUE ON OR BEFORE SEPTEMBER 30, 2006**
**PLEASE INCLUDE INVOICE # 586963 ON YOUR CHECK**

**CONFIDENTIAL**                                    **NLS 812091**

# EPSTEIN BECKER & GREEN, P.C.

Page: 4

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

August 31, 2006
Invoice #: 586963

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 7/17/06:

054309-00002
Melinda Serin - RICO Claim

| Date | Timekeeper | | Hours | Amount |
|---|---|---|---|---|
| 07/14/06 | T. Palmer | REDACTED | 0.9 | 135.00 |
| 07/16/06 | D.A. Schwartz | | 0.9 | 328.50 |
| 07/17/06 | D.A. Schwartz | | 2.4 | 876.00 |
| 07/17/06 | K.J. Kelly | | 2.7 | 1,282.50 |

|  | | |
|---|---|---|
| **Total Hours** | **83.8** | |
| **Total For Services** | **$** | **31,787.50** |

**Disbursements Made On Behalf Of Client:**

| | |
|---|---|
| Telephone | 2.40 |
| Local Transportation | 8.00 |
| Secretarial O/T | 87.50 |
| Word Processing | 76.50 |
| Westlaw | 2,077.79 |
| Copying/Printing | 789.75 |

|  | | |
|---|---|---|
| **Disbursements Total** | **$** | **3,041.94** |

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K.J. Kelly | 20.10 | 475.00 | 9,547.50 |

**PAYMENT IS DUE ON OR BEFORE SEPTEMBER 30, 2006**
**PLEASE INCLUDE INVOICE # 586963 ON YOUR CHECK**

**CONFIDENTIAL**

**NLS 812092**

# EPSTEIN BECKER & GREEN, P.C.

Page: 5

ATTORNEYS AT LAW

250 PARK AVENUE

NEW YORK, NEW YORK 10177-1211

212.351.4500

FAX: 212.878.8600

FED. I.D. NO. 13-3031033

WWW.EBGLAW.COM

August 31, 2006
Invoice #: 586963

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 7/17/06:

054309-00002
Melinda Serin - RICO Claim

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D.A. Schwartz | 59.00 | 365.00 | 21,535.00 |
| T. Palmer | 4.70 | 150.00 | 705.00 |
| Total All Timekeepers | 83.8 | | 31,787.50 |

**Total This Invoice**     $    __34,829.44__

**PAYMENT IS DUE ON OR BEFORE SEPTEMBER 30, 2006**
**PLEASE INCLUDE INVOICE # 586963 ON YOUR CHECK**

**CONFIDENTIAL**

NLS 812093

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

September 27, 2006
Invoice #: 590051

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 8/31/06:

054309-00002
Melinda Serin - RICO Claim

Legal services rendered as itemized in the attached detailed billing report.

| | | | |
|---|---|---|---|
| Professional Services: | 32.3 hours | $ | 10,421.50 |
| Disbursements | | $ | 5,633.47 |
| **Total This Invoice** | | $ | **16,054.97** |

**PAYMENT IS DUE ON OR BEFORE OCTOBER 27, 2006**
**PLEASE INCLUDE INVOICE # 590051 ON YOUR CHECK**

**CONFIDENTIAL**                                                          **NLS 812094**

# EPSTEIN BECKER & GREEN, P.C.

Page: 2

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

September 27, 2006
Invoice #: 590051

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 8/31/06:

054309-00002
Melinda Serin - RICO Claim

| Date | Attorney | | Hours | Amount |
|------|----------|--------|-------|--------|
| 08/08/06 | K.J. Kelly | REDACTED | 0.5 | 237.50 |
| 08/09/06 | K.J. Kelly | | 0.4 | 190.00 |
| 08/14/06 | A.L. Joseph | | 0.5 | 145.00 |
| 08/14/06 | K.J. Kelly | | 0.6 | 285.00 |
| 08/15/06 | K.J. Kelly | | 0.5 | 237.50 |
| 08/22/06 | K.J. Kelly | | 2.0 | 950.00 |
| 08/22/06 | A.L. Joseph | | 0.5 | 145.00 |
| 08/22/06 | A.L. Joseph | REDACTED | 2.3 | 667.00 |
| 08/26/06 | A.L. Joseph | | 2.5 | 725.00 |
| 08/28/06 | K.J. Kelly | | 0.9 | 427.50 |
| 08/29/06 | K.J. Kelly | | 0.8 | 380.00 |
| 08/29/06 | A.L. Joseph | | 0.3 | 87.00 |
| 08/29/06 | A.L. Joseph | | 0.5 | 145.00 |
| 08/30/06 | A.L. Joseph | | 10.0 | 2,900.00 |

