# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

250 PARK AVENUE

NEW YORK, NEW YORK 10177-1211

212.351.4500

FAX: 212.878.8600

FED. I.D. NO. 13-3031033

WWW.EBGLAW.COM

May 16, 2007

Invoice #: 616426

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc: Mr. Ronald Kincheloe

For Professional Services rendered through the period of 4/30/07:

054309-00002
Melinda Serin - RICO Claim

Legal services rendered as itemized in the attached detailed billing report.

| Date | Attorney | | Hours | Amount |
|---|---|---|---|---|
| 04/06/07 | K.J. Kelly | REDACTED | 0.5 | 250.00 |
| 04/09/07 | A.L. Joseph | | 0.1 | 29.50 |
| 04/13/07 | A.L. Joseph | | 0.1 | 29.50 |
| 04/26/07 | K.J. Kelly | | 0.2 | 100.00 |

|  |  |
|---|---|
| **Total Hours** | **0.9** |
| **Total For Services** | $ **409.00** |
| Less 10% discount if paid within 30 days | (40.90) |
| **Balance of Fees Due** | $ **368.10** |

**Disbursements Made On Behalf Of Client:**

| | |
|---|---|
| Air Courier | 11.82 |
| Taxis | 14.75 |
| **Disbursements Total** | $ **26.57** |

**PAYMENT IS DUE ON OR BEFORE JUNE 15, 2007**
**PLEASE INCLUDE INVOICE # 616426 ON YOUR CHECK**

**CONFIDENTIAL**                                                                 **NLS 812107**

# EPSTEIN BECKER & GREEN, P.C.

Page: 2

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
FED. I.D. NO. 13-3031033
WWW.EBGLAW.COM

May 16, 2007
Invoice #: 616426

Northern Leasing Systems, Inc.
132 West 31st Street
New York, NY 10001
Attn: Mr. Jay Cohen
cc: Mr. Leonard Mezei
cc:  Mr. Ronald Kincheloe

For Professional Services rendered through the period of 4/30/07:

054309-00002
Melinda Serin - RICO Claim

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K.J. Kelly | 0.70 | 500.00 | 350.00 |
| A.L. Joseph | 0.20 | 295.00 | 59.00 |
| Total All Timekeepers | 0.9 | | 409.00 |
| **Total This Invoice** | | | $        394.67 |

PAYMENT IS DUE ON OR BEFORE JUNE 15, 2007
PLEASE INCLUDE INVOICE # 616426 ON YOUR CHECK

CONFIDENTIAL

NLS 812108

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 65206
December 3, 2008

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001

cc: Mr. Ron Kincheloe

FOR PROFESSIONAL SERVICES RENDERED during the
period through October 31, 2008:

# REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

REDACTED

**121-Melinda Serin, ET Al. v.**
Fees ....................................................................................... $     9,092.50
Disbursements ....................................................................... $          18.87

REDACTED

**TOTAL AMOUNT DUE**................. $

*Discounted Amount Due If Paid Within 30 Days*................ $

DATE  11/12/10

**MOSES & SINGER LLP**

BILLING MEMORANDUM #  250462    THRU 10/31/08

CLIENT  011082    - NORTHERN LEASING SYSTEMS                  BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0188   BRESSLER, ARNOLD N. | | | | | |
| | 10/07/08 | .30 | 675.00 | 202.50 | REDACTED |
| TIMEKEEPER TOTAL | | .30 | | 202.50 | |
| 0166   SKOFF, ABRAHAM | | | | | |
| | 10/06/08 | .20 | 625.00 | 125.00 | |
| | 10/14/08 | .10 | 625.00 | 62.50 | |
| | 10/15/08 | .20 | 625.00 | 125.00 | |
| | 10/20/08 | .20 | 625.00 | 125.00 | |
| | 10/21/08 | .10 | 625.00 | 62.50 | |
| | 10/27/08 | 2.70 | 625.00 | 1,687.50 | |
| TIMEKEEPER TOTAL | | 3.50 | | 2,187.50 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 10/03/08 | .50 | 480.00 | 240.00 | |
| | 10/20/08 | .20 | 480.00 | 96.00 | |
| | 10/21/08 | .10 | 480.00 | 48.00 | |
| TIMEKEEPER TOTAL | | .80 | | 384.00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 09/03/08 | .40 | 395.00 | 158.00 | |
| | 09/24/08 | 1.20 | 395.00 | 474.00 | |
| | 09/25/08 | .50 | 395.00 | 197.50 | |
| | 09/26/08 | .40 | 395.00 | 158.00 | |

