DATE  11/12/10

**MOSES & SINGER LLP**

BILLING MEMORANDUM #  260931     THRU 02/28/09

CLIENT  011082     - NORTHERN LEASING SYSTEMS        BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \*  U N B I L L E D     T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0166   SKOFF, ABRAHAM | | | | | |
| | 02/04/09 | .80 | 625.00 | 500.00 | |
| TIMEKEEPER TOTAL | | .80 | | 500.00 | |
| | | | | | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 02/02/09 | 4.60 | 480.00 | 2,208.00 | |
| | 02/03/09 | 2.60 | 480.00 | 1,248.00 | |
| | 02/04/09 | 5.90 | 480.00 | 2,832.00 | |
| | 02/05/09 | 2.00 | 480.00 | 960.00 | |
| TIMEKEEPER TOTAL | | 15.10 | | 7,248.00 | |
| | | | | | |
| 0431   SILBERFEIN, SCOTT | | | | | |
| | 02/02/09 | 3.80 | 450.00 | 1,710.00 | |
| | 02/03/09 | 2.50 | 450.00 | 1,125.00 | |
| | 02/04/09 | 3.97 | 450.00 | 1,788.00 | |
| | 02/04/09 | .43 | 450.00 | 192.00 | |
| | 02/05/09 | .50 | 450.00 | 225.00 | |
| TIMEKEEPER TOTAL | | 11.20 | | 5,040.00 | |
| | | | | | |
| 0489   FARBER, DANIELLE | | | | | |
| | 02/02/09 | 1.20 | 325.00 | 390.00 | |
| | 02/04/09 | .80 | 325.00 | 260.00 | |
| | 02/05/09 | 1.80 | 325.00 | 585.00 | |
| TIMEKEEPER TOTAL | | 3.80 | | 1,235.00 | |
| | | | | | |
| 0474   LIPKIS, HERMAN | | | | | |
| | 02/04/09 | .30 | 250.00 | 75.00 | |
| TIMEKEEPER TOTAL | | .30 | | 75.00 | |
| | | | | | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 02/02/09 | 2.30 | 395.00 | 908.50 | |
| | 02/03/09 | .80 | 395.00 | 316.00 | |
| | 02/05/09 | 1.10 | 395.00 | 434.50 | |

REDACTED

DATE  11/12/10                          **MOSES & SINGER LLP**                        Page 26 (2)
                              BILLING MEMORANDUM #  260931    THRU 02/28/09

CLIENT  011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                         * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|

REDACTED

| | | | | | |
|--|--|--|--|--|--|
| TIMEKEEPER TOTAL | | 4.20 | | 1,659.00 | |
| **TOTAL UNBILLED TIME** | | 23.60 | | 15,757.00 | |

                    * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|-------|--|------|------|-------------|--------|
| 006 | Secretarial - overtime | 01/28/09 | 0188 | REDACTED | 60.00 |
| 006 | Secretarial - overtime | 02/04/09 | 0188 | | 60.00 |
| | TOTAL Secretarial - overtime | | | | 120.00 |
| 121 | Lexis/ Nexis | 02/28/09 | 0188 | | 38.66 |
| | TOTAL Lexis/ Nexis | | | | 38.66 |
| 152 | Federal Express | 02/19/09 | 0185 | | 8.72 |
| 152 | Federal Express | 02/19/09 | 0445 | | 12.56 |
| | TOTAL Federal Express | | | | 21.28 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | **179.94** |

              * * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *

| CLASS | | TOTAL |
|-------|--|-------|
| 152 | Federal Express | 21.28 |
| 121 | Lexis/ Nexis | 38.66 |
| 006 | Secretarial - overtime | 120.00 |
| **TOTALS** | | **179.94** |

**CONFIDENTIAL**                                                          **NLS 812133**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 74109
November 24, 2009

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through October 31, 2009:

# REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

**CONFIDENTIAL**                                      **NLS 812135**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

REDACTED

## Melinda Serin, et al v. NLSI-121

| | | |
|---|---|---|
| Fees | $ | 1,059.00 |
| Adjustment | $ | (147.00) |
| Disbursements and related charges | $ | 0.00 |
| Total | $ | 912.00 |

REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

TOTAL ................................................. $

Prior Balance...................................... $

**Total Amount Due............................** $

*Discounted Amount Due If Paid Within 30 Days................* $

DATE  11/12/10                          **MOSES & SINGER LLP**

BILLING MEMORANDUM #  283612    THRU 10/31/09

CLIENT  011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

## * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 10/14/09 | 1.60 | 480.00 | 768.00 | REDACTED |
| | 10/14/09 | .30 | 480.00 | 144.00 | |
| TIMEKEEPER TOTAL | | 1.90 | | 912.00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 10/15/09 | .10 | 395.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0604   ZUCKERMAN, RICHARD | | | | | |
| | 10/15/09 | .50 | 215.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| **TOTAL UNBILLED TIME** | | **1.90** | | **912.00** | |

### * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| **TOTAL UNBILLED DISBURSEMENTS** | | | | **.00** |
| **TOTALS** | | | | **.00** |

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 75811
January 19, 2010

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through December 31, 2009:

# REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

CONFIDENTIAL

NLS 812140

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

**Melinda Serin, et al v. NLSI-121**

| | | | | |
|---|---|---|---|---|
| Fees ........................................................................... | $ | 413.00 | | |
| Disbursements and related charges........................................ | $ | 0.00 | | |
| Total | | | $ | 413.00 |

# REDACTED

| | |
|---|---|
| TOTAL ................................................ | $ |
| Prior Balance....................................... | $ |
| **Total Amount Due............................** | **$** |
| *Discounted Amount Due If Paid Within 30 Days................* | *$* |

CONFIDENTIAL                                                     NLS 812141

Page 32 (1)

DATE  11/12/10

MOSES & SINGER LLP

BILLING MEMORANDUM #  289190      THRU 12/31/09

CLIENT  011082      - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188      ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

### * * * * * U N B I L L E D   T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0166   SKOFF, ABRAHAM | | | | | |
| | 12/17/09 | .20 | 625.00 | 125.00 | |
| TIMEKEEPER TOTAL | | .20 | | 125.00 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 12/17/09 | .60 | 480.00 | 288.00 | |
| TIMEKEEPER TOTAL | | .60 | | 288.00 | |
| **TOTAL UNBILLED TIME** | | **.80** | | **413.00** | |

REDACTED

### * * * * * U N B I L L E D   D I S B U R S E M E N T S * * * * *

| CLASS | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| TOTAL UNBILLED DISBURSEMENTS | | | | .00 |
| TOTALS | | | | .00 |

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 76269
February 19, 2010

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through January 31, 2010:

# REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

REDACTED

**Melinda Serin, et al v. NLSI-121**

| | | |
|---|---|---|
| Fees...................................................................................... | $ | 17,907..50 |
| Adjustment............................................................................ | | (5,868.00) |
| Disbursements and related charges........................................ | $ | 16.72 |
| Total | | $ 12,056.22 |

REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

TOTAL ............................................... $

Prior Balance .................................... $

**Total Amount Due** ........................... $

*Discounted Amount Due If Paid Within 30 Days* ............... $

**CONFIDENTIAL**                                                **NLS 812145**

DATE  11/12/10

**MOSES & SINGER LLP**

BILLING MEMORANDUM #  292123      THRU 01/31/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0166   SKOFF, ABRAHAM | | | | | |
| | 01/27/10 | .40 | 635.00 | 254.00 | REDACTED |
| TIMEKEEPER TOTAL | | .40 | | 254.00 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 01/11/10 | .50 | 495.00 | 247.50 | |
| | 01/20/10 | 6.50 | 495.00 | 3,217.50 | |
| | 01/21/10 | 1.00 | 495.00 | 495.00 | |
| | 01/22/10 | .80 | 495.00 | 396.00 | |
| | 01/22/10 | .50 | 495.00 | 247.50 | |
| | 01/25/10 | 6.20 | 495.00 | 3,069.00 | |
| | 01/26/10 | 1.00 | 495.00 | 495.00 | |
| | 01/27/10 | 2.40 | 495.00 | 1,188.00 | |
| TIMEKEEPER TOTAL | | 18.90 | | 9,355.50 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 01/13/10 | .60 | 405.00 | 243.00 | |
| | 01/14/10 | 1.30 | 405.00 | 526.50 | |
| | 01/15/10 | .90 | 405.00 | 364.50 | |
| | 01/19/10 | 2.50 | 405.00 | 1,012.50 | |
| | 01/20/10 | .10 | 405.00 | 40.50 | |
| | 01/22/10 | .10 | 405.00 | 40.50 | |
| | 01/22/10 | .10 | 405.00 | 40.50 | |
| | 01/26/10 | .40 | 405.00 | 162.00 | |

