DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 42 (2)
                              BILLING MEMORANDUM #  302384      THRU 05/31/10


CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D    T I M E  * * * * *


| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | 05/28/10 | 6.30 | 465.00 | 2,929.50 | REDACTED |
| | 05/30/10 | 3.50 | 465.00 | No Charge | |
| TIMEKEEPER TOTAL | | 6.30 | | 2,929.50 | |
| 0489   FARBER, DANIELLE | | | | | |
| | 05/10/10 | .10 | 340.00 | 34.00 | |
| | 05/13/10 | 5.70 | 340.00 | No Charge | |
| | 05/14/10 | 5.20 | 340.00 | 1,768.00 | |
| | 05/18/10 | .10 | 340.00 | No Charge | |
| | 05/18/10 | 1.90 | 340.00 | 646.00 | |
| | 05/19/10 | 7.70 | 340.00 | 2,618.00 | |
| | 05/20/10 | 1.50 | 340.00 | 510.00 | REDACTED |
| | 05/21/10 | 1.10 | 340.00 | 374.00 | |
| | 05/25/10 | 3.50 | 340.00 | No Charge | |
| | 05/26/10 | 1.90 | 340.00 | No Charge | |
| | 05/27/10 | 2.70 | 340.00 | 918.00 | |
| TIMEKEEPER TOTAL | | 20.20 | | 6,868.00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 05/03/10 | 1.70 | 405.00 | 688.50 | |
| | 05/04/10 | .80 | 405.00 | 324.00 | |

**CONFIDENTIAL**                                                        **NLS 812182**

DATE  11/12/10                         **MOSES & SINGER LLP**                Page 43 (3)

BILLING MEMORANDUM #  302384    THRU 05/31/10

CLIENT  011082  - NORTHERN LEASING SYSTEMS            BILLING ATTORNEY  0188     ARNOLD N. BRESSLER

MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \*

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | | | | | |

REDACTED

| | 05/05/10 | 1.00 | 405.00 | 405.00 | |
| | 05/06/10 | 4.20 | 405.00 | 1,701.00 | |

| | 05/07/10 | 2.00 | 405.00 | 810.00 | |

REDACTED

| | 05/11/10 | 2.20 | 405.00 | 891.00 | |

| | 05/12/10 | 1.50 | 405.00 | No Charge | |

**CONFIDENTIAL**                                      **NLS 812183**

DATE  11/12/10                          **MOSES & SINGER LLP**                        Page 44 (4)
                              BILLING MEMORANDUM #  302384     THRU 05/31/10


CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 05/13/10 | 1.40 | 405.00 | No Charge | |
| | 05/14/10 | .60 | 405.00 | No Charge | |
| | 05/17/10 | 2.10 | 405.00 | No Charge | |
| | 05/18/10 | 2.40 | 405.00 | 972.00 | |
| | 05/19/10 | 3.20 | 405.00 | 1,296.00 | |
| | 05/20/10 | .50 | 405.00 | 202.50 | |
| | 05/21/10 | 2.10 | 405.00 | 850.50 | |

REDACTED

REDACTED

**CONFIDENTIAL**                                                    **NLS 812184**

DATE  11/12/10                          **MOSES & SINGER LLP**                    Page 45 (5)
                              BILLING MEMORANDUM #  302384      THRU 05/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                              * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | 05/25/10 | 3.70 | 405.00 | No Charge | REDACTED |
| | 05/26/10 | 4.20 | 405.00 | 1,701.00 | |
| | 05/27/10 | 7.50 | 405.00 | 3,037.50 | |
| | 05/28/10 | 1.40 | 405.00 | No Charge | REDACTED |
| | 05/31/10 | 1.70 | 405.00 | 688.50 | |
| TIMEKEEPER TOTAL | | 33.50 | | 13,567.50 | |
| 0637   TORRES, RAYMOND | | | | | |
| | 05/07/10 | 4.70 | 225.00 | No Charge | |
| | 05/10/10 | 1.70 | 225.00 | No Charge | |

DATE  11/12/10                                    **MOSES & SINGER LLP**                          Page 46 (6)
                                        BILLING MEMORANDUM #  302384      THRU 05/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                              * * * * *  U N B I L L E D     T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 05/11/10 | 1.60 | 225.00 | No Charge | |
| | 05/12/10 | 2.30 | 225.00 | No Charge | |
| | 05/13/10 | 3.40 | 225.00 | No Charge | |
| | 05/14/10 | 5.80 | 225.00 | No Charge | |

REDACTED

REDACTED

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 47 (7)
                              BILLING MEMORANDUM #  302384      THRU 05/31/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                              * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 05/17/10 | 4.50 | 225.00 | No Charge | REDACTED |
| | 05/20/10 | 1.10 | 225.00 | No Charge | |
| | 05/27/10 | 2.50 | 225.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0604    ZUCKERMAN, RICHARD | | | | | |
| | 05/26/10 | 5.00 | 225.00 | No Charge | REDACTED |
| | 05/27/10 | 4.00 | 225.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| **TOTAL UNBILLED TIME** | | **63.15** | | **25,000.00** | |

                      * * * * *  U N B I L L E D    D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 006 | Secretarial - overtime | 05/31/10 | 0948 | REDACTED | 60.00 |
| 006 | Secretarial - overtime | 05/31/10 | 0948 | | 60.00 |

**CONFIDENTIAL**                                                      **NLS 812187**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  302384      THRU 05/31/10

Page 48 (8)

CLIENT  011082    - NORTHERN LEASING SYSTEMS                BILLING ATTORNEY  0188      ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

