DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 35 (2)
                                BILLING MEMORANDUM #  310269     THRU 08/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS            BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | 08/11/10 | 3.00 | 465.00 | 1,395.00 | |
| | 08/12/10 | 7.00 | 465.00 | 3,255.00 | |
| | 08/13/10 | .30 | 465.00 | 139.50 | |
| | 08/20/10 | 1.00 | 465.00 | 465.00 | |
| TIMEKEEPER TOTAL | | 22.00 | | 10,230.00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 08/02/10 | 2.40 | 405.00 | 972.00 | |
| | 08/03/10 | .90 | 405.00 | 364.50 | |
| | 08/04/10 | 2.70 | 405.00 | 1,093.50 | |
| | 08/05/10 | 2.90 | 405.00 | 1,174.50 | |
| | 08/06/10 | 1.30 | 405.00 | 526.50 | |

REDACTED

**CONFIDENTIAL**                                              **NLS 812232**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  310269     THRU 08/31/10

Page 36 (3)

CLIENT  011082    - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188    ARNOLD N. BRESSLER

**＊ ＊ ＊ ＊ ＊  U N B I L L E D    T I M E  ＊ ＊ ＊ ＊**

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 08/09/10 | 1.10 | 405.00 | 445.50 | REDACTED |
| | 08/10/10 | 4.40 | 405.00 | 1,782.00 | |
| | 08/11/10 | 2.20 | 405.00 | 891.00 | |
| | 08/12/10 | 1.00 | 405.00 | 405.00 | |
| | 08/16/10 | .40 | 405.00 | 162.00 | |
| | 08/17/10 | 1.40 | 405.00 | 567.00 | |
| | 08/18/10 | .50 | 405.00 | 202.50 | |
| | 08/19/10 | 1.00 | 405.00 | 405.00 | |

**CONFIDENTIAL**

**NLS 812233**

DATE  11/12/10                          MOSES & SINGER LLP                          Page 37 (4)
                              BILLING MEMORANDUM # 310269    THRU 08/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                         * * * * *  U N B I L L E D    T I M E   * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

<span style="color:red">REDACTED</span>

| | 08/20/10 | .70 | 405.00 | 283.50 | |
| | 08/23/10 | .20 | 405.00 | 81.00 | |
| | 08/24/10 | .20 | 405.00 | 81.00 | |
| | 08/25/10 | .10 | 405.00 | 40.50 | |
| | 08/26/10 | .10 | 405.00 | 40.50 | |
| | 08/27/10 | .80 | 405.00 | 324.00 | |
| TIMEKEEPER TOTAL | | 24.30 | | 9,841.50 | |
| 0637   TORRES, RAYMOND | | | | | |
| | 08/09/10 | 1.00 | 225.00 | 225.00 | |
| | 08/12/10 | .30 | 225.00 | 67.50 | |
| | 08/18/10 | 1.00 | 225.00 | 225.00 | |
| | 08/23/10 | .80 | 225.00 | 180.00 | |
| TIMEKEEPER TOTAL | | 3.10 | | 697.50 | |
| 0604   ZUCKERMAN, RICHARD | | | | | |

**CONFIDENTIAL**                                                    **NLS 812234**

DATE  11/12/10                          **MOSES & SINGER LLP**                              Page 38 (5)
                              BILLING MEMORANDUM #  310269      THRU 08/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS                BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \*  U N B I L L E D      T I M E   \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | 08/06/10 | 6.00 | 225.00 | 1,350.00 | REDACTED |
| | 08/08/10 | 5.00 | 225.00 | 1,125.00 | |
| | 08/09/10 | 2.00 | 225.00 | 450.00 | |
| | 08/10/10 | 1.00 | 225.00 | 225.00 | |
| | 08/12/10 | 2.00 | 225.00 | 450.00 | |
| TIMEKEEPER TOTAL | | 16.00 | | 3,600.00 | |
| **TOTAL UNBILLED TIME** | | **54.60** | | **28,687.50** | |

**\* \* \* \* \*  U N B I L L E D   D I S B U R S E M E N T S  \* \* \* \* \***

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|-------|--|------|------|-------------|--------|
| 021 | Westlaw | 08/31/10 | 0445 | Westlaw | No Charge |
| 052 | Delivery by vendor | 08/24/10 | 0445 | REDACTED | 7.50 |
| 052 | Delivery by vendor | 08/24/10 | 0445 | | 7.50 |
| 052 | Delivery by vendor | 08/24/10 | 0445 | | 7.50 |
| 052 | Delivery by vendor | 08/24/10 | 0952 | | 7.50 |
| 052 | Delivery by vendor | 08/24/10 | 0177 | | 19.50 |
| 052 | Delivery by vendor | 08/24/10 | 0445 | | 145.00 |

**CONFIDENTIAL**                                      **NLS 812235**

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 39 (6)
                                BILLING MEMORANDUM #  310269     THRU 08/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                    * * * * *  U N B I L L E D    D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|-------|--|------|------|-------------|--------|
| | | | | | |
| | TOTAL Delivery by vendor | | | | 194.50 |
| 054 | Telephone | 08/10/10 | 0445 | | 12.74 |
| | | | | | |
| | TOTAL Telephone | | | | 12.74 |
| 152 | Federal Express | 08/06/10 | 0445 | | 21.61 |
| 152 | Federal Express | 08/06/10 | 0604 | | 14.87 |
| 152 | Federal Express | 08/06/10 | 0780 | | 8.39 |
| 152 | Federal Express | 08/26/10 | 0780 | | 10.43 |
| | TOTAL Federal Express | | | | 55.30 |
| 155 | Search fees | 08/09/10 | 0445 | | 5.36 |
| 155 | Search fees | 08/09/10 | 0395 | | .24 |
| 155 | Search fees | 08/09/10 | 0489 | | 2.64 |
| 155 | Search fees | 08/09/10 | 0630 | | 2.08 |
| 155 | Search fees | 08/09/10 | 0647 | | .32 |
| | TOTAL Search fees | | | | 10.64 |
| 017 | Duplicating | | | | 9.50 |
| 053 | Postage | | | | 1.22 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | **283.90** |

REDACTED

                * * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *

| CLASS | | TOTAL |
|-------|--|-------|
| 052 | Delivery by vendor | 194.50 |

**CONFIDENTIAL**                                                        **NLS 812236**

DATE  11/12/10

**MOSES & SINGER LLP**

BILLING MEMORANDUM #  310269     THRU 08/31/10

Page 40 (7)

CLIENT  011082    - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y \* \* \***

| CLASS | | TOTAL |
|-------|---|------:|
| 017 | Duplicating | 9.50 |
| 152 | Federal Express | 55.30 |
| 053 | Postage | 1.22 |
| 155 | Search fees | 10.64 |
| 054 | Telephone | 12.74 |
| **TOTALS** | | **283.90** |

