**United States District Court**
**Southern District Of New York**

| | |
|---|---|
| Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith, | |
| Plaintiffs | No. 06 CV 1625 (SCR) |
| v. | |
| Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger | |
| Defendants | |

**Affirmation of Andrey Strutinskiy, Esq.**

Andrey Strutinskiy, an attorney duly admitted to the bar of this Court and elsewhere, being duly sworn, states as follows under penalties of perjury:

1. I am Of Counsel to Chittur & Associates, P.C., attorneys of record for the Plaintiffs abovenamed.

2. I am a 2003 graduate of Tulane Law School and have been a licensed attorney in private practice in New York since 2004.

3. Over the years, I have served as counsel in a number of complex and class action litigation matters in the federal and state courts. I am actively involved in every case handled at Chittur & Associates, P.C., since 2004.

4. Annexed hereto is the time sheet that I maintained contemporaneously. These are true and accurate records of my time spent on this case, as recorded in my computer with the time software, Amicus Attorney (ver. 5.5.1). These time sheets reflect that I spent 617 hours in this case, which includes 7.6 hours spent on this fee motion, and will be supplemented later as stated above.

5. My current billing rate is $350 per hour, which is compatible rate for attorneys of my standing in Manhattan. This is the standard rate that Chittur & Associates, P.C., charges to clients whose fee arrangements provide for billing on an hourly basis.

Dated: New York, NY
December 30, 2010

                                                  Sd/
                                      Andrey Strutinskiy, Esq.