# *Chittur & Associates, P.C.*
## Andrey Strutinskiy's Time Entry Report
## for Selected File:

### Serin

Client ID:

Matter ID:

### Tue Nov 16, 2010 to Thu. Dec 30, 2010

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Thu Dec 30, 2010 | | Fee application preparing and finalizing | 2.40 |
| Wed Dec 22, 2010 | | Reviewed settlement agreement and Conf W/ KC re settlement docs and releases | 0.70 |
| Mon Dec 20, 2010 | | TC w/ Russ | 0.20 |
| Mon Dec 20, 2010 | | Conf w/ KC re fee application | 0.20 |
| Thu Dec 16, 2010 | | reviewed the court order re briefing schedule on the atty fees application | 0.20 |
| Mon Dec 13, 2010 | | Reviewed the court order re settlement | 0.30 |
| Mon Dec 6, 2010 | | TC w/ client Tom Smith returned his phone call | 0.20 |
| Wed Nov 24, 2010 | | Finalized and filed letter to Jugde re settlement | 1.30 |
| Mon Nov 22, 2010 | | Finalized and emailed letter to judge Gwin | 1.20 |
| Fri Nov 19, 2010 | | TC w/ client Tom Smith | 0.20 |
| Thu Nov 18, 2010 | | Reviewed cases re attys fees application | 0.70 |
| | | **Total Time :** | **7.60 Hrs.** |

*Chittur & Associates, P.C.*
**Andrey Strutinskiy's Time Entry Report
for Selected File:**

**Serin**
Client ID:

Matter ID:

**Fri Nov 15, 2002 to Mon. Nov 15, 2010**

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Mon Nov 15, 2010 | | Finalizing time expenses from all counsel for atty fee application | 2.20 |
| Fri Nov 12, 2010 | | Reviewed Case file | 0.20 |
| Fri Nov 12, 2010 | | TC w/ KC; TC w/ Keith Altman | 0.20 |
| Fri Nov 12, 2010 | | Drafted letter and Proposed Order for computers to be allowed in the court house; ECF and emailed it to all | 0.80 |
| Fri Nov 12, 2010 | | Preparing application for attorney's fees; reviewed time entries and expenses | 4.30 |
| Thu Nov 11, 2010 | | Preparing time for attorney's fees application | 1.80 |
| Wed Nov 10, 2010 | | Preparing Exhibit List for JPTO | 2.70 |
| Wed Nov 10, 2010 | | Conf w/ KC and KA re settlement | 0.40 |
| Wed Nov 10, 2010 | | Participated in a telephone conference w/ Court | 1.00 |
| Wed Nov 10, 2010 | | Drafting and research on Daubert motion | 3.80 |
| Tue Nov 9, 2010 | | Called all clients | 0.20 |
| Tue Nov 9, 2010 | | prepared scanned and emailed docs re Smith to Moses and Singer | 0.40 |
| Tue Nov 9, 2010 | | TC w/ Keith Altman re JPTO | 0.50 |
| Tue Nov 9, 2010 | | Drafting Jury instructions and Joint Pre-Trial Order | 5.30 |
| Mon Nov 8, 2010 | | Working on JPTO | 2.70 |
| Mon Nov 8, 2010 | | Research and drafting Jury instructions | 6.40 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Fri Nov 5, 2010 | | e-mailed Valerie Smith re mortgage statement | 0.20 |
| Fri Nov 5, 2010 | | reviewed Judge's order re hearing on Dauber motion | 0.20 |
| Fri Nov 5, 2010 | | Attended and video recorded Lina Kravic deposition | 6.20 |
| Fri Nov 5, 2010 | | Meet and Confer at M&S w/ Altman Nigro and Silberfein | 2.50 |
| Fri Nov 5, 2010 | | TC w/ KC re JPTO and other issues | 0.30 |
| Fri Nov 5, 2010 | | e-mail re video conf | 0.30 |
| Fri Nov 5, 2010 | | reviewed documetns and prepared documetns for Kravic deposition | 0.70 |
| Thu Nov 4, 2010 | | Deposition of Krieger and Cohen | 8.80 |
| Thu Nov 4, 2010 | | Downloaded and reviewed motion to exclude Dr. Smith report | 0.80 |
| Thu Nov 4, 2010 | | Reviewed video depositions of Krieger and Cohen and transfered it onto CDs | 1.60 |
| Thu Nov 4, 2010 | | Prepared exhibits for Kravic deposition | 0.30 |
| Thu Nov 4, 2010 | | reviewed deposition video | 0.40 |
| Wed Nov 3, 2010 | | TC w/ Altman and Chittur; drafted and e-mailed letter re settlement to defendants and Judge | 0.60 |
| Wed Nov 3, 2010 | | Reviewed scanned and e-mailed depo transcript to KC and KEith Altman | 1.20 |
| Wed Nov 3, 2010 | | TC w/ Judson Russ re Tax returns; received returns and reviewed it | 0.50 |
| Wed Nov 3, 2010 | | TC w/ Valerie Smith re mortgage documetns | 0.40 |
| Wed Nov 3, 2010 | | Revieweing deposition transcripts and vidoes; Copied videos of depos on a hard drive and arranging the file documetns | 4.00 |
| Tue Nov 2, 2010 | | TeleConf w/ Judge Gwin | 1.00 |
| Tue Nov 2, 2010 | | TC w/ Altman re TeleConf w/ Judge | 0.30 |
| Tue Nov 2, 2010 | | Finalized and filed ECF Response to Motion to Preclude | 0.70 |
| Tue Nov 2, 2010 | | TC w/ Russ re Tax returnes and scheduling | 0.30 |

