**Law Offices of H. Rajan Sharma, Esq.**

286 Madison Avenue, Suite 2002,
New York, NY 10017

---

*Invoice submitted to:*

December 30, 2010

*Invoice* #10274

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---:|---:|
| 6/7/2007 | Draft/revise memo on potential claims. | 3.26<br>350.00/hr | 1,141.00 |
| 9/3/2008 | Review/analyze decision dismissing claims in Serin v. NLS. | 1.35<br>350.00/hr | 472.50 |
| 9/11/2008 | Research for motion to reconsider GBL claim dismissal in Serin. | 6.25<br>350.00/hr | 2,187.50 |
| | Draft/revise memo for reconsideration of GBL claim in Serin. | 8.04<br>350.00/hr | 2,814.00 |
| 12/9/2008 | Review/analyze motion to dismiss RICO & GBL claims in Serin v. NLS. | 3.70<br>350.00/hr | 1,295.00 |
| | Review/analyze prior opposition to MTD in Serin v. NLS. | 1.75<br>350.00/hr | 612.50 |
| | Research RICO claims for Serin brief. | 5.66<br>350.00/hr | 1,981.00 |
| 12/11/2008 | Draft/revise opposition to motion to dismiss in Serin v. NLS. | 4.24<br>350.00/hr | 1,484.00 |
| | Draft/revise opposition to motion to dismiss in Serin v. NLS. | 4.24<br>350.00/hr | 1,484.00 |
| 12/17/2008 | Draft/revise brief inserts into Serin v. NLS. | 8.52<br>350.00/hr | 2,982.00 |

---

Page 2

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/17/2008 | Draft/revise inserts to Serin brief opposing motion to dismiss. | 2.57<br>350.00/hr | 899.50 |
| 1/8/2009 | Research for supplemental issues on mail fraud claims (Serin v. NLS]. | 0.75<br>350.00/hr | 262.50 |
| 1/12/2009 | Research law of the case and pleading sufficiency issues [Serin v. NLS]. | 2.04<br>350.00/hr | 714.00 |
| 1/13/2009 | Research legal issue of RICO continuity or pattern for Serin v. NLS. | 6.06<br>350.00/hr | 2,121.00 |
| | **For professional services rendered** | **58.43** | **$20,450.50** |
| | Balance due | | $20,450.50 |