| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | Atty | Hours | Activity | Rate | Fee |
| 2 | 03-Jun-10 | Keith Altman | 1.00 | Correspondence with Jennifer Nigro concerning e-mail production. Correspondence with co-counsel. Correspondence with Co-Counsel. | $425.00 | $425.00 |
| 3 | 04-Jun-10 | Keith Altman | 2.00 | Misellaneous discussions with co-counsel concerning e-mail produciton and upcoming depositions of NLS witnesses. Correspondence with Co-Counsel. Correspondence with Jennifer Nigro. | $425.00 | $850.00 |
| 4 | 07-Jun-10 | Keith Altman | 3.00 | Discussions with Jennifer Nigro concerning e-mail produciton. Discussions with co-counsel concerning e-mail production. Miscellaneous Correspondence with Jennifer Nigro. Correspondence with Co-Counsel. | $425.00 | $1,275.00 |
| 5 | 09-Jun-10 | Keith Altman | 6.00 | Development of key word list for email searches. Discussions with co-counsel on email searches. Correspondence with Co-Counsel. | $425.00 | $2,550.00 |
| 6 | 10-Jun-10 | Keith Altman | 2.00 | Discussions with Jennifer Nigro concerning keywords. Review of keywords. Correspondence with Co-Counsel. | $425.00 | $850.00 |
| 7 | 14-Jun-10 | Keith Altman | 4.00 | Review of keywords proposed by Defendants. Discussions with co-counsel on keywords. Correspondence with Jennifer Nigro on keywords. | $425.00 | $1,700.00 |
| 8 | 15-Jun-10 | Keith Altman | 2.00 | Review of correspondece with Jennifer Nigro concerning production of Plainitff documents. Discussions with co-counsel on production. Discussions with Jennifer Nigro. Correspondence with Co-Counsel. | $425.00 | $850.00 |
| 9 | 30-Jun-10 | Keith Altman | 2.00 | Correspondence with Jennifer Nigro on formatting of email production. Discussion with co-counsel on email production. | $425.00 | $850.00 |
| 10 | 06-Jul-10 | Keith Altman | 4.00 | Initial review of Defendants' first email production. Loading into Concordance and preparation of images. | $425.00 | $1,700.00 |
| 11 | 07-Jul-10 | Keith Altman | 4.00 | Initial review of Defendants' first email production. Discussions with co-counsel. Correspondence with Jennifer Nigro. Correspondence with Co-Counsel. | $425.00 | $1,700.00 |
| 12 | 08-Jul-10 | Keith Altman | 3.00 | Discussion with Jennifer Nigro concerning e-mail production. Review of keyword hits. Discussions with co-counsel on email production. Discussions concerning FRE 502(d) agreement. Correspondence with Co-Counsel. | $425.00 | $1,275.00 |
| 13 | 09-Jul-10 | Keith Altman | 2.00 | Further discussions with Jennifer Nigro concerning e-mail production. Discussions with co-counsel on email production. Correspondence with Co-Counsel. | $425.00 | $850.00 |
| 14 | 10-Jul-10 | Keith Altman | 2.00 | Review of expert report of Defendants' handwriting expert. | $425.00 | $850.00 |
| 15 | 12-Jul-10 | Keith Altman | 5.00 | Discussions with Jennifer Nigro concerning 502(d) agreement and confidentiality of personally identifiable information. Discussions with co-counsel on agreements. Legal research on 502(d) agreements. Correspondence with Co-Counsel. | $425.00 | $2,125.00 |
| 16 | 13-Jul-10 | Keith Altman | 5.00 | Continued discussions concerning 502 agreement. Discussions with co-counsel on agreement. Review of agreement documents. Discussions with co-counsel on litigation strategy. Correspondence with Co-Counsel. Correspondence with Jennifer Nigro. | $425.00 | $2,125.00 |
| 17 | 14-Jul-10 | Keith Altman | 4.00 | Continued dicussions concerning 502 agrement. Discussions with co-counsel. Review of agreement documents. Correspondence with Co-Counsel. Correspondence with Jennifer Nigro. | $425.00 | $1,700.00 |
