| Date | Attorney | Hours | Activity | Rate | Fee |
|---|---|---|---|---|---|
| 28-Oct-10 | Steve Lim | 0.50 | Legal research | $425.00 | $212.50 |
| 01-Nov-10 | Eleanor Polemini | 5.00 | Review and abstraction of Buono Transcript | $425.00 | $2,125.00 |
| 02-Nov-10 | Gail Schlanger | 6.00 | Review and abstraction of Sussman Transcript | $425.00 | $2,550.00 |
| 05-Nov-10 | Steve Lim | 2.50 | Research in preparation of Daubert opposition | $425.00 | $1,062.50 |
| 05-Nov-10 | Gail Schlanger | 8.00 | Research on Daubert Standards, Expert Reliance, and Tortious Interference With Economic Advantage | $425.00 | $3,400.00 |
| 09-Nov-10 | Gail Schlanger | 7.50 | Review of Defendant's MIL and reseach on admisibility of complaints to BBB and evidence of other complaints to Defendants | $425.00 | $3,187.50 |
| 09-Nov-10 | Eleanot Polemini | 1.00 | Review of Judge's Rules, Defendant's MIL's, and legal research | $425.00 | $425.00 |
| 10-Nov-10 | Steve Lim | 2.00 | Editing of response to Defendant's MIL | $425.00 | $850.00 |
| 10-Nov-10 | Gail Schlanger | 9.00 | Drafting of response to Defenant's MIL, continued research on admisibility of Plainitffs' exhibits. | $425.00 | $3,825.00 |
| | | 41.5 | | Total | $17,637.50 |