| Date | Activity | Amount |
|---|---|---|
| 12-Aug-10 | Deposition of Sara Krieger 30(b)(6)- Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 20-Sep-10 | Deposition of Ken Krebs- Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 05-Oct-10 | Meetings with co-counsel - Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 12-Oct-10 | Deposition of Jospeh Sussman- Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 14-Oct-10 | Deposition of Sam Buono- Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 25-Oct-10 | Deposition of Richard Hahn- Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 26-Oct-10 | Deposition of Ricky Brown- Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 27-Oct-10 | Deposition of Sara Krieger - Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 28-Oct-10 | Deposition of Jay Cohen - Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 04-Nov-10 | Deposition of Jay Cohen- Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 05-Nov-10 | Deposition of Lina Kravic- Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
| 15-Nov-10 | Settlement Conference at Court- Expenses (Parking $27, Tolls $11, Mileage 80x$0.495=$39.60) | $77.60 |
|  |  | $931.20 |