K Altman Cell Phone Calls

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Person | Number | Date | Time |
| 2 | Chittur & Associates | 9173754426 | 10-Jun-10 | 7:40PM |
| 3 | Chittur & Associates | 9178162249 | 11-Jun-10 | 8:06PM |
| 4 | Chittur & Associates | 9173754426 | 15-Jun-10 | 5:44PM |
| 5 | Chittur & Associates | 9173754426 | 16-Jun-10 | 10:31AM |
| 6 | Chittur & Associates | 9173754426 | 16-Jun-10 | 10:30AM |
| 7 | Chittur & Associates | 9178162249 | 18-Jun-10 | 4:41PM |
| 8 | Chittur & Associates | 9173754426 | 22-Jun-10 | 4:58PM |
| 9 | Chittur & Associates | 9173754426 | 25-Jun-10 | 9:24AM |
| 10 | Chittur & Associates | 9178162249 | 27-Jun-10 | 1:46PM |
| 11 | Chittur & Associates | 9178162249 | 27-Jun-10 | 3:02PM |
| 12 | Chittur & Associates | 2123700451 | 28-Jun-10 | 1:10PM |
| 13 | Chittur & Associates | 9178162249 | 29-Jun-10 | 10:59AM |
| 14 | Chittur & Associates | 9178162249 | 30-Jun-10 | 11:28AM |
| 15 | Chittur & Associates | 9178162249 | 30-Jun-10 | 3:12PM |
| 16 | Chittur & Associates | 9173754426 | 30-Jun-10 | 3:15PM |
| 17 | Chittur & Associates | 9178162249 | 02-Jul-10 | 5:29PM |
| 18 | Chittur & Associates | 2123700451 | 06-Jul-10 | 5:07PM |
| 19 | Chittur & Associates | 9178162249 | 06-Jul-10 | 9:22PM |
| 20 | Chittur & Associates | 9178162249 | 06-Jul-10 | 9:23PM |
| 21 | Chittur & Associates | 9178162249 | 06-Jul-10 | 9:24PM |
| 22 | Chittur & Associates | 2123700451 | 07-Jul-10 | 10:37AM |
| 23 | Chittur & Associates | 2123700451 | 07-Jul-10 | 10:46AM |
| 24 | Chittur & Associates | 2123700451 | 07-Jul-10 | 10:42AM |
| 25 | Chittur & Associates | 2123700451 | 08-Jul-10 | 12:45PM |
| 26 | Chittur & Associates | 2123700447 | 09-Jul-10 | 2:28PM |
| 27 | Chittur & Associates | 9173754426 | 12-Jul-10 | 4:42PM |
| 28 | Moses & Singer | 2125547800 | 12-Jul-10 | 12:28PM |
| 29 | Chittur & Associates | 2123700447 | 12-Jul-10 | 1:15PM |
| 30 | Chittur & Associates | 2123700447 | 12-Jul-10 | 11:28AM |
| 31 | Chittur & Associates | 2123700447 | 12-Jul-10 | 11:17AM |
| 32 | Moses & Singer | 2125547800 | 12-Jul-10 | 12:29PM |
| 33 | Moses & Singer | 2125547800 | 12-Jul-10 | 11:16AM |
| 34 | Chittur & Associates | 2123700447 | 13-Jul-10 | 12:34PM |
| 35 | Chittur & Associates | 2123700447 | 13-Jul-10 | 9:41AM |
| 36 | Moses & Singer | 2125547800 | 13-Jul-10 | 1:19PM |
| 37 | Chittur & Associates | 2123700451 | 14-Jul-10 | 2:13PM |
| 38 | Chittur & Associates | 2123700451 | 14-Jul-10 | 11:19AM |
| 39 | Moses & Singer | 2125547800 | 14-Jul-10 | 7:28AM |
| 40 | Moses & Singer | 2125547800 | 14-Jul-10 | 8:17AM |
| 41 | Moses & Singer | 2125547807 | 15-Jul-10 | 7:02PM |
| 42 | Moses & Singer | 2125547800 | 15-Jul-10 | 2:36PM |
| 43 | Moses & Singer | 2125547800 | 15-Jul-10 | 2:32PM |
| 44 | Chittur & Associates | 9178162249 | 18-Jul-10 | 11:03AM |
| 45 | Chittur & Associates | 9173754426 | 18-Jul-10 | 11:38AM |
| 46 | Moses & Singer | 2125547808 | 20-Jul-10 | 3:44PM |
| 47 | Chittur & Associates | 2123700451 | 20-Jul-10 | 3:36PM |

