Expenses Chittur & Associates, P.C.

| Item | Date | Amount |
|---|---|---|
| Summons & Complaint Filing Fee | | 250 |
| FedEx to Jugde Gwin | 03/17/10 | 18.09 |
| Postage - Letter to Kettler Cert Mail RRR | 04/17/10 | 5.54 |
| Lunch - Deposition of Russ | 05/27/10 | 45 |
| Lunch - Deposition of Lim | 06/29/10 | 47 |
| Lunch - Deposition of Serin | 06/24/10 | 43 |
| Lunch - Deposition of Redner | 06/30/10 | 49 |
| Smith Economics Group - Expert Retainer Fee | 07/07/10 | 2500 |
| Tom Smith - Video Deposition | 07/07/10 | 750 |
| FedEx to Stan Smith | 07/09/10 | 19.16 |
| FedEx to Altman | 08/06/10 | 15.17 |
| Krebs Deposition - court reporter | 09/20/10 | 274.5 |
| Krieger Deposition - court reporter | 08/12/10 | 1430.75 |
| FedEx to Judge | 10/07/10 | 41.08 |
| Sussman Deposition - court reporter | 10/12/10 | 1755 |
| Buono Deposition - court reporter | 10/14/10 | 1589 |
| Lunch w/ Altman during Deposition at M&S | 10/25/10 | 15.79 |
| Hahn Deposition - court reporter | 10/25/10 | 1325 |
| Lunch w/ Altman during Deposition at M&S | 10/26/10 | 18.18 |
| Krieger Deposition - court reporter | 10/16/10 | 1590.25 |
| Lunch w/ Altman during Deposition at M&S | 10/27/10 | 17.64 |
| Brown Deposition - court reporter | 10/27/10 | 964 |
| Lunch w/ Altman during Deposition at M&S | 10/28/10 | 17.31 |
| Cohen Deposition - court reporter | 10/28/10 | 2710.75 |
| Video Deposition Synchronization | 11/12/10 | 1200 |
| Hard Drives for Copying Video Depositions - 4HD | 11/02/10 | 315.69 |
| FedEx to Goldberg video depo copies | 11/02/10 | 16.74 |
| DVD for video depositions | 11/02/10 | 55 |
| Cohen & Krieger Deposition - court reporter | 11/04/10 | 1804.75 |
| Kravic Deposition - court reporter | 11/05/10 | 1187.25 |
| Copying 8000x15 | | 1200 |
| Smith Economics Group - Stan Smith Preparation for Depo | 10/29/10 | 315 |
| Smith Economics Group - Stan Smith Travel to Depo | 10/29/10 | 238.5 |
| Video of Stan Smith Deposition | 11/09/10 | 478 |
| Smith Economics Group - Stan Smith Preparation for Testimony | 11/12/10 | 630 |
| Taxi and Subway fare to the court | 11/15/10 | 16.79 |
| Lunch | 11/15/10 | 50 |
| Smith Economics Group - Expert Retainer Fee, balance | 11/12/10 | 18,560.15 |
| **TOTAL** | | **41,275.45** |