*Chittur & Associates, P.C.*
**Krishnan Chittur's Time Entry Report**
**for Selected File:**

Serin v. Northern Leasing
Client ID:

Matter ID:

Mon Nov 15, 2010 to Thu. Dec 30, 2010

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu Dec 30, 2010 | | Review Altman decl | 0.80 |
| Thu Dec 30, 2010 | | Review Sharma decl | 0.20 |
| Thu Dec 30, 2010 | | Review Seth decl | 0.20 |
| Thu Dec 30, 2010 | | Revise, finalize fee application and brief | 1.70 |
| Thu Dec 30, 2010 | | email Lillienstein | 0.20 |
| Wed Dec 29, 2010 | | email Keith Altman | 0.20 |
| Wed Dec 29, 2010 | | Email Lillienstein | 0.20 |
| Wed Dec 29, 2010 | | Email Lillienstein | 0.20 |
| Wed Dec 29, 2010 | | Telephone conf AS | 0.20 |
| Wed Dec 29, 2010 | | Review Sharma aff re Fees | 0.20 |
| Wed Dec 29, 2010 | | Email Bromberg | 0.20 |
| Wed Dec 29, 2010 | | Email Bromberg | 0.20 |
| Wed Dec 29, 2010 | | Draft aff re fees, research, revise fee brief | 8.10 |
| Tue Dec 28, 2010 | | Research and draft fee app | 3.90 |
| Tue Dec 28, 2010 | | Review Rajan Decl | 0.20 |
| Tue Dec 28, 2010 | | Email Gardner | 0.20 |
| Tue Dec 28, 2010 | | Draft aff form for Bromberg | 0.20 |
| Tue Dec 28, 2010 | | Draft form aff re Gardner | 0.20 |
| Mon Dec 27, 2010 | | Research, draft fee application | 9.30 |
| Sun Dec 26, 2010 | | Research, draft fee brief | 1.20 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Fri Dec 24, 2010 | | Research re fee standards | 5.10 |
| Thu Dec 23, 2010 | | Draft brief re fees | 0.20 |
| Thu Dec 23, 2010 | | Email Lillienstein | 0.20 |
| Thu Dec 23, 2010 | | Email Lillienstein | 0.20 |
| Wed Dec 22, 2010 | | Review settlement documents | 0.70 |
| Wed Dec 22, 2010 | | Email Keith re settlement | 0.20 |
| Wed Dec 22, 2010 | | TC Altman re settlement documents | 0.20 |
| Mon Dec 20, 2010 | | Draft affirmation re fee application | 0.80 |
| Mon Dec 20, 2010 | | Draft aff re fee application | 1.40 |
| Mon Dec 20, 2010 | | Review records re time | 1.00 |
| Fri Dec 17, 2010 | | Email client | 0.20 |
| Wed Dec 15, 2010 | | Draft fee application | 2.10 |
| Wed Dec 15, 2010 | | Draft letter to Judge | 0.70 |
| Fri Dec 3, 2010 | | Email client Russ | 0.20 |
| Fri Dec 3, 2010 | | Email client Mindy | 0.20 |
| Fri Dec 3, 2010 | | Review email from client Russ | 0.20 |
| Thu Dec 2, 2010 | | TC Altman | 0.20 |
| Wed Dec 1, 2010 | | TC Sharma | 0.20 |
| Wed Dec 1, 2010 | | TC Altman | 0.20 |
| Wed Dec 1, 2010 | | Email to Lillienstein | 0.40 |
| Wed Dec 1, 2010 | | Review Email from Lillienstein re redactions in Billing Records | 0.20 |
| Wed Dec 1, 2010 | | Review Lilliensteiin email to Judge | 0.20 |
| Wed Dec 1, 2010 | | TC Altman | 0.20 |
| Tue Nov 30, 2010 | | Email Def counsel | 0.20 |
| Tue Nov 30, 2010 | | Review def time sheets | 0.20 |
| Tue Nov 30, 2010 | | Review time-sheets, research re attorny time sheets, email Defense counsel | 0.80 |
| Mon Nov 29, 2010 | | TC Sharma | 0.20 |

