> Request granted 1/3/11.  The Clerk is instructed to delete Exhibit 32 from docket entry 143 filed on 12/30/10.
>
> s/    James S. Gwin
> JAMES S. GWIN
> UNITED STATES DISTRICT JUDGE

# Chittur & Associates, P.C.

Attorneys & Counselors at Law
286 Madison Avenue Suite 1100
New York, NY 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Email: kchittur@chittur.com

December 31, 2010

<u>VIA Email</u>

Hon. James Gwin
United States District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1838

      Re:     Serin et al, v. Northern Leasing et al, S.D.N.Y. - Docket No. 7:06-CV-01625

Dear Judge Gwin:

      Due to an oversight, our office e-filed the letter agreement of November 10, 2010, a confidential document, as an exhibit in yesterday's fee application filing (dkt. 143-32). Accordingly, under the ECF procedures of the United States District Court for Southern District of New York, we request that Your Honor enter an order directing the Clerk of the Court to strike this filing (dkt 143-32) from the Court record so that public access is barred with respect to this document. We apologize for the inconvenience.

              Yours truly,

              Sd/-

              Krishnan S. Chittur, Esq.
              Attorney for Plaintiffs

cc:     Moses & Singer LLP (by email)