UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------
:
MELINDA SERIN, *et al.*,                :
                                        :   CASE NO. 7:06-CV-1625
              Plaintiffs,               :
                                        :
vs.                                     :   MEMORANDUM ORDER
                                        :
NORTHERN LEASING                        :
SYSTEMS, INC., *et al.*,                :
                                        :
              Defendants.               :
                                        :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court is in receipt of correspondence from the parties related to the Defendants' letter motion requesting leave file its opposition papers to the Plaintiffs' motion for attorney's fees, as well as all supporting exhibits, under seal. The Plaintiffs oppose that motion and request a Court order requiring the Defendants to make all filings on the public docket.

Consistent with its earlier order allowing the Plaintiffs' to file the settlement letter agreement under seal, the Court will allow the Defendants to file the settlement letter under seal. The Court will not allow the parties to file the briefing or any other exhibits under seal.

IT IS SO ORDERED.

Dated: February 2, 2011                         _____
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE

-1-