

# NorthernLeasingSystems,Inc.

## AFFIDAVIT OF FORGERY

STATE OF Florida )
                  ) ss:
COUNTY Orange )

Judson Russ, being duly sworn, deposes and says:

I am the owner of Rapid Cash Advance Inc located at 5657 Curry Ford Rd, Orlando, Fl.

2. I have examined an equipment lease dated 3/26/02 lease number 219170, 219172, 219169, 219173 allegedly made between Rapid Cash and Northern Leasing Systems, Inc, allegedly signed by me,

3. The signature appearing on said lease is <u>not</u> my signature, nor was it placed thereon with my authority or knowledge.

4. I make this affidavit knowing that Northern Leasing Systems, Inc. will rely thereon in deciding whether to discontinue collection efforts against Rapid Cash, Judson Russ for money due pursuant to said lease.

_Judson Russ_
Signature

Sworn to before me
this 21st day of August, 2002

_Rosa Rosado_
Notary Public

ROSA I. ROSADO
Notary Public - State of Florida
My Commission Expires Mar 8, 2006
Commission # DD 097519
Bonded By National Notary Assn.

132 West 31st Street                              212-239-3500
New York, New York 10001                    www.northernleasing.com

NLS   00180