

# VERITEXT
National Deposition & Litigation Services

*BETTER IN EVERY CASE*

(800) 525-9915

| VIDEO SERVICES | |
|---|---|
| **First two hours** | **$350** |
| Each additional hour | $150 |
| Digitizing and Synchronization | $8 per video hour |