## Chittur & Associates, P.C.
## Krishnan Chittur's Time Entry Report for Selected File:

### Serin v. Northern Leasing
Client ID:

Matter ID:

Thu Dec 30, 2010 to Fri. Feb 04, 2011

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Fri Feb 4, 2011 | | Research, revise, and finalize reply re fee application | 6.00 |
| Fri Feb 4, 2011 | | TC Keith | 0.20 |
| Fri Feb 4, 2011 | | Email Keith, Seth | 0.20 |
| Fri Feb 4, 2011 | | TC Keith | 0.20 |
| Fri Feb 4, 2011 | | Review KA decl | 0.50 |
| Fri Feb 4, 2011 | | Research, revise, Finalize fee application reply | 2.10 |
| Thu Feb 3, 2011 | | Review re-draft of settlement | 0.20 |
| Thu Feb 3, 2011 | | Email Lillienstein re settlement agreement | 0.20 |
| Thu Feb 3, 2011 | | Email Keith, Schlanger re legal research issue | 0.20 |
| Thu Feb 3, 2011 | | Research, revise, draft reply brief | 1.20 |
| Thu Feb 3, 2011 | | Research, revise, draft reply | 6.90 |
| Tue Feb 1, 2011 | | Email Seth | 0.20 |
| Tue Feb 1, 2011 | | Email to Altman, Gail | 0.20 |
| Tue Feb 1, 2011 | | Research, draft opp to fee app | 4.50 |
| Tue Feb 1, 2011 | | Draft ltr to MJ re def letter | 0.50 |
| Tue Feb 1, 2011 | | research, Finalize letter to MJ | 1.10 |
| Tue Feb 1, 2011 | | Review final settlement agreement | 3.20 |
| Mon Jan 31, 2011 | | Email AS | 0.20 |

*Printed by Krishnan Chittur on Fri Feb 4, 2011.*

*Time Entry Report*

*Serin v. Northern Leasing*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Tue Jan 11, 2011 | | Email AS | 0.20 |
| Tue Jan 11, 2011 | | Email Altman | 0.20 |
| Thu Jan 6, 2011 | | Review Lillienstein email | 0.20 |
| Wed Jan 5, 2011 | | Review settlement papers | 1.00 |
| Wed Jan 5, 2011 | | Email client Russ re releases | 0.20 |
| Wed Jan 5, 2011 | | Email client Redner re releases | 0.20 |
| Wed Jan 5, 2011 | | Email client Lim | 0.20 |
| Wed Jan 5, 2011 | | Email Mindy Serin | 0.20 |
| Wed Jan 5, 2011 | | Email Smith | 0.20 |
| Wed Jan 5, 2011 | | Email Lillienstein, Altman | 0.20 |
| Tue Jan 4, 2011 | | Email Altman | 0.20 |
| Tue Jan 4, 2011 | | Email Kelley | 0.20 |
| Tue Jan 4, 2011 | | TC Altman | 0.20 |
| Tue Jan 4, 2011 | | Email Nigro | 0.20 |
| Tue Jan 4, 2011 | | Email client | 0.20 |
| Mon Jan 3, 2011 | | TC Altman | 0.20 |
| Fri Dec 31, 2010 | | TC Andrey | 0.20 |
| Fri Dec 31, 2010 | | Review ECF filings | 0.50 |
| Fri Dec 31, 2010 | | Ltr to Judge Gwin | 0.20 |
| Thu Dec 30, 2010 | | Review Altman decl | 0.80 |
| Thu Dec 30, 2010 | | Review Sharma decl | 0.20 |
| Thu Dec 30, 2010 | | Review Seth decl | 0.20 |
| Thu Dec 30, 2010 | | Revise, finalize fee application and brief | 8.00 |
| Thu Dec 30, 2010 | | email Lillienstein | 0.20 |

**Total Time :**  **58.80 Hrs.**