| Item | Date | Amount |
|---|---|---|
| David Feldman - | 10/29/10 | 478 |
| Ex Tabs Atty Fees Application | 01/03/10 | 7.39 |
| Velobinding Atty Fees Application | 01/03/10 | 8.65 |
| FedEx Courtesy Copies to MJ Davison | 12/31/10 | 22.14 |
| **TOTAL** | | **485.39** |