```
1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 06 Civ. 1625 (SCR)

4    - - - - - - - - - - - - - - - - - - - -x

5    MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM,

     PERI KETTLER, GORDON REDNER and THOMAS J.

6    SMITH,

7              Plaintiffs,

8      -against-

     NORTHERN LEASING SYSTEMS, INC., JAY COHEN,

9    RICH HAHN and SARA KRIEGER,

10             Defendants.

11   - - - - - - - - - - - - - - - - - - - -x

12          402 Lexington Avenue

            New York, New York

13
            November 4, 2010

14          4:17 p.m.

15
            VOLUME II

16

17     VIDEOTAPED CONTINUED EXAMINATION BEFORE

18   TRIAL of JAY COHEN, a Defendant in the

19   above-entitled action, held at the above

20   time and place as a 30(b)(6) witness, taken

21   before Jessica R. Taft, a Notary Public of

22   the State of New York, pursuant to Order and

23   stipulations between Counsel.

24

25     Job No. NJ296550
```

1        COHEN - VOLUME II

2        THE STRUTINSKIY:  Good

3     afternoon.  Today is November 4th,

4     2010.  Now it is 4:17 p.m.  This is a

5     continuation of the deposition of Jay

6     Cohen in the case in United States

7     District Court for the Southern

8     District of New York, Serin et al.

9     against Northern Leasing Systems,

10    Incorporated, et al.. docket number 06

11    CIV 1625.

12        Everybody please introduce

13    themselves for the record.

14        MR. ALTMAN:  Keith Altman on

15    behalf of the plaintiffs.

16        MR. SILBERFEIN:  Scott

17    Silberfein of Moses and Singer, on

18    behalf of the defendants.

19        MR. SCOFF:  Abraham Scoff,

20    Moses and Singer, on behalf of the

21    defendants.

22        THE WITNESS:  Jay Cohen on

23    behalf of Northern Leasing.

24        MR. STRUTINSKIY:  Andrey

25    Strutinskiy.  I am the videographer

```
 1          COHEN - VOLUME II

 2      any request for documents that may be

 3      protected by the attorney/client

 4      privilege.

 5          MR. STRUTINSKIY:  Time is now

 6      5:38 , and with this we will conclude

 7      today's deposition of Mr. Cohen.

 8          We are off the record now.

 9

10      (Time noted:  5:38 p.m.)

11

12

13

14    _____

15      JAY COHEN

16

17

18

19    _____

20    Subscribed and sworn to

21    before me this _____

22    day of _____, 2010.

23

24    _____

25      Notary Public
```

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 06 Civ. 1625 (SCR)

4    - - - - - - - - - - - - - - - - - - - -x

5    MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM,

     PERI KETTLER, GORDON REDNER and THOMAS J.

6    SMITH,

7                   Plaintiffs,

8       -against-

     NORTHERN LEASING SYSTEMS, INC., JAY COHEN,

9    RICH HAHN and SARA KRIEGER,

10                  Defendants.

11   - - - - - - - - - - - - - - - - - - -x

12               402 Lexington Avenue

                 New York, New York

13

                 November 4, 2010

14               10:15 a.m.

          VOLUME II

15

          VIDEOTAPED CONTINUED EXAMINATION BEFORE

16   TRIAL of SARA KREIGER, a Defendant in the

     above-entitled action, held at the above

17   time and place as a 30(b)(6) witness, taken

     before Jessica R. Taft, a Notary Public of

18   the State of New York, pursuant to Order and

     stipulations between Counsel.

19          *    *    *

20

21

22

23

24

25   Job No. NJ296550

1          KRIEGER - VOLUME II

2          MR. STRUTINSKIY:   Good

3     morning.  Today is November 4th, 2010.

4     The time is now 10:16 a.m.  This is a

5     continuation of the deposition of Sara

6     Krieger in the case in the United

7     States District Court for the Southern

8     District of New York, Serin et al.

9     against Northern Leasing systems et

10    al, docket 06 CV 1625.  We are on the

11    record now.

12          Everybody please introduce

13    themselves.

