

Andrey Strutinskiy <astrutinskiy@chittur.com>

# Re:

**Gwen_Mackey@ohnd.uscourts.gov** <Gwen_Mackey@ohnd.uscourts.gov>   Thu, Nov 11, 2010 at 5:40 PM
To: Keith Altman <kaltman@lawampmmt.com>
Cc: abressler@mosessinger.com, askoff@mosessinger.com, Andrey Strutinskiy <astrutinskiy@chittur.com>, Jennifer Nigro <jnigro@mosessinger.com>, Krishnan Chittur <kchittur@chittur.com>, Robert Lillienstein <RLillienstein@mosessinger.com>

Counsel:

Pursuant to Judge Gwin's instructions, at the hearing on 11/15/10 at 10:00 a.m., an individual(s) with full settlement authority on behalf of the defense must be present. Additionally defense counsel shall be prepared to provide the Court with documentation of the hours spent in the litigation of this case.

Gwen Mackey
Courtroom Clerk to Judge James S. Gwin

---

Counsel,

Judge Gwin is in receipt of your most recent e-mails and understands the case to be settled. I write to advise you that the Judge will still require all counsel to appear on Monday for the purpose of putting the settlement on the record and to discuss the issue of attorney fees. Counsels for plaintiffs are instructed to be prepared to provide the Court with their hours and fee computations which is the second issue the Court will discuss on Monday. All counsel in this matter are to appear before Judge Gwin at 10:00 a.m., in Courtroom 6A.

If you have any further questions you are free to contact me via e-mail. I am out of the office today but will be checking e-mails in the early evening hours.

Gwen Mackey
Courtroom Clerk to Judge James S. Gwin


From:    "Keith Altman" <kaltman@lawampmmt.com>
To:      <Gwen_Mackey@ohnd.uscourts.gov>
Cc:      "'Krishnan Chittur'" <kchittur@chittur.com>, "'Andrey Strutinskiy'" <astrutinskiy@chittur.com>, "'Robert Lillienstein'" <RLillienstein@MOSESSINGER.COM>, "'Jennifer Nigro'" <jnigro@MOSESSINGER.COM>, <askoff@mosessinger.com>, <abressler@MOSESSINGER.COM>
Date:    11/10/2010 08:24 PM
Subject:

---

Dear Ms. Mackey,

On behalf of the Plaintiffs, I reiterate Mr. Lillienstein's requests and also thank the Court for its assistance in this matter.

Keith Altman

Keith Altman, Esq.
Finkelstein & Partners
516-456-5885(c)
516-795-6605(o)
516-795-7599(f)
kaltman@lawampmmt.com

**Confidentiality Notice**
This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email, delete the email and any attachments and destroy all copies of the original message.
Thank you.