```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM,      :
PERI KETTLER, GORDON REDNER, and THOMAS         :
J. SMITH,                                       :    06 CV 1625 (SCR)
                                                :
                              Plaintiffs,       :
                                                :
           -against-                            :
                                                :
NORTHERN LEASING SYSTEMS, INC., JAY             :
COHEN, RICH HAHN, and SARA KRIEGER,             :
                                                :
                              Defendant.        :
------------------------------------------------------------------ X
```

## APPENDIX OF EXCESSIVE TIME CHARGES

**Key**

| | |
|---|---|
| Red | Time spent by Mr. Chittur and Mr. Strutinskiy (54.9 hours) for litigation in New York City Civil Court |
| Yellow | Time spent by Mr. Strutinskiy (53.1 hours) for videotaping seven (7) depositions, while another attorney – Mr. Altman, was conducting those depositions |
| Grey | Time spent by Mr. Chittur (18.6 hours) for attending depositions that Mr. Altman was conducting, and which Mr. Strutinskiy was videotaping |
| Orange | Time spent by Mr. Strutinskiy (22.8 hours) for doing tasks such as copying or burning CD's or DVD's |
| Pink | Time spent by Mr. Strutinskiy (19.8 hours) for services that included acting as a messenger. Many of these time entries include other tasks as well, but are lumped together. |
| Light Blue | Time spent by Mr. Strutinskiy (13.8 hours) for services that are normally done by a secretary or paralegal, such as "arranging the file" or "filing", "making copies", scanning and emailing documents to co-counsel. |
| Green | Time spent by Mr. Altman (8 hours) for doing work typically done by an IT person, such as loading Defendant's document production into Concordance, and preparing images |
| Dark Blue | Time spent by Mr. Chittur (125 hours) for activities that included doing legal research, which is more appropriately performed by a more junior attorney |
| White | Unnecessary/excessive travel time (36 hours) spent by Mr. Altman |

*Appendix*

| ATTORNEY | DATE | DESCRIPTION | HOURLY RATE | TIME (HRS) | NOTES | HR. RATE X TIME |
|---|---|---|---|---|---|---|
| **Andrey Strutinskiy** | | | | | | |
| Andrey Strutinskiy | 11/5/2010 | Attended and *video recorded* Lina Kravic deposition | $350 | 6.20 | Videographer | $2,170.00 |
| Andrey Strutinskiy | 11/4/2010 | Reviewed video depositions of Krieger and Cohen and *transferred it onto CDs* | $350 | 1.60 | Secretarial/IT work | $560.00 |
| Andrey Strutinskiy | 11/3/2010 | Reviewing deposition transcripts and videos; *Copied videos of depos on a hard drive and arranging the file documents.* | $350 | 4.00 | Secretarial/IT work | $1,400.00 |
| Andrey Strutinskiy | 11/2/2010 | *Arranging the file and documents for JPTO* | $350 | 1.60 | Secretarial/Paralegal work | $560.00 |
| Andrey Strutinskiy | 11/2/2010 | *Prepared & sent out the video deposition for sync to Todd Goldberg.* | $350 | 2.20 | Secretarial/IT work | $770.00 |
| Andrey Strutinskiy | 10/28/2010 | Attended and *videotaped* Cohen Deposition at Moses & Singer's office and tele conf w/Nigro and Altman | $350 | 9.20 | Videographer | $3,220.00 |
| Andrey Strutinskiy | 10/27/2010 | Reviewed Buono deposition video and *created Buono depo DVD* | $350 | 1.20 | Secretarial/IT work | $420.00 |
| Andrey Strutinskiy | 10/27/2010 | Reviewed deposition videos; *Created DVDs of Krieger 30 (b)(6) Deposition, and Hahn Deposition* | $350 | 2.80 | Secretarial/IT work | $980.00 |
| Andrey Strutinskiy | 10/25/2010 | Attended the Deposition of Richard Hahn, *videotaping* | $350 | 7.30 | Videographer | $2,555.00 |
| Andrey Strutinskiy | 10/25/2010 | Reviewed deposition video; *Burned Hahn Depo DVD* | $350 | 1.20 | Secretarial/IT work | $420.00 |
| Andrey Strutinskiy | 10/25/2010 | Prepared for deposition of Hahn, reviewed and prepared documents; *printed out docs and made copies of exhibits* | $350 | 2.50 | Secretarial/Paralegal work | $875.00 |
| Andrey Strutinskiy | 10/19/2010 | Reviewed and *copied the CDs w/docs received from Defendants* | $350 | 0.70 | Secretarial/IT work | $245.00 |
| Andrey Strutinskiy | 10/19/2010 | Prepared documents; drafted cover letter re doc production and *hand delivered the documents to Moses & Singe* r | $350 | 0.70 | Messenger | $245.00 |
| Andrey Strutinskiy | 10/14/2010 | Attended and *videotaped Sam Buono deposition* | $350 | 6.60 | Videographer | $2,310.00 |
| Andrey Strutinskiy | 10/13/2010 | Reviewed video of the deposition; *burned Susssman Depo on DVDs* | $350 | 2.60 | Secretarial/IT work | $910.00 |
| Andrey Strutinskiy | 10/12/2010 | Meeting with Altman; Prepared, attended and *videotaped Sussman depo* | $350 | 10.90 | Videographer | $3,815.00 |
| Andrey Strutinskiy | 10/8/2010 | Reviewed video deposition; *created DVD of Krebs deposition* | $350 | 1.40 | Secretarial/IT work | $490.00 |
| Andrey Strutinskiy | 10/4/2010 | *Scanned and e-mailed Exhibits from P's depos to Altman; Scanned Russ depo transcript. Emailed all depo transcripts to Altman* | $350 | 0.90 | Secretarial/Paralegal work | $315.00 |

