UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
                                                    :
MELINDA SERIN, *et al.*,                            :
                                                    :   CASE NO. 7:06-CV-1625
              Plaintiffs,                           :
                                                    :
vs.                                                 :   JUDGMENT
                                                    :
NORTHERN LEASING                                    :
SYSTEMS, INC., *et al.*,                            :
                                                    :
              Defendants.                           :
                                                    :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In accordance with the Court's order on the Plaintiffs' Motion for Attorney's Fees, [Doc. 162], the Court hereby enters judgment in favor of Plaintiffs' attorneys Chittur & Associates, P.C., against Northern Leasing Systems, Inc., individually, in the amount $637,365.46, together with interest on the said sum from April 19, 2011, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, 28 U.S.C.A. §1961, with writ of execution to issue forthwith, as well as any costs of execution recoverable under law.

          IT IS SO ORDERED.

Dated: April 22, 2011

                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE