USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 27 APR 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MELINDA SERIN, JUDSON RUSS, LONG SOUI LIM,
PERI KETTLER, GORDON REDNER, and THOMAS
J. SMITH,

                             Plaintiffs,

CASE NO. 7:06-CV-1625

  – against –

NORTHERN LEASING SYSTEMS, INC., JAY COHEN,
RICH HAHN, and SARA KRIEGER,

                             Defendants.
-----------------------------------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendant, Northern Leasing Systems, Inc., hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the District Court for the Southern District of New York, entered on April 22, 2011, a copy of which is annexed hereto.

Dated: April 27, 2011
       New York, New York

                                        Respectfully submitted,

                                        MOSES & SINGER LLP
                                        Counsel for Defendants

                                        Abraham Y. Skoff, Esq.
                                        Robert D. Lillienstein, Esq.
                                        405 Lexington Avenue
                                        New York, New York 10174-1299
                                        212-554-7800 (telephone)
                                        212-554-7700 (facsimile)

870921v1 011082.0121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

MELINDA SERIN, *et al.*,

        Plaintiffs,

vs.

NORTHERN LEASING
SYSTEMS, INC., *et al.*,

        Defendants.

------------------------------------------------------

CASE NO. 7:06-CV-1625

JUDGMENT

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In accordance with the Court's order on the Plaintiffs' Motion for Attorney's Fees, [Doc. 162], the Court hereby enters judgment in favor of Plaintiffs' attorneys Chittur & Associates, P.C., against Northern Leasing Systems, Inc., individually, in the amount $637,365.46, together with interest on the said sum from April 19, 2011, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, 28 U.S.C.A. §1961, with writ of execution to issue forthwith, as well as any costs of execution recoverable under law.

IT IS SO ORDERED.

Dated: April 22, 2011

                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MELINDA SERIN, JUDSON RUSS, LONG SOUI
LIM, PERI KETTLER, GORDON REDNER, AND
THOMAS J. SMITH,

          Plaintiffs,

   -against-

NORTHERN LEASING SYSTEMS, INC., JAY
COHEN, RICH HAHN, and SARA KRIEGER,

          Defendants.

------------------------------------------------------------- X

06 CV 1625 (JSG)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss.:

  Danielle S. Farber, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in New York, New York.

  On April 27, 2011, deponent served a copy of the attached **NOTICE OF APPEAL**, upon:

    Krishnan Chittur, Esq.
    CHITTUR & ASSOCIATES, P.C.
    286 Madison Avenue, Suite 1100
    New York, New York 10017

by sending a true copy thereof, all charges prepaid, via United States Postal Service, First Class Mail.

                 _____
                 Danielle S. Farber

Sworn to before me this
27th day of April, 2011

_____
Notary Public

MUYINDEEN OLAJIDE
NOTARY PUBLIC, State of New York
No. 01OL6105455
Qualified in Kings County
Commission Expires February 9, 2012

833023v2  011082.0121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELINDA SERIN, et al.,

        Plaintiffs,

vs.

NORTHERN LEASING
SYSTEMS, INC., et al.,

        Defendants.

CASE NO. 7:06-CV-1625

JUDGMENT

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In accordance with the Court's order on the Plaintiffs' Motion for Attorney's Fees, [Doc. 162], the Court hereby enters judgment in favor of Plaintiffs' attorneys Chittur & Associates, P.C., against Northern Leasing Systems, Inc., individually, in the amount $637,365.46, together with interest on the said sum from April 19, 2011, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, 28 U.S.C.A. §1961, with writ of execution to issue forthwith, as well as any costs of execution recoverable under law.

IT IS SO ORDERED.

Dated: April 22, 2011

*[signature]*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MELINDA SERIN, JUDSON RUSS, LONG SOUI
LIM, PERI KETTLER, GORDON REDNER, AND
THOMAS J. SMITH,

                                Plaintiffs,

    -against-

NORTHERN LEASING SYSTEMS, INC., JAY
COHEN, RICH HAHN, and SARA KRIEGER,

                                Defendants.

------------------------------------------------------------- X

06 CV 1625 (JSG)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
COUNTY OF NEW YORK  ) ss.:

       Danielle S. Farber, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in New York, New York.

       On April 27, 2011, deponent served a copy of the attached **NOTICE OF APPEAL**, upon:

> Krishnan Chittur, Esq.
> CHITTUR & ASSOCIATES, P.C.
> 286 Madison Avenue, Suite 1100
> New York, New York 10017

by sending a true copy thereof, all charges prepaid, via United States Postal Service, First Class Mail.

                                                        Danielle S. Farber

Sworn to before me this
27th day of April, 2011

_____
Notary Public

MUYINDEEN OLAJIDE
NOTARY PUBLIC, State of New York
No. 01OL6105455
Qualified in Kings County
Commission Expires February 9, 2012

833023v2 011082.0121