UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Melinda Serin, Judson Russ, Long Soui Lim,
Peri Kettler, Gordon Redner, and Thomas J. Smith,
                          Plaintiff,

          - against -

Northern Leasing Systems, Inc., Jay Cohen,
Rich Hahn, and Sara Krieger,
                    Defendants.
-------------------------------------------------------------x

Docket No. 06 Cv 1625

**NOTICE OF APPEAL**

     Notice is hereby given that Plaintiffs Melinda Serin, Judson Russ, Long Soui Lim, Gordon Redner, and Thomas J. Smith, in the above-named case, and Plaintiffs' attorneys Chittur & Associates, P.C., hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment, entered in this action on the 22th day of April 2011, to the extent it (a) reduced the fees sought by Plaintiffs' attorneys, (b) reduced the billing rates of certain Plaintiffs' attorneys; and (c) refused to grant a multiplier to Plaintiffs' attorneys.

     This appeal is being filed as a cross-appeal, without prejudice to Plaintiffs' and Plaintiffs' attorneys' contention that no appellate jurisdiction lies over the aforesaid Judgment, and is subject to the decision of this Court in the pending motion to dismiss Defendant Northern Leasing Systems, Inc.'s appeal for want of jurisdiction. Should this Court grant the said motion, and rule that no appellate jurisdiction exists, this appeal me be deemed withdrawn.

Dated:    New York, New York
            May 20, 2011

**Chittur & Associates, P.C.**

_Krishnan Chittur /s/_
By: Krishnan Chittur, Esq. (KC 9258)
286 Madison Ave Suite 1100
New York, NY 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Email: kchittur@chittur.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
MELINDA SERIN, et al.,

        Plaintiffs,

vs.

NORTHERN LEASING
SYSTEMS, INC., et al.,

        Defendants.
-------------------------------------------------------

CASE NO. 7:06-CV-1625

JUDGMENT

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In accordance with the Court's order on the Plaintiffs' Motion for Attorney's Fees, [Doc. 162], the Court hereby enters judgment in favor of Plaintiffs' attorneys Chittur & Associates, P.C., against Northern Leasing Systems, Inc., individually, in the amount $637,365.46, together with interest on the said sum from April 19, 2011, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, 28 U.S.C.A. §1961, with writ of execution to issue forthwith, as well as any costs of execution recoverable under law.

IT IS SO ORDERED.

Dated: April 22, 2011

                                      JAMES S. GWIN
                                      UNITED STATES DISTRICT JUDGE