**United States District Court**
**Southern District Of New York**

| | |
|---|---|
| Melinda Serin, Judson Russ, Long Soui Lim, Peri Kettler, Gordon Redner, and Thomas J. Smith,                              Plaintiffs<br><br>v.<br><br>Northern Leasing Systems, Inc., Jay Cohen, Rich Hahn, and Sara Krieger<br>                             Defendants | No. 06 CV 1625 (JG) |

**Notice of Motion**

**For Supplementary Award of Attorneys' Fees And Expenses**

PLEASE TAKE NOTICE THAT, upon the enclosed Declaration of Krishnan Chittur, Esq., dated January 31, 2013, together with all the exhibits annexed thereto; the Declaration of Andrey Strutinskiy, Esq., dated January 31, 2013; the Declaration of Keith Altman, Esq., dated November 9, 2012, together with all the exhibits annexed thereto; and upon all prior proceedings herein, Plaintiffs and/or Plaintiffs' counsel will move this Court at 500 Pearl Street, New York, New York, before Hon. James Gwin, United States District Judge, on such date and time as may be convenient to the Court for an Order under the parties' Settlement Agreement, and/or 18 U.S.C.A. § 1964(c), and/or Section 349, N.Y.G.B.L., and/or Rule 54(d)(2), Fed. R. Civ. P., seeking a supplementary award of attorneys' fees and expenses of $114,231.90, or such other amount as may be just and proper, against Defendant Northern Leasing Systems, Inc.

Dated:  New York, New York  **Chittur & Associates, P.C.**
January 31, 2013

Sd/
_____
By: Krishnan Chittur, Esq. (KC 9258)
286 Madison Avenue Suite 1100
New York, New York 10017
Tel: (212) 370-0447
Attorneys for Plaintiff and the Class


To:  Moses & Singer LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 554-7400