## Chittur & Associates, P.C.
## Krishnan Chittur's Time Entry Report
## for Selected File:

### Serin v. Northern Leasing
Client ID:

Matter ID:

Sat Feb 5, 2011 to Thu. Jan 31, 2013

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu Jan 31, 2013 | | Draft aff re supplementary fees | 2.80 |
| Thu Jan 31, 2013 | | Finalize supplementary papers | 0.10 |
| Tue Nov 20, 2012 | | Email Smith | 0.10 |
| Mon Nov 12, 2012 | | Email from Sharma | 0.10 |
| Mon Nov 12, 2012 | | Email to Sharma | 0.10 |
| Thu Nov 8, 2012 | | Email Keith | 0.10 |
| Thu Nov 8, 2012 | | Review Altman aff | 0.20 |
| Thu Nov 8, 2012 | | Review AS time, aff | 0.60 |
| Thu Nov 8, 2012 | | Email AS | 0.10 |
| Tue Nov 6, 2012 | | draft aff | 1.20 |
| Mon Nov 5, 2012 | | Review Polimeni time-sheets | 0.20 |
| Mon Nov 5, 2012 | | Email from Fromson | 0.10 |
| Mon Nov 5, 2012 | | Review papers for supplementary fee application | 0.70 |
| Mon Nov 5, 2012 | | Draft aff re supp fees | 1.50 |
| Tue Oct 30, 2012 | | Email from Fromson | 0.10 |
| Tue Oct 30, 2012 | | Email from Polimeni | 0.10 |
| Mon Oct 29, 2012 | | Review Serin affirmance | 0.20 |
| Mon Oct 29, 2012 | | Email Fromson | 0.10 |
| Mon Oct 29, 2012 | | Email from Altman | 0.10 |

