**Serin v NLS**

| Item | Date | Amount |
|---|---|---|
| Postage corr to clients | 02/22/11 | 0.85 |
| Printing of Brief Covers and Binding | 02/07/12 | 42.46 |
| Printing Corrected Brief Covers | 02/07/12 | 1.63 |
| Copies - Brief covers | 02/24/12 | 3 |
| Printing Brief Covers and Binding | 03/16/12 | 65.86 |
| Copies - 2nd Cir Brief | 04/16/12 | 38.1 |
| **TOTAL** | | **151.9** |