**PAYMENT IS DUE ON OR BEFORE OCTOBER 27, 2006**
**PLEASE INCLUDE INVOICE # 590051 ON YOUR CHECK**

# EPSTEIN BECKER & GREEN, P.C.

Page: 3

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

September 27, 2006
Invoice #: 590051

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc:  Mr. Ronald Kincheloe

For Professional Services rendered through the period of 8/31/06:

054309-00002
Melinda Serin - RICO Claim

| | | | | |
|---|---|---|---|---|
| 08/31/06 | A.L. Joseph | REDACTED | 10.0 | 2,900.00 |
| | | **Total Hours** | **32.3** | |
| | | **Total For Services** | $ | **10,421.50** |

**Disbursements Made On Behalf Of Client:**

| | |
|---|---|
| Messenger | 10.00 |
| Fee - Filing | 113.00 |
| Facsimile | 11.00 |
| Westlaw | 5,491.97 |
| Copying/Printing | 7.50 |
| **Disbursements Total** | $    **5,633.47** |

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K.J. Kelly | 5.70 | 475.00 | 2,707.50 |
| A.L. Joseph | 26.60 | 290.00 | 7,714.00 |
| Total All Timekeepers | 32.3 | | 10,421.50 |

**PAYMENT IS DUE ON OR BEFORE OCTOBER 27, 2006**
**PLEASE INCLUDE INVOICE # 590051 ON YOUR CHECK**

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

September 27, 2006
Invoice #: 590051

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 8/31/06:

054309-00002
Melinda Serin - RICO Claim

**Total This Invoice**                            $        16,054.97

**PAYMENT IS DUE ON OR BEFORE OCTOBER 27, 2006**
**PLEASE INCLUDE INVOICE # 590051 ON YOUR CHECK**

CONFIDENTIAL                                             NLS 812097

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

October 30, 2006
Invoice #: 593715

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Jay Cohen
cc: Mr. Leonard Mezei

For Professional Services rendered through the period of 9/30/06:

054309-00002
Melinda Serin - RICO Claim

Legal services rendered as itemized in the attached detailed billing report.

| Date | Attorney | | Hours | Amount |
|------|----------|---|-------|--------|
| 09/01/06 | A.L. Joseph | REDACTED | 6.0 | 1,740.00 |
| 09/02/06 | A.L. Joseph | | 3.0 | 870.00 |
| 09/04/06 | A.L. Joseph | | 0.1 | 29.00 |
| 09/04/06 | A.L. Joseph | | 2.0 | 580.00 |
| 09/05/06 | A.L. Joseph | | 3.3 | 957.00 |
| 09/05/06 | K.J. Kelly | | 2.3 | 1,092.50 |
| 09/06/06 | K.J. Kelly | REDACTED | 2.2 | 1,045.00 |
| 09/06/06 | A.L. Joseph | | 8.5 | 2,465.00 |
| 09/07/06 | A.L. Joseph | | 4.0 | 1,160.00 |
| 09/07/06 | T. Palmer | | 1.2 | 180.00 |
| 09/07/06 | K.J. Kelly | | 4.2 | 1,995.00 |
| 09/08/06 | J.A. Cruz | | 0.5 | 32.50 |

**PAYMENT IS DUE ON OR BEFORE NOVEMBER 29, 2006**
**PLEASE INCLUDE INVOICE # 593715 ON YOUR CHECK**

CONFIDENTIAL                                                      NLS 812098

# EPSTEIN BECKER & GREEN, P.C.

Page: 2

ATTORNEYS AT LAW

250 PARK AVENUE

NEW YORK, NEW YORK 10177-1211

212.351.4500

FAX: 212.878.8600

FED. I.D. NO. 13-3031033

WWW.EBGLAW.COM

October 30, 2006
Invoice #: 593715

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Jay Cohen
cc: Mr. Leonard Mezei

For Professional Services rendered through the period of 9/30/06:

054309-00002
Melinda Serin - RICO Claim

| Date | Attorney | | Hours | Amount |
|------|----------|--|-------|--------|
| 09/08/06 | O. Wallace | REDACTED | 0.3 | 45.00 |
| 09/08/06 | K.J. Kelly | | 2.1 | 997.50 |
| 09/08/06 | A.L. Joseph | | 1.5 | 435.00 |
| 09/08/06 | A.L. Joseph | | 2.3 | 667.00 |
| 09/11/06 | A.L. Joseph | | 2.0 | 580.00 |
| 09/12/06 | A.L. Joseph | | 2.5 | 725.00 |
| 09/13/06 | A.L. Joseph | | 1.5 | 435.00 |
| 09/22/06 | K.J. Kelly | | 0.5 | 237.50 |
| 09/28/06 | S. Manigo | | 0.6 | 60.00 |
| 09/28/06 | K.J. Kelly | | 1.5 | 712.50 |

**Total Hours**  **52.1**

**Total For Services**  $  **17,040.50**

**Disbursements Made On Behalf Of Client:**

| | |
|---|---|
| Taxis | 96.90 |
| Telephone | 0.52 |
| Lexis | 1,204.56 |

**PAYMENT IS DUE ON OR BEFORE NOVEMBER 29, 2006**
**PLEASE INCLUDE INVOICE # 593715 ON YOUR CHECK**

## EPSTEIN BECKER & GREEN, P.C.

Page: 3

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

October 30, 2006
Invoice #: 593715

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Jay Cohen
cc: Mr. Leonard Mezei

For Professional Services rendered through the period of 9/30/06:

054309-00002
Melinda Serin - RICO Claim

| | |
|---|---:|
| Westlaw | 2,027.31 |
| Copying/Printing | 665.50 |

**Disbursements Total**   $   **3,994.79**

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K.J. Kelly | 12.80 | 475.00 | 6,080.00 |
| A.L. Joseph | 36.70 | 290.00 | 10,643.00 |
| T. Palmer | 1.20 | 150.00 | 180.00 |
| O. Wallace | 0.30 | 150.00 | 45.00 |
| S. Manigo | 0.60 | 100.00 | 60.00 |
| J.A. Cruz | 0.50 | 65.00 | 32.50 |
| Total All Timekeepers | 52.1 | | 17,040.50 |

**Total This Invoice**   $   **21,035.29**

**PAYMENT IS DUE ON OR BEFORE NOVEMBER 29, 2006**
**PLEASE INCLUDE INVOICE # 593715 ON YOUR CHECK**

CONFIDENTIAL                     NLS 812100

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

250 PARK AVENUE

NEW YORK, NEW YORK 10177-1211

212.351.4500

FAX: 212.878.8600

FED. I.D. NO. 13-3031033

WWW.EBGLAW.COM

November 30, 2006
Invoice #: 597205

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Jay Cohen
cc: Mr. Leonard Mezei

For Professional Services rendered through the period of 10/31/06:

054309-00002
Melinda Serin - RICO Claim

Legal services rendered as itemized in the attached detailed billing report.

| Date | Timekeeper | | Hours | Amount |
|---|---|---|---|---|
| 10/02/06 | K.J. Kelly | REDACTED | 0.9 | 450.00 |
| 10/03/06 | A.L. Joseph | | 0.3 | 88.50 |
| | **Total Hours** | | **1.2** | |
| | **Total For Services** | | $ | **538.50** |
| | Prompt payment discount | | | (53.85) |
| | **Balance of Fees Due** | | $ | **484.65** |

**Disbursements Made On Behalf Of Client:**

| | |
|---|---|
| Telephone | 0.38 |
| **Disbursements Total** | $ **0.38** |

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K.J. Kelly | 0.90 | 500.00 | 450.00 |
| A.L. Joseph | 0.30 | 295.00 | 88.50 |
| Total All Timekeepers | 1.2 | | 538.50 |

**PAYMENT IS DUE ON OR BEFORE DECEMBER 30, 2006**
**PLEASE INCLUDE INVOICE # 597205 ON YOUR CHECK**

CONFIDENTIAL                                                    NLS 812101

EPSTEIN BECKER & GREEN, P.C.                    Page: 2

ATTORNEYS AT LAW

250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

November 30, 2006
Invoice #: 597205

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Jay Cohen
cc: Mr. Leonard Mezei

For Professional Services rendered through the period of 10/31/06:

054309-00002
Melinda Serin - RICO Claim

**Total This Invoice**                        $        485.03

**PAYMENT IS DUE ON OR BEFORE DECEMBER 30, 2006**
**PLEASE INCLUDE INVOICE # 597205 ON YOUR CHECK**

**CONFIDENTIAL**                              **NLS 812102**

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

250 PARK AVENUE

NEW YORK, NEW YORK 10177-1211

212.351.4500

FAX: 212.878.8600

FED. I.D. NO. 13-3031033

WWW.EBGLAW.COM

January 31, 2007

Invoice #: 604081

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 12/31/06:

054309-00002
Melinda Serin - RICO Claim

Legal services rendered as itemized in the attached detailed billing report.

| Date | Name | | Hours | Amount |
|---|---|---|---|---|
| 11/03/06 | A.L. Joseph | REDACTED | 0.3 | 88.50 |
| 12/14/06 | K.J. Kelly | | 4.3 | 2,150.00 |
| 12/18/06 | K.J. Kelly | | 3.4 | 1,700.00 |
| 12/18/06 | A.L. Joseph | | 1.5 | 442.50 |
| 12/19/06 | Arnold Bressler | | 0.5 | 337.50 |

|  |  |  |
|---|---|---|
| **Total Hours** | **10.0** | |
| **Total For Services** | $ | **4,718.50** |
| Less 10% discount if paid within 30 days | | (471.85) |
| **Balance of Fees Due** | $ | **4,246.65** |

**Disbursements Made On Behalf Of Client:**

| | |
|---|---|
| Library Expenses | 2.88 |
| Taxis | 17.00 |

**PAYMENT IS DUE ON OR BEFORE MARCH 2, 2007**
**PLEASE INCLUDE INVOICE # 604081 ON YOUR CHECK**

Page: 2

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

January 31, 2007
Invoice #: 604081

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 12/31/06:

054309-00002
Melinda Serin - RICO Claim

| | |
|---|---:|
| Fax/Telex | 3.00 |
| Copying/Printing | 65.75 |

|  | | |
|---|---|---:|
| **Disbursements Total** | $ | **88.63** |

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Arnold Bressler | 0.50 | 675.00 | 337.50 |
| K.J. Kelly | 7.70 | 500.00 | 3,850.00 |
| A.L. Joseph | 1.80 | 295.00 | 531.00 |
| Total All Timekeepers | 10.0 | | 4,718.50 |

| | | |
|---|---|---:|
| **Total This Invoice** | $ | **4,335.28** |

PAYMENT IS DUE ON OR BEFORE MARCH 2, 2007
PLEASE INCLUDE INVOICE # 604081 ON YOUR CHECK

**CONFIDENTIAL**

NLS 812104

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

February 28, 2007
Invoice #: 607600

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 1/31/07:

054309-00002
Melinda Serin - RICO Claim

Legal services rendered as itemized in the attached detailed billing report.

| Date | Timekeeper | | Hours | Amount |
|---|---|---|---|---|
| 01/16/07 | K.J. Kelly | REDACTED | 1.1 | 550.00 |
| 01/17/07 | K.J. Kelly | | 0.4 | 200.00 |
| | | **Total Hours** | **1.5** | |
| | | **Total For Services** | $ | **750.00** |
| | | Less 10% adjustment if paid within 30 days | | (75.00) |
| | | **Balance of Fees Due** | $ | **675.00** |

**Disbursements Made On Behalf Of Client:**

| | |
|---|---|
| Messenger | 18.00 |
| Fax/Telex | 3.00 |
| Copying/Printing | 3.50 |
| **Disbursements Total** | $ **24.50** |

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K.J. Kelly | 1.50 | 500.00 | 750.00 |

**PAYMENT IS DUE ON OR BEFORE MARCH 30, 2007**
**PLEASE INCLUDE INVOICE # 607600 ON YOUR CHECK**

CONFIDENTIAL

NLS 812105

Page: 2

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

February 28, 2007
Invoice #: 607600

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 1/31/07:

054309-00002
Melinda Serin - RICO Claim

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| Total All Timekeepers | 1.5 | | 750.00 |

**Total This Invoice**          $          **699.50**

**PAYMENT IS DUE ON OR BEFORE MARCH 30, 2007**
**PLEASE INCLUDE INVOICE # 607600 ON YOUR CHECK**

**CONFIDENTIAL**                                                      **NLS 812106**