DATE  11/12/10

MOSES & SINGER LLP

Page 41 (2)

BILLING MEMORANDUM #  250462    THRU 10/31/08

CLIENT  011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

* * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 09/29/08 | .90 | 395.00 | 355.50 | REDACTED |
| | 09/30/08 | .50 | 395.00 | 197.50 | |
| | 10/02/08 | 1.50 | 395.00 | 592.50 | |
| | 10/03/08 | 2.30 | 395.00 | 908.50 | |
| | 10/06/08 | 1.60 | 395.00 | 632.00 | |
| | 10/09/08 | .30 | 395.00 | 118.50 | |
| | 10/13/08 | 1.00 | 395.00 | 395.00 | |
| | 10/15/08 | .40 | 395.00 | 158.00 | |
| | 10/16/08 | .10 | 395.00 | 39.50 | |
| | 10/20/08 | .50 | 395.00 | 197.50 | |
| | 10/27/08 | .30 | 395.00 | 118.50 | |

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 42 (3)
                              BILLING MEMORANDUM #  250462      THRU 10/31/08

CLIENT  011082     - NORTHERN LEASING SYSTEMS           BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                         * * * * * U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
|  | 10/29/08 | .10 | 395.00 | 39.50 | REDACTED |
| TIMEKEEPER TOTAL |  | 12.00 |  | 4,740.00 | |
| 0638   TOMACKI, SHAARON |  |  |  |  | |
|  | 10/03/08 | 3.20 | 205.00 | 656.00 | |
|  | 10/06/08 | 4.50 | 205.00 | 922.50 | |
| TIMEKEEPER TOTAL |  | 7.70 |  | 1,578.50 | |
| **TOTAL UNBILLED TIME** |  | **24.30** |  | **9,092.50** | |

                  * * * * * U N B I L L E D   D I S B U R S E M E N T S · * * * * *

| CLASS | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 152    Federal Express | 10/31/08 | 0445 | REDACTED | 18.87 |
| TOTAL Federal Express |  |  |  | 18.87 |
| **TOTAL UNBILLED DISBURSEMENTS** |  |  |  | **18.87** |

               * * * U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y * * *

| CLASS | TOTAL |
|---|---|
| 152    Federal Express | 18.87 |
| **TOTALS** | **18.87** |

**CONFIDENTIAL**                                              **NLS 812113**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 65816
December 30, 2008

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001

cc: Mr. Ron Kincheloe

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2008:

# REDACTED

CONFIDENTIAL

NLS 812114

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

**121-Melinda Serin, ET Al. vs. Northern Leasing Systems Inc.**

| | | |
|---|---|---|
| Fees | $ | 50,915.50 |
| Fee Adjustment | | (25,915.50) |
| Disbursements | $ | 7.92 |

# REDACTED

| | |
|---|---|
| TOTAL FEES | $ |
| TOTAL DISBURSEMENTS | $ |
| | $ |
| PREVIOUS UNPAID BALANCE | $ |
| **TOTAL AMOUNT DUE** | $ |

*Discounted Amount Due If Paid Within 30 Days* ................ $

DATE  11/12/10                          **MOSES & SINGER LLP**
                          BILLING MEMORANDUM #  251254      THRU 11/30/08

CLIENT  011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

                    * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0166   SKOFF, ABRAHAM | | | | | |
| | 11/07/08 | .70 | 625.00 | 437.50 | REDACTED |
| | 11/10/08 | .60 | 625.00 | 375.00 | |
| | 11/20/08 | 1.90 | 625.00 | 1,187.50 | |
| | 11/21/08 | .90 | 625.00 | 562.50 | |
| TIMEKEEPER TOTAL | | 4.10 | | 2,562.50 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 11/06/08 | 1.00 | 480.00 | 480.00 | |
| | 11/10/08 | .20 | 480.00 | 96.00 | |
| | 11/10/08 | 4.00 | 480.00 | 1,920.00 | |
| | 11/11/08 | 5.70 | 480.00 | 2,736.00 | |
| | 11/12/08 | 6.00 | 480.00 | 2,880.00 | |
| | 11/13/08 | 3.50 | 480.00 | 1,680.00 | |
| | 11/14/08 | 2.80 | 480.00 | 1,344.00 | |
| | 11/18/08 | 5.70 | 480.00 | 2,736.00 | |
| | 11/19/08 | 6.00 | 480.00 | 2,880.00 | |
| | 11/20/08 | 5.00 | 480.00 | 2,400.00 | |
| | 11/21/08 | 5.90 | 480.00 | 2,832.00 | |
| TIMEKEEPER TOTAL | | 45.80 | | 21,984.00 | |
| 0431   SILBERFEIN, SCOTT | | | | | |
| | 11/10/08 | 1.50 | 425.00 | 637.50 | |