DATE  11/12/10

**MOSES & SINGER LLP**

Page 30 (2)

BILLING MEMORANDUM #  292123      THRU 01/31/10

CLIENT  011082      - NORTHERN LEASING SYSTEMS

BILLING ATTORNEY  0188      ARNOLD N. BRESSLER

MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

* * * * *  U N B I L L E D      T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | 01/26/10 | .40 | 405.00 | No Charge | REDACTED |
| | 01/27/10 | 1.60 | 405.00 | No Charge | |
| | 01/28/10 | 3.50 | 405.00 | No Charge | |
| | 01/29/10 | .10 | 405.00 | No Charge | |
| TIMEKEEPER TOTAL | | 6.00 | | 2,430.00 | |
| 0604   ZUCKERMAN, RICHARD | | | | | |
| | 01/20/10 | 4.50 | 225.00 | No Charge | |
| | 01/21/10 | 2.50 | 225.00 | No Charge | |
| | 01/22/10 | 3.00 | 225.00 | No Charge | |
| | 01/26/10 | 1.00 | 225.00 | No Charge | |
| | 01/28/10 | 3.00 | 225.00 | No Charge | |
| | 01/29/10 | 2.00 | 225.00 | No Charge | |

**CONFIDENTIAL**

**NLS 812147**

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 31 (3)
                            BILLING MEMORANDUM #  292123      THRU 01/31/10

CLIENT  011082      - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                            * * * * *  U N B I L L E D     T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

REDACTED

TIMEKEEPER TOTAL                     .00              .00

**TOTAL UNBILLED TIME**             25.30          **12,039.50**

                  * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|
| 155 | Search fees | 01/27/10 | 0395 | REDACTED | | .08 |
| 155 | Search fees | 01/27/10 | 0647 | | | 8.64 |
| | TOTAL Search fees | | | | | 8.72 |
| 017 | Duplicating | | | | | 8.00 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | | **16.72** |

                * * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *

| CLASS | | | TOTAL |
|---|---|---|---|
| 017 | Duplicating | | 8.00 |
| 155 | Search fees | | 8.72 |
| **TOTALS** | | | **16.72** |

**CONFIDENTIAL**                                                    **NLS 812148**

# MOSES & SINGER LLP



THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 77237
March 30, 2010

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through February 28, 2010:

REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

**Melinda Serin, Et Al vs. NLSI-121**

| | | |
|---|---|---|
| Fees............................................................................... | $ | 24,144.50 |
| Adjustment..................................................................... | | (8,648.00) |
| Disbursements and related charges........................................ | $ | 2,223.71 |
| Total | $ | 17,720.21 |

CONFIDENTIAL

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

# MOSES & SINGER LLP

**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

TOTAL ................................................ $

Prior Balance ..................................... $

**Total Amount Due** ........................... $

*Discounted Amount Due If Paid Within 30 Days* ............... $

DATE  11/12/10

**MOSES & SINGER LLP**

BILLING MEMORANDUM #  296787     THRU 02/28/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS                 BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \*

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0166   SKOFF, ABRAHAM | | | | | |
| | 02/04/10 | .40 | 635.00 | 254.00 | |
| | 02/08/10 | .40 | 635.00 | 254.00 | |
| | 02/09/10 | .70 | 635.00 | 444.50 | |
| TIMEKEEPER TOTAL | | 1.50 | | 952.50 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 02/04/10 | 1.00 | 495.00 | 495.00 | |
| | 02/04/10 | 2.00 | 495.00 | 990.00 | |
| | 02/04/10 | .30 | 495.00 | 148.50 | |
| | 02/04/10 | .70 | 495.00 | 346.50 | |
| | 02/05/10 | 4.20 | 495.00 | 2,079.00 | |
| | 02/08/10 | 2.20 | 495.00 | 1,089.00 | |
| | 02/09/10 | 3.80 | 495.00 | 1,881.00 | |
| | 02/23/10 | .20 | 495.00 | 99.00 | |
| TIMEKEEPER TOTAL | | 14.40 | | 7,128.00 | |