\* \* \* \* \*  U N B I L L E D   D I S B U R S E M E N T S  \* \* \* \* \*

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 006 | Secretarial - overtime | 05/31/10 | 0637 | REDACTED | 60.00 |
| 006 | Secretarial - overtime | 05/31/10 | 0637 | | 60.00 |
| 006 | Secretarial - overtime | 05/31/10 | 0637 | | 60.00 |
| 006 | Secretarial - overtime | 05/31/10 | 0637 | | 60.00 |
| 006 | Secretarial - overtime | 05/31/10 | 0637 | | 60.00 |
| 006 | Secretarial - overtime | 05/31/10 | 0637 | | 60.00 |
| | TOTAL Secretarial - overtime | | | | 480.00 |
| 155 | Search fees | 05/07/10 | 0445 | REDACTED | .40 |
| 155 | Search fees | 05/21/10 | 0630 | | .24 |
| 155 | Search fees | 05/21/10 | 0647 | | 1.68 |
| | TOTAL Search fees | | | | 2.32 |
| 017 | Duplicating | | | | 42.50 |
| 022 | Telecopy | | | | 20.00 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | **544.82** |

\* \* \*  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  \* \* \*

| CLASS | | TOTAL |
|---|---|---|
| 017 | Duplicating | 42.50 |
| 155 | Search fees | 2.32 |
| 006 | Secretarial - overtime | 480.00 |
| 022 | Telecopy | 20.00 |
| **TOTALS** | | **544.82** |

**CONFIDENTIAL**                                                            **NLS 812188**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 80551
July 31, 2010

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through June 30, 2010:

# REDACTED

NLS 812189

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

# MOSES & SINGER LLP

**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

**Melinda Serin, et al v. NLSI-121**

| | | |
|---|---|---|
| Fees ................................................................. | $ | 99,860.00 |
| Adjustment......................................................... | $ | (33,860.00) |
| Disbursements and related charges......................... | $ | 3,839.64 |
| Total | | $ 69,839.64 |

# REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

TOTAL ................................................. $

Prior Balance....................................... $

**Total Amount Due...........................** $

*Discounted Amount Due If Paid Within 30 Days................* $

**CONFIDENTIAL**                                                      **NLS 812192**

DATE  11/12/10                          **MOSES & SINGER LLP**
                                BILLING MEMORANDUM #  305076      THRU 06/30/10

CLIENT  011082   - NORTHERN LEASING SYSTEMS                  BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

                        * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0188   BRESSLER, ARNOLD N. | | | | | |
| | 06/16/10 | .30 | 695.00 | No Charge | |
| | 06/25/10 | .30 | 695.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0166   SKOFF, ABRAHAM | | | | | |
| | 06/02/10 | .90 | 635.00 | 571.50 | |
| | 06/04/10 | .10 | 635.00 | No Charge | |
| | 06/09/10 | .10 | 635.00 | No Charge | |
| | 06/11/10 | .30 | 635.00 | No Charge | |
| | 06/29/10 | .40 | 635.00 | 254.00 | |
| | 06/30/10 | 1.60 | 635.00 | 1,016.00 | |
| TIMEKEEPER TOTAL | | 2.90 | | 1,841.50 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 06/01/10 | .40 | 495.00 | No Charge | |
| | 06/02/10 | .90 | 495.00 | 445.50 | |
| | 06/03/10 | .20 | 495.00 | No Charge | |
| | 06/07/10 | .90 | 495.00 | 445.50 | |
| | 06/08/10 | .90 | 495.00 | 445.50 | |
| | 06/11/10 | .90 | 495.00 | 445.50 | |
| | 06/14/10 | .30 | 495.00 | No Charge | |
| | 06/15/10 | .30 | 495.00 | No Charge | |
| | 06/16/10 | .90 | 495.00 | 445.50 | |
| | 06/17/10 | 2.80 | 495.00 | No Charge | |
| | 06/17/10 | .50 | 495.00 | 247.50 | |
| | 06/21/10 | 1.80 | 495.00 | 891.00 | |

REDACTED

**CONFIDENTIAL**                                                    **NLS 812193**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  305076      THRU 06/30/10

Page 49 (2)

CLIENT  011082    - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188    ARNOLD N. BRESSLER

**\* \* \* \* \*  U N B I L L E D    T I M E   \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 06/22/10 | .90 | 495.00 | 445.50 | |
| | 06/23/10 | .90 | 495.00 | 445.50 | |
| | 06/24/10 | 7.00 | 495.00 | 3,465.00 | |
| | 06/25/10 | 6.00 | 495.00 | 2,970.00 | |
| | 06/28/10 | .60 | 495.00 | 297.00 | |
| | 06/29/10 | .50 | 495.00 | 247.50 | |
| | 06/30/10 | .20 | 495.00 | No Charge | |
| | 06/30/10 | .40 | 495.00 | No Charge | |
| TIMEKEEPER TOTAL | | 22.70 | | 11,236.50 | |
| 0431   SILBERFEIN, SCOTT | | | | | |
| | 06/01/10 | 4.80 | 465.00 | 2,232.00 | |
| | 06/02/10 | 4.70 | 465.00 | No Charge | |
| | 06/03/10 | .30 | 465.00 | No Charge | |
| | 06/04/10 | .50 | 465.00 | No Charge | |
| | 06/07/10 | 1.00 | 465.00 | 465.00 | |
| | 06/09/10 | 1.30 | 465.00 | 604.50 | |
| | 06/10/10 | .50 | 465.00 | No Charge | |
| | 06/14/10 | 1.00 | 465.00 | No Charge | |
| | 06/16/10 | 2.00 | 465.00 | 930.00 | |
| | 06/17/10 | 3.70 | 465.00 | 1,720.50 | |