**CONFIDENTIAL**                                                      **NLS 812237**

# MOSES & SINGER LLP

**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

Invoice No.: 82843
October 27, 2010

Northern Leasing Systems
Attn: Mr. Jay Cohen
132 West 31st Street, 14th Floor
New York, NY 10001
cc: Mr. Ron Kincheloe

FOR LEGAL SERVICES RENDERED through September 30, 2010:

# REDACTED

# MOSES & SINGER LLP

**THE CHRYSLER BUILDING**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

**Melinda Serin, Et Al v. NLSI-121**

| | | |
|---|---|---|
| Fees ..................................................................................... | $ | 45,762.00 |
| Disbursements and related charges ........................................ | $ | 3,101.81 |
| Total | | $ 48,863.81 |

# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

**CONFIDENTIAL**

# MOSES & SINGER LLP

**The Chrysler Building**
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Federal Taxpayer Identification Number: 13-5259490

# REDACTED

TOTAL ................................................ $

Prior Balance...................................... $

**Total Amount Due............................** **$**

**DISCOUNTED AMOUNT IF PAID WITHIN 30 DAYS: $1,497,210.20**

**CONFIDENTIAL**                                                **NLS 812241**

DATE  11/12/10

**MOSES & SINGER LLP**

BILLING MEMORANDUM #  312491    THRU 09/30/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0188   BRESSLER, ARNOLD N. | | | | | |
| | 09/22/10 | 1.50 | 695.00 | 1,042.50 | |
| | 09/23/10 | .50 | 695.00 | 347.50 | |
| | 09/28/10 | .20 | 695.00 | 139.00 | |
| | 09/29/10 | 1.50 | 695.00 | 1,042.50 | |
| TIMEKEEPER TOTAL | | 3.70 | | 2,571.50 | |
| 0166   SKOFF, ABRAHAM | | | | | |
| | 09/28/10 | .10 | 635.00 | 63.50 | |
| | 09/29/10 | 1.90 | 635.00 | 1,206.50 | |
| TIMEKEEPER TOTAL | | 2.00 | | 1,270.00 | |
| 0395   LILLIENSTEIN, ROBERT D. | | | | | |
| | 09/03/10 | .20 | 495.00 | 99.00 | |
| | 09/07/10 | .10 | 495.00 | 49.50 | |
| | 09/13/10 | 2.30 | 495.00 | 1,138.50 | |
| | 09/16/10 | .50 | 495.00 | 247.50 | |
| | 09/17/10 | .30 | 495.00 | 148.50 | |
| | 09/21/10 | .20 | 495.00 | 99.00 | |
| | 09/22/10 | 7.60 | 495.00 | 3,762.00 | |
| | 09/23/10 | 4.30 | 495.00 | 2,128.50 | |
| | 09/24/10 | 1.90 | 495.00 | 940.50 | |
| | 09/24/10 | .60 | 495.00 | 297.00 | |

REDACTED

**CONFIDENTIAL**                                                          **NLS 812242**

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  312491     THRU 09/30/10

Page 29 (2)

CLIENT  011082    - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

* * * * *  U N B I L L E D    T I M E  * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 09/28/10 | 8.30 | 495.00 | 4,108.50 | REDACTED |
| | 09/29/10 | 6.20 | 495.00 | 3,069.00 | |
| | 09/29/10 | .30 | 495.00 | 148.50 | |
| | 09/30/10 | 1.00 | 495.00 | 495.00 | |
| | 09/30/10 | 1.80 | 495.00 | 891.00 | |
| TIMEKEEPER TOTAL | | 35.60 | | 17,622.00 | |
| 0431   SILBERFEIN, SCOTT | | | | | |
| | 09/14/10 | 3.40 | 465.00 | 1,581.00 | |
| | 09/20/10 | 3.60 | 465.00 | 1,674.00 | |
| | 09/21/10 | 2.20 | 465.00 | 1,023.00 | |
| | 09/22/10 | 2.00 | 465.00 | 930.00 | |
| | 09/29/10 | 3.00 | 465.00 | 1,395.00 | |
| TIMEKEEPER TOTAL | | 14.20 | | 6,603.00 | |
| 1401   AUERBACH, SHIRA | | | | | |
| | 09/28/10 | 2.30 | 240.00 | 552.00 | |
| | 09/29/10 | .20 | 240.00 | 48.00 | |
| TIMEKEEPER TOTAL | | 2.50 | | 600.00 | |

DATE  11/12/10

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  312491     THRU 09/30/10

Page 30 (3)

CLIENT  011082     - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

**\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| 0489    FARBER, DANIELLE | | | | | |
| | 09/22/10 | .50 | 340.00 | 170.00 | |
| | 09/23/10 | 1.30 | 340.00 | 442.00 | |
| | 09/24/10 | .80 | 340.00 | 272.00 | |
| | 09/30/10 | .10 | 340.00 | 34.00 | |
| TIMEKEEPER TOTAL | | 2.70 | | 918.00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 09/01/10 | .20 | 405.00 | 81.00 | |
| | 09/02/10 | .30 | 405.00 | 121.50 | |
| | 09/03/10 | 1.10 | 405.00 | 445.50 | |
| | 09/07/10 | .50 | 405.00 | 202.50 | |
| | 09/13/10 | .40 | 405.00 | 162.00 | |
| | 09/14/10 | 1.00 | 405.00 | 405.00 | |
| | 09/15/10 | .30 | 405.00 | 121.50 | |
| | 09/16/10 | .50 | 405.00 | 202.50 | |

REDACTED

**CONFIDENTIAL**

**NLS 812244**

DATE  11/12/10                          **MOSES & SINGER LLP**                          Page 31 (4)
                              BILLING MEMORANDUM #  312491     THRU 09/30/10

CLIENT  011082   - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E   * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|

REDACTED

| | 09/17/10 | .10 | 405.00 | 40.50 | |
| | 09/20/10 | 2.80 | 405.00 | 1,134.00 | |
| | 09/21/10 | .60 | 405.00 | 243.00 | |
| | 09/22/10 | 2.30 | 405.00 | 931.50 | |
| | 09/23/10 | .40 | 405.00 | 162.00 | |
| | 09/27/10 | 2.50 | 405.00 | 1,012.50 | |
| | 09/28/10 | 3.80 | 405.00 | 1,539.00 | |

**CONFIDENTIAL**                                              **NLS 812245**

DATE  11/12/10

MOSES & SINGER LLP
BILLING MEMORANDUM #  312491      THRU 09/30/10

CLIENT  011082      - NORTHERN LEASING SYSTEMS
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

BILLING ATTORNEY  0188      ARNOLD N. BRESSLER

* * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 09/29/10 | 3.70 | 405.00 | 1,498.50 | |
| TIMEKEEPER TOTAL | | 20.50 | | 8,302.50 | |
| 0637   TORRES, RAYMOND | 09/23/10 | 2.20 | 225.00 | 495.00 | |
| | 09/24/10 | 1.20 | 225.00 | 270.00 | |
| | 09/29/10 | 2.10 | 225.00 | 472.50 | |
| | 09/30/10 | 2.50 | 225.00 | 562.50 | |