*Time Entry Report*                                                                                   *Serin*

| Date | Activity | Description | Time (hrs) |
| --- | --- | --- | --- |
| Tue Nov 2, 2010 | | Prepeared for teleconference | 0.40 |
| Tue Nov 2, 2010 | | Reviewed the Court order re today's tele conf | 0.20 |
| Tue Nov 2, 2010 | | Called and L/M for Smith; e-mailed Valerie Smith | 0.30 |
| Tue Nov 2, 2010 | | Arranging the file and documetns for JPTO | 1.60 |
| Tue Nov 2, 2010 | | Prepared hard drives and docuemtns | 0.30 |
| Tue Nov 2, 2010 | | prepared and sent out the video deposition for sync to Todd Goldberg | 2.20 |
| Mon Nov 1, 2010 | | TC re trial preparation and trial arrangements | 0.30 |
| Mon Nov 1, 2010 | | TC w/ Altman re motion and exhibit list | 0.20 |
| Mon Nov 1, 2010 | | TC w/ Altman re documetns production; Scanned and e-mailed documetns to Altman | 0.80 |
| Mon Nov 1, 2010 | | TC w/ Altman; TC W/ Jaya Patel re depo. | 0.30 |
| Mon Nov 1, 2010 | | TC w/ Keith re Pre-trial order and jury instructions; e-mailed interrogatories to keith | 0.30 |
| Mon Nov 1, 2010 | | TC w/ Keith Altman re Dr. Smith Depo availability; e-mailed to Lillienstein his availability; TC w/ Smith's office Kelley re next week | 0.40 |
| Mon Nov 1, 2010 | | TC w/ Keith Re JPTO and another reservation slot; booked Mulberry for 21st to 24th | 0.30 |
| Sun Oct 31, 2010 | | JPTO - Created table/list of exhibits used at depositions | 1.60 |
| Fri Oct 29, 2010 | | Smith depo- defending | 3.20 |
| Fri Oct 29, 2010 | | reviewed Dr. Smith reports and prepared for defending Smith deposition | 1.20 |
| Fri Oct 29, 2010 | | Drafting letter to Lillienstein re Damages documetns; multiple TCs w/ Keith; e-mails exchanges w/ KC and Altman. TC w/ Smith economics group re invoice, reviewed Smith reports | 3.90 |
| Thu Oct 28, 2010 | | Prepared for Cohen Depo, prepared docs | 1.00 |
| Thu Oct 28, 2010 | | Attanded and videotaped Cohen Deposition at Moses and Singer's office and tele conf w/ Nigro and Altman | 9.20 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Thu Oct 28, 2010 | | L/M for Russ re confirmation of tomorrow's deposition of Natalia Russ | 0.20 |
| Wed Oct 27, 2010 | | Ricardo Brown Deposition | 4.20 |
| Wed Oct 27, 2010 | | Went to Moses and Singer's office for a deposition of Jaya Patel, depo Busted; meeting w/ Nigro | 1.60 |
| Wed Oct 27, 2010 | | Reviewed Buono deposition video and Created Buono Depo DVD | 1.20 |
| Wed Oct 27, 2010 | | Reviewed deposition videos; Created DVDs of Krieger 30 (b)(6)Deposition, and Hahn Deposition | 2.80 |
| Tue Oct 26, 2010 | | Prepared additional docs for depo | 0.30 |
| Tue Oct 26, 2010 | | Deposition of Sara Krieger | 7.40 |
| Mon Oct 25, 2010 | | Attended the Deposition of Richard Hahh, vodeotaping | 7.30 |
| Mon Oct 25, 2010 | | Reviewed deposition video; Burned Hahn Depo DVD | 1.20 |
| Mon Oct 25, 2010 | | Prepared for Krieger Depo, reviewed and prepared the documetns | 1.80 |
| Mon Oct 25, 2010 | | Prepared for deposition of Hahn, reviewed and prepared documetns; printed out docs and made copies of exhibits | 2.50 |
| Tue Oct 19, 2010 | | TC w/ Keith Altman re depo schedule and prep | 0.30 |
| Tue Oct 19, 2010 | | reviewed and copied the CDs w/ docs received from Defendants | 0.70 |
| Tue Oct 19, 2010 | | Prepared documetns; Drafted cover letter re doc production and hand delivered the documetns to Moses and Singer | 0.70 |
| Mon Oct 18, 2010 | | Finalized and ECF leter to Judge Gwin | 0.70 |
| Mon Oct 18, 2010 | | TC w/ Eleonore from Stans Smith's office the documents re cases requested by Moses and Singer were sent by UPS on oct 14th and are due to be delivered today | 0.20 |
| Mon Oct 18, 2010 | | TC and followup email that hahn depo has been cancelled | 0.70 |
| Mon Oct 18, 2010 | | prepared signature exemplars for production, scanned and e-mailed it to Nigro | 1.50 |

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|-----------|
| Fri Oct 15, 2010 | | Downloaded and reviewed defendants' response to Plaintiffs motion re Rule 26 and new witnesses | 0.50 |
| Fri Oct 15, 2010 | | TC w/ Serin re court order and documetns to be produced | 0.30 |
| Fri Oct 15, 2010 | | TC and e-mailed Hudson Reporting re deposition of Sussman and rought drafts | 0.30 |
| Thu Oct 14, 2010 | | Reviewed documetns | 0.70 |
| Thu Oct 14, 2010 | | attended and videotaped Sam Buono deposition | 6.60 |
| Wed Oct 13, 2010 | | Emailed  Altman; TC w/ Hudson, confirmed the deposition for tomorrow | 0.30 |
| Wed Oct 13, 2010 | | Reviewed video of the deposition; Burned Sussman Depo on DVDs | 2.60 |
| Tue Oct 12, 2010 | | meeting with Altman; Prepared, Attanded and videotaped Sussman depo | 10.90 |
| Tue Oct 12, 2010 | | Reviewed and e-mailed KC re Russ passport and equipment | 0.30 |
| Mon Oct 11, 2010 | | preparing for depo; reviewed documents; prepared documetns for deposition. | 5.90 |
| Fri Oct 8, 2010 | | Reviewed Notices of Depo e-mailed to Lillienstein yesterday by KC | 0.30 |
| Fri Oct 8, 2010 | | TC w/ Altman re depo prep and docs | 0.20 |
| Fri Oct 8, 2010 | | coordinated the depo schedule TC w/ KC Altman and Jane from hudson reporting | 0.60 |
| Fri Oct 8, 2010 | | Document review | 3.20 |
| Fri Oct 8, 2010 | | Reviewed video deposition; created DVD of Krebs Deposition; reviewed documents and prepared for deposition | 1.40 |
| Fri Oct 8, 2010 | | reviewed and prepared documetns for production; Scanned and emailed addl docs for production | 0.50 |
| Thu Oct 7, 2010 | | drafted notices of depo | 0.80 |
| Thu Oct 7, 2010 | | Prepared expert reports for sending it to Judge Gwin | 0.70 |
| Thu Oct 7, 2010 | | dowlodaed and Emailed e-transcript of Ken krebs Depo to Keith Altmen | 0.30 |
| Thu Oct 7, 2010 | | Finalized letter to Judge Gwin re new witnesses introduced by Defendants | 0.70 |