| 18 | 15-Jul-10 | Keith Altman | 3.00 | Finalization of 502 agreements. Discussions with co-counsel on agreements. Discussion with co-counsel on document review strategy. Correspondence with Co-Counsel. Correspondence with Jennifer Nigro. | $425.00 | $1,275.00 |
| 19 | 16-Jul-10 | Keith Altman | 4.00 | Receipt of hard drive containing approximately 770,000 pages of documents. Initial survey of data. Preparation of images into multi-page format. Loading data and documents into concordance and inspecting integrity of data. Correspondence with Co-Coun | $425.00 | $1,700.00 |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | Atty | Hours | Activity | Rate | Fee |
| 20 | 17-Jul-10 | Keith Altman | 8.00 | Completeion of processing of documents.  Initial review of documents.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $3,400.00 |
| 21 | 18-Jul-10 | Keith Altman | 8.00 | Initial review of email documents.  Discussions with co-counsel on email production. | $425.00 | $3,400.00 |
| 22 | 19-Jul-10 | Keith Altman | 8.00 | Initial review of email documents.  Discussions with co-counsel on production.  Discussions with co-counsel on litigation strategy.  Discussions concerning intitial document production.  Correspondence with Jennifer Nigro. | $425.00 | $3,400.00 |
| 23 | 20-Jul-10 | Keith Altman | 3.00 | Loading of initial document production into database.  Continued production.  Review of pleadings (complaint, answer, and order of Judge Gwin).  Correspondence with Co-Counsel. | $425.00 | $1,275.00 |
| 24 | 21-Jul-10 | Keith Altman | 3.00 | Review of Serin discovery pleadings.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $1,275.00 |
| 25 | 28-Jul-10 | Keith Altman | 8.00 | Review of document production. | $425.00 | $3,400.00 |
| 26 | 29-Jul-10 | Keith Altman | 8.00 | Review of document production. | $425.00 | $3,400.00 |
| 27 | 07-Aug-10 | Keith Altman | 6.00 | Review of expert reports of Stan Smith. | $425.00 | $2,550.00 |
| 28 | 11-Aug-10 | Keith Altman | 2.00 | Preparation for Deposition of Sara Krieger.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $850.00 |
| 29 | 12-Aug-10 | Keith Altman | 3.00 | Deposition of Sara Krieger 30(b)(6)- Travel Time | $212.50 | $637.50 |
| 30 | 12-Aug-10 | Keith Altman | 8.00 | Deposition of Sara Krieger 30(b)(6).  Preparation for deposition.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $3,400.00 |
| 31 | 16-Aug-10 | Keith Altman | 6.00 | Review of document produciton.  Correspondence with Co-Counsel. | $425.00 | $2,550.00 |
| 32 | 17-Aug-10 | Keith Altman | 8.00 | Review of document production.  Correspondence with Co-Counsel. | $425.00 | $3,400.00 |
| 33 | 18-Aug-10 | Keith Altman | 5.00 | Review of document production.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $2,125.00 |
| 34 | 27-Aug-10 | Keith Altman | 4.00 | Review of Plainitffs' lease files and case specific documents.  Correspondence with Jennifer Nigro. | $425.00 | $1,700.00 |
| 35 | 31-Aug-10 | Keith Altman | 8.00 | Review of document production. | $425.00 | $3,400.00 |
| 36 | 01-Sep-10 | Keith Altman | 8.00 | review of document production.  Correspondence with Co-Counsel. | $425.00 | $3,400.00 |
| 37 | 02-Sep-10 | Keith Altman | 8.00 | review of document production. | $425.00 | $3,400.00 |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | Atty | Hours | Activity | Rate | Fee |
| 38 | 20-Sep-10 | Keith Altman | 5.00 | Meetings with co-counsel to discuss case and trial strategy.  Review of documents. | $425.00 | $2,125.00 |
| 39 | 20-Sep-10 | Keith Altman | 2.00 | Deposition of Ken Krebs.  Preparation for depo of Ken Krebs. | $425.00 | $850.00 |
| 40 | 20-Sep-10 | Keith Altman | 3.00 | Deposition of Ken Krebs- Travel Time | $212.50 | $637.50 |
| 41 | 21-Sep-10 | Keith Altman | 8.00 | Review of document production. Correspondence with Jennifer Nigro.  Correspondence with Co-Counsel. | $425.00 | $3,400.00 |