K Altman Cell Phone Calls

|    | A | B | C | D |
|----|---|---|---|---|
| 1  | Person | Number | Date | Time |
| 48 | Chittur & Associates | 2123700451 | 20-Jul-10 | 3:06PM |
| 49 | Chittur & Associates | 2123700451 | 20-Jul-10 | 3:30PM |
| 50 | Chittur & Associates | 2123700451 | 20-Jul-10 | 2:24PM |
| 51 | Chittur & Associates | 2123700451 | 20-Jul-10 | 3:10PM |
| 52 | Chittur & Associates | 2123700451 | 22-Jul-10 | 10:16AM |
| 53 | Chittur & Associates | 2123700447 | 23-Jul-10 | 12:38PM |
| 54 | Chittur & Associates | 9173754426 | 26-Jul-10 | 12:12PM |
| 55 | Chittur & Associates | 9178162249 | 27-Jul-10 | 9:14PM |
| 56 | Chittur & Associates | 9178162249 | 27-Jul-10 | 9:14PM |
| 57 | Chittur & Associates | 9173754426 | 27-Jul-10 | 5:17PM |
| 58 | Chittur & Associates | 9178162249 | 27-Jul-10 | 7:17PM |
| 59 | Chittur & Associates | 2123700451 | 30-Jul-10 | 4:48PM |
| 60 | Chittur & Associates | 2123700447 | 03-Aug-10 | 2:52PM |
| 61 | Chittur & Associates | 9173754426 | 04-Aug-10 | 1:51PM |
| 62 | Chittur & Associates | 9178162249 | 06-Aug-10 | 5:52PM |
| 63 | Chittur & Associates | 9178162249 | 07-Aug-10 | 5:23PM |
| 64 | Chittur & Associates | 9173754426 | 08-Aug-10 | 10:40AM |
| 65 | Chittur & Associates | 2123700451 | 09-Aug-10 | 4:12PM |
| 66 | Chittur & Associates | 2123700451 | 09-Aug-10 | 5:29PM |
| 67 | Chittur & Associates | 9173754426 | 09-Aug-10 | 2:36PM |
| 68 | Chittur & Associates | 9173754426 | 10-Aug-10 | 8:41AM |
| 69 | Chittur & Associates | 9173754426 | 10-Aug-10 | 11:56AM |
| 70 | Chittur & Associates | 9173754426 | 10-Aug-10 | 11:01AM |
| 71 | Chittur & Associates | 9173754426 | 10-Aug-10 | 11:53AM |
| 72 | Chittur & Associates | 9173754426 | 11-Aug-10 | 4:19PM |
| 73 | Chittur & Associates | 9173754426 | 12-Aug-10 | 8:01AM |
| 74 | Chittur & Associates | 9173754426 | 17-Aug-10 | 5:27PM |
| 75 | Chittur & Associates | 9173754426 | 17-Aug-10 | 5:03PM |
| 76 | Chittur & Associates | 9173754426 | 17-Aug-10 | 5:29PM |
| 77 | Chittur & Associates | 9178162249 | 30-Aug-10 | 12:55PM |
| 78 | Chittur & Associates | 9178162249 | 02-Sep-10 | 9:11PM |
| 79 | Chittur & Associates | 9178162249 | 02-Sep-10 | 9:29PM |
| 80 | Chittur & Associates | 2123700451 | 07-Sep-10 | 10:08AM |
| 81 | Chittur & Associates | 9173754426 | 11-Sep-10 | 4:47PM |
| 82 | Chittur & Associates | 9173754426 | 11-Sep-10 | 5:29PM |
| 83 | Chittur & Associates | 9173754426 | 13-Sep-10 | 7:38PM |
| 84 | Chittur & Associates | 2123700451 | 13-Sep-10 | 4:24PM |
| 85 | Chittur & Associates | 9178162249 | 14-Sep-10 | 11:58AM |
| 86 | Chittur & Associates | 9173754426 | 16-Sep-10 | 8:06PM |
| 87 | Chittur & Associates | 9173754426 | 17-Sep-10 | 4:20PM |
| 88 | Chittur & Associates | 9173754426 | 17-Sep-10 | 11:46AM |
| 89 | Chittur & Associates | 9173754426 | 17-Sep-10 | 5:03PM |
| 90 | Chittur & Associates | 9173754426 | 19-Sep-10 | 3:37PM |
| 91 | Chittur & Associates | 9173754426 | 19-Sep-10 | 4:08PM |
| 92 | Chittur & Associates | 9173754426 | 22-Sep-10 | 9:30AM |
| 93 | Chittur & Associates | 9173754426 | 22-Sep-10 | 4:38PM |