*Time Entry Report*

*Serin v. Northern Leasing*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Mon Nov 29, 2010 | | TC Altman | 0.20 |
| Wed Nov 24, 2010 | | Review Altman decl, | 1.00 |
| Wed Nov 24, 2010 | | TC Altman | 0.20 |
| Wed Nov 24, 2010 | | Draft reply to Judge re Settlement terms | 1.50 |
| Wed Nov 24, 2010 | | TC Altman | 0.20 |
| Mon Nov 22, 2010 | | Review revised draft of settlement agreement by Def | 0.30 |
| Mon Nov 22, 2010 | | Draft letter to Judge re settlement terms | 0.30 |
| Mon Nov 22, 2010 | | TC Altman | 0.20 |
| Mon Nov 22, 2010 | | Review Altman revisions to revised settlement agreement | 0.60 |
| Mon Nov 22, 2010 | | Review, revise KA ltr to Judge | 1.40 |
| Mon Nov 22, 2010 | | Revise ltr to Judge | 0.20 |
| Sun Nov 21, 2010 | | TC Altman | 0.20 |
| Sat Nov 20, 2010 | | TC Altman | 0.40 |
| Fri Nov 19, 2010 | | Email Def counsel | 0.70 |
| Fri Nov 19, 2010 | | Email Altman | 0.20 |
| Fri Nov 19, 2010 | | Review email from def counsel | 0.20 |
| Thu Nov 18, 2010 | | TC Altman | 0.20 |
| Thu Nov 18, 2010 | | Research, draft fee application | 0.80 |
| Thu Nov 18, 2010 | Telephone conference with co-counsel | Telephone conference with co-counsel Altman | 0.20 |
| Wed Nov 17, 2010 | Telephone message | Telephone message Sharma | 0.20 |
| Wed Nov 17, 2010 | Telephone conference with co-counsel | Reviewing communication from defense counsel,; Telephone conference with co-counsel | 0.40 |
| Wed Nov 17, 2010 | | TC Zucker re tax implications for plaintiffs | 0.60 |
| Wed Nov 17, 2010 | | TC Altman | 0.20 |
| Wed Nov 17, 2010 | Telephone conference with co-counsel | Telephone conference with co-counsel Altman | 0.20 |
| Tue Nov 16, 2010 | | Email Lillienstein | 0.20 |
| Tue Nov 16, 2010 | | tC Smith | 0.20 |

*Time Entry Report*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Tue Nov 16, 2010 | | Email Altman | 0.20 |
| Tue Nov 16, 2010 | | TC Sharma | 0.20 |
| Mon Nov 15, 2010 | | Lunch Mtg KA, AS | 1.10 |
| Mon Nov 15, 2010 | | Prepare time and expense sheets | 3.20 |
| Mon Nov 15, 2010 | | Atd court re settlement | 3.80 |
| Mon Nov 15, 2010 | | Research re attorneys' fees in NY | 1.80 |
| Mon Nov 15, 2010 | | TC Redner | 0.20 |

**Total Time :**  **65.90 Hrs.**

*Chittur & Associates, P.C.*
**Krishnan Chittur's Time Entry Report
for Selected File:**

**Serin v. Northern Leasing**
Client ID:

Matter ID:

**Thu Nov 15, 2001 to Mon. Nov 15, 2010**

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Mon Nov 15, 2010 | | Prepare time and expense sheets | 0.20 |
| Sun Nov 14, 2010 | | Emails KA | 0.30 |
| Sun Nov 14, 2010 | | TC AS | 0.20 |
| Sun Nov 14, 2010 | | Review AS, KA time sheets | 0.20 |
| Sat Nov 13, 2010 | | Email KA | 0.20 |
| Sat Nov 13, 2010 | | Mtg Lesser | 0.40 |
| Fri Nov 12, 2010 | | TC Altman | 0.30 |
| Fri Nov 12, 2010 | | Emails Altman | 0.30 |
| Fri Nov 12, 2010 | | TC As | 0.50 |
| Thu Nov 11, 2010 | | TC AS | 0.20 |
| Thu Nov 11, 2010 | | Review Orders | 0.20 |
| Wed Nov 10, 2010 | | TC Altman, revise JPTO | 9.00 |
| Tue Nov 9, 2010 | | Tc Altman, TC bressler, Email Judge &C. re settlement; research re Daubert response | 10.30 |
| Mon Nov 8, 2010 | | tc Altman | 0.20 |
| Mon Nov 8, 2010 | | Review Daubert motion, draft response | 8.00 |
| Mon Nov 8, 2010 | | Email witness patel | 0.20 |
| Mon Nov 8, 2010 | | TC Seth | 0.20 |
| Sun Nov 7, 2010 | | Email KA | 0.20 |
| Sun Nov 7, 2010 | | Draft JPTO | 9.10 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Sun Nov 7, 2010 | | Review Russ taxes, email KA | 0.80 |
| Sat Nov 6, 2010 | | Email client | 0.20 |
| Sat Nov 6, 2010 | | Email KA | 0.20 |
| Sat Nov 6, 2010 | | Email Mediator re settlement | 0.60 |
| Sat Nov 6, 2010 | | Email Stan Smith | 0.20 |
| Sat Nov 6, 2010 | | Email Seth | 0.20 |
| Sat Nov 6, 2010 | | Research, prepare JPTO | 9.10 |
| Fri Nov 5, 2010 | | Dr settlement ltr | 0.60 |
| Thu Nov 4, 2010 | | Email KA | 0.20 |
| Thu Nov 4, 2010 | | Email Stan Smith | 0.20 |
| Wed Nov 3, 2010 | | Email KA | 0.20 |
| Wed Nov 3, 2010 | | Email AS | 0.20 |
| Wed Nov 3, 2010 | | Email client | 0.20 |
| Wed Nov 3, 2010 | | TC KA | 0.60 |
| Wed Nov 3, 2010 | | TC AS | 0.30 |
| Wed Nov 3, 2010 | | Email KA | 0.20 |
| Wed Nov 3, 2010 | | Email KA | 0.20 |
| Wed Nov 3, 2010 | | Email AS | 0.20 |
| Wed Nov 3, 2010 | | Email Seth | 0.20 |
| Tue Nov 2, 2010 | | TC AS | 0.20 |
| Tue Nov 2, 2010 | | Review email KA/RL | 0.30 |
| Tue Nov 2, 2010 | | Email KA | 0.20 |
| Tue Nov 2, 2010 | | Email KA | 0.20 |
| Tue Nov 2, 2010 | | Email Seth | 0.20 |
| Tue Nov 2, 2010 | | Email Seth | 0.20 |
| Mon Nov 1, 2010 | | Email AS | 0.20 |
| Mon Nov 1, 2010 | | Review Amended complaint, Court orders re trial, re JPTO | 0.60 |
| Mon Nov 1, 2010 | | Draft response to Motion to preclude | 4.60 |