14          MR. ALTMAN:  Keith Altman on

15    behalf of the plaintiffs.

16          MS. NIGRO:  Jennifer Nigro of

17    Moses and Singer, on behalf of

18    defendants and the witness.

19          MR. STRUTINSKIY:  Andrey

20    Strutinskiy of Chittur and Associates.

21    I am the videographer today.

22    CONTINUED EXAMINATION

23    BY MR. ALTMAN:

24    Q   Ms. Krieger, you understand that

25    you are still under affirmation from the

```
1          KRIEGER - VOLUME II

2          MS. NIGRO:  (Shakes head in the

3      negative.)

4          MR. STRUTINSKIY:  Time is now

5      3:39 p.m., and this concludes the

6      deposition of Sara Krieger.  We are

7      off the record now.

8          [TIME NOTED:  3:39 p.m.]

9      _____

           SARA KRIEGER

10

11

       _____

12     Subscribed and sworn to

       before me this _____

13     day of _____, 2010.

14     _____

           Notary Public

15

16

17

18

19

20

21

22

23

24

25
```

1

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 06 Civ. 1625 (SCR)

4   - - - - - - - - - - - - - - - - - - - -x

5   MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM,
    PERI KETTLER, GORDON REDNER and THOMAS J.
6   SMITH,

7                       Plaintiffs,
             -against-
8
    NORTHERN LEASING SYSTEMS, INC., JAY COHEN,
9   RICH HAHN and SARA KRIEGER,
                           Defendants.
10
    - - - - - - - - - - - - - - - - - - - -x
11
                        402 Lexington Avenue
12                      New York, New York

13                      October 27, 2010
                        10:10 a.m.
14

15

16       VIDEOTAPED EXAMINATION BEFORE TRIAL of

17   RICARDO BROWN, a non-party witness in the

18   above-entitled action, held at the above

19   time and place, taken before Jessica R.

20   Taft, a Notary Public of the State of New

21   York, pursuant to Order and stipulations

22   between Counsel.

23              *       *       *

24

25   Job No. NJ294991

4

1

2          MR. STRUTINSKIY:  Good morning.

3    This is October 27, 2010.  The time is now

4    10:11 a.m.  This is the videotaped

5    deposition in the case in the United States

6    District Court for the Southern District of

7    New York, Serin et al. against Northern

8    Leasing Systems, Incorporated, et al.,

9    docket number 06 CI V 1625.

10          Everybody please introduce

11    themselves for the record.

12              MR. ALTMAN:  Keith Altman on

13        behalf of the plaintiffs.

14              MS. NIGRO:  Jennifer Nigro,

15        Moses and Singer, on behalf of

16        defendants and the witness.

17              MR. STRUTINSKIY:  Andrey

18        Strutinskiy, with Chittur and

19        Associates.  I am the videographer

20        today.

21    R I C A R D O   B R O W N, having been duly

22    sworn by a Notary Public within and for the

23    State of New York, was examined and

24    testified under oath as follows:

25    EXAMINATION BY

157

1                    R. BROWN

2              MR. STRUTINSKIY:   Time is now

3        12:57 p.m.  This will conclude the

4        deposition of Mr. Brown.  We are off

5        the record now.

6                 (Time noted:  12:57 p.m.)

7

8

9

10

11    _____

12         RICARDO BROWN

13    _____

      Subscribed and sworn to

14    before me this _____

      day of _____, 2010.

15    _____

16         Notary Public

17

18

19

20

21

22

23

24

25

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DOCKET NUMBER:  06-CIV-1625

———————————————————————

| | |
|---|---|
| MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM, PERI KETTLER, GORDON REDNER, AND THOMAS J. SMITH,<br><br>                    Plaintiff,<br><br>-v-<br><br>NORTHERN LEASING SYSTEMS, INC., JAY COHEN, RICH HAHN AND SARA KRIEGER,<br><br>                    Defendant(s). | DEPOSITION UPON ORAL EXAMINATION OF<br><br>Sam Buono |

———————————————————————


      T R A N S C R I P T of testimony by
Michael Lombardozzi, a Court Reporter and
Notary Public of the State of New Jersey, at
Moses & Singer, LLP, 405 Lexington Avenue New
York, New York on Thursday, October 14, 2010,
commencing at approximately 9:00 a.m.