857763v1

*Appendix*

| ATTORNEY | DATE | DESCRIPTION | HOURLY RATE | TIME (HRS) | NOTES | HR. RATE X TIME |
|---|---|---|---|---|---|---|
| Andrey Strutinskiy | 9/28/2010 | Prepared docs for production re Expert discovery, *bates numbered, scanned and hand delivered to Moses and Singer* | $350 | 1.40 | Messenger | $490.00 |
| Andrey Strutinskiy | 9/20/2010 | TC w/Jane from Hudson; attended and *videotaped continuation of 30(b)(6) deposition of ?* | $350 | 4.50 | Videographer | $1,575.00 |
| Andrey Strutinskiy | 9/15/2010 | *Hand delivered* Amended Rule 26 Disclosure | $350 | 0.20 | Messenger | $70.00 |
| Andrey Strutinskiy | 8/30/2010 | Finalized Responses to 2nd Discovery request; Reviewed and prepared for production Russ Bank of America statements; Reviewed and prepared for production recorded files received from Serin on to the CD for Defendants; *hand delivered documents to Moses & Singer* | $350 | 6.00 | Messenger | $2,100.00 |
| Andrey Strutinskiy | 8/12/2010 | *Organized the exhibits and documents after Krieger deposition ;* reviewed depo video; *created DVDs of the deposition* | $350 | 1.30 | Secretarial/IT work | $455.00 |
| Andrey Strutinskiy | 8/12/2010 | Custodian of records deposition of Sara Krieger. Prepared for deposition, prepared document and Exhibits; *videotaping of the deposition.* | $350 | 8.40 | Videographer | $2,940.00 |
| Andrey Strutinskiy | 8/10/2010 | Reviewed and *copied CD w/docs received from Defendants* | $350 | 0.40 | Secretarial/IT work | $140.00 |
| Andrey Strutinskiy | 8/6/2010 | *Copied disc and FedEx to Altman* | $350 | 0.50 | Secretarial/IT work | $175.00 |
| Andrey Strutinskiy | 8/5/2010 | *Copied disc and FedEx to Altman* | $350 | 0.30 | Secretarial/IT work | $105.00 |
| Andrey Strutinskiy | 8/2/2010 | *Prepared documents for co-counsel; Copying and zipping CD for sending it to Keith Altman* | $350 | 1.70 | Secretarial/IT work | $595.00 |
| Andrey Strutinskiy | 7/26/2010 | Reviewed and *copied CDs w/docs produced by Defendants NLS* | $350 | 0.90 | Secretarial/IT work | $315.00 |
| Andrey Strutinskiy | 7/8/2010 | *Emailed tel nos of plaintiffs to Stan Smith; Filing* | $350 | 0.60 | Secretarial/Paralegal work | $210.00 |
| Andrey Strutinskiy | 7/7/2010 | *Preparing documents for Stan Smith; scanning our document production and copying defendants docs* | $350 | 1.60 | Secretarial/Paralegal work | $560.00 |
| Andrey Strutinskiy | 6/28/2010 | Meeting with client Lim. Prepared the documents from clients for depo prep; *bates numbered the documents for production, made copies and hand delivered docs to Lillienstein* | $350 | 1.40 | Messenger | $490.00 |
| Andrey Strutinskiy | 6/24/2010 | *Reviewed numbered and copied additional documents produced by Plaintiffs and hand delivered it to Moses and Singer* | $350 | 1.20 | Messenger | $420.00 |