*Time Entry Report* *Serin v. Northern Leasing*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Mon Aug 27, 2012 | Consultation with co-counsel | Consultation with co-counsel TC Altman | 0.10 |
| Fri Apr 13, 2012 | Finalize papers for service and filing | Finalize papers for service and filing Reply brief | 1.20 |
| Thu Apr 12, 2012 | Review/revise draft papers | Review/revise draft papers | 5.70 |
| Wed Apr 11, 2012 | Drafting documents | Drafting documents Reply brief | 8.70 |
| Tue Apr 10, 2012 | Consultation with co-counsel | Consultation with co-counsel email | 0.10 |
| Tue Apr 10, 2012 | Drafting documents | Drafting documents Reply Brief | 2.40 |
| Tue Apr 10, 2012 | Consultation with co-counsel | Consultation with co-counsel email Fromson | 0.10 |
| Mon Apr 9, 2012 | Research | Research re court rules | 0.20 |
| Mon Apr 9, 2012 | Reviewing documents | Reviewing documents re Cross-appeal, def brief | 0.30 |
| Mon Apr 9, 2012 | Drafting documents | Drafting documents reply brief | 1.80 |
| Mon Apr 9, 2012 | Research | Research re reply | 1.00 |
| Fri Mar 30, 2012 | Reviewing documents | Reviewing documents Def Reply Brief | 0.40 |
| Fri Mar 30, 2012 | Consultation with co-counsel | Consultation with co-counsel email Sharma | 0.10 |
| Thu Mar 22, 2012 | Reviewing documents | Reviewing documents ECF filing of supp brief | 0.10 |
| Wed Mar 21, 2012 | Reviewing documents | Reviewing documents court notice | 0.10 |
| Wed Mar 21, 2012 | Consultation with co-counsel | Consultation with co-counsel email Keith re repagination | 0.10 |
| Tue Mar 20, 2012 | Reviewing documents | Reviewing documents efiled supp brief | 0.10 |
| Thu Mar 8, 2012 | Telephone conference with co-counsel | Telephone conference with co-counsel | 1.40 |
| Thu Mar 8, 2012 | Review/revise draft papers | Review/revise draft papers | 0.40 |
| Thu Mar 8, 2012 | Consultation with co-counsel | Consultation with co-counsel Sharma | 0.10 |
| Thu Mar 8, 2012 | Finalize papers for service and filing | Review/revise draft papers; Finalize papers for service and filing | 1.10 |
| Thu Mar 8, 2012 | Finalize papers for service and filing | Finalize papers for service and filing | 0.70 |
| Mon Mar 5, 2012 | Drafting documents | Drafting documents brief re 2nd Circuit questions | 3.00 |
| Thu Mar 1, 2012 | Review/revise draft papers | Review/revise draft papers re supplemental brief | 0.20 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Wed Feb 29, 2012 | Review/revise draft papers | Review/revise draft papers re supplemental brief | 0.40 |
| Fri Feb 17, 2012 | | Review of tax implication for clients, research | 1.10 |
| Wed Feb 15, 2012 | Reviewing documents | Reviewing documents notice of defective filing from Court | 0.10 |
| Fri Feb 10, 2012 | Drafting documents | Drafting documents response to 2nd Circuit order, research | 2.10 |
| Fri Feb 10, 2012 | Consultation with co-counsel | Consultation with co-counsel email | 0.10 |
| Thu Feb 9, 2012 | Consultation with co-counsel | Consultation with co-counsel Altman re 2nd Circuit re-filing | 0.10 |
| Thu Feb 9, 2012 | Review/revise draft papers | Review/revise brief for e-filing to comply with 2nd Circuit rules | 0.30 |
| Thu Feb 9, 2012 | Consultation with co-counsel | Consultation with co-counsel Altman | 0.10 |
| Wed Feb 8, 2012 | Consultation with co-counsel | Consultation with co-counsel Sharma | 0.20 |
| Fri Feb 3, 2012 | Reviewing documents | Reviewing documents 2nd Cir order re scheduling | 0.10 |
| Fri Feb 3, 2012 | Consultation with co-counsel | Consultation with co-counsel email Sharma | 0.10 |
| Thu Feb 2, 2012 | Reviewing documents | Reviewing documents brief filed in 2nd Cir | 0.20 |
| Wed Feb 1, 2012 | Consultation with co-counsel | Review/revise draft papers; Finalize papers for service and filing; Consultation with co-counsel review comments from Lim, Lesser | 4.10 |
| Wed Feb 1, 2012 | Finalize papers for service and filing | Finalize papers for service and filing | 3.00 |
| Tue Jan 31, 2012 | Review/revise draft papers | Review, revise draft from co-counsel; Review/revise draft papers re brief | 7.80 |
| Tue Jan 31, 2012 | Telephone conference with co-counsel | Telephone conference with co-counsel Altman | 0.10 |
| Tue Jan 31, 2012 | Review/revise draft papers | Review, revise draft from co-counsel; Review/revise draft papers re appeal brief | 1.30 |
| Mon Jan 30, 2012 | Consultation with co-counsel | Consultation with co-counsel Altman | 0.10 |
| Mon Jan 30, 2012 | Review/revise draft papers | Review/revise draft papers re xa | 2.60 |
| Mon Jan 30, 2012 | Consultation with co-counsel | Consultation with co-counsel Altman | 0.10 |
| Mon Jan 30, 2012 | Consultation with co-counsel | Consultation with co-counsel Altman | 5.30 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Sun Jan 29, 2012 | Review/revise draft papers | Review/revise draft papers re xappeal | 1.60 |
| Sat Jan 28, 2012 | Consultation with co-counsel | Consultation with co-counsel email Lesser | 0.10 |
| Sat Jan 28, 2012 | Reviewing case-law | Reviewing case-law re multiplier | 0.80 |
| Fri Jan 27, 2012 | Research | Research | 0.40 |
| Fri Jan 27, 2012 | Review/revise draft papers | Review/revise draft papers | 1.40 |
| Thu Jan 26, 2012 | Review/revise draft papers | Review/revise draft papers re XA; research | 7.00 |
| Thu Jan 26, 2012 | Telephone conference with co-counsel | Telephone conference with co-counsel Altman re factual misstatements in Def brief | 0.30 |
| Wed Jan 25, 2012 | Review/revise draft papers | Review/revise draft papers re X-appeal | 4.50 |
| Wed Jan 25, 2012 | Consultation with co-counsel | Consultation with co-counsel Altman | 1.60 |
| Tue Jan 24, 2012 | Drafting documents | Drafting documents brief re XA, research | 4.20 |
| Tue Jan 24, 2012 | Consultation with co-counsel | Consultation with co-counsel email | 0.10 |
| Tue Jan 24, 2012 | Drafting documents | Drafting documents brief re XA, research | 2.60 |