DATE 11/12/10                        **MOSES & SINGER LLP**                       Page 27 (2)

BILLING MEMORANDUM # 251254     THRU 11/30/08

CLIENT   011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY   0188     ARNOLD N. BRESSLER

MATTER   011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \* U N B I L L E D    T I M E   \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 11/11/08 | 5.90 | 425.00 | 2,507.50 | |
| | 11/12/08 | 4.40 | 425.00 | 1,870.00 | |
| | 11/13/08 | 6.20 | 425.00 | 2,635.00 | |
| | 11/14/08 | 6.60 | 425.00 | 2,805.00 | |
| | 11/17/08 | 5.40 | 425.00 | 2,295.00 | |
| | 11/18/08 | 5.70 | 425.00 | 2,422.50 | |
| | 11/20/08 | 3.40 | 425.00 | 1,445.00 | |
| | 11/21/08 | 2.00 | 425.00 | 850.00 | |
| TIMEKEEPER TOTAL | | 41.10 | | 17,467.50 | |
| 0489   FARBER, DANIELLE | | | | | |
| | 11/11/08 | 3.30 | 275.00 | 907.50 | |
| | 11/12/08 | 3.50 | 275.00 | 962.50 | |
| | 11/14/08 | 1.80 | 275.00 | 495.00 | |
| | 11/17/08 | 5.40 | 275.00 | 1,485.00 | |
| | 11/18/08 | 1.80 | 275.00 | 495.00 | |
| | 11/20/08 | 4.00 | 275.00 | 1,100.00 | |
| | 11/21/08 | 3.00 | 275.00 | 825.00 | |
| TIMEKEEPER TOTAL | | 22.80 | | 6,270.00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 11/03/08 | .20 | 395.00 | 79.00 | |
| | 11/06/08 | .90 | 395.00 | 355.50 | |
| TIMEKEEPER TOTAL | | 1.10 | | 434.50 | |

REDACTED

**CONFIDENTIAL**                                                    **NLS 812117**

DATE  11/12/10                           **MOSES & SINGER LLP**                              Page 28 (3)
                               BILLING MEMORANDUM #  251254      THRU 11/30/08

CLIENT  011082     - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 1602   GIBSON, DANE | | | | | |
| | 11/21/08 | 2.20 | 220.00 | 484.00 | |
| TIMEKEEPER TOTAL | | 2.20 | | 484.00 | |
| 0630   KICK, DON | | | | | |
| | 11/21/08 | .50 | 220.00 | 110.00 | |
| TIMEKEEPER TOTAL | | .50 | | 110.00 | |
| 0638   TOMACKI, SHAARON | | | | | |
| | 11/06/08 | .70 | 205.00 | 143.50 | |
| | 11/13/08 | 1.50 | 205.00 | 307.50 | |
| | 11/20/08 | .90 | 205.00 | 184.50 | |
| TIMEKEEPER TOTAL | | 3.10 | | 635.50 | |
| 0604   ZUCKERMAN, RICHARD | | | | | |
| | 11/26/08 | 4.50 | 215.00 | 967.50 | |
| TIMEKEEPER TOTAL | | 4.50 | | 967.50 | |
| **TOTAL UNBILLED TIME** | | **61.48** | | **50,915.50** | |

                          * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 021     Westlaw | 11/30/08 | 0188 | REDACTED | No Charge |
| 021     Westlaw | 11/30/08 | 0188 | | No Charge |

**CONFIDENTIAL**                                                          **NLS 812118**

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 29 (4)
                            BILLING MEMORANDUM #  251254    THRU 11/30/08

CLIENT  011082   - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                    * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|

<div style="text-align:center; color:red; font-size:2em;">REDACTED</div>

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 021 | Westlaw | 11/30/08 | 0188 | | No Charge |
| 021 | Westlaw | 11/30/08 | 0188 | | No Charge |
| 021 | Westlaw | 11/30/08 | 0188 | | No Charge |
| 021 | Westlaw | 11/30/08 | 0188 | | No Charge |
| 056 | Meals | 11/25/08 | 0904 | | 6.00 |
| | TOTAL Meals | | | | 6.00 |
| 121 | Lexis/ Nexis | 11/30/08 | 0188 | | No Charge |
| 017 | Duplicating | | | | 1.50 |
| 053 | Postage | | | | .42 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | **7.92** |