0115   SHARROW, JOEL D.

REDACTED

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 35 (2)
                                 BILLING MEMORANDUM #  296787     THRU 02/28/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D     T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 02/08/10 | 2.40 | 525.00 | No Charge | REDACTED |
| | 02/17/10 | .10 | 525.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 02/05/10 | 1.10 | 405.00 | 445.50 | |
| | 02/08/10 | 4.10 | 405.00 | 1,660.50 | |
| | 02/09/10 | 1.80 | 405.00 | 729.00 | |
| | 02/11/10 | .20 | 405.00 | 81.00 | |
| | 02/12/10 | .60 | 405.00 | 243.00 | |
| | 02/19/10 | 2.50 | 405.00 | 1,012.50 | |

**CONFIDENTIAL**                                                          **NLS 812154**

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 36 (3)
                                BILLING MEMORANDUM #  296787    THRU 02/28/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS                BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                    * * * * *  U N B I L L E D    T I M E  * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
|  | 02/22/10 | .20 | 405.00 | 81.00 | **REDACTED** |
|  | 02/25/10 | 1.70 | 405.00 | 688.50 | |
| TIMEKEEPER TOTAL |  | 12.20 |  | 4,941.00 | |
| 1403   RADEMACHER, KARA | | | | | |
|  | 02/04/10 | 2.00 | 240.00 | No Charge | |
|  | 02/10/10 | 2.00 | 240.00 | No Charge | |
|  | 02/11/10 | .40 | 240.00 | No Charge | |
|  | 02/12/10 | .50 | 240.00 | No Charge | |
|  | 02/18/10 | 8.80 | 240.00 | No Charge | |
|  | 02/19/10 | 5.80 | 240.00 | No Charge | |
| TIMEKEEPER TOTAL |  | .00 |  | .00 | |
| 0630   KICK, DON | | | | | |
|  | 02/05/10 | .10 | 230.00 | No Charge | |
| TIMEKEEPER TOTAL |  | .00 |  | .00 | |
| 0638   TOMACKI, SHAARON | | | | | |
|  | 02/09/10 | 5.00 | 225.00 | 1,125.00 | |
|  | 02/11/10 | 5.00 | 225.00 | 1,125.00 | |

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  296787     THRU 02/28/10

Page 37 (4)

CLIENT  011082    - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \*

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

REDACTED

| | 02/12/10 | 1.00 | 225.00 | 225.00 | |
| TIMEKEEPER TOTAL | | 11.00 | | 2,475.00 | |
| 0637   TORRES, RAYMOND | | | | | |
| | 02/05/10 | 1.10 | 225.00 | No Charge | |
| | 02/11/10 | 2.50 | 225.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0604   ZUCKERMAN, RICHARD | | | | | |
| | 02/02/10 | 1.30 | 225.00 | No Charge | |

**CONFIDENTIAL**                                                        **NLS 812156**

DATE  11/12/10                        **MOSES & SINGER LLP**                           Page 38 (5)
                              BILLING MEMORANDUM #  296787     THRU 02/28/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS               BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

REDACTED

|  | 02/03/10 | 1.00 | 225.00 | No Charge |  |
|  | 02/05/10 | 1.80 | 225.00 | No Charge |  |
|  | 02/08/10 | 1.50 | 225.00 | No Charge |  |
|  | 02/09/10 | 1.00 | 225.00 | No Charge |  |
|  | 02/11/10 | 1.50 | 225.00 | No Charge |  |

|  | TIMEKEEPER TOTAL | .00 | | .00 | |
|  | **TOTAL UNBILLED TIME** | **39.10** | | **15,496.50** | |

                    * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 006 | Secretarial - overtime | 02/26/10 | 0904 | REDACTED | 30.00 |
|  | TOTAL Secretarial - overtime | | | | 30.00 |
| 045 | Outside Reprod. & Printing | 02/17/10 | 0604 | | 225.48 |
| 045 | Outside Reprod. & Printing | 02/17/10 | 0604 | | 245.75 |
|  | TOTAL Outside Reprod. & Printing | | | | 471.23 |
| 056 | Meals | 02/24/10 | 0604 | | 18.74 |

**CONFIDENTIAL**                                                        **NLS 812157**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  296787    THRU 02/28/10

Page 39 (6)

CLIENT  011082    - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188    ARNOLD N. BRESSLER

* * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|-------|--|------|------|-------------|--------|
| 056 | Meals | 02/24/10 | 0604 | **REDACTED** | 20.47 |
| | TOTAL Meals | | | | 39.21 |
| 058 | Carfare | 02/28/10 | 0395 | | 15.00 |
| | TOTAL Carfare | | | | 15.00 |
| 121 | Lexis/ Nexis | 02/28/10 | 1403 | | 1,654.63 |
| | TOTAL Lexis/ Nexis | | | | 1,654.63 |
| 017 | Duplicating | | | | 12.25 |
| 053 | Postage | | | | 1.39 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | **2,223.71** |

* * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *

| CLASS | | TOTAL |
|-------|--|-------|
| 058 | Carfare | 15.00 |
| 017 | Duplicating | 12.25 |
| 121 | Lexis/ Nexis | 1,654.63 |
| 056 | Meals | 39.21 |
| 045 | Outside Reprod. & Printing | 471.23 |
| 053 | Postage | 1.39 |
| 006 | Secretarial - overtime | 30.00 |
| **TOTALS** | | **2,223.71** |

**CONFIDENTIAL**

**NLS 812158**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 77907
April 26, 2010

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through March 31, 2010:

REDACTED

NLS 812159

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

REDACTED

**Melinda Serin, et al v. NLSI-121**

| | | |
|---|---|---|
| Fees........................................................................... | $ | 20,111.00 |
| Adjustment................................................................ | | (6,095.50) |
| Disbursements and related charges...................... | $ | 3,699.01 |
| Total | | $ 17,714.51 |

REDACTED

**CONFIDENTIAL**                                              **NLS 812160**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

CONFIDENTIAL                                                           NLS 812161

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

TOTAL ................................................ $

Prior Balance ..................................... $

**Total Amount Due** ........................... $

*Discounted Amount Due If Paid Within 30 Days* ............... $

DATE  11/12/10

**MOSES & SINGER LLP**

BILLING MEMORANDUM #  297480      THRU 03/31/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188      ARNOLD N. BRESSLER

MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \* U N B I L L E D      T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0166   SKOFF, ABRAHAM | | | | | |
| | 03/17/10 | .10 | 635.00 | 63.50 | |
| | 03/26/10 | .20 | 635.00 | 127.00 | |
| TIMEKEEPER TOTAL | | .30 | | 190.50 | |
| | | | | | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 03/01/10 | .20 | 495.00 | 99.00 | |
| | 03/04/10 | .50 | 495.00 | 247.50 | |
| | 03/04/10 | .20 | 495.00 | 99.00 | |
| | 03/09/10 | .50 | 495.00 | 247.50 | |
| | 03/10/10 | .30 | 495.00 | 148.50 | |
| | 03/11/10 | .20 | 495.00 | 99.00 | |
| | 03/11/10 | .20 | 495.00 | 99.00 | |
| | 03/11/10 | .10 | 495.00 | 49.50 | |
| | 03/12/10 | .30 | 495.00 | 148.50 | |
| | 03/15/10 | .20 | 495.00 | 99.00 | |
| | 03/18/10 | .60 | 495.00 | 297.00 | |
| | 03/18/10 | .40 | 495.00 | 198.00 | |
| | 03/19/10 | .30 | 495.00 | 148.50 | |
| | 03/23/10 | .40 | 495.00 | 198.00 | |
| | 03/24/10 | .30 | 495.00 | 148.50 | |
| | 03/24/10 | .30 | 495.00 | 148.50 | |
| | 03/29/10 | .20 | 495.00 | 99.00 | |
| | 03/29/10 | .20 | 495.00 | 99.00 | |
| | 03/31/10 | .40 | 495.00 | 198.00 | |
| TIMEKEEPER TOTAL | | 5.80 | | 2,871.00 | |
| | | | | | |
| 0489   FARBER, DANIELLE | | | | | |
| | 03/15/10 | 4.00 | 340.00 | 1,360.00 | |
| | 03/16/10 | 5.20 | 340.00 | 1,768.00 | |