REDACTED

**CONFIDENTIAL**

**NLS 812194**

DATE  11/12/10                          MOSES & SINGER LLP                          Page 50 (3)
                                  BILLING MEMORANDUM #  305076      THRU 06/30/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS           BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D   T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | | | | | **REDACTED** |
| | 06/18/10 | 3.30 | 465.00 | 1,534.50 | |
| | 06/21/10 | 2.50 | 465.00 | 1,162.50 | |
| | 06/22/10 | 2.00 | 465.00 | 930.00 | |
| | 06/23/10 | 3.30 | 465.00 | 1,534.50 | |
| | 06/24/10 | 2.60 | 465.00 | 1,209.00 | |
| | 06/25/10 | 2.40 | 465.00 | 1,116.00 | |
| | 06/28/10 | 2.30 | 465.00 | 1,069.50 | |
| | 06/29/10 | 2.00 | 465.00 | 930.00 | |
| | 06/30/10 | 4.30 | 465.00 | 1,999.50 | |
| TIMEKEEPER TOTAL | | 37.50 | | 17,437.50 | |
| 1404  CASTANARO, VALERIA | | | | | |
| | 06/17/10 | 3.80 | 240.00 | No Charge | |
| | 06/30/10 | 3.30 | 240.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0489  FARBER, DANIELLE | | | | | |
| | 06/03/10 | .70 | 340.00 | No Charge | |
| | 06/06/10 | .20 | 340.00 | No Charge | |
| | 06/14/10 | 1.60 | 340.00 | 544.00 | |

**CONFIDENTIAL**                                                        **NLS 812195**

DATE  11/12/10                              MOSES & SINGER LLP                              Page 51 (4)
                                    BILLING MEMORANDUM #  305076      THRU 06/30/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS                 BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                              * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | | | | | REDACTED |
| | 06/15/10 | 2.10 | 340.00 | 714.00 | |
| | 06/16/10 | 7.40 | 340.00 | 2,516.00 | |
| | 06/17/10 | 6.50 | 340.00 | 2,210.00 | |
| | 06/18/10 | 2.60 | 340.00 | 884.00 | |
| | 06/21/10 | 4.00 | 340.00 | 1,360.00 | |
| | 06/22/10 | 2.20 | 340.00 | 748.00 | |
| | 06/23/10 | 6.80 | 340.00 | 2,312.00 | |
| | 06/25/10 | 3.00 | 340.00 | 1,020.00 | |
| | 06/28/10 | .80 | 340.00 | No Charge | |
| | 06/29/10 | 4.20 | 340.00 | 1,428.00 | |
| TIMEKEEPER TOTAL | | 40.40 | | 13,736.00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 06/01/10 | 2.60 | 405.00 | 1,053.00 | |

DATE  11/12/10

MOSES & SINGER LLP

BILLING MEMORANDUM #  305076      THRU 06/30/10

Page 52  (5)

CLIENT  011082     - NORTHERN LEASING SYSTEMS

MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188     ARNOLD N. BRESSLER

* * * * *  U N B I L L E D    T I M E   * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 06/02/10 | 5.80 | 405.00 | 2,349.00 | |
| | 06/03/10 | 1.30 | 405.00 | 526.50 | |
| | 06/04/10 | 1.10 | 405.00 | No Charge | |
| | 06/05/10 | .80 | 405.00 | 324.00 | |
| | 06/07/10 | 4.50 | 405.00 | 1,822.50 | |

REDACTED

**CONFIDENTIAL**                                          **NLS 812197**

DATE  11/12/10                                    **MOSES & SINGER LLP**                                    Page 53 (6)
                                        BILLING MEMORANDUM #  305076    THRU 06/30/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS                  BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

                        * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

# REDACTED

|  | 06/08/10 | 4.70 | 405.00 | 1,903.50 |  |
|  | 06/09/10 | 2.60 | 405.00 | 1,053.00 |  |
|  | 06/10/10 | 2.70 | 405.00 | No Charge |  |
|  | 06/11/10 | 3.20 | 405.00 | 1,296.00 |  |

**CONFIDENTIAL**                                                           **NLS 812198**

DATE  11/12/10

MOSES & SINGER LLP

Page 54 (7)

BILLING MEMORANDUM #  305076    THRU 06/30/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

* * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 06/14/10 | 4.90 | 405.00 | 1,984.50 | |

REDACTED

| | 06/15/10 | 3.50 | 405.00 | 1,417.50 | |
| | 06/16/10 | .40 | 405.00 | No Charge | |
| | 06/16/10 | 3.30 | 405.00 | 1,336.50 | |

**CONFIDENTIAL**                                                                 **NLS 812199**

DATE  11/12/10

MOSES & SINGER LLP
BILLING MEMORANDUM #  305076      THRU 06/30/10

Page 55 (8)

CLIENT  011082   - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188     ARNOLD N. BRESSLER

* * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | | | | REDACTED | |
| | 06/17/10 | 1.40 | 405.00 | No Charge | |
| | 06/28/10 | 4.60 | 405.00 | 1,863.00 | |
| | 06/29/10 | 7.30 | 405.00 | 2,956.50 | |
| | 06/30/10 | 4.60 | 405.00 | 1,863.00 | |
| TIMEKEEPER TOTAL | | 53.70 | | 21,748.50 | |
| 0630   KICK, DON | 06/08/10 | .10 | 230.00 | No Charge | |
| | 06/15/10 | .20 | 230.00 | No Charge | |
| | 06/23/10 | .40 | 230.00 | No Charge | |