REDACTED

**CONFIDENTIAL**

**NLS 812246**

DATE  11/12/10                        **MOSES & SINGER LLP**                        Page 33 (6)
                              BILLING MEMORANDUM #  312491    THRU 09/30/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS           BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

# REDACTED

| | | | | | |
|---|---|---|---|---|---|
| TIMEKEEPER TOTAL | | 8.00 | | 1,800.00 | |
| 0604   ZUCKERMAN, RICHARD | | | | | |
| | 09/01/10 | 1.00 | 225.00 | 225.00 | |
| | 09/22/10 | 6.00 | 225.00 | 1,350.00 | |
| | 09/23/10 | 4.50 | 225.00 | 1,012.50 | |
| | 09/24/10 | 2.00 | 225.00 | 450.00 | |
| | 09/27/10 | .50 | 225.00 | 112.50 | |
| | 09/28/10 | 9.00 | 225.00 | 2,025.00 | |

**CONFIDENTIAL**                                                    **NLS 812247**

```
DATE  11/12/10                         MOSES & SINGER LLP                    Page 34 (7)
                              BILLING MEMORANDUM # 312491     THRU 09/30/10


CLIENT  011082   - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                         * * * * *  U N B I L L E D    T I M E  * * * * *
```

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

# REDACTED

.

| | 09/29/10 | 2.50 | 225.00 | 562.50 | |
|---|---|---|---|---|---|
| | 09/30/10 | 1.50 | 225.00 | 337.50 | |

```
   TIMEKEEPER TOTAL                27.00              6,075.00

   TOTAL UNBILLED TIME            116.20             45,762.00
```

```
            * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *
```

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 021 | Westlaw | 09/30/10 | 0395 | Westlaw | 151.88 |
| | TOTAL Westlaw | | | | 151.88 |
| 045 | Outside Reprod. & Printing | 09/22/10 | 0637 | | 88.73 |
| 045 | Outside Reprod. & Printing | 09/22/10 | 0604 | | 117.52 |
| 045 | Outside Reprod. & Printing | 09/30/10 | 0604 | | 317.22 |
| 045 | Outside Reprod. & Printing | 09/30/10 | 0604 | | 516.09 |
| | TOTAL Outside Reprod. & Printing | | | | 1,039.56 |
| 056 | Meals | 09/14/10 | 0604 | | 20.14 |
| 056 | Meals | 09/14/10 | 0552 | | 155.62 |

# REDACTED

**CONFIDENTIAL**                                               **NLS 812248**

DATE  11/12/10                              **MOSES & SINGER LLP**                              Page 35 (8)
                                    BILLING MEMORANDUM #  312491     THRU 09/30/10

CLIENT  011082     - NORTHERN LEASING SYSTEMS            BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | **REDACTED** | |
| 056 | Meals | 09/14/10 | 0604 | | 20.14 |
| | TOTAL Meals | | | | 195.90 |
| 058 | Carfare | 09/30/10 | 0604 | | 70.41 |
| 058 | Carfare | 09/30/10 | 0604 | | 66.53 |
| 058 | Carfare | 09/30/10 | 0604 | | 67.63 |
| | TOTAL Carfare | | | | 204.57 |
| 083 | Court Transcripts | 09/17/10 | 0431 | | 1,483.15 |
| | TOTAL Court Transcripts | | | | 1,483.15 |
| 017 | Duplicating | | | | 6.75 |
| 022 | Telecopy | | | | 20.00 |
| | **TOTAL UNBILLED DISBURSEMENTS** | | | | **3,101.81** |

                          * * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *

| CLASS | | TOTAL |
|---|---|---|
| 058 | Carfare | 204.57 |
| 083 | Court Transcripts | 1,483.15 |
| 017 | Duplicating | 6.75 |
| 056 | Meals | 195.90 |
| 045 | Outside Reprod. & Printing | 1,039.56 |
| 022 | Telecopy | 20.00 |
| 021 | Westlaw | 151.88 |
| **TOTALS** | | **3,101.81** |

**CONFIDENTIAL**                                                    **NLS 812249**

**MOSES & SINGER LLP**

                                    BILLING MEMORANDUM #  314871      THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

                         * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| 0188   BRESSLER, ARNOLD N. | | | | | REDACTED |
| | 10/11/10 | .20 | 695.00 | 139.00 | |
| | 10/14/10 | .30 | 695.00 | 208.50 | |
| | 10/20/10 | .20 | 695.00 | 139.00 | |
| | 10/25/10 | .30 | 695.00 | 208.50 | |
| | 10/26/10 | 1.70 | 695.00 | 1,181.50 | |
| | 10/27/10 | 2.00 | 695.00 | 1,390.00 | |
| | 10/28/10 | 1.30 | 695.00 | 903.50 | |
| | 10/29/10 | 5.20 | 695.00 | 3,614.00 | |
| TIMEKEEPER TOTAL | | 11.20 | | 7,784.00 | |
| 0166   SKOFF, ABRAHAM | | | | | |
| | 10/03/10 | .20 | 635.00 | 127.00 | |
| | 10/04/10 | .40 | 635.00 | 254.00 | |
| | 10/11/10 | .30 | 635.00 | 190.50 | |
| | 10/15/10 | .10 | 635.00 | 63.50 | |
| | 10/18/10 | 1.60 | 635.00 | 1,016.00 | |
| | 10/19/10 | 1.30 | 635.00 | 825.50 | |
| | 10/20/10 | .20 | 635.00 | 127.00 | |
| | 10/21/10 | .40 | 635.00 | 254.00 | |
| | 10/23/10 | .30 | 635.00 | 190.50 | |
| | 10/25/10 | .90 | 635.00 | 571.50 | |
| | 10/28/10 | .70 | 635.00 | 444.50 | |
| | 10/30/10 | .30 | 635.00 | 190.50 | |

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 59 (2)
                                BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 10/31/10 | 1.00 | 635.00 | 635.00 | REDACTED |
| TIMEKEEPER TOTAL | | 7.70 | | 4,889.50 | |
| 0395  LILLIENSTEIN, ROBERT D. | 10/01/10 | 5.20 | 495.00 | 2,574.00 | |
| | 10/04/10 | 1.40 | 495.00 | 693.00 | |
| | 10/05/10 | .90 | 495.00 | 445.50 | |
| | 10/05/10 | .80 | 495.00 | 396.00 | |
| | 10/05/10 | .30 | 495.00 | 148.50 | |
| | 10/05/10 | .20 | 495.00 | 99.00 | |
| | 10/06/10 | 1.00 | 495.00 | 495.00 | |
| | 10/06/10 | .20 | 495.00 | 99.00 | |
| | 10/06/10 | .50 | 495.00 | 247.50 | |
| | 10/06/10 | .10 | 495.00 | 49.50 | |
| | 10/06/10 | 2.50 | 495.00 | 1,237.50 | |
| | 10/06/10 | 2.00 | 495.00 | 990.00 | |
| | 10/06/10 | .40 | 495.00 | 198.00 | |
| | 10/07/10 | .40 | 495.00 | 198.00 | |
| | 10/07/10 | .80 | 495.00 | 396.00 | |