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Thu Oct 7, 2010 | | Finalized and ECF letter-response to Judge Gwin re defendants reconsideration request | 0.80 |
| Thu Oct 7, 2010 | | Downloaded and reviewed docs produced by Smith to Defendants | 0.30 |
| Tue Oct 5, 2010 | | Meeting w/ Keith Altman | 1.80 |
| Tue Oct 5, 2010 | | Finalized and ECF the List of witnesses | 0.40 |
| Mon Oct 4, 2010 | | Doc review | 3.90 |
| Mon Oct 4, 2010 | | Scanned and e-mailed Exhibits from P's depos to Altman; Scaned Russ depo Transcript. Emailed all depotranscripts to Altman | 0.90 |
| Fri Oct 1, 2010 | | Finalized and ecf letter-response to Judge Gwin | 1.70 |
| Thu Sep 30, 2010 | | REviewed pattern Jury Instructions | 0.40 |
| Thu Sep 30, 2010 | | TC re corrections to Krieger depo transcript | 0.30 |
| Tue Sep 28, 2010 | | Prepared docs for production re Expret discovery , bates numbered, scanned and hand delivered to Moses and Singer | 1.40 |
| Tue Sep 28, 2010 | | received message from Judge Gwin's chambers re tele conf  today at 1 pm; Reviewed documetns | 1.50 |
| Fri Sep 24, 2010 | | Finalized and ECF letter re | 0.60 |
| Thu Sep 23, 2010 | | called Smith to get the intro package from him | 0.80 |
| Wed Sep 22, 2010 | | Prepared docs from Stan Smith for production to Defendants, reviewed and numbered it | 0.60 |
| Tue Sep 21, 2010 | | Doc review | 5.60 |
| Tue Sep 21, 2010 | | Prepared Notices of Depo to Buono and Brown | 0.30 |
| Mon Sep 20, 2010 | | TC w/ Jane from Hudson; attanded and videotaped continuation of 30(b)(6) deposition of | 4.50 |
| Fri Sep 17, 2010 | | Reviewed e-mal exchange re depo scheduling; Called Hudson TC w/ Jennifer ordered reporter for 10:30 Monday the 20th | 0.30 |
| Wed Sep 15, 2010 | | Hand relivered Amended Rule 26 Disclosure | 0.20 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Tue Sep 14, 2010 | | Finalized Rule 26 Disclosure | 2.50 |
| Mon Sep 13, 2010 | | rule 26 revised Automatic Disclosure | 0.30 |
| Thu Sep 2, 2010 | | TC w/ Russ re equipment and trial date | 0.20 |
| Thu Sep 2, 2010 | | documetns deview | 2.20 |
| Mon Aug 30, 2010 | | Working of Doument requests | 1.50 |
| Mon Aug 30, 2010 | | Finalized Responses to 2nd Discovery request; Reviewed and prepared for production Russ bank of America statements; Reviewed and prepared for production recorded files received from Serin on to the CD for Defendants; hand delivered documents to Moses and Singer | 6.00 |
| Fri Aug 27, 2010 | | emailed Nigro re Deposition dated for 30 b 6 | 0.30 |
| Fri Aug 27, 2010 | | document review | 3.90 |
| Fri Aug 27, 2010 | | Reviewed personnel file documetns received from Moses and Singe | 2.60 |
| Thu Aug 26, 2010 | | revieweing document production re AG and BBB complaints | 5.00 |
| Wed Aug 25, 2010 | | Doc review | 4.30 |
| Tue Aug 24, 2010 | | doc review | 2.90 |
| Mon Aug 23, 2010 | | finalized letter to Judge | 1.00 |
| Fri Aug 20, 2010 | | TC w. Judge Gwin's chambers the new proposed trial date. TC and e-mailed KC | 0.20 |
| Thu Aug 19, 2010 | | Downloaded letter and exhibits filed on aug 17 | 0.30 |
| Thu Aug 19, 2010 | | Reviewed the notes on the documetns produced and missing CD w/ docs | 0.70 |
| Tue Aug 17, 2010 | | Finalized and ECF letter to Judge | 2.40 |
| Thu Aug 12, 2010 | | organized the exhibits and documetns after Krieger deposition; reviewed depo video; created DVDs of the deposition | 1.30 |
| Thu Aug 12, 2010 | | Custodian of records deposition of Sara Krieger. Prepared for the deposition, prepared document and Exhibits; videtaping of the deposition. | 8.40 |
| Wed Aug 11, 2010 | | TC w/ Jennifer from Hudson re court reporter for tomorrow's deposition | 0.30 |