| 42 | 27-Sep-10 | Keith Altman | 8.00 | Review of Better Business Bureau and Attorney General Complaints.  Correspondence with Co-Counsel. | $425.00 | $3,400.00 |
| 43 | 28-Sep-10 | Keith Altman | 8.00 | Review of Better Business Bureau and Attorney General Complaints.  Conference call with the Courth.  Discussions with co-counsel.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $3,400.00 |
| 44 | 29-Sep-10 | Keith Altman | 8.00 | Review of document production.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $3,400.00 |
| 45 | 30-Sep-10 | Keith Altman | 8.00 | Review of document production.  Correspondence with Co-Counsel. | $425.00 | $3,400.00 |
| 46 | 01-Oct-10 | Keith Altman | 8.00 | Legal research.  Review of caselaw on RICO and predicate acts.  Review of pleadings and orders.  Preparation of deposition plan.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $3,400.00 |
| 47 | 05-Oct-10 | Keith Altman | 10.00 | General deposition preparation.  Meetings with co-counsel.  Review of documents.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $4,250.00 |
| 48 | 05-Oct-10 | Keith Altman | 3.00 | Meetings with co-counsel -  Travel Time | $212.50 | $637.50 |
| 49 | 06-Oct-10 | Keith Altman | 4.00 | Deposition preparation.  Review of Defendant's expert reports.  Miscelaneous discussions with co-counsel.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $1,700.00 |
| 50 | 07-Oct-10 | Keith Altman | 4.00 | Discussion with co-counsel.  Review of deposition notices for newly disclosed defense witnesses.  Correspondence with Co-Counsel. | $425.00 | $1,700.00 |
| 51 | 08-Oct-10 | Keith Altman | 4.00 | Review of pleadings and previous orders.  Legal research.  Correspondence with Co-Counsel. | $425.00 | $1,700.00 |
| 52 | 09-Oct-10 | Keith Altman | 4.00 | Review of documents production from Joesph Sussman. | $425.00 | $1,700.00 |
| 53 | 10-Oct-10 | Keith Altman | 10.00 | Review of documents.  Legal research on RICO and prediate acts of mail fraud, wire fraud, & Extortion.  Correspondence with Co-Counsel. | $425.00 | $4,250.00 |
| 54 | 11-Oct-10 | Keith Altman | 8.00 | Review of Documents.  Preparation for Depositions of sam Buono and Joseph Sussman.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $3,400.00 |
| 55 | 12-Oct-10 | Keith Altman | 10.00 | Deposition of Jospeh Sussman.  Preparation for Deposition of Joseph Sussman. | $425.00 | $4,250.00 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | Atty | Hours | Activity | Rate | Fee |
| 56 | 12-Oct-10 | Keith Altman | 3.00 | Deposition of Jospeh Sussman- Travel Time | $212.50 | $637.50 |
| 57 | 13-Oct-10 | Keith Altman | 8.00 | Review of documents.  Preparation for deposition of Sam Buono.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $3,400.00 |
| 58 | 14-Oct-10 | Keith Altman | 8.00 | Deposition of Sam Buono. Preparation for deposition of Sam Buono.  Correspondence with Co-Counsel. | $425.00 | $3,400.00 |
| 59 | 14-Oct-10 | Keith Altman | 3.00 | Deposition of Sam Buono- Travel Time | $212.50 | $637.50 |
| 60 | 17-Oct-10 | Keith Altman | 10.00 | Review of documents and preparation for depositions.  Correspondence with Co-Counsel. | $425.00 | $4,250.00 |
| 61 | 18-Oct-10 | Keith Altman | 4.00 | Legal research on RICO & Mail Fraud.  Review of Plaintiffs' expert reports.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $1,700.00 |
| 62 | 19-Oct-10 | Keith Altman | 4.00 | Miscelaneous discussions with cou counsel.  Trial preparation activities.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $1,700.00 |