K Altman Cell Phone Calls

|     | A                    | B          | C          | D         |
|-----|----------------------|------------|------------|-----------|
| 1   | Person               | Number     | Date       | Time      |
| 94  | Chittur & Associates | 9173754426 | 22-Sep-10  | 4:30PM    |
| 95  | Chittur & Associates | 2123700447 | 23-Sep-10  | 1:13PM    |
| 96  | Chittur & Associates | 9173754426 | 23-Sep-10  | 3:41PM    |
| 97  | Chittur & Associates | 9173754426 | 24-Sep-10  | 9:30AM    |
| 98  | Chittur & Associates | 9173754426 | 27-Sep-10  | 11:45AM   |
| 99  | Chittur & Associates | 9173754426 | 27-Sep-10  | 1:50PM    |
| 100 | Chittur & Associates | 9173754426 | 27-Sep-10  | 8:12AM    |
| 101 | Chittur & Associates | 9173754426 | 27-Sep-10  | 2:33PM    |
| 102 | Chittur & Associates | 2123700451 | 28-Sep-10  | 2:01PM    |
| 103 | Chittur & Associates | 2123700451 | 28-Sep-10  | 12:24PM   |
| 104 | Chittur & Associates | 2123700451 | 28-Sep-10  | 10:11AM   |
| 105 | Chittur & Associates | 9173754426 | 28-Sep-10  | 6:58PM    |
| 106 | Chittur & Associates | 9173754426 | 28-Sep-10  | 7:38PM    |
| 107 | Chittur & Associates | 9173754426 | 28-Sep-10  | 7:40PM    |
| 108 | Chittur & Associates | 2123700451 | 29-Sep-10  | 9:50AM    |
| 109 | Chittur & Associates | 9173754426 | 30-Sep-10  | 11:58AM   |
| 110 | Chittur & Associates | 9173754426 | 30-Sep-10  | 12:03PM   |
| 111 | Chittur & Associates | 9173754426 | 05-Oct-10  | 8:34PM    |
| 112 | Chittur & Associates | 2123700451 | 05-Oct-10  | 6:48PM    |
| 113 | Chittur & Associates | 9173754426 | 06-Oct-10  | 6:52PM    |
| 114 | Chittur & Associates | 9173754426 | 06-Oct-10  | 6:21PM    |
| 115 | Chittur & Associates | 2123700451 | 06-Oct-10  | 3:15PM    |
| 116 | Chittur & Associates | 2123700451 | 06-Oct-10  | 4:47PM    |
| 117 | Chittur & Associates | 9173754426 | 06-Oct-10  | 6:59PM    |
| 118 | Chittur & Associates | 2123700451 | 07-Oct-10  | 3:21PM    |
| 119 | Chittur & Associates | 9178162249 | 07-Oct-10  | 12:28PM   |
| 120 | Chittur & Associates | 9178162249 | 07-Oct-10  | 12:28PM   |
| 121 | Chittur & Associates | 2123700451 | 07-Oct-10  | 11:01AM   |
| 122 | Chittur & Associates | 2123700451 | 07-Oct-10  | 1:39PM    |
| 123 | Chittur & Associates | 9173754426 | 07-Oct-10  | 8:26AM    |
| 124 | Chittur & Associates | 2123700451 | 08-Oct-10  | 12:40PM   |
| 125 | Chittur & Associates | 2123700451 | 08-Oct-10  | 7:01AM    |
| 126 | Chittur & Associates | 9173754426 | 10-Oct-10  | 6:11:00 PM |
| 127 | Chittur & Associates | 9173754426 | 10-Oct-10  | 6:23:00 PM |
| 128 | Chittur & Associates | 9173754426 | 10-Oct-10  | 4:14:00 PM |
| 129 | Chittur & Associates | 9173754426 | 10-Oct-10  | 5:45:00 PM |
| 130 | Moses & Singer       | 2125547800 | 11-Oct-10  | 4:38:00 PM |
| 131 | Chittur & Associates | 9173754426 | 12-Oct-10  | 1:40:00 PM |
| 132 | Chittur & Associates | 9173754426 | 12-Oct-10  | 8:26:00 PM |
| 133 | Chittur & Associates | 9173754426 | 13-Oct-10  | 7:54:00 PM |
| 134 | Chittur & Associates | 9173754426 | 13-Oct-10  | 8:11:00 PM |
| 135 | Chittur & Associates | 9173754426 | 13-Oct-10  | 7:48:00 PM |
| 136 | Chittur & Associates | 2123700447 | 14-Oct-10  | 3:01:00 PM |
| 137 | Chittur & Associates | 2123700447 | 14-Oct-10  | 3:07:00 PM |
| 138 | Chittur & Associates | 2123700447 | 14-Oct-10  | 4:04:00 PM |
| 139 | Chittur & Associates | 2123700447 | 14-Oct-10  | 5:02:00 PM |