*Time Entry Report* *Serin v. Northern Leasing*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Sun Oct 31, 2010 | | Review documents | 9.10 |
| Sun Oct 31, 2010 | | Email AS | 0.20 |
| Sat Oct 30, 2010 | | Review docs on CD | 8.10 |
| Sat Oct 30, 2010 | | Email KA | 0.20 |
| Fri Oct 29, 2010 | | Email AS | 0.20 |
| Fri Oct 29, 2010 | | Review documents, research | 9.30 |
| Fri Oct 29, 2010 | | Review email from Judge, KA | 0.20 |
| Fri Oct 29, 2010 | | Email Stan Smith | 0.20 |
| Fri Oct 29, 2010 | | Email KA | 0.20 |
| Fri Oct 29, 2010 | | Email AS | 0.20 |
| Fri Oct 29, 2010 | | Email AS | 0.20 |
| Fri Oct 29, 2010 | | Review ltr re Rule 26 | 0.40 |
| Fri Oct 29, 2010 | | Email KA | 0.20 |
| Fri Oct 29, 2010 | | Email KA | 0.20 |
| Thu Oct 28, 2010 | | Email AS | 0.20 |
| Thu Oct 28, 2010 | | Review KA email, NLS financials | 0.60 |
| Thu Oct 28, 2010 | | Email seth | 0.20 |
| Tue Oct 26, 2010 | | Review Court order | 0.20 |
| Tue Oct 26, 2010 | | Email KA | 0.20 |
| Tue Oct 26, 2010 | | Email AS | 0.20 |
| Tue Oct 26, 2010 | | Email KA | 0.20 |
| Tue Oct 26, 2010 | | TM KA | 0.20 |
| Tue Oct 26, 2010 | | Email Seth | 0.20 |
| Mon Oct 25, 2010 | | Email KA | 0.20 |
| Mon Oct 25, 2010 | | Email Patel | 0.20 |
| Sun Oct 24, 2010 | | Review docs on CD, research | 7.30 |
| Sun Oct 24, 2010 | | Draft reply re motion to preclude | 4.20 |
| Sat Oct 23, 2010 | | Review docs on CD | 6.10 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Sat Oct 23, 2010 | | Email KA, AS | 0.20 |
| Sat Oct 23, 2010 | | Email KA, AS | 0.20 |
| Sat Oct 23, 2010 | | Email Lesser | 0.20 |
| Sat Oct 23, 2010 | | Email Seth | 0.20 |
| Fri Oct 22, 2010 | | Review settlement ltr from Mediator | 0.20 |
| Thu Oct 21, 2010 | | Review documents on CD in-flight | 6.10 |
| Thu Oct 21, 2010 | | Review docs on CD - Munich lounge | 2.20 |
| Wed Oct 20, 2010 | | Finalize and e-file ltr re reply, motion to preclude def expert report | 1.70 |
| Tue Oct 19, 2010 | | Review russ judgment, CPLR | 6.00 |
| Tue Oct 19, 2010 | | Finalize ltr re expert, respond to preclusion motion | 1.20 |
| Tue Oct 19, 2010 | | Email witness | 0.20 |
| Mon Oct 18, 2010 | | Finalize reply to judge | 0.20 |
| Sun Oct 17, 2010 | | Finalize ltr to judge | 0.60 |
| Fri Oct 15, 2010 | | Review Def response re motion to preclude, draft reply | 3.00 |
| Thu Oct 14, 2010 | | Atd deposition of Sam Buono, review doc | 3.00 |
| Tue Oct 12, 2010 | | ATd deposition of Sussman, review Judge order, email clients | 3.60 |
| Mon Oct 11, 2010 | | Review additional documents for production, email Lillienstein | 0.30 |
| Thu Oct 7, 2010 | | Draft response to Motion for reconsideration | 1.10 |
| Thu Oct 7, 2010 | | Draft letter re Def supp disclosures | 2.50 |
| Thu Oct 7, 2010 | | Mtg Jaya Patel | 1.70 |
| Thu Oct 7, 2010 | | TC Altman | 1.10 |
| Wed Oct 6, 2010 | | Review emails, TC Keith, emails to Lillienstein | 0.70 |
| Wed Oct 6, 2010 | | Review e-filing by Defendants | 0.30 |
| Wed Oct 6, 2010 | | Draft letter re Def supplemental disclosures | 1.30 |
| Wed Oct 6, 2010 | | Review motion for reconsideration | 0.30 |