Hudson Reporting & Video
2124 Oak Tree Road
Edison, New Jersey 08820
Phone: (732) 906-2078 Fax: (732) 906-6630

| | | |
|---|---|---|
| New York<br>212-273-9911 | Hudson Reporting & Video<br>Nationwide 800-310-1769 | New Jersey<br>732-906-2078 |

4

1              MR. STRUTINSKIY:  Today is

2     October 14, 2010.  The time is now 9:06 a.m.,

3     and this is a videotape deposition of Sam

4     Buono in the case in the United States

5     District Court for the Southern District of

6     New York.  Caption is Serin, et al against

7     Northern Leasing Systems, Incorporated, et

8     al., Docket Number 06-CIV-1625.

9          Please everybody introduce for the

10    record.

11             MR. ALTMAN:  My name is Keith

12    Altman.  I'm an attorney with Finkelstein and

13    Partners in Newburgh, New York.

14             MR. CHITTUR:  Krishnan Chittur,

15    attorney for the plaintiffs.

16             MR. STRUTINSKIY:  And Andre

17    Strutinskiy, I'm the videographer today.

18             MS. NIGRO:  Jennifer Nigro,

19    attorney for defendants and for the witness.

20             THE WITNESS:  Sam Buono,

21    Northern Leasing.

22             THE REPORTER:  And I'm Mike

23    Lombardozzi, the court reporter.

24             MR. ALTMAN:  Swear him in.

25             (Whereupon, the witness is sworn

1    coming up.  I hope the experience wasn't too

2    terrible.

3                    THE WITNESS:  It was fine.

4                    MR. ALTMAN:  And I believe we

5    are complete.

6                    THE WITNESS:  Thank you.

7                    MS. NIGRO:  Thanks, Sam.

8                    MR. STRUTINSKIY:  The time is

9    now 2:40 p.m. And this would complete today's

10   deposition of Mr. Buono.  We are off the

11   record now.

12                   (Whereupon, the deposition

13   concluded at 2:40 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  Index No. 7:06-CV-1625
   - - - - - - - - - - - - - - - - - -x
4  SERIN, ET AL,                        :
                                        :
5                        Plaintiffs,    :
                                        :
6            - against -                :
                                        :
7  NORTHERN LEASING SYSTEMS, INC.,      :
   ET AL.,                              :
8                                       :
                         Defendants.    :
9

10                          October 28, 2010
                            10:00 a.m.
11                          405 Lexington Avenue
                            New York, New York
12