857763v1

*Appendix*

| ATTORNEY | DATE | DESCRIPTION | HOURLY RATE | TIME (HRS) | NOTES | HR. RATE X TIME |
|---|---|---|---|---|---|---|
| Andrey Strutinskiy | 6/11/2010 | Finalized and *delivered interrogatories to Moses and Singer* | $350 | 1.40 | Messenger | $490.00 |
| Andrey Strutinskiy | 6/9/2010 | Finalized and *served subpoena upon Sussman* | $350 | 2.00 | Messenger | $700.00 |
| Andrey Strutinskiy | 5/27/2010 | *Entered expenses and filed documents* | $350 | 0.20 | Secretarial/Paralegal work | $70.00 |
| Andrey Strutinskiy | 5/26/2010 | Reviewed and *bates numbered documents received from Russ and delivered it to Moses and Singer's office* | $350 | 0.70 | Messenger | $245.00 |
| Andrey Strutinskiy | 4/30/2010 | Reviewing and arranging documents for production; *making copies, numbering documents* | $350 | 2.60 | Secretarial/Paralegal work | $910.00 |
| Andrey Strutinskiy | 4/30/2010 | Prepared and reviewed documents for production; *hand delivered documents to Moses & Singer* | $350 | 0.60 | Messenger | $210.00 |
| Andrey Strutinskiy | 3/20/2007 | E-mail to Sussman re Smith Discovery dispute | $350 | 0.40 | Civil Court Case | $140.00 |
| Andrey Strutinskiy | 1/2/2007 | Finalizing discovery requests and answer in NLS v. Simith, mailed it to Sussman | $350 | 3.20 | Civil Court Case | $1,120.00 |
| Andrey Strutinskiy | 12/27/2006 | Drafting e-mails to Sussman; e-mailed Sussman re Simth case | $350 | 0.40 | Civil Court Case | $140.00 |
| Andrey Strutinskiy | 12/15/2006 | Checking the civil court judgments re Lim and Russ | $350 | 0.40 | Civil Court Case | $140.00 |
| Andrey Strutinskiy | 12/15/2006 | Checked the files re Lim and Russ City Civ Court judgments; Drafted, finalized and faxed letter | $350 | 1.10 | Civil Court Case | $385.00 |
| Andrey Strutinskiy | 12/5/2006 | Reviewing Jaffe's orders in Simth and Russ | $350 | 0.50 | Civil Court Case | $175.00 |
| Andrey Strutinskiy | 12/1/2006 | Finalizing letter to Joseph Sussman | $350 | 0.60 | Civil Court Case | $210.00 |
| Andrey Strutinskiy | 11/8/2006 | Meeting w/Russ and court appearance | $350 | 7.50 | Civil Court Case | $2,625.00 |
| Andrey Strutinskiy | 11/7/2006 | Reviewing motion papers in Russ & Smith | $350 | 2.70 | Civil Court Case | $945.00 |
| Andrey Strutinskiy | 11/2/2006 | Drafting reply to motion for reargument in Smith | $350 | 3.60 | Civil Court Case | $1,260.00 |
| Andrey Strutinskiy | 10/31/2006 | Drafting reply to motion to renew and reargue--Smith; drafting answer and counterclaim, notice of deposition in Ketler | $350 | 3.00 | Civil Court Case | $1,050.00 |
| Andrey Strutinskiy | 10/23/2006 | Conf w/KC re Deposition and civ ct cases Smith and Russ; TC w/filed notice of appeal and motion to renew and reargue in NLS v Smith | $350 | 5.60 | Civil Court Case | $1,960.00 |
| Andrey Strutinskiy | 10/19/2006 | Reviewed civ ct files and re affidavit of Tarly Dall from the Tomas Simth file; drafted and finalized notice of appeal in Pludeman; Conf w/KC re motion for renew and reargue | $350 | 5.20 | Civil Court Case | $1,820.00 |