| Fri Jan 20, 2012 | Drafting documents | Drafting documents brief re XA | 1.50 |
| Thu Jan 19, 2012 | Consultation with co-counsel | Email Fromson | 0.10 |
| Thu Jan 19, 2012 | Drafting documents | Drafting documents brief re cross-appeal | 2.70 |
| Thu Jan 19, 2012 | Consultation with co-counsel | Consultation with co-counsel email Fromson, Altman | 0.10 |
| Thu Jan 19, 2012 | Consultation with co-counsel | Consultation with co-counsel email Altman re appendix, brief schedule | 0.10 |
| Thu Jan 19, 2012 | Drafting documents | Drafting documents brief re x appeal | 2.00 |
| Wed Jan 18, 2012 | Consultation with co-counsel | Consultation with co-counsel email Altman | 0.10 |
| Wed Jan 18, 2012 | Reviewing defendant's motion papers | Reviewing defendant's brief | 1.40 |
| Wed Jan 18, 2012 | Drafting documents | Drafting documents section of brief re cross appeal | 2.00 |
| Wed Jan 18, 2012 | Consultation with co-counsel | Consultation with co-counsel email Fromson | 0.10 |
| Tue Jan 17, 2012 | Review, revise draft from co-counsel | Review, revise draft from co-counsel re scheduling notification, review record on appeal | 0.40 |
| Wed Jan 4, 2012 | Consultation with co-counsel | Consultation with co-counsel email AS re briefing schedule | 0.10 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu Dec 15, 2011 | Consultation with co-counsel | Consultation with co-counsel AS re documents in appellate record | 0.20 |
| Wed Nov 16, 2011 | Consultation with co-counsel | Consultation with co-counsel Altman | 0.10 |
| Wed Nov 16, 2011 | Court appearance | Court appearance | 3.60 |
| Tue Nov 15, 2011 | Drafting documents | Drafting documents mediation statement for 2nd Circuit CAMP conference | 1.00 |
| Tue Nov 15, 2011 | Reviewing documents | Reviewing documents re SErin appeal | 0.70 |
| Thu Nov 10, 2011 | Consultation with co-counsel | Consultation with co-counsel Altman re conference | 0.10 |
| Thu Oct 27, 2011 | Drafting documents | Reviewing communication from defense counsel; Research; Drafting documents re motion to dismiss | 2.20 |
| Thu Oct 27, 2011 | Finalize papers for service and filing | Finalize papers for service and filing | 0.10 |
| Thu Oct 27, 2011 | Finalize papers for service and filing | Finalize papers for service and filing | 0.80 |
| Tue Oct 25, 2011 | Consultation with co-counsel | Consultation with co-counsel Sharma | 0.30 |
| Tue Oct 18, 2011 | Reviewing defendant's motion papers | Reviewing defendant's motion papers | 0.20 |
| Tue Oct 18, 2011 | Telephone conference with co-counsel | Telephone conference with co-counsel Sharma re motion to dismiss | 0.30 |
| Tue Oct 18, 2011 | Telephone message | Telephone message co-counsel Keith Altman; | 0.20 |
| Mon Oct 17, 2011 | correspondence with defense counsel | correspondence with defense counsel email re motion | 0.10 |
| Mon Oct 17, 2011 | Reviewing defendant's motion papers | Reviewing defendant's motion papers re dismissal of cross-appeal | 0.20 |
| Mon Oct 17, 2011 | Consultation with co-counsel | Consultation with co-counsel Keith Altman | 0.20 |
| Tue Oct 11, 2011 | Review, revise draft from co-counsel | Review, revise draft from co-counsel re Form C | 1.00 |
| Thu Jul 28, 2011 | Reviewing documents | Reviewing documents re ecf notification, check court rules | 0.10 |
| Wed May 25, 2011 | Review, revise draft from co-counsel | Review, revise draft from co-counsel motion to intervene, finalize reply re motion to dismiss | 0.70 |
| Tue May 24, 2011 | Research | Drafting documents; Research re reply on motion to dismiss | 1.30 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu May 5, 2011 | Finalize papers for service and filing | Finalize papers for service and filing motion to dismiss | 0.40 |
| Thu May 5, 2011 | Consultation with co-counsel | Consultation with co-counsel Altman re bond and appeal | 0.20 |
| Thu May 5, 2011 | Review/revise draft papers | Review/revise draft papers ltr to clerk 2nd circuit | 0.20 |
| Wed May 4, 2011 | Drafting documents | Drafting documents re motion to dismiss appeal | 1.50 |
| Mon May 2, 2011 | Consultation with co-counsel | Consultation with co-counsel re 2nd Circuit jurisdiction | 0.20 |
| Mon May 2, 2011 | Reviewing case-law | Consultation with co-counsel Sharma; Reviewing case-law | 0.60 |
| Thu Apr 28, 2011 | Review/revise draft papers | Review/revise draft papers re discovery request | 1.90 |
| Thu Apr 28, 2011 | Drafting documents | Drafting documents restraining notice, correcting discovery request | 2.40 |
| Thu Apr 28, 2011 | Review/revise draft papers | Drafting documents; Review/revise Notice of Deposition | 0.40 |
| Wed Apr 27, 2011 | Drafting documents | Research; Drafting documents re discovery into funds for execution | 2.00 |
| Tue Apr 26, 2011 | Consultation with co-counsel | Consultation with co-counsel Email re execution | 0.20 |
| Mon Apr 25, 2011 | Reviewing communication from defense counsel | Reviewing communication from defense counsel re judgment execution | 0.20 |
| Mon Apr 25, 2011 | Consultation with co-counsel | Consultation with co-counsel Email re response to stay of execution | 0.20 |
| Mon Apr 25, 2011 | Correspondence with judge | Correspondence with judge re execution of judgment, response to Lillienstein efiling | 4.00 |
| Sun Apr 24, 2011 | correspondence with defense counsel | correspondence with defense counsel - Email re enforcement of judgment | 0.20 |
| Tue Apr 19, 2011 | Consultation with co-counsel | Consultation with co-counsel re entry of judgment, renails e propriety of judgment in our name | 0.50 |
| Tue Apr 19, 2011 | Drafting documents | Drafting documents proposed judgment | 0.30 |
| Tue Apr 19, 2011 | Reviewing documents | Reviewing documents Judge Gwin order re fees | 0.40 |
| Tue Apr 12, 2011 | | Review Def Reply, ltr to Judge | 1.60 |
| Mon Apr 11, 2011 | | Review Def reply, ltr to Judge | 0.70 |