                    * * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *

| CLASS | | TOTAL |
|---|---|---|
| 017 | Duplicating | 1.50 |
| 056 | Meals | 6.00 |
| 053 | Postage | .42 |
| **TOTALS** | | **7.92** |

**CONFIDENTIAL**                                                    **NLS 812119**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 66564
January 27, 2009

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2008:

# REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

**121-Melinda Serin, ET Al. v. Northern Leasing**
Disbursements.......................................................................  $       345.14

# REDACTED

| | | |
|---|---|---|
| TOTAL FEES | $ | |
| TOTAL DISBURSEMENTS | $ | |
| TOTAL INVOICE ............................ | $ | |
| PREVIOUS UNPAID BALANCE | $ | |
| **TOTAL AMOUNT DUE**................ | $ | |

*Discounted Amount Due If Paid Within 30 Days*................  *$*

CONFIDENTIAL                                                    NLS 812121

Page 34 (1)

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  255948      THRU 12/31/08

CLIENT  011082      - NORTHERN LEASING SYSTEMS                   BILLING ATTORNEY  0188      ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

### * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|-------|---|------|------|-------------|--------|
| 056 | Meals | 12/12/08 | 0431 | REDACTED | 13.34 |
| 056 | Meals | 12/12/08 | 0604 | | 19.81 |
| 056 | Meals | 12/17/08 | 0904 | | 6.00 |
| | TOTAL Meals | | | | 39.15 |
| 058 | Carfare | 12/23/08 | 0431 | | 91.80 |
| 058 | Carfare | 12/23/08 | 0431 | | 89.51 |
| 058 | Carfare | 12/23/08 | 0431 | | 94.61 |
| | TOTAL Carfare | | | | 275.92 |
| 152 | Federal Express | 12/09/08 | 0904 | | 15.42 |
| 152 | Federal Express | 12/09/08 | 0904 | | 14.65 |
| | TOTAL Federal Express | | | | 30.07 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | **345.14** |

### * * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *

| CLASS | | TOTAL |
|-------|---|-------|
| 058 | Carfare | 275.92 |
| 152 | Federal Express | 30.07 |
| 056 | Meals | 39.15 |
| **TOTALS** | | **345.14** |

**CONFIDENTIAL**                                                        **NLS 812122**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 67346
February 27, 2009

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2009:

# REDACTED

**CONFIDENTIAL**

**NLS 812123**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

REDACTED

**121-Melinda Serin, et al. v. NLSI**

Fees ................................................................................. $    21,000.00
Disbursements ................................................................. $          52.96

REDACTED

TOTAL ............................................... $
Less:  Overpayment ........................... $_

**TOTAL AMOUNT DUE**................. $=

*Discounted Amount Due If Paid Within 30 Days* ............... $

DATE  11/12/10

**MOSES & SINGER LLP**

BILLING MEMORANDUM #  259786      THRU 01/31/09

CLIENT  011082      - NORTHERN LEASING SYSTEMS                BILLING ATTORNEY  0188      ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

### * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0166   SKOFF, ABRAHAM | | | | | |
| | 01/15/09 | .20 | 625.00 | 125.00 | |
| TIMEKEEPER TOTAL | | .20 | | 125.00 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 01/15/09 | 1.30 | 480.00 | No Charge | |
| | 01/16/09 | 4.60 | 480.00 | No Charge | |
| | 01/22/09 | 4.90 | 480.00 | 2,352.00 | |
| | 01/26/09 | 3.90 | 480.00 | 1,872.00 | |
| | 01/27/09 | 4.00 | 480.00 | 1,920.00 | |
| | 01/27/09 | .20 | 480.00 | No Charge | |
| | 01/28/09 | 6.20 | 480.00 | No Charge | |
| | 01/29/09 | .70 | 480.00 | No Charge | |
| | 01/29/09 | 6.20 | 480.00 | No Charge | |
| | 01/30/09 | 4.00 | 480.00 | No Charge | |
| TIMEKEEPER TOTAL | | 12.80 | | 6,144.00 | |
| 0431   SILBERFEIN, SCOTT | | | | | |
| | 01/22/09 | 2.60 | 450.00 | 1,170.00 | |
| | 01/23/09 | 5.00 | 450.00 | 2,250.00 | |
| | 01/26/09 | 2.30 | 450.00 | 1,035.00 | |
| | 01/27/09 | 4.00 | 450.00 | 1,800.00 | |