REDACTED

**CONFIDENTIAL**

**NLS 812163**

DATE  11/12/10                          **MOSES & SINGER LLP**                        Page 36 (2)
                              BILLING MEMORANDUM #  297480      THRU 03/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                         * * * * *  U N B I L L E D    T I M E   * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
|  | 03/18/10 | 3.60 | 340.00 | 1,224.00 |  |
|  | 03/30/10 | .10 | 340.00 | 34.00 |  |
|  | 03/31/10 | .20 | 340.00 | 68.00 |  |
| TIMEKEEPER TOTAL |  | 13.10 |  | 4,454.00 |  |
| 0445   NIGRO, JENNIFER |  |  |  |  |  |
|  | 03/01/10 | 2.30 | 405.00 | 931.50 |  |
|  | 03/03/10 | .20 | 405.00 | 81.00 |  |
|  | 03/04/10 | 1.10 | 405.00 | 445.50 |  |
|  | 03/08/10 | 1.70 | 405.00 | 688.50 |  |
|  | 03/09/10 | 2.80 | 405.00 | 1,134.00 |  |
|  | 03/10/10 | .40 | 405.00 | 162.00 |  |
|  | 03/11/10 | .30 | 405.00 | 121.50 |  |
|  | 03/12/10 | .20 | 405.00 | 81.00 |  |
|  | 03/15/10 | .40 | 405.00 | 162.00 |  |
|  | 03/16/10 | .10 | 405.00 | 40.50 |  |
|  | 03/17/10 | 1.90 | 405.00 | 769.50 |  |

REDACTED

**CONFIDENTIAL**                                                      **NLS 812164**

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 37 (3)
                            BILLING MEMORANDUM #  297480    THRU 03/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * * U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | | | | | REDACTED |
| | 03/18/10 | 4.10 | 405.00 | 1,660.50 | |
| | 03/22/10 | .30 | 405.00 | 121.50 | |
| | 03/23/10 | .20 | 405.00 | 81.00 | |
| | 03/25/10 | .05 | 405.00 | 20.00 | |
| | 03/25/10 | 2.35 | 405.00 | No Charge | |
| | 03/26/10 | .20 | 405.00 | No Charge | |
| | 03/29/10 | 5.40 | 405.00 | No Charge | |
| | 03/30/10 | 3.10 | 405.00 | No Charge | |

**CONFIDENTIAL**                                                    **NLS 812165**

DATE  11/12/10                          MOSES & SINGER LLP                          Page 38 (4)
                              BILLING MEMORANDUM #  297480      THRU 03/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                              * * * * *  U N B I L L E D     T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | | | | **REDACTED** | |
| | 03/31/10 | 1.00 | 405.00 | No Charge | |
| TIMEKEEPER TOTAL | | 16.05 | | 6,500.00 | |
| 0638   TOMACKI, SHAARON | | | | | |
| | 03/30/10 | 2.00 | 225.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0637   TORRES, RAYMOND | | | | | |
| | 03/11/10 | 1.10 | 225.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0604   ZUCKERMAN, RICHARD | | | | | |
| | 03/11/10 | 1.80 | 225.00 | No Charge | |
| | 03/19/10 | .50 | 225.00 | No Charge | |

```
DATE  11/12/10                       MOSES & SINGER LLP                   Page 39 (5)
                              BILLING MEMORANDUM #  297480    THRU 03/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS         BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                              * * * * *  U N B I L L E D   T I M E  * * * * *

TIMEKEEPER                      DATE      TIME    RATE    VALUE    DIARY

                                                                  files.
    TIMEKEEPER TOTAL                       .00              .00

    TOTAL UNBILLED TIME                  35.25         14,015.50

                      * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

    CLASS                        DATE     ATTY    DESCRIPTION                      AMOUNT

    006    Secretarial - overtime   03/31/10  0914    REDACTED                      60.00

    006    Secretarial - overtime   03/31/10  0914                                  80.00

    006    Secretarial - overtime   03/31/10  0914                                 100.00

    006    Secretarial - overtime   03/31/10  0914                                  20.00

           TOTAL Secretarial - overtime                                            260.00

    045    Outside Reprod. & Printing03/09/10  0604                               1,943.53

    045    Outside Reprod. & Printing03/09/10  0604                                 441.47

    045    Outside Reprod. & Printing03/11/10  0638                                 138.64

    045    Outside Reprod. & Printing03/18/10  0604                                 562.36

    045    Outside Reprod. & Printing03/31/10  0604                                 268.29

           TOTAL Outside Reprod. & Printing                                       3,354.29

    056    Meals                   03/10/10  0604                                    20.47

           TOTAL Meals                                                              20.47

    058    Carfare                 03/18/10  0604                                    64.25

           TOTAL Carfare                                                            64.25
```