REDACTED

CONFIDENTIAL

NLS 812200

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  305076     THRU 06/30/10

Page 56 (9)

CLIENT  011082   - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188     ARNOLD N. BRESSLER

* * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | | | | | Pleadings for R. Zuckerman. |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0637   TORRES, RAYMOND | | | | | |
| | 06/01/10 | 3.00 | 225.00 | No Charge | |
| | 06/02/10 | 2.70 | 225.00 | No Charge | |
| | 06/22/10 | .90 | 225.00 | No Charge | |
| | 06/23/10 | 4.70 | 225.00 | No Charge | |
| | 06/24/10 | 1.80 | 225.00 | No Charge | |
| | 06/28/10 | 4.30 | 225.00 | No Charge | |

REDACTED

**CONFIDENTIAL**                                                    **NLS 812201**

DATE  11/12/10

MOSES & SINGER LLP
BILLING MEMORANDUM #  305076      THRU 06/30/10

Page 57 (10)

CLIENT  011082   - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188     ARNOLD N. BRESSLER

* * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | | | | | REDACTED |
| | 06/29/10 | 4.10 | 225.00 | No Charge | |
| | 06/30/10 | 2.90 | 225.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0604   ZUCKERMAN, RICHARD | 06/01/10 | 2.50 | 225.00 | No Charge | REDACTED |
| | 06/21/10 | .70 | 225.00 | No Charge | |
| | 06/22/10 | 2.80 | 225.00 | No Charge | |
| | 06/23/10 | 4.00 | 225.00 | No Charge | |
| | 06/25/10 | 2.00 | 225.00 | No Charge | |
| | 06/28/10 | 3.00 | 225.00 | No Charge | |
| | 06/29/10 | 4.00 | 225.00 | No Charge | |

DATE  11/12/10

                                    MOSES & SINGER LLP                           Page 58 (11)
                            BILLING MEMORANDUM #  305076     THRU 06/30/10

CLIENT  011082   - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
                            * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

REDACTED

|  | 06/30/10 | 2.00 | 225.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 1427   MANICKAM, VENI | | | | | |
|  | 06/17/10 | .70 | 225.00 | No Charge | |
|  | 06/21/10 | 6.40 | 225.00 | No Charge | |
|  | 06/22/10 | 6.10 | 225.00 | No Charge | |
|  | 06/22/10 | .40 | 225.00 | No Charge | |
|  | 06/23/10 | 8.10 | 225.00 | No Charge | |
|  | 06/24/10 | 7.30 | 225.00 | No Charge | |
|  | 06/25/10 | .80 | 225.00 | No Charge | |
|  | 06/25/10 | 4.90 | 225.00 | No Charge | |
|  | 06/25/10 | 3.10 | 225.00 | No Charge | |
|  | 06/25/10 | 1.40 | 225.00 | No Charge | |
|  | 06/28/10 | 2.10 | 225.00 | No Charge | |
|  | 06/28/10 | 4.10 | 225.00 | No Charge | |
|  | 06/29/10 | 4.80 | 225.00 | No Charge | |

REDACTED

**CONFIDENTIAL**                                    **NLS 812203**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  305076      THRU 06/30/10

Page 59 (12)

CLIENT  011082   - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188      ARNOLD N. BRESSLER

* * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
|  | 06/30/10 | 6.10 | 225.00 | No Charge | REDACTED |
| TIMEKEEPER TOTAL |  | .00 |  | .00 |  |
| **TOTAL UNBILLED TIME** |  | **157.20** |  | **66,000.00** |  |

* * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS |  | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 006 | Secretarial - overtime | 06/15/10 | 0637 | REDACTED | 60.00 |
| 006 | Secretarial - overtime | 06/15/10 | 0637 |  | 60.00 |
| 006 | Secretarial - overtime | 06/15/10 | 0604 |  | 180.00 |
| 006 | Secretarial - overtime | 06/15/10 | 0604 |  | 60.00 |
| 006 | Secretarial - overtime | 06/15/10 | 0604 |  | 60.00 |
| 006 | Secretarial - overtime | 06/15/10 | 0604 |  | 60.00 |
| 006 | Secretarial - overtime | 06/30/10 | 0637 |  | 60.00 |
| 006 | Secretarial - overtime | 06/30/10 | 0637 |  | 60.00 |
| 006 | Secretarial - overtime | 06/30/10 | 0604 |  | 150.00 |
| 006 | Secretarial - overtime | 06/30/10 | 0604 |  | 120.00 |
|  | TOTAL Secretarial - overtime |  |  |  | 870.00 |
| 045 | Outside Reprod. & Printing | 06/09/10 | 0604 |  | 96.44 |
| 045 | Outside Reprod. & Printing | 06/22/10 | 0637 |  | 2,764.34 |

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  305076      THRU 06/30/10

Page 60 (13)

CLIENT  011082    - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188    ARNOLD N. BRESSLER

\* \* \* \* \*  U N B I L L E D   D I S B U R S E M E N T S  \* \* \* \* \*

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | TOTAL Outside Reprod. & Printing | | | | 2,860.78 |
| 052 | Delivery by vendor | 06/10/10 | 0445 | REDACTED | 19.50 |
| 052 | Delivery by vendor | 06/24/10 | 0445 | | 7.50 |
| | TOTAL Delivery by vendor | | | | 27.00 |
| 152 | Federal Express | 06/24/10 | 0445 | | 12.92 |
| | TOTAL Federal Express | | | | 12.92 |
| 017 | Duplicating | | | | 68.50 |
| 053 | Postage | | | | .44 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | **3,839.64** |