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082   - NORTHERN LEASING SYSTEMS            BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
**\* \* \* \* \* U N B I L L E D    T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

REDACTED

|  | 10/11/10 | 1.50 | 495.00 | 742.50 |  |
|  | 10/12/10 | 1.00 | 495.00 | 495.00 |  |
|  | 10/13/10 | 8.00 | 495.00 | 3,960.00 |  |
|  | 10/14/10 | .30 | 495.00 | 148.50 |  |
|  | 10/14/10 | .50 | 495.00 | 247.50 |  |
|  | 10/14/10 | 2.10 | 495.00 | 1,039.50 |  |
|  | 10/14/10 | .30 | 495.00 | 148.50 |  |
|  | 10/14/10 | 1.00 | 495.00 | 495.00 |  |
|  | 10/14/10 | .20 | 495.00 | 99.00 |  |
|  | 10/14/10 | 2.00 | 495.00 | 990.00 |  |
|  | 10/15/10 | 1.60 | 495.00 | 792.00 |  |
|  | 10/15/10 | 3.30 | 495.00 | 1,633.50 |  |
|  | 10/18/10 | .40 | 495.00 | 198.00 |  |
|  | 10/18/10 | .90 | 495.00 | 445.50 |  |
|  | 10/18/10 | 1.50 | 495.00 | 742.50 |  |
|  | 10/18/10 | .30 | 495.00 | 148.50 |  |
|  | 10/18/10 | .40 | 495.00 | 198.00 |  |
|  | 10/19/10 | 1.00 | 495.00 | 495.00 |  |
|  | 10/19/10 | .60 | 495.00 | 297.00 |  |
|  | 10/19/10 | 1.20 | 495.00 | 594.00 |  |
|  | 10/20/10 | 7.40 | 495.00 | 3,663.00 |  |

DATE  11/03/10                      **MOSES & SINGER LLP**                        Page 61 (4)
                              BILLING MEMORANDUM #  314871     THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS            BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                            * * * * *  U N B I L L E D   T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 10/20/10 | .30 | 495.00 | 148.50 | |
| | 10/20/10 | .40 | 495.00 | 198.00 | |
| | 10/21/10 | 6.20 | 495.00 | 3,069.00 | |
| | 10/22/10 | 1.00 | 495.00 | 495.00 | |
| | 10/23/10 | 2.30 | 495.00 | 1,138.50 | |
| | 10/24/10 | 1.70 | 495.00 | 841.50 | |
| | 10/25/10 | .40 | 495.00 | 198.00 | |
| | 10/25/10 | 6.50 | 495.00 | 3,217.50 | |
| | 10/26/10 | 6.80 | 495.00 | 3,366.00 | |
| | 10/27/10 | 9.40 | 495.00 | 4,653.00 | |
| | 10/28/10 | 8.20 | 495.00 | 4,059.00 | |
| | 10/29/10 | 12.30 | 495.00 | 6,088.50 | |
| | 10/30/10 | 2.80 | 495.00 | 1,386.00 | |
| | 10/31/10 | 5.30 | 495.00 | 2,623.50 | |

REDACTED

**CONFIDENTIAL**                                                     **NLS 812253**

DATE  11/03/10                              **MOSES & SINGER LLP**                              Page 62 (5)
                                     BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                              * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
|            |      |      |      |       | REDACTED |
| TIMEKEEPER TOTAL |  | 115.80 |  | 57,321.00 | |
| 0431   SILBERFEIN, SCOTT |  |  |  |  | |
|  | 10/01/10 | 2.20 | 465.00 | 1,023.00 | |
|  | 10/04/10 | 1.10 | 465.00 | 511.50 | |
|  | 10/05/10 | 4.80 | 465.00 | 2,232.00 | |
|  | 10/06/10 | 4.00 | 465.00 | 1,860.00 | |
|  | 10/11/10 | 5.10 | 465.00 | 2,371.50 | |
|  | 10/12/10 | 4.30 | 465.00 | 1,999.50 | |
|  | 10/13/10 | 5.00 | 465.00 | 2,325.00 | |
|  | 10/14/10 | 4.60 | 465.00 | 2,139.00 | |
|  | 10/15/10 | 4.80 | 465.00 | 2,232.00 | |

DATE  11/03/10                        **MOSES & SINGER LLP**                        Page 63 (6)
                              BILLING MEMORANDUM #  314871    THRU 10/31/10


CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | 10/18/10 | 7.70 | 465.00 | 3,580.50 | |
| | 10/19/10 | 3.80 | 465.00 | 1,767.00 | |
| | 10/20/10 | 5.30 | 465.00 | 2,464.50 | |
| | 10/21/10 | 4.80 | 465.00 | 2,232.00 | |
| | 10/22/10 | 8.80 | 465.00 | 4,092.00 | |
| | 10/25/10 | 10.40 | 465.00 | 4,836.00 | |
| | 10/26/10 | 10.20 | 465.00 | 4,743.00 | |
| | 10/27/10 | 9.80 | 465.00 | 4,557.00 | |
| | 10/28/10 | 10.30 | 465.00 | 4,789.50 | |

REDACTED

**CONFIDENTIAL**                                      **NLS 812255**

DATE  11/03/10                                **MOSES & SINGER LLP**                                Page 64 (7)
                                      BILLING MEMORANDUM #  314871     THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D     T I M E   * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 10/29/10 | 10.80 | 465.00 | 5,022.00 | REDACTED |
| | 10/30/10 | 6.80 | 465.00 | 3,162.00 | |
| | 10/31/10 | 5.60 | 465.00 | 2,604.00 | |
| TIMEKEEPER TOTAL | | 130.20 | | 60,543.00 | |
| 1406   BARANELLO, JOHN | | | | | |
| | 10/01/10 | 2.90 | 240.00 | 696.00 | |
| | 10/04/10 | 2.20 | 240.00 | 528.00 | |
| | 10/05/10 | 6.90 | 240.00 | 1,656.00 | |
| | 10/06/10 | 2.20 | 240.00 | 528.00 | |
| | 10/07/10 | .70 | 240.00 | 168.00 | |
| | 10/11/10 | 6.00 | 240.00 | 1,440.00 | |
| | 10/13/10 | .70 | 240.00 | 168.00 | |
| | 10/13/10 | 5.50 | 240.00 | 1,320.00 | |
| | 10/14/10 | 3.50 | 240.00 | 840.00 | |
| | 10/15/10 | 3.80 | 240.00 | 912.00 | |
| | 10/15/10 | .80 | 240.00 | 192.00 | |
| | 10/18/10 | 4.80 | 240.00 | 1,152.00 | |
| | 10/19/10 | .90 | 240.00 | 216.00 | |
| | 10/19/10 | 8.50 | 240.00 | 2,040.00 | |