*Time Entry Report*                                                                                          *Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Wed Aug 11, 2010 | | Preparation for depo, documents | 0.40 |
| Tue Aug 10, 2010 | | Reviewed and copied CD w/ docs received from Defendants | 0.40 |
| Mon Aug 9, 2010 | | TC w/ Brian Ebling re report for Lim; Called Lim and left a message | 0.30 |
| Mon Aug 9, 2010 | | prepared docs for the court conf | 0.20 |
| Mon Aug 9, 2010 | | Finalized and ECF letter to Judge | 0.60 |
| Fri Aug 6, 2010 | | copied disc and fedex to Altman | 0.50 |
| Thu Aug 5, 2010 | | copied disc and fedex to Altman | 0.30 |
| Mon Aug 2, 2010 | | prepared documetns for co-counsel; Copying and zipping CD for sending it to Keith Altman | 1.70 |
| Thu Jul 29, 2010 | | Drafted letter to Judge | 0.60 |
| Wed Jul 28, 2010 | | Finalized and filed letter to judge Gwin re Sussman subpoena | 1.00 |
| Wed Jul 28, 2010 | | Reviwed emails re deposition schedules | 0.20 |
| Tue Jul 27, 2010 | | TC w/ Kelley Casey re concordance | 0.30 |
| Mon Jul 26, 2010 | | Reviewed and Copied CDs w/ docs produced by Defendants NLS | 0.90 |
| Fri Jul 23, 2010 | | Reviewed and downloaded Opp to letter motion to Comply with Sussman Subpoena | 0.40 |
| Fri Jul 23, 2010 | | Reviewed and Scanned depo transcripts of all plaintiffs except Russ. | 0.90 |
| Thu Jul 22, 2010 | | Checked ISO for all plaintiffs | 0.20 |
| Wed Jul 21, 2010 | | Scanned and e-mailed D's 2nd Doc request to all clients | 0.50 |
| Tue Jul 20, 2010 | | Conf w/ KC re docs produced on a hard drive; TC w/ KEith Altman re how the documents to be reviewed in Concordance software | 1.60 |
| Fri Jul 16, 2010 | | TC w/ Brian from Smith Economics re Russ expert report and emailed him docs | 0.30 |
| Fri Jul 16, 2010 | | upoloaded and send documents produced by NLS to Keith Altman | 0.30 |
| Thu Jul 15, 2010 | | ECF Letter to the court re extension of time to submit expert report | 0.60 |

*Time Entry Report*                                                                                          *Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Thu Jul 15, 2010 | | TC w/ Brian Ebling; scanned and e-mailed Russ documents to him | 0.40 |
| Wed Jul 14, 2010 | | Reviewed documetns Received. another set of docs from Sussman in response to Subpoena nos. 895-908. contained e-mails | 1.70 |
| Wed Jul 14, 2010 | | Received CD w/ docs from NLS; Reviewed CD | 0.70 |
| Tue Jul 13, 2010 | | Finalized and ECF letter to Sussman | 0.80 |
| Mon Jul 12, 2010 | | Reviewed Sussman's Doc production | 1.00 |
| Mon Jul 12, 2010 | | Prepared letter to Judge Gwin re Sussman Subpoena | 0.20 |
| Thu Jul 8, 2010 | | emailed tel nos of plaintiffs to Stan Smith; Filing | 0.60 |
| Wed Jul 7, 2010 | | Multiple TCs w/ David Feldman Worldwide, Jen Nigro, Lynn ROckoff, K. Chittur re video conf fasilities for Smith Depo | 1.20 |
| Wed Jul 7, 2010 | | Preparing documetns for Stan Smith: scanning our doc production and copying defendants docs | 1.60 |
| Wed Jul 7, 2010 | | TC w. Keith Altman re document production; compressing the disc, forwarding documetns to Altman; compressed the files | 0.50 |
| Tue Jul 6, 2010 | | Reviewed Documents for Smith Deposition | 0.70 |
| Tue Jul 6, 2010 | | Multiple TCs w/ Sheryl Feldman re video conferenced deposition of Tom Smith; TC w/ Linda from David Feldman re CC # | 0.90 |
| Tue Jul 6, 2010 | | Subpoena to Sussman Conf w/ KC | 0.60 |
| Tue Jul 6, 2010 | | Reviewed defendants documetns | 0.30 |
| Fri Jul 2, 2010 | | L/M for Nigro re Smith depo; Conf w. KC re Smith depo | 0.30 |
| Fri Jul 2, 2010 | | Drafted retainer for Smith and emailed it | 0.40 |
| Wed Jun 30, 2010 | | emailed sussman re subpoena | 0.20 |
| Wed Jun 30, 2010 | | Conf w/ KC and TC w/ Redner confirmed our meeting | 0.20 |
| Wed Jun 30, 2010 | | meeting w/ client before depo , prepared the documetns for client review, and prepared the bank statement for production | 1.30 |
| Tue Jun 29, 2010 | | Prepared retainers for Lim and Redner | 0.30 |