| 63 | 21-Oct-10 | Keith Altman | 3.00 | Review of supplemental expert report of Defendants' handwriting expert.  Review of differences between supplementatl and original expert report.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $1,275.00 |
| 64 | 22-Oct-10 | Keith Altman | 4.00 | Review of Plaintiff Depositions.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $1,700.00 |
| 65 | 23-Oct-10 | Keith Altman | 6.00 | Miscellaneous trial preparation activities.  Correspondence with Co-Counsel. | $425.00 | $2,550.00 |
| 66 | 24-Oct-10 | Keith Altman | 8.00 | Review of documents in preparation for upcoming depositions.  Miscellaneous trial preparation activities.  Correspondence with Co-Counsel. | $425.00 | $3,400.00 |
| 67 | 25-Oct-10 | Keith Altman | 12.00 | Deposition of Richard Hahn.  Review of Documents in preparation for deposition of Ricky Brown.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $5,100.00 |
| 68 | 25-Oct-10 | Keith Altman | 3.00 | Deposition of Richard Hahn- Travel Time | $212.50 | $637.50 |
| 69 | 26-Oct-10 | Keith Altman | 3.00 | Deposition of Ricky Brown- Travel Time | $212.50 | $637.50 |
| 70 | 26-Oct-10 | Keith Altman | 12.00 | Deposition of Ricky Brown.  Review of documents in preparation for deposition of Sara Krieger.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $5,100.00 |
| 71 | 27-Oct-10 | Keith Altman | 3.00 | Deposition of Sara Krieger - Travel Time | $212.50 | $637.50 |
| 72 | 27-Oct-10 | Keith Altman | 14.00 | Deposition of Sara Krieger.  Review of documents in preparation of deposition of Jay Cohen.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $5,950.00 |
| 73 | 28-Oct-10 | Keith Altman | 10.00 | Deposition of Jay Cohen.  Miscellaneous trial preparation activities.  Review of deposition exhibits.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $4,250.00 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | Atty | Hours | Activity | Rate | Fee |
| 74 | 28-Oct-10 | Keith Altman | 3.00 | Deposition of Jay Cohen - Travel Time | $212.50 | $637.50 |
| 75 | 29-Oct-10 | Keith Altman | 6.00 | Defended deposition of Dr. Stan Smith.  Deposition of Natalya Russ.  Miscellaneous trial preparation activities.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $2,550.00 |
| 76 | 30-Oct-10 | Keith Altman | 8.00 | Review of documents in preparation of trial and depositions.  Miscellaneous legal research on RICO.  Correspondence with Co-Counsel. | $425.00 | $3,400.00 |
| 77 | 31-Oct-10 | Keith Altman | 8.00 | Review of documents in preparation of trial and depositions.  Miscellaneous legal research on RICO.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $3,400.00 |
| 78 | 01-Nov-10 | Keith Altman | 10.00 | Preparation of response to Defendants Motion to Compel on damages issues.  Review of documents in preparation of upcoming deposition.  Misc conferences with co-counsel for trial preparation matters.  Misc conferences with co-counsel for trial preparation m | $425.00 | $4,250.00 |
| 79 | 02-Nov-10 | Keith Altman | 10.00 | Review of deposition exhibits and other documents in preparation for upcoming depositions.  Conference call with court.  Misc conferences with co-counsel for trial preparation matters.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $4,250.00 |
| 80 | 03-Nov-10 | Keith Altman | 6.00 | Review of documents in preparation of depositions of Sara Krieger and Jay Cohen. Misc conferences with co-counsel for trial preparation matters.  Correspondence with Co-Counsel. | $425.00 | $2,550.00 |
| 81 | 04-Nov-10 | Keith Altman | 3.00 | Deposition of Jay Cohen- Travel Time | $212.50 | $637.50 |
| 82 | 04-Nov-10 | Keith Altman | 12.00 | Deposition of Jay Cohen.  Deposition of Sara Krieger.  Review of documents in preparation for deposition of Lina Kravic. Misc conferences with co-counsel for trial preparation matters.  Correspondence with Co-Counsel. | $425.00 | $5,100.00 |