K Altman Cell Phone Calls

|     | A                     | B          | C         | D           |
|-----|-----------------------|------------|-----------|-------------|
| 1   | Person                | Number     | Date      | Time        |
| 140 | Chittur & Associates  | 9178162249 | 16-Oct-10 | 11:08:00 PM |
| 141 | Chittur & Associates  | 9178162249 | 16-Oct-10 | 10:29:00 PM |
| 142 | Chittur & Associates  | 9178162249 | 16-Oct-10 | 8:07:00 PM  |
| 143 | Chittur & Associates  | 9178162249 | 16-Oct-10 | 11:07:00 PM |
| 144 | Chittur & Associates  | 9173754426 | 18-Oct-10 | 8:00:00 AM  |
| 145 | Chittur & Associates  | 2123700451 | 18-Oct-10 | 11:15:00 AM |
| 146 | Chittur & Associates  | 9173754426 | 18-Oct-10 | 8:01:00 AM  |
| 147 | Chittur & Associates  | 9178162249 | 18-Oct-10 | 2:41:00 PM  |
| 148 | Chittur & Associates  | 9178162249 | 19-Oct-10 | 4:01:00 PM  |
| 149 | Chittur & Associates  | 2123700447 | 19-Oct-10 | 5:41:00 PM  |
| 150 | Chittur & Associates  | 2123700447 | 19-Oct-10 | 4:41:00 PM  |
| 151 | Chittur & Associates  | 2123700451 | 19-Oct-10 | 5:25:00 PM  |
| 152 | Chittur & Associates  | 2123700451 | 19-Oct-10 | 12:43:00 PM |
| 153 | Chittur & Associates  | 9173754426 | 19-Oct-10 | 8:16:00 PM  |
| 154 | Chittur & Associates  | 9178162249 | 20-Oct-10 | 9:55:00 AM  |
| 155 | Chittur & Associates  | 9178162249 | 20-Oct-10 | 11:33:00 AM |
| 156 | Chittur & Associates  | 9173754426 | 20-Oct-10 | 3:31:00 PM  |
| 157 | Chittur & Associates  | 9173754426 | 20-Oct-10 | 10:28:00 AM |
| 158 | Chittur & Associates  | 9173754426 | 20-Oct-10 | 9:44:00 AM  |
| 159 | Chittur & Associates  | 2123700447 | 20-Oct-10 | 10:12:00 AM |
| 160 | Moses & Singer        | 2125547800 | 21-Oct-10 | 7:08:00 PM  |
| 161 | Moses & Singer        | 2125547800 | 22-Oct-10 | 10:51:00 AM |
| 162 | Moses & Singer        | 2125547800 | 22-Oct-10 | 11:36:00 AM |
| 163 | Chittur & Associates  | 9178162249 | 22-Oct-10 | 5:32:00 PM  |
| 164 | Chittur & Associates  | 9178162249 | 25-Oct-10 | 6:09:00 PM  |
| 165 | Moses & Singer        | 2125547800 | 25-Oct-10 | 9:25:00 AM  |
| 166 | Moses & Singer        | 2125547808 | 25-Oct-10 | 9:23:00 AM  |
| 167 | Moses & Singer        | 2125547808 | 25-Oct-10 | 9:28:00 AM  |
| 168 | Chittur & Associates  | 2123700447 | 25-Oct-10 | 6:22:00 PM  |
| 169 | Chittur & Associates  | 2123700447 | 26-Oct-10 | 7:03:00 PM  |
| 170 | Chittur & Associates  | 2123700451 | 26-Oct-10 | 6:37:00 PM  |
| 171 | Chittur & Associates  | 2123700447 | 26-Oct-10 | 8:13:00 AM  |
| 172 | Chittur & Associates  | 2123700447 | 26-Oct-10 | 6:34:00 PM  |
| 173 | Chittur & Associates  | 2123700447 | 26-Oct-10 | 6:19:00 PM  |
| 174 | Chittur & Associates  | 9178162249 | 27-Oct-10 | 7:50:00 AM  |
| 175 | Chittur & Associates  | 9178162249 | 27-Oct-10 | 8:56:00 AM  |
| 176 | Chittur & Associates  | 2123700447 | 28-Oct-10 | 9:01:00 AM  |
| 177 | Moses & Singer        | 2125547800 | 29-Oct-10 | 4:02:00 PM  |
| 178 | Chittur & Associates  | 2123700451 | 29-Oct-10 | 6:35:00 PM  |
| 179 | Moses & Singer        | 2125547800 | 29-Oct-10 | 3:06:00 PM  |
| 180 | Chittur & Associates  | 9178162249 | 31-Oct-10 | 6:27:00 PM  |
| 181 | Chittur & Associates  | 9178162249 | 31-Oct-10 | 3:07:00 PM  |
| 182 | Chittur & Associates  | 9178162249 | 31-Oct-10 | 1:40:00 PM  |
| 183 | Chittur & Associates  | 9178162249 | 31-Oct-10 | 3:06:00 PM  |
| 184 | Chittur & Associates  | 9178162249 | 31-Oct-10 | 6:26:00 PM  |
| 185 | Chittur & Associates  | 2123700451 | 01-Nov-10 | 4:24:00 PM  |

K Altman Cell Phone Calls

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 1   | Person | Number | Date | Time |
| 186 | Chittur & Associates | 9178162249 | 01-Nov-10 | 3:36:00 PM |
| 187 | Chittur & Associates | 2123700447 | 01-Nov-10 | 2:47:00 PM |
| 188 | Chittur & Associates | 2123700451 | 01-Nov-10 | 5:47:00 PM |
| 189 | Chittur & Associates | 2123700451 | 01-Nov-10 | 4:46:00 PM |
| 190 | Chittur & Associates | 2123700451 | 01-Nov-10 | 5:25:00 PM |
| 191 | Chittur & Associates | 2123700447 | 01-Nov-10 | 3:14:00 PM |
| 192 | Moses & Singer | 2125547800 | 01-Nov-10 | 5:22:00 PM |
| 193 | Chittur & Associates | 2123700451 | 01-Nov-10 | 4:18:00 PM |
| 194 | Chittur & Associates | 2123700447 | 02-Nov-10 | 2:50:00 PM |
| 195 | Chittur & Associates | 2123700447 | 02-Nov-10 | 12:45:00 PM |
| 196 | Chittur & Associates | 2123700451 | 02-Nov-10 | 6:39:00 PM |
| 197 | Chittur & Associates | 2123700451 | 02-Nov-10 | 6:30:00 PM |
| 198 | Chittur & Associates | 2123700447 | 02-Nov-10 | 6:26:00 PM |
| 199 | Chittur & Associates | 2123700447 | 03-Nov-10 | 6:42:00 PM |
| 200 | Chittur & Associates | 2123700447 | 03-Nov-10 | 6:29:00 PM |
| 201 | Chittur & Associates | 2123700447 | 03-Nov-10 | 4:57:00 PM |
| 202 | Chittur & Associates | 2123700447 | 03-Nov-10 | 3:02:00 PM |
| 203 | Chittur & Associates | 2123700447 | 03-Nov-10 | 7:32:00 PM |
| 204 | Chittur & Associates | 2123700451 | 04-Nov-10 | 9:23:00 AM |
| 205 | Chittur & Associates | 2123700447 | 05-Nov-10 | 8:39:00 AM |
| 206 | Chittur & Associates | 2123700447 | 05-Nov-10 | 9:17:00 AM |
| 207 | Chittur & Associates | 9173754426 | 05-Nov-10 | 7:39:00 AM |
| 208 | Chittur & Associates | 9173754426 | 05-Nov-10 | 8:37:00 AM |
| 209 | Chittur & Associates | 9173754426 | 05-Nov-10 | 9:44:00 AM |
| 210 | Chittur & Associates | 9173754426 | 05-Nov-10 | 11:21:00 AM |
| 211 | Chittur & Associates | 9173754426 | 06-Nov-10 | 3:34:00 PM |
| 212 | Chittur & Associates | 9173754426 | 06-Nov-10 | 11:12:00 AM |
| 213 | Chittur & Associates | 9173754426 | 06-Nov-10 | 12:06:00 PM |
| 214 | Chittur & Associates | 9173754426 | 06-Nov-10 | 3:16:00 PM |
| 215 | Chittur & Associates | 9173754426 | 06-Nov-10 | 3:07:00 PM |
| 216 | Chittur & Associates | 9178162249 | 06-Nov-10 | 1:00:00 PM |
| 217 | Chittur & Associates | 9173754426 | 07-Nov-10 | 11:09:00 AM |
| 218 | Chittur & Associates | 9173754426 | 07-Nov-10 | 2:50:00 PM |
| 219 | Chittur & Associates | 9178162249 | 07-Nov-10 | 2:29:00 PM |
| 220 | Chittur & Associates | 9173754426 | 07-Nov-10 | 8:22:00 PM |
| 221 | Chittur & Associates | 9173754426 | 08-Nov-10 | 9:13:00 PM |
| 222 | Chittur & Associates | 9173754426 | 08-Nov-10 | 9:22:00 PM |
| 223 | Chittur & Associates | 9173754426 | 08-Nov-10 | 9:58:00 PM |
| 224 | Chittur & Associates | 9173754426 | 08-Nov-10 | 6:36:00 PM |
| 225 | Moses & Singer | 2125547807 | 08-Nov-10 | 5:19:00 PM |
| 226 | Chittur & Associates | 2123700447 | 08-Nov-10 | 6:35:00 PM |
| 227 | Chittur & Associates | 2123700451 | 08-Nov-10 | 5:27:00 PM |
| 228 | Chittur & Associates | 2123700447 | 08-Nov-10 | 9:12:00 PM |
| 229 | Chittur & Associates | 2123700447 | 08-Nov-10 | 7:35:00 PM |
| 230 | Chittur & Associates | 2123700447 | 08-Nov-10 | 4:56:00 PM |
| 231 | Chittur & Associates | 2123700451 | 08-Nov-10 | 5:12:00 PM |