*Time Entry Report* *Serin v. Northern Leasing*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Tue Oct 5, 2010 | | mtg Altman | 4.70 |
| Mon Oct 4, 2010 | | Review documents, prepare witness list | 1.30 |
| Wed Sep 29, 2010 | | Email KA | 0.20 |
| Tue Sep 28, 2010 | | Review Def ECF filings, tc Altman, conference with Judge Gwin | 1.90 |
| Sun Sep 26, 2010 | | Email AS, KA | 0.20 |
| Tue Sep 21, 2010 | | Review documents for deposition preparation, draft notice of deposition | 5.40 |
| Mon Sep 20, 2010 | | Mtg Altman, prepare for and atd deposition of Krebs, mtg Altman and Andrey | 3.90 |
| Mon Sep 13, 2010 | | TC Altman, Email to Nigro | 0.40 |
| Wed Sep 1, 2010 | | Email clients, Altman | 0.60 |
| Mon Aug 30, 2010 | | Review, finalize discovery request, TC Mindy | 3.00 |
| Tue Aug 17, 2010 | | Ltr to Judge | 0.50 |
| Thu Aug 12, 2010 | | Deposition of custodian of records Sara Krieger | 8.10 |
| Wed Aug 11, 2010 | | Review documents in prep for depo | 3.50 |
| Mon Aug 9, 2010 | | Ltr to Judge, TC Altman, Email Def counsel, review email from Defense counsel | 1.00 |
| Mon Aug 9, 2010 | | Review discovery notes | 0.70 |
| Thu Aug 5, 2010 | | Review order to prepare for 30(b)(6) depo | 0.90 |
| Tue Aug 3, 2010 | | TC altman, review Court order | 0.80 |
| Wed Jul 28, 2010 | | Tc Altman, finalize letter | 0.40 |
| Tue Jul 27, 2010 | | Reply to ltr re Sussman | 4.20 |
| Tue Jul 27, 2010 | | TC Altman, ltr re Sussman | 0.30 |
| Fri Jul 23, 2010 | | Review def opp re Sussman motion | 0.40 |
| Thu Jul 22, 2010 | | Email to Brian, TM | 0.20 |
| Wed Jul 21, 2010 | | Review file re discovery | 3.20 |
| Tue Jul 20, 2010 | | Review Def email production, TC Altman, review disclosures | 0.60 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Fri Jul 16, 2010 | | review confidentiality stip, tc Altman | 1.10 |
| Thu Jul 15, 2010 | | TC expert, TC client, letter to Judge re expert report | 0.50 |
| Wed Jul 14, 2010 | | Email Altman, ltr to Judge re expert discovery | 0.50 |
| Tue Jul 13, 2010 | | Review confidentiality stip | 0.60 |
| Tue Jul 13, 2010 | | TC Seth | 0.50 |
| Mon Jul 12, 2010 | | Email clients, Smith | 2.90 |
| Wed Jul 7, 2010 | | Smith deposition, TC Smith | 3.10 |
| Tue Jul 6, 2010 | | Review documents tc Smith | 1.50 |
| Fri Jul 2, 2010 | | Conf AS re deposition of Smith | 0.30 |
| Fri Jul 2, 2010 | | TC Valerie Smith | 0.20 |
| Thu Jul 1, 2010 | | TC Valerie Smith | 0.20 |
| Thu Jul 1, 2010 | | Atd Redner deposition | 2.40 |
| Wed Jun 30, 2010 | | Mtg Redner | 1.60 |
| Tue Jun 29, 2010 | | Atd Lim deposition | 4.80 |
| Mon Jun 28, 2010 | | Mtg Lim, Prepare for deposition | 2.80 |
| Fri Jun 25, 2010 | | atd Serin depo | 5.20 |
| Thu Jun 24, 2010 | | Mtg client, prepare for depo | 3.10 |
| Wed Jun 23, 2010 | | Finalize ltr to judge | 0.70 |
| Tue Jun 22, 2010 | | Draft response to Def letters re Interrogatories and re expert discovery | 1.90 |
| Mon Jun 21, 2010 | | Finalize ltr to Judge re def extension request | 0.30 |
| Sun Jun 20, 2010 | | Draft letter to Judge re NLS extension request | 1.20 |
| Fri Jun 11, 2010 | | Revise, finalize letter response to motion re smith, email Serin | 1.30 |
| Thu Jun 10, 2010 | | Draft response to motion re Smith, tc Altman | 1.20 |
| Thu Jun 10, 2010 | | TC Seth | 0.40 |