13

14

15

16

17

18          VIDEOTAPED DEPOSITION OF JAY COHEN, held

19  at the above-mentioned time and place, before Randi

20  Friedman, a Registered Professional Reporter and

21  Notary Public within and for the State of New York.

22

23

24

25    Job No. NJ294992

4

1                           J. Cohen

2                   MR. STRUTINSKIY:   Good morning.          10:17:04

3    Today is October 28th, 2010.   This is the videotaped    10:17:05

4    deposition in the case in the United States District     10:17:08

5    Court for the Southern District of New York.   Serin,    10:17:11

6    et al against Northern Leasing Systems,                  10:17:15

7    Incorporated, et al.   Docket No. is 06-CV-1625.   And   10:17:17

8    everybody please introduce themselves for the           10:17:23

9    record.                                                  10:17:25

10                  MR. ALTMAN:   Keith Altman on behalf      10:17:26

11   of the plaintiffs.                                       10:17:27

12                  MR. SILBERFEIN:   Scott Silberfein of     10:17:28

13   Moses & Singer on behalf of the defendants.             10:17:29

14                  THE WITNESS:   Jay Cohen on behalf of     10:17:32

15   Northern Leasing.                                        10:17:34

16                  MR. STRUTINSKIY:   Andrey Strutinskiy     10:17:35

17   of Chittur & Associates.   I'm the videographer for      10:17:35

18   today's deposition.   Swear in the witness.             10:17:38

19                           * * *                            10:17:47

20                        JAY COHEN,                          10:17:47

21   the witness herein, having first been duly affirmed,     10:17:47

22   was examined and testified as follows:                   10:17:47

23                           * * *                            10:08:12

24

25

312

J. Cohen

1   well --                                                      05:20:03

2             MR. STRUTINSKIY:   The time is now                 05:20:05

3   5:20 p.m., and this concludes today's portion of the        05:20:06

4   deposition of Mr. Cohen.  Now it's 5:20.  We're off         05:20:09

5   the record.                                                 05:20:15

6                          * * *

7

8

9

10

11

12

13

14   _____
     JAY COHEN
15
     SUBSCRIBED AND SWORN TO
16   BEFORE ME THIS _____ DAY
     OF _____, 2010.
17
     _____
18     NOTARY PUBLIC
     MY COMMISSION EXPIRES_____
19

20

21

22

23

24

25

1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 06 Civ. 1625 (SCR)

4    - - - - - - - - - - - - - - - - - - - -x

5    MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM,
     PERI KETTLER, GORDON REDNER and THOMAS J.
6    SMITH,

7                            Plaintiffs,

8          -against-

9    NORTHERN LEASING SYSTEMS, INC., JAY COHEN,
     RICH HAHN and SARA KRIEGER,
10

11                           Defendants.

     - - - - - - - - - - - - - - - - - - - -x
12

13                     402 Lexington Avenue
                       New York, New York

14                     October 25, 2010
                       10:40 a.m.
15

16

17       VIDEOTAPED EXAMINATION BEFORE TRIAL of

18    RICHARD HAHN, s/h/a RICH HAHN, a Defendant

19    in the above-entitled action, held at the

20    above time and place, taken before Jessica

21    R. Taft, a Notary Public of the State of New

22    York, pursuant to Order and stipulations

23    between Counsel.

24                *      *      *

25    Job No. NJ294987

4

1        MR. STRUTINSKIY:  Good morning.

2    Today's October 25, 2010.  The time is

3    now 10:43 a.m.  This is a videotaped

4    deposition in the case, in the United

5    States District Court for the Southern

6    District of New York, Serin, et al.,

7    against Northern Leasing Systems,

8    Incorporated, et al., Docket Number 06

9    CIV 1625, and everybody please

10    introduce themselves for the record.

11        MR. ALTMAN:  Keith Altman, on

12    behalf of the plaintiffs.

13        MS. NIGRO:  Jennifer Nigro,

14    Moses and Singer on behalf of the

15    defendants and the witness.

16        THE WITNESS:  Richard Hahn,

17    Vice President of Sales of Northern

18    Leasing.

19        MR. STRUTINSKIY:  I am Andrey

20    Strutinskiy.  I am the videographer

21    for today's deposition.

22        You can swear in the witness.

23  R I C H A R D   H A H N, the Witness herein,

24  having first been duly sworn by the Notary

25  Public, was examined and testified as follows:

222

1                          R. Hahn

2        A    It's not what we do.  We're not

3    an acquiring bank.

4              MR. ALTMAN:  I think at this

5        time I'll conclude my examination of

6        Mr. Hahn.  I appreciate your

7        cooperation.

8              THE WITNESS:  Okay.

9              MR. ALTMAN:  I don't know if

10       you have any questions.

11             MR. STRUTINSKIY:  Time is now

12       3:59 p.m.  This will conclude today's

13       deposition of Mr. Hahn.  We are off

14       the record now.

15             (Time noted:  3:59 p.m.)

16

17             _____

18                      RICHARD HAHN

19   Signed and sworn to

20   before me this _____ day

21   of _____, 2010.