857763v1

*Appendix*

| ATTORNEY | DATE | DESCRIPTION | HOURLY RATE | TIME (HRS) | NOTES | HR. RATE X TIME |
|---|---|---|---|---|---|---|
| Andrey Strutinskiy | 10/13/2006 | TC w/Valerie Smith she wil finalize the affidavit by tomorrow and we should get it by Monday;  working on Smith's motion to reargue and renew; checked the files for Tarly Dall's affidavit re NLS v Smith case | $350 | 4.10 | Civil Court Case | $1,435.00 |
| Andrey Strutinskiy | 10/10/2006 | Drafting motion for reargument and reconsideration in NLS v. Smith | $350 | 2.70 | Civil Court Case | $945.00 |
| Andrey Strutinskiy | 10/6/2006 | Finalized and submitted Reply re Russ' motion for stay to the App Term by hand delivery | $350 | 3.20 | Civil Court Case/Messenger | $1,120.00 |
| Andrey Strutinskiy | 10/5/2006 | Conf w/KC re Hearing in Russ and Smith; attending the hearing in Smith and Russ before Jaffee in City Civ Ct | $350 | 5.20 | Civil Court Case | $1,820.00 |
| Andrey Strutinskiy | 10/4/2006 | Finalizing reply affirmation re motion to stay proceedings pending appeal in NLS v Russ | $350 | 2.00 | Civil Court Case | $700.00 |
| Andrey Strutinskiy | 10/2/2006 | Scanned and e-mailed Valerie Smith's letter to KC | $350 | 0.40 | Civil Court Case | $140.00 |
| Andrey Strutinskiy | 9/25/2006 | Conf w/KC re Russ case;  Finalizing Russ' motion to the Appellate term | $350 | 6.00 | Civil Court Case | $2,100.00 |
| Andrey Strutinskiy | 9/22/2006 | Finalizing Russ' motion for stay | $350 | 3.50 | Civil Court Case | $1,225.00 |
| Andrey Strutinskiy | 9/15/2006 | TC w/Russ | $350 | 0.30 | Civil Court Case | $105.00 |
| Andrey Strutinskiy | 9/14/2006 | Scanned and e-mailed decisions on the motion to Smith and Russ | $350 | 0.30 | Civil Court Case | $105.00 |
| Andrey Strutinskiy | 9/11/2006 | Reviewing Jaffe's decision re NLS v. Russ; conf w/KC re Smith and Russ cases'  TC w/Russ re his affidavit he mailed it by regular mail | $350 | 1.70 | Civil Court Case | $595.00 |
| Andrey Strutinskiy | 9/6/2006 | Finalizing Russ affidavit re Rapid Cash;  Reviewing Jaffe's Decision re Thomas Smith;  Consultation w/KC;  e-maile affidavit re default judgment to Russ; reviewing Kettler's e-mail re Krieger affidavit | $350 | 2.50 | Civil Court Case | $875.00 |
| Andrey Strutinskiy | 8/25/2006 | Drafted and finalizing opposition papers re motion to dismiss;  filing memo of law and affirmation via ECF; *prepared courtesy copies of motion papers for court* | $350 | 3.80 | Secretarial/Paralegal work | $1,330.00 |
| Andrey Strutinskiy | 8/17/2006 | Reviewed Smith and Russ documents and files;  Smith-finalized and *hand delivered letter to Jaffee with additional affidavits ; faxed copy to Sussman;*  TC w/Sussman re document sent to judge;  Tele-Conference *w/Judge Jaffe* re Simth and Russ cases | $350 | 4.20 | Messenger & Secretary work; who is Judge Jaffe?;  Civit Court Case | $1,470.00 |
| Andrey Strutinskiy | 8/7/2006 | called Valerie Smith, drafted aff re his signature;  Scanning and emailing Krieger affidavit to Kettler, left message to Kettler; | $350 | 1.50 | Civil Court Case | $525.00 |

857763v1

*Appendix*

| ATTORNEY | DATE | DESCRIPTION | HOURLY RATE | TIME (HRS) | NOTES | HR. RATE X TIME |
|---|---|---|---|---|---|---|
| Andrey Strutinskiy | 8/4/2006 | Appeared in court for Russ & Smith motions; consultation w/KC; Scanning and E-mailing Krieger's affidavit re motion to dismiss | $350 | 4.00 | Civil Court Case | $1,400.00 |
| Andrey Strutinskiy | 8/3/2006 | Preparing for court appearance in Russ and Smith cases | $350 | 2.80 | Civil Court Case | $980.00 |
| Andrey Strutinskiy | 7/25/2006 | Received notice of Cross motion in Russ; Reviewing Notice of Cross Motion in NLS v. Russ; TC w/Sussman re returnable date of the motion | $350 | 3.10 | Civil Court Case | $1,085.00 |
| Andrey Strutinskiy | 7/25/2006 | Reviewed NLS Opp due in Russ- received by mail on July 25, 2006 | $350 | 1.20 | Civil Court Case | $420.00 |
| Andrey Strutinskiy | 7/5/2006 | TC w/Sussman re adjournment of the Kettler, Kabage and Russ motions; reviewing and sending signe stipulations back to Sussman; TC w/clients | $350 | 1.20 | Civil Court Case | $420.00 |
| Andrey Strutinskiy | 6/20/2006 | Civ Court Appearance in NLS v Smith, return date was adjourned to July 12, 2006 | $350 | 2.20 | Civil Court Case | $770.00 |
| Andrey Strutinskiy | 6/19/2006 | Finalizing attorney affirmation in Smith's case; e-mailing Sussman re Rapid Cash; TC w/Valery Smith re affidavit she sent; preparing for the oral argument on Smith case in Civil court | $350 | 3.20 | Civil Court Case | $1,120.00 |
| Andrey Strutinskiy | 6/16/2006 | Finalizing affirmation in Smith's case | $350 | 0.60 | Civil Court Case | $210.00 |
| Andrey Strutinskiy | 6/15/2006 | Reviewing e-mail from Rus; e-mail to Sussman re NLS v. Rapid Cash civ court litigation | $350 | 0.60 | Civil Court Case | $210.00 |
| Andrey Strutinskiy | 6/6/2006 | Finalizing Smith's reply to cross-motion; reviewing Ketter's e-mail; TC w/Dean he does not recognize Ketter's name, hung up the phone; L/M for Kettler; | $350 | 3.10 | Civil Court Case | $1,085.00 |
| Andrey Strutinskiy | 6/5/2006 | Finalizing Smith's reply papers | $350 | 4.60 | Civil Court Case | $1,610.00 |
| Andrey Strutinskiy | 6/1/2006 | E-mail to Sussman re Kettler; e-mail to Susssman re Russ | $350 | 0.60 | Civil Court Case | $210.00 |
| Andrey Strutinskiy | 5/26/2006 | Drafting and sending an e-mail to Sussman; drafting opposition in Smith motion to dismiss | $350 | 2.70 | Civil Court Case | $945.00 |
| Andrey Strutinskiy | 5/25/2006 | Filing motions in Civ CT re Russ, McAndrews, Kabage; Drafting Smith Affidavit, TC w/Alla re document review tomorrow l/m for Sussman | $350 | 3.90 | Civil Court Case | $1,365.00 |
| Andrey Strutinskiy | 5/23/2006 | Finalizing Russ motion; preparing affidavits of service | $350 | 1.60 | Civil Court Case | $560.00 |
| Andrey Strutinskiy | 5/22/2006 | Drafting and finalizing Russ motion | $350 | 1.90 | Civil Court Case | $665.00 |