*Time Entry Report*

*Serin v. Northern Leasing*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Fri Apr 1, 2011 | Review/revise draft papers | Research; Review/revise draft papers reply to Objections | 8.10 |
| Tue Mar 29, 2011 | Review/revise draft papers | Review/revise draft papers reply to objections | 7.30 |
| Mon Mar 28, 2011 | Reviewing defendant's motion papers | Reviewing defendant's objections | 0.90 |
| Wed Mar 23, 2011 | | Review Altman writeup, draft opposition to Def objections | 2.00 |
| Mon Mar 21, 2011 | | Finalize reply letter to Judge | 1.20 |
| Thu Mar 17, 2011 | | Draft ltr to Judge re bond | 1.40 |
| Thu Mar 17, 2011 | | review email from Altman, Seth re letter | 0.10 |
| Thu Mar 17, 2011 | | Finalize, email letter to Judge | 0.30 |
| Mon Mar 14, 2011 | | TC Altman re Def objections | 0.20 |
| Mon Mar 14, 2011 | | Review Def Objections | 0.40 |
| Wed Mar 9, 2011 | | Email re objections | 0.10 |
| Wed Mar 9, 2011 | | Finalize objections, email AS | 2.10 |
| Tue Mar 8, 2011 | | Review Altman declaration, finalize objections | 4.90 |
| Tue Mar 8, 2011 | | Execute settlement agreements, arrange for delivery | 0.10 |
| Mon Mar 7, 2011 | | Review, revise objections re R&R | 0.90 |
| Mon Mar 7, 2011 | | Research, revise objections | 2.00 |
| Mon Mar 7, 2011 | | email Keith re his section | 0.10 |
| Fri Mar 4, 2011 | | Email Lillienstein re settlement agreement | 0.10 |
| Thu Mar 3, 2011 | | Research, draft objections | 3.80 |
| Thu Mar 3, 2011 | | Research re objections, revise objections | 1.80 |
| Wed Mar 2, 2011 | | research, revise fee application | 3.70 |
| Tue Mar 1, 2011 | | Email Smith re settlement agreement query | 0.10 |
| Tue Mar 1, 2011 | | Research, revise objections | 2.50 |
| Mon Feb 28, 2011 | | Review MJ order, research and draft objections | 4.30 |
| Thu Feb 24, 2011 | | Email AS re settlement agreement | 0.10 |

*Time Entry Report*                                                                                  *Serin v. Northern Leasing*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Wed Feb 23, 2011 | | Email AS re Serin Agreement | 0.10 |
| Thu Feb 17, 2011 | | TC altman | 0.20 |
| Wed Feb 16, 2011 | | Review draft settlement re individuals | 0.10 |
| Wed Feb 16, 2011 | | Tc altman | 0.10 |
| Wed Feb 16, 2011 | | Ltr to Judge | 0.20 |
| Wed Feb 16, 2011 | | Email to Altman | 0.10 |
| Wed Feb 16, 2011 | | Email AS re letter to Judge | 0.10 |
| Wed Feb 16, 2011 | | Email Ltr to Judge Gwin | 0.10 |
| Wed Feb 16, 2011 | | Review, revise settlement agreement | 0.60 |
| Mon Feb 14, 2011 | | Review letter to Gwin | 0.50 |
| Fri Feb 11, 2011 | | Email clients re funds | 0.10 |
| Fri Feb 11, 2011 | | Draft ltr to Judge | 0.10 |
| Thu Feb 10, 2011 | | Email to Lillienstein re releases | 0.20 |
| Thu Feb 10, 2011 | | Letter to clients disbursing settlement funds | 0.20 |
| Thu Feb 10, 2011 | | Review Lillienstein letter, respond | 0.40 |
| Wed Feb 9, 2011 | | Email Bressler re settlement | 0.10 |
| Mon Feb 7, 2011 | | Review Lillienstein letter, Court order | 0.30 |
| Mon Feb 7, 2011 | | Review email from Lillienstein, respons | 1.60 |

**Total Time :**     **187.50 Hrs.**