REDACTED

**CONFIDENTIAL**                                                          **NLS 812125**

DATE  11/12/10

**MOSES & SINGER LLP**

BILLING MEMORANDUM #  259786    THRU 01/31/09

Page 29 (2)

CLIENT  011082    - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 01/28/09 | 2.00 | 450.00 | 900.00 | |
| TIMEKEEPER TOTAL | | 15.90 | | 7,155.00 | |
| 0489  FARBER, DANIELLE | | | | | |
| | 01/22/09 | 1.50 | 325.00 | 487.50 | |
| | 01/26/09 | .80 | 325.00 | 260.00 | |
| | 01/27/09 | 5.00 | 325.00 | 1,625.00 | |
| | 01/29/09 | 3.20 | 325.00 | No Charge | |
| TIMEKEEPER TOTAL | | 7.30 | | 2,372.50 | |
| 0445  NIGRO, JENNIFER | | | | | |
| | 01/15/09 | .20 | 395.00 | 79.00 | |
| | 01/22/09 | 2.20 | 395.00 | 869.00 | |
| | 01/23/09 | 2.00 | 395.00 | 790.00 | |
| | 01/27/09 | 3.50 | 395.00 | 1,382.50 | |
| | 01/28/09 | 2.28 | 395.00 | 900.50 | |
| | 01/28/09 | 1.32 | 395.00 | No Charge | |
| | 01/29/09 | 3.50 | 395.00 | No Charge | |
| | 01/30/09 | .20 | 395.00 | No Charge | |
| TIMEKEEPER TOTAL | | 10.18 | | 4,021.00 | |

**REDACTED**

**CONFIDENTIAL**

**NLS 812126**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  259786    THRU 01/31/09

Page 30 (3)

CLIENT  011082   - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0604   ZUCKERMAN, RICHARD | | | | | |
| | 01/15/09 | .70 | 215.00 | 150.50 | REDACTED |
| | 01/16/09 | 2.80 | 215.00 | 602.00 | |
| | 01/26/09 | 2.00 | 215.00 | 430.00 | |
| | 01/29/09 | 1.80 | 215.00 | No Charge | |
| TIMEKEEPER TOTAL | | 5.50 | | 1,182.50 | |
| **TOTAL UNBILLED TIME** | | **51.88** | | **21,000.00** | |

**\* \* \* \* \*  U N B I L L E D    D I S B U R S E M E N T S  \* \* \* \* \***

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 056 | Meals | 01/28/09 | 0604 | REDACTED | 25.05 |
| | TOTAL Meals | | | | 25.05 |
| 155 | Search fees | 01/22/09 | 0395 | | .24 |
| 155 | Search fees | 01/22/09 | 0489 | | 1.36 |
| 155 | Search fees | 01/22/09 | 0647 | | .64 |
| 155 | Search fees | 01/22/09 | 1602 | | .40 |
| 155 | Search fees | 01/22/09 | 0647 | | 3.52 |

**CONFIDENTIAL**                                                                          **NLS 812127**

```
DATE  11/12/10                          MOSES & SINGER LLP                        Page 31 (4)
                            BILLING MEMORANDUM #  259786    THRU 01/31/09


CLIENT  011082   - NORTHERN LEASING SYSTEMS            BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *
```

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|-------|---|------|------|-------------|--------|
| | TOTAL Search fees | | | | 6.16 |
| 017 | Duplicating | | | | 1.75 |
| 022 | Telecopy | | | | 20.00 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | **52.96** |

```
                    * * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *
```

| CLASS | | TOTAL |
|-------|---|-------|
| 017 | Duplicating | 1.75 |
| 056 | Meals | 25.05 |
| 155 | Search fees | 6.16 |
| 022 | Telecopy | 20.00 |
| **TOTALS** | | **52.96** |

**CONFIDENTIAL**                                                    **NLS 812128**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 68133
March 31, 2009

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through February 28, 2009:

# REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

**Melinda Serin, et al v. NLSI-121**

| | | |
|---|---|---|
| Fees ..................................................................................... | $ | 15,757.00 |
| Adjustment.......................................................................... | | (5,257.00) |
| Disbursements and related charges........................................ | $ | 179.94 |
| Total | | $ 10,679.94 |

**CONFIDENTIAL**

**NLS 812130**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

Total ................................................... $

Adjustment........................................ $

**TOTAL AMOUNT DUE**................ $

*Discounted Amount Due If Paid Within 30 Days*................ $

**CONFIDENTIAL**                                                      **NLS 812131**