**CONFIDENTIAL**                                                            **NLS 812167**

DATE  11/12/10                          **MOSES & SINGER LLP**                        Page 40 (6)
                              BILLING MEMORANDUM #  297480      THRU 03/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                    * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

   CLASS                          DATE    ATTY    DESCRIPTION                           AMOUNT


TOTAL UNBILLED DISBURSEMENTS                                                           3,699.01

                    * * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *

              CLASS                                                       TOTAL

               058      Carfare                                             64.25
               056      Meals                                               20.47
               045      Outside Reprod. & Printing                       3,354.29
               006      Secretarial - overtime                             260.00
            TOTALS                                                       3,699.01

**CONFIDENTIAL**                                                    **NLS 812168**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 78904
May 31, 2010

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through April 30, 2010

REDACTED

NLS 812169

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

CONFIDENTIAL

NLS 812170

# MOSES & SINGER LLP



**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

**Melinda Serin, et al v. NLSI-121**

Fees ...................................................................................... $    12,584.50
Disbursements and related charges....................................... $      447.09
               Total                        $  13,031.59

REDACTED

CONFIDENTIAL

NLS 812171

# MOSES & SINGER LLP

**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

TOTAL ................................................    $

Prior Balance.......................................    $

**Total Amount Due............................**    $

*Discounted Amount Due If Paid Within 30 Days*................    $

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  299945    THRU 04/30/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

* * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0166   SKOFF, ABRAHAM | | | | | |
| | 04/19/10 | .10 | 635.00 | 63.50 | |
| | 04/20/10 | .40 | 635.00 | 254.00 | |
| TIMEKEEPER TOTAL | | .50 | | 317.50 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 04/01/10 | .20 | 495.00 | 99.00 | |
| | 04/02/10 | .20 | 495.00 | 99.00 | |
| | 04/15/10 | .40 | 495.00 | 198.00 | |
| | 04/19/10 | 2.00 | 495.00 | 990.00 | |
| | 04/19/10 | .30 | 495.00 | 148.50 | |
| | 04/20/10 | .30 | 495.00 | 148.50 | |
| | 04/22/10 | 1.00 | 495.00 | 495.00 | |
| | 04/23/10 | .10 | 495.00 | 49.50 | |
| | 04/29/10 | .20 | 495.00 | 99.00 | |
| | 04/30/10 | .30 | 495.00 | 148.50 | |
| TIMEKEEPER TOTAL | | 5.00 | | 2,475.00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 04/01/10 | 1.80 | 405.00 | 729.00 | |
| | 04/02/10 | 1.30 | 405.00 | 526.50 | |
| | 04/06/10 | .10 | 405.00 | 40.50 | |
| | 04/09/10 | .40 | 405.00 | 162.00 | |
| | 04/15/10 | .10 | 405.00 | 40.50 | |

REDACTED

REDACTED

**CONFIDENTIAL**                                        **NLS 812173**

DATE  11/12/10                              **MOSES & SINGER LLP**                              Page 45 (2)
                                      BILLING MEMORANDUM #  299945      THRU 04/30/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D      T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 04/16/10 | .20 | 405.00 | 81.00 | |
| | 04/18/10 | 1.10 | 405.00 | 445.50 | |
| | 04/19/10 | 3.00 | 405.00 | 1,215.00 | |
| | 04/20/10 | 4.50 | 405.00 | 1,822.50 | |
| | 04/21/10 | 1.10 | 405.00 | 445.50 | |
| | 04/22/10 | .50 | 405.00 | 202.50 | |
| | 04/23/10 | 2.00 | 405.00 | 810.00 | |
| | 04/26/10 | 3.40 | 405.00 | 1,377.00 | |

REDACTED

REDACTED

**CONFIDENTIAL**                                                    **NLS 812174**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  299945      THRU 04/30/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
* * * * *  U N B I L L E D      T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | | | | | REDACTED |
| | 04/27/10 | 1.10 | 405.00 | 445.50 | |
| | 04/28/10 | .40 | 405.00 | 162.00 | |
| | 04/29/10 | .40 | 405.00 | 162.00 | |
| | 04/30/10 | 1.00 | 405.00 | 405.00 | |
| TIMEKEEPER TOTAL | | 22.40 | | 9,072.00 | |
| 1403    RADEMACHER, KARA | 04/20/10 | 1.80 | 240.00 | 432.00 | REDACTED |
| | 04/21/10 | 1.20 | 240.00 | 288.00 | |
| TIMEKEEPER TOTAL | | 3.00 | | 720.00 | |
| TOTAL UNBILLED TIME | | 30.90 | | 12,584.50 | |