\* \* \*  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  \* \* \*

| CLASS | | TOTAL |
|---|---|---|
| 052 | Delivery by vendor | 27.00 |
| 017 | Duplicating | 68.50 |
| 152 | Federal Express | 12.92 |
| 045 | Outside Reprod. & Printing | 2,860.78 |
| 053 | Postage | .44 |
| 006 | Secretarial - overtime | 870.00 |
| **TOTALS** | | **3,839.64** |

**CONFIDENTIAL**                                                                 **NLS 812205**

# MOSES & SINGER LLP

**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

Invoice No.: 81378
August 31, 2010

FOR LEGAL SERVICES RENDERED through July 31, 2010:

# REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

**Melinda Serin, Et Al V. Nlsi-121**

| | | |
|---|---|---|
| Fees ........................................................................................ | $ | 105,693.00 |
| Adjustment………………………………………………..... | | (50,693.00) |
| Disbursements and related charges....................................... | $ | 22,946.97 |
| Total | | $ 77,946.97 |

REDACTED

# MOSES & SINGER LLP

**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

TOTAL ...............................................   $

Prior Balance.....................................   $

**Total Amount Due...........................**   **$**

**Discounted Amount Due If Paid Within 30 Days............**   $   **1,353,628.30**

**CONFIDENTIAL**                                             **NLS 812209**

DATE  11/12/10                          **MOSES & SINGER LLP**

                              BILLING MEMORANDUM #  307422     THRU 07/31/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

                     * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0188   BRESSLER, ARNOLD N. | | | | | |
| | 07/08/10 | .20 | 695.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0166   SKOFF, ABRAHAM | | | | | |
| . | 07/01/10 | .10 | 635.00 | No Charge | |
| | 07/08/10 | .10 | 635.00 | No Charge | |
| | 07/08/10 | .30 | 635.00 | No Charge | |
| | 07/12/10 | .60 | 635.00 | No Charge | |
| | 07/14/10 | .20 | 635.00 | No Charge | |
| | 07/15/10 | .10 | 635.00 | No Charge | |
| | 07/21/10 | .10 | 635.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 07/01/10 | .80 | 495.00 | No Charge | |
| | 07/06/10 | .30 | 495.00 | No Charge | |
| | 07/07/10 | 2.20 | 495.00 | 1,089.00 | |
| | 07/08/10 | .70 | 495.00 | 346.50 | |
| | 07/08/10 | .30 | 495.00 | No Charge | |
| | 07/08/10 | 1.80 | 495.00 | 891.00 | |
| | 07/08/10 | 1.60 | 495.00 | 792.00 | |
| | 07/09/10 | 2.70 | 495.00 | 1,336.50 | |
| | 07/09/10 | .60 | 495.00 | 297.00 | |

REDACTED

DATE   11/12/10                          **MOSES & SINGER LLP**                              Page 38 (2)
                                  BILLING MEMORANDUM #  307422     THRU 07/31/10

CLIENT   011082     - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER   011082-0121- MELINDA SERIN, et al v. NLSI
                              * * * * *  U N B I L L E D     T I M E   * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 07/13/10 | .50 | 495.00 | No Charge | |
| | 07/13/10 | .40 | 495.00 | No Charge | |
| | 07/15/10 | 1.90 | 495.00 | 940.50 | |
| | 07/15/10 | .70 | 495.00 | 346.50 | |
| | 07/15/10 | .30 | 495.00 | 148.50 | |
| | 07/15/10 | .40 | 495.00 | No Charge | |
| | 07/16/10 | .60 | 495.00 | 297.00 | |
| | 07/16/10 | .20 | 495.00 | 99.00 | |
| | 07/16/10 | .20 | 495.00 | No Charge | |
| | 07/19/10 | 1.10 | 495.00 | No Charge | |
| | 07/20/10 | .10 | 495.00 | No Charge | |
| | 07/20/10 | 1.00 | 495.00 | No Charge | |
| | 07/21/10 | .90 | 495.00 | No Charge | |
| | 07/22/10 | 1.90 | 495.00 | 940.50 | |
| | 07/22/10 | .40 | 495.00 | No Charge | |
| | 07/23/10 | 2.20 | 495.00 | 1,089.00 | |

REDACTED

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 39 (3)
                                   BILLING MEMORANDUM #  307422     THRU 07/31/10

CLIENT  011082   - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | | | | | |

REDACTED

| | | | | | |
|---|---|---|---|---|---|
| TIMEKEEPER TOTAL | | 17.40 | | 8,613.00 | |
| 0431   SILBERFEIN, SCOTT | | | | | |
| | 07/01/10 | 4.40 | 465.00 | 2,046.00 | |
| | 07/02/10 | 6.40 | 465.00 | 2,976.00 | |
| | 07/06/10 | 4.00 | 465.00 | 1,860.00 | |
| | 07/07/10 | 5.50 | 465.00 | 2,557.50 | |
| | 07/08/10 | 2.30 | 465.00 | No Charge | |
| | 07/09/10 | 5.20 | 465.00 | 2,418.00 | |
| | 07/12/10 | 3.70 | 465.00 | 1,720.50 | |
| | 07/13/10 | 3.30 | 465.00 | 1,534.50 | |
| | 07/14/10 | 5.30 | 465.00 | 2,464.50 | |
| TIMEKEEPER TOTAL | | 37.80 | | 17,577.00 | |
| 0489   FARBER, DANIELLE | | | | | |
| | 07/06/10 | .20 | 340.00 | 68.00 | |
| | 07/07/10 | 1.60 | 340.00 | 544.00 | |
| | 07/08/10 | 1.20 | 340.00 | 408.00 | |