                              BILLING MEMORANDUM #  314871     THRU 10/31/10

CLIENT  011082   - NORTHERN LEASING SYSTEMS                BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                         * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
|  | 10/20/10 | 7.50 | 240.00 | 1,800.00 | REDACTED |
|  | 10/27/10 | 5.30 | 240.00 | 1,272.00 |  |
|  | 10/27/10 | 1.50 | 240.00 | 360.00 |  |
|  | 10/28/10 | .50 | 240.00 | 120.00 |  |
|  | 10/29/10 | 1.50 | 240.00 | 360.00 |  |
|  | 10/29/10 | 5.80 | 240.00 | 1,392.00 |  |
|  | 10/30/10 | 5.00 | 240.00 | 1,200.00 |  |
|  | 10/31/10 | 2.00 | 240.00 | 480.00 |  |
| TIMEKEEPER TOTAL |  | 78.50 |  | 18,840.00 |  |
| 0440   BUTVICK, DECLAN M. |  |  |  |  |  |
|  | 10/13/10 | .20 | 460.00 | 92.00 |  |
|  | 10/15/10 | .80 | 460.00 | 368.00 |  |
|  | 10/16/10 | 3.10 | 460.00 | 1,426.00 |  |
|  | 10/17/10 | 3.10 | 460.00 | 1,426.00 |  |
|  | 10/18/10 | 8.10 | 460.00 | 3,726.00 |  |
|  | 10/19/10 | 5.20 | 460.00 | 2,392.00 |  |
|  | 10/20/10 | 7.10 | 460.00 | 3,266.00 |  |
|  | 10/21/10 | 5.10 | 460.00 | 2,346.00 |  |
|  | 10/22/10 | 3.40 | 460.00 | 1,564.00 |  |
|  | 10/24/10 | 5.30 | 460.00 | 2,438.00 |  |
|  | 10/25/10 | 11.30 | 460.00 | 5,198.00 |  |
|  | 10/26/10 | 11.50 | 460.00 | 5,290.00 |  |
|  | 10/27/10 | 4.20 | 460.00 | 1,932.00 |  |
|  | 10/28/10 | 4.80 | 460.00 | 2,208.00 |  |

**MOSES & SINGER LLP**
BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
**\* \* \* \* \*  U N B I L L E D    T I M E  \* \* \* \* \***

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | 10/29/10 | 12.50 | 460.00 | 5,750.00 | |
| | 10/30/10 | 7.50 | 460.00 | 3,450.00 | |
| | 10/31/10 | 2.10 | 460.00 | 966.00 | |
| TIMEKEEPER TOTAL | | 95.30 | | 43,838.00 | |
| 1404   CASTANARO, VALERIA | | | | | |
| | 10/04/10 | .60 | 240.00 | 144.00 | |
| | 10/05/10 | 1.10 | 240.00 | 264.00 | |
| | 10/06/10 | 3.50 | 240.00 | 840.00 | |
| | 10/07/10 | 6.40 | 240.00 | 1,536.00 | |
| | 10/08/10 | 2.10 | 240.00 | 504.00 | |
| | 10/11/10 | 6.80 | 240.00 | 1,632.00 | |
| | 10/12/10 | 1.90 | 240.00 | 456.00 | |
| | 10/13/10 | 8.10 | 240.00 | 1,944.00 | |
| | 10/14/10 | 11.30 | 240.00 | 2,712.00 | |
| | 10/15/10 | 7.70 | 240.00 | 1,848.00 | |
| | 10/18/10 | 8.00 | 240.00 | 1,920.00 | |
| | 10/19/10 | 4.60 | 240.00 | 1,104.00 | |
| | 10/20/10 | 5.40 | 240.00 | 1,296.00 | |
| | 10/21/10 | 7.90 | 240.00 | 1,896.00 | |

REDACTED

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 67 (10)
                              BILLING MEMORANDUM #  314871    THRU 10/31/10


CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 10/22/10 | 7.00 | 240.00 | 1,680.00 | REDACTED |
| | 10/23/10 | 2.00 | 240.00 | 480.00 | |
| | 10/25/10 | 5.60 | 240.00 | 1,344.00 | |
| | 10/27/10 | 1.50 | 240.00 | 360.00 | |
| | 10/29/10 | 10.70 | 240.00 | 2,568.00 | |
| | 10/31/10 | 7.00 | 240.00 | 1,680.00 | |
| TIMEKEEPER TOTAL | | 109.20 | | 26,208.00 | |
| 0489   FARBER, DANIELLE | | | | | |
| | 10/06/10 | .10 | 340.00 | 34.00 | |
| | 10/07/10 | .30 | 340.00 | 102.00 | |
| | 10/11/10 | .20 | 340.00 | 68.00 | |
| | 10/14/10 | .20 | 340.00 | 68.00 | |
| | 10/18/10 | 1.00 | 340.00 | 340.00 | |
| | 10/19/10 | 1.20 | 340.00 | 408.00 | |
| | 10/21/10 | .50 | 340.00 | 170.00 | |
| | 10/29/10 | 1.50 | 340.00 | 510.00 | |
| TIMEKEEPER TOTAL | | 5.00 | | 1,700.00 | |
| 0445   NIGRO, JENNIFER | | | | | |
| | 10/04/10 | .10 | 405.00 | 40.50 | |
| | 10/05/10 | 1.00 | 405.00 | 405.00 | |
| | 10/06/10 | .70 | 405.00 | 283.50 | |

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 68 (11)
                                BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E   * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|

REDACTED

10/11/10   8.40   405.00   3,402.00

10/12/10   9.20   405.00   3,726.00

10/13/10   8.00   405.00   3,240.00

10/14/10   8.10   405.00   3,280.50

**CONFIDENTIAL**                                                        **NLS 812260**

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 69 (12)
                            BILLING MEMORANDUM #  314871     THRU 10/31/10


CLIENT  011082   - NORTHERN LEASING SYSTEMS                BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                    * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | 10/15/10 | 1.30 | 405.00 | 526.50 | |
| | 10/18/10 | 1.90 | 405.00 | 769.50 | |
| | 10/19/10 | 2.90 | 405.00 | 1,174.50 | |
| | 10/20/10 | 1.20 | 405.00 | 486.00 | |
| | 10/21/10 | 5.70 | 405.00 | 2,308.50 | |

**CONFIDENTIAL**                                                        **NLS 812261**

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 70 (13)
                            BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082   - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D     T I M E   * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

REDACTED

| | 10/22/10 | 1.00 | 405.00 | 405.00 | |
| | 10/24/10 | .20 | 405.00 | 81.00 | |
| | 10/25/10 | 9.40 | 405.00 | 3,807.00 | |
| | 10/26/10 | 4.70 | 405.00 | 1,903.50 | |
| | 10/27/10 | 7.90 | 405.00 | 3,199.50 | |
| | 10/28/10 | 2.90 | 405.00 | 1,174.50 | |