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|-----------|
| Tue Jun 29, 2010 | | L/M with Alla from Sussman's office re subpoena; TC w/ Sussman he wants a 30 day extension to produce subpoenaed docs | 0.20 |
| Tue Jun 29, 2010 | | TC w/ Sussman re Subpoena | 0.70 |
| Tue Jun 29, 2010 | | Reviewed and prepared documetns for production received from Redner | 0.40 |
| Mon Jun 28, 2010 | | Meeting w/ client Lim Prepared the documents from the clients for depo prep; bates numbered the documents for production, made copies and hand delivered docs to Lillienstein | 1.40 |
| Fri Jun 25, 2010 | | Drafted retained agreement for Judson Russ | 0.20 |
| Thu Jun 24, 2010 | | Went to Court to File motion to admit Altmae pro hac vice | 0.80 |
| Thu Jun 24, 2010 | | meeting with client and preparation for a deposition | 0.90 |
| Thu Jun 24, 2010 | | Called and L/M for Redner to confirm deposition; Called and spoke w/ Lim and confirmed that he is coming for the deposition | 0.30 |
| Thu Jun 24, 2010 | | Reviewed numbered and copied additional documents produced by Plaintiffs and hand delivered it to Moses and Singer | 1.20 |
| Wed Jun 23, 2010 | | Pro hac application for KEith Altman | 1.00 |
| Wed Jun 23, 2010 | | Finalised and filed letter to Judge Gwin re Interrogatories | 0.40 |
| Wed Jun 23, 2010 | | Finalized and ECF letter re request for extension for expert witness disclosure | 0.30 |
| Tue Jun 22, 2010 | | Finalized letter re request for extension re expert report | 0.20 |
| Tue Jun 22, 2010 | | Finalized letter to Judge Gwin in response to Defendants letter re Interrogatories | 0.30 |
| Tue Jun 22, 2010 | | Pro hac app for altman | 0.30 |
| Mon Jun 21, 2010 | | Finalized and ECF letter to Judge Gwin | 0.60 |
| Fri Jun 18, 2010 | | Reviewed letter to Judge Gwin | 0.70 |
| Fri Jun 18, 2010 | | reviewing documetns produced by NLS | 3.30 |
| Thu Jun 17, 2010 | | Document review | 2.50 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Thu Jun 17, 2010 | | TC re Trial witnesses | 1.70 |
| Fri Jun 11, 2010 | | TC w/ Lim | 0.30 |
| Fri Jun 11, 2010 | | Corredsponded with Plaintiffs re Interrogatories via e-mail; | 0.40 |
| Fri Jun 11, 2010 | | Finalized letter to Judge Gwin and filed via ECF | 0.50 |
| Fri Jun 11, 2010 | | TC w/ Redner re Interrogatories | 0.30 |
| Fri Jun 11, 2010 | | Finalized and delivered Interrogatories to Moses and Singer | 1.40 |
| Thu Jun 10, 2010 | | called and left messages for clients | 0.30 |
| Wed Jun 9, 2010 | | Called Russ | 0.20 |
| Wed Jun 9, 2010 | | Finalized P'l Responses to Interrogatories | 0.50 |
| Wed Jun 9, 2010 | | Finalized and served subpoena upon Sussman | 2.00 |
| Wed Jun 9, 2010 | | TC w/ Russ re Interrogatories; L/M for Lim | 0.50 |
| Tue Jun 8, 2010 | | called Stan Smith Office | 0.30 |
| Tue Jun 8, 2010 | | Subpoena to Sussman | 1.20 |
| Tue Jun 8, 2010 | | REviewed Order clarification re email production | 0.20 |
| Mon Jun 7, 2010 | | Subpoenas to Sussman | 1.30 |
| Thu Jun 3, 2010 | | Reviewed the court order re discovery; | 0.20 |
| Thu Jun 3, 2010 | | Finalized and ECF letter to Judge Gwin re clarification of the Order | 0.40 |
| Thu Jun 3, 2010 | | emailed Jen Nigro re request for extension of time to answer interrogatories | 0.20 |
| Thu Jun 3, 2010 | | REviewed and saved letter filed by Nigro in response to our request for clarification | 0.20 |
| Wed Jun 2, 2010 | | prepared documents for tele conf w/ Judge Gwin | 0.20 |
| Wed Jun 2, 2010 | | Participated in the Tele Conf w/ Juge Gwin re discovery issues | 0.70 |
| Wed Jun 2, 2010 | | Received CD w/ Documetns from Moses and Singer, reviewed the CD | 0.70 |
| Tue Jun 1, 2010 | | Subpoena to Sussman | 0.40 |

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Tue Jun 1, 2010 | | drafted responses to interrogatories | 1.80 |
| Fri May 28, 2010 | | Drafted Subpoena to Sussman | 0.50 |
| Thu May 27, 2010 | | entered expenses and filed documetns | 0.20 |
| Wed May 26, 2010 | | Preparation for Russ deposition meeting with client, reviewed the docuemtns | 2.60 |
| Wed May 26, 2010 | | drafted and prepared fax-letter confirming tele conf to Judge Gwin; TC w/ Ms. Mackey from Judge Gwin Chambers she said that the fax is not necessary and she will send a confirmation | 0.50 |
| Wed May 26, 2010 | | Reviewed and bates Numbered documents received from Russ and delivered it to Moses and Singer's office | 0.70 |
| Tue May 25, 2010 | | Coordinated deposition dates for remaining plaintiffs; LM for Redner | 0.30 |
| Tue May 25, 2010 | | Sent a response to nigro e-mail re depo sates and conference w/ Judge; responed to Nigro's email | 0.30 |
| Mon May 24, 2010 | | Drafting Letter response to Judge Gwin | 1.10 |
| Thu May 20, 2010 | | Reviewed letter filed via ECF by Jen Nigro in response to out letter re discovery and emails | 0.30 |
| Wed May 19, 2010 | | Document review | 3.30 |
| Tue May 18, 2010 | | Reviewed Documetn production from defendants | 3.30 |
| Tue May 18, 2010 | | TC w/ KC; Finalized corrected letter to Judge Gwin and filed it via ECF; TC w/ Nigro re letter to the Court | 0.80 |
| Mon May 17, 2010 | | TC w/ Nigro re discovery and dates for depositions; tc w/ KC | 0.50 |
| Mon May 17, 2010 | | Finalized letter to Judge Gwin Re document production, in particular e-mails | 0.30 |
| Thu May 13, 2010 | | Revivewed documetns on DVD received from Moses & Singer | 3.20 |
| Wed May 12, 2010 | | Called and L/M for Jen Nigro | 0.30 |
| Wed May 12, 2010 | | Emailed Jen Nigro re letter and doc production; reviewed | 0.70 |
| Mon May 10, 2010 | | Emailed KC re schedule for the deposition | 0.30 |
| Fri May 7, 2010 | | preparing for the tele conf w/ Jen Nigro | 2.60 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu May 6, 2010 | | TC w/ Nigro re depo dates and tele conf tomorrow; | 0.20 |
| Thu May 6, 2010 | | Reviewed email from Nigro re tomorrows conference call re discovery and depo schedules | 0.90 |
| Tue May 4, 2010 | | letter to Nigro re notices of depositions and | 1.20 |
| Fri Apr 30, 2010 | | revieweing and arranging documents for production, making copies, numbering documents | 2.60 |
| Fri Apr 30, 2010 | | Prepared and reviewed documetns for production; hand delivered documents to Moses & Singer | 0.60 |
| Thu Apr 22, 2010 | | Emailed clients requesting dates for depositions | 0.90 |
| Wed Apr 21, 2010 | | TC w/ Jennifer Nigro re letter and TC w/ KC re same | 0.30 |
| Wed Apr 21, 2010 | | Reveiced by hand delivery and reviewed Re-Notices of Depositions and documet demands | 0.30 |
| Tue Apr 20, 2010 | | TC w. KC before the conference; Tele Conf w/ Judge | 1.00 |
| Tue Apr 20, 2010 | | Finalized and faxed letter to NIgro re Notices of depo and follow up on today's tele conf w/ Judge | 0.40 |
| Thu Apr 15, 2010 | | Reviewed Court order re Telephone Status Conference | 0.30 |
| Thu Apr 15, 2010 | | Drafted letter to Kettler to be mailed by Cert mail RRR | 0.40 |
| Mon Apr 12, 2010 | | Working on Discovery responses | 4.10 |
| Fri Apr 9, 2010 | | Conf w/ KC | 0.20 |
| Fri Apr 9, 2010 | | Drafted affidavit re TC w/ nigro; Filed ECF response re Rule 37 letter | 1.60 |
| Thu Apr 8, 2010 | | Reply to Letter under rule 37.2 | 2.30 |
| Mon Apr 5, 2010 | | Downloaded and reviewed defendants opposition to Rule 37 letter | 1.20 |
| Thu Apr 1, 2010 | | drafted and sent email to J. Nigro re discovery dispute | 0.70 |
| Wed Mar 31, 2010 | | Drafting responses to documet requests | 0.70 |