| 83 | 05-Nov-10 | Keith Altman | 3.00 | Deposition of Lina Kravic-  Travel Time | $212.50 | $637.50 |
| 84 | 05-Nov-10 | Keith Altman | 12.00 | Deposition of Lina Kravic.  Meet and confer with Defendants.  Review of transcripts for deposition designations.  Misc conferences with co-counsel for trial preparation matters.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $5,100.00 |
| 85 | 06-Nov-10 | Keith Altman | 12.00 | Review of transcripts for deposition designations.  Preparation of Joint Pre Trial Submission. Misc conferences with co-counsel for trial preparation matters.  Correspondence with Co-Counsel. | $425.00 | $5,100.00 |
| 86 | 07-Nov-10 | Keith Altman | 12.00 | Review of transcripts for deposition designations.  Preparation of Joint Pre Trial Submission. Misc conferences with co-counsel for trial preparation matters.  Correspondence with Co-Counsel. | $425.00 | $5,100.00 |
| 87 | 08-Nov-10 | Keith Altman | 12.00 | Preparation of Joint Pre Trial Submission.  Review of Defendants' Motions in Limine.  Review of Defendants' Daubert Motion.  Misc conferences with co-counsel for trial preparation matters.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nig | $425.00 | $5,100.00 |
| 88 | 09-Nov-10 | Keith Altman | 14.00 | Preparation of Joint Pre Trial Submission.  Review of Defendants' Motion in Limine.Misc conferences with co-counsel for trial preparation matters.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro. | $425.00 | $5,950.00 |
| 89 | 10-Nov-10 | Keith Altman | 10.00 | Preparation of Joint Pre Trial Order.  Final pre-trial conference with court.  Conference calls with co-counsel. Settlement discussions with Defense Counsel.  Review of settlement terms.  Correspondence with Co-Counsel.  Correspondence with Jennifer Nigro | $425.00 | $4,250.00 |
| 90 | | | | | | |
| 91 | | | | Pre Settlement Time | | |
| 92 | | | 544 | | TOTAL | $224,187.50 |
| 93 | | | | | | |
| 94 | 14-Nov-10 | Keith Altman | 8.00 | Documentation of activity in the Serin Matter | | 0 |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | Atty | Hours | Activity | Rate | Fee |
| 95 | 15-Nov-10 | Keith Altman | 2.00 | Settlement conference with Court | $425.00 | $850.00 |
| 96 | 15-Nov-10 | Keith Altman | 3.00 | Travel Time round trip to court | $212.50 | $637.50 |
| 97 | 17-Nov-10 | Keith Altman | 2.00 | Correspondence with co-counsel and Defendants' counsel and review of settlement materials | $425.00 | $850.00 |
| 98 | 18-Nov-10 | Keith Altman | 2.80 | Conference call with Jennifer Nigro, Review of settlement materials, correspondence with Defense counsel, Calls with co-counsel on s | $425.00 | $1,190.00 |
| 99 | 21-Nov-10 | Keith Altman | 2.00 | Review of settlement agreement and drafting letter to the Court | $425.00 | $850.00 |
| 100 | 22-Nov-10 | Keith Altman | 1.00 | Drafting of letter to Court | $425.00 | $425.00 |
| 101 | 23-Nov-10 | Keith Altman | 1.50 | Review of settlement agreement and discussions with co-counsel | $425.00 | $637.50 |
| 102 | 24-Nov-10 | Keith Altman | 2.50 | Review of letter to Court and drafting of declaration | $425.00 | $1,062.50 |
| 103 | 30-Nov-10 | Keith Altman | 4.00 | Preparation of Fee Application | $425.00 | $1,700.00 |
| 104 | 1-Dec-10 | Keith Altman | 2.00 | Preparation of Fee Application | $425.00 | $850.00 |
| 105 | 14-Dec-10 | Keith Altman | 4.00 | Preparation of Fee Application | $425.00 | $1,700.00 |
| 106 | 26-Dec-10 | Keith Altman | 6.00 | Preparation of Fee Application | $425.00 | $2,550.00 |
| 107 |  |  |  |  |  |  |
| 108 |  |  |  |  |  |  |
| 109 |  |  |  |  |  |  |
| 110 |  |  |  | **Post Settlement Activities** |  |  |
| 111 |  |  | **32.80** |  |  | **$11,815.00** |