K Altman Cell Phone Calls

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | Person | Number | Date | Time |
| 232 | Chittur & Associates | 2123700447 | 08-Nov-10 | 3:25:00 PM |
| 233 | Chittur & Associates | 2123700451 | 08-Nov-10 | 5:34:00 PM |
| 234 | Chittur & Associates | 2123700451 | 08-Nov-10 | 5:42:00 PM |
| 235 | Chittur & Associates | 2123700451 | 08-Nov-10 | 6:05:00 PM |
| 236 | Chittur & Associates | 2123700451 | 08-Nov-10 | 6:09:00 PM |
| 237 | Chittur & Associates | 2123700447 | 08-Nov-10 | 6:43:00 PM |
| 238 | Chittur & Associates | 2123700447 | 08-Nov-10 | 5:01:00 PM |
| 239 | Chittur & Associates | 9173754426 | 08-Nov-10 | 8:00:00 PM |
| 240 | Chittur & Associates | 2123700447 | 08-Nov-10 | 4:26:00 PM |
| 241 | Chittur & Associates | 2123700447 | 08-Nov-10 | 3:52:00 PM |
| 242 | Chittur & Associates | 2123700447 | 08-Nov-10 | 3:42:00 PM |
| 243 | Chittur & Associates | 2123700451 | 08-Nov-10 | 6:08:00 PM |
| 244 | Chittur & Associates | 2123700451 | 08-Nov-10 | 12:43:00 PM |
| 245 | Chittur & Associates | 2123700447 | 09-Nov-10 | 9:20:00 AM |
| 246 | Chittur & Associates | 2123700447 | 09-Nov-10 | 7:13:00 PM |
| 247 | Chittur & Associates | 2123700447 | 09-Nov-10 | 6:31:00 PM |
| 248 | Chittur & Associates | 2123700447 | 09-Nov-10 | 6:01:00 PM |
| 249 | Chittur & Associates | 2123700447 | 09-Nov-10 | 4:49:00 PM |
| 250 | Chittur & Associates | 2123700447 | 09-Nov-10 | 2:21:00 PM |
| 251 | Chittur & Associates | 2123700447 | 09-Nov-10 | 1:44:00 PM |
| 252 | Chittur & Associates | 2123700447 | 09-Nov-10 | 1:16:00 PM |
| 253 | Chittur & Associates | 2123700447 | 09-Nov-10 | 9:25:00 AM |
| 254 | Chittur & Associates | 9173754426 | 09-Nov-10 | 7:18:00 PM |
| 255 | Chittur & Associates | 2123700447 | 09-Nov-10 | 9:44:00 AM |
| 256 | Chittur & Associates | 9173754426 | 09-Nov-10 | 8:30:00 AM |
| 257 | Chittur & Associates | 9173754426 | 09-Nov-10 | 8:33:00 AM |
| 258 | Chittur & Associates | 9173754426 | 09-Nov-10 | 9:15:00 AM |
| 259 | Chittur & Associates | 9173754426 | 09-Nov-10 | 7:14:00 PM |
| 260 | Moses & Singer | 2125547800 | 09-Nov-10 | 6:05:00 PM |
| 261 | Chittur & Associates | 9173754426 | 09-Nov-10 | 8:17:00 AM |
| 262 | Chittur & Associates | 2123700451 | 09-Nov-10 | 1:50:00 PM |
| 263 | Chittur & Associates | 2123700451 | 09-Nov-10 | 2:55:00 PM |
| 264 | Chittur & Associates | 2123700451 | 09-Nov-10 | 4:27:00 PM |
| 265 | Chittur & Associates | 2123700451 | 09-Nov-10 | 4:16:00 PM |
| 266 | Chittur & Associates | 2123700451 | 09-Nov-10 | 3:17:00 PM |
| 267 | Chittur & Associates | 2123700451 | 10-Nov-10 | 12:51:00 PM |
| 268 | Moses & Singer | 2125547808 | 10-Nov-10 | 6:18:00 PM |
| 269 | Moses & Singer | 2125547808 | 10-Nov-10 | 6:13:00 PM |
| 270 | Moses & Singer | 2125547808 | 10-Nov-10 | 7:32:00 PM |
| 271 | Chittur & Associates | 9173754426 | 10-Nov-10 | 8:25:00 AM |
| 272 | Moses & Singer | 2125547800 | 10-Nov-10 | 5:58:00 PM |
| 273 | Chittur & Associates | 2123700451 | 10-Nov-10 | 1:51:00 PM |
| 274 | Chittur & Associates | 2123700451 | 10-Nov-10 | 12:07:00 PM |
| 275 | Moses & Singer | 2125547808 | 10-Nov-10 | 7:35:00 PM |
| 276 | Chittur & Associates | 2123700451 | 10-Nov-10 | 2:53:00 PM |
| 277 | Moses & Singer | 2125547800 | 10-Nov-10 | 6:01:00 PM |