| Wed Jun 9, 2010 | | Email re expert | 0.30 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Wed Jun 9, 2010 | | TC Stan Smith; tc client | 0.20 |
| Wed Jun 9, 2010 | | TC Russ | 0.20 |
| Wed Jun 9, 2010 | | Review subpoena to sussman | 0.60 |
| Wed Jun 9, 2010 | | Review responses to Interrogatories | 0.80 |
| Tue Jun 8, 2010 | | discovery re emails, formulating search words, TC Altman, prepare Sussman subpoena | 1.90 |
| Mon Jun 7, 2010 | | TC Altman | 0.20 |
| Fri Jun 4, 2010 | | Email Nigro re depositions | 1.50 |
| Thu Jun 3, 2010 | | Ltr to Judge re order | 0.30 |
| Wed Jun 2, 2010 | | Review letters re emails, TC Altman, conference with Judge, email Nigro | 1.20 |
| Thu May 27, 2010 | | Attend Russ Deposition | 6.10 |
| Wed May 26, 2010 | | Review, finalize letter to Judge | 1.40 |
| Wed May 26, 2010 | | Mtg client | 3.70 |
| Tue May 25, 2010 | | TC Judge's clerk, email Lillienstein | 0.20 |
| Mon May 24, 2010 | | finalize ltr for filing | 1.00 |
| Sun May 23, 2010 | | Draft letter re rule 37 motion | 2.30 |
| Fri May 21, 2010 | | TC Keith, respond to ltr | 1.10 |
| Mon May 17, 2010 | | Ltr to Judge | 0.60 |
| Fri May 7, 2010 | | Conf with AS | 0.20 |
| Tue May 4, 2010 | | AS conference re discovery issues | 0.60 |
| Tue Apr 20, 2010 | | Telephone conference with Judge, preparation | 0.60 |
| Tue Apr 20, 2010 | | Response to email from Nigro | 1.10 |
| Mon Apr 12, 2010 | | Draft response to Document requests, conf AS | 3.10 |
| Fri Apr 9, 2010 | | Review and finalize reply letter | 6.30 |
| Thu Apr 8, 2010 | | Review Def response, draft reply | 1.90 |
| Mon Mar 29, 2010 | | Email to Nigro, conf AS, | 1.30 |
| Thu Mar 25, 2010 | | Email to def counsel | 0.20 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Wed Mar 17, 2010 | | Email Nigro, draft response ltr | 0.20 |
| Tue Mar 16, 2010 | | Finalize letter to Judge | 1.00 |
| Mon Mar 15, 2010 | | ltr to Judge re discovery dispute | 3.30 |
| Sun Mar 14, 2010 | | Draft and email order on discovery | 1.20 |
| Thu Mar 11, 2010 | | Review email re discovery, ltr to Court | 0.40 |
| Tue Mar 2, 2010 | | TC Altman, email | 0.40 |
| Tue Feb 23, 2010 | | Email to Nigro | 0.20 |
| Mon Feb 8, 2010 | | Review discovery materials produced, ltr to Def counsel | 3.10 |
| Fri Feb 5, 2010 | | tm Lillienstein, TC Nigro, review file re discovery | 0.60 |
| Thu Jan 21, 2010 | | Serin - review and finalize automatic disclosures, discovery requests | 2.70 |
| Fri Jan 8, 2010 | | Serin - Telephone conference with Court | 0.30 |
| Wed Dec 23, 2009 | | Serin - TC Smith | 0.20 |
| Wed Nov 4, 2009 | | Conf re settlemt | 0.40 |
| Tue Oct 27, 2009 | | TC Seth | 0.20 |
| Mon Oct 12, 2009 | | Email mediator | 0.20 |
| Mon Oct 12, 2009 | | TC Seth | 0.20 |
| Fri Jun 26, 2009 | | Email client | 0.30 |
| Wed Jan 14, 2009 | | Serin - revise & finalize brief re motion to dismiss | 6.50 |
| Tue Jan 13, 2009 | | Serin - revise brief, legal research, tc Sharma re same | 6.10 |
| Mon Jan 12, 2009 | | Serin - draft opposition papers re motion to dismiss | 4.50 |
| Fri Jan 9, 2009 | | Serin - review def memo | 2.30 |
| Thu Jan 8, 2009 | | Serin - review def motion papers | 1.20 |
| Tue Dec 9, 2008 | | Serin - TC Rajan, email earlier brief | 0.20 |
| Mon Nov 24, 2008 | | Serin - review motion to dismiss | 7.30 |
| Thu Nov 6, 2008 | | TC Seth | 0.20 |
| Wed Oct 22, 2008 | | TC Seth re amending complaint | 0.40 |