22

23   _____

24   Notary Public

25

1

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 06 Civ. 1625 (SCR)

4    - - - - - - - - - - - - - - -x

5   MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM,
    PERI KETTLER, GORDON REDNER and THOMAS J.
6   SMITH,

7                           Plaintiffs,

8          -against-

9   NORTHERN LEASING SYSTEMS, INC., JAY COHEN,
    RICH HAHN and SARA KRIEGER,
10

11                          Defendants.

     - - - - - - - - - - - - - - -x
12

13                     402 Lexington Avenue
                       New York, New York

14                     October 26, 2010
                       10:20 a.m.
15

16

17      VIDEOTAPED EXAMINATION BEFORE TRIAL of

18   SARA KRIEGER, a Defendant in the

19   above-entitled action, held at the above

20   time and place as a 30 (b) 6 witness, taken

21   before Jessica R. Taft, a Notary Public of

22   the State of New York, pursuant to Order and

23   stipulations between Counsel.

24          *      *      *

25   Job No. NJ294990

4

1

2          MR. STRUTINSKIY:  Good morning.

3     Today is October 26, 2010.  The time

4     is now 10:21 a.m.  This is a

5     deposition in the case, In the United

6     States District Court for the Southern

7     District of New York.  Caption is

8     Serin, et al. against Northeastern

9     Leasing Systems, Incorporated, Docket

10    Number 06 Civ. 1625.

11          Everybody please introduce

12    themselves for the record.

13          MR. ALTMAN:  Keith Altman on

14    behalf of plaintiffs.

15          MR. SILBERFEIN:  Scott

16    Silberfein of Moses & Singer on behalf

17    of the defendants.

18          MR. STRUTINSKIY:  Andrey

19    Strutinskiy from Chittur & Associates,

20    videographer for today.

21          THE WITNESS:  Sara Krieger,

22    witness.

23  S A R A   K R I E G E R

24  the Witness herein, having been duly

25  affirmed by the Notary Public, was examined

273

                           S. KRIEGER

1                      MR. STRUTINSKIY:  The time is

2          now 4:29 p.m., and this concludes

3          today's portion of the deposition of

4          Ms. Krieger.  And we're off the record

5          now.

6                      [TIME NOTED:  4:29]

7

8    _____
              SARA KRIEGER

9

10

11   _____
     Subscribed and sworn to
     before me this _____
12   day of _____, 2010.

13   _____
              Notary Public

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MELINDA SERIN, JUDSON RUSS, LONG SOUI

LIM, PERI KETTLER, GORDON REDNER, and

THOMAS J. SMITH,

                    Plaintiffs,

                                   Index No.

          -against-               06-Civ-1625

NORTHERN LEASING SYSTEMS, Inc., JAY COHEN,

RICH HAHN AND SARA KRIEGER,

                    Defendants.

------------------------------------x

                         October 12, 2010

                         10:10  a.m.


          Deposition of JOSEPH I. SUSSMAN, held

at the offices of Moses & Singer LLP, 405

Lexington Avenue, New York, New York, pursuant to

subpoena, before Barbara Driscoll, a Notary Public

of the State of New York.

4

1

2          THE VIDEOGRAPHER:  Today is October 12,

3     2010.  Our time is 10:09 a.m.

4          This is a deposition in a case in the

5     United States District Court for the Southern

6     District of New York, Melinda Serin, et al.,

7     versus Northern Leasing Systems Incorporated,

8     et al., docket number 06 CV 1625.

9          Please everybody introduce themselves

10    for the record.

11         MR. ALTMAN:  Keith Altman, counsel for

12    plaintiffs.

13         MS. NIGRO:  Jennifer Nigro, Moses &

14    Singer, counsel for defendants and the

15    witness.

16         THE WITNESS:  Joseph Sussman as the

17    witness.

18         THE VIDEOGRAPHER:  I am Andrey

19    Strutinskiy, the videographer for this

20    deposition.

21

22

23

24

25

1

2              THE VIDEOGRAPHER:  The time is now 6:51

3      p.m., October 12, 2010.  This will conclude

4      today's deposition of Mr. Sussman.  We are off

5      the record now.

6              (Time noted:  6:53 p.m.)

7

8

9                      JOSEPH I. SUSSMAN

10

11     Subscribed and sworn to before me

12     this        day of           , 2010.

13

14

15     (Notary Public)

16     My Commission Expires:

17

18

19

20

21

22

23

24

25