857763v1

*Appendix*

| ATTORNEY | DATE | DESCRIPTION | HOURLY RATE | TIME (HRS) | NOTES | HR. RATE X TIME |
|---|---|---|---|---|---|---|
| Andrey Strutinskiy | 5/19/2006 | Finalizing civ ct motion Russ | $350 | 5.20 | Civil Court Case | $1,820.00 |
| Andrey Strutinskiy | 5/16/2006 | Appearance in civil court-adjourning Smith's motion | $350 | 3.40 | Civil Court Case | $1,190.00 |
| Andrey Strutinskiy | 5/11/2006 | Russ-Court appearance for oral argument on motion to dismiss. Reviewed and scanned NLS Reply to Smith motion to dismiss | $350 | 4.40 | Civil Court Case | $1,540.00 |
| Andrey Strutinskiy | 5/10/2006 | Russ Civ Ct-drafting memo in reply; TC w/Sussman re briefing schedule | $350 | 4.40 | Civil Court Case | $1,540.00 |
| Andrey Strutinskiy | 4/25/2006 | Reviewing the decision in Lim; Drafted and served Notice of Entry; TC with Sussman Re Adjournment of Smith Motion from May 2nd Return on 5/15/06 his opp due on 5/9 or reply on 5/5 | $350 | 2.00 | Civil Court Case | $700.00 |
| Andrey Strutinskiy | 4/24/2006 | Reviewing Russ' responses to X-Motion | $350 | 0.80 | Civil Court Case | $280.00 |
| Andrey Strutinskiy | 4/18/2006 | Court appearance for Russ motion; drafting and sending letter to Kettler | $350 | 1.70 | Civil Court Case | $595.00 |
| Andrey Strutinskiy | 4/17/2006 | E-mail to Russ; Reviewed and Scanned opposition papers; reviewing cases and deadlines in Civ Court Litigation | $350 | 1.70 | Civil Court Case | $595.00 |
| Andrey Strutinskiy | 4/14/2006 | File M-n to Dismiss in Civil Court-Smith | $350 | 1.20 | Civil Court Case | $420.00 |
| Andrey Strutinskiy | 4/12/2006 | E-mail to Sussman re Thomas Smith offer | $350 | 0.20 | Civil Court Case | $70.00 |
| Andrey Strutinskiy | 4/6/2006 | Russ-Filing Motion to consolidate and to dismiss, requested Russ' files for review in civ court, but clerk could not locate them | $350 | 4.00 | Civil Court Case | $1,400.00 |
| Andrey Strutinskiy | 3/30/2006 | TC w/Alla from Sussman's office re our request for extension to file response in civ ct on Russ, Kettler, Smith; drafting motions in Smith and kettler; l/m for Kettler; Consultation with KC | $350 | 2.20 | Civil Court Case | $770.00 |
| Andrey Strutinskiy | 3/30/2006 | Finalizing Smith motion to dismiss; served it on Sussman | $350 | 2.20 | Civil Court Case | $770.00 |
| Andrey Strutinskiy | 3/29/2006 | Drafting motion to dismiss re Thomas Smith | $350 | 3.40 | Civil Court Case | $1,190.00 |
| Andrey Strutinskiy | 3/9/2006 | Appearance in civil court for oral argument on Lim's motion to dismiss | $350 | 3.20 | Civil Court Case | $1,120.00 |
| Andrey Strutinskiy | 3/8/2006 | Finalizing Lim's Motion and preparing for the oral argument on the motion to dismiss | $350 | 0.60 | Civil Court Case | $210.00 |
| Andrey Strutinskiy | 3/2/2006 | Drafting and finalizing reply re Lim's motion to dismiss; drafting response letter to Sussman re his offer of settlement to Lim | $350 | 2.10 | Civil Court Case | $735.00 |
| Andrey Strutinskiy | 3/1/2006 | Drafting Reply in re Lim's motion to dismiss | $350 | 1.90 | Civil Court Case | $665.00 |