* * * * *  U N B I L L E D    D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 045 | Outside Reprod. & Printing | 04/16/10 | 0638 | REDACTED | 359.01 |
| | TOTAL Outside Reprod. & Printing | | | | 359.01 |
| 056 | Meals | 04/27/10 | 0604 | | 20.77 |

DATE  11/12/10                           **MOSES & SINGER LLP**                        Page 47 (4)
                                BILLING MEMORANDUM #  299945      THRU 04/30/10

CLIENT  011082      - NORTHERN LEASING SYSTEMS                BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | DATE | ATTY | DESCRIPTION | AMOUNT |
|-------|------|------|-------------|--------|
| | | | INV# 652123 - 03/11/10 | |
| | | | TOTAL Meals | 20.77 |
| 017 | | | Duplicating | 42.75 |
| 053 | | | Postage | 4.56 |
| 022 | | | Telecopy | 20.00 |
| TOTAL UNBILLED DISBURSEMENTS | | | | 447.09 |

                       * * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *

| CLASS | | TOTAL |
|-------|--|-------|
| 017 | Duplicating | 42.75 |
| 056 | Meals | 20.77 |
| 045 | Outside Reprod. & Printing | 359.01 |
| 053 | Postage | 4.56 |
| 022 | Telecopy | 20.00 |
| TOTALS | | 447.09 |

**CONFIDENTIAL**                                                                    **NLS 812176**

# MOSES & SINGER LLP

**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 79616
June 29, 2010

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through May 31, 2010:

# REDACTED

**CONFIDENTIAL**                                                                                                  **NLS 812177**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

REDACTED

**Melinda Serin, et al v. NLSI-121**

| | | |
|---|---|---|
| Fees.................................................................................... | $ | 47,281.50 |
| Adjustment.......................................................................... | | (22,281.50) |
| Disbursements and related charges....................................... | $ | 544.82 |
| Total | | $ 25,544.82 |

REDACTED

CONFIDENTIAL                                                   NLS 812179

# MOSES & SINGER LLP

**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

<span style="color:red; font-size:3em">REDACTED</span>

TOTAL ................................................. $

Prior Balance ..................................... $

**Total Amount Due** ........................... $

*Discounted Amount Due If Paid Within 30 Days* ............... $

DATE  11/12/10                        **MOSES & SINGER LLP**
                           BILLING MEMORANDUM #  302384      THRU 05/31/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

                        **\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0188   BRESSLER, ARNOLD N. | | | | | |
| | 05/25/10 | .20 | 695.00 | No Charge | |
| | 05/27/10 | .50 | 695.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0166   SKOFF, ABRAHAM | | | | | |
| | 05/11/10 | .10 | 635.00 | No Charge | |
| | 05/12/10 | .10 | 635.00 | No Charge | |
| | 05/14/10 | .10 | 635.00 | No Charge | |
| | 05/17/10 | .10 | 635.00 | No Charge | |
| | 05/20/10 | .50 | 635.00 | 317.50 | |
| | 05/25/10 | .20 | 635.00 | No Charge | |
| | 05/27/10 | .05 | 635.00 | 30.50 | |
| TIMEKEEPER TOTAL | | .55 | | 348.00 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 05/05/10 | .30 | 495.00 | 148.50 | |
| | 05/06/10 | .10 | 495.00 | No Charge | |
| | 05/06/10 | .80 | 495.00 | No Charge | |
| | 05/11/10 | .90 | 495.00 | 445.50 | |
| | 05/19/10 | .90 | 495.00 | 445.50 | |
| | 05/20/10 | .40 | 495.00 | No Charge | |
| | 05/20/10 | .80 | 495.00 | No Charge | |
| | 05/25/10 | .70 | 495.00 | No Charge | |
| | 05/26/10 | .50 | 495.00 | 247.50 | |
| | 05/27/10 | .70 | 495.00 | No Charge | |
| TIMEKEEPER TOTAL | | 2.60 | | 1,287.00 | |
| 0431   SILBERFEIN, SCOTT | | | | | |
| | 05/27/10 | 3.40 | 465.00 | No Charge | |

REDACTED

REDACTED