**CONFIDENTIAL**                                              **NLS 812212**

DATE  11/12/10                              **MOSES & SINGER LLP**                              Page 40 (4)
                                    BILLING MEMORANDUM #  307422    THRU 07/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS                BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                            * * * * *  U N B I L L E D    T I M E   * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | 07/09/10 | .70 | 340.00 | 238.00 | |
| | 07/19/10 | .80 | 340.00 | 272.00 | |
| | 07/20/10 | 2.40 | 340.00 | 816.00 | |
| | 07/21/10 | 2.00 | 340.00 | 680.00 | |
| | 07/22/10 | 3.40 | 340.00 | 1,156.00 | |
| | 07/23/10 | 1.30 | 340.00 | 442.00 | |
| TIMEKEEPER TOTAL | | 13.60 | | 4,624.00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 07/01/10 | 8.80 | 405.00 | 3,564.00 | |
| | 07/02/10 | 3.30 | 405.00 | 1,336.50 | |
| | 07/06/10 | 5.90 | 405.00 | 2,389.50 | |
| | 07/07/10 | 7.50 | 405.00 | 3,037.50 | |

REDACTED

DATE   11/12/10                                    MOSES & SINGER LLP                              Page 41 (5)
                                          BILLING MEMORANDUM #  307422     THRU 07/31/10

CLIENT   011082     - NORTHERN LEASING SYSTEMS                 BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER   011082-0121- MELINDA SERIN, et al v. NLSI
                                    * * * * *  U N B I L L E D     T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|

# REDACTED

|  | 07/08/10 | 5.90 | 405.00 | 2,389.50 |  |
|  | 07/09/10 | 3.80 | 405.00 | 1,539.00 |  |
|  | 07/12/10 | 3.40 | 405.00 | 1,377.00 |  |
|  | 07/13/10 | 7.40 | 405.00 | 2,997.00 |  |

**CONFIDENTIAL**                                                              **NLS 812214**

DATE  11/12/10                            **MOSES & SINGER LLP**                          Page 42 (6)
                                    BILLING MEMORANDUM #  307422      THRU 07/31/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D     T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | | | | | **REDACTED** |
| | 07/14/10 | 4.60 | 405.00 | 1,863.00 | |
| | 07/15/10 | 3.00 | 405.00 | No Charge | |
| | 07/16/10 | 2.20 | 405.00 | 891.00 | |
| | 07/19/10 | .02 | 405.00 | 7.50 | |
| | 07/20/10 | 1.70 | 405.00 | 688.50 | |
| | 07/21/10 | 1.20 | 405.00 | 486.00 | |

**CONFIDENTIAL**                                                            **NLS 812215**

DATE  11/12/10

**MOSES & SINGER LLP**

BILLING MEMORANDUM #  307422     THRU 07/31/10

Page 43  (7)

CLIENT  011082    - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \*  U N B I L L E D      T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 07/22/10 | 1.10 | 405.00 | No Charge | REDACTED |
| | 07/23/10 | .80 | 405.00 | 324.00 | |
| | 07/26/10 | 1.10 | 405.00 | 445.50 | |
| | 07/27/10 | .60 | 405.00 | 243.00 | |
| | 07/29/10 | 1.50 | 405.00 | 607.50 | |
| | 07/30/10 | .80 | 405.00 | No Charge | |
| TIMEKEEPER TOTAL | | 59.72 | | 24,186.00 | |
| 0623   BYRON, MICHELLE | | | | | |
| | 07/09/10 | 5.20 | 225.00 | No Charge | |

**CONFIDENTIAL**

**NLS 812216**

DATE  11/12/10                              **MOSES & SINGER LLP**                              Page 44 (8)
                                     BILLING MEMORANDUM #  307422      THRU 07/31/10


CLIENT   011082    - NORTHERN LEASING SYSTEMS                  BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER   011082-0121- MELINDA SERIN, et al v. NLSI
                           * * * * *  U N B I L L E D    T I M E   * * * * *


| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 07/11/10 | .20 | 225.00 | No Charge | |
| | 07/13/10 | .10 | 225.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0637   TORRES, RAYMOND | | | | | |
| | 07/01/10 | 2.40 | 225.00 | No Charge | |
| | 07/02/10 | 2.10 | 225.00 | No Charge | |
| | 07/06/10 | 4.90 | 225.00 | No Charge | |
| | 07/07/10 | 2.30 | 225.00 | No Charge | |
| | 07/08/10 | 4.90 | 225.00 | No Charge | |

REDACTED

**CONFIDENTIAL**                                        **NLS 812217**

DATE   11/12/10                         **MOSES & SINGER LLP**                         Page 45 (9)
                              BILLING MEMORANDUM #  307422     THRU 07/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                    * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 07/09/10 | 7.00 | 225.00 | No Charge | REDACTED |
| | 07/11/10 | 2.50 | 225.00 | No Charge | |
| | 07/12/10 | 6.50 | 225.00 | No Charge | |
| | 07/13/10 | 7.50 | 225.00 | No Charge | |

**CONFIDENTIAL**                                         **NLS 812218**

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 46 (10)
                              BILLING MEMORANDUM #  307422     THRU 07/31/10


CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                         * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|

REDACTED

|  | 07/14/10 | 4.80 | 225.00 | No Charge | |

| TIMEKEEPER TOTAL | | .00 | | .00 | |

0604   ZUCKERMAN, RICHARD
|  | 07/01/10 | 4.50 | 225.00 | No Charge | |
|  | 07/02/10 | 5.50 | 225.00 | No Charge | |
|  | 07/06/10 | 8.50 | 225.00 | No Charge | |
|  | 07/07/10 | 11.50 | 225.00 | No Charge | |