**CONFIDENTIAL**                                                    **NLS 812262**

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 71 (14)
                              BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

REDACTED

|  | 10/29/10 | 8.30 | 405.00 | 3,361.50 |  |

|  TIMEKEEPER TOTAL |  | 82.90 |  | 33,574.50 |  |

| 0637   TORRES, RAYMOND |  |  |  |  |  |
|  | 10/01/10 | 1.50 | 225.00 | 337.50 |  |
|  | 10/04/10 | 7.80 | 225.00 | 1,755.00 |  |
|  | 10/06/10 | 3.80 | 225.00 | 855.00 |  |
|  | 10/07/10 | 3.90 | 225.00 | 877.50 |  |

**CONFIDENTIAL**                                                              **NLS 812263**

```
DATE  11/03/10                          MOSES & SINGER LLP                        Page 72 (15)
                               BILLING MEMORANDUM #  314871     THRU 10/31/10


CLIENT  011082    - NORTHERN LEASING SYSTEMS          BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E  * * * * *


  TIMEKEEPER                        DATE    TIME    RATE     VALUE  DIARY
```

REDACTED

```
                                  10/11/10  1.50  225.00    337.50
                                  10/15/10  2.30  225.00    517.50




                                  10/18/10  3.10  225.00    697.50




                                  10/19/10  4.50  225.00  1,012.50




                                  10/20/10  1.70  225.00    382.50



                                  10/26/10   .60  225.00    135.00
```

**CONFIDENTIAL**                                                    **NLS 812264**

DATE  11/03/10                              **MOSES & SINGER LLP**                              Page 73 (16)
                              BILLING MEMORANDUM #  314871    THRU 10/31/10


CLIENT  011082   - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                     * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|

REDACTED

|  | 10/28/10 | 2.80 | 225.00 | 630.00 |  |

|  |  |  |  |  |  |

| TIMEKEEPER TOTAL |  | 33.50 |  | 7,537.50 |  |

| 0604   ZUCKERMAN, RICHARD |  |  |  |  |  |
|  | 10/04/10 | 4.50 | 225.00 | 1,012.50 |  |

|  | 10/05/10 | 2.20 | 225.00 | 495.00 |  |

**CONFIDENTIAL**                                              **NLS 812265**

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 74 (17)
                                BILLING MEMORANDUM #  314871     THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS            BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E   * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|------------|------|------|------|-------|-------|
| | 10/06/10 | 4.00 | 225.00 | 900.00 | REDACTED |
| | 10/07/10 | 4.20 | 225.00 | 945.00 | |
| | 10/11/10 | 4.50 | 225.00 | 1,012.50 | |
| | 10/12/10 | 4.00 | 225.00 | 900.00 | |
| | 10/13/10 | 6.00 | 225.00 | 1,350.00 | |
| | 10/14/10 | 6.40 | 225.00 | 1,440.00 | |
| | 10/15/10 | 2.50 | 225.00 | 562.50 | |
| | 10/18/10 | 7.00 | 225.00 | 1,575.00 | |

DATE  11/03/10                          **MOSES & SINGER LLP**                        Page 75 (18)
                          BILLING MEMORANDUM #  314871    THRU 10/31/10


CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 10/19/10 | 6.00 | 225.00 | 1,350.00 | |
| | 10/20/10 | 7.00 | 225.00 | 1,575.00 | |
| | 10/21/10 | 9.00 | 225.00 | 2,025.00 | |
| | 10/22/10 | 6.50 | 225.00 | 1,462.50 | |
| | 10/25/10 | 7.00 | 225.00 | 1,575.00 | |
| | 10/26/10 | 2.00 | 225.00 | 450.00 | |

REDACTED

**CONFIDENTIAL**                                                    **NLS 812267**

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 76 (19)
                              BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082   - NORTHERN LEASING SYSTEMS                  BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D    T I M E  * * * * *

| TIMEKEEPER | DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|---|
| | 10/27/10 | 10.00 | 225.00 | 2,250.00 | REDACTED |
| | 10/28/10 | 8.00 | 225.00 | 1,800.00 | |
| | 10/29/10 | 11.00 | 225.00 | 2,475.00 | |
| | 10/29/10 | 2.00 | 225.00 | 450.00 | |
| TIMEKEEPER TOTAL | | 113.80 | | 25,605.00 | |
| **TOTAL UNBILLED TIME** | | **783.10** | | **287,840.50** | |

                    * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 006 | Secretarial - overtime | 10/15/10 | 0914 | REDACTED | 20.00 |
| 006 | Secretarial - overtime | 10/29/10 | 0914 | | 20.00 |
| 006 | Secretarial - overtime | 10/29/10 | 0914 | | 280.00 |
| 006 | Secretarial - overtime | 10/29/10 | 0914 | | 280.00 |
| 006 | Secretarial - overtime | 10/29/10 | 0737 | | 45.00 |

**CONFIDENTIAL**                                                        **NLS 812268**

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 77 (20)
                                BILLING MEMORANDUM #  314871      THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS |         | DATE     | ATTY | DESCRIPTION |   AMOUNT |
|-------|---------|----------|------|-------------|----------|
|       | TOTAL Secretarial - overtime | | | |   645.00 |
| 021   | Westlaw | 10/31/10 | 1406 | REDACTED |    34.84 |
| 021   | Westlaw | 10/31/10 | 1406 | | 1,001.12 |
| 021   | Westlaw | 10/31/10 | 1406 | |   254.78 |
| 021   | Westlaw | 10/31/10 | 1406 | |    22.04 |
| 021   | Westlaw | 10/31/10 | 1406 | |   172.08 |
| 021   | Westlaw | 10/31/10 | 1406 | |    84.93 |
| 021   | Westlaw | 10/31/10 | 1406 | |    52.28 |
| 021   | Westlaw | 10/31/10 | 1406 | | 3,313.15 |
| 021   | Westlaw | 10/31/10 | 1406 | |   141.80 |
| 021   | Westlaw | 10/31/10 | 1406 | |    15.24 |
| 021   | Westlaw | 10/31/10 | 1406 | |   134.19 |
| 021   | Westlaw | 10/31/10 | 1406 | |   570.18 |
| 021   | Westlaw | 10/31/10 | 1406 | | 1,599.76 |
| 021   | Westlaw | 10/31/10 | 1404 | |   300.17 |
| 021   | Westlaw | 10/31/10 | 1404 | |   104.52 |
| 021   | Westlaw | 10/31/10 | 1404 | |   611.88 |

**CONFIDENTIAL**                                                    **NLS 812269**

DATE  11/03/10

**MOSES & SINGER LLP**                                    Page 78 (21)
BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

* * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 021 | Westlaw | 10/31/10 | 1404 | REDACTED | 688.09 |
| 021 | Westlaw | 10/31/10 | 1404 | | 164.73 |
| 021 | Westlaw | 10/31/10 | 1404 | | 406.32 |
| 021 | Westlaw | 10/31/10 | 0604 | | 6.80 |
| 021 | Westlaw | 10/31/10 | 1406 | | 213.84 |
| 021 | Westlaw | 10/31/10 | 1406 | | 15.24 |
| 021 | Westlaw | 10/31/10 | 1406 | | 884.00 |
| 021 | Westlaw | 10/31/10 | 1406 | | 26.13 |
| 021 | Westlaw | 10/31/10 | 0440 | | 78.98 |
| 021 | Westlaw | 10/31/10 | 0440 | | 1,644.40 |
| 021 | Westlaw | 10/31/10 | 0637 | | 208.29 |
| 021 | Westlaw | 10/31/10 | 0637 | | 207.83 |
| 021 | Westlaw | 10/31/10 | 0637 | | 1,566.66 |
| 021 | Westlaw | 10/31/10 | 0637 | | 814.73 |
| 021 | Westlaw | 10/31/10 | 0604 | | 923.59 |

TOTAL Westlaw                                                        16,262.59

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 79 (22)
                              BILLING MEMORANDUM #  314871   THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 042 | Filing and Misc Fees | 10/21/10 | 0637 | REDACTED | 10.00 |
| 042 | Filing and Misc Fees | 10/21/10 | 0637 | | 22.00 |
| 042 | Filing and Misc Fees | 10/21/10 | 0637 | | 18.00 |
| 042 | Filing and Misc Fees | 10/22/10 | 0637 | | 7.00 |
| 042 | Filing and Misc Fees | 10/22/10 | 0637 | | 24.00 |
| 042 | Filing and Misc Fees | 10/22/10 | 0637 | | -7.00 |
| | TOTAL Filing and Misc Fees | | | | 74.00 |
| 045 | Outside Reprod. & Printing | 10/12/10 | 0604 | | 159.91 |
| 045 | Outside Reprod. & Printing | 10/28/10 | 0604 | | 67.44 |
| 045 | Outside Reprod. & Printing | 10/31/10 | 0604 | | 725.36 |
| | TOTAL Outside Reprod. & Printing | | | | 952.71 |
| 054 | Telephone | 10/21/10 | 0395 | | 15.98 |
| | TOTAL Telephone | | | | 15.98 |
| 056 | Meals | 10/26/10 | 0604 | | 25.33 |
| 056 | Meals | 10/26/10 | 0604 | | 25.18 |
| 056 | Meals | 10/26/10 | 0604 | | 21.89 |
| 056 | Meals | 10/26/10 | 1401 | | 28.64 |
| 056 | Meals | 10/26/10 | 0604 | | 29.89 |

**CONFIDENTIAL**                                                        **NLS 812271**

DATE  11/03/10                           **MOSES & SINGER LLP**                        Page 80 (23)
                                BILLING MEMORANDUM #  314871     THRU 10/31/10

CLIENT  011082   - NORTHERN LEASING SYSTEMS            BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                        * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS |       | DATE     | ATTY | DESCRIPTION | AMOUNT |
|-------|-------|----------|------|-------------|--------|
| 056   | Meals | 10/26/10 | 0604 | REDACTED    | 16.29  |
| 056   | Meals | 10/26/10 | 0604 |             | 21.89  |
| 056   | Meals | 10/26/10 | 0604 |             | 27.71  |
| 056   | Meals | 10/26/10 | 0532 |             | 44.55  |
| 056   | Meals | 10/26/10 | 0604 |             | 21.79  |
| 056   | Meals | 10/26/10 | 0552 |             | 26.08  |
| 056   | Meals | 10/26/10 | 0604 |             | 21.89  |
| 056   | Meals | 10/26/10 | 0552 |             | 18.50  |
| 056   | Meals | 10/26/10 | 0604 |             | 15.61  |
| 056   | Meals | 10/26/10 | 0604 |             | 25.16  |
| 056   | Meals | 10/26/10 | 1401 |             | 23.84  |
| 056   | Meals | 10/26/10 | 1401 |             | 23.84  |
| 056   | Meals | 10/26/10 | 0552 |             | 18.50  |
| 056   | Meals | 10/26/10 | 0604 |             | 26.11  |
| 056   | Meals | 10/26/10 | 1406 |             | 24.28  |
| 056   | Meals | 10/26/10 | 1404 |             | 24.29  |

**CONFIDENTIAL**                                                    **NLS 812272**

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 81 (24)
                               BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                          * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|-------|--------------------|----------|------|-------------|--------|
| 056 | Meals | 10/26/10 | 0440 | REDACTED | 15.05 |
| 056 | Meals | 10/26/10 | 1406 | | 18.21 |
| | TOTAL Meals | | | | 544.52 |
| 058 | Carfare | 10/20/10 | 1401 | | 11.00 |
| | TOTAL Carfare | | | | 11.00 |
| 061 | Exhibit Tabs | 10/27/10 | 0201 | | .50 |
| | TOTAL Exhibit Tabs | | | | .50 |
| 083 | Court Transcripts | 10/11/10 | 0445 | | 158.50 |
| 083 | Court Transcripts | 10/21/10 | 0445 | | 513.50 |
| 083 | Court Transcripts | 10/21/10 | 0445 | | 558.50 |
| | TOTAL Court Transcripts | | | | 1,230.50 |
| 121 | Lexis/ Nexis | 10/07/10 | 1404 | | 218.91 |
| 121 | Lexis/ Nexis | 10/08/10 | 1404 | | 369.81 |
| 121 | Lexis/ Nexis | 10/11/10 | 1404 | | 1,060.44 |
| 121 | Lexis/ Nexis | 10/11/10 | 1404 | | 1,473.25 |
| 121 | Lexis/ Nexis | 10/12/10 | 1404 | | 481.09 |
| 121 | Lexis/ Nexis | 10/12/10 | 1404 | | 668.38 |
| 121 | Lexis/ Nexis | 10/13/10 | 1404 | | 1,760.18 |

DATE  11/03/10

**MOSES & SINGER LLP**                                Page 82 (25)
BILLING MEMORANDUM #  314871     THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188     ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
**   *   *   *   *   U N B I L L E D    D I S B U R S E M E N T S   *   *   *   *   ***