*Printed by Krishnan Chittur on Mon Nov 15, 2010.*

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Tue Sep 30, 2008 | | Working on Amended Complaint | 2.50 |
| Wed Sep 24, 2008 | | Drafting and legal research re Amnded complaint | 2.20 |
| Mon Sep 15, 2008 | | Conf w/ KC re decision on a motion to dismiss and motion for reconsideration | 0.40 |
| Wed May 16, 2007 | | Reviewed docket sheet on Pacer | 0.20 |
| Fri Apr 13, 2007 | | Amended complaint | 0.90 |
| Mon Apr 9, 2007 | | Reviewing documetns and drafting amended complaint | 1.80 |
| Tue Mar 20, 2007 | | E-mail to Sussman re Smith Discovery dispute | 0.40 |
| Wed Jan 17, 2007 | | TC w/ Long Lim re request for additional details and documents; L/M for Serin | 0.50 |
| Tue Jan 2, 2007 | | Finalizing Discovery requests and answr in NLS v . Smith, mailed it to Sussman | 3.20 |
| Wed Dec 27, 2006 | | Drafting e-mails to Sussman; e-mailed Susman re Smith case | 0.40 |
| Fri Dec 15, 2006 | | cheking the civil court judgments re Lim and Russ | 0.40 |
| Fri Dec 15, 2006 | | cheked the files re Lim and Russ City Civ Court judgments; Drafted , finalized and faxed letter | 1.10 |
| Tue Dec 5, 2006 | | reviewing Jaffe's orders in Smith and Russ; | 0.50 |
| Fri Dec 1, 2006 | | Finalizing letter to Joseph Sussman | 0.60 |
| Wed Nov 29, 2006 | | Drafting letter to Epstein Becker | 2.20 |
| Wed Nov 8, 2006 | | Meeting w/ Russ and court appeaarance | 7.50 |
| Tue Nov 7, 2006 | | Reviewing motion papers in Russ and Smith | 2.70 |
| Thu Nov 2, 2006 | | Drafting reply to motion for reargument in Smith | 3.60 |
| Tue Oct 31, 2006 | | Drafting reply to motion to renew and reargue -- Smith.; drafting answer and counterclaim, notice of deposition in Kettler | 3.00 |
| Mon Oct 23, 2006 | | Conf w/ KC re Deposition and civ ct cases Smith and Russ; TC w/  filed notice of appeal and motion to renew and reargue in NLS v. Smith | 5.60 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Fri Oct 20, 2006 | | finalizing Smith motion to renew and reargue; | 2.00 |
| Thu Oct 19, 2006 | | reviewed civ ct files and re affidavit of Tarly Dall from the Tomas Smith file; drafted and finalized notice of appeal in Pludeman; COnf w/ KC re motion for renew and reargue | 5.20 |
| Fri Oct 13, 2006 | | TC w/ Valerie Smith she will finalise the affidavit by tmorow and we should get it by monday; working on Smith's motion to reargue and renew; checked the files for Tarly Dall's affidavit re NLS v. Smith case | 4.10 |
| Tue Oct 10, 2006 | | drafting motion for reargument and reconsideration inNLS v. Smith; | 2.70 |
| Fri Oct 6, 2006 | | Finalized and submitted Reply re Russ' motion for stay to the App Term by hand delivery | 3.20 |
| Thu Oct 5, 2006 | | Conf w/ KC re Hearing in Russ and Smith; attanding the Hearing in Smith and Russ before Jaffe in City Civ Ct | 5.20 |
| Wed Oct 4, 2006 | | Finalizing reply affirmation re motion to stay proceedings pending appeal in NLS v. Russ | 2.00 |
| Mon Oct 2, 2006 | | Scaned and emailed valerie smith's letter to KC | 0.40 |
| Mon Sep 25, 2006 | | Conf w/ KC re Russ case;  Finalizing Russ' motion to the Appeallate term | 6.00 |
| Fri Sep 22, 2006 | | Finalizing Russ' motion for stay | 3.50 |
| Fri Sep 15, 2006 | | TC w/ Russ | 0.30 |
| Thu Sep 14, 2006 | | scanned and emailed decisions on the motion to Smith and Russ; | 0.30 |
| Mon Sep 11, 2006 | | reviewing Jaffe's decision re NLS v. Russ; conf w/ KC re Smith and Russ cases; TC w/ Russ re his affidavit he mailed it by regular mail | 1.70 |
| Wed Sep 6, 2006 | | Finalizing Russ affidavit re Rapid Cash; Reviewing Jaffe's Decision re Thomas Smith; Consulatation w/ KC; e-mailed affidavit re default judgment to Russ; reviewing Kettler's e-mail re Krieger affidavit | 2.50 |