K Altman Cell Phone Calls

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 1 | Person | Number | Date | Time |
| 278 | Chittur & Associates | 2123700451 | 10-Nov-10 | 1:40:00 PM |
| 279 | Chittur & Associates | 2123700447 | 10-Nov-10 | 9:41:00 AM |
| 280 | Chittur & Associates | 2123700447 | 10-Nov-10 | 9:47:00 AM |
| 281 | Chittur & Associates | 2123700447 | 10-Nov-10 | 11:08:00 AM |
| 282 | Chittur & Associates | 2123700447 | 10-Nov-10 | 11:19:00 AM |
| 283 | Moses & Singer | 2125547800 | 10-Nov-10 | 5:52:00 PM |
| 284 | Moses & Singer | 2125547800 | 10-Nov-10 | 2:51:00 PM |
| 285 | Moses & Singer | 2125547800 | 10-Nov-10 | 1:56:00 PM |
| 286 | Moses & Singer | 2125547800 | 10-Nov-10 | 8:53:00 AM |
| 287 | Moses & Singer | 2125547808 | 10-Nov-10 | 7:58:00 PM |
| 288 | Moses & Singer | 2125547800 | 10-Nov-10 | 6:20:00 PM |
| 289 | Chittur & Associates | 9173754426 | 10-Nov-10 | 9:02:00 AM |
| 290 | Chittur & Associates | 2123700451 | 10-Nov-10 | 12:08:00 PM |
| 291 | Chittur & Associates | 2123700451 | 10-Nov-10 | 3:34:00 PM |
| 292 | Chittur & Associates | 2123700451 | 10-Nov-10 | 8:13:00 PM |
| 293 | Chittur & Associates | 2123700451 | 10-Nov-10 | 7:44:00 PM |
| 294 | Chittur & Associates | 2123700451 | 10-Nov-10 | 7:33:00 PM |
| 295 | Chittur & Associates | 9173754426 | 10-Nov-10 | 9:33:00 PM |
| 296 | Chittur & Associates | 9173754426 | 10-Nov-10 | 8:23:00 PM |
| 297 | Chittur & Associates | 2123700451 | 10-Nov-10 | 8:26:00 PM |
| 298 | Chittur & Associates | 2123700451 | 10-Nov-10 | 7:30:00 PM |
| 299 | Chittur & Associates | 2123700451 | 10-Nov-10 | 5:25:00 PM |
| 300 | Chittur & Associates | 2123700451 | 10-Nov-10 | 4:12:00 PM |
| 301 | Chittur & Associates | 2123700451 | 10-Nov-10 | 5:11:00 PM |
| 302 | Chittur & Associates | 2123700451 | 10-Nov-10 | 6:23:00 PM |
| 303 | Chittur & Associates | 2123700451 | 10-Nov-10 | 5:36:00 PM |
| 304 | Chittur & Associates | 2123700451 | 10-Nov-10 | 5:59:00 PM |
| 305 | Chittur & Associates | 2123700451 | 10-Nov-10 | 6:03:00 PM |
| 306 | Chittur & Associates | 2123700451 | 10-Nov-10 | 6:14:00 PM |
| 307 | Chittur & Associates | 2123700451 | 10-Nov-10 | 4:31:00 PM |
| 308 | Chittur & Associates | 2123700447 | 11-Nov-10 | 10:23:00 AM |
| 309 | Moses & Singer | 2125547808 | 11-Nov-10 | 12:15:00 PM |
| 310 | Chittur & Associates | 9173754426 | 11-Nov-10 | 10:31:00 AM |
| 311 | Moses & Singer | 2125547808 | 11-Nov-10 | 3:19:00 PM |
| 312 | Chittur & Associates | 9173754426 | 11-Nov-10 | 7:58:00 PM |
| 313 | Chittur & Associates | 9173754426 | 11-Nov-10 | 8:01:00 PM |
| 314 | Chittur & Associates | 2123700447 | 11-Nov-10 | 4:20:00 PM |
| 315 | Chittur & Associates | 2123700447 | 11-Nov-10 | 12:21:00 PM |
| 316 | Chittur & Associates | 9178162249 | 11-Nov-10 | 4:12:00 PM |
| 317 | Chittur & Associates | 2123700451 | 11-Nov-10 | 5:31:00 PM |
| 318 | Chittur & Associates | 2123700451 | 11-Nov-10 | 5:56:00 PM |
| 319 | Chittur & Associates | 9173754426 | 12-Nov-10 | 4:04:00 PM |
| 320 | Chittur & Associates | 9173754426 | 12-Nov-10 | 5:28:00 PM |
| 321 | Chittur & Associates | 2123700451 | 12-Nov-10 | 11:53:00 AM |
| 322 | Chittur & Associates | 2123700447 | 13-Nov-10 | 3:31:00 PM |
| 323 | Chittur & Associates | 9173754426 | 13-Nov-10 | 8:49:00 AM |