*Time Entry Report* *Serin v. Northern Leasing*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Wed Oct 1, 2008 | | Serin - revise complaint for filing | 8.90 |
| Wed Sep 24, 2008 | | Serin - tc Lesser, review damages documents, draft settlement letter | 2.40 |
| Fri Sep 19, 2008 | | Serin - Review Mindy email, respond | 0.20 |
| Mon Sep 15, 2008 | | Serin Research re reconsideration, motion to amend; email clients; 2nd email Russ | 1.90 |
| Fri Sep 12, 2008 | | Serin - TC Rajan, TC Seth, review memo | 0.70 |
| Wed Sep 3, 2008 | | Review Serin decision | 0.50 |
| Fri Aug 8, 2008 | | Draft settlement proposal | 2.10 |
| Tue Jul 29, 2008 | | TC Mindy Serin | 0.20 |
| Tue Jan 2, 2007 | | Smith - review, finalize answer and discovery requests, | 2.10 |
| Mon Dec 18, 2006 | | Review briefs, prep, oral argument re dismissal motion | 6.50 |
| Fri Dec 15, 2006 | | Review Serin motion and papers | 5.50 |
| Wed Oct 4, 2006 | | Finalize Russ reply | 5.00 |
| Tue Oct 3, 2006 | | TC Varnell, review Russ papers re motion for stay | 2.30 |
| Tue Sep 26, 2006 | | TC Cozier re Russ motion | 0.30 |
| Mon Sep 25, 2006 | | Mtg. Andrey re Russ | 3.10 |
| Mon Sep 11, 2006 | | Review Russ decision, conf AS | 0.50 |
| Fri Sep 8, 2006 | | Serin - Review reply papers re motion to dismiss | 0.30 |
| Wed Sep 6, 2006 | | Review Russ affidavit | 0.40 |
| Sat Aug 26, 2006 | | Draft settlement ltr | 0.60 |
| Sat Aug 26, 2006 | | Email Seth | 0.20 |
| Thu Aug 24, 2006 | | Lesser email re appeal; serin - review, revise brief, research | 7.30 |
| Mon Aug 21, 2006 | | Research, draft brief | 8.20 |
| Fri Aug 18, 2006 | | Serin - research, draft brief | 8.50 |
| Thu Aug 17, 2006 | | Serin - Research, draft brief | 5.80 |
| Tue Aug 15, 2006 | | Serin - research, drafting response | 2.60 |