857763v1

*Appendix*

| ATTORNEY | DATE | DESCRIPTION | HOURLY RATE | TIME (HRS) | NOTES | HR. RATE X TIME |
|---|---|---|---|---|---|---|
| Andrey Strutinskiy | 2/3/2006 | Finalizing the motion to dismiss in Lim case | $350 | 2.60 | Civil Court Case | $910.00 |
| Andrey Strutinskiy | 12/5/2005 | Filing Answer in Civ Ct in Lim's Case | $350 | 1.50 | Civil Court Case | $525.00 |
| Andrey Strutinskiy | 12/1/2005 | Drafting motion to dismiss for forum non conv-LIM | $350 | 4.00 | Civil Court Case | $1,400.00 |
| Andrey Strutinskiy | 11/30/2005 | LIM-Drafting motion to dismiss for forum non convenience; Replying to Russ's e-mail | $350 | 0.80 | Civil Court Case | $280.00 |
| Andrey Strutinskiy | 11/30/2005 | LIM-Drafting motion to dismiss for forum non convenience | $350 | 0.30 | Civil Court Case | $105.00 |
| Andrey Strutinskiy | 7/20/2005 | Court appearance in City Civ Ct for a motion | $350 | 2.20 | Civil Court Case | $770.00 |
| Andrey Strutinskiy | 7/20/2005 | Court appearance in City Civ Ct for Lim and Dougish motions | $350 | 2.10 | Civil Court Case | $735.00 |
| Andrey Strutinskiy | 7/13/2005 | Reviewing responses from Lim to Krieger's affidavit; drafting affidavit; consultation w/KC | $350 | 1.70 | Civil Court Case | $595.00 |
| Andrey Strutinskiy | 7/13/2005 | Reviewing Lim's responses to Krieger affidavit, making notes for client's affidavit | $350 | 1.10 | Civil Court Case | $385.00 |
| Andrey Strutinskiy | 6/10/2005 | Finalizing and filing OSC to Vacate the Judgment in Lim's case (civ ct) | $350 | 2.20 | Civil Court Case | $770.00 |
| Andrey Strutinskiy | 6/9/2005 | Finalizing OSC in Lim's case (re judgment) | $350 | 1.80 | Civil Court Case | $630.00 |
| Andrey Strutinskiy | 6/9/2005 | Reviewed files in Civil Court to get information about the cases in which we represent defendants; Finalizing OSC in Lim's case (re judgment) | $350 | 4.70 | Civil Court Case | $1,645.00 |
| Andrey Strutinskiy | 5/12/2005 | Finalizing OSC to vacate the judgment in Lim's case | $350 | 2.40 | Civil Court Case | $840.00 |
| Andrey Strutinskiy | 5/12/2005 | Drafting OSC to vacate the judgment in Lim's case | $350 | 2.00 | Civil Court Case | $700.00 |
| Andrey Strutinskiy | 4/29/2005 | Drafting OSC re Lim drafting client affidavit re judgment | $350 | 1.00 | Civil Court Case | $350.00 |
| Andrey Strutinskiy | 4/29/2005 | Correcting Lim's affidavit re judgment and e-mailing it to him. | $350 | 1.00 | Civil Court Case | $350.00 |
| Andrey Strutinskiy | 4/28/2005 | Drafting discovery request; Finalizing OSC to vacate the judgment in civil court against Lim | $350 | 1.40 | Civil Court Case | $490.00 |
| Andrey Strutinskiy | 4/28/2005 | Finalizing OSC to vacate the judgment in civil court against Lim | $350 | 1.40 | Civil Court Case | $490.00 |
| Andrey Strutinskiy | 1/24/2005 | Reviewed and replied to J. Russ' e-mail | $350 | 0.20 | Civil Court Case | $70.00 |
| Andrey Strutinskiy | 9/20/2004 | TeleConv w/Judson Russ re affidavit and missing last page from his original affidavit | $350 | 0.20 | Civil Court Case | $70.00 |
| Andrey Strutinskiy | 9/14/2004 | Finalizing Judson Russ Affidavit in City Civ Ct litigation | $350 | 1.90 | Civil Court Case | $665.00 |
| Andrey Strutinskiy | 9/14/2004 | Finalizing Judson Russ Affidavit in City Civ Ct litigation | $350 | 0.20 | Civil Court Case | $70.00 |
| | | **TOTALS for Andrey Strutinskiy** | | **251.20** | | $0.00 |
| | | | | | | $0.00 |
| Keith Altman | | | | | | $0.00 |