**CONFIDENTIAL**                                                        **NLS 812219**

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 47 (11)
                              BILLING MEMORANDUM #  307422   THRU 07/31/10

CLIENT  011082   - NORTHERN LEASING SYSTEMS                  BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | | | | | REDACTED |
| | 07/08/10 | 7.00 | 225.00 | No Charge | |
| | 07/09/10 | 7.50 | 225.00 | No Charge | |
| | 07/10/10 | 3.00 | 225.00 | No Charge | |
| | 07/11/10 | 8.00 | 225.00 | No Charge | |
| | 07/12/10 | 7.00 | 225.00 | No Charge | |
| | 07/14/10 | .50 | 225.00 | No Charge | |
| | 07/16/10 | 1.00 | 225.00 | No Charge | |
| | 07/19/10 | 1.50 | 225.00 | No Charge | |
| | 07/21/10 | 7.80 | 225.00 | No Charge | |
| | 07/22/10 | 9.00 | 225.00 | No Charge | |
| | 07/23/10 | 5.50 | 225.00 | No Charge | |
| | 07/25/10 | 2.00 | 225.00 | No Charge | |
| | 07/26/10 | 10.00 | 225.00 | No Charge | |
| | 07/27/10 | 2.00 | 225.00 | No Charge | |

**CONFIDENTIAL**                                                                    **NLS 812220**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  307422    THRU 07/31/10

Page 48 (12)

CLIENT  011082    - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
**\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 0929   OSTERMAN, MARIA | | | | | |
| | 07/16/10 | 2.00 | 215.00 | No Charge | |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 1427   MANICKAM, VENI | | | | | |
| | 07/01/10 | 1.10 | 225.00 | No Charge | |
| | 07/01/10 | 2.40 | 225.00 | No Charge | |
| | 07/02/10 | 1.60 | 225.00 | No Charge | |
| | 07/02/10 | 1.60 | 225.00 | No Charge | |
| | 07/06/10 | 4.60 | 225.00 | No Charge | |
| | 07/06/10 | 1.40 | 225.00 | No Charge | |
| | 07/07/10 | 7.60 | 225.00 | No Charge | |
| | 07/07/10 | 1.30 | 225.00 | No Charge | |
| | 07/08/10 | 6.90 | 225.00 | No Charge | |
| | 07/08/10 | 1.40 | 225.00 | No Charge | |
| | 07/09/10 | .50 | 225.00 | No Charge | |
| | 07/11/10 | 2.40 | 225.00 | No Charge | |
| | 07/12/10 | .60 | 225.00 | No Charge | |

REDACTED

**CONFIDENTIAL**                                                                              **NLS 812221**

DATE  11/12/10                          **MOSES & SINGER LLP**                    Page 49 (13)
                                BILLING MEMORANDUM #  307422    THRU 07/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS           BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | | | | | REDACTED |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| 1428  RIEDERS, LAUREN | | | | | |
| | 07/12/10 | 1.00 | 225.00 | No Charge | REDACTED |
| TIMEKEEPER TOTAL | | .00 | | .00 | |
| **TOTAL UNBILLED TIME** | | **128.52** | | **55,000.00** | |

                  * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 006 | Secretarial - overtime | 07/15/10 | 0637 | REDACTED | 60.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0637 | | 120.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0637 | | 120.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0637 | | 120.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0637 | | 150.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0637 | | 60.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0637 | | 60.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0637 | | 60.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0604 | | 180.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0604 | | 60.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0604 | | 120.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0604 | | 120.00 |

**CONFIDENTIAL**                                                    **NLS 812222**

8

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  307422      THRU 07/31/10

Page 50 (14)

CLIENT  011082      - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

* * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 006 | Secretarial - overtime | 07/15/10 | 0604 | REDACTED | 60.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0604 | | 240.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0604 | | 270.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0604 | | 120.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0604 | | 150.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0604 | | 180.00 |
| 006 | Secretarial - overtime | 07/15/10 | 0604 | | 480.00 |
| 006 | Secretarial - overtime | 07/30/10 | 0637 | | 120.00 |
| 006 | Secretarial - overtime | 07/30/10 | 0637 | | 120.00 |
| 006 | Secretarial - overtime | 07/30/10 | 0637 | | 120.00 |
| 006 | Secretarial - overtime | 07/30/10 | 0604 | | 240.00 |
| 006 | Secretarial - overtime | 07/30/10 | 0604 | | 180.00 |
| 006 | Secretarial - overtime | 07/30/10 | 0604 | | 60.00 |
| 006 | Secretarial - overtime | 07/30/10 | 0604 | | 180.00 |
| 006 | Secretarial - overtime | 07/30/10 | 0604 | | 120.00 |
| 006 | Secretarial - overtime | 07/30/10 | 0604 | | 360.00 |

**CONFIDENTIAL**                                                    **NLS 812223**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  307422      THRU 07/31/10

Page 51 (15)

CLIENT  011082    - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188    ARNOLD N. BRESSLER