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|-------|--------------|----------|------|-------------|-----------|
| 121 | Lexis/ Nexis | 10/13/10 | 1404 | REDACTED | 2,445.45 |
| 121 | Lexis/ Nexis | 10/14/10 | 1404 | | 388.33 |
| 121 | Lexis/ Nexis | 10/14/10 | 1404 | | 539.53 |
| 121 | Lexis/ Nexis | 10/15/10 | 0431 | | 1,180.61 |
| 121 | Lexis/ Nexis | 10/15/10 | 0604 | | 68.02 |
| 121 | Lexis/ Nexis | 10/15/10 | 0431 | | 1,640.20 |
| 121 | Lexis/ Nexis | 10/15/10 | 0604 | | 94.51 |
| 121 | Lexis/ Nexis | 10/18/10 | 1404 | | 2,429.94 |
| 121 | Lexis/ Nexis | 10/19/10 | 1404 | | 554.73 |
| 121 | Lexis/ Nexis | 10/20/10 | 1404 | | 1,253.50 |
| 121 | Lexis/ Nexis | 10/21/10 | 1404 | | 1,892.14 |
| 121 | Lexis/ Nexis | 10/22/10 | 1404 | | 737.91 |
| 121 | Lexis/ Nexis | 10/25/10 | 1404 | | 1,302.76 |
| 121 | Lexis/ Nexis | 10/27/10 | 0604 | | 398.26 |
| 121 | Lexis/ Nexis | 10/29/10 | 1404 | | 2,294.88 |
| 121 | Lexis/ Nexis | 10/29/10 | 0431 | | 99.22 |

**CONFIDENTIAL**                                                              **NLS 812274**

DATE  11/03/10                          **MOSES & SINGER LLP**                          Page 83 (26)
                                BILLING MEMORANDUM #  314871    THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS                    BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                    * * * * *  U N B I L L E D   D I S B U R S E M E N T S  * * * * *

| CLASS | | DATE | ATTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | TOTAL Lexis/ Nexis | | | REDACTED | 23,352.05 |
| 152 | Federal Express | 10/07/10 | 0489 | - | 14.73 |
| | TOTAL Federal Express | | | | 14.73 |
| 155 | Search fees | 10/22/10 | 0445 | | .16 |
| 155 | Search fees | 10/22/10 | 0637 | | 1.04 |
| 155 | Search fees | 10/27/10 | 0395 | | 4.48 |
| 155 | Search fees | 10/27/10 | 0431 | | 5.12 |
| | TOTAL Search fees | | | | 10.80 |
| 017 | Duplicating | | | | 366.75 |
| 022 | Telecopy | | | | 20.00 |
| **TOTAL UNBILLED DISBURSEMENTS** | | | | | **43,501.13** |

                    * * *  U N B I L L E D   D I S B U R S E M E N T   S U M M A R Y  * * *

| CLASS | | TOTAL |
|---|---|---|
| 058 | Carfare | 11.00 |
| 083 | Court Transcripts | 1,230.50 |
| 017 | Duplicating | 366.75 |
| 061 | Exhibit Tabs | .50 |
| 152 | Federal Express | 14.73 |
| 042 | Filing and Misc Fees | 74.00 |
| 121 | Lexis/ Nexis | 23,352.05 |
| 056 | Meals | 544.52 |
| 045 | Outside Reprod. & Printing | 952.71 |
| 155 | Search fees | 10.80 |
| 006 | Secretarial - overtime | 645.00 |
| 022 | Telecopy | 20.00 |
| 054 | Telephone | 15.98 |
| 021 | Westlaw | 16,262.59 |
| **TOTALS** | | **43,501.13** |

**CONFIDENTIAL**                                                    **NLS 812275**

Page 84 (27)

DATE  11/03/10                          **MOSES & SINGER LLP**
                              BILLING MEMORANDUM # 314871    THRU 10/31/10

CLIENT  011082    - NORTHERN LEASING SYSTEMS            BILLING ATTORNEY  0188    ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI
                     **\* \* \* B I L L I N G   M E M O R A N D U M   S U M M A R Y \* \* \***
------------------------------------------------------------------------------------------------------------
    DATE OPENED:  Oct  7, 2008
    TYPE OF LAW:  Litigation                                     CONTACT:  Jay Cohen
------------------------------------------------------------------------------------------------------------
  **UNBILLED**                                                              **FEES**          **DISB**
      FEES:              287,840.50                   LAST ENTRY:        10/31/10       10/31/10
      DISB:               43,501.13                   BILLED THRU:       09/30/10
  TOTAL:                 331,341.63
  RETAINER:                    .00
                                                      LAST PAYMENT:      10/27/10       10/27/10
  NET UNBILLED:          331,341.63
                                                      YTD BILLED:       270,701.00      37,103.67
  OPEN A/R:              246,869.14
                                                      TOTAL BILLED:     337,205.50      37,708.50
  TOTAL INVESTMENT:      578,210.77                   TOTAL PAID:       110,877.87       6,991.36

------------------------------------------------------------------------------------------------------------
  **TIMEKEEPER**                             **TIME**          **VALUE**

  1406  BARANELLO, JOHN                      78.50         18,840.00
  0188  BRESSLER, ARNOLD N.                  11.20          7,784.00
  0440  BUTVICK, DECLAN M.                   95.30         43,838.00
  1404  CASTANARO, VALERIA                  109.20         26,208.00
  0489  FARBER, DANIELLE                      5.00          1,700.00
  0395  LILLIENSTEIN, ROBERT D.             115.80         57,321.00
  0445  NIGRO, JENNIFER                      82.90         33,574.50
  0431  SILBERFEIN, SCOTT                   130.20         60,543.00
  0166  SKOFF, ABRAHAM                        7.70          4,889.50
  0637  TORRES, RAYMOND                      33.50          7,537.50
  0604  ZUCKERMAN, RICHARD                  113.80         25,605.00
  **TOTAL**                                 **783.10**     **287,840.50**
------------------------------------------------------------------------------------------------------------
  **DISBURSEMENTS CLASS**                             **AMOUNT**

  058    Carfare                               11.00
  083    Court Transcripts                  1,230.50
  017    Duplicating                          366.75
  061    Exhibit Tabs                            .50
  152    Federal Express                       14.73
  042    Filing and Misc Fees                  74.00
  121    Lexis/ Nexis                      23,352.05
  056    Meals                                544.52
  045    Outside Reprod. & Printing           952.71
  155    Search fees                           10.80
  006    Secretarial - overtime               645.00
  022    Telecopy                              20.00
  054    Telephone                             15.98
  021    Westlaw                           16,262.59

**CONFIDENTIAL**                                                        **NLS 812276**

DATE  11/03/10                                    **MOSES & SINGER LLP**

                                    BILLING MEMORANDUM #  314871      THRU 10/31/10

CLIENT  011082      - NORTHERN LEASING SYSTEMS              BILLING ATTORNEY  0188      ARNOLD N. BRESSLER
MATTER  011082-0121- MELINDA SERIN, et al v. NLSI

     **TOTAL**                                       43,501.13
----------------------------------------------------------------------------------------------------------------
BILLING INSTRUCTIONS:    10% Discount if paid within 30 days

                                             **FEES**                **DISBURSEMENTS**

              AMOUNT TO BE BILLED            _____    _____

              AMOUNT TO BE RELIEVED          _____    _____

              AMOUNT TO BE ANTICIPATED       _____    _____

              AMOUNT TO BE APPLIED FROM RETAINER  _____    _____

              DO NOT BILL _____    FINAL BILL _____    CLOSE MATTER:    YES    or    NO

**CONFIDENTIAL**                                                                **NLS 812277**