Time Entry Report

*Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Fri Aug 25, 2006 | | Drafting and finalizing opposition papers re motion to dismiss; filing memo of law and affirmation via ECF; prepared courtesy copies of motion papers for the court | 3.80 |
| Thu Aug 24, 2006 | | Drafting and Finalizing Reply Memorandum re motion to dismiss | 3.70 |
| Tue Aug 22, 2006 | | Finalizing responses to first discovery requests | 0.70 |
| Thu Aug 17, 2006 | | working on responses to 1st discovery requests | 0.40 |
| Thu Aug 17, 2006 | | Reviewed Smith and Russ documetns and files; Smith - finalized and hand delivered letter to Jaffe with additional affidavits; faxed copy to Sussman; TC w/ Sussman re document sent to the judge; Tele-Conference w/ Judge Jaffe re Smith and Russ cases | 4.20 |
| Wed Aug 16, 2006 | | Drafting responses to first discovery request | 1.50 |
| Thu Aug 10, 2006 | | Finalized and sent letter to Judge Robinson re schedule on motion to dismiss; legal research re motion to dismiss, RICO, extorsion | 3.40 |
| Wed Aug 9, 2006 | | Legal reaserch re Motion to dismiss, RICO | 2.70 |
| Tue Aug 8, 2006 | | Legal reserach re RICO & Enterprise issues on a motion to dismiss; drafted and ECF letter to Judge Robinson re briefing schedule on a motion to dismiss; Conf w/ KC re Motion to dismiss | 3.40 |
| Mon Aug 7, 2006 | | called Valerie Smith, drafted aff re his signature; Scanning and emailing Krieger affidavit to Kettler, left message to Kettler; | 1.50 |
| Fri Aug 4, 2006 | | Appeared in court for Russ & Smith motions; consultation w/ KC; Scanning and Emailing krieger's affidavit re motion to dismiss | 4.00 |
| Thu Aug 3, 2006 | | preparing for court appearance in Russ and Smith cases | 2.80 |
| Thu Aug 3, 2006 | | Legal research re motion to dismiss | 1.90 |
| Tue Jul 25, 2006 | | Received notice of Cross motion in Russ; Reiewing Notice of Cross motion In NLS v. Russ; TC w/ Sussman re returnable date of the motion | 3.10 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Tue Jul 25, 2006 | | Reviewed NLS Opp due in Russ - received by mail on July 25, 2006 | 1.20 |
| Tue Jul 25, 2006 | | TC w/ Smith re Interrogatories and document requests | 0.20 |
| Fri Jul 21, 2006 | | Legal research re RICO; reviewed and faxed scheduling order re oral argument to Kelley | 3.60 |
| Thu Jul 20, 2006 | | Legal research; finalized and sent Request for Interrogatories to Cozier | 2.00 |
| Wed Jul 19, 2006 | | Reviewed and research re motion to dismis; finalized and sent out discovery requests | 3.30 |
| Tue Jul 18, 2006 | | Drafting discovery request; reviewed defendants' motion to dismiss, legal research | 2.50 |
| Mon Jul 10, 2006 | | TC w/ Long Lim re discovery requests and documetn requests; Reviewed defendantsdiscovery and documet request | 0.90 |
| Fri Jul 7, 2006 | | Reviewed discovery requests and client responses to discovery requests | 0.50 |
| Thu Jul 6, 2006 | | Received interrogatories and doc requests; arranged for sentding it to all clients; TeleConf w/ KC and Redner | 0.80 |
| Wed Jul 5, 2006 | | TC w/ Sussman re adjournment of the Kettler, Kabage and Russ motions; reviewing and sending signed stipulations back to Sussman; TC w/ clients | 1.20 |
| Tue Jun 20, 2006 | | Civ Court Appearance in NLS v. Smith, return date was adjourned to July 12, 2006 | 2.20 |
| Mon Jun 19, 2006 | | finalizing Attorney Affirmation in Smith's case; e-mailing Suusman re Rapid Cash; TC w/ Valery Smith re affidavit she sent; preparing for the oral argument on Smith case in Civil court; | 3.20 |
| Fri Jun 16, 2006 | | finalizing affirmation in Smith's case | 0.60 |
| Thu Jun 15, 2006 | | reviewing email from Russ; e-mail to Sussman re NLS v. Rapid Cash civ court litigation | 0.70 |
| Thu Jun 8, 2006 | | TC w/ Amy from Judge Robinson chambers she asked whether we oppose to extension of time; Drafted and filed Letter via ECF | 0.30 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Wed Jun 7, 2006 | | Reviewed Sloan's Letter to the court re extension, drafted response to Sloane request; drafted and filed via ECF | 1.80 |
| Tue Jun 6, 2006 | | Finalizing Smith's reply to cross-motion; reviewing Kettler'ms e-mail; TC w/ Dean he does not recognize Kettler's name, hung up the phone; L/M for Kettler; | 3.10 |
| Tue Jun 6, 2006 | | TC w/ Peter Sloane they need 60 days extension of time to file motion to dismiss | 0.20 |
| Tue Jun 6, 2006 | | TC w/ Peter Sloane defendants request 60 day extension of time to file a motion to dismiss | 0.20 |
| Mon Jun 5, 2006 | | finalizing Smith;s reply papers | 4.60 |
| Thu Jun 1, 2006 | | e-mail to Sussman re Kettler; e-mail to Sussman re Russ; | 0.60 |
| Fri May 26, 2006 | | Drafting and sending an e-mail to Sussman; drafting opposition in Smith motion to dismiss | 2.70 |
| Thu May 25, 2006 | | Filing motions in Civ Ct re Russ, McAndrews, Kabage; Drafting Smith Affidavit; TC w/ Alla re document review tomorrow  l/m for Sussman | 3.90 |
| Tue May 23, 2006 | | Finalizing Russ motion; preparing affidavits of service | 1.60 |
| Mon May 22, 2006 | | Drafting and finalizing Russ motino | 1.90 |
| Fri May 19, 2006 | | finalizing cvi ct motion Russ | 5.20 |
| Tue May 16, 2006 | | Appearance in civil court - adjourning Smith's motion | 3.40 |