K Altman Cell Phone Calls

|     | A | B | C | D |
|-----|---|---|---|---|
| 1   | Person | Number | Date | Time |
| 324 | Chittur & Associates | 9173754426 | 13-Nov-10 | 5:49:00 PM |
| 325 | Chittur & Associates | 9173754426 | 13-Nov-10 | 5:04:00 PM |
| 326 | Chittur & Associates | 9173754426 | 13-Nov-10 | 1:46:00 PM |
| 327 | Chittur & Associates | 9173754426 | 14-Nov-10 | 11:26:00 AM |
| 328 | Chittur & Associates | 9173754426 | 14-Nov-10 | 9:41:00 AM |

K Altman Cell Phone Calls

| | E |
|---|---|
| 1 | Minutes |
| 2 | 13 |
| 3 | 2 |
| 4 | 3 |
| 5 | 2 |
| 6 | 1 |
| 7 | 5 |
| 8 | 2 |
| 9 | 3 |
| 10 | 2 |
| 11 | 3 |
| 12 | 1 |
| 13 | 2 |
| 14 | 1 |
| 15 | 1 |
| 16 | 1 |
| 17 | 10 |
| 18 | 13 |
| 19 | 1 |
| 20 | 1 |
| 21 | 7 |
| 22 | 2 |
| 23 | 1 |
| 24 | 2 |
| 25 | 7 |
| 26 | 7 |
| 27 | 1 |
| 28 | 1 |
| 29 | 3 |
| 30 | 8 |
| 31 | 8 |
| 32 | 20 |
| 33 | 1 |
| 34 | 23 |
| 35 | 9 |
| 36 | 1 |
| 37 | 1 |
| 38 | 3 |
| 39 | 2 |
| 40 | 2 |
| 41 | 1 |
| 42 | 23 |
| 43 | 4 |
| 44 | 2 |
| 45 | 1 |
| 46 | 14 |
| 47 | 8 |

K Altman Cell Phone Calls

|    | E       |
|----|---------|
| 1  | Minutes |
| 48 | 2       |
| 49 | 1       |
| 50 | 5       |
| 51 | 21      |
| 52 | 2       |
| 53 | 3       |
| 54 | 1       |
| 55 | 1       |
| 56 | 1       |
| 57 | 5       |
| 58 | 2       |
| 59 | 1       |
| 60 | 2       |
| 61 | 3       |
| 62 | 1       |
| 63 | 2       |
| 64 | 2       |
| 65 | 9       |
| 66 | 2       |
| 67 | 3       |
| 68 | 1       |
| 69 | 3       |
| 70 | 1       |
| 71 | 1       |
| 72 | 7       |
| 73 | 1       |
| 74 | 1       |
| 75 | 1       |
| 76 | 2       |
| 77 | 2       |
| 78 | 2       |
| 79 | 2       |
| 80 | 3       |
| 81 | 1       |
| 82 | 1       |
| 83 | 2       |
| 84 | 4       |
| 85 | 2       |
| 86 | 1       |
| 87 | 1       |
| 88 | 1       |
| 89 | 1       |
| 90 | 1       |
| 91 | 6       |
| 92 | 13      |
| 93 | 1       |

K Altman Cell Phone Calls

|     | E       |
|-----|---------|
| 1   | Minutes |
| 94  | 2       |
| 95  | 3       |
| 96  | 1       |
| 97  | 1       |
| 98  | 2       |
| 99  | 1       |
| 100 | 17      |
| 101 | 22      |
| 102 | 10      |
| 103 | 1       |
| 104 | 3       |
| 105 | 8       |
| 106 | 2       |
| 107 | 1       |
| 108 | 1       |
| 109 | 1       |
| 110 | 1       |
| 111 | 5       |
| 112 | 4       |
| 113 | 1       |
| 114 | 1       |
| 115 | 7       |
| 116 | 7       |
| 117 | 1       |
| 118 | 2       |
| 119 | 1       |
| 120 | 2       |
| 121 | 2       |
| 122 | 3       |
| 123 | 5       |
| 124 | 1       |
| 125 | 8       |
| 126 | 2       |
| 127 | 1       |
| 128 | 1       |
| 129 | 17      |
| 130 | 27      |
| 131 | 1       |
| 132 | 3       |
| 133 | 3       |
| 134 | 1       |
| 135 | 3       |
| 136 | 5       |
| 137 | 1       |
| 138 | 1       |
| 139 | 18      |