Time Entry Report — Case 7:06-cv-01625-JSG   Document 143-33   Filed 12/30/10   Page 14 of 15
Serin v. Northern Leasing

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Fri Aug 11, 2006 | | Research re Serin brief | 5.20 |
| Thu Aug 10, 2006 | | Review, research, draft, SErin response | 5.30 |
| Thu Aug 10, 2006 | | Email, finalize settlement proposal | 0.60 |
| Wed Aug 9, 2006 | | Email Seth re settlement proposal | 1.10 |
| Tue Aug 8, 2006 | | Review appellate division brief, research re SErin case, draft brief | 4.60 |
| Mon Aug 7, 2006 | | Review serin brief, research, drafting | 2.70 |
| Fri Aug 4, 2006 | | Mtg AS re Russ and Smith cases | 1.20 |
| Wed Jul 19, 2006 | | Revise, finalize Serin discovery request | 1.20 |
| Thu Jul 6, 2006 | | TC Redner re discovery request | 0.20 |
| Thu Jun 15, 2006 | | Tc val Smith, email AS, revise Smith reply aff | 0.50 |
| Tue Jun 6, 2006 | | Review re-revised Smith affidavit, finalise | 0.20 |
| Fri Jun 2, 2006 | | Review revised Smith affidavit | 0.20 |
| Fri May 26, 2006 | | review Smith affidavit | 0.30 |
| Tue May 23, 2006 | | Finalize Russ affirmation | 1.30 |
| Wed May 17, 2006 | | Review/finalize Russ papers | 4.40 |
| Thu May 11, 2006 | | TC AS re Russ motion; conf AS re McAndrews, Kabage | 1.00 |
| Wed May 10, 2006 | | Email Russ, research, draft Russ Reply | 7.90 |
| Tue May 9, 2006 | | Review russ affidavit, legal research, draft and finalize KC affidavit | 3.10 |
| Mon May 1, 2006 | | Email sussman, Mindy Serin | 0.40 |
| Mon May 1, 2006 | | Email Serin | 0.20 |
| Mon Apr 17, 2006 | | Review Chang complaint, Russ response | 1.30 |
| Thu Apr 6, 2006 | | Review Serin discovery schedule | 1.00 |
| Tue Apr 4, 2006 | | Serin - review Sloane email, respond, review California complaint | 1.70 |
| Thu Mar 30, 2006 | | Conf AS re civil court cases, email smith aff | 3.40 |
| Wed Mar 29, 2006 | | Review Russ affidavit, Smith aff | 1.70 |

Printed by Krishnan Chittur on Mon Nov 15, 2010.
Page 10 of 11

*Time Entry Report*                                                                                              *Serin v. Northern Leasing*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Tue Mar 28, 2006 | | Review, revise Andrey email to Sussman, mtg Andre re new case, review Smith case | 2.60 |
| Fri Mar 17, 2006 | | Review letter, draft response | 0.50 |
| Wed Mar 8, 2006 | | Review Lim papers, TC Jane | 2.90 |
| Mon Feb 27, 2006 | | Review Serin complaint, TC Lim, TC Redner | 2.10 |
| Tue Feb 21, 2006 | | Draft Serin Complaint | 7.90 |
| Sun Feb 19, 2006 | | Research re RICO, draft complaint | 7.10 |
| Fri Feb 3, 2006 | | Draft Lim Motion | 2.20 |
| Thu Feb 2, 2006 | | Finalize Lim motion | 1.50 |
| Tue Jan 24, 2006 | | Review Serin retainer, court calendar, conf AS, | 1.30 |
| Mon Jan 23, 2006 | | Mtg Mindy Serin | 1.10 |
| Mon Jan 23, 2006 | | Mtg Mindy Serin, review papers | 0.50 |
| Fri Jan 20, 2006 | | Tc Serin | 0.20 |
| Tue Jan 17, 2006 | | Review email from Mindy Serin | 0.40 |
| Fri Dec 2, 2005 | | Respond to email, finalize Lim motion | 2.20 |
| Fri Jul 8, 2005 | | Email Kaufman, review answering papers in Dougish, Lim | 1.20 |
| Mon Jun 20, 2005 | | conf with AS re Lim, | 1.00 |
| Thu Jun 9, 2005 | | draft OSC re Lim | 6.90 |
| Wed Apr 20, 2005 | | TC LAS, review affidavit of Lim, research re 5015 and OSC re transfer, TC Certo | 5.40 |
| Tue Aug 24, 2004 | | Research, TC Russ | 2.80 |
| Tue Aug 17, 2004 | | TC Judson Russ | 0.20 |
| Wed Aug 11, 2004 | | TC Valerie Smith | 0.40 |
| Fri Aug 6, 2004 | | Email to client Smith | 0.40 |
| Tue Jul 27, 2004 | | Email to Kaufman, review fax from client Smith | 0.60 |

**Total Time :**  **494.10 Hrs.**