857763v1

*Appendix*

| ATTORNEY | DATE | DESCRIPTION | HOURLY RATE | TIME (HRS) | NOTES | HR. RATE X TIME |
|---|---|---|---|---|---|---|
| Keith Altman | 7/6/2010 | Initial review of Defendants' first email production. **Loading into Concordance and preparation of images.** | $425 | 4.00 | IT work | $1,700.00 |
| Keith Altman | 7/16/2010 | Receipt of hard drive containing approximately 770,000 pages of documents. Initial survey of data. **Preparation of images into multi-page format. Loading data and documents into concordance and inspecting integrity of data.** Correspondence with Co-Coun | $425 | 4.00 | IT work | $1,700.00 |
| Keith Altman | 8/12/2010 | Deposition of Sara Krieger-30(b)(6)-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 9/20/2010 | Deposition of Ken Krebs-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 10/5/2010 | Meetings with co-counsel-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 10/12/2010 | Deposition of Joseph Sussman-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 10/14/2010 | Deposition of Sam Buono-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 10/25/2010 | Deposition of Richard Hahn-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 10/26/2010 | Deposition of Ricky Brown-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 10/27/2010 | Deposition of Sara Krieger-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 10/28/2010 | Deposition of Jay Cohen-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 11/4/2010 | Deposition of Jay Cohen-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 11/5/2010 | Deposition of Lina Kravic-Travel Time | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| Keith Altman | 11/15/2010 | Travel time round trip to court | $213 | 3.00 | Unnecessary/Excessive Travel | $637.50 |
| | | **TOTALS for Keith Altman** | | **44.00** | | $0.00 |
| | | | | | | $0.00 |
| **Krishnan Chittur** | | | | | | $0.00 |
| Krishnan Chittur | 1/2/2007 | Smith-review, finalize answer and discovery requests | $600 | 2.10 | Civil Court Case | $1,260.00 |
| Krishnan Chittur | 10/4/2006 | Finalize Russ reply | $600 | 5.00 | Civil Court Case | $3,000.00 |
| Krishnan Chittur | 10/3/2006 | TC Varnell, review Russ papers re motion for stay | $600 | 2.30 | Civil Court Case | $1,380.00 |
| Krishnan Chittur | 9/26/2006 | TC Cozier re Russ motion | $600 | 0.30 | Civil Court Case | $180.00 |
| Krishnan Chittur | 9/25/2006 | Mtg. Andrey re Russ | $600 | 3.10 | Civil Court Case | $1,860.00 |
| Krishnan Chittur | 9/11/2001 | Review Russ decision, conf AS | $600 | 0.50 | Civil Court Case | $300.00 |
| Krishnan Chittur | 8/4/2008 | Meeting AS re Russ and Smith cases | $600 | 1.20 | Civil Court Case | $720.00 |

857763v1

*Appendix*

| ATTORNEY | DATE | DESCRIPTION | HOURLY RATE | TIME (HRS) | NOTES | HR. RATE X TIME |
|---|---|---|---|---|---|---|
| Krishnan Chittur | 5/23/2006 | Finalize Russ affirmation | $600 | 1.30 | Civil Court Case | $780.00 |
| Krishnan Chittur | 5/17/2007 | Review/finalize Russ papers | $600 | 4.40 | Civil Court Case | $2,640.00 |
| Krishnan Chittur | 5/11/2006 | TC AS re Russ Motion; conf AS re McAndrews, Kabage | $600 | 1.00 | Civil Court Case | $600.00 |
| Krishnan Chittur | 3/30/2006 | Conf AS re civil court cases, email smith aff | $600 | 3.40 | Civil Court Case | $2,040.00 |
| Krishnan Chittur | 3/28/2006 | Review, revise Andrey email to Sussman, mtg Andre re new case, review Smith case | $600 | 2.60 | Civil Court Case | $1,560.00 |
| Krishnan Chittur | 3/8/2006 | Review Lim papers, TC Jane | $600 | 2.90 | Civil Court Case | $1,740.00 |
| Krishnan Chittur | 2/3/2006 | Draft Lim motion | $600 | 2.20 | Civil Court Case | $1,320.00 |
| Krishnan Chittur | 2/2/2006 | Finalize Lim motion | $600 | 1.50 | Civil Court Case | $900.00 |
| Krishnan Chittur | 12/2/2005 | Respond to email, finalize Lim motion | $600 | 2.20 | Civil Court Case | $1,320.00 |
| Krishnan Chittur | 7/8/2005 | Email Kaufman, review answering papers in Dougish, Lim | $600 | 1.20 | Civil Court Case | $720.00 |
| Krishnan Chittur | 6/20/2005 | conference with AS re Lim | $600 | 1.00 | Civil Court Case | $600.00 |
| Krishnan Chittur | 6/9/2005 | draft OSC re Lim | $600 | 6.90 | Civil Court Case | $4,140.00 |
| Krishnan Chittur | 4/20/2005 | TC LAS, review affidavit of Lim, research re 5015 and OSC re transfer, TC Certo | $600 | 5.40 | Civil Court Case | $3,240.00 |
| Krishnan Chittur | 8/24/2004 | Research, TC Russ | $600 | 2.80 | Civil Court Case | $1,680.00 |
| Krishnan Chittur | 8/17/2004 | TC Judson Russ | $600 | 0.20 | Civil Court Case | $120.00 |
| Krishnan Chittur | 8/11/2004 | TC Valerie Smith | $600 | 0.40 | Civil Court Case | $240.00 |
| Krishnan Chittur | 8/6/2004 | Email to client Smith | $600 | 0.40 | Civil Court Case | $240.00 |
| Krishnan Chittur | 7/27/2004 | Email to Kaufman, review fax from client Smith | $600 | 0.60 | Civil Court Case | $360.00 |
| Krishnan Chittur | 12/29/2010 | Draft aff re fees, research, revise fee brief | $600 | 8.10 | Legal Research | $4,860.00 |
| Krishnan Chittur | 12/28/2010 | Research and draft fee app | $600 | 3.90 | Legal Research | $2,340.00 |
| Krishnan Chittur | 12/27/2010 | Research, draft fee application | $600 | 9.30 | Legal Research | $5,580.00 |
| Krishnan Chittur | 12/26/2010 | Research, draft fee brief | $600 | 1.20 | Legal Research | $720.00 |
| Krishnan Chittur | 12/24/2010 | Research re fee standards | $600 | 5.10 | Legal Research | $3,060.00 |
| Krishnan Chittur | 11/30/2010 | Review time sheets, research re attorney time sheets, email Defense counsel | $600 | 0.80 | Legal Research | $480.00 |
| Krishnan Chittur | 11/18/2010 | Research, draft fee application | $600 | 0.80 | Legal Research | $480.00 |