**\* \* \* \* \*  U N B I L L E D   D I S B U R S E M E N T S  \* \* \* \* \***

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | TOTAL Secretarial - overtime | | | | 4,230.00 |
| 021 | Westlaw | 07/31/10 | 1427 | | 1,318.91 |
| 021 | Westlaw | 07/31/10 | 1427 | | 297.10 |
| 021 | Westlaw | 07/31/10 | 0489 | | 1,219.11 |
| 021 | Westlaw | 07/31/10 | 0929 | | 425.85 |
| | TOTAL Westlaw | | | | 3,260.97 |
| 045 | Outside Reprod. & Printing | 07/12/10 | 0637 | | 11,566.45 |
| 045 | Outside Reprod. & Printing | 07/12/10 | 0637 | | 121.70 |
| 045 | Outside Reprod. & Printing | 07/29/10 | 0604 | | 73.25 |
| 045 | Outside Reprod. & Printing | 07/29/10 | 0604 | | 574.69 |
| 045 | Outside Reprod. & Printing | 07/29/10 | 0604 | | 99.02 |
| | TOTAL Outside Reprod. & Printing | | | | 12,435.11 |
| 054 | Telephone | 07/31/10 | 0431 | | 37.04 |
| | TOTAL Telephone | | | | 37.04 |
| 056 | Meals | 07/13/10 | 0604 | | 21.61 |
| 056 | Meals | 07/22/10 | 0604 | | 19.64 |
| 056 | Meals | 07/22/10 | 0604 | | 25.44 |
| 056 | Meals | 07/22/10 | 0604 | | 16.80 |

**REDACTED**

**CONFIDENTIAL**                                                                 **NLS 812224**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  307422    THRU 07/31/10

Page 52 (16)

CLIENT  011082    - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188    ARNOLD N. BRESSLER

**\* \* \* \* \*  U N B I L L E D   D I S B U R S E M E N T S  \* \* \* \* \***

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | REDACTED | |
| 056 | Meals | 07/22/10 | 0604 | | 22.35 |
| | TOTAL Meals | | | | 105.84 |
| 083 | Court Transcripts | 07/31/10 | 0445 | | 936.25 |
| 083 | Court Transcripts | 07/31/10 | 0395 | | 978.00 |
| 083 | Court Transcripts | 07/31/10 | 0445 | | 798.00 |
| | TOTAL Court Transcripts | | | | 2,712.25 |
| 152 | Federal Express | 07/09/10 | 0780 | | 10.52 |
| 152 | Federal Express | 07/22/10 | 0489 | | 15.15 |
| 152 | Federal Express | 07/22/10 | 0604 | | 13.10 |
| | TOTAL Federal Express | | | | 38.77 |
| 017 | Duplicating | | | | 124.75 |
| 053 | Postage | | | | 2.24 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | **22,946.97** |

**\* \* \*  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  \* \* \***

| CLASS | | TOTAL |
|---|---|---|
| 083 | Court Transcripts | 2,712.25 |
| 017 | Duplicating | 124.75 |
| 152 | Federal Express | 38.77 |
| 056 | Meals | 105.84 |
| 045 | Outside Reprod. & Printing | 12,435.11 |
| 053 | Postage | 2.24 |
| 006 | Secretarial - overtime | 4,230.00 |
| 054 | Telephone | 37.04 |
| 021 | Westlaw | 3,260.97 |
| **TOTALS** | | **22,946.97** |

**CONFIDENTIAL**                    **NLS 812225**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 82085
September 28, 2010

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through August 31, 2010:

# REDACTED

CONFIDENTIAL                                                      NLS 812226

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

**Melinda Serin, Et Al V. Nlsi-121**

**CONFIDENTIAL**                                                                      **NLS 812227**

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Fees.......................................................................   $      28,687.50
Disbursements and related charges......................................   $         283.90
        Total                                                    $  28,971.40

REDACTED

**CONFIDENTIAL**                                          **NLS 812228**

# MOSES & SINGER LLP

**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

TOTAL ............................................... $

............................................................ $

CONFIDENTIAL                                                NLS 812229

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Prior Balance ...................................... <u>$</u>

**Total Amount Due** ........................... <u>$</u>

DATE  11/12/10                          **MOSES & SINGER LLP**
                              BILLING MEMORANDUM #  310269      THRU 08/31/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

                         **\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0188   BRESSLER, ARNOLD N. | | | | | |
| | 08/12/10 | .20 | 695.00 | 139.00 | |
| | 08/27/10 | .20 | 695.00 | 139.00 | |
| | 08/30/10 | .30 | 695.00 | 208.50 | |
| TIMEKEEPER TOTAL | | .70 | | 486.50 | |
| 0166   SKOFF, ABRAHAM | | | | | |
| | 08/03/10 | .10 | 635.00 | 63.50 | |
| | 08/04/10 | .30 | 635.00 | 190.50 | |
| | 08/18/10 | .10 | 635.00 | 63.50 | |
| TIMEKEEPER TOTAL | | .50 | | 317.50 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 08/03/10 | .20 | 495.00 | 99.00 | |
| | 08/03/10 | .50 | 495.00 | 247.50 | |
| | 08/10/10 | 4.10 | 495.00 | 2,029.50 | |
| | 08/10/10 | .20 | 495.00 | 99.00 | |
| | 08/12/10 | .40 | 495.00 | 198.00 | |
| | 08/18/10 | 1.10 | 495.00 | 544.50 | |
| | 08/27/10 | .10 | 495.00 | 49.50 | |
| | 08/30/10 | .50 | 495.00 | 247.50 | |
| TIMEKEEPER TOTAL | | 7.10 | | 3,514.50 | |
| 0431   SILBERFEIN, SCOTT | | | | | |
| | 08/04/10 | .60 | 465.00 | 279.00 | |
| | 08/05/10 | 2.00 | 465.00 | 930.00 | |
| | 08/09/10 | 2.00 | 465.00 | 930.00 | |
| | 08/10/10 | 6.10 | 465.00 | 2,836.50 | |

REDACTED