| Thu May 11, 2006 | | Russ - Court appearance for oral argument on motion to dismiss. Reviewed and scaned NLS Reply to Smith motion to dismiss | 4.40 |
| Wed May 10, 2006 | | Russ Civ Ct - drafting memo in reply;  TC w/ Sussman re briefin schedule | 4.40 |
| Tue Apr 25, 2006 | | Reviewing the desicion in Lim; Drafted and Seved Notice of Entry; TC with Sussman Re Adjournment of Smith Motion from May 2nd Return on 5/15/06 his opp due on 5/9 our reply on 5/15 | 2.00 |
| Mon Apr 24, 2006 | | Reviewing Russ' responses to X-Motion | 0.80 |
| Tue Apr 18, 2006 | | Court appearance for Russ motion; drafting and sending letter to Kettler | 1.70 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Mon Apr 17, 2006 | | e-mail to Russ; Reviewed and Scaned opposition papers; reviewing cases and deadlines in Civ Court litigation | 1.70 |
| Mon Apr 17, 2006 | | Reviewed scheduling order and entered dates in the system | 0.30 |
| Fri Apr 14, 2006 | | File M-n to Dismiss in Civil Court -  Smith; checked Russ file in City Civ Ct | 1.20 |
| Wed Apr 12, 2006 | | e-mail to susman re Thomas Smith offer | 0.20 |
| Thu Apr 6, 2006 | | Russ - Filing motion to consolidate and to dismiss, requested Russ' files for review in civ court, but clerk could not locate them | 4.00 |
| Thu Mar 30, 2006 | | TC w/ Alla from Sussman's office re our request for extention to file response in civ ct on Russ, Kettler, Smith; drafting motions in Smith and Kettler; l/m for Kettler; Consultation with KC | 3.90 |
| Thu Mar 30, 2006 | | finalizing Smith motion to dismiss; served it on Sussman | 2.20 |
| Wed Mar 29, 2006 | | Drafting motion to dismiss re Thomas Smith | 3.40 |
| Mon Mar 27, 2006 | | drafted affidavit for Russ re motion to dismiss | 2.20 |
| Mon Mar 20, 2006 | | Finalized and faxed letter to Judge Robinson and Ben Kaufman | 0.20 |
| Fri Mar 17, 2006 | | Finalized and ECF letter to Judge Robinson | 1.00 |
| Thu Mar 9, 2006 | | Appearance in civil court for oral argument on Lim's motion to Dismiss | 3.20 |
| Wed Mar 8, 2006 | | Finalizing Lim's Motion and Preparing for the oral argument on the motion to dismiss | 0.60 |
| Thu Mar 2, 2006 | | Drafting and finalizing reply re Lim's motino to dismiss; drafting response letter to Sussman re his offer of settlement to Lim | 2.10 |
| Thu Mar 2, 2006 | | TC w/ Jessica re complain; case was reassinged to another judge in white plainns; researched Judge's history | 1.20 |
| Wed Mar 1, 2006 | | Drafting Reply in re Lim's motion to dismiss | 1.90 |
| Wed Mar 1, 2006 | | Finalizing complaint and filing it with SDNY | 3.60 |
| Tue Feb 28, 2006 | | Tele Conv w/ prospective Client Valeri Smith; Preparing retainer letter and e-mailing it | 3.50 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Fri Feb 3, 2006 | | finalizing the motion to dismiss in Lim case | 2.60 |
| Tue Jan 24, 2006 | | Drafting the retainer letter for Serin | 0.50 |
| Mon Jan 23, 2006 | | reviewing documetns and correspondence from clients | 0.60 |
| Thu Jan 12, 2006 | | Drafted and finalized letter and changes to the letter for Judge Robinson; mailed it to the court and defence counsel | 1.20 |
| Mon Dec 5, 2005 | | Filing Answer in Civ Ct in Lim's Case | 1.50 |
| Thu Dec 1, 2005 | | Drafting motion to dismiss forum non conv - LIM | 4.00 |
| Wed Nov 30, 2005 | | LIM - Drafting motion to dismiss for forum non convenience; Replying to Russ' e-mail; | 0.80 |
| Wed Nov 30, 2005 | | LIM - Drafting motion to dismiss for forum non convenience; | 0.30 |
| Wed Jul 20, 2005 | | Court Appearance in City Civ Ct for a motion | 2.20 |
| Wed Jul 20, 2005 | | Court appearance in Civ Ct for Lim and Dougish motions | 2.10 |
| Wed Jul 13, 2005 | | reviewing responses from Lim to krieger's affidavit; drafting affidavit; consultation w/ KC | 1.70 |
| Wed Jul 13, 2005 | | Reviewing Lim's responses to Krieger affidavit, making notes for client's affidavit | 1.10 |
| Fri Jun 10, 2005 | | Finalizing and filing OSC to Vacate the Judgent in Lim's case [civ ct] | 2.20 |
| Thu Jun 9, 2005 | | Finalizing OSC in Lim's case (re judgment) | 1.80 |
| Thu Jun 9, 2005 | | Reviewed files in Civil Court to get information about the cases in which we represent defendants; Finalizing OSC in Lim's case (re judgment) | 4.70 |
| Thu May 12, 2005 | | Finalizing OSC to vacate the judgment in Lim's case | 2.40 |
| Thu May 12, 2005 | | Draftin OSC to vacate the judgment in Lim's case | 2.00 |
| Fri Apr 29, 2005 | | Drafting OSC re Lim drafting client affidavit re judgment | 1.00 |
| Fri Apr 29, 2005 | | Coorecting Lim's affidavit re judgment and emailing it to him | 1.00 |

*Time Entry Report*

*Serin*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Thu Apr 28, 2005 | | Drafting discovery request; Finalizing OSC to vacate the judgment in civil court against Lim | 1.40 |
| Thu Apr 28, 2005 | | Finalizing OSC to vacate the judgment in civil court against Lim | 1.40 |
| Mon Jan 24, 2005 | | Reviewed and Replied to J. Russ' e-mail | 0.20 |
| Mon Sep 20, 2004 | | TeleConv w/ Judson Russ re affidavit and missing last page from his original affidavit | 0.20 |
| Tue Sep 14, 2004 | | Finalizing Judson Russ Affidavit in city civ ct litigation | 1.90 |
| Tue Sep 14, 2004 | | Finalizing Judson Russ Affidavit | 0.20 |

**Total Time :**          609.60 Hrs.