K Altman Cell Phone Calls

|     | E |
| --- | --- |
| 1   | Minutes |
| 140 | 1 |
| 141 | 3 |
| 142 | 2 |
| 143 | 1 |
| 144 | 1 |
| 145 | 12 |
| 146 | 2 |
| 147 | 10 |
| 148 | 5 |
| 149 | 1 |
| 150 | 6 |
| 151 | 8 |
| 152 | 4 |
| 153 | 3 |
| 154 | 2 |
| 155 | 7 |
| 156 | 11 |
| 157 | 6 |
| 158 | 6 |
| 159 | 1 |
| 160 | 21 |
| 161 | 1 |
| 162 | 5 |
| 163 | 4 |
| 164 | 1 |
| 165 | 2 |
| 166 | 1 |
| 167 | 1 |
| 168 | 1 |
| 169 | 1 |
| 170 | 15 |
| 171 | 1 |
| 172 | 1 |
| 173 | 4 |
| 174 | 1 |
| 175 | 2 |
| 176 | 1 |
| 177 | 19 |
| 178 | 7 |
| 179 | 1 |
| 180 | 13 |
| 181 | 4 |
| 182 | 2 |
| 183 | 1 |
| 184 | 1 |
| 185 | 2 |

K Altman Cell Phone Calls

|   | E |
|---|---|
| 1 | Minutes |
| 186 | 16 |
| 187 | 8 |
| 188 | 4 |
| 189 | 5 |
| 190 | 5 |
| 191 | 2 |
| 192 | 1 |
| 193 | 4 |
| 194 | 1 |
| 195 | 11 |
| 196 | 1 |
| 197 | 9 |
| 198 | 2 |
| 199 | 2 |
| 200 | 13 |
| 201 | 7 |
| 202 | 2 |
| 203 | 1 |
| 204 | 3 |
| 205 | 1 |
| 206 | 4 |
| 207 | 1 |
| 208 | 1 |
| 209 | 1 |
| 210 | 1 |
| 211 | 7 |
| 212 | 13 |
| 213 | 3 |
| 214 | 17 |
| 215 | 2 |
| 216 | 1 |
| 217 | 8 |
| 218 | 1 |
| 219 | 1 |
| 220 | 3 |
| 221 | 1 |
| 222 | 1 |
| 223 | 7 |
| 224 | 4 |
| 225 | 1 |
| 226 | 1 |
| 227 | 7 |
| 228 | 1 |
| 229 | 2 |
| 230 | 1 |
| 231 | 8 |

K Altman Cell Phone Calls

|   | E |
|---|---|
| 1 | Minutes |
| 232 | 4 |
| 233 | 2 |
| 234 | 11 |
| 235 | 1 |
| 236 | 7 |
| 237 | 2 |
| 238 | 3 |
| 239 | 1 |
| 240 | 1 |
| 241 | 3 |
| 242 | 4 |
| 243 | 1 |
| 244 | 8 |
| 245 | 5 |
| 246 | 1 |
| 247 | 13 |
| 248 | 4 |
| 249 | 5 |
| 250 | 4 |
| 251 | 2 |
| 252 | 3 |
| 253 | 1 |
| 254 | 4 |
| 255 | 10 |
| 256 | 4 |
| 257 | 7 |
| 258 | 3 |
| 259 | 1 |
| 260 | 26 |
| 261 | 1 |
| 262 | 3 |
| 263 | 1 |
| 264 | 4 |
| 265 | 4 |
| 266 | 3 |
| 267 | 6 |
| 268 | 1 |
| 269 | 2 |
| 270 | 1 |
| 271 | 1 |
| 272 | 1 |
| 273 | 5 |
| 274 | 1 |
| 275 | 7 |
| 276 | 4 |
| 277 | 3 |

K Altman Cell Phone Calls

|     | E       |
| --- | ------- |
| 1   | Minutes |
| 278 | 3       |
| 279 | 3       |
| 280 | 1       |
| 281 | 10      |
| 282 | 1       |
| 283 | 3       |
| 284 | 3       |
| 285 | 2       |
| 286 | 1       |
| 287 | 8       |
| 288 | 4       |
| 289 | 4       |
| 290 | 1       |
| 291 | 6       |
| 292 | 9       |
| 293 | 6       |
| 294 | 2       |
| 295 | 15      |
| 296 | 1       |
| 297 | 1       |
| 298 | 2       |
| 299 | 2       |
| 300 | 4       |
| 301 | 5       |
| 302 | 2       |
| 303 | 9       |
| 304 | 2       |
| 305 | 10      |
| 306 | 4       |
| 307 | 3       |
| 308 | 4       |
| 309 | 1       |
| 310 | 3       |
| 311 | 1       |
| 312 | 2       |
| 313 | 6       |
| 314 | 10      |
| 315 | 1       |
| 316 | 5       |
| 317 | 1       |
| 318 | 3       |
| 319 | 1       |
| 320 | 14      |
| 321 | 2       |
| 322 | 1       |
| 323 | 1       |

K Altman Cell Phone Calls

|     | E       |
| --- | ------- |
| 1   | Minutes |
| 324 | 2       |
| 325 | 24      |
| 326 | 1       |
| 327 | 1       |
| 328 | 1       |