*Appendix*

| ATTORNEY | DATE | DESCRIPTION | HOURLY RATE | TIME (HRS) | NOTES | HR. RATE X TIME |
|---|---|---|---|---|---|---|
| Krishnan Chittur | 11/15/2010 | Research re attorneys' fees in NY | $600 | 1.80 | Legal Research | $1,080.00 |
| Krishnan Chittur | 11/6/2010 | Research, prepare JPTO | $600 | 9.10 | Legal Research | $5,460.00 |
| Krishnan Chittur | 10/29/2010 | Review documents, research | $600 | 9.30 | Legal Research | $5,580.00 |
| Krishnan Chittur | 10/24/2010 | Review docs on CD, research | $600 | 7.30 | Legal Research | $4,380.00 |
| Krishnan Chittur | 10/14/2010 | Atd deposition of Sam Buono, review doc | $600 | 3.00 | Unnecessary Attendance at Deposition | $1,800.00 |
| Krishnan Chittur | 10/12/2010 | Atd deposition of Sussman, review Judge order, email clients | $600 | 3.60 | Unnecessary Attendance at Deposition | $2,160.00 |
| Krishnan Chittur | 9/20/2010 | Mtg Altman, prepare for and atd deposition of Krebs, mtg Altman and Andrey | $600 | 3.90 | Unnecessary Attendance at Deposition | $2,340.00 |
| Krishnan Chittur | 8/12/2010 | Deposition of custodian of records Sara Krieger | $600 | 8.10 | Unnecessary Attendance at Deposition | $4,860.00 |
| Krishnan Chittur | 8/24/2006 | Lesser email re appeal; serin-review, revise brief, research | $600 | 7.30 | Legal Research | $4,380.00 |
| Krishnan Chittur | 8/21/2006 | Research, draft brief | $600 | 8.20 | Legal Research | $4,920.00 |
| Krishnan Chittur | 8/18/2006 | Serin-research draft brief | $600 | 8.50 | Legal Research | $5,100.00 |
| Krishnan Chittur | 8/17/2006 | Serin-research draft brief | $600 | 5.80 | Legal Research | $3,480.00 |
| Krishnan Chittur | 8/15/2006 | Serin-research draft response | $600 | 2.60 | Legal Research | $1,560.00 |
| Krishnan Chittur | 8/11/2006 | Research re Serin brief | $600 | 5.20 | Legal Research | $3,120.00 |
| Krishnan Chittur | 8/10/2006 | Review, research, draft Serin response | $600 | 5.30 | Legal Research | $3,180.00 |
| Krishnan Chittur | 8/8/2006 | Review appellate division brief, research re Serin case, draft brief | $600 | 4.60 | Legal Research | $2,760.00 |
| Krishnan Chittur | 8/7/2006 | Review Serin brief, research, drafting | $600 | 2.70 | Legal Research | $1,620.00 |
| Krishnan Chittur | 5/10/2006 | Email Russ, research, draft Russ Reply | $600 | 7.90 | Legal Research | $4,740.00 |
| Krishnan Chittur | 5/9/2006 | Review russ affidavit, legal research, draft and finalize KC affidavit | $600 | 3.10 | Legal Research | $1,860.00 |
| Krishnan Chittur | 2/19/2006 | Research re RICO, draft complaint | $600 | 7.10 | Legal Research | $4,260.00 |
| | | **TOTALS for Krishnan Chittur** | | 198.50 | | |
| | | **TOTALS for Andrey Strutinsky, Keith Altman, and Krishnan Chittur** | | 